| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Donna DeRosa-Ruquet<br>Scott Ruquet<br>226 Potters Drive<br>Bayville, New Jersey 08721<br><br>732.278.3227<br><br><br><br>☐ *Attorney for Debtor(s)*<br>☑ *Debtor(s) appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
District of New Jersey___ **DIVISION**

| In re: Donna DeRosa-Ruquet<br><br>    Scott Ruquet | CASE NO.: 14-17571-KCF |
|---|---|
| | CHAPTER: 13 |
| | **DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** |
| Debtor(s). | DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Respondent"):** TD Bank NA _____

**A. Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (hereinafter, "Lien") encumbering the following real property (hereinafter, the "Property"), which is the principal residence of debtor(s).

    *Street Address:*    226 Potters Drive _____
    *Unit Number:*
    *City, State, Zip Code:*    Bayville, NJ  08721 _____

Legal description or document recording number (including county of recording):

☑ See attached page.

**B. Case History:**

1. A voluntary petition under Chapter ☑ 7 ☐ 11 ☐ 12 ☐ 13 was filed on: 12/20/10

2. ☐ An Order of Conversion to Chapter 13 was entered on *(specify date)*:

**C. Grounds for Avoidance of Junior Lien:**

1. As of 7/3/14 , the Property is subject to the following liens in the amounts specified securing the debt against the Property, which the debtor seeks to have treated as indicated:

   i. First Lien in the amount of $ 249,000.00 .

   ii. Second Lien in the amount of $ 69,170.88 ☑ is ☐ is not
   to be avoided;

   iii. in the amount of $ ☐ is ☐ is not
   to be avoided;

   ☐ See attached page for additional lien(s).

2. As of July 3, 2014 , Property is worth no more than $ 209,967.00 .

   a. As a result, Respondent's Lien encumbering the Property is wholly unsecured.

3. **Evidence in Support of Motion:**

   a. ☑ The amount of the lien identified in paragraph C(1)(i) is based on Notice from Creditor's Atty , attached hereto and identified as Exhibit A .

   b. ☑ The amount of the lien identified in paragraph C(1)(ii) is based on Copy of payment history , attached hereto and identified as Exhibit B .

   c. ☐ The amount of the lien identified in paragraph C(1)(iii)) is based on , attached hereto and identified as Exhibit .

   d. ☐ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit .

   e. ☑ The value of the Property from paragraph C(2) is based on CMA , attached as

   f. ☑ Exhibit C .

   g. ☑ Debtor submits the attached Declaration(s).

   h. ☐ Other evidence *(specify)*:

4. **WHEREFORE, Debtor prays that this Court issue an Order granting the following relief:**

   a. That the Property is valued at no more than $ 209,967.00 _____ .

   b. That no payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☐ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

   c. That the Respondent's claim on the junior position lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

   d. That the avoidance of the Respondent's junior lien is contingent upon: The Debtor's ☐ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

   e. That the Respondent shall retain its lien in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☐ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

   f. That in the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

5. ☑See attached continuation page for additional provisions.

Dated: _____ 7/10/2014 ____

Respectfully submitted,

By: _____
Signature of Debtor or Attorney for Debtor

Name: _Donna DeRosa. Ruquet_
Type Name of Debtor or Attorney for Debtor

Scott Ruquet

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as **MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 7      7/16/2014. I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Kathryn Ferguson  U.S. Bankcruptcy Court-Clerk 402 East State Street Trenton New Jersey  08650
Albert Russo Standing Chapter 13 Trustee CN 4853  Trenton, New Jersey  08650

☑ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/16/2014 | Donna DeRosa-Ruquet | _D.R._ |
| Date | Type Name | Signature |

