**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Donna DeRosa-Ruquet
Scott Ruquet
226 Potters Drive
Bayville, NJ  08721

Pro Se- Debtor

| In Re:<br><br>Donna DeRosa-Ruquet<br>Scott Ruquet | | |
|---|---|---|
| Case No.: | 14-17571-KCF |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | July 23, 2014 :930 a.m |
| Judge: | Hon. Kathryn Ferguso |

**CERTIFICATION OF SERVICE**

1.  I, _____Donna DeRosa-Ruquet_____ :

☐ represent the _____ in the above-captioned matter.

☐ am the secretary/paralegal for _____, who represents the

_____ in the above captioned matter.

☑ am the _____Debtor_____ in the above case and am representing myself.

2.  On ___7/10/2014___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

*****Information on parties served and manner in which they were served is attached to the Motion*****

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: ___7/10/2014___

_____
Signature