| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Donna DeRosa-Ruquet<br>Scott Ruquet<br>226 Potters Drive<br>Bayville, New Jersey 08721<br><br>732.278.3227<br><br><br>☐ *Attorney for Debtor(s)*<br>☑ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey ___ **DIVISION**

| In re: Donna DeRosa-Ruquet<br><br>    Scott Ruquet | CASE NO.: 14-17571-KCF |
|---|---|
| | CHAPTER: 13 |
| | **DEBTOR'S MOTION TO AVOID JUNIOR LIEN** |
| | DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |
| Debtor(s). | |

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Respondent"):** TD Bank NA
2059 Springfield Road Cherry Hill, NJ  08003

A. **Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (hereinafter, "Lien") encumbering the following real property (hereinafter, the "Property"), which is the principal residence of debtor(s).

> *Street Address:*      621 Bay Blvd.
> *Unit Number:*
> *City, State, Zip Code:*   Bayville, NJ  08721

Legal description or document recording number (including county of recording):

☑ See attached page.

**B. Case History:**

1.  A voluntary petition under Chapter ☑ 7  ☐ 11  ☐ 12  ☐ 13 was filed on: 12/20/10

2.  ☐ An Order of Conversion to Chapter 13 was entered on *(specify date):*

**C. Grounds for Avoidance of Junior Lien:**

1.  As of 7/3/14_____ , the Property is subject to the following liens in the amounts specified securing the debt against the Property, which the debtor seeks to have treated as indicated:

     i. First Lien_____ in the amount of $ 133,151.16_____ .

     ii. Second Lien_____ in the amount of $ 123,822.28_____  ☑ is ☐ is not
          to be avoided;

     iii. _____ in the amount of $ _____  ☐ is ☐ is not
          to be avoided;

          ☐ See attached page for additional lien(s).

2.  As of July 3, 2014_____ , Property is worth no more than $ 126,500.00_____ .

     a. As a result, Respondent's Lien encumbering the Property is wholly unsecured.

3.  **Evidence in Support of Motion:**

     a.  ☑ The amount of the lien identified in paragraph C(1)(i) is based on Proof of Claim_____ ,
          attached hereto and identified as Exhibit A .

     b.  ☑ The amount of the lien identified in paragraph C(1)(ii) is based on Copy of payment history___ ,
          attached hereto and identified as Exhibit B .

     c.  ☐ The amount of the lien identified in paragraph C(1)(iii)) is based on_____ ,
          attached hereto and identified as Exhibit ___ .

     d.  ☐ The relative priority of the liens encumbering the Property is established by evidence attached as
          Exhibit ___.

     e.  ☑ The value of the Property from paragraph C(2) is based on CMA_____ ,
          attached as

     f.  ☑ Exhibit C_____ .

     g.  ☑ Debtor submits the attached Declaration(s).

     h.  ☐ Other evidence *(specify):* _____

4. **WHEREFORE, Debtor prays that this Court issue an Order granting the following relief:**

   a.  That the Property is valued at no more than $ 126,500.00            .

   b.  That no payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☐ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

   c.  That the Respondent's claim on the junior position lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

   d.  That the avoidance of the Respondent's junior lien is contingent upon:  The Debtor's ☐ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

   e.  That the Respondent shall retain its lien in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☐ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

   f.  That in the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

5. ☑ See attached continuation page for additional provisions.

Dated: _____

Respectfully submitted,

By: _____
   *Signature of Debtor or Attorney for Debtor*

Name: _____
   *Type Name of Debtor or Attorney for Debtor*

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as **MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____4/0/14/14_____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Kathryn Ferguson  U.S. Bankcruptcy Court-Clerk 402 East State Street Trenton New Jersey  08650
Albert Russo Standing Chapter 13 Trustee CN 4853  Trenton, New Jersey  08650

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/10/2014 | Donna DeRosa-Ruquet | |
|---|---|---|
| Date | Type Name | Signature |

