**My name is Donna DeRosa-Ruquet I am of full age** and I make this Declaration in support of the Motion To Avoid Junior Liens presently before the Court. I am aware that if any statements made by me are willfully false I may be subject to fines and penalties.

The Junior Lien secured by Note and Mortgage – "the debt"- regarding 621 Bay Blvd. was discharged under case number 10-2948-KCF on April 15, 2011 as evidenced by the payment history T.D. Bank N.A., has charged this loan off.

**WHEREFORE Debtor prays that this Court issue an Order granting the following relief:**

1.      The Junior Lien held by the Respondent plus any additional costs and fees that may be secured by the property known as 621 Bay Blvd, Bayville NJ 08721 are hereby avoided and considered void.

2.      The respondent shall have no further interest in said property as soon as the Court deems just.

7/10/2014

7/10/2014