**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Donna DeRosa-Ruquet
Scott Ruquet
226 Potters Drive
Bayville, NJ 08721

Pro Se- Debtor

| In Re: | | |
|---|---|---|
| Donna DeRosa-Ruquet Scott Ruquet | Case No.: | 14-17571-KCF |
| | Chapter: | 13 |
| | Adv. No.: | |
| | Hearing Date: | July 23, 2014 :930 a.m |
| | Judge: | Hon. Kathryn Ferguso |

## CERTIFICATION OF SERVICE

1. I, _____Donna DeRosa-Ruquet_____ :

   ❑ represent the _____ in the above-captioned matter.

   ❑ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☑ am the _____Debtor_____ in the above case and am representing myself.

2. On __7/10/2014__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   *****Information on parties served and manner in which they were served is attached to the Motion*****

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __7/10/2014__

Signature