COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Attorneys for Secured Creditor
 TD Bank, N.A.
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
 (201)845-9600
Our File: 36,658-

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

———————————————————x

In Re:                                    :

DONNA DeROSA RUQUET
And SCOTT RUQUET              :
**MOTIONS**

                    Debtor.
————————————x

CHAPTER 13 PROCEEDING

Case No.: 14-17571(KCF)

                                      :

**CERTIFICATION OF SERVICE**

BARBARA BLUMBERG does hereby certify and say that:

1.      I am a legal assistant employed by the firm of Cohn Lifland Pearlman

Herrmann & Knopf LLP, attorneys for secured creditor TD Bank N.A., in the above-

captioned matter.

2.      On July 18, 2014, the following parties were served TD Bank's

Certification in Opposition to the Debtors' Two (2) Motions to Void TD Bank's Liens

encumbering 226 Potters Drive, Bayville, New Jersey and 621 Bay Boulevard, Bayville,

New Jersey via Federal Express overnight delivery:

**Donna DeRosa-Ruquet**
**Scott Ruquet**
226 Potters Drive

Bayville, NJ 08721

And by email communication to:

**Albert Russo**
Chapter 13 Standing Trustee
CN 4853
Trenton, NJ 08650
**Email Address:  docs@russotrustee.com**

3.    I certify under penalty of perjury that the foregoing is true and correct.

/s/ Barbara Blumberg
BARBARA BLUMBERG

DATED:  July 18, 2014