

DONNA DEROSA-RUQUET
SCOTT RUQUET
226 Potters drive
Bayville, New Jersey 08721
732.278.3227

**UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ─────────────────────── X | CHAPTER 13 PROCEEDING |
| In re:                                : | |
|                                           : | Case No.:    14-17571-KCF |
|                                           : | |
| DONNA DEROSA-RUQUET       : | |
| And SCOTT RUQUET              : | DEBOTR'S RESPONSE TO |
|                                           : | TD BANK'S OPPOSITION TO |
|                                           : | AND SUPPLEMENTAL |
|                                           : | OPPOSITION TO |
|                                           : | DEBTOR'S MOTION TO AVOID |
|                                           : | JUNIOR LIENS |
|                   Debtors     : | |
| ─────────────────────── X | |

Hearing Date:  8/27/2014
Hearing Time:  9:00 a.m.

**DONNA DEROSA-RUQUET does hereby certify and say that:**

**1. I am the Debtor in this case and I make this Certification in Response to and Objection of TD Bank's (herein "the creditor") Opposition and Supplemental Opposition to the two Motions To Avoid Junior Liens presently before the Court and the confirmation of the Debtor's Chapter 13 Plan.**

**226 POTTERS DRIVE, BAYVILLE, NJ**

2. The first lienholder is owed $251,811.09

3. The Debtor's obligation to the secondary mortgage loan was discharged on April 15, 2011 by Order of this Court under Case No. 10-49218-KCF.

4. Any secured interest the creditor may have is limited solely to that of the property 226 Potters Drive, Bayville, NJ  08721.

5. The Debtors submitted a CMA attached as Exhibit "E" in their Motion To Avoid Junior Liens on Principal Residence dated July 14, 2014, and attached here as Exhibit "A" that valued the property at $209,9667. **(See Exhibit "A")** In the creditor's original Opposition they rely on this as the Debtor's valuation of the property however in their Supplemental opposition they rely on the Debtor's Schedules "A" and "D" which values the home at $220,000.

6. The creditor submits in their supplemental opposition an Appraisal prepared August 5, 2014 that values the property at $257,500.

7. The Debtor's disagrees with the creditor's claim that the residence is worth $257,500. The debtor's find this Appraisal to be flawed, as the home was not built in 1980-rather an addition was added in and around that year. The original home was constructed in and around 1930.

8. The basement contains a partial crawl space that contains open dirt and a dehumidifier is run constantly. When a significant amount rain occurs as it did on August 13, 2014, the basement takes on water. **(See Exhibits "B" and "C")**.

9. The Appraiser has classified the residence as an "in law suite" and further states that the additional unit appears to be a converted garage. In fact, the additional unit was never a garage and was never converted as evidenced by the fact that sits on a crawl space. **(See Exhibit "D")** The Debtor's find the assertion made by the the Appraiser that this unit appeared to be a converted garage disconcerting as it is widely known a garage exists on a slab. Quite frankly, this type of error would seem to impugn the Appraiser's capacity to properly assign valuation at all.

10. Township records that date back to 1989 clearly show that it is and has been classified as a shed with amenities. **(See Exhibit "E")** Incidentally it might interest the Court to know that Berkeley Township conducted a town wide physical appraisal of every home in the Township in the year 2010 and it remained classified the same way with the addition of separate electric and combined sewer. It is included under one Certificate of Occupancy, is prohibited

by Township Code from being rented and or occupied than anybody other than a relative thus significantly depleting its' investment value.

11. Historically speaking when coupled with the log structure of the main house the additional unit tends to decrease the value of the residence because of the unrecognizability of such a unique niche by Fannie Mae and other traditional lenders making it harder to obtain Lending along with a smaller margin of buyer preference.

12. Finally the appraisal relies on two mother daughter units that consist of sales older six months old and not comparable in nature, as they are one dwelling. The other comparable the appraisal relies on is a property that consists of 4.29 acres of land. 226 Potters Drive, the residence that is the subject of this proceeding consists of a 12,500 square foot lot.

13. Accordingly, the Debtor's respectfully request that the Court deem the creditor's appraisal as defective. That the Court denies the creditor's Opposition to the Debtor's Motion to Avoid A Junior Lien on Debtor's Principle Residence. That the Court grants the Debtor's Motion on a date determined by the discretion of the Court and that the Court denies the creditor's objection the confirmation of Debtor's Chapter 13 Plan.

**621 Bay Boulevard Bayville, New Jersey**

14. The first lien holder is owed $133,000.

15. The Debtor's obligation to the secondary mortgage loan was discharged on April 15, 2011 by Order of this Court under Case No. 10-49218-KCF.

16. Any secured interest the creditor may have is limited solely to that of the property 621 Bay Boulevard, Bayville, NJ  08721.

17. The Debtors submitted a CMA attached as Exhibit "E" in their Motion To Avoid Junior Liens dated July 14, 2014, and is attached here as Exhibit "F" that valued the property at $126,500. **(See Exhibit "F")**

18. In the creditor's original Opposition they rely on this as the Debtor's valuation of the property however in their Supplemental opposition they rely on the Debtor's Schedules "A" and "D" which values the home at $130,000.

19. The creditor values the residence at $132,000 in their proof of claim filed August 5, 2014. **(Exhibit "G")**

19. The creditor submits in their Supplemental Opposition as Exhibit "G" an Appraisal prepared August 5, 2014 that values the property at $140,000.

20. The Debtor's disagrees with the creditor's claim that the residence is worth $140,000. The debtor's find

this Appraisal to be flawed as has erroneously listed the basement as having an outside entrance – it does not. There is also a sump pump present, which was not listed nor was the visible standing water. **(Exhibit "H")** The standing water was recognized in the Addendum but seems to be absent for valuation purposes.

