UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on November 25, 2014
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Donna DeRosa-Ruquet and Scott Ruquet

| | |
|---|---|
| Case No.: | 14-17571 |
| Hearing Date: | 9/12/2014 |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 13 |

Recommended Local Form:    ❏  Followed    ❏  Modified

## ORDER DENYING MOTION OR
## APPLICATION FOR THE ENTRY OF AN ORDER
### AVOIDING THE LIEN OF TD BANK
REGARDING 226 POTTERS DRIVE, BAYVILLE, NJ 08721

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 25, 2014**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____July 11_____, 20 14 by
 the debtors _____ for entry of an order as set forth above, all
interested parties having been duly served, the Court having considered all of the papers
submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who
entered an appearance on this matter.

*Rev. 7/1/04; jml*

2