COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Attorneys for Secured Creditor
 TD Bank, N.A.
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
 (201)845-9600
Our File: 36,658-396

Order Filed on December 18, 2014
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

————————————————————x

In Re:                                    :

                                          :

DONNA DeROSA RUQUET
And SCOTT RUQUET                          :

                                          :

            Debtor.

————————————————————x

Case No.:  14-17571 (KCF)

Hearing Date:  September 12, 2014

Judge Kathryn C. Ferguson

Chapter 13

ORDER GRANTING THE MOTION TO AVOID
THE LIEN OF TD BANK, N.A. IN PART
REGARDING 621 BAY BOULEVARD, BAYVILLE, NJ 08721

The relief set forth on the following page is hereby ORDERED.

**DATED: December 18, 2014**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor:       DONNA DeROSA RUQUET and SCOTT RUQUET
Case No.:     14-17571 (KCF)

**ORDER REGARDING TD BANK'S SECONDARY MORTGAGE ON 621
BAY BOULEVARD, BAYVILLE, NEW JERSEY 08721**

---

An application having been filed on July 11, 2014 by the debtors for entry of an order avoiding TD Bank N.A.'s ("TD Bank") second mortgage lien ("TD Bank's Second Mortgage") on their investment property located at 621 Bay Boulevard, Bayville, New Jersey (the "Investment Property"); and the Court having held a plenary hearing to determine the value of the Property on September 12, 2014 and having issued an opinion on the matter on November 25, 2014 (Docket Entry 70); and, the Court having considered all of the papers submitted, along with expert testimony and any arguments of counsel and the *pro se* debtors at the plenary hearing, all interested parties having been duly served, for good cause shown; it is

ORDERED that the debtors' motion to avoid TD Bank's Second Mortgage on the Investment Property is granted in part.  TD Bank 's Second Mortgage that encumbers 621 Bay Boulevard, Bayville, New Jersey 08721 is bifurcated into a secured claim in the amount of $6,848.02 and an unsecured claim in the amount is $125,742.10, and it is further;

ORDERED that the unsecured portion of TD Bank's Second Mortgage on the Investment Property will only be avoided as a lien upon the debtors' successful completion of their Chapter 13 Plan.  Any dismissal of the case or conversion to Chapter 7 will result in a full reinstatement of TD Bank's lien on the Investment Property as a secured claim, and it is further;

ORDERED that, pursuant to 11 U.S.C. 1328 § (f)(1), regardless of whether the debtors successfully complete their Chapter 13 plan, the debtors are not eligible for a discharge of TD Bank's unsecured claim as to TD Bank's Second Mortgage because the debtors previously reaffirmed this debt in their prior Chapter 7 bankruptcy petition filed under case number 10-

Page 3
Debtor:       DONNA DeROSA RUQUET and SCOTT RUQUET
Case No.:     14-17571 (KCF)
              **ORDER REGARDING TD BANK'S SECONDARY MORTGAGE ON 621
              BAY BOULEVARD, BAYVILLE, NEW JERSEY 08721**

49218 in which they received a discharge and therefore are not eligible for a discharge in the

present Chapter 13 case.

ORDERED that this Order shall be incorporated into and become a part of any Order

Confirming Plan in this matter.