# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE: §
§     **CASE NO. 14-17571-KCF**
§
**DONNA  DEROSA-RUQUET** §
**SCOTT  RUQUET** §
    **DEBTOR** §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Specialized Loan Servicing LLC as servicing agent for Morgan Stanley Mortgage Loan Trust 2007-3XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee** | **U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-3XS c/o America's Servicing Company** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    Specialized Loan Servicing LLC
    8742 Lucent Blvd, Suite 300
    Highlands Ranch, Colorado 80129

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx7871**

Name and Address where transferee payments should be sent (if different from above):

    Specialized Loan Servicing LLC
    PO Box 636007
    Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx7871**

Court Claim # (if known): 19-2
Amount of Claim: $251,821.60
Date Claim Filed: 10/06/2014

Phone: 888-381-7953
Last Four Digits of Acct.#: 1290

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Natalie Ann Jones
    Transferee/Transferee's Agent

Date:          07/05/2016

    Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Buckley Madole, P.C.
14841 Dallas Parkway
Suite 300
Dallas, Texas 75254
Telephone: (972) 643-6600
POCInquiries@BuckleyMadole.com
Authorized Agent for Creditor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Chapter: 13 |
| Donna  Derosa-ruquet and Scott  Ruquet, | Case No.: 14-17571-KCF |
| Debtors. | Judge: Kathryn C. Ferguson |

### CERTIFICATION OF SERVICE

1.  I, <u>Natalie Ann Jon</u>es :

   ☑ represent the <u>Creditor</u> in the above-captioned matter.

   ☐ am the secretary/paralegal for _____ who represents the

    _____ in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2.  On <u>07/05/201</u>6 , I sent a copy of the following pleadings and/or documents to the parties listed

in the chart below:

- Transfer of Claim

3.  I certify under penalty of perjury that the above documents were sent using the mode of

service indicated.


07/05/2016 _____          /s/ Natalie Ann Jones _____
Date                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court *) |
| Donna DeRosa-Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721<br><br>Scott Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court *) |
| Donna DeRosa-Ruquet<br>PRO SE | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court *) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

PrfSrvXPNJBAll                                                                                          4125-N-8305