**Donna DeRosa-Ruquet**
**Debtor Pro Se**
**226 Potters Drive**
**Bayville, New Jersey 08721**
**732.278.3227**

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ
2018 DEC 10 P 1:03

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br>**DONNA DEROSA-RUQUET**<br>**SCOTT RUQUET**<br>**DEBTOR(S)**<br>**VS**<br>**MORGAN STANLEY MORGAN LOAN TRUST 2007-3XS, U.S. BANK**<br><br>**NATIONAL, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE AS SERVICED PRESENTLY BY SPECIALIZED LOAN SERVICING LLC AND AS FORMERLY SERVICED BY WELLS FARGO HOME MORTGAGE DBA AMERICAS SERVICING COMPANY**<br>**CREDITOR** | : | **CASE NO. 14-17571-KCF**<br><br>**CHAPTER 13**<br>**DEBTOR'S MOTION FOR ORDER OF CONTEMPT AND SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY AND THE DISCHARGE INJUCTION ENTERED UNDER CASE NO. 10-49218-KCF**<br><br>1/9/19 e 2:00 |

Pursuant to 11 U.S.C. §§ 362, 105, 524 (i) and this Court's inherent power, Debtors Donna DeRosa-Ruquet and Scott Ruquet move for an order of contempt and sanctions against the Specialized Loan Servicing Company et al because it refuses to remedy its violation of the automatic stay, its willful ongoing discharge injunction violation entered on April 15, 20011 under Case No. 10-49218-KCF and contempt.

Specifically, Specialized Loan Servicing, LLC violates the automatic stay for disbursing monies for prepetition debt and willfully refusing to remedy this violation. Specialized Loan Servicing Company also willfully violates the discharge injunction for repeatedly

failing to properly apply payments, and for failing to properly comply with the terms and conditions of the Debtor's HAMP Modification, specifically by failing to apply HAMP incentives.

Debtor has tried to resolve this matter directly with creditor on numerous occasions and has been unable to do so. Debtor has informed creditor(s) numerous times between April of 2014 to the present that there were prepetition payments made, that their monthly mortgage payments were not being applied correctly, that there is a Consent Order filed with this Court relative to this creditor [Doc. 78] regarding escrow re-payment, that they had paid two companies for homeowners insurance in 2015, that their HAMP incentives were not being applied properly and that their mortgage loan had been handled so poorly it needs a thorough analysis. The Debtors, as of this date, have yet to receive any relief from the creditors.

Debtor supports this motion with the attached memorandum and declaration.

Debtor respectfully moves for an order and judgment as follows:

A. IT IS ORDERED that Specialized Loan Servicing, LLC *et al.* is held in contempt of the automatic stay and discharge injunction [Doc. 66]

B. IT IS ORDERED AND ADJUDGED that Specialized Loan Servicing, LLC *et al* must reimburse debtor for the reasonable attorney fees and costs they incurred remedying its discharge violation and contempt;

C. IT IS ORDERED AND ADJUDGED that Specialized Loan Servicing, LLC *et al* must reimburse debtor for the reasonable attorney fees and costs they incurred proving liability, only if Specialized Loan Servicing, LLC objects to debtor's entitlement to relief under sections A and B; and

D. IT IS ORDERED AND ADJUDGED that Specialized Loan Servicing, LLC *et al* must pay debtors compensatory sanctions of not more than $250,000.

Debtor also moves for any other equitable relief that this Court may determine is fair and just.

DATED: December 9, 2018

RESPECTFULLY FILED,