*AMERICA'S SERVICING CO.*
*RETURN MAIL OPERATIONS*
*PO BOX 10388*
*DES MOINES IA 50306-0388*

**ASC**
AMERICA'S SERVICING COMPANY

12/18/14

|||||||||||||||||||||||||||||||||||||||||||||||||||||

1AB        03127/010444/006807 0038   1 ACSF1JCC101 106

DONNA J. DEROSA- RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721-2527

| Account Information | |
|---|---|
| Telephone: | 1-800-853-8516 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Fri, 7 a.m. - 7 p.m., CT |
| Loan number: | 1127131290 |
| Property address: | 226 Potters Dr |
| | Bayville NJ 08721 |

Subject: Acknowledgment - receipt of inquiry regarding account number 1127131290

Dear Donna J. Derosa- Ruquet:

Thank you for contacting us. We're writing to let you know that your inquiry has been received and is currently being reviewed.

We expect to complete our research and provide you with the results on or before 01/05/2015. In the event additional time is needed we will contact you.

We value your feedback and appreciate the time and effort you took to bring your inquiry to our attention.

If you have questions during our review process, please call us at 1-800-853-8516. We are available to assist you Monday through Friday, 7:00 a.m. to 7:00 p.m., Central Time.

Sincerely,

*Leesa Whitt-Potter*

Leesa Whitt-Potter
Senior Vice President
Wells Fargo Home Lending

In order to remain compliant with state and federal guidelines, if you have engaged legal counsel for any litigation, including bankruptcy, we will communicate with the appropriate parties going forward.

CC101 / GEM / GEM ID: GEM03102727 / Compass ID: 1241562 / UUID: GEM03102727-6369915d-c5d2-35c2-bb73-9c1a321d649c





AMERICA'S SERVICING CO.
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



01/15/15

||||¹|ₐ·|ᵘ|ₐₗₕ·|ᵘᵖₗ·|ᵖₗₐₗ|ₗₕₗₐₚₗₕₐₚₐₗ·ₕₗₑ·ₐₗₗ|ₕ·ᵘ·ₗₚₐₗ|ᵖᵘₕ

1AT        02748/006704/005392 0018   1 ACSI91 CC101 106

DONNA J. DEROSA- RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721-2527

| Account Information | |
|---|---|
| Telephone: | 1-800-853-8516 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Fri, 7 a.m. - 7 p.m., CT |
| Loan number: | 1127131290 |
| Property address: | 226 Potters Dr |
| | Bayville NJ 08721 |

Subject: Acknowledgment - receipt of inquiry regarding account number 1127131290

Dear Donna J. Derosa- Ruquet:

Thank you for contacting us. We're writing to let you know that your inquiry has been received and is currently being reviewed.

We expect to complete our research and provide you with the results on or before 01/29/2015. In the event additional time is needed we will contact you.

We value your feedback and appreciate the time and effort you took to bring your inquiry to our attention.

If you have questions during our review process, please call us at 1-800-853-8516. We are available to assist you Monday through Friday, 7:00 a.m. to 7:00 p.m., Central Time.

Sincerely,

*Leesa Whitt-Potter*

Leesa Whitt-Potter
Senior Vice President
Wells Fargo Home Lending

In order to remain compliant with state and federal guidelines, if you have engaged legal counsel for any litigation, including bankruptcy, we will communicate with the appropriate parties going forward.

CC101 / GEM / GEM ID:  GEM03202273 / Compass ID: 1263163 / UUID: GEM03202273-1845ff0b-4c55-3106-ad1a-740fa0a8716a



CC101 106

1061127131290CC101



**ASC**

AMERICA'S SERVICING COMPANY

PO Box 10335
Des Moines, IA 50306-0328

January 26, 2015

Donna J. Derosa- Ruquet
226 Potters Dr.
Bayville, NJ 08721

Subject: Resolution to your inquiry regarding account number 1127131290

Dear Ms. Donna J. Derosa- Ruquet:

Thank you for the opportunity to address your concern. We've carefully considered what we can do and are providing our response.

We have been in receipt of your recent email. Please continue to work directly with the bankruptcy attorney assigned to the case. All communication needs to be done through the attorney regarding the issue.

If you have any additional questions or need clarification regarding the information provided in this letter, please contact me directly at 1-800-853-8516, extension 45491. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Kate Harrenstein
Executive Mortgage Specialist
Customer Care and Recovery Group

We understand that your clients have filed for bankruptcy. We are not attempting to collect the mortgage debt with this letter. We are required by federal law to inform you that if your client's loan is currently delinquent or in default, as the loan servicer, we will be attempting to collect a debt, and any information obtained will be used for that purpose. However, this letter should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections provided by the automatic stay of your client's bankruptcy case. If your clients have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights against the property and are not attempting any act to collect the discharged debt from your client personally.

