**ASC**

*AMERICA'S SERVICING COMPANY*

| | |
|---|---|
| DONNA J DEROSA-RUQUET<br>226 POTTERS DR<br>BAYVILLE, NJ 08721-0000 | Notice date: March 8, 2016<br>Account number: 1127131290 |

## This notice is for informational purposes only

PLEASE NOTE: This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the above referenced account, Wells Fargo is <u>NOT</u> attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THESE CUSTOMER(S).

Subject: **Please provide hazard insurance information for the property located at:**

226 POTTERS DR
BAYVILLE, NJ 08721

Dear DONNA J DEROSA-RUQUET:

Our records show that your hazard insurance expired on 12/05/2015 and we do not have evidence that you have obtained new coverage.

**Because hazard insurance is required on your property, we plan to buy insurance for your property.** You must pay us for any period during which the insurance we buy is in effect but you do not have insurance.

You should immediately provide us with your insurance information. Please provide written evidence of insurance by taking one of the following actions:

- Send a copy of your current policy or declaration page to the address shown below, or
- Fax a copy of your current policy or declaration page to 1-937-525-4100, or
- Provide your insurance information to us online by visiting our website at www.mycoverageinfo.com, referencing PIN ASC106.

Be sure your policy includes your account number and a Mortgagee Clause or Lenders Loss Payable Endorsement made out to:

> AMERICA'S SERVICING COMPANY
> ITS SUCCESSORS AND/OR ASSIGNS
> ATIMA
> PO BOX 5106
> SPRINGFIELD, OH 45501-5106
> Account number: 1127131290



The insurance we buy:

- **May be more expensive than the insurance you can buy yourself.**

- **May not provide as much coverage as an insurance policy you buy yourself.**

If you have any questions or believe that there is an error in our records, please call us at 1-866-310-1387, Monday through Friday, from 7:00 a.m. to 7:00 p.m. Central Time.

For more information about your hazard insurance requirements and available options, please see the enclosed document.

Hazard Insurance Processing Center
America's Servicing Company

Enclosure

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2015 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801