# ■■SLS

P.O. BOX 620188
ATLANTA, GA 30362
PH: 1-800-441-4145     FAX: 1-678-475-8763
www.mycoverageinfo.com

Date: December 19, 2016

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

Loan Number: 1011847871
Expiration Date: 12/05/2016

Coverage Amount: $423,000
Total Premium: $2,864.00

Subject: Please update insurance information for:
226 POTTERS DR
BAYVILLE, NJ 08721

Dear DONNA J DEROSA-RUQUET:

Our records show that your hazard insurance expired, and we do not have evidence that you have obtained new coverage. Because hazard insurance is required on your property, we plan to buy insurance for your property. You must pay us for any period during which the insurance we buy is in effect but you do not have insurance.

You should immediately provide us with your insurance information. All you need to do is ask your insurance agent to include the loan number and property address above on a copy of your new/renewal policy or notice of reinstatement and fax it with a Mortgagee Clause/Lender's Loss Payable Endorsement as soon as possible to: 1-678-475-8763. You/your agent can mail the documents to:

> SPECIALIZED LOAN SERVICING LLC(SLS)
> ITS SUCCESSORS AND/OR ASSIGNS
> P.O. BOX 620188
> ATLANTA, GA 30362

Or, you may update your HAZARD insurance coverage information by accessing our website at www.MyCoverageInfo.com, PIN SLS2453.

The insurance we buy:

- May be more expensive than the insurance you can buy yourself.

- May not provide as much coverage as an insurance policy you buy yourself.

If you have any questions, please contact us at 1-800-441-4145.

Please review the additional important information contained on the following pages of this transmittal.

1500H1E-0516                    SEE NEXT PAGE FOR IMPORTANT INFORMATION

The following information is being provided as a supplement to the Notice on page 1 of this document; it includes important information about the insurance on your mortgaged property.

- **PURCHASING YOUR OWN INSURANCE:**

  - **You have the right to independently purchase acceptable insurance from the insurance agent or company of your choice and we urge you to do so.** Acceptable insurance is insurance that is equal to 100% of the estimated replacement cost to rebuild your home and other improvements on your property.

  - If you have been refused coverage, ask your agent or your state's insurance department whether your state has a Fair Access to Insurance Requirements (FAIR) plan, so that you can try to get the coverage you need.

- **ESCROWING FOR INSURANCE:**

  - *Applicable to Non-Escrow Only*
    Per our records, you have elected to pay your insurance directly, rather than having it paid for you through an escrow account. If you are currently unable to pay your hazard insurance premium, please call us as soon as possible and ask us to set up an escrow account and advance the insurance premium for you. You must accept this offer of an escrow account in writing; agreeing to reimburse the escrow advances through regular escrow payments; agreeing to repay both the premium we advance on your behalf and to pay for the future premiums necessary to maintain any required insurance; and agreeing that SLS shall manage the escrow account in accordance with your loan documents and with state and federal law. You will also need to provide us with a copy of the invoice from your voluntary carrier. Insurance companies allow a very short time to reinstate policies that have expired and it is important that you call us immediately if you need our assistance. We cannot pay your policy premium without your cooperation. Please contact us at 1-800-441-4145 to have a form sent for you to complete and return signed in order to complete this process.

    If you do not elect to establish an escrow account pursuant to the above paragraph for the continuation of your insurance policy, we will establish one in conjunction with the insurance we obtain and that escrow account will be charged for the premiums that we pay. **As a result, your monthly mortgage payments will be increased to include the cost of this policy.**

  - *Applicable to Escrow*
    If we purchase this insurance, your escrow account will be charged for the premiums that we pay. **Please be advised that your monthly mortgage payments will be increased to include the cost of this policy.**

- **THE INSURANCE WE OBTAIN:**

  - The insurance we obtain will remain in effect until you provide us with evidence of acceptable coverage, at which time the policy we obtained will be cancelled, and you will receive a refund of any unearned premium.

    Even if you obtain coverage that is acceptable to us, please be aware that if there is a gap between the cancellation of your insurance and the effective date of your new coverage, you will be charged for the coverage that we purchased to cover that gap period.

