America's Servicing Co
Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388


**ASC**
*AMERICA'S SERVICING COMPANY*

May 11, 2016

| **Account Information** | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | (866) 453-6315 |
| Telephone: | (800) 842-7654 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Fri, 6 a.m. - 10 p.m., |
| | Sat, 8 a.m. - 2 p.m., CT |
| Loan number: | 1127131290 |
| Property address: | 226 Potters Dr |
| | Bayville NJ 08721 |

DCML1CDTCR  012397

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

Subject: Transfer of the servicing of your mortgage loan

Dear Donna J Derosa-Ruquet:

Effective June 1, 2016, the servicing of your mortgage loan is being transferred to Specialized Loan Servicing LLC. While the transfer of servicing is very common in today's mortgage industry, we recognize it often raises a number of questions.

Since you may have questions about this change to your mortgage servicing, we're providing you with information to help make this transition easier for you. Rest assured, this does not affect any terms or conditions of your mortgage. This transfer simply affects how your mortgage is serviced, like where you send your payments.

Please read the last page of this letter - The Notice of Assignment, Sale or Transfer of Servicing Rights provides you with important required Real Estate Settlement Procedures Act (RESPA) information.

**Important payment information**
Beginning on June 1, 2016, Specialized Loan Servicing LLC will begin receiving payments on your mortgage loan. As of the same date, America's Servicing Company will no longer be accepting payments on such mortgage loan, therefore you must make your loan payments payable to Specialized Loan Servicing LLC and send them to the following address:

Specialized Loan Servicing LLC
ATTN: Remittance Processing
P.O. Box 105219
Atlanta, GA 30348-5219

Specialized Loan Servicing LLC will be sending you a letter that will include payment instructions. If you do not receive payment instructions from Specialized Loan Servicing LLC before your next payment is due, please write your loan number on your check or money order and mail it to Specialized Loan Servicing LLC at the address listed above.

**About mortgage payment assistance**

AQ331 106 0137

| **Account Information** | |
| --- | --- |
| Loan number: | 1127131290 |
| Property address: | 226 Potters Dr |
| | Bayville NJ 08721 |

If you are currently receiving payment assistance from a third party, you will need to contact that party to notify them of the change in servicer.

## About HAMP financial counseling

If your mortgage is participating in the federal government's Home Affordable Modification Program (HAMP) and you were offered financial education and counseling services, this transfer will **not** impact your participation or eligibility. If you have already scheduled counseling appointments, they will continue uninterrupted. If you would like to start participating in financial counseling, please contact us prior to the transfer date.

## About automatic payments

If your mortgage payments are automatically deducted from your bank account, like through our *Preferred Payment Plan*$^{SM}$ service, this service will be discontinued as of the transfer date. Please contact Specialized Loan Servicing LLC for information about their automatic mortgage payment programs.

## About changes to your credit life insurance or other optional products

If you currently have credit life insurance or other optional product(s), these products will **not** transfer to Specialized Loan Servicing LLC. If you want to continue coverage, contact your insurance carrier or optional product carrier to arrange to pay them directly.

## About year-end IRS reporting

You will receive a year-end IRS 1098 statement from us that will show the amount of reportable mortgage interest, mortgage insurance paid (if applicable) and any real estate taxes paid on your behalf by America's Servicing Company. We will mail this statement to you no later than January 31 next year.

## Contact information

- **Before June 1, 2016 - America's Servicing Company**
  If you have any questions about your loan or this transfer before June 1, 2016, please call an America's Servicing Company customer service representative toll free at the phone number listed in the account information section on page one.

- **On and after June 1, 2016 - Specialized Loan Servicing LLC:**
  Any questions you may have about your loan on and after June 1, 2016, should be directed to Specialized Loan Servicing LLC:

  - Call a Specialized Loan Servicing LLC customer service representative at 1-800-258-8602, Monday through Thursday, 8:00 a.m. to 11:00 p.m., Friday 8:00 a.m. to 9:00 p.m. and Saturday 8:00 a.m. to 2:00 p.m. Eastern Standard Time.

  - Send all correspondence on and after June 1, 2016 to the following address:

    Specialized Loan Servicing LLC
    P.O. Box 636005
    Littleton, CO 80163-6008

AQ331 106 0137

**Account Information**
Loan number:   1127131290

Property address: 226 Potters Dr
Bayville NJ 08721

Thank you.

Sincerely,

J.R. Russell
Senior Vice President
America's Servicing Company

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2016 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

AQ331 106 0137

## Notice of Assignment, Sale or Transfer of Servicing Rights

Except in limited circumstances, Section 6 of the Real Estate Settlement Procedures Act (RESPA)(12 U.S.C. Section 2605) requires that your present servicer send you notice of the assignment, sale, or transfer of the servicing rights to your mortgage loan (i.e., the right to collect payments from you) at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you this notice no later than 15 days after the effective date or at closing.

