Specialized Loan

**Servicing**

Part of the Computershare Group

November 8, 2018

David E. Shaver
Broege, Neumann, Fischer & Shaver
25 Abe Voorhees Drive
Manasquan, NJ 08736

RE:  Loan Number: **1011847871**
Donna J. DeRosa-Ruquet
226 Potters Dr.
Bayville, NJ 08721

Dear David E. Shaver,

This letter is in response to your client's correspondence received by Specialized Loan Servicing LLC ("SLS") on September 7, 2018 regarding the Making Home Affordable (MHA) Pay for Performance incentives for the above referenced mortgage account.

We understand that this mortgage loan account is included in the schedule of debts in a pending Chapter 13 Bankruptcy that was filed on April 17, 2014. SLS is obligated under federal bankruptcy law to comply with the requirements of the automatic stay. Accordingly, the information contained in this letter is for informational purposes and is not an attempt to collect a debt or impose personal liability with respect to any portion of the debt.

SLS has reviewed the account and we have determined that this loan is an active MHA loan and is included in the extension of the MHA incentive program. The account qualifies for the incentive payments referenced in your client's correspondence as the account has not been more than 90 days' delinquent. The account was coded as Disqualified in error. SLS is in the process of updating the status of the loan from Disqualified to Active and the sixth year incentive in the amount of $5,000.00 should be credited to the principal balance of the loan by December 31, 2018. We regret the inconvenience this has caused.

We have responded regarding the errors alleged on the account and the corrections made to the account, as applicable. We trust that we have responded to your concerns. You have a right to request the documents relied on by Specialized Loan Servicing LLC ("SLS") in reaching the determinations communicated in this letter by contacting us at the number below.

If you have any questions regarding this information, please contact Bankruptcy toll free at 1-855-632-6631, Monday through Friday, 6:00 a.m. until 6:00 p.m. MT. SLS accepts calls from relay services on behalf of hearing impaired borrowers.

Sincerely,

Bryan

Bryan Teller ID, 04835
Customer Care Support
Specialized Loan Servicing LLC

Cc: Donna J. DeRosa-Ruquet

**PLEASE SEE THE FOLLOWING PAGE FOR IMPORTANT DISCLOSURES.**

8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129
www.SLS.net
Specialized Loan Servicing LLC NMLS ID 2168