**ruquet1 <ruquet1@comcast.net>**                                11/27/2018 4:42 PM

# Re: Automatic reply: URGENT Loan Number 1011847871

To adam.schechter@sls.net • crdocs@sls.net   Copy debbielh021@aol.com

Dear Mr. Schechter:

Good afternnoon. I hope this finds you well. I have received a Notice of Payment change in the mail that not only reflects an escrow balance that is impossible, but also undid the 5 year escrow repayment plan that you were instrumental in implementing.

I would respectfully ask that you have this Notice withdrawn until my account has been given proper consideration.

It has come to my attention that my prior servicer failed to make proper incentive payments in 2014 and 2015. I am currently waiting for information for 2013. I did make your Executive Customer Service Office representative (Sandra I believe) aware of my concerns regarding ASC in 2016.

She said she would look into it and get back to me but it was her belief that it is my responsibility to contact ASC to seek any relief due. This is simply not the case nor did she get back to me.

Conversely, SLS applied a principle forgiveness in the amount of $916 in August of 2016 but applied nothing in 2017.

In order for this situation to be rectified properly it's obvious that the proper incentive amounts need to be inserted on the proper dates and reammortizarion must occur in between. This will result in an overpayment of principle on my part and when I tell you I don't care if it's $5, I don't.

I also would like to adress the ridiculous never ending escrow balance that has remained the same since May of 2016, even though I have not missed any payments.

What is disturbing to me is the miscellaneous disbursement made by my former servicer in April of 2016, just prior to transferring the loan to SLS. I believe Sandra told me this was one for water, however no payments relfects on my water account.

The double payment made by ASC for my homeowners insurance in 2015 is also troubling: one to a company I have never heard of and one to the same company that has been insuring me for years.

I make mention of these disbursements because they caused my escrow balance to jump from $2920 to $5800 and for the life of me I cannot understand why I am the only one that finds that questionable.

Further, how in God's name that balance hasn't budged in over 2 years is beyond me. I am aware that taxes and insurance factor in but to this extent it just doesn't seem plausible.

Can you please assign a person in your office to help me ? I have had nothing but heartache over this loan since I got my Modification. If I was a betting woman I'd have to say ASC tried very hard to push me out of my HAMP status and now, so has SLS.

I have told you before that I received my Modification approximately 2 weeks before Sandy hit. I am telling you now dealing with this puts me in a very bad personal head space.

I am asking only that you service my loan properly and conduct an audit that is plausible and then recast it. I thank you for your time and I very much appreciate your help. As always have a great day!!

Warmest regards,

Donna DeRosa Ruquet



Sent via the Samsung Galaxy Note8, an AT&T 4G LTE smartphone
-------- Original message --------
From: ruquet1 <ruquet1@comcast.net>
Date: 11/21/18 2:45 PM (GMT-05:00)
To: Adam.Schechter@SLS.net
Cc: debbielh021@aol.com
Subject: Re: Automatic reply: URGENT Loan Number 1011847871

Dear Mr. Schechter:

I hope this finds you as we approach the Thanksgiving holiday. I am writing you this email to apologize for questioning your professional integrity.

On November 16 I did receive a letter from the bank indicating the matter of my HAMP incentive has been solved. As well it appears that the bank has been working on it for some time.

Please accept my apologies for that strongly worded email of November 15. I am pretty sure that you were instrumental in the receipt of said letter because no one else at SLS has shown me that they have the ablility to implement solutions to things that are even marginally complicated, without me having to email you first.


Maybe next time just give me the "Hello I'm here emoji" (♀ ) to let me know you're on it !? Anyway thank you so much for your time and your considerstion and I wish you and your family a safe and most joyfull holiday.

As always have a great day!!

Warmest regards,

Donna DeRosa- Ruquet

Samsung Galaxy Note8, an AT&T 4G LTE smartphone

**ruquet1@comcast.net**                                      11/15/2018 11:55 AM

# Re: Automatic reply: URGENT Loan Number 1011847871

To Adam Schechter <adam.schechter@sls.net>   Copy debbielh021@aol.com

Dear Mr. Schechter:

I hope this finds you well. I am writing this email to you in regard to the 6 year 5k principle forgiveness incentive I am eligible for under my HAMP Modification. I did email you in early September and honestly was quite surprised that someone from the Executive Customer Service Department did not contact me as a result. My attempts to rectify this situation now date back to June of 2018.

