

| | |
|---|---|
| Statement date | 06/16/14 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

**PLEASE NOTE:** If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

## Customer Service

Online
mortgageaccountonline.co

Fax
1-866-453-6315

Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon – Fri 7 a.m. – 8 p.m CT

Payments
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls.

1AT 01193/012222/001853 0052  2 ACRRTE 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721-2527

The summaries below are based on the terms of your loan and are provided for informational purposes only.

## Payment summary

| | |
|---|---|
| Principal | $359.09 |
| Interest | $410.04 |
| Escrow | $491.33 |
| Current monthly payment 07/01/14 | $1,260.46 |
| Unpaid payment(s) 05/01/14 - 06/01/14 | $2,520.92 |
| Unpaid late charge(s) | $90.38 |
| Total Payment | $3,871.76 |

## Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $246,741.69 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $34.91 |
| Escrow balance | $3,474.14- |
| *(Contact Customer Service for your payoff balance)* | |
| Interest rate[4] | 2.000% |
| Maturity date | 10/52 |

## Year to date summary[5]

| | |
|---|---|
| Total received* | $6,345.9 |
| Principal | $1,780.5 |
| Interest | $2,065.0 |
| Escrow | $2,500.2 |
| Taxes disbursed | $2,158.7 |

*This total may include the Unapplied funds balance from the Balance summary section.

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

## Important messages

This statement is for informational purposes only. Our records indicate that your loan is subject to bankruptcy. The attached coupon reflects the calendar due date, not the contractual due date of the bankruptcy case. If you have any questions regarding your loan, please contact your bankruptcy attorney or our office.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 05/14 | Payment | | $357.30 | $411.83 | $491.33 | Unapplied $1,260.46- |
| 05/13 | Funds received | $1,260.46 | | | | Unapplied $1,260.46 |
| 05/07 | Payment | | $356.70 | $412.43 | $491.33 | Unapplied $1,260.46- |
| 04/29 | Payment reversal | | $356.70- | $412.43- | $526.24- | Unapplied $1,295.37 |
| 04/29 | Misc disburse | | | | $2,634.76 | BERKELEY TWP (1) |
| 04/24 | City tax payment | | | | $1,079.36- | BERKELEY TWP (1) |
| 04/21 | Payment | $1,295.37 | $356.70 | $412.43 | $526.24 | |
| 04/16 | Late fee assessed | | | | | $38.46- |
| 03/17 | Payment | $1,295.37 | $356.11 | $413.02 | $526.24 | |
| 02/17 | Payment | $1,264.81 | $355.52 | $413.61 | $495.68 | |
| 01/16 | Payment | $1,264.81 | $354.93 | $414.20 | $495.68 | |
| 01/15 | City tax payment | | | | $1,079.37- | BERKELEY TWP (1) |
| 12/16 | Payment | $1,264.81 | $354.34 | $414.79 | $495.68 | |

Late charges are assessed after the close of business on the assessment date and only after all payments received

Continued on the next page

TRA3-D-012222/001853 ACRRTE S1-ET-M1-CD03 1