
**AMERICA'S SERVICING COMPANY**

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| | |
|---|---|
| Statement date | 01/13/14 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

<u>PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.</u>

**Customer Service** 🖥 Online
mortgageaccountonline.co

📠 Fax
1-866-453-6315

📞 Telephone
1-800-842-7654

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon – Fri 6 a.m. – 10 p.m.
Sat 8 a.m. – 2 p.m. CT

2AT      00361/007548/000761 0035   2 ACR5KB 106 012

💳 Payments
PO Box 1820
Newark NJ 07101

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721-2527

We accept telecommunications relay service calls.

## Payment summary

| | |
|---|---|
| Principal | $356.11 |
| Interest | $413.02 |
| Escrow | $526.24 |
| Current monthly payment 02/01/14 | $1,295.37 |
| Unpaid payment(s) 12/01/13 - 01/01/14 | $2,529.62 |
| Unpaid late charge(s) | $51.92 |
| **Total Payment** | **$3,876.91** |

## Balance summary

| | |
|---|---|
| Unpaid principal balance | $248,522.25 |
| Unpaid second principal balance | $2,466.97 |
| Escrow balance | $1,180.91- |
| (Contact Customer Service for your payoff balance) | |
| Interest rate | 2.000% |
| Maturity date | 10/52 |

## Year to date summary

| | |
|---|---|
| Total received* | $0.00 |
| Principal | $0.00 |
| Interest | $0.00 |

*This total may include the Unapplied funds balance from the Balance summary section.

---

\* No transactions have occurred on your loan between the last billing statement and this statement date.

## Important messages

If you have questions or need assistance related to your account, or if you believe an error has been made to your account, written correspondence must be submitted to the following address: P.O. Box 10335 Des Moines, IA 50306

This statement is for informational purposes only. Our records indicate that your loan is subject to bankruptcy. The attached coupon reflects the calendar due date, not the contractual due date of the bankruptcy case. If you have any questions regarding your loan, please contact your bankruptcy attorney or our office.

TRA1-D-007548/000761 ACR5KB S1-ET-M1-C003 12


**AMERICA'S SERVICING COMPANY**

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| | |
|---|---|
| Statement date | 01/16/14 |
| Loan number | 1127131290 |

Property address
226 POTTERS DR
BAYVILLE NJ 08721

**PLEASE NOTE:** If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

ılıılıqıllıllıllıllıuqıllıpıllqıplıllılılıllıllıllıuqıllıy

1AT       00071/009879/000116 0041   1 ACR65V 106 012

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721-2527

## Customer Service

**Online**
mortgageaccountonline.com

**Fax**
1-866-453-6315

**Telephone**
1-800-842-7654

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 6 a.m. - 10 p.m.
Sat 8 a.m. - 2 p.m. CT

**Payments**
PO Box 1820
Newark NJ 07101

We accept telecommunications relay service calls.

## Payment summary

| | |
|---|---|
| Principal | $356.11 |
| Interest | $413.02 |
| Escrow | $526.24 |
| Current monthly payment 02/01/14 | $1,295.37 |
| | |
| Unpaid payment(s) 01/01/14 | $1,264.81 |
| Unpaid late charge(s) | $51.92 |
| | |
| **Total Payment** | **$2,612.10** |

## Balance summary

| | |
|---|---|
| Unpaid principal balance | $248,167.32 |
| Unpaid second principal balance | $2,466.97 |
| Escrow balance | $1,764.60- |
| (Contact Customer Service for your payoff balance) | |
| Interest rate | 2.000% |
| Maturity date | 10/52 |

## Year to date summary

| | |
|---|---|
| Total received* | $1,264.8 |
| Principal | $354.9 |
| Interest | $414.20 |
| Escrow | $495.68 |
| | |
| Taxes disbursed | $1,079.3 |

*This total may include the Unapplied funds balance from the Balance summary section.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 01/16 | Payment | $1,264.81 | $354.93 | $414.20 | $495.68 | |
| 01/15 | City tax payment | | | | $1,079.37- | BERKELEY TWP (1)(3) |

## Important messages

If you have questions or need assistance related to your account, or if you believe an error has been made to your account, written correspondence must be submitted to the following address:  P.O. Box 10335 Des Moines, IA 50306

This statement is for informational purposes only. Our records indicate that your loan is subject to bankruptcy. The attached coupon reflects the calendar due date, not the contractual due date of the bankruptcy case. If you have any questions regarding your loan, please contact your bankruptcy attorney or our office.

TRA1-D-009879/000116-ACR65V S1-ET-M1-C004  1



**AMERICA'S SERVICING COMPANY**

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

Statement date            02/17/14
Loan number               1127131290
Property address
    226 POTTERS DR
    BAYVILLE NJ 08721

## Customer Service  🖥 Online
mortgageaccountonline.com

🖨 Fax
1-866-453-6315

☎ Telephone
1-800-842-7654

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 6 a.m. - 10 p.m.
Sat 8 a.m. - 2 p.m. CT

💲 Payments
PO Box 1820
Newark NJ 07101

We accept telecommunications relay service calls.

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

1MB.        00913/000913/000951 0005  1 ACRAF1 106.012

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721-2527

*866-228-1179*

*02-1525-2524*

## Payment summary

| | |
|---|---|
| Principal | $356.70 |
| Interest | $412.43 |
| Escrow | $526.24 |
| Current monthly payment 03/01/14 | $1,295.37 |
| Unpaid payment(s) 02/01/14 | $1,295.37 |
| Unpaid late charge(s) | $51.92 |
| **Total Payment** | **$2,642.66** |

## Balance summary

| | |
|---|---|
| Unpaid principal balance | $247,811.80 |
| Unpaid second principal balance | $2,466.97 |
| Escrow balance | $1,268.92- |
| *(Contact Customer Service for your payoff balance)* | |
| Interest rate | 2.000% |
| Maturity date | 10/52 |

## Year to date summary

| | |
|---|---|
| Total received* | $2,529.62 |
| Principal | $710.45 |
| Interest | $827.81 |
| Escrow | $991.36 |
| Taxes disbursed | $1,079.37 |

*This total may include the Unapplied funds balance from the Balance summary section.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 02/17 | Payment | $1,264.81 | $355.52 | $413.61 | $495.68 | |

## Important messages

This statement is for informational purposes only. Our records indicate that your loan is subject to bankruptcy. The attached coupon reflects the calendar due date, not the contractual due date of the bankruptcy case. If you have any questions regarding your loan, please contact your bankruptcy attorney or our office.