**II. SERVED BY U.S. MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| Name of 1st Name of 1st Lien Holder & Address | Address from: ☐ Proof of claim ☐ Secretary of State ☐ FDIC website ☐ Other: *specify* | Delivery Method ☐ US Mail ☐ Certified mail – Tracking # _____ ☐ Overnight mail – Tracking # _____ Carrier Name: _____ |
|---|---|---|
| ASC Wells Fargo Home Mtge Att: Bankruptcy Department 1 Home Campus Des Moines, IA 50328 | | |
| Name of 1st Lien Holder- Agent for Service of Proce ¨¨ Zuck, Goldberg & Ackerman 200 Sheffiled Road Suite 1011 Mountainside, NJ 07092 | Address from: ☐ Proof of claim ☐ Secretary of State ☐ FDIC website ☐ Other: *specify* | Delivery Method ☐ US Mail ☐ Certified mail – Tracking # _____ ☐ Overnight mail – Tracking # _____ Carrier Name: _____ |
| Name of 1st Lien Holder – Servicing Agent | Address from: ☐ Proof of claim ☐ Secretary of State ☐ FDIC website ☐ Other: *specify* | Delivery Method ☐ US Mail ☐ Certified mail – Tracking # _____ ☐ Overnight mail – Tracking # _____ Carrier Name: _____ |

| | Address from: ...tary of State : *specify* | Delivery Method ☐ US Mail ☐ Certified mail – Tracking # _____ ☑ Overnight mail – Tracking # _____ Carrier Name: _____ USPS |
|---|---|---|
| T.D. Bank, N.A. Lynn Ann Ballard: VP & Senior Counsel c/o David Hyam Futterman: Head of Litigation, United States 1701 Route 70 East Cherry Hill, NJ 08034 | | |
| | Address from: ...tary of State : *specify* | Delivery Method ☐ US Mail ☐ Certified mail – Tracking # _____ ☐ Overnight mail – Tracking # _____ Carrier Name: _____ |
| Name of 2nd Lien Holder – Servicing Agent | Address from: ☐ Proof of claim ☐ Secretary of State ☐ FDIC website ☐ Other: *specify* | Delivery Method ☐ US Mail ☐ Certified mail – Tracking # _____ ☐ Overnight mail – Tracking # _____ Carrier Name: _____ |

| *Name of 3rd Lien Holder & Address* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |
| *Name of 3rd Lien Holder– Agent for Service of Process* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |
| *Name of 3rd Lien Holder – Servicing Agent* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |


| *Alternative/Additional Address* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |
| *Alternative/Additional Address* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |

LEONARD B. ZUCKER
MICHAEL S. ACKERMAN
JOEL ACKERMAN*

FRANCES GAMBARDELLA
BRIAN C. NICHOLAS ♦
SCOTT A. DIETTERICK ✘
KIMBERLY A. BONNER ✘
STEVEN D. KROL
CHRISTOPHER G. FORD
DENISE CARLON ΔΔ
CHRISTINE E. POTTER ✻
RYAN S. MALC
STEPHANIE WOLCHOK
ASHLEIGH LEVY MARIN £
DOUGLAS J. McDONOUGH
TIMOTHY J. ZIEGLER
RALPH M. SALVIA ✘
ROBERT D. BAILEY
JAIME R. ACKERMAN ♦
KACIE W. BROWN
MONIKA S. PUNDALIK
TODD MARKS Δ
JANA FRIDFINNSDOTTIR ✘
DENNIS P. UHLMANN, JR.
BRIAN M. GILBERT
JAMAR BENJAMIN

# ZUCKER, GOLDBERG & ACKERMAN, LLC
## ATTORNEYS AT LAW

200 SHEFFIELD STREET- SUITE 101
P.O. BOX 1024
MOUNTAINSIDE, NJ 07092-0024

TELEPHONE: 908-233-8500
FACSIMILE: 908-233-1390
E-MAIL: office@zuckergoldberg.com

*For payoff/reinstatement figures
Please send your request to: zuckergoldberg.com/pr*