## II. **SERVED BY U.S. MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):

*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| Name of 1st Name of 1st Lien Holder & Address | Address from: | Delivery Method |
|---|---|---|
| Nationstar Mortgage, LLC<br>Att: Bankruptcy Dept.<br>PO Box 630267<br>Irving, TX 75063 | ☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | ☐ US Mail<br>☐ Certified mail –<br>  Tracking # _____<br>☐ Overnight mail –<br>  Tracking # _____<br>  Carrier Name: _____ |
| Name of 1st Lien Holder- Agent for Service of Process<br>Max Zaleski, Esq.<br>Weinstirn, Pinson & Riley<br>2000 Western Avenue<br>Suite 400<br>Seattle, WA 98121 | ☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | ☐ US Mail<br>☐ Certified mail –<br>  Tracking # _____<br>☐ Overnight mail –<br>  Tracking # _____<br>  Carrier Name: _____ |
| Name of 1st Lien Holder – Servicing Agent | ☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | ☐ US Mail<br>☐ Certified mail –<br>  Tracking # _____<br>☐ Overnight mail –<br>  Tracking # _____<br>  Carrier Name: _____ |

| | Address from: | Delivery Method |
|---|---|---|
| T.D. Bank, N.A.<br>Lynn Ann Ballard: VP & Senior Counsel<br>c/o David Hyam Futterman: Head of Litigation,<br>United States<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | ...ary of State<br>*specify* | ☐ US Mail<br>☐ Certified mail –<br>  Tracking # _____<br>☑ Overnight mail –<br>  Tracking # _____<br>  Carrier Name: _____<br>  USPS |
| | ...ary of State<br>*specify* | ☐ US Mail<br>☐ Certified mail –<br>  Tracking # _____<br>☐ Overnight mail –<br>  Tracking # _____<br>  Carrier Name: _____ |
| Name of 2nd Lien Holder – Servicing Agent | ☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | ☐ US Mail<br>☐ Certified mail –<br>  Tracking # _____<br>☐ Overnight mail –<br>  Tracking # _____<br>  Carrier Name: _____ |

| Name of 3rd Lien Holder & Address | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |
| --- | --- | --- |
| Name of 3rd Lien Holder- Agent for Service of Process | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |
| Name of 3rd Lien Holder – Servicing Agent | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |

| Alternative/Additional Address | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |
| --- | --- | --- |
| Alternative/Additional Address | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |

B 10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (TRENTON) | | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor:**
DONNA DEROSA-RUQUET AND SCOTT RUQUET

**Case Number:** 1417571

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5

**Name and address where notices should be sent:**
NATIONSTAR MORTGAGE, LLC
Attn: Bankruptcy Department
PO Box 630267
Irving, TX 75063
**With a copy to Weinstein, Pinson & Riley, BK Services**
2001 Western Ave. #400, Seattle, WA 98121

Telephone number: 877-343-5602(NS)/206-269-3490(WPR)      email: bncmail@w-legal.com

**Name and address where payment should be sent (if different from above):**
NATIONSTAR MORTGAGE, LLC
Bankruptcy Department
350 Highland Drive
Lewisville, TX 75067
Telephone number: (877) 343-5602      email: bncmail@w-legal.com

**COURT USE ONLY**

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
   (*If known*)

Filed on:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**      $133,151.98

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Money Loaned
   (See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** XXXXXX4662 | **3a. Debtor may have scheduled account as:** Nationstar Mortgage, LLC (See instruction #3a) | **3b. Uniform Claim Identifier (optional):** _____ (See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:** 621 Bay Blvd Bayville, NJ 08721

**Value of Property:** $_____

**Annual Interest Rate** 3.875% ☒ Fixed or ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$ 7,148.89

**Basis for perfection:** Mortgage/Note

**Amount of Secured Claim:** $133,151.98

**Amount Unsecured:**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B 10 (Official Form 10) (04/13)

2

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☒ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Max A. Zaleski
Title:   Representative for Nationstar Mortgage, LLC
Company:   WEINSTEIN, PINSON & RILEY, P.S.
Address and telephone number (if different from notice address above):

/s/ Max A. Zaleski                    June 20, 2014
(Signature)                              (Date)

Telephone number:                email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Account History