21. In the creditor's Opposition they assert that the debtor's do not claim that the home is "fixer upper". It is clear when looking at the pictures of the windows included in the Addendum of the creditors appraisal this home is a fixer upper. There are eighteen windows throughout the front unit all with outside sills in the same condition. The front unit also needs gutters and soffits. **(Exhibit "I")**

22. In the creditor's Opposition they assert that the debtor's do not claim damages incurred by Hurricane Sandy. This residence is located roughly one eight of a mile from the Barnegat Bay. When the eight-foot wave that hit the Shore came in it completely flooded the basement of the front unit. The police were launching boats in front of the residence to rescue homeowners that were stranded to the West in homes on the lagoons in Berkeley Shores three miles away. The Bay rose to the 500 hundred block and the River to the West reached the 300 block of Riverside Drive which

runs parallel to Bay Blvd. **(See Exhibit "J")** There was no power for 10 days and widespread looting. Because the statistics are just too numerous to list the Debtor's have attached FEMA Maps and Data complied by Rutgers for the Court's review to illustrate the impact that was felt by Hurricane Sandy. **(See Exhibit "K")**

23. In the creditor's appraisal they are cautioned that the appraisal is based on FEMA maps that date back to 2006 and that new maps have been adopted by the Township since hurricane Sandy. The new maps classify this property in an AE flood zone with a base elevation level of seven (7) feet plus one (1) based. **(Exhibit "L" and "M")**

24. Accordingly, the Debtor's respectfully request that the Court deem the creditor's appraisal as defective. That the Court denies the creditor's Opposition to the Debtor's Motion to Avoid A Junior Lien on Debtor's Principle Residence. That the Court grants the Debtor's Motion on a date determined by the discretion of the Court and that the Court denies the creditor's objection the confirmation of Debtor's Chapter 13 Plan.

25.    I certify under penalty of perjury that the foregoing is true and correct.


_____

DONNA DEROSA-RUQUET


DATED: August 18, 2014

## _C.M.A._

*FOR PROPERTY ON*

*226 POTTERS DRIVE*

*BAYVILLE,N.J. 08721*

*HOLLY PARK*

Exhibit     A



| | | | | | MLS#: | 21408787,A#1 |
|---|---|---|---|---|---|---|
| | Berkeley | | | | Cat: SF/Detach | |
| Muni: | Berkeley | | | | | |
| LP: | $279,900 | SP: | $0 | | ApxSF: | 1,320 |
| LD: | 03/10/2014 | SD: | | | S/SF: | $212.05 |
| Beds: | 3 | Bths: | 2.0-2/0 | | Acre/LotDim.:/ | |
| YearBlt: | 1950 | Pkng: | Driveway Detached, Oversize | | DOM: | 113 |
| CDOM: | 113 | Stories: | 3.00 | | FP/#: | N/ |
| Style: | Cape | Elem: | CLARA B. WORTH | | Mid:CENTRAL REGIONAL | |
| High: | CENTRAL, REGIONAL | | | | | |

**Property Description:**NO FLOOD DAMAGE OR FEMA CLAIM. Must be seen to be appreciated! Move zones and back up oil furnace with above ground tank. Well built home that has been maintained, updated and improved. Detached oversized garage, fenced in yard. Large deck, crown molding and hardwood floors. New kitchen. Pool table in finished portion of basement stays. Seller sad to go, must relocate. Please make all offers known.

**Agent Comments:**

# Under Contract Properties



| | | | | | |
|---|---|---|---|---|---|
| | 323 MAIN ST | | | MLS#: | 21403451,UC#2 |
| | Bayville | | | Cat: SF/Detach | |
| Muni: | Berkeley | | | | |
| LP: | $195,000 | SP: | $0 | ApxSF: | 1,008 |
| LD: | 01/29/2014 | SD: | | $/SF: | $193.45 |
| Beds: | 2 | Bths: | 1.0-1/0 | Acre/LotDim.:/100X125 | |
| YearBlt:1980 | | Pkng: | Driveway, Dbl Wide, AsphaltAttached, DirectE, Storage | DOM: | 127 |
| CDOM: 127 | | Stories:1.00 | | FP/#: | / |
| Style: Ranch | | Elem:H & M POTTER | | Mid:CENTRAL REGIONAL | |
| High: CENTRAL, REGIONAL | | | | | |

**Property Description:**Perfect starter or empty-nester ranch, meticulously maintained, just painted, beautiful hardwood floors, large rooms, new gas heat & central air, newer roof, big garage w/storage above & large corner lot w/room for expansion in beautiful Holly Park...You won't be disappointed!!!

**Agent Comments:**

# Expired Properties



|  | 316 HOLLY BLVD | | | MLS#: | 21334065,X   #3 |
|---|---|---|---|---|---|
|  | Bayville | | | Cat: SF/Detach | |
| Muni: | Berkeley | | | | |
| LP: | $155,000 | SP: | $0 | ApxSF: | 736 |
| LD: | 10/02/2013 | SD: | | S/SF: | $210.60 |
| Beds: | 2 | Bths: | 1.0-1/0 | Acre/LotDim.: | 0.287/50 X 250 |
| YearBlt: | 1943 | Pkng: | | DOM: | 182 |
| CDOM: | 182 | Stories: | 1.00 | FP/#: | / |
| Style: | Cot/Bng | Elem: | H & M POTTER | Mid: | CENTRAL REGIONAL |
| High: | CENTRAL, REGIONAL | | | | |

**Property Description:** Priced to sell, very cozy small cottage 2 bedrooms, 1 bath. Calling all investors this is a large property possible subdivided, buyers will be responsible to do all diligence. Sold as is.