EX003/GXE/co1263163/ge3202273/cl106



**ASC**
AMERICA'S SERVICING COMPANY

PO Box 10335
Des Moines, IA 50306-0328

October 06, 2015

Donna J. Derosa-Ruquet
226 Potters Drive
Bayville, NJ 08721

Subject:  Update to your inquiry regarding account number 1127131290

Dear Ms. Donna J. Derosa-Ruquet:

Addressing your concerns is important to us, and we're writing to provide an update on our research into your inquiry.

**Information about your recent inquiry**

We want to make every effort to fully address all of your concerns and provide you with a thorough response. It was our goal to respond with our results by October 06, 2015. We now expect to complete our work by October 20, 2015. We appreciate your patience as we finalize our research.

**Going forward**

We value your feedback and appreciate the time and effort you took to contact us. If you have any questions while our work is in progress, I'm here to help. You may reach me directly at 1-800-853-8516, extension 47817. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

*Margatin Smith*

Margatin Smith
Executive Mortgage Specialist
Customer Care and Recovery Group

In order to remain compliant with state and federal guidelines, if you have engaged legal counsel for any litigation, including bankruptcy, we will communicate with them going forward.

EX003/PNO/co1520954/ge4304130/cl106



**ASC**
AMERICA'S SERVICING COMPANY

PO Box 10335
Des Moines, IA  50306-0328

November 03, 2015

*11/16        1359.67*

*1116685098*

Donna J. Derosa-Ruquet
226 Potters Drive
Bayville, NJ 08721

Subject:  Resolution to the inquiry received on September 22, 2015, about account number 1127131290

Dear Ms. Donna J. Derosa-Ruquet:

Thank you for the opportunity to address your concern. We've carefully researched this matter and are providing you with a response.

## Application of payments

While researching your concern about the application of your payments, we found your August payment was run as coming from a savings account instead of checking account.  As a result the payment was not honored.We took the following steps to correct the issue:

- Action taken: processed the payment from a valid checking account on October 16, 2015
- Effective date: October 16, 2015

Your account is now current and due for the November 1, 2015 payment. We apologize for any inconvenience this issue may have caused.

## Going forward

We value our customers, and it's been my goal to fully address your request. If you have any questions or would like to request documents about the information in this letter, I'm here to help. You may reply to me in writing at the return address on this letter, or you may reach me at 1-800-853-8516, extension 47817. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,           *1-800 244-2025        480-787-3870*

*Margatin Smith*

Margatin Smith                    *Arizona*
Executive Mortgage Specialist
Customer Care and Recovery Group          *Jeff Voight*

We understand that your clients have filed for bankruptcy.  We are not attempting to collect the mortgage debt with this letter.  We are required by federal law to inform you that if your client's loan is currently delinquent or in default, as the loan servicer, we will be attempting to collect a debt, and any information obtained will be used for that purpose.  However, this letter should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections provided by the automatic stay of your client's bankruptcy case.  If your clients have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights against the property and are not attempting any act to collect the discharged debt from your client personally.

EX003/11G/co1520954/ge4304130/cl106

*Escrow Dept./cust. ser..*
*Ms. Monroe*
*DST*                    *Michele*



**ASC**
AMERICA'S SERVICING COMPANY

PO Box 10335
Des Moines, IA 50306-0328

March 10, 2016

Donna J. DeRosa-Ruquet
226 Potters Drive
Bayville, NJ 08721

Subject: Resolution to the inquiry received about account number 1127131290

Dear Ms. Donna J. DeRosa-Ruquet:

Thank you for the opportunity to address your concerns. We've carefully researched these matters and are providing you with a response.

In your inquiry you raised concerns about the following:

- Payments held in unapplied funds
- Insurance payments

Please find our responses to your concerns addressed below.

**Payments held in unapplied funds**

While researching your concern about the unapplied payments, we found an error occurred and wanted to provide you with more details:

- Here's what happened: With the account being in active bankruptcy, our process is to apply the funds to the unapplied funds first, then make the payment. However, the payments on this account were not being applied to the payments.
- What we've done to resolve the issue: We have had the three monthly payments applied with the effective dates indicated as the date the funds were received. We applied the December 2015 payment with an effective date of December 16, 2015, the January 2016 payment applied with an effective date of January 20, 2016, and the February 2016 payment applied with an effective date of February 16, 2016.