  - **The cost of the insurance we obtain is likely to be much higher than the cost of coverage you could obtain on your own.** This is because the insurance we purchase is issued automatically without evaluating the risk of insuring your property.

1500H1E-0516

- The hazard insurance we obtain will not cover any amount you feel your home is worth in excess of the amount of dwelling coverage that you previously obtained and we entered on our records. If you have information to verify that the amount of coverage should be different please let us know, in writing, at the address in this notice. If we did not know the last amount of insurance coverage you obtained, we will purchase coverage in the amount of the unpaid principal balance of your loan on the date we request the insurance coverage to begin. We will charge you the cost of such insurance. This does not in any way relieve you of your obligation to provide coverage acceptable to us.

- The hazard insurance we obtain will cover only the structure of your home (e.g. the building, walls, floors, roof and permanent attachments).

  - It will not cover your furniture or any of your other personal belongings.
  - It will not cover the cost of temporarily living outside of your home because it was damaged and is being repaired.
  - It will not cover any liability incurred by you personally to someone who is injured while on your property.

- Specialized Loan Servicing LLC ("SLS") will be an insured on the policy and may be the named insured. The insurance we obtain may provide benefits to you but is primarily for the benefit of SLS. If you incur property damage or loss, you may not have adequate coverage for any damages that you suffer because SLS will be paid first.

- The policy we obtain will supersede any lender coverage remaining in effect under your previous policy.

- IMPORTANT BANKRUPTCY INFORMATION:

  - If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this letter is for informational purposes only and is not an attempt to collect a debt.

- FAIR DEBT COLLECTION PRACTICES ACT DISCLOSURE:

  - SLS is required by the Fair Debt Collection Practices Act to inform you that, as your loan servicer, we are attempting to collect a debt, and any information obtained will be used for that purpose. However, if you have received a discharge from bankruptcy, and the loan was not reaffirmed in the bankruptcy case, SLS will only exercise its rights against the property and is not attempting any act to collect the discharged debt from you personally.

  - With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

- IMPORTANT STATE INFORMATION:

  - Your state may offer a FAIR plan which may offer coverage on your property at a lower cost. Contact your state FAIR Plan association or Department of Insurance for additional details on FAIR plan coverage.

  - Please be advised that the lender-placed carrier providing the coverage referenced above may be staffing our customer service telephone lines.

1500H1E-0516

WE HOPE YOU'LL AGREE THAT OBTAINING YOUR OWN INSURANCE IS IN YOUR BEST INTEREST.

We strongly recommend that you obtain your own insurance coverage. If you have questions, or need any additional information, please feel free to call our Insurance Center toll-free at 1-800-441-4145, Monday through Friday, 6:00 a.m. until 6:00 p.m. MT.

Sincerely,

Insurance Center

BANKRUPTCY NOTICE - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO ADVISE YOU OF THE STATUS OF YOUR MORTGAGE LOAN. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. HOWEVER, IT MAY BE A NOTICE OF POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY. IF YOU HAVE QUESTIONS, PLEASE CONTACT US AT 1-800-306-6057.

1500H1E-0516



P.O. BOX 620188
ATLANTA, GA  30362
PH:  1-800-441-4145       FAX:  1-678-475-8763
www.mycoverageinfo.com

December 30, 2016

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721

Loan Number: 1011847871

Dear DONNA J DEROSA-RUQUET:

The hazard coverage we ordered on your behalf has been cancelled. Please make certain that you or your insurance agent or carrier provide(s) us proof of acceptable insurance on a timely, annual basis.

Please be advised that the lender-placed carrier providing the coverage referenced above may be staffing our customer service telephone lines.

If you have questions regarding our insurance requirements, please contact our Insurance Center toll-free at 1-800-441-4145, Monday through Friday, 6:00 a.m. until 6:00 p.m. MT.

Sincerely,

Insurance Center

BANKRUPTCY NOTICE - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO ADVISE YOU OF THE STATUS OF YOUR MORTGAGE LOAN. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. HOWEVER, IT MAY BE A NOTICE OF POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY, IF ALLOWED BY LAW AND/OR CONTRACT, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY. IF YOU HAVE QUESTIONS, PLEASE CONTACT US AT 1-800-306-6057.

15005B-1216