You should also be aware of the following information, which is set out in more detail in Section 6 of RESPA.

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

If you have a question or concern about the servicing of your loan, including requests for information and/or notices of errors concerning your account, we would appreciate the chance to address it. You must send any requests for information and/or notice of errors to this address to be deemed a qualified written request under RESPA. Please be sure to include your name, address, and loan number and send your inquiry to:

Written Correspondence
P.O. Box 10335
Des Moines, IA 50306-0325

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals and classes of individuals in circumstances where servicers are shown to have violated the requirements of the Section. You should seek legal advice if you believe your rights have been violated.

AO331.106.0137

America's Servicing Co.
Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

## ASC
**AMERICA'S SERVICING COMPANY**

May 19, 2016

DCMLEPDTBQ 001909

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

| Account Information | |
| --- | --- |
| Online: | mortgageaccountonline.com |
| Fax: | (866) 453-6315 |
| Telephone: | (800) 842-7654 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Fri, 6 a.m. - 10 p.m., |
| | Sat, 8 a.m. - 2 p.m., CT |
| Loan number: | 1127131290 |
| Property address: | 226 Potters Dr |
| | Bayville NJ 08721 |

Subject: Transfer of the servicing of your mortgage loan - Please disregard previous letter

Dear Donna J Derosa-Ruquet:

Effective June 1, 2016, the servicing of your mortgage loan is being transferred to Specialized Loan Servicing LLC. **We sent you a letter on 5/11/16 about the transfer. Please disregard that letter.** Unfortunately, the phone number and hours of operation for your new servicer in that letter were incorrect. We've corrected the phone number and hours of operation in this letter for you to keep with your mortgage records. We apologize for any confusion we may have caused.

While the transfer of servicing is very common in today's mortgage industry, we recognize it often raises a number of questions.

Since you may have questions about this change to your mortgage servicing, we're providing you with information to help make this transition easier for you. Rest assured, this does not affect any terms or conditions of your mortgage. This transfer simply affects how your mortgage is serviced, like where you send your payments.

Please read the last page of this letter - The Notice of Assignment, Sale or Transfer of Servicing Rights provides you with important required Real Estate Settlement Procedures Act (RESPA) information.

**Important payment information**
Beginning on June 1, 2016, Specialized Loan Servicing LLC will begin receiving payments on your mortgage loan. As of the same date, America's Servicing Company will no longer be accepting payments on such mortgage loan, therefore you must make your loan payments payable to Specialized Loan Servicing LLC and send them to the following address:

Specialized Loan Servicing LLC
ATTN: Remittance Processing
P.O. Box 105219
Atlanta, GA 30348-5219

Specialized Loan Servicing LLC will be sending you a letter that will include payment instructions. If you do not receive payment instructions from Specialized Loan Servicing LLC before your next payment is

<div style="border:1px solid">

**Account Information**
**Loan number:**     1127131290

**Property address:** 226 Potters Dr
                      Bayville NJ 08721

</div>

due, please write your loan number on your check or money order and mail it to Specialized Loan Servicing LLC at the address listed above.

## About mortgage payment assistance
If you are currently receiving payment assistance from a third party, you will need to contact that party to notify them of the change in servicer.

## About HAMP financial counseling
If your mortgage is participating in the federal government's Home Affordable Modification Program (HAMP) and you were offered financial education and counseling services, this transfer will **not** impact your participation or eligibility. If you have already scheduled counseling appointments, they will continue uninterrupted. If you would like to start participating in financial counseling, please contact us prior to the transfer date.

## About automatic payments
If your mortgage payments are automatically deducted from your bank account, like through our *Preferred Payment Plan*<sup>SM</sup> service, this service will be discontinued as of the transfer date. Please contact Specialized Loan Servicing LLC for information about their automatic mortgage payment programs.

## About changes to your credit life insurance or other optional products
If you currently have credit life insurance or other optional product(s), these products will **not** transfer to Specialized Loan Servicing LLC. If you want to continue coverage, contact your insurance carrier or optional product carrier to arrange to pay them directly.

## About year-end IRS reporting
You will receive a year-end IRS 1098 statement from us that will show the amount of reportable mortgage interest, mortgage insurance paid (if applicable) and any real estate taxes paid on your behalf by America's Servicing Company. We will mail this statement to you no later than January 31 next year.