What I was not surprised about was how the "third party" modification department within the "third party" bankruptcy department stonewalled me. In fact, my case manager Nayla did not even have the common courtesy to call me back. Please don't think I called these folks incessantly either; rather, only once a month when I make my payments. I was also not surprised that the "bank" was not only not helpful, but actually confused things more.

Having said all of this I called a contact that I have over in John Stumpf's old office. They located the letter I have been asking the SLS to locate that clearly supports every assertion I have made in the past relative to this HAMP incentive and how it relates to my Modification. I have attached a copy for your review. It clearly states that if I am in good standing without three consecutive late payments at any given time I am eligible for a 5k principle forgiveness on the 6 year anniversary of my Trial Mod and funds are distributed one month later. That anniversary was this past August.

In anticipation of SLS questioning the validity of said letter, Wells Fargo has sent a copy of the same under cover via Federal Express. When it arrives I will certainly make it available to you along with my contact information if you so desire.

Not only have I never been three consecutive payments behind, I have never fallen one month behind. Nor have I missed one payment to the Chapter 13 Trustee and will be completing my 5 year plan in March. So when and if I have to file a Motion to enforce my rights in the United States Federal Bankruptcy Court I will have no problem standing before the Judge because I have done nothing wrong. The bank on the other hand, has ignored and minimized me, in addition to completely failing to disperse federal dollars to my account on my behalf. I do believe the latter is a crime.

Additionally, given the fact that a customer service representative refused me the ability to speak to Sandra but did indicate SLS has not paid any of the incentives outlined in my Modification since the assumption of my loan in June of 2016, I am requesting an audit of my account to ascertain if there are additional HAMP monies due to me.

Thank you for your anticipated cooperation as I look forward to rectifying this situation without having to have the Court intervene on my behalf. If in any way I have misunderstood the HAMP Modification please accept my apologies and as always have a great day!!

Warmest regards,

Donna DeRosa-Ruquet

On September 4, 2018 at 10:02 AM ruquet1@comcast.net wrote:

Good morning Mr. Schechter:

I hope this finds you well. I am emailing you today because try as I may I cannot get get an answer or a phone call back relative to the HAMP 6 year principal forgiveness payment due on my loan in the amount of 5k.

Anticipating this problem I began trying to find out the procedure for not only the application of the 5k, but the recast I am able to request as well, all to no avail.

I was told to wait until August had passed and that at that time I would receive a letter in the mail. I requested a call back regarding the recast as well, which I never received.

My interest rate is set to increase for the final step of the Mod on October 1, 2018 and I wanted to have all of this taken care of prior to that date. Presently I am getting nothing but the run around. I am actually on the hold with the Modification Department as I write this, and now I am being told it is my responsibility to provide the paperwork that shows I am entitled to the reduction because it is not in my Mod agreement.

I find this beyond ridiculous as I have spoken with several folks who have already acknowledged that I am set to receive this principal forgiveness and the subsequent recast and that it wouldn't appear in my Mod agreement as it was an add on to the program that I am entitled to. I am waiting for a Supervisor from the Mod Department to call me back at this point but with all due respect I am not going to be holding my breathe.

Can you please help me with this? I appreciate the fact that I am able to email you because only God knows how anyone else who can't ask you for help navigates this system without losing their mind.

Thank you in advance and as always, have a great day!!

Warmest regards,

Donna

On February 24, 2017 at 11:44 AM ruquet1@comcast.net wrote:

Hi Mr. Schechter:

I hope this finds you well. Thank you for attempting to get this solved for me. On or about February 20 2017 I received a packet from SLS with a cover letter that I have attached for your convenience. I also received a copy of the escrow analysis which I have attached page 1 of 4 for your convenience. The packet also contained all of our emails along with a copy of my Note, my mortgage and a payment ledger that dates back to June of 2016.

Aside from clarifying everything I already knew with a few date discrepancies it becomes obvious that problem lies within page 1 of the Escrow Analysis dated 11/23/2016 in which the spread was based on a monthly projected payment of $1931.63 which was incorrect as evidenced by the Notice of Payment Withdrawal I attached to my last email.

Further, you and I are both aware that SLS credited my HAMP incentive properly, however Mary Sanders was to look into whether ASC – the prior Servicer did the same over time.