*Feb → 10*

*May*

*Aug*

*November*

TRA1-D-000913/000951 ACRAF1 S1-ET-M1-C001  1



**ASC**
AMERICA'S SERVICING COMPANY

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| Statement date | 05/14/14 |
| Loan number | 1127131290 |

Property address
226 POTTERS DR
BAYVILLE NJ 08721

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

1MB        00959/000959/000982 0005   1 ACRMPA 106 012

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721-2527

**Customer Service** 🖥 Online
mortgageaccountonline.c

🖨 Fax
1-866-453-6315

☎ Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m. - 8 p.m C

📞 Payments
PO Box 1820
Newark NJ 07101

We accept telecommunications relay service calls.

The summaries below are based on the terms of your loan and are provided for informational purposes only.

**Payment summary**

| | |
|---|---|
| Principal | $358.49 |
| Interest | $410.64 |
| Escrow | $491.33 |
| Current monthly payment 06/01/14 | $1,260.46 |
| Unpaid payment 05/01/14 | $1,260.46 |
| Unpaid late charge(s) | $90.38 |
| **Total payment** | **$2,611.30** |

**Balance summary**

| | |
|---|---|
| Unpaid principal balance[2] | $246,741.69 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $34.91 |
| Escrow balance | $3,474.14 |
| (Contact Customer Service for your payoff balance) | |
| Interest rate[4] | 2.000% |
| Maturity date | 10/52 |

**Year to date summary[5]**

| | |
|---|---|
| Total received* | $6,345.9 |
| Principal | $1,780.5 |
| Interest | $2,065.0 |
| Escrow | $2,500.2 |
| Taxes disbursed | $2,158.7 |

*This total may include the Unapplied funds balance from the Balance summary section.

... including all contractual interest and/or fees). Your principal balance(s) is governed ... reduced by an order of the bankruptcy court.

This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

... governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy ...

... according to the terms of your loan.

| | | | | Other |
|---|---|---|---|---|
| | | | | Unapplied $1,260.45- |
| | | | | Unapplied $1,260.46 |

**Important messages**
This statement is for informational purposes only. Our records indicate that your loan is subject to bankruptcy. The attached coupon reflects the calendar due date, not the contractual due date of the bankruptcy case. If you have any questions regarding your loan, please contact your bankruptcy attorney or our office.



**AMERICA'S SERVICING COMPANY**

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| | |
|---|---|
| Statement date | 05/16/14 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

1AT        04771/010833/007307 0044   1 ACRMXD 106 012

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721-2527

**Customer Service**  🖥 Online
mortgageaccountonline.co

🖷 Fax
1-866-453-6315

📞 Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri  7 a.m. - 8 p.m C7

📟 Payments
PO Box 1820
Newark NJ 07101

We accept telecommunications relay service calls.

---

The summaries below are based on the terms of your loan and are provided for informational purposes only.

### Payment summary

| | |
|---|---|
| Principal | $358.49 |
| Interest | $410.64 |
| Escrow | $491.33 |
| Current monthly payment 06/01/14 | $1,260.46 |
| Unpaid payment(s) 05/01/14 | $1,260.46 |
| Unpaid late charge(s) | $90.38 |
| Total Payment | $2,611.30 |

### Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $246,741.69 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $34.91 |
| Escrow balance | $3,474.14 |
| (Contact Customer Service for your payoff balance) | |
| Interest rate[4] | 2.000% |
| Maturity date | 10/52 |

### Year to date summary[5]

| | |
|---|---|
| Total received* | $6,345.9 |
| Principal | $1,780.5 |
| Interest | $2,065.0 |
| Escrow | $2,500.2 |
| Taxes disbursed | $2,158.7 |

*This total may include the Unapplied funds balance from the Balance summary section.

---

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

* No transactions have occurred on your loan between the last billing statement and this statement date.

### Important messages

This statement is for informational purposes only. Our records indicate that your loan is subject to bankruptcy. The attached coupon reflects the calendar due date, not the contractual due date of the bankruptcy case. If you have any questions regarding your loan, please contact your bankruptcy attorney or our office.



ASC
AMERICA'S SERVICING COMPANY

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| | |
|---|---|
| Statement date | 07/17/14 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

<u>PLEASE NOTE:</u> If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

**Customer Service**  □ Online
mortgageaccountonline.com

🖷 Fax
1-866-453-6315

☎ Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri  7 a.m. - 8 p.m CT

1MB 00424/000424/000469 0004   1 ACRVC4 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721-2527

[◎] Payments
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls.

The summaries below are based on the terms of your loan and are provided for informational purposes only.

## Payment summary

| | |
|---|---|
| Principal | $359.69 |
| Interest | $409.44 |
| Escrow | $491.33 |
| Current monthly payment 08/01/14 | $1,260.46 |
| Unpaid payment(s) 06/01/14 - 07/01/14 | $2,520.92 |
| Unpaid late charge(s) | $90.38 |
| **Total Payment** | **$3,871.76** |

## Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $246,383.80 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $34.91 |
| Escrow balance | $2,982.81- |
| *(Contact Customer Service for your payoff balance)* | |
| Interest rate[4] | 2.000% |
| Maturity date | 10/52 |

## Year to date summary[5]

| | |
|---|---|
| Total received* | $7,606.37 |
| Principal | $2,138.45 |
| Interest | $2,476.33 |
| Escrow | $2,991.59 |
| Taxes disbursed | $2,158.73 |

*This total may include the Unapplied funds balance from the Balance summary section.

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

## Important messages

This statement is for informational purposes only. Our records indicate that your loan is subject to bankruptcy. The attached coupon reflects the calendar due date, not the contractual due date of the bankruptcy case. If you have any questions regarding your loan, please contact your bankruptcy attorney or our office.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 07/17 | Payment | | $357.89 | $411.24 | $491.33 | Unapplied $1,260.46 |

**ASC**
AMERICA'S SERVICING COMPANY

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| | |
|---|---|
| Statement date | 07/16/14 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

<u>PLEASE NOTE:</u> If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

**Customer Service** 🖵 Online
mortgageaccountonline.c

📠 Fax
1-866-453-6315

☎ Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m. - 8 p.m C

📧 Payments
PO Box 14507
Des Moines IA 50306

1AT  04325/010474/006384 0040   1 ACRV6T 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721-2527

We accept telecommunications relay service calls.