**REPLY TO NEW JERSEY ADDRESS**

FOUNDED IN 1923
AS ZUCKER & GOLDBERG

MAURICE J. ZUCKER (1918-1979)
LOUIS D. GOLDBERG (1923-1967)
LEONARD H. GOLDBERG (1929-1979)
BENJAMIN WEISS (1949-1981)

Pennsylvania Office:
The Union Hotel Office Building
240 Gettysburg Pike
Mechanicsburg, PA 17055

*  ALSO MEMBER OF NY, PA AND CA BAR
♦ ALSO MEMBER OF NY, PA AND ME BAR
ΔΔ ALSO MEMBER OF NY AND PA BAR
Δ  ALSO MEMBER OF NY BAR
£  ALSO MEMBER OF PA BAR
✘  MEMBER OF PA BAR ONLY
✻ ALSO MEMBER OF FL BAR

NOTICE REQUIRED BY THE FAIR DEBT COLLECTION PRACTICES ACT, (the act),
15 U.S.C. SECTION 1601 AS AMENDED

**THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED
<u>WILL BE USED FOR THAT PURPOSE.</u>**

1. The amount due on the debt, as of April 22, 2014, is the sum of $249,565.96 (Principal Balance). This sum does not include any foreclosure and bankruptcy fees and costs which have been, or may be, incurred in the future or any payments received or advances made after that date.

2. The debt described in the bankruptcy pleadings filed by the Secured Creditor herein and evidenced by the copy of the mortgage note, will be assumed to be valid by the creditor's law firm, unless debtors, within thirty (30) days after receipt of this Notice, disputes, in writing, the validity of the debt or some portion thereof.

3. If the debtor notifies the creditor's law firm in writing within thirty (30) days of the receipt of this Notice, that the debt or any portion thereof, is disputed, the creditor's law firm will obtain verification of the debt and a copy of the verification will be mailed to the debtor by the creditor's law firm.

4. If the creditor who is named as the Secured Creditor in the bankruptcy pleadings, is not the original creditor, and if the debtor makes written request to the creditor's law firm within thirty (30) days from the receipt of this Notice, the name and address of the original creditor will be mailed to the debtor by the creditor's law firm.

5. Written request should be addressed to ZUCKER, GOLDBERG & ACKERMAN, LLC, 200 Sheffield Street, Suite 101, Mountainside, NJ 07092-0024. Please refer to our file number, which is **XCA-189435-1.**

Account History

| Date | Type | Description | Debit | Credit |
|------|------|-------------|-------|--------|
| 11/28/2012 | CREDIT | CHARGEOFF | | $69,170.88 |
| 11/22/2012 | FEE | LATE CHARGE FEE | $23.58 | |
| 10/22/2012 | FEE | LATE CHARGE FEE | $23.58 | |
| 09/22/2012 | FEE | LATE CHARGE FEE | $23.58 | |
| 08/22/2012 | FEE | LATE CHARGE FEE | $23.58 | |
| 07/22/2012 | FEE | LATE CHARGE FEE | $23.55 | |
| 07/10/2012 | CREDIT | Online Xfer | | $472.00 |
| 06/22/2012 | FEE | LATE CHARGE FEE | $23.58 | |
| 06/05/2012 | CREDIT | Online Xfer | | $472.00 |
| 05/22/2012 | FEE | LATE CHARGE FEE | $23.58 | |
| 04/27/2012 | CREDIT | Online Xfer | | $472.00 |
| 04/22/2012 | FEE | LATE CHARGE FEE | $23.58 | |
| 03/26/2012 | CREDIT | Online Xfer | | $472.00 |
| 03/22/2012 | FEE | LATE CHARGE FEE | $23.58 | |
| 02/13/2012 | CREDIT | Online Xfer | | $472.00 |
| 01/17/2012 | CREDIT | Online Xfer | | $477.00 |
| 12/12/2011 | CREDIT | Online Xfer | | $472.00 |
| 11/28/2011 | CREDIT | Online Xfer | | $471.54 |
| 11/22/2011 | FEE | LATE CHARGE FEE | $23.58 | |
| 11/01/2011 | CREDIT | Online Xfer | | $472.00 |
| 10/22/2011 | FEE | LATE CHARGE FEE | $23.58 | |
| 09/27/2011 | CREDIT | Online Xfer | | $472.00 |
| 09/22/2011 | FEE | LATE CHARGE FEE | $23.58 | |
| 08/29/2011 | CREDIT | Online Xfer | | $472.00 |
| 08/22/2011 | FEE | LATE CHARGE FEE | $23.58 | |
| 07/28/2011 | CREDIT | Online Xfer | | $471.54 |
| 07/22/2011 | FEE | LATE CHARGE FEE | $23.58 | |
| 06/22/2011 | CREDIT | Online Xfer | | $471.54 |
| 05/23/2011 | CREDIT | Online Xfer | | $471.54 |
| 05/22/2011 | FEE | LATE CHARGE FEE | $23.58 | |
| 04/21/2011 | CREDIT | Online Xfer | | $471.54 |
| 03/14/2011 | CREDIT | Online Xfer | | $471.54 |
| 02/22/2011 | CREDIT | Online Xfer | | $471.54 |
| 01/10/2011 | CREDIT | DEROSA-RUQ 0000 | | $471.54 |
| 12/07/2010 | CREDIT | DEROSA-RUQ 0000 | | $471.54 |