| Date | Type | Description | Debit | Credit |
|---|---|---|---|---|
| 05/29/2013 | CREDIT | CHARGEOFF | | $123,822.28 |
| 05/07/2013 | FEE | LATE CHARGE FEE | $42.32 | |
| 04/06/2013 | FEE | LATE CHARGE FEE | $42.32 | |
| 03/09/2013 | FEE | LATE CHARGE FEE | $42.32 | |
| 02/06/2013 | FEE | LATE CHARGE FEE | $42.32 | |
| 01/06/2013 | FEE | LATE CHARGE FEE | $42.32 | |
| 12/07/2012 | FEE | LATE CHARGE FEE | $42.32 | |
| 12/03/2012 | FEE | FEE ASSESSMENT | $275.00 | |
| 11/06/2012 | FEE | LATE CHARGE FEE | $42.32 | |
| 10/07/2012 | FEE | LATE CHARGE FEE | $42.32 | |
| 09/06/2012 | FEE | LATE CHARGE FEE | $42.32 | |
| 08/06/2012 | FEE | LATE CHARGE FEE | $42.32 | |
| 07/07/2012 | FEE | LATE CHARGE FEE | $42.30 | |
| 06/25/2012 | CREDIT | Online Xfer | | $847.00 |
| 06/06/2012 | FEE | LATE CHARGE FEE | $42.32 | |
| 05/22/2012 | CREDIT | Online Xfer | | $847.00 |
| 05/07/2012 | FEE | LATE CHARGE FEE | $42.32 | |
| 04/10/2012 | CREDIT | Online Xfer | | $847.00 |
| 04/06/2012 | FEE | LATE CHARGE FEE | $42.32 | |
| 03/15/2012 | CREDIT | Online Xfer | | $847.00 |
| 03/12/2012 | CREDIT | REGULAR PMT | | $157.42 |
| 03/08/2012 | FEE | LATE CHARGE FEE | $42.32 | |
| 02/13/2012 | CREDIT | Online Xfer | | $847.00 |
| 02/06/2012 | FEE | LATE CHARGE FEE | $42.32 | |
| 01/17/2012 | CREDIT | Online Xfer | | $847.00 |
| 01/06/2012 | FEE | LATE CHARGE FEE | $42.32 | |
| 12/12/2011 | CREDIT | Online Xfer | | $847.00 |
| 12/07/2011 | FEE | LATE CHARGE FEE | $42.32 | |
| 11/09/2011 | CREDIT | Online Xfer | | $847.00 |
| 11/06/2011 | FEE | LATE CHARGE FEE | $42.30 | |
| 10/03/2011 | CREDIT | Online Xfer | | $847.00 |
| 09/06/2011 | CREDIT | Online Xfer | | $846.46 |
| 08/02/2011 | CREDIT | Online Xfer | | $846.46 |
| 07/05/2011 | CREDIT | Online Xfer | | $846.46 |
| 06/06/2011 | CREDIT | Online Xfer | | $846.46 |

| Date | Type | Description | Amount |
|---|---|---|---|
| 05/02/2011 | CREDIT | Online Xfer | $846.46 |
| 03/30/2011 | CREDIT | Online Xfer | $846.46 |
| 02/28/2011 | CREDIT | Online Xfer | $846.46 |
| 02/01/2011 | CREDIT | Online Xfer | $846.46 |
| 12/24/2010 | CREDIT | DEROSA-RUQ 0000 | $846.46 |
| 11/23/2010 | CREDIT | DEROSA-RUQ 0000 | $846.46 |
| 10/25/2010 | CREDIT | DEROSA-RUQ 0000 | $846.46 |
| 09/23/2010 | CREDIT | DEROSA-RUQ 0000 | $846.46 |
| 08/23/2010 | CREDIT | DEROSA-RUQ 0000 | $846.46 |
| 07/26/2010 | CREDIT | DEROSA-RUQ 0000 | $846.46 |
| 06/29/2010 | CREDIT | REGULAR PMT | $846.46 |
| 05/24/2010 | CREDIT | DEROSA-RUQ 0000 | $846.46 |
| 04/26/2010 | CREDIT | DEROSA-RUQ 0000 | $846.46 |
| 03/25/2010 | CREDIT | DEROSA-RUQ 0000 | $846.46 |
| 02/23/2010 | CREDIT | DEROSA-RUQ 0000 | $846.46 |
| 01/25/2010 | CREDIT | DEROSA-RUQ 0000 | $846.46 |
| 12/22/2009 | CREDIT | DEROSA-RUQ 0000 | $846.46 |
| 11/23/2009 | CREDIT | DEROSA-RUQ 0000 | $846.46 |
| 10/22/2009 | CREDIT | DEROSA-RUQ 0000 | $846.46 |
| 09/22/2009 | CREDIT | FR CK 685538560 | $846.46 |
| 08/24/2009 | CREDIT | FR CK 685538560 | $846.46 |
| 07/24/2009 | CREDIT | FR CK 685538560 | $846.46 |
| 06/22/2009 | CREDIT | FR CK 685538560 | $846.46 |
| 05/22/2009 | CREDIT | FR CK 685538560 | $846.46 |
| 04/22/2009 | CREDIT | FR CK 685538560 | $846.46 |
| 03/23/2009 | CREDIT | FR CK 685538560 | $846.46 |
| 02/25/2009 | CREDIT | FR CK 685538560 | $846.46 |
| 01/23/2009 | CREDIT | FR CK 685538560 | $846.46 |
| 12/22/2008 | CREDIT | FR CK 685538560 | $846.46 |
| 11/24/2008 | CREDIT | FR CK 685538560 | $846.46 |
| 10/23/2008 | CREDIT | FR CK 685538560 | $846.46 |
| 09/22/2008 | CREDIT | FR CK 685538560 | $846.46 |
| 08/25/2008 | CREDIT | FR CK 685538560 | $846.46 |
| 07/22/2008 | CREDIT | FR CK 685538560 | $846.46 |
| 06/23/2008 | CREDIT | FR CK 685538560 | $846.46 |
| 05/22/2008 | CREDIT | FR CK 685538560 | $846.46 |
| 04/22/2008 | CREDIT | FR CK 685538560 | $846.46 |
| 03/21/2008 | CREDIT | FR CK 685538560 | $846.46 |