**Agent Comments:**



| | | |
|---|---|---|
| **Total # of Listings** | **1** | |
| **Lowest Price Listing** | **$279,900** | |
| **Highest Price Listing** | **$279,900** | |
| **Average Price** | **$279,900** | |
| **Avg. Price/SqFt** | **$212.00** | |
| **Avg. Days on Market** | **113** | |
| **Con. Days on Market** | **113** | |



## Under Contract Properties

| | | |
|---|---|---|
| **Total # of Listings** | **1** | |
| **Lowest Price Listing** | **$195,000** | |
| **Highest Price Listing** | **$195,000** | |
| **Average Price** | **$195,000** | |
| **Avg. Price/SqFt** | **$193.00** | |
| **Avg. Days on Market** | **127** | |
| **Con. Days on Market** | **127** | |



List Price

**1**

| | |
|---|---|
| **Lowest Price Listing** | **$155,000** |
| | **$155,000** |
| **Average Price** | **$155,000** |
| **Avg. Price/SqFt** | **$211.00** |
| **Avg. Days on Market** | **182** |
| **Con. Days on Market** | **182** |

0        38750        77500        116250        155000

# Summary Graph/Analysis



## Cumulative Analysis

| Listing Category | Lowest Price | Highest Price | Average Price | Avg Price/Sqft |
|---|---|---|---|---|
|  | $279,900 | $279,900 | $279,900 | $212.00 |
| Under Contract Properties | $195,000 | $195,000 | $195,000 | $193.00 |
| Expired Properties | $155,000 | $155,000 | $155,000 | $211.00 |
| Averages | $209,967 | $209,967 | $209,967 | $205.33 |

## Closed Property Analysis

| Address | List Price | Sold Price | DOM | % Chg | SP/Sqft |
|---|---|---|---|---|---|



# Property Summary

|   |    | Street Address | Age/YB | L Price | S Price | Closed Date | DOM |
|---|----|----------------|--------|---------|---------|-------------|-----|
| 1 | A  | 509 BAY BLVD   | 1950   | $279,900 | N/A | N/A | 113 |
| 2 | UC | 323 MAIN ST    | 1980   | $195,000 | N/A | N/A | 127 |
| 3 | X  | 316 HOLLY BLVD | 1943   | $155,000 | N/A | N/A | 182 |



This CMA is not an appraisal and should not be considered the equivalent of an appraisal.
—Information deemed reliable but not guaranteed—Copyright: 2014 by the Monmouth County Association of REALTORS®
*Provided by Anita Morris of C21/ Pacesetter Realty on 7/1/2014 10:14:42 AM*

| « Previous Month | « 2013 | | August 2014 | | 2015 » | Next Month » |
|---|---|---|---|---|---|---|
| **Sunday** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday** |
| | | | | | **1**<br>Actual: 82 \| 68<br>Precip: 0.07<br>Average: 84 \| 64<br>Precip: 0.20 | **2**<br>Actual: 69 \| 64<br>Precip: 0.65<br>Average: 85 \| 63<br>Precip: 0.06 |
| **3**<br>Actual: 73 \| 64<br>Precip: 0.30<br>Average: 86 \| 64<br>Precip: 0.16 | **4**<br>Actual: 82 \| 62<br>Precip: 0.00<br>Average: 87 \| 65<br>Precip: 0.27 | **5**<br>Actual: 86 \| 62<br>Precip: 0.00<br>Average: 86 \| 64<br>Precip: 0.19 | **6**<br>Actual: 80 \| 66<br>Precip: 0.00<br>Average: 85 \| 62<br>Precip: 0.26 | **7**<br>Actual: 82 \| 59<br>Precip: 0.00<br>Average: 84 \| 61<br>Precip: 0.25 | **8**<br>Actual: 82 \| 53<br>Precip: 0.00<br>Average: 84 \| 63<br>Precip: 0.16 | **9**<br>Actual: 84 \| 53<br>Precip: 0.00<br>Average: 85 \| 63<br>Precip: 0.04 |
| **10**<br>Actual: 86 \| 55<br>Precip: 0.00<br>Average: 86 \| 64<br>Precip: 0.32 | **11**<br>Actual: 82 \| 53<br>Precip: 0.00<br>Average: 85 \| 63<br>Precip: 0.06 | **12**<br>Actual: 78 \| 66<br>Precip: 0.80<br>Average: 84 \| 62<br>Precip: 0.29 | **13**<br>Actual: 84 \| 69<br>Precip: 2.49<br>Average: 82 \| 60<br>Precip: 0.20 | **14**<br>Actual: 78 \| 55<br>Precip: 0.30<br>Average: 82 \| 61<br>Precip: 0.14 | **15**<br>Actual: 75 \| 55<br>Precip: 0.00<br>Average: 84 \| 62<br>Precip: 0.06 | **16**<br>Actual: 80 \| 51<br>Precip: 0.00<br>Average: 84 \| 62<br>Precip: 0.14 |
| **17**<br>Actual: 80 \| 55<br>Precip: 0.00<br>Average: 84 \| 62<br>Precip: 0.18 | **18**<br>Forecast: 81 \| 67<br>Clear<br>Average: 84 \| 62<br>Precip: 0.19 | **19**<br>Forecast: 79 \| 65<br>Mostly Cloudy<br>Average: 82 \| 60<br>Precip: 0.10 | **20**<br>Forecast: 81 \| 65<br>Partly Cloudy<br>Average: 81 \| 61<br>Precip: 0.10 | **21**<br>Forecast: 81 \| 65<br>Chance of a<br>Thunderstorm<br>Average: 81 \| 58<br>Precip: 0.29 | **22**<br>Forecast: 79 \| 65<br>Partly Cloudy<br>Average: 81 \| 58<br>Precip: 0.09 | **23**<br>Forecast: 79 \| -<br>Partly Cloudy<br>Average: 82 \| 58<br>Precip: 0.13 |
| **24**<br>Record: 91 \| 45<br>Precip: 1.60<br>Average: 81 \| 58<br>Precip: 0.15 | **25**<br>Record: 94 \| 44<br>Precip: 3.64<br>Average: 82 \| 58<br>Precip: 0.13 | **26**<br>Record: 95 \| 45<br>Precip: 0.50<br>Average: 83 \| 60<br>Precip: 0.04 | **27**<br>Record: 96 \| 46<br>Precip: 3.65<br>Average: 83 \| 61<br>Precip: 0.15 | **28**<br>Record: 96 \| 46<br>Precip: 3.21<br>Average: 85 \| 62<br>Precip: 0.27 | **29**<br>Record: 98 \| 39<br>Precip: 2.20<br>Average: 84 \| 62<br>Precip: 0.15 | **30**<br>Record: 96 \| 40<br>Precip: 2.00<br>Average: 83 \| 59<br>Precip: 0.03 |
| **31**<br>Record: 98 \| 38<br>Precip: 3.35<br>Average: 83 \| 59<br>Precip: 0.03 | | | | | | |