During our telephone conversation you advised that you call into make the payments, please contact our Bankruptcy department to assist with the payments at 1-800-274-7025. Representatives are ready to help Monday through Friday, 6:00 a.m. to 10:00 p.m. Central Time.

We apologize for the inconvenience concerns may have caused. We know your time is valuable and appreciate the effort you took to contact us.

0321 5821 48

Derosa-Ruquet
March 10, 2016
Page 2

## Insurance payments

Based on our research, we've determined your account was handled appropriately and no adjustments are needed.

We wanted to share our information with you and have enclosed the documents we used in our research. If you would like to request additional documents that support our research, you may reply to me directly at the return address on this letter or by phone at the number provided in the "Going forward" section of this letter.

You have duplicate coverage through Narragansett Bay as well as through Tower Group. Each insurance company provided us a policy to be updated and paid. You would need to cancel one of the outside policies and request a refund to be sent to the escrow. As per the escrow analysis, we completed the analysis based on this information. If you cancel one of the policies and have the refund sent to us, we can complete a new analysis upon your request.

## Going forward

We value your feedback and appreciate the time and effort you took to contact us. It's been my goal to fully address the concerns you've brought to our attention.

If you have any questions, I'm here to help. You may reach me directly at 1-800-853-8516, extension 1335621009. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Melissa King
Executive Resolution Specialist
Customer Care and Recovery Group

We understand that your clients have filed for bankruptcy. We are not attempting to collect the mortgage debt with this letter. We are required by federal law to inform you that if your client's loan is currently delinquent or in default, as the loan servicer, we will be attempting to collect a debt, and any information obtained will be used for that purpose. However, this letter should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections provided by the automatic stay of your client's bankruptcy case. If your clients have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights against the property and are not attempting any act to collect the discharged debt from your client personally.

EX003/KQZ/co1685069/ge5024815/cl106

PO Box 10388
Des Moines, IA 50306-0388

**ASC**
AMERICA'S SERVICING COMPANY

March 23, 2016

DCML1CDTYU  000276

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

| Account Information | |
| --- | --- |
| Telephone: | 1-800-853-8516 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Fri, 7 a.m. - 7 p.m., CT |
| Loan number: | 1127131290 |
| Property address: | 226 Potters Dr |
| | Bayville NJ 08721 |

Subject: Acknowledgment - receipt of inquiry regarding account number 1127131290

Dear Donna J Derosa-Ruquet:

Thank you for contacting us. We're writing to let you know that your inquiry has been received and is currently being reviewed.

We expect to complete our research and provide you with the results on or before 04/06/2016. In the event additional time is needed we will contact you.

We value your feedback and appreciate the time and effort you took to bring your inquiry to our attention.

If you have questions during our review process, please call us at 1-800-853-8516. We are available to assist you Monday through Friday, 7:00 a.m. to 7:00 p.m., Central Time.

Sincerely,

Leesa Whitt-Potter
Senior Vice President
Wells Fargo Home Lending

In order to remain compliant with state and federal guidelines, if you have engaged legal counsel for any litigation, including bankruptcy; we will communicate with the appropriate parties going forward.

CC100 / GEM / GEM ID: GEM05146292 / Compass ID: 1713728 / UUID: GEM05146292-7ed404c3-b0c0-3186-8dcc-4c800a47fddb

CC100 106 0133



PO Box 10335
Des Moines, IA  50306-0328

April 06, 2016

Donna J. Derosa-Ruquet
226 Potters Dr.
Bayville, NJ 08721

Subject: Update to your inquiry regarding account number 1127131290

Dear Ms. Donna J. Derosa-Ruquet:

Addressing your concerns is important to us, and we're writing to provide an update on our research into your inquiry.

### Information about your recent inquiry

We want to make every effort to fully address all of your concerns and provide you with a thorough response. It was our goal to respond with our results by April 06, 2016. We now expect to complete our work by April 20, 2016. We appreciate your patience as we finalize our research.

### Going forward

We value your feedback and appreciate the time and effort you took to contact us. If you have any questions while our work is in progress, I'm here to help. You may reach me directly at 1-800-853-8516, extension 1335621009. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Melissa King
Executive Mortgage Specialist
Customer Care and Recovery Group

In order to remain compliant with state and federal guidelines, if you have engaged legal counsel for any litigation, including bankruptcy, we will communicate with them going forward.

EX003/Q7W/co1713728/ge5146292/cl106