## Contact information
- **Before June 1, 2016 - America's Servicing Company**
  If you have any questions about your loan or this transfer before June 1, 2016, please call an America's Servicing Company customer service representative toll free at the phone number listed in the account information section on page one.

- **On and after June 1, 2016 - Specialized Loan Servicing LLC:**
  Any questions you may have about your loan on and after June 1, 2016, should be directed to Specialized Loan Servicing LLC:

  – Call a Specialized Loan Servicing LLC customer service representative at 1-800-315-4757, Monday through Friday, 6:00 a.m. to 6:00 p.m. Mountain Standard Time.

  – Send all correspondence on and after June 1, 2016 to the following address:

**Account Information**
Loan number:     1127131290

Property address: 226 Potters Dr
                 Bayville NJ 08721

Specialized Loan Servicing LLC
P.O. Box 636005
Littleton, CO 80163-6005

Thank you.

Sincerely,

J.R. Russell
Senior Vice President
America's Servicing Company

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2016 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

## Notice of Assignment, Sale or Transfer of Servicing Rights

Except in limited circumstances, Section 6 of the Real Estate Settlement Procedures Act (RESPA)(12 U.S.C. Section 2605) requires that your present servicer send you notice of the assignment, sale, or transfer of the servicing rights to your mortgage loan (i.e., the right to collect payments from you) at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you this notice no later than 15 days after the effective date or at closing.

You should also be aware of the following information, which is set out in more detail in Section 6 of RESPA.

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

If you have a question or concern about the servicing of your loan, including requests for information and/or notices of errors concerning your account, we would appreciate the chance to address it. You must send any requests for information and/or notice of errors to this address to be deemed a qualified written request under RESPA. Please be sure to include your name, address, and loan number and send your inquiry to:

Written Correspondence
P.O. Box 10335
Des Moines, IA 50306-0325

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals and classes of individuals in circumstances where servicers are shown to have violated the requirements of the Section. You should seek legal advice if you believe your rights have been violated.

AQ331 106 0139



PO Box 14547
Des Moines, IA 50306-4547



**Final escrow account disclosure statement**

0008433   SP   **SNGLP T4 0 1647 08721-252726  -C01-I   NONE

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE NJ 08721

| | |
|---|---|
| Loan number: | 1127131290 |
| Statement date: | June 12, 2016 |
| Account review period: | May 2016 - Jun 2016 |
| Customer service: | 1-800-842-7654 |
| Customer service hours: | Mon.-Fri. 6 a.m. - 10 p.m. |
| | Sat. 8 a.m. - 2 p.m. CT |

We accept telecommunications relay service calls.

Property address:
   226 POTTERS DR
   BAYVILLE NJ 08721-2527

**Subject: Final escrow account statement**

Dear DONNA J DEROSA-RUQUET:

Since your mortgage has been transferred to another mortgage company, we're writing to provide you with your final escrow account statement.

**Review your escrow account history**
Please take a moment to look over your Escrow Account History on the reverse side of this letter. It shows the actual and projected activity for your escrow account. The projected amounts reflect escrow activity that was scheduled to occur if your mortgage had not been transferred. For your information, prior to this transaction your monthly mortgage payment was $537.98, of which $537.98 was for your escrow account.

**Important insurance and tax information**
Now that your mortgage has been transferred, your insurance documents and escrow account also have transferred to your new mortgage company. If you are no longer the owner of the property listed above, please contact your insurance agent/company and/or taxing authority to notify them of this change in ownership and request any applicable refunds be sent to you.
   For your convenience, the insurance agent/company associated with this mortgage is TOWER GROUP.

**We're here to help you**
We're happy to have you as our customer and the opportunity to help with your home financing.

Please refer to the mortgage servicing transfer letters sent to you from us and your new mortgage company for details about your mortgage transfer. If you have other questions, please contact us at the number in the information box above.

Sincerely,

Customer Service
America's Servicing Company

**For informational purposes**

Page 2

Loan number:   112713

### The following information covers your escrow account history activity from May 2016 to Jun 2016

| Date | Payments to escrow ($) | | Payments from escrow ($) | | Description | Escrow balance ($) | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| May 2016 | | | | | Starting balance | 1,551.05 | 4,342.15- |
| May 2016 | 537.98 | 0.00[1] | 0.00 | 1,754.17[1] | MISC ESCROW | 2,089.03 | 6,096.32- |
| Jun 2016 | 537.98 | 0.00[1] | 0.00 | 6,096.32-[1] | TRANSFER BAL | 2,627.01 | 0.00 |
| Totals | 1,075.96 | 0.00 | 0.00 | 4,342.15- | | | |

1. Indicates where a difference exists between the projected and actual account activity.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801