I have spoken with a nice young man named Matthew who said he will run another analysis which will be inclusive of the funds improperly projected and the increase in my homeowners policy. In the meantime SLS continues to hold my payments in unapplied funds month to month. To say I am more than disturbed would be an understatement.

At present I have been on hold for over 30 minutes just trying to make a payment and I have attached a screen shot from my phone illustrating this for you. I can only imagine how long it will take to reach Matthew after said payment has been completed. My frustration level with SLS is becoming unparalleled and while I tend to dismiss claims that this system is built to fail I am starting to lean in that direction.

Please, please I am begging you to intervene and get this straightened out. it is a travesty to have to wait over 30 minutes to make a payment and even more of travesty to wait 5 months for my account to be accurate and running properly each month.

Again and as always have a great day and fall in love with as many things as you can for you never know when that chance may not be available.

Warmest regards,

Donna DeRosa-Ruquet



38:44                                                                MORE

# 1 0 0594# #08721##

| 1 | 2<br>ABC | 3<br>DEF |
|---|---|---|
| 4<br>GHI | 5<br>JKL | 6<br>MNO |
| 7<br>PQRS | 8<br>TUV | 9<br>WXYZ |
| ✶ | 0 | # |

  



**Speaker**          **Hide**          **Mute**

On January 4, 2017 at 9:25 AM ruquet1@comcast.net wrote:

Dear Mr. Schechter:

May this New Year find you well. When I tell you that I am so sorry to bother you believe me, I am. I have attached copies of documents received by me from SLS and Counsel for the same. Initially I received a letter from SLS telling me my hazard Insurance had canceled and further assured me that the bank would purchase their own should I fail to provide POI. This was easily taken care of however, aside from the fact that I am not sure why the bank didn't pay the insurance or why the letter stated it was canceled when it was not. In all fairness I am thinking that perhaps SLS did not have the information they needed to make a payment but well- it is in the file.

Yesterday I attempted to make a payment for December - please forgive me for being outside of the month but the 11 hour back surgery I endured kind of threw me off balance for a while. When I called SLS I was informed that my payment was $1931 for December and that a payment change would take effect January 1, 2017. I assured the Representative that Counsel had withdrawn the original NPC and that I would find and provide the document before days end. I was told I could fax over any documentation I may have.

As promised, I called later in the day and spoke to the same Supervisor I spoke to earlier, who identified herself as Deanna #13383, Supervisor of the Customer Contact Center in the bankruptcy department. I am only including her information because when I told her I did not want to bother you every time I had a problem she told me to let you know who she was, so I am. In any event she said regardless of what I faxed over she could not change what was in the computer and that I could pay "whatever amount I wanted" and that it would be applied to my account and sorted out at the end of my bankruptcy case. This was a direct contradiction to what she told me earlier in the day and when I mentioned that the Withdrawal clearly sated the payment change was filed inadvertently she did not care. Conversely, I paid $1419.63 - the amount due before this whole debacle began.

If you could possibly look into this for me that would be great. I am not comfortable with any loose ends that may preclude my bankruptcy from ending on a sour note. I am pretty sure you are well versed in NJ property law as SLS is domiciled in DE, and that you can understand my concerns. As well, my hazard insurance has increased by roughly $200 and because that would skew our numbers I have provided you will copies of the dec sheet, etc. for your review. Also, Mary Sanders never did follow up with me regarding the HAMP issue although I have noticed ASC is no longer an entity and their website is now a Wells site. So much for "Eight is great".

Again please accept my apologies for continually having to contact you and bother you every time something occurs with my account but as you can see I don't get anywhere down here on the ground. I hope your holidays were amazing and joyful and filled with family and love and all of the things that truly matter in this precious life we have been given yet too often fail to appreciate.

Warmest Regards,

Donna DeRosa -Ruquet

On November 29, 2016 at 4:53 PM ruquet1@comcast.net wrote:

Dear Mr. Schechter:

Thank you.

Have a wonderful Holiday season- fall in love with as many things as you can- our time is short on this beautiful Earth!!