The summaries below are based on the terms of your loan and are provided for informational purposes only.

### Payment summary

| | |
|---|---|
| Principal | $359.69 |
| Interest | $409.44 |
| Escrow | $491.33 |
| Current monthly payment 08/01/14 | $1,260.46 |
| Unpaid payment(s) 05/01/14 - 07/01/14 | $3,781.38 |
| Unpaid late charge(s) | $90.38 |
| **Total Payment** | **$5,132.22** |

### Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $246,741.69 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $1,295.37 |
| Escrow balance | $3,474.14- |
| *(Contact Customer Service for your payoff balance)* | |
| Interest rate[4] | 2.000% |
| Maturity date | 10/52 |

### Year to date summary[5]

| | |
|---|---|
| Total received* | $6,345.9 |
| Principal | $1,780.5 |
| Interest | $2,065.0 |
| Escrow | $2,500.2 |
| Taxes disbursed | $2,158.7 |

*This total may include the Unapplied funds balance from the Balance summary section.

²This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

³This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

⁴This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

⁵Each component of this Summary is calculated and disclosed according to the terms of your loan.

### Important messages

This statement is for informational purposes only. Our records indicate that your loan is subject to bankruptcy. The attached coupon reflects the calendar due date, not the contractual due date of the bankruptcy case. If you have any questions regarding your loan, please contact your bankruptcy attorney or our office.

### Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 07/15 | Funds received | $1,260.46 | | | | Unapplied $1,260.46 |



**AMERICA'S SERVICING COMPANY**

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| | |
|---|---|
| Statement date | 09/24/14 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

ի.ինեսիիտեսիայիզեսիետեսիստիսիայի.զիիայիիսիեսիցննիսի

1MB 00268/000268/000291 0003   1 ACS5JF 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721-2527

## Customer Service

**Online**
mortgageaccountonline.com

**Fax**
1-866-453-6315

**Telephone**
1-800-274-7025

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 8 p.m CT

**Payments**
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls.

The summaries below are based on the terms of your loan and are provided for informational purposes only.

## Payment summary

| | |
|---|---|
| Principal | $361.03 |
| Interest | $408.10 |
| Escrow | $491.33 |
| Current payment 10/01/14 | $1,260.46 |
| Unpaid payment(s) 08/01/14 - 09/01/14 | $2,520.92 |
| Unpaid late charge(s) | $90.38 |
| **Total Payment** | **$3,871.76** |

## Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $245,582.75 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $34.91 |
| Escrow balance | $3,128.19- |
| (Contact Customer Service for your payoff balance) | |
| Interest rate[4] | 2.000% |
| Maturity date | 10/52 |

## Year to date summary[5]

| | |
|---|---|
| Total received* | $10,210.62 |
| Principal | $2,939.50 |
| Interest** | $3,296.87 |
| Escrow | $3,974.25 |
| Taxes disbursed | $3,286.77 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

## Important messages

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 09/24 | Payment | | $359.23 | $409.90 | $491.33 | Unapplied $1,260.46- |
| 09/22 | Funds received | $1,260.46 | | | | Unapplied $1,260.46 |

TFAS-D-000268/000291 ACS5JF S1-ET-M1-C021



Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| Statement date | 10/20/14 |
| Loan number | 1127131290 |

Property address
226 POTTERS DR
BAYVILLE NJ 08721

**PLEASE NOTE:** If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

1MB 00506/000506/000548 0004  1 ACS82K 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721-2527

**Customer Service**  Online  mortgageaccountonline.com

Fax
1-866-453-6315

Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m. - 8 p.m C.

Payments
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls.

---

The summaries below are based on the terms of your loan and are provided for informational purposes only.

## Payment summary

| | |
|---|---|
| Principal | $361.63 |
| Interest | $407.50 |
| Escrow | $491.33 |
| Current payment 11/01/14 | $1,260.46 |
| Unpaid payment(s) 09/01/14 - 10/01/14 | $2,520.92 |
| Unpaid late charge(s) | $90.38 |
| **Total Payment** | **$3,871.76** |

## Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $245,222.92 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $1,295.37 |
| Escrow balance | $2,636.86 |
| (Contact Customer Service for your payoff balance) | |
| Interest rate[4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

## Year to date summary[5]

| | |
|---|---|
| Total received* | $11,471.0: |
| Principal | $3,299.3 |
| Interest** | $3,708.1 |
| Escrow | $4,465.5: |
| Taxes disbursed | $3,286.7 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.

---

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

## Important messages

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 10/20 | Payment | | $359.83 | $409.30 | $491.33 | Unapplied $1,260.46 |
| 10/17 | Funds received | $2,520.92 | | | | Unapplied $2,520.92 |


**AMERICA'S SERVICING COMPANY**

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

Statement date   10/21/14
Loan number   1127131290
Property address -
 226 POTTERS DR
 BAYVILLE NJ 08721

**PLEASE NOTE:** If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

**Customer Service**   Online
mortgageaccountonline.c

Fax
1-866-453-6315

Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m.- 8 p.m C

1MB 00220/000220/000242 0003   1 ACS865 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721-2527

Payments
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls.

---

The summaries below are based on the terms of your loan and are provided for informational purposes only.

### Payment summary

| | |
|---|---|
| Principal | $361.63 |
| Interest | $407.50 |
| Escrow | $491.33 |
| Current payment 11/01/14 | $1,260.46 |
| Unpaid payment(s) 10/01/14 | $1,260.46 |
| Unpaid late charge(s) | $90.38 |
| Total Payment | $2,611.30 |

### Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $244,862.49 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $34.91 |
| Escrow balance | $2,145.53- |
| (Contact Customer Service for your payoff balance) | |
| Interest rate[4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

### Year to date summary[5]

| | |
|---|---|
| Total received* | $12,731.5 |
| Principal | $3,659.7 |
| Interest** | $4,114.8 |
| Escrow | $4,956.9 |
| Taxes disbursed | $3,286.7 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you hav tax related questions please consult your tax advisor.

---

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

**Important messages**

# ASC
**AMERICA'S SERVICING COMPANY**

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| | |
|---|---|
| Statement date | 11/14/14 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

**PLEASE NOTE:** If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

1MB 00913/000913/000926 0004  1 ACSAHU 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721-2527

## Customer Service   Online
mortgageaccountonline.com

Fax
1-866-453-6315

Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m. - 8 p.m CT

Payments
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls.