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 11/08/2010 | CREDIT | DEROSA-RUQ 0000 | $471.54 |
| 10/12/2010 | CREDIT | DEROSA-RUQ 0000 | $471.54 |
| 09/07/2010 | CREDIT | DEROSA-RUQ 0000 | $471.54 |
| 08/09/2010 | CREDIT | DEROSA-RUQ 0000 | $471.54 |
| 07/07/2010 | CREDIT | DEROSA-RUQ 0000 | $471.54 |
| 06/07/2010 | CREDIT | DEROSA-RUQ 0000 | $471.54 |
| 05/07/2010 | CREDIT | DEROSA-RUQ 0000 | $471.54 |
| 04/07/2010 | CREDIT | DEROSA-RUQ 0000 | $471.54 |
| 03/08/2010 | CREDIT | DEROSA-RUQ 0000 | $471.54 |
| 02/08/2010 | CREDIT | DEROSA-RUQ 0000 | $471.54 |
| 01/07/2010 | CREDIT | DEROSA-RUQ 0000 | $471.54 |
| 12/07/2009 | CREDIT | DEROSA-RUQ 0000 | $471.54 |
| 11/09/2009 | CREDIT | DEROSA-RUQ 0000 | $471.54 |
| 10/07/2009 | CREDIT | DEROSA-RUQ 0000 | $471.54 |
| 09/04/2009 | CREDIT | FR CK 685538560 | $471.54 |
| 08/07/2009 | CREDIT | FR CK 685538560 | $471.54 |
| 07/07/2009 | CREDIT | FR CK 685538560 | $471.54 |
| 06/08/2009 | CREDIT | FR CK 685538560 | $471.54 |
| 05/11/2009 | CREDIT | FR CK 685538560 | $471.54 |
| 04/07/2009 | CREDIT | FR CK 685538560 | $471.54 |
| 03/09/2009 | CREDIT | FR CK 685538560 | $471.54 |
| 02/09/2009 | CREDIT | FR CK 685538560 | $471.54 |
| 01/07/2009 | CREDIT | FR CK 685538560 | $471.54 |
| 12/08/2008 | CREDIT | FR CK 685538560 | $471.54 |
| 11/10/2008 | CREDIT | FR CK 685538560 | $471.54 |
| 10/07/2008 | CREDIT | FR CK 685538560 | $471.54 |
| 09/05/2008 | CREDIT | FR CK 685538560 | $471.54 |
| 08/08/2008 | CREDIT | FR CK 685538560 | $471.54 |
| 07/07/2008 | CREDIT | FR CK 685538560 | $471.54 |
| 06/06/2008 | CREDIT | FR CK 685538560 | $471.54 |
| 05/07/2008 | CREDIT | FR CK 685538560 | $471.54 |
| 04/07/2008 | CREDIT | FR CK 685538560 | $471.54 |
| 03/10/2008 | CREDIT | FR CK 685538560 | $471.54 |
| 02/07/2008 | CREDIT | FR CK 685538560 | $471.54 |
| 01/07/2008 | CREDIT | FR CK 685538560 | $471.54 |
| 12/07/2007 | CREDIT | FR CK 685538560 | $471.54 |
| 11/07/2007 | CREDIT | FR CK 685538560 | $471.54 |
| 10/05/2007 | CREDIT | FR CK 685538560 | $471.54 |