https://onlinebanking.tdbank.com/accts/acct_history_print.asp#sort

| Date | Type | Description | Debit | Credit |
|------|------|-------------|-------|--------|
| 02/22/2008 | CREDIT | FR CK 685538560 | | $846.46 |
| 01/22/2008 | CREDIT | FR CK 685538560 | | $846.46 |
| 12/21/2007 | CREDIT | FR CK 685538560 | | $846.46 |
| 11/21/2007 | CREDIT | FR CK 685538560 | | $846.46 |
| 10/22/2007 | CREDIT | FR CK 685538560 | | $846.46 |
| 09/21/2007 | CREDIT | FR CK 685538560 | | $846.46 |
| 08/22/2007 | CREDIT | FR CK 685538560 | | $846.46 |
| 07/23/2007 | CREDIT | FR CK 685538560 | | $846.46 |
| 06/22/2007 | CREDIT | FR CK 685538560 | | $846.46 |
| 05/22/2007 | CREDIT | FR CK 685538560 | | $846.46 |
| 04/23/2007 | CREDIT | FR CK 685538560 | | $846.46 |
| 03/22/2007 | CREDIT | FR CK 685538560 | | $846.46 |
| 02/22/2007 | CREDIT | FR CK 685538560 | | $846.46 |
| 01/22/2007 | CREDIT | FR CK 685538560 | | $846.46 |
| 12/22/2006 | CREDIT | FR CK 685538560 | | $846.46 |
| 11/22/2006 | CREDIT | FR CK 685538560 | | $846.46 |
| 10/23/2006 | DEBIT | BALANCE ADVANCE | $123,000.00 | |

1-888-751-9000   © 2014 TD Bank, N.A. All Rights Reserved

## C.M.A.

### FOR PROPERTY ON

### 621 BAY BLVD

### BAYVILLE,N.J. 08721

### HOLLY PARK

# Properties Recently Closed



| | | | | |
|---|---|---|---|---|
| | 208 BUTLER BLVD | | MLS#: | 21333951,S  #1 |
| | Bayville | | Cat: SF/Detach | |
| Muni: | Berkeley | | | |
| LP: | $150,000  SP: | $120,000 | ApxSF: | 0 |
| LD: | 10/02/2013 SD: | 06/06/2014 | $/SF: | $0.00 |
| Beds: | 2 | Bths: 1.0-1/0 | Acre/LotDim.: | /50X80 |
| YearBlt: | | Pkng: | DOM: | 249 |
| CDOM: | 249 | Stories: 1.00 | FP/#: | N/0 |
| Style: Cot/Bng | | Elem: | Mid:CENTRAL REGIONAL | |
| High: CENTRAL, REGIONAL | | | | |

**Property Description:**Great Location to the Bay. Lot has vinyl Bulkhead and 50ft on the water. Home was damaged by Sandy. Tear Down.