**Month Precipitation - To date: 4.61 Average to date: 2.98 Average month total: 4.83**

**Calendar Key**

Sunny Clear — Mostly Cloudy Partly Sunny — Mostly Sunny Partly Cloudy — Cloudy — Rain — Snow

Hail Flurries — Thunderstorms — Hazy Fog — Sleet — denotes 'chance of' — Unknown

Actual: 90 | 58
Precip: 0.00
Average: 71 | 53
Precip: 0.03

Data Category
Condition
High Temp.
Lo Temp.
Precip. (in inches)
Daily Avg. Temp.
Temps in °F

-60 -30 0 30 60 90 120

Exhibit B





Exhibit        C





Dirt Crawl









Old Coal Chute





Crawl Space Window 2nd unit

Exhibit D

Case 14-17571-KCF   Doc 58   Filed 08/19/14   Entered 08/22/14 13:56:02   Desc Main
Document      Page 24 of 51



KAISER, KARL M. & JUDITH A.
226 POTTERS DRIVE
BAYVILLE, N. J.            08721

SALE HIST
SALE DATE
SALE PRICE

CURRENT 1ST PREV 2ND PREV   VAL IVAL

CURRENT ASSESSED — LAND VAL     7,200
                    IMPR VAL    34,400
                    TOTL VAL    41,600

EXHIBIT 4

**61.00  MARKET INFLUENCE**
01 OVERBUILT
02 UNDERIMPROVED
03 POOR LAYOUT
04 NEXT COMM.
05 TRANSITIONAL
06 NO PARKING
07 POOR STYLE
08 NO GARAGE
09 INDUS. LOC.
10 POWER LINES
11 NO STR. LIGHT
12 INFERIOR SERV
13 SUPERIOR SERV
14 HEAVY TRAFFIC
15 LIGHT TRAFFIC
16 UNDERGRD UTIL
17 FUNC OBSOL.
18 ECON OBSOL.

**63.00  LAND INFLUENCE**
01 COMMERCIAL
02 VIEW
03 MISC.
04
05
06
07
08
09
10
11
12
13
14
15
16

**15.00  ACCESSARY & FARM BUILDINGS**

| CODE | SIZE/AREA | QUALITY FACTOR | NET CONDITION | FIELD PRICE |
|------|-----------|----------------|---------------|-------------|
|      |           |                |               |             |
| 04   | 20 x 27   | 1.25           | 50            |             |

CODE LEGEND:
01=DET. GARAGE    09=POOL VINYL      17=FARM SHED
02=DET. CARPORT   10=POOL ABV GRND   18=POLE BARN
03=SHED 1 STORY   11=C.C. PAVING     19=STABLE
04=SHED 1.5 STY   12=ASPHALT PAVING  20=POULTRY SHED
05=SHED 2 STORY   13=TENNIS COURT    21=SILO
06=FIN SHED 1STY  14=BARN            22=SMALL SHED
07=FIN SHED 1.5S  15=DAIRY BARN      23=
08=POOL GUNITE    16=BARN W/LOFT     24=

**70.00  LAND SCHEDULE (FRONT FOOT METHOD)**

| LAND ZONE | FRONT FOOTAGE | AVERAGE DEPTH | DEPTH TABLE | UNIT RATE | #62 ADJ CODE | ADJ PCT. | #63 ADJ CODE | ADJ PCT. |
|-----------|---------------|---------------|-------------|-----------|--------------|----------|--------------|----------|
| 1 |  | 100 | 105 |  |  |  |  |  |
| 2 |  |  |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |  |  |
| 4 |  |  |  |  |  |  |  |  |

**71.00  LAND SCHED (UNIT RATE METHOD)**

| LAND ZONE | DESC CODE | NUMBER OF UNITS | UNIT RATE | #62 ADJ CODE | ADJ PCT. | #63 ADJ CODE | ADJ PCT. |
|-----------|-----------|-----------------|-----------|--------------|----------|--------------|----------|
| 1 | 01 |  |  |  |  |  |  |
| 2 |  |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |  |
| 4 |  |  |  |  |  |  |  |

**80.00  WORK RECORD**

|        | BY   | DATE    |
|--------|------|---------|
| MEAS.  | AC   | 6 5 90  |
| LIST   | BD   | 6/8/90  |
| PRICE  | CMF  | 7-25-90 |
| REVIEW |      |         |

**81.00  FIELD CALLS**

|    | BY  | DATE     |
|----|-----|----------|
| #1 | AC  | 6 5 90   |
| #2 | AC  | 6-5-90   |
| #3 | BD  | 6 8 90   |
| #4 | BD  | 7 20 90  |

**85.00  COMMENTS**

01  BP # 89-1171                          8/8/89
02  addition 18 x 24  100% Complete
03
04  1 md. shed  N/V
05  20 x 27 Bldg. ALUM/VINYL. HAS BATH Room, Kitchen
06  SINK + FREESTANDING STOVE. 1.5 story. NO WATER OR
07  ELECTRIC. USED NOW FOR STORADGE. USe
08  1.25 QFAC per Carey
09