Warmest Regards,

Donna DeRosa-Ruquet

---

**From:** ruquet1@comcast.net
**To:** Adam Schechter
**Sent:** Thursday, November 17, 2016 11:06:32 AM
**Subject:** Re: Automatic reply: URGENT Loan Number 1011847871

Hi Mr. Schechter:

Once again please accept my thanks for all of your help. Ms. Sanders did call me back and is doing a thorough audit on my account because it appears that my HAMP incentive for 2014 and 2015 is questionable. Having said that the majority of my escrow deficit is directly related to water and sewer charges that for all practical purposes should have been picked up by my prior servicer and included in my Modification. When viewing said Liens it becomes apparent that the charges were incurred prior to my Modification. It also becomes obvious that the Lien filed with the County Clerk on 2/5/2014 that is inclusive of charges incurred in 2012 was also addressable at the time I filed my bankruptcy and once again I am not sure why my prior servicer did not do so. I have attached copies of both Liens for your review.

The delayed filing of that Lien was due to Sandy- I live on the Bay side of the Seaside Boardwalk and our small town of Bayville lies in Berkeley Township as does parts of Seaside. For years we could easily see the roller coaster and the ferris wheel lit up at night from our side of the Shore and often boated over with friends. While we sustained something like the second number of lost and or damaged homes in the State we are often not mentioned.  Hence, the Township itself was obviously inundated and understandably suffered suffered a back log.

Having said this I am having back surgery on December 2, 2016 at Mount Sinai West in Manhattan as I was involved in an auto accident on April 12, 2016 . At that time my neurosurgeon will be fusing my spine from L-3 to L-5. It is with this in mind that I would respectfully request that you consider a term of 60 months to pay back any escrow deficit that presently exists commencing on January 1, 2017. While I am sure you would not require me to provide proof of this procedure I would be more than happy to provide it you.

As always thank you for your time and consideration and I look forward to your anticipated understanding and subsequent agreement to these terms. Have a great day and enjoy those that mean the most to you to the fullest. Oh and please forgive me for misspelling your name in my prior correspondence.

Warmest Regards,

Donna DeRosa-Ruquet

---

**From:** ruquet1
**To:** Adam Schechter
**Sent:** Friday, November 11, 2016 12:53:20 PM
**Subject:** RE: Automatic reply: URGENT Loan Number 1011847871

Hi Mr. Schecter:

My name is Donna DeRosa-Ruquet and I am emailing you discuss my mortgage which SLS acquired in May / June of this year.

I spoke with you last Friday and thanks to you the NPC was withdrawn.

You also put me in contact with Mary Sanders who did call me Friday evening at which time we discussed the yeary HAMP incentives that were never applied by my former servicer.

Ms. Sanders indicated she would contact me on Tuesday of this week regardless of the status just to touch base and she did not.

Yesterday I did leave her a message asking her to call me to which I have yet to receive a response. If you could kindly reach out to her and have her call me I would greatly appreciate it.

Thank you for all of your help and have a great day and a wonderful weekend!!

Donna DeRosa- Ruquet


Sent via the Samsung Galaxy Note5, an AT&T 4G LTE smartphone

Hi Mr. Schecter:
My name is Donna DeRosa-Ruquet and I am emailing you discuss my mortgage which SLS acquired in May / June of this year.
I spoke with you last Friday and thanks to you the NPC was withdrawn.
You also put me in contact with Mary Sanders who did call me Friday evening at which time we discussed the yeary HAMP incentives that were never applied by my former servicer.
Ms. Sanders indicated she would contact me on Tuesday of this week regardless of the status just to touch base and she did not.
Yesterday I did leave her a message asking her to call me to which I have yet to receive a response. If you could kindly reach out to her and have her call me I would greatly appreciate it.
Thank you for all of your help and have a great day and a wonderful weekend!!
Donna DeRosa- Ruquet


Sent via the Samsung Galaxy Note5, an AT&T 4G LTE smartphone

-------- Original message --------
From: Adam Schechter <Adam.Schechter@SLS.net>
Date: 10/31/16 12:10 PM (GMT-05:00)
To: ruquet1@comcast.net
Subject: Automatic reply: URGENT Loan Number 1011847871

I am currently out of the office and will return 11/022016
If you need anything while I am away please reach out to Warwick Straw at (303) 895-2626 or warwick.straw@computershare.net


-------- Original message --------From: Adam Schechter <Adam.Schechter@SLS.net> Date: 10/31/16  12:10 PM  (GMT-05:00) To: ruquet1@comcast.net Subject: Automatic reply: URGENT Loan Number 1011847871
I am currently out of the office and will return 11/022016
If you need anything while I am away please reach out to Warwick Straw at (303) 895-2626 or warwick.straw@computershare.net

- requested letter (2).pdf (581 KB)
- Screenshot_20170224-112821.png (175 KB)