---

The summaries below are based on the terms of your loan and are provided for informational purposes only.

## Payment summary

| | |
|---|---|
| Principal | $362.23 |
| Interest | $406.90 |
| Escrow | $491.33 |
| Current payment 12/01/14 | $1,260.46 |
| Unpaid late charge(s) | $90.38 |
| Total Payment | $1,350.84 |

## Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $244,139.83 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $34.91 |
| Escrow balance | $3,989.22- |
| (Contact Customer Service for your payoff balance) | |
| Interest rate[4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

## Year to date summary[5]

| | |
|---|---|
| Total received* | $15,252.46 |
| Principal | $4,382.42 |
| Interest** | $4,930.42 |
| Escrow | $5,939.51 |
| Taxes disbursed | $4,426.12 |
| Insurance disbursed | $1,687.00 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

## Important messages

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 11/14 | Payment | $1,260.46 | $361.63 | $407.50 | $491.33 | |
| 11/13 | Hazard insurance pmt | | | | $1,687.00- | NARRAGANSETT BAY INS CO |

TRA3-D-000913/000926 ACSAHU S1-ET-M1-C001_1

# ASC
**AMERICA'S SERVICING COMPANY**

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| | |
|---|---|
| Statement date | 01/16/15 |
| Loan number | 1127131290 |
| Property address | |
| | 226 POTTERS DR |
| | BAYVILLE NJ 08721 |

**PLEASE NOTE:** If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

2AT 01657/008206/003824 0043   2 ACSIFF 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721-2527

## Customer Service

Online
mortgageaccountonline.com

Fax
1-866-453-6315

Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m. - 8 p.m CT

Payments
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls.

---

The summaries below are based on the terms of your loan and are provided for informational purposes only.

## Payment summary

| | |
|---|---|
| Principal | $363.44 |
| Interest | $405.69 |
| Escrow | $491.33 |
| Current payment 02/01/15 | $1,260.46 |
| Unpaid late charge(s) | $90.38 |
| **Total Payment** | **$1,350.84** |

## Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $243,414.77 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $34.91 |
| Escrow balance | $4,113.09- |
| (Contact Customer Service for your payoff balance) | |
| Interest rate[4] (V. 12 11/01/17) | 2.000% |
| Maturity date | 10/52 |

## Year to date summary[5]

| | |
|---|---|
| Total received* | $1,260.46 |
| Principal | $362.83 |
| Interest** | $406.30 |
| Escrow | $491.33 |
| Taxes disbursed | $1,106.53 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.

---

... does not include interest and/or fees). Your principal balance(s) is governed ... otherwise reduced by an order of the bankruptcy court.

... total amount of all unapplied funds on your account. We refer to any payment that is ... defined by the terms of your loan as a "partial payment". If we receive a partial payment, ... payment until we receive additional funds that can be combined to make a full payment.

... governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy

... summary is calculated and disclosed according to the terms of your loan.

## last statement

| | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|
| | $1,260.46 | $362.83 | $406.30 | $491.33 | |
| | | | | $1,106.53- | BERKELEY TWP (1) |

## Important messages

**ASC**
AMERICA'S SERVICING COMPANY

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| | |
|---|---|
| Statement date | 02/16/15 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

1MB 00882/000882/000904 0004  1 ACSN2T 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721-2527

**Customer Service** 💻 Online
mortgageaccountonline.cc

🖨 Fax
1-866-453-6315

☎ Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m. - 8 p.m C1

📧 Payments
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls.

The summaries below are based on the terms of your loan and are provided for informational purposes only.

### Payment summary

| | |
|---|---|
| Principal | $364.04 |
| Interest | $405.09 |
| Escrow | $491.33 |
| Current payment 03/01/15 | $1,260.46 |
| Unpaid late charge(s) | $90.38 |
| **Total Payment** | **$1,350.84** |

### Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $243,051.33 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $34.91 |
| Escrow balance | $3,621.76- |
| *(Contact Customer Service for your payoff balance)* | |
| Interest rate[4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

### Year to date summary[5]

| | |
|---|---|
| Total received* | $2,520.9: |
| Principal | $726.2: |
| Interest** | $811.9! |
| Escrow | $982.6( |
| Taxes disbursed | $1,106.5! |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

### Important messages

### Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 02/16 | Payment | $1,260.46 | $363.44 | $405.69 | $491.33 | |



**ASC**
AMERICA'S SERVICING COMPANY

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| | |
|---|---|
| Statement date | 03/16/15 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

1AT 03826 010278/005330 0038   1 ACSQTX 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721-2527

### Customer Service   Online
mortgageaccountonline.

Fax
1-866-453-6315

Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m. - 8 p.m (

Payments
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls.

The summaries below are based on the terms of your loan and are provided for informational purposes only.

## Payment summary

| | |
|---|---|
| Principal | $364.65 |
| Interest | $404.48 |
| Escrow | $590.54 |
| Current payment 04/01/15 | $1,359.67 |
| Unpaid payment(s) 02/01/15 - 03/01/15 | $2,520.92 |
| Unpaid late charge(s) | $90.38 |
| **Total Payment** | **$3,970.97** |

## Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $243,414.77 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $2,555.83 |
| Escrow balance | $4,113.09- |
| (Contact Customer Service for your payoff balance) | |
| Interest rate[4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

## Year to date summary[5]

| | |
|---|---|
| Total received* | $1,260 |
| Principal | $362 |
| Interest** | $406 |
| Escrow | $491 |
| Taxes disbursed | $1,106 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you hi tax related questions please consult your tax advisor.

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

### Important messages
DISASTER PREPARATION
Our disaster assistance team is here to help if you are ever affected by a disaster such as a fire, flood, or storm. If needed, please contact a customer service representative at the number above.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 03/16 | Funds received | $1,260.46 | | | | Unapplied $1,260.46 |
| 02/23 | Payment reversal | | $363.44- | $405.69- | $491.33- | Unapplied $1,260.46 |
| 02/23 | Payment reversal | | | | | Unapplied $1,260.46 |
| 02/23 | Funds received | $1,260.46 | | | | Unapplied $1,260.46 |

TRA3-D-010278/005330 ACSQTX S1-ET-M1-C092

**ASC**
AMERICA'S SERVICING COMPANY

*Return Mail Operations*
*PO Box 10388*
*Des Moines, IA 50306-0388*

| | |
|---|---|
| Statement date | 04/20/15 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

<u>PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the
United States Bankruptcy Code, this statement is being sent to you for informational purposes only.</u>

‖‖•‖‖•‖•‖‖•‖‖‖‖‖‖‖‖•‖‖•‖•‖•‖‖‖‖‖•‖‖•‖•‖•‖•‖

1MB 00403/000403/000433 0003   1 ACSVXW 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721-2527

## Customer Service  Online
mortgageaccountonline.c

Fax
1-866-453-6315

Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m. - 8 p.m C'

Payments
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls.