| | | | | |
|---|---|---|---|---|
| 09/10/2007 | CREDIT | FR CK 685538560 | | $471.54 |
| 08/07/2007 | CREDIT | FR CK 685538560 | | $471.54 |
| 07/06/2007 | CREDIT | FR CK 685538560 | | $471.54 |
| 06/07/2007 | CREDIT | FR CK 685538560 | | $471.54 |
| 05/07/2007 | CREDIT | FR CK 685538560 | | $471.54 |
| 04/06/2007 | CREDIT | FR CK 685538560 | | $471.54 |
| 03/07/2007 | CREDIT | FR CK 685538560 | | $471.54 |
| 02/07/2007 | CREDIT | FR CK 685538560 | | $471.54 |
| 01/05/2007 | CREDIT | FR CK 685538560 | | $471.54 |
| 12/07/2006 | DEBIT | BALANCE ADVANCE | $72,000.00 | |

**1-888-751-9000**    © 2014 TD Bank, N.A. All Rights Reserved

## C.M.A.

### FOR PROPERTY ON

### 226 POTTERS DRIVE

### BAYVILLE,N.J. 08721

### HOLLY PARK



| | | | | |
|---|---|---|---|---|
| | | | **MLS#:** | 21408787,A#1 |
| | Berkeley | | **Cat:** SF/Detach | |
| **Muni:** | Berkeley | | | |
| **LP:** | $279,900 | **SP:** $0 | **ApxSF:** | 1,320 |
| **LD:** | 03/10/2014 | **SD:** | **S/SF:** | $212.05 |
| **Beds:** | 3 | **Bths:** 2.0-2/0 | **Acre/LotDim.:**/ | |
| **YearBlt:** 1950 | | **Pkng:** DrivewayDetached, Oversize | **DOM:** | 113 |
| **CDOM:** 113 | | **Stories:** 3.00 | **FP/#:** | N/ |
| **Style:** Cape | | **Elem:** CLARA B. WORTH | **Mid:** CENTRAL REGIONAL | |
| **High:** CENTRAL, REGIONAL | | | | |

**Property Description:** NO FLOOD DAMAGE OR FEMA CLAIM. Must be seen to be appreciated! Move zones and back up oil furnace with above ground tank. Well built home that has been maintained, updated and improved. Detached oversized garage, fenced in yard. Large deck, crown molding and hardwood floors. New kitchen. Pool table in finished portion of basement stays. Seller sad to go, must relocate. Please make all offers known.

**Agent Comments:**

# Under Contract Properties



|  |  |  |  |  |
|---|---|---|---|---|
|  | 323 MAIN ST | | MLS#: | 21403451,UC#2 |
|  | Bayville | | Cat: SF/Detach | |
| Muni: | Berkeley | | | |
| LP: | $195,000 | SP: $0 | ApxSF: | 1,008 |
| LD: | 01/29/2014 | SD: | S/SF: | $193.45 |
| Beds: | 2 | Bths: 1.0-1/0 | Acre/LotDim.:/100X125 | |
| YearBlt:1980 | | Pkng: Driveway, Dbl Wide, AsphaltAttached, DirectE, Storage | DOM: | 127 |
| CDOM: 127 | | Stories:1.00 | FP/#: | / |
| Style: Ranch | | Elem:H & M POTTER | Mid:CENTRAL REGIONAL | |
| High: CENTRAL, REGIONAL | | | | |

**Property Description:**Perfect starter or empty-nester ranch, meticulously maintained, just painted, beautiful hardwood floors, large rooms, new gas heat & central air, newer roof, big garage w/storage above & large corner lot w/room for expansion in beautiful Holly Park...You won't be disappointed!!!