**Agent Comments:**

---



| | | | | |
|---|---|---|---|---|
| | 37 SLOOP CREEK RD | | MLS#: | 21413506,S#2 |
| | Bayville | | Cat: SF/Detach | |
| Muni: | Berkeley | | | |
| LP: | $129,900  SP: | $120,000 | ApxSF: | 730 |
| LD: | 04/09/2014 SD: | 05/22/2014 | $/SF: | $164.38 |
| Beds: | 2 | Bths: 1.0-1/0 | Acre/LotDim.:/50X120 | |
| YearBlt: | | Pkng: DrivewayDetached | DOM: | 9 |
| CDOM: | 9 | Stories:1.00 | FP/#: | N/ |
| Style: Ranch | | Elem: | Mid: | |

**Property Description:**A larger than it looks cottage, nestled in the woods. Woods behind house provide a serene feeling to this perfect starter or down sizing home. 50 ft. buffer on the side of the house for added

**Agent Comments:**

# Properties Recently Closed



| | | | | | |
|---|---|---|---|---|---|
| | 215 ROSEWOOD DR | | | MLS#: | 21332954,S #3 |
| | Bayville | | | Cat: SF/Detach | |
| Muni: | Berkeley | | | | |
| LP: | $129,000 | SP: | $120,000 | ApxSF: | 760 |
| LD: | 09/23/2013 | SD: | 04/11/2014 | $/SF: | $157.89 |
| Beds: | 2 | Bths: | 1.0-1/0 | Acre/LotDim.: | /40X80 |
| YearBlt: | | Pkng: | Driveway | DOM: | 163 |
| CDOM: | 163 | Stories: | 1.00 | FP/#: | /0 |
| Style: | Ranch, Cot/Bng | Elem: | | Mid: | |

**Property Description:**

Make this your Own!!! Fix it up for Year Round Living or use it for a Summer Home. Home needs some TLC and yard work, but great bones. There was some Sandy Damage to the floors, floor coverings have been replace. Ready to go.

**Agent Comments:**



| | | | | | |
|---|---|---|---|---|---|
| | 214 TEAKWOOD DR | | | MLS#: | 21322580,S #4 |
| | Bayville | | | Cat: SF/Detach | |
| Muni: | Berkeley | | | | |
| LP: | $159,900 | SP: | $127,500 | ApxSF: | 960 |
| LD: | 06/27/2013 | SD: | 01/16/2014 | $/SF: | $132.81 |
| Beds: | 2 | Bths: | 1.0-1/0 | Acre/LotDim.: | /50X80 |
| YearBlt: | 1960 | Pkng: | Asphalt | DOM: | 145 |
| CDOM: | 145 | Stories: | 1.00 | FP/#: | / |
| Style: | Ranch | Elem: | CLARA B. WORTH | Mid: | CENTRAL REGIONAL |
| High: | CENTRAL, REGIONAL | | | | |

**Property Description:** New vinyl bulkhead 2006...Home received damage from Hurricane Sandy and was gutted immediately...should be lifted or demolished...Owner would consider demolishing...priced below land

**Agent Comments:**

## Properties Recently Closed



| | |
|---|---|
| **Total # of Listings** | 5 |
| **Lowest Price Listing** | $120,000 |
| **Highest Price Listing** | $145,000 |
| **Average Price** | $126,500 |
| **Avg. Price/SqFt** | $91.00 |
| **Avg. Days on Market** | 141 |
| **Con. Days on Market** | 141 |

# Summary Graph/Analysis



## Cumulative Analysis

| Listing Category | Lowest Price | Highest Price | Average Price | Avg Price/Sqft |
|---|---|---|---|---|
| **Properties Recently Closed** | **$120,000** | **$145,000** | **$126,500** | **$91.00** |
| Averages | $120,000 | $145,000 | $126,500 | $91.00 |

## Closed Property Analysis

| Address | List Price | Sold Price | DOM | % Chg | SP/Sqft |
|---|---|---|---|---|---|
| 208 BUTLER BLVD | $150,000 | 120000 | 249 | 20.0% | $0 |
| 37 SLOOP CREEK RD | $129,900 | 120000 | 9 | 7.6% | $164 |
| 215 ROSEWOOD DR | $129,000 | 120000 | 163 | 7.0% | $158 |
| 214 TEAKWOOD DR | $159,900 | 127500 | 145 | 20.3% | $133 |
| 217 ROSEWOOD DR | $150,000 | 145000 | 140 | 3.3% | $0 |
| Averages | $143,760 | $126,500 | 141 | 11.6% | $152 |



This CMA is not an appraisal and should not be considered the equivalent of an appraisal.
--Information deemed reliable but not guaranteed--Copyright: 2014 by the Monmouth County Association of REALTORS®
*Provided by Anita Morris of C21/ Pacesetter Realty on 7/1/2014 10:07:58 AM*