INSPECTION SIGNATURE

DATE  6/8/90

732 278 3227

## C.M.A.

FOR PROPERTY ON

621 BAY BLVD

BAYVILLE,N.J. 08721

HOLLY PARK

Exhibit - F

# Properties Recently Closed



|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 208 BUTLER BLVD |  | MLS#: | 21333951,S #1 |
|  | Bayville |  | Cat: SF/Detach |
| Muni: | Berkeley |  |  |  |
| LP: | $150,000 | SP: | $120,000 | ApxSF: | 0 |
| LD: | 10/02/2013 | SD: | 06/06/2014 | $/SF: | $0.00 |
| Beds: | 2 | Bths: | 1.0-1/0 | Acre/LotDim.: | /50X80 |
| YearBlt: |  | Pkng: |  | DOM: | 249 |
| CDOM: | 249 | Stories: | 1.00 | FP/#: | N/0 |
| Style: | Cot/Bng | Elem: |  | Mid:CENTRAL REGIONAL |
| High: | CENTRAL, REGIONAL |

**Property Description:**Great Location to the Bay. Lot has vinyl Bulkhead and 50ft on the water. Home was damaged by Sandy. Tear Down.

**Agent Comments:**



|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 37 SLOOP CREEK RD |  | MLS#: | 21413506,S#2 |
|  | Bayville |  | Cat: SF/Detach |
| Muni: | Berkeley |  |  |  |
| LP: | $129,900 | SP: | $120,000 | ApxSF: | 730 |
| LD: | 04/09/2014 | SD: | 05/22/2014 | $/SF: | $164.38 |
| Beds: | 2 | Bths: | 1.0-1/0 | Acre/LotDim.:/50X120 |
| YearBlt: |  | Pkng: | DrivewayDetached | DOM: | 9 |
| CDOM: | 9 | Stories: | 1.00 | FP/#: | N/ |
| Style: | Ranch | Elem: |  | Mid: |

**Property Description:**A larger than it looks cottage, nestled in the woods. Woods behind house provide a serene feeling to this perfect starter or down sizing home. 50 ft. buffer on the side of the house for added

**Agent Comments:**

# Properties Recently Closed



|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | 215 ROSEWOOD DR | | | MLS#: | 21332954,S #3 |
| | Bayville | | | Cat: SF/Detach | |
| Muni: | Berkeley | | | | |
| LP: | $129,000 | SP: | $120,000 | ApxSF: | 760 |
| LD: | 09/23/2013 | SD: | 04/11/2014 | $/SF: | $157.89 |
| Beds: | 2 | Bths: | 1.0-1/0 | Acre/LotDim.: | /40X80 |
| YearBlt: | | Pkng: | Driveway | DOM: | 163 |
| CDOM: | 163 | Stories: | 1.00 | FP/#: | /0 |
| Style: Ranch, Cot/Bng | | Elem: | | Mid: | |

**Property Description:**
Make this your Own!!! Fix it up for Year Round Living or use it for a Summer Home. Home needs some TLC and yard work, but great bones. There was some Sandy Damage to the floors, floor coverings have been replace. Ready to go.

**Agent Comments:**

---



|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | 214 TEAKWOOD DR | | | MLS#: | 21322580,S #4 |
| | Bayville | | | Cat: SF/Detach | |
| Muni: | Berkeley | | | | |
| LP: | $159,900 | SP: | $127,500 | ApxSF: | 960 |
| LD: | 06/27/2013 | SD: | 01/16/2014 | $/SF: | $132.81 |
| Beds: | 2 | Bths: | 1.0-1/0 | Acre/LotDim.: | /50X80 |
| YearBlt: | 1960 | Pkng: | Asphalt | DOM: | 145 |
| CDOM: | 145 | Stories: | 1.00 | FP/#: | / |
| Style: Ranch | | Elem: CLARA B. WORTH | | Mid: CENTRAL REGIONAL | |
| High: CENTRAL, REGIONAL | | | | | |

**Property Description:** New vinyl bulkhead 2006...Home received damage from Hurricane Sandy and was gutted immediately...should be lifted or demolished...Owner would consider demolishing...priced below land

**Agent Comments:**

Properties Recently Closed



| | |
|---|---|
| **Total # of Listings** | **5** |
| **Lowest Price Listing** | **$120,000** |
| **Highest Price Listing** | **$145,000** |
| **Average Price** | **$126,500** |
| **Avg. Price/SqFt** | **$91.00** |
| **Avg. Days on Market** | **141** |
| **Con. Days on Market** | **141** |

# Summary Graph/Analysis



## Cumulative Analysis

| Listing Category | Lowest Price | Highest Price | Average Price | Avg Price/Sqft |
|---|---|---|---|---|
| Properties Recently Closed | $120,000 | $145,000 | $126,500 | $91.00 |
| Averages | $120,000 | $145,000 | $126,500 | $91.00 |

## Closed Property Analysis

| Address | List Price | Sold Price | DOM | % Chg | SP/Sqft |
|---|---|---|---|---|---|
| 208 BUTLER BLVD | $150,000 | 120000 | 249 | 20.0% | $0 |
| 37 SLOOP CREEK RD | $129,900 | 120000 | 9 | 7.6% | $164 |
| 215 ROSEWOOD DR | $129,000 | 120000 | 163 | 7.0% | $158 |
| 214 TEAKWOOD DR | $159,900 | 127500 | 145 | 20.3% | $133 |
| 217 ROSEWOOD DR | $150,000 | 145000 | 140 | 3.3% | $0 |
| Averages | $143,760 | $126,500 | 141 | 11.6% | $152 |