---

The summaries below are based on the terms of your loan and are provided for informational purposes only.

### Payment summary

| | |
|---|---|
| Principal | $365.26 |
| Interest | $403.87 |
| Escrow | $590.54 |
| Current payment 05/01/15 | $1,359.67 |
| | |
| Unpaid payment(s) 04/01/15 | $1,359.67 |
| Unpaid late charge(s) | $90.38 |
| | |
| Total Payment | $2,809.72 |

### Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $242,687.29 |
| Unpaid second principal balance[2] | $2,466.97 |
| Escrow balance | $2,932.01- |
| *(Contact Customer Service for your payoff balance)* | |
| Interest rate[4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

### Year to date summary[5]

| | |
|---|---|
| Total received* | $3,979.8 |
| Principal | $1,090.3 |
| Interest** | $1,217.0 |
| Escrow | $1,672.4 |
| | |
| Taxes disbursed | $1,106.5 |

*This total may include the Unapplied funds balance from the
Balance summary section.
**This information should not be used for tax purposes. If you have
tax related questions please consult your tax advisor.

---

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed
by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy
court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

### Important messages

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 04/15 | Payment | | $364.04 | $405.09 | $590.54 | Unapplied $1,359.67- |

TRA3-D-000403/000433 ACSVXW S1 ET M1 C001 1


**ASC**
AMERICA'S SERVICING COMPANY

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| | |
|---|---|
| Statement date | 05/18/15 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the
United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

### Customer Service 💻 Online
mortgageaccountonline.com

📠 Fax
1-866-453-6315

☎ Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m. - 8 p.m CT

ılılılılılılılılılılılılılılılılılılılılılılılılılı

1AT 04061/010003/005949 0039   1 ACSZVJ 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721-2527

📠 Payments
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls.

---

The summaries below are based on the terms of your loan and are provided for informational purposes only

### Payment summary

| | |
|---|---|
| Principal | $365.87 |
| Interest | $403.26 |
| Escrow | $590.54 |
| Current payment 06/01/15 | $1,359.67 |
| Unpaid payment(s) 04/01/15 - 05/01/15 | $2,719.34 |
| Unpaid late charge(s) | $90.38 |
| **Total Payment** | **$4,169.39** |

### Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $242,687.29 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $1,359.67 |
| Escrow balance | $3,642.47 |
| (Contact Customer Service for your payoff balance) | |
| Interest rate[4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

### Year to date summary[5]

| | |
|---|---|
| Total received* | $3,979.80 |
| Principal | $1,090.31 |
| Interest** | $1,217.08 |
| Escrow | $1,672.41 |
| Taxes disbursed | $1,816.99 |

*This total may include the Unapplied funds balance from the
Balance summary section.
**This information should not be used for tax purposes. If you have
tax related questions please consult your tax advisor.

---

¹ This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

² This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

³ This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

⁴ Each component of this Summary is calculated and disclosed according to the terms of your loan.

### Activity since your last statement

| Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|
| Funds received | $1,359.67 | | | | Unapplied $1,359.67 |
| City tax payment | | | | $710.46 | BERKELEY TWP (1) |

### Important messages

TRAS-D-010003/005949 ACSZVJ S1-ET-M1-C002  1

**ASC**
AMERICA'S SERVICING COMPANY℠

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| | |
|---|---|
| Statement date | 05/21/15 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

1MB 00290/000290/000305 0003   1 ACT090 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721-2527

**Customer Service** 🖥 Online
mortgageaccountonline.co
🖨 Fax
1-866-453-6315
☎ Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m. - 8 p.m CT

💲 Payments
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls.

---

The summaries below are based on the terms of your loan and are provided for informational purposes only.

**Payment summary**

| | |
|---|---|
| Principal | $365.87 |
| Interest | $403.26 |
| Escrow | $590.54 |
| Current payment 06/01/15 | $1,359.67 |
| Unpaid payment(s) 05/01/15 | $1,359.67 |
| Unpaid late charge(s) | $90.38 |
| Total Payment | $2,809.72 |

**Balance summary**

| | |
|---|---|
| Unpaid principal balance[2] | $242,322.64 |
| Unpaid second principal balance[2] | $2,466.97 |
| Escrow balance | $3,051.93- |
| (Contact Customer Service for your payoff balance) | |
| Interest rate[4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

**Year to date summary[5]**

| | |
|---|---|
| Total received* | $5,339.47 |
| Principal | $1,454.96 |
| Interest** | $1,621.56 |
| Escrow | $2,262.95 |
| Taxes disbursed | $1,816.99 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.

---

This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

The interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

Each component of this Summary is calculated and disclosed according to the terms of your loan.

**Activity since your last statement**

| Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|
| Payment | | $364.65 | $404.48 | $590.54 | Unapplied $1,359.67 |

**Important messages**

0316313301
$1,359.67  Fank

**ASC**
AMERICA'S SERVICING COMPANY

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| | |
|---|---|
| Statement date | 06/16/15 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

1AT 04592/010607/006552 0036   1 ACT36X 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721-2527

**Customer Service**  🖳 Online
mortgageaccountonline.cc

📠 Fax
1-866-453-6315

☎ Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m. - 8 p.m CT

Payments
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls.

The summaries below are based on the terms of your loan and are provided for informational purposes only.