**Agent Comments:**

# Expired Properties



|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 316 HOLLY BLVD |  | MLS#: | 21334065,X   #3 |  |
|  | Bayville |  | Cat: SF/Detach |  |  |
| Muni: | Berkeley |  |  |  |  |
| LP: | $155,000  SP: | $0 | ApxSF: | 736 |  |
| LD: | 10/02/2013 SD: |  | S/SF: | $210.60 |  |
| Beds: | 2  Bths: | 1.0-1/0 | Acre/LotDim.:0.287/50 X 250 |  |  |
| YearBlt:1943 | Pkng: |  | DOM: | 182 |  |
| CDOM: 182 | Stories: | 1.00 | FP/#: | / |  |
| Style: Cot/Bng | Elem:H & M POTTER | Mid:CENTRAL REGIONAL |  |  |  |
| High: CENTRAL, REGIONAL |  |  |  |  |  |

**Property Description:**Priced to sell,very cozy small cottage 2 bedrooms, 1 bath. Calling all investors this is a large property possible subdivided, buyers will be responsible to do all diligence. Sold as is.

**Agent Comments:**

**Total # of Listings**       1

**Lowest Price Listing**      $279,900

**Highest Price Listing**     $279,900

**Average Price**             $279,900

**Avg. Price/SqFt**           $212.00

**Avg. Days on Market**  113

**Con. Days on Market**  113



## Under Contract Properties

**Total # of Listings**       1

**Lowest Price Listing**      $195,000

**Highest Price Listing**     $195,000

**Average Price**             $195,000

**Avg. Price/SqFt**           $193.00

**Avg. Days on Market**  127

**Con. Days on Market**  127



List Price

**1**

**Lowest Price Listing**    $155,000

$155,000

**Average Price**    $155,000

**Avg. Price/SqFt**    $211.00

**Avg. Days on Market**  182

**Con. Days on Market**  182

| 0 | 38750 | 77500 | 116250 | 155000 |

# Summary Graph/Analysis



## Cumulative Analysis

| Listing Category | Lowest Price | Highest Price | Average Price | Avg Price/Sqft |
|---|---|---|---|---|
| | $279,900 | $279,900 | $279,900 | $212.00 |
| Under Contract Properties | $195,000 | $195,000 | $195,000 | $193.00 |
| Expired Properties | $155,000 | $155,000 | $155,000 | $211.00 |
| Averages | $209,967 | $209,967 | $209,967 | $205.33 |

## Closed Property Analysis

| Address | List Price | Sold Price | DOM | % Chg | SP/Sqft |
|---|---|---|---|---|---|

# Property Summary

| | | Street Address | Age/YB | L Price | S Price | Closed Date | DOM |
|---|---|---|---|---|---|---|---|
| 1 | A | 509 BAY BLVD | 1950 | $279,900 | N/A | N/A | 113 |
| 2 | UC | 323 MAIN ST | 1980 | $195,000 | N/A | N/A | 127 |
| 3 | X | 316 HOLLY BLVD | 1943 | $155,000 | N/A | N/A | 182 |



This CMA is not an appraisal and should not be considered the equivalent of an appraisal.
--Information deemed reliable but not guaranteed--Copyright: 2014 by the Monmouth County Association of REALTORS®
*Provided by Anita Morris of C21/ Pacesetter Realty on 7/1/2014 10:14:42 AM*