This CMA is not an appraisal and should not be considered the equivalent of an appraisal.
--Information deemed reliable but not guaranteed--Copyright: 2014 by the Monmouth County Association of REALTORS®
*Provided by Anita Morris of C21/ Pacesetter Realty on 7/1/2014 10:07:58 AM*

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT District of New Jersey | PROOF OF CLAIM |
|---|---|

| Name of Debtor:    Donna D Ruquet | Case Number: 14-17571 | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): <br> TD Bank N.A. | **COURT USE ONLY** |
|---|---|
| Name and address where notices should be sent: <br> TD Bank N.A. <br> ATTN: Jeremy D DeWeese <br> P.O. Box 9547 <br> Portland, ME 04112 <br><br> Telephone number: (207) 317-4917    email: Jeremy.deweese@td.com | ☐ Check this box if this claim amends a previously filed claim. <br><br> Court Claim Number:_____ <br> *(If known)* <br><br> Filed on:_____ |
| Name and address where payment should be sent (if different from above): <br> TD Bank N.A. P.O. Box 16029, Lewiston, ME 04243-9507 <br><br> Telephone number:    email | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:**    $ 132,590.12

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or

**2. Basis for Claim:    Money Loaned**
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: <br> 6164 | 3a. Debtor may have scheduled amount as: <br><br> (See instruction #3a) | 3b. Uniform Claim Identifier (optional): <br><br> (See instruction #3b) |
|---|---|---|

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate ☐ Motor Vehicle ☐ Other
Describe: Mortgage

Value of Property:$ 132,000.00

Annual Interest Rate  7.24%  ☒ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$18,622.12

Basis for perfection:    Recorded Mortgage

Amount of Secured Claim:    $132,590.12

Amount Unsecured:    $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

 

Exhibit G

7. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)*

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**

If the documents are not available, please explain:

8. **Signature:** (See instruction #8)

Check the appropriate box.
□ I am the creditor.    □ I am the creditor's authorized agent.    □ I am the trustee, or the debtor,    □ I am a guarantor, surety, indorser, or other codebtor.
(Attach copy of power of attorney, if    or their authorized agent.    (See Bankruptcy Rule 3005.)
any.)    (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:    Jeremy D DeWeese
Title:    Bankruptcy Specialist
Company:    TD Bank N.A.
Address and telephone number (if different from notice address above):

(Signature)    (Date)    8/5/14

Telephone number: (207) 317-4917    email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.



Sump
Pump
in Basement



Where the
floor meets
the foundation
Unit "A"

H LI







Gutters



Soffits



Crack In fundation

621 Bay
Mailbox?



Exhibit J









Exhibit      K





# ArcGIS    FEMA MOTF Hurricane Sandy Impact Analysis

Details | Basemap |                                    Share    Print |    Measure    | 621 Bay B



Location

**621 Bay Blvd, Bayville, New Jersey, 08721**

Not what you wanted?

FEMA MOTF | DigitalGlobe,

ArcGIS – FEMA MOTF Hurricane Sandy Impact Analysis Case 14-17571-KCF Doc 58 Filed 08/19/14 Entered 08/22/14 13:56:02 Desc Main 3/17/14, 5:50 PM

http://www.arcgis.com/home/webmap/viewer.html?webmap=307dd522499d4a44a33d7296a5da5ea0                          Page 1 of 1

**Figure 2.**

<u>**Sandy Community Hardship Index - NJ Counties**</u>



Score = 1
(Least) to 100
(Most)

| | |
|---|---|
| ☐ | 30 - 35 |
| ▨ | 36 - 40 |
| ▨ | 41 - 55 |
| ▨ | 56 - 65 |
| ▨ | 66 - 85 |

*Source: FEMA, 2013; NJDOE, 2013; DOBI, 2013; NJ DOBI, 2013; NJC, 2013.*

# Community Hardship Index, Detailed Findings:

According to this study, Monmouth County was the hardest hit, scoring 84 on a scale of 1 (no damage) to 100 (extensive damage). Ocean County was second with a score of 73, followed by Somerset County with a score of 62. Seven counties scored between 50 and 60 points. Salem County was the least impacted with a score of 31, see Figure 3 (see Appendix A for methodology).

**Figure 4.**

**Community Hardship Indicators**

| | Days without power | Residential Claims Reported as percent of total housing unit | Residential Paid Loss $ per housing unit | Commercial Paid Loss per non-residential parcels $ | Commercial Claims Reported as % of non-residential Parcels | FEMA Municipal assistance per capita | People served at Shelters per 1,000 | Gas calls per 10,000 | Community Hardship Index |
|---|---|---|---|---|---|---|---|---|---|
| Atlantic | 3 | 7% | $ 318 | $ 59 | 0.62% | 36 | 11 | 4 | 47 |
| Bergen | 6 | 8% | $ 379 | $ 325 | 1.72% | 10 | 1 | 36 | 52 |
| Burlington | 3 | 4% | $ 145 | $ 39 | 0.35% | 5 | 6 | 2 | 39 |
| Camden | 2 | 2% | $ 53 | $ 29 | 0.20% | 3 | - | 7 | 32 |
| Cape May | 4 | 7% | $ 242 | $ 67 | 1.21% | 42 | 3 | 2 | 47 |
| Cumberland | 2 | 2% | $ 53 | $ 38 | 0.42% | 14 | - | 6 | 33 |
| Essex | 6 | 6% | $ 298 | $ 588 | 1.73% | 11 | 1 | 6 | 47 |
| Gloucester | 2 | 3% | $ 102 | $ 54 | 0.43% | 7 | 0 | 0 | 33 |
| Hudson | 6 | 4% | $ 110 | $ 553 | 3.06% | 18 | 3 | 5 | 48 |
| Hunterdon | 6 | 14% | $ 799 | $ 171 | 1.36% | 19 | 2 | 27 | 58 |
| Mercer | 5 | 8% | $ 334 | $ 137 | 1.12% | 11 | 0 | 9 | 46 |
| Middlesex | 7 | 12% | $ 446 | $ 270 | 1.89% | 25 | 5 | 17 | 59 |
| Monmouth | 10 | 16% | $ 803 | $ 200 | 1.96% | 113 | 14 | 34 | 84 |
| Morris | 7 | 13% | $ 679 | $ 162 | 1.60% | 10 | 2 | 34 | 57 |
| Ocean | 8 | 17% | $ 718 | $ 166 | 1.11% | 68 | 9 | 21 | 73 |
| Passaic | 6 | 7% | $ 304 | $ 200 | 1.64% | 8 | 1 | 9 | 46 |
| Salem | 2 | 1% | $ 47 | $ 5 | 0.10% | 4 | 1 | 3 | 31 |
| Somerset | 9 | 15% | $ 807 | $ 246 | 1.47% | 12 | 3 | 19 | 62 |
| Sussex | 7 | 11% | $ 609 | $ 77 | 0.81% | 13 | 9 | 21 | 57 |
| Union | 9 | 13% | $ 626 | $ 499 | 2.40% | 17 | 1 | 8 | 59 |
| Warren | 2 | 10% | $ 449 | $ 103 | 1.16% | 8 | 1 | 11 | 44 |