### Payment summary

| | |
|---|---|
| Principal | $366.48 |
| Interest | $402.65 |
| Escrow | $590.54 |
| Current payment 07/01/15 | $1,359.67 |
| Unpaid payment(s) 05/01/15 - 06/01/15 | $2,719.34 |
| Unpaid late charge(s) | $90.38 |
| **Total Payment** | **$4,169.39** |

### Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $242,322.64 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $1,359.67 |
| Escrow balance | $3,051.93- |
| (Contact Customer Service for your payoff balance) | |
| Interest rate[4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

### Year to date summary[5]

| | |
|---|---|
| Total received* | $5,339.4 |
| Principal | $1,454.9 |
| Interest** | $1,621.5 |
| Escrow | $2,262.9 |
| Taxes disbursed | $1,816.9 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

**Important messages**

### Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 06/16 | Funds received | $1,359.67 | | | | Unapplied $1,359.67 |

**ASC**
AMERICA'S SERVICING COMPANY

*Return Mail Operations*
*PO Box 10388*
*Des Moines, IA 50306-0388*

| | |
|---|---|
| Statement date | 06/26/15 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

**PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.**

1MB 00534/000534/000566 0004   1 ACT4MB 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721-2527

**Customer Service**   Online
mortgageaccountonline.cc

Fax
1-866-453-6315

Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m. - 8 p.m CT

Payments
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls.

The summaries below are based on the terms of your loan and are provided for informational purposes only.

**Payment summary**

| | |
|---|---|
| Principal | $366.48 |
| Interest | $402.65 |
| Escrow | $590.54 |
| Current payment 07/01/15 | $1,359.67 |
| Unpaid payment(s) 06/01/15 | $1,359.67 |
| Unpaid late charge(s) | $90.38 |
| **Total Payment** | **$2,809.72** |

**Balance summary**

| | |
|---|---|
| Unpaid principal balance[2] | $241,957.38 |
| Unpaid second principal balance[2] | $2,466.97 |
| Escrow balance | $2,461.39 |
| *(Contact Customer Service for your payoff balance)* | |
| Interest rate[4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

**Year to date summary[5]**

| | |
|---|---|
| Total received* | $6,699.1 |
| Principal | $1,820.2 |
| Interest** | $2,025.4 |
| Escrow | $2,853.4 |
| Taxes disbursed | $1,816.9 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

**Important messages**

**Activity since your last statement**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 06/16 | Payment | | $365.26 | $403.87 | $590.54 | Unapplied $1,359.67- |

TRA3 D-000534/000566 ACT4MB S1-ET-M1-C001 1

**ASC**
AMERICA'S SERVICING COMPANY

Return Mail Operations
PO Box 10388
Des Moines IA 50306-0388

| | |
|---|---|
| Statement date | 08/10/15 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE, NJ 08721 | |

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

DCSF2CDTDT  001353DCSF2C00000001353106

DONNA  J  DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

## Customer Service



| | |
|---|---|
| **Online** mortgageaccountonline.com | **Telephone** 1-800-274-7025 |
| **Correspondence** PO Box 10335 Des Moines IA 50306 | **Fax** 1-866-453-6315 |
| **Payments** PO Box 14507 Des Moines IA 50306 | **Hours of operation** Mon - Fri 7 a.m, - 8 p.m. CT |

We accept telecommunications relay service calls.

The summaries below are based on the terms of your loan and are provided for informational purposes only.

### Payment summary

| | |
|---|---|
| Principal | $367.70 |
| Interest | $401.43 |
| Escrow | $590.54 |
| Current payment 09/01/15 | $1,359.67 |
| Unpaid payment 08/01/15 | $1,359.67 |
| Unpaid late charge(s) | $73.87 |
| Total payment | $2,793.21 |

### Balance summary

| | |
|---|---|
| Unpaid principal balance [2] | $241,225.03 |
| Unpaid second principal balance [2] | $2,466.97 |
| Escrow balance | $-2,438.91 |
| *(Contact Customer Service for your payoff balance)* | |
| Interest rate [4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

### Year-to-date summary [5]

| | |
|---|---|
| Total received* | $9,434.99 |
| Principal | $2,552.57 |
| Interest** | $2,831.34 |
| Escrow | $4,034.57 |
| Fees and other charges | $16.51 |
| Taxes disbursed | $2,975.59 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

### Informational messages

[2] This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[4] This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5] Each component of this Summary is calculated and disclosed according to the terms of your loan.

### Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 08/07 | Payment | | $366.48 | $402.65 | $590.54 | Unapplied -$1,359.67 |
| 08/07 | Funds Received | $1,359.67 | | | | Unapplied $1,359.67 |
| 07/29 | Payment | | | | | Late fee $16.51 |
| 07/29 | | | | | | Unapplied -$16.51 |
| 07/28 | City tax payment | | | | -$1,158.60 | BERKELEY TWP (1) |

**ASC**

AMERICA'S SERVICING COMPANY

Return Mail Operations
PO Box 10388
Des Moines IA 50306-0388

| | |
|---|---|
| Statement date | 10/23/15 |
| Loan number | 1127131290 |
| Property address | |
| | 226 POTTERS DR |
| | BAYVILLE, NJ 08721 |

## Customer Service

**Online**
mortgageaccountonline.com

**Telephone**
1-800-274-7025

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Fax**
1-866-453-6315

**Payments**
PO Box 14507
Des Moines IA 50306

**Hours of operation**
Mon – Fri 7 a.m. - 8 p.m. CT

**PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.**

DCSF1CDTIY  000755DCSF1C00000000755106

||ı|ılıl||ıₚılᵤ|ıl|ılₙ|ı|ı||ₗₗₗₗₗᵤ|ₐll|ı|ılₗ|ₙ||ₗ|ᵢll|ₗₗᵢ|

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

We accept telecommunications relay service calls.

The summaries below are based on the terms of your loan and are provided for informational purposes only.

## Payment summary

| | |
|---|---|
| Principal | $369.62 |
| Interest | $399.51 |
| Escrow | $590.54 |
| Current payment 11/01/15 | $1,359.67 |
| Past payment 10/01/15 | $1,359.67 |
| Unpaid late charge(s) | $73.87 |
| Total amount | $2,793.21 |

## Balance summary

| | |
|---|---|
| Unpaid principal balance [a] | $240,072.18 |
| Unpaid second principal balance [2] | $2,466.97 |
| Unapplied funds balance [3] | $1,359.67 |
| Escrow balance | $-1,257.83 |
| *(Contact Customer Service for your payoff balance)* | |
| Interest rate [4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

## Year-to-date summary[5]

| | |
|---|---|
| Total received* | $12,571.00 |
| Principal | $3,705.42 |
| Interest** | $3,633.42 |
| Escrow | $5,215.65 |
| Fees and other charges | $16.51 |
| Taxes disbursed | $2,975.59 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

## Informational messages

These amounts (are past due and include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

This is the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 09/25 | Payment | | $368.40 | $400.73 | $590.54 | Unapplied -$1,359.67 |
| 09/18 | Payment | | $367.78 | $401.35 | $590.54 | Unapplied -$1,359.67 |

# ASC
**AMERICA'S SERVICING COMPANY**

Return Mail Operations
PO Box 10388
Des Moines IA 50306-0388

Statement date                                                  10/26/15
Loan number                                                 1127131290
Property address
226 POTTERS DR
BAYVILLE, NJ 08721

**PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.**

## Customer Service

**Online**
mortgageaccountonline.com

**Telephone**
1-800-274-7025

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Fax**
1-866-453-6315

**Payments**
PO Box 14507
Des Moines IA 50306

**Hours of operation**
Mon.-Fri 7 a.m.-8 p.m. CT

DCSF1CDTI3  000668DCSF1C00000000668106

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

We accept telecommunications relay service calls.