*Source: FEMA, 2013; NJDOE, 2013; DOBI, 2013; NJ DOBI, 2013; NJC, 2013.*

In the second area, **residential damage** measures scope and severity of damage. Because knowledge of FEMA Individual Assistance (IA) may not have been uniform across the state, the scope and severity are measured by the number and amount of private insurance residential claims as reported by the New Jersey Department of Banking and Insurance (DOBI), as of May 3, 2013. In terms of volume, Ocean County had the most number of claims followed by Monmouth and Middlesex counties, see Figure 5 (red bars). On a per housing unit basis, the indicator used in the Index, Ocean County also had the highest percent of housing units filing a private insurance claim with 17 percent, followed by Monmouth County with 16 percent, and Somerset County with 15 percent; only 1 percent filed in Salem County. Interestingly, the highest awards per housing unit were not in the counties with the greatest volume of claims;

**Figure 3.**

## Community Hardship Index - County

| | Score | Rank |
|---|---|---|
| Monmouth | 84 | 1 |
| Ocean | 73 | 2 |
| Somerset | 62 | 3 |
| Middlesex | 59 | 4 |
| Union | 59 | 5 |
| Hunterdon | 58 | 6 |
| Sussex | 57 | 7 |
| Morris | 57 | 8 |
| Bergen | 52 | 9 |
| Hudson | 48 | 10 |
| Atlantic | 47 | 11 |
| Essex | 47 | 12 |
| Cape May | 47 | 13 |
| Mercer | 46 | 14 |
| Passaic | 46 | 15 |
| Warren | 44 | 16 |
| Burlington | 39 | 17 |
| Gloucester | 33 | 18 |
| Cumberland | 33 | 19 |
| Camden | 32 | 20 |
| Salem | 31 | 21 |

*Source: FEMA, 2013; NJDOE, 2013; DOBI, 2013; NJ DOBI, 2013; NJC, 2013.*

The indicators for the six areas of the Index are now reviewed in turn; scores are presented in Figure 4. The first area is the number of days of **power loss** for the majority of the county. Power outages added to economic hardship by closing businesses and slowing disaster mitigation efforts by rendering equipment such as sump pumps inoperable. To compensate for inaccurate and conflicting data available from the power companies, the Index uses a proxy - the number of days public schools were closed - to understand the duration of power loss to each community. Based on this evaluation, power was out the longest in Monmouth County, an average of 10 days, followed by 9 days in Somerset and Union counties, and 8 days in Ocean County. Power was out for 2 or less days in Warren, Cumberland, Salem, Gloucester and Camden counties.

Figure 14.

## Household Hardship Index - Hardest Hit Towns

|  | Lost wages | Average FEMA IA assistance | No Home Owners Insurance | Household Hardship Index | Index RANK |
|---|---|---|---|---|---|
| Newark, Essex | $ 59,077,746 | $ 189 | 88% | 100 | 1 |
| Jersey City, Hudson | $ 38,837,473 | $ 707 | 87% | 100 | 3 |
| Paterson, Passaic | $ 27,853,811 | $ 79 | 81% | 92 | 4 |
| Franklin Township, Warren | $ 75,935 | $ 11,541 | 38% | 89 | 5 |
| Elizabeth, Union | $ 24,324,917 | $ 167 | 88% | 89 | 6 |
| Brick, Ocean | $ 12,837,613 | $ 4,341 | 42% | 79 | 7 |
| Green Township, Sussex | $ 560,460 | $ 10,956 | 0% | 79 | 8 |
| Toms River, Ocean | $ 12,570,470 | $ 3,238 | 44% | 75 | 9 |
| Berkeley Township, Ocean | $ 12,617,708 | $ 3,534 | 38% | 75 | 10 |
| Passaic City, Passaic | $ 15,180,246 | $ 43 | 82% | 74 | 11 |
| Bayonne, Hudson | $ 12,849,038 | $ 853 | 80% | 74 | 12 |
| Moonachie, Bergen | $ 509,544 | $ 6,120 | 59% | 73 | 13 |
| Sayreville, Middlesex | $ 5,462,337 | $ 3,458 | 75% | 73 | 14 |
| Seaside Heights, Ocean | $ 1,185,366 | $ 4,483 | 76% | 71 | 15 |
| Lakewood, Ocean | $ 13,897,336 | $ 103 | 73% | 70 | 16 |
| Bay Head, Ocean | $ 172,685 | $ 6,570 | 42% | 70 | 17 |
| Atlantic City, Atlantic | $ 6,055,803 | $ 2,265 | 81% | 70 | 18 |
| Union Beach, Monmouth | $ 1,411,755 | $ 5,772 | 46% | 70 | 19 |
| Long Branch, Monmouth | $ 6,494,246 | $ 2,313 | 75% | 69 | 20 |
| Deptford, Gloucester | $ 1,031,941 | $ 5,595 | 50% | 69 | 21 |
| Keansburg, Monmouth | $ 2,767,809 | $ 3,708 | 69% | 68 | 22 |
| Mullica Township, Atlantic | $ 269,164 | $ 2,804 | 100% | 68 | 23 |
| Middletown, Monmouth | $ 7,564,297 | $ 2,864 | 51% | 68 | 24 |
| Hoboken, Hudson | $ 6,090,288 | $ 1,072 | 92% | 67 | 25 |
| Irvington, Essex | $ 10,175,317 | $ 130 | 82% | 67 | 26 |
| Little Egg Harbor, Ocean | $ 4,676,032 | $ 4,532 | 35% | 67 | 27 |
| Glassboro, Gloucester | $ 664,096 | $ 5,325 | 46% | 67 | 28 |
| Highlands, Monmouth | $ 1,508,221 | $ 3,711 | 70% | 67 | 29 |
| Penns Grove, Salem | $ 318,291 | $ 3,095 | 85% | 66 | 30 |
| Little Ferry, Bergen | $ 2,417,994 | $ 3,476 | 64% | 66 | 31 |