The summaries below are based on the terms of your loan and are provided for informational purposes only.

| Payment summary | | Balance summary | | Year-to-date summary[5] | |
|---|---|---|---|---|---|
| Principal | $369.62 | Unpaid principal balance ª | $239,703.17 | Total received* | $13,930.67 |
| Interest | $399.51 | Unpaid second principal balance ª | $2,466.97 | Principal | $4,074.43 |
| Escrow | $590.54 | Escrow balance | $-1,850.80 | Interest** | $4,033.54 |
| Current payment 11/01/15 | $1,359.67 | *(Contact Customer Service for your payoff balance)* | | Escrow | $5,806.19 |
| Unpaid late charge(s) | $73.87 | Interest rate [4] (Until 11/01/17) | 2.000% | Fees and other charges | $16.51 |
| Total payment | $1,433.54 | Maturity date | 10/52 | Taxes disbursed | $4,159.10 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

## Informational messages

ªThis is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 10/26 | City tax payment | | | | -$1,183.51 | BERKELEY TWP (1) |
| 10/16 | Payment | | $369.01 | $400.12 | $590.54 | Unapplied -$1,359.67 |

Please specify additional funds

# ASC
AMERICA'S SERVICING COMPANY

Return Mail Operations
PO Box 10388
Des Moines IA 50306-0388

| | |
|---|---|
| Statement date | 11/23/15 |
| Loan number | 1127131290 |

Property address
226 POTTERS DR
BAYVILLE, NJ 08721

## Customer Service

| | |
|---|---|
| **Online** mortgageaccountonline.com | **Telephone** 1-800-274-7025 |
| **Correspondence** PO Box 10335 Des Moines IA 50306 | **Fax** 1-866-453-6315 |
| **Payments** PO Box 14507 Des Moines IA 50306 | **Hours of operation** Mon - Fri 7 a.m. - 8 p.m. CT |

We accept telecommunications relay service calls.

**If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.**

000682DCSF1C00000000682106

DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

---

The summaries below are based on the terms of your loan and are provided for informational purposes only.

## Payment summary

| | |
|---|---|
| Principal | $370.24 |
| Interest | $398.89 |
| Escrow | $590.54 |
| Payment amount 12/01/15 | $1,359.67 |

## Balance summary

| | |
|---|---|
| Unpaid principal balance [2] | $239,333.55 |
| Unpaid second principal balance [3] | $2,466.97 |
| Escrow balance | $-3,139.26 |
| (Contact Customer Service for your payoff balance) | |
| Interest rate [4] (until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

## Year-to-date summary[5]

| | |
|---|---|
| Total received* | $15,290.34 |
| Principal | $4,444.05 |
| Interest** | $4,433.05 |
| Escrow | $6,396.73 |
| Fees and other charges | $16.51 |
| Taxes disbursed | $4,159.10 |
| Insurance disbursed | $1,879.00 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

### Informational messages

This is a principal balance. Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 11/16 | Payment | | $369.62 | $399.51 | $590.54 | Unapplied -$1,359.67 |



**ASC**
AMERICA'S SERVICING COMPANY

Return Mail Operations
PO Box 10388
Des Moines IA 50306-0388

Page 1 of 1

| | |
|---|---|
| Statement date | 01/19/16 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE, NJ 08721 | |

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

DCSF1CDTO5  021027DCSF1C000000021027106

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

## Customer Service

**Online**
mortgageaccountonline.com

**Telephone**
1-800-274-7025

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Fax**
1-866-453-6315

**Payments**
PO Box 14507
Des Moines IA 50306

**Hours of operation**
Mon – Fri 7 a.m. – 8 p.m. CT

We accept telecommunications relay service calls.

---

**The summaries below are based on the terms of your loan and are provided for informational purposes only.**

### Payment summary

| | |
|---|---|
| Principal | $371.48 |
| Interest | $397.65 |
| Escrow | $590.54 |
| Current payment 02/01/16 | $1,359.67 |
| Total past due 12/01/15-01/01/16 | $2,719.34 |
| | $73.87 |
| Total amount due | $4,152.88 |

### Balance summary

| | |
|---|---|
| Unpaid principal balance [2] | $239,333.55 |
| Unpaid second principal balance [2] | $2,466.97 |
| Unapplied funds balance [3] | $1,359.67 |
| Escrow balance | $-6,156.06 |
| *(Contact Customer Service for your payoff balance)* | |
| Interest rate [4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

### Year-to-date summary[5]

| | |
|---|---|
| Total received* | $0.00 |
| Principal | $0.00 |
| Interest** | $0.00 |
| Taxes disbursed | $1,138.80 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

### Informational messages

[2] This balance is your principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3] This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4] This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5] Each component of this Summary is calculated and disclosed according to the terms of your loan.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 01/15 | City tax payment | | | | -$1,138.80 | BERKELEY TWP (1) |

1359.00
890.00
2,249.00

02167558817 ]

# ASC
**AMERICA'S SERVICING COMPANY**

Return Mail Operations
PO Box 10388
Des Moines IA 50306-0388

| | |
|---|---|
| Statement date | 03/16/16 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE, NJ 08721 | |

## Customer Service

| | |
|---|---|
| **Online** mortgageaccountonline.com | **Telephone** 1-800-274-7025 |
| **Correspondence** PO Box 10335 Des Moines IA 50306 | **Fax** 1-866-453-6315 |
| **Payments** PO Box 14507 Des Moines IA 50306 | **Hours of operation** Mon - Fri 7 a.m. - 8 p.m. CT |

**PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.**

DCSF1CDTSZ   036980DCSF1C00000036980106

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

We accept telecommunications relay service calls.