Source: FEMA, 2013; NJDOE, 2013; DOBI, 2013; NJ DOBI, 2013; NJC, 2013.

# FEMA Ocean Co., NJ Preliminary FIRM Data Viewer

Details    Legend    Layers

**County Map Status**
**Preliminary_FIRM_Ocean_NJ**
**National Flood Hazard Layer (Sandy**
  **Effective Flood Data**

- Shaded X
- A
- AE
- AH
- AO
- D
- OPEN WATER
- V
- VE
- X

**NJ 2012 Imagery**

—

Exhibit L

## RESOLUTION NO. 2013-149-R

**RESOLUTION OF THE TOWNSHIP OF BERKELEY, COUNTY OF OCEAN, STATE OF NEW JERSEY, PROCLAIMING ITS ADOPTION OF THE ADVISORY BASE FLOOD ELEVATIONS UNDER EXTREME PROTEST**

**March 25, 2013**

**WHEREAS**, the Federal Emergency Management Administration (hereinafter "FEMA") has issued Advisory Base Flood Elevations (hereinafter "ABFEs"), to provide guidance to individuals erecting or substantially improving or repairing structures prior to adoption of FEMA's firm Base Flood Elevations by which flood insurance rates are set; and

**WHEREAS**, the Governor of New Jersey announced an emergency rule on January 24, 2013 whereby he made the ABFEs plus one foot of freeboard a mandatory state-wide requirement; and

**WHEREAS**, the Township of Berkeley vigorously opposes many of the flood area designations, height requirements and building standards applicable to structures located within the Township under the ABFEs in their current form, as detailed in the Mayor's letter dated March 8, 2013, attached hereto as Exhibit "A"; and

**WHEREAS**, despite the Township's opposition to the current ABFE standards, the governing body of the Township of Berkeley is aware that failing to adopt the ABFE standards at the current time, when so many properties in Berkeley require substantial repair and improvements and, in some cases, demolition and reconstruction, would impair the ability of property owners to receive compliance funds from the FEMA flood insurance program, and potentially could lead to property owners building to outdated FEMA standards which will, due to legislation already adopted by Congress, lead to crushing flood insurance premium rates for such property owners; and

IMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Ian Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754

1

Exhibit M

**WHEREAS,** even though the State standards have been changed per the Governor's Emergency Rule, insurance companies are failing to recognize that the State and local standard is now the ABFEs plus one foot of freeboard and are therefore denying property owners their rights to Increased Cost of Compliance ("ICC") monies to which they are justly entitled; and

**WHEREAS,** the only way to ensure property owners receive their ICC monies is to adopt these standards officially, even though the adoption of the ordinance does nothing to change the actual requirements because the Governor's Rule is the standard for the entire State; and

**WHEREAS,** also by adopting these standards, the residents of Berkeley Township will receive insurance premium reductions based upon the Township's participation in the National Flood Insurance Program; and

**WHEREAS,** it is therefore the desire of the governing body of the Township of Berkeley to announce that it will adopt the FEMA ABFE as part of the Code of the Township of Berkeley, but it does so under protest, whilst continuing to oppose, by any means available to it, the continuation and final adoption of these ABFE standards unreasonably burdensome to the property owners of Berkeley.

**NOW, THEREFORE, BE IT RESOLVED,** by the governing body of the Township of Berkeley, County of Ocean, State of New Jersey as follows:

1.     That the governing body will adopt the ABFEs via Ordinance 13-12-OA, however, it does so under extreme protest.

2.     That while the Township will be adopting the ABFEs, it will continue to oppose by any means available, the continuation and final adopting of the ABFE standards.

LMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Ten Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754

2

3.    That the Council supports the Mayor in his protestation of the ABFEs.

4.    That a certified copy of this resolution shall be forwarded to the Governor, the 3rd, 9th and 10th Legislative Districts, the Ocean County Freeholders and the Ocean County Mayors.

James J. Byrnes, Council President
Judith Noonan, Council Vice President

### CERTIFICATION

I, **BEVERLY M. CARLE, RMC,** Municipal Clerk of the Township of Berkeley do hereby certify that the foregoing resolution was duly adopted by the Township of Berkeley Township Council at a meeting held on the 25th day of March **2013.**

**BEVERLY M. CARLE,** Township Clerk
Berkeley Township

LMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Ten Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754

3