The summaries below are based on the terms of the loan and are provided for informational purposes only.

| Payment summary | | Balance summary | | Year-to-date summary[5] | |
|---|---|---|---|---|---|
| Principal | $372.72 | Unpaid principal balance [2] | $238,220.97 | Total received* | $4,079.01 |
| Interest | $396.41 | Unpaid second principal balance [3] | $2,466.97 | Principal | $1,112.58 |
| Escrow | $590.54 | Escrow balance | $-4,384.44 | Interest** | $1,194.81 |
| Current payment 04/01/16 | $1,359.67 | (Contact Customer Service for your payoff balance) | | Escrow | $1,771.62 |
| | $1,359.67 | interest rate * (Until 11/01/17) | 2.000% | Taxes disbursed | $1,138.80 |
| | $78.87 | Maturity date | 10/52 | | |
| | $2,793.21 | | | | |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

(interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless

This statement is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

Each component of this Summary is calculated and disclosed according to the terms of your loan.

* No transactions have occurred on your loan between the last billing statement and this statement date.

Please specify additional funds

# ASC
**AMERICA'S SERVICING COMPANY**

Return Mail Operations
PO.Box 10388
Des Moines IA 50306-0388

| | |
|---|---|
| Statement date | 03/02/16 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE, NJ 08721 | |

## Customer Service

**Online**
mortgageaccountonline.com

**Telephone**
1-800-274-7025

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Fax**
1-866-453-6315

**Payments**
PO Box 14507
Des Moines IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 8 p.m.
CT

**PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.**

DCSF1CDTRZ  016013DCSF1C000000016013106

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

We accept telecommunications relay service calls.

---

The summaries below are based on the terms of the loan and are provided for informational purposes only.

## Payment summary

| | |
|---|---|
| Principal | $372.72 |
| Interest | $396.41 |
| Escrow | $590.54 |
| Current payment 04/01/16 | $1,359.67 |
| Unpaid payment 08/01/16 | $1,359.67 |
| Unpaid late charge(s) | $73.87 |
| **Total payment** | **$2,793.21** |

## Balance summary

| | |
|---|---|
| Unpaid principal balance [2] | $238,220.97 |
| Unpaid second principal balance [3] | $2,466.97 |
| Escrow balance | $-4,384.44 |
| *(Contact Customer Service for your payoff balance)* | |
| Interest rate [4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

## Year-to-date summary[5]

| | |
|---|---|
| Total received* | $4,079.01 |
| Principal | $1,112.58 |
| Interest** | $1,194.81 |
| Escrow | $1,771.62 |
| Taxes disbursed | $1,138.80 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

## Informational messages

[1] This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[4] This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5] Each component of this Summary is calculated and disclosed according to the terms of your loan.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 02/16 | Payment | | $371.48 | $397.65 | $590.54 | Unapplied -$1,359.67 |
| 01/20 | Payment | | $370.86 | $398.27 | $590.54 | Unapplied -$1,359.67 |
| 12/16 | Payment | | $370.24 | $398.89 | $590.54 | Unapplied -$1,359.67 |

## Important messages

**DISASTER PROCLAMATION**
[illegible] is here to help you if you are ever affected by a disaster such as a fire, flood, or storm. If needed, please contact us at the [illegible] for additional information including the insurance claim check process.



AMERICA'S SERVICING COMPANY

Return Mail Operations
PO Box 10388
Des Moines IA 50306-0388

| | |
|---|---|
| Statement date | 03/23/16 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE, NJ 08721 | |

**PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.**

## Customer Service

**Online**
mortgageaccountonline.com

**Telephone**
1-800-274-7025

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Fax**
1-866-453-6315

**Payments**
PO Box 14507
Des Moines IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 8 p.m.
CT

We accept telecommunications relay service calls.

The summaries below are based on the terms of the loan and are provided for informational purposes only.

## Payment summary

| | |
|---|---|
| Principal | $372.72 |
| | $396.41 |
| | |
| | $1,359.67 |

## Balance summary

| | |
|---|---|
| Unpaid principal balance* | $237,848.88 |
| Unpaid second principal balance² | $2,466.97 |
| Escrow balance | $-3,793.90 |
| Contact Customer Service for your payoff balance (balance) | |
| Interest rate * (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

## Year-to-date summary[5]

| | |
|---|---|
| Total received* | $5,438.68 |
| Principal | $1,484.67 |
| Interest** | $1,591.85 |
| Escrow | $2,362.16 |
| Taxes disbursed | $1,138.80 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

according to the terms of your loan.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 03/21 | Payment | | $372.09 | $397.04 | $590.54 | Unapplied -$1,359.67 |
| 03/21 | Funds Received | $1,359.67 | | | | Unapplied $1,359.67 |

**ASC**
AMERICA'S SERVICING COMPANY

Return Mail Operations
PO Box 10388
Des Moines IA 50306-0388

| | |
|---|---|
| Statement date | 04/19/16 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE, NJ 08721 | |

## Customer Service

**Online**
mortgageaccountonline.com

**Telephone**
1-800-274-7025

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Fax**
1-866-453-6315

**Payments**
PO Box 14507
Des Moines IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 8 p.m.
CT

We accept telecommunications relay service calls.

**PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.**

DCSF1CDTVG   005458DCSF1C00000005458106

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

The summaries below are based on the terms of the loan and are provided for informational purposes only.

## Payment summary

| | |
|---|---|
| Principal | $373.34 |
| Interest | $395.79 |
| Escrow | $701.68 |
| Current payment 05/01/16 | $1,470.81 |
| Unpaid late charge(s) | $73.87 |
| Total payment | $1,544.68 |

## Balance summary

| | |
|---|---|
| Unpaid principal balance [2] | $237,476.16 |
| Unpaid second principal balance [2] | $2,466.97 |
| Unapplied funds balance [3] | $16.14 |
| Escrow balance | $-4,342.15 |
| (Contact Customer Service for your payoff balance) | |
| Interest rate [4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

## Year-to-date summary[5]

| | |
|---|---|
| Total received* | $6,798.35 |
| Principal | $1,857.39 |
| Interest** | $1,988.26 |
| Escrow | $2,952.70 |
| Taxes disbursed | $2,277.59 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

## Informational messages

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 04/18 | Payment | | $372.72 | $396.41 | $590.54 | Unapplied -$1,359.67 |