# ASC ✸
**AMERICA'S SERVICING COMPANY**

PO Box 14547
Des Moines, IA 50306-4547

**For informational purposes**

## Escrow account disclosure statement and notice of new mortgage payment

| | |
|---|---|
| Loan number: | 1127131290 |
| Next payment due date: | December 01, 2015 |
| New payment effective date: | May 01, 2016 |
| New payment amount: | $1,470.81 |
| Shortage amount: | $5,893.21 |
| Principal balance: | $239,333.55 |
| Unpaid 2nd principal balance: | $2,466.97 |
| Interest rate: | 2.000% |
| Statement date: | February 24, 2016 |
| Account review period: | Apr 2015 – Apr 2016 |
| Customer service: | 1-800-842-7654 |
| Customer service hours: | Mon - Fri 7 a.m. - 8 p.m CT. |

We accept telecommunications relay service calls.

Property address:
226 POTTERS DR
BAYVILLE NJ 08721-2527

0003720   SP   **SNGLP T2 0 1547 08721-252726  -C01-I      NONE

DONNA J DEROSA-RUQUET
POTTERS DR
BAYVILLE NJ 08721

Dear DONNA J DEROSA-RUQUET

Each year, we review your escrow account to make sure the escrow portion of your scheduled mortgage payment covers your property taxes and/or insurance premiums. Increases or decreases in your annual taxes and/or insurance premiums may cause your mortgage payment amount to change. Here are the details of your most recent escrow account review.

This notice is for informational purposes only and is being provided as a courtesy should you voluntarily decide to pay your escrow shortage payment, if applicable. This notice should not be construed as an attempt to collect a debt or a demand contrary to any protection you may have received pursuant to your bankruptcy case.

## Your new mortgage payment amount

| New payment effective date May 01, 2016[1] | Current payment ($) | New payment ($) Option 1 | Option 2 |
|---|---|---|---|
| Principal and/or interest | 769.13 | 769.13 | 769.13 |
| Escrow payment | 509.42 | 537.98 | 537.98 |
| Escrow shortage/prepayment[2] | 81.12 | 0.00 | 163.70 |
| **Total payment amount** | **1,359.67** | **1,307.11** | **1,470.81** |

1. If you use one of our automatic payment options, we will adjust your electronic withdrawal(s) to ensure your May 01, 2016 payment is made in full.

2. If your current payment includes an amount to cover a previous escrow shortage, this amount will be added. If your current payment includes an adjustment for extra funds you deposited to your escrow account, this amount will be deducted.

The escrow disclosure indicates a shortage of $5,893.21. We have spread this amount over the next 36 months and included it in the new payment amount. However, any voluntary decision to pay the shortage in full will reduce the payment to $1,307.11. If you voluntarily choose to pay this shortage in full now, please detach this coupon and mail it along with the check to the address that appears on this statement.

### You may use either of the following options to restore your required account balance

| Option 1: Pay the entire shortage now | Option 2: Pay the shortage over 36 months **No action required** unless you use a bill pay or 3rd party payment service to pay your mortgage |
|---|---|
| Pay the entire escrow shortage amount of $5,893.21 using the shortage payment coupon and your new mortgage payment will be $1,307.11 | Pay the escrow account shortage of $5,893.21 in 36 payments of $163.70 which we've included in your new payment amount of $1,470.81. |

**Attention bill pay and 3rd party payment service customers:** Notify your service of the change to your mortgage payment.

800 - 678 - 7986   E


Shortage payment coupon for loan number 1127131290

**For informational purposes**

Loan number: 1127131290

The following information covers your projected escrow account activity from **May 2016 to Apr 2017**

### Projected escrow account disbursements
Annualized items to be paid from your escrow account ($):

| | |
|---|---|
| CITY TAX | 4,619.71 |
| HAZARD INS | 1,836.00 |
| Total disbursements | 6,455.71 |
| **Scheduled escrow payment** | **537.98**[1] |

*1. Your escrow payment is calculated by dividing the total disbursements by 12.*

### Projected escrow account activity for the next 12 months

| Date | Anticipated payments ($) To escrow | From escrow | Description | Escrow balance ($) Projected | Required |
|---|---|---|---|---|---|
| May 2016 | | | Starting balance | -4,342.16 | 1,551.05 |
| May 2016 | 537.98 | 0.00 | | -3,804.18 | 2,089.03 |
| Jun 2016 | 537.98 | 0.00 | | -3,266.20 | 2,627.01 |
| Jul 2016 | 537.98 | 1,158.60 | BERKELEY TWP | -3,886.82 | 2,006.39 |
| Aug 2016 | 537.98 | 0.00 | | -3,348.84 | 2,544.37 |
| Sep 2016 | 537.98 | 0.00 | | -2,810.86 | 3,082.35 |
| Oct 2016 | 537.98 | 1,183.51 | BERKELEY TWP | -3,456.39 | 2,436.82 |
| Nov 2016 | 537.98 | 0.00 | | -2,918.41 | 2,974.80 |
| Dec 2016 | 537.98 | 1,836.00 | TOWER GROUP | -4,216.43 | 1,676.78 |
| Jan 2017 | 537.98 | 1,138.80 | BERKELEY TWP | -4,817.25[2] | 1,075.96[3] |
| Feb 2017 | 537.98 | 0.00 | | -4,279.27 | 1,613.94 |
| Mar 2017 | 537.98 | 0.00 | | -3,741.29 | 2,151.92 |
| Apr 2017 | 537.98 | 1,138.80 | BERKELEY TWP | -4,342.11 | 1,551.10 |
| **Total** | **6,455.76** | **6,455.71** | | | |

These calculations indicate the projected escrow balance will be less than the required escrow balance. The resulting shortage is $5,893.21. If you choose to pay the shortage in full, the new payment will be $1,307.11.

The projected escrow account activity is based on the most recent tax and/or insurance information available as well as the assumption that your payments will be received as agreed.

*2. **Projected low point.** The point during the annual period at which the projected escrow balance will reach its lowest point.*

*3. **Required escrow balance.** To cover unanticipated disbursements, including increases to tax or insurance payments, there is a 2-month minimum escrow balance allowable by state law and/or your mortgage contract. This amount does not include mortgage insurance.*

- *Your 2-month minimum escrow balance is **$1,075.96***
- *State law requires that this minimum escrow balance not exceed **$1,075.96***
- *Note: If you have an adjustable rate mortgage (ARM), you will receive a notice about your new mortgage payment when your ARM rate is scheduled to change.*

---

### Information about your escrow account shortage

| | |
|---|---|
| Your lowest projected escrow account balance (low point) ($) | 4,817.25- |
| Less your required minimum escrow account balance ($) | 1,075.96 |
| **This means your escrow account has a shortage of ($)** | **5,893.21** |

**For informational purposes**

Loan number:     1127131290

The following information covers your escrow account history activity from Apr 2015 to Apr 2016

| Date | Payments to escrow ($) Projected | Actual | Payments from escrow ($) Projected | Actual | Description | Escrow balance ($) Projected | Actual |
|---|---|---|---|---|---|---|---|
| Apr 2015 | | | | | Starting balance | 2,037.76 | 3,522.55- |
| Apr 2015 | 509.42 | 590.54[1] | 1,079.36 | 710.46[1] | BERKELEY TWP | 1,467.82 | 3,642.47- |
| May 2015 | 509.42 | 590.54[1] | 0.00 | 0.00 | | 1,977.24 | 3,051.93- |
| Jun 2015 | 509.42 | 590.54[1] | 0.00 | 0.00 | | 2,486.66 | 2,461.39- |
| Jul 2015 | 509.42 | 590.54[1] | 1,128.04 | 1,158.60[1] | BERKELEY TWP | 1,868.04 | 3,029.45- |
| Aug 2015 | 509.42 | 590.54[1] | 0.00 | 0.00 | | 2,377.46 | 2,438.91- |
| Sep 2015 | 509.42 | 0.00[1] | 0.00 | 0.00 | | 2,886.88 | 2,438.91- |
| Oct 2015 | 509.42 | 1,771.62[1] | 1,139.35 | 1,183.51[1] | BERKELEY TWP | 2,256.95 | 1,850.80- |
| Nov 2015 | 509.42 | 590.54[1] | 0.00 | 1,879.00[1] | NARRAGANSETT BAY INS C | 2,766.37 | 3,139.26- |
| Dec 2015 | 509.42 | 0.00[1] | 1,687.00 | 0.00[1] | NARRAGANSETT BAY INS C | 1,588.79 | 3,139.26- |
| Dec 2015 | 0.00 | 0.00 | 0.00 | 1,878.00[1] | TOWER GROUP | 1,588.79 | 5,017.26- |
| Jan 2016 | 509.42 | 0.00[1] | 1,079.37 | 1,138.80[1] | BERKELEY TWP | 1,018.84 | 6,156.06- |
| Feb 2016 est. | 509.42 | 1,771.62[1] | 0.00 | 0.00 | | 1,528.26 | 4,384.44- |
| Mar 2016 est. | 509.42 | 590.54[1] | 0.00 | 0.00 | | 2,037.68 | 3,793.90- |
| Apr 2016 est. | 0.00 | 590.54[1] | 0.00 | 1,138.80[1] | *BERKELEY TWP* | 2,037.68 | 4,342.16- |
| **Totals** | **6,113.04** | **8,267.56** | **6,113.12** | **9,087.17** | | | |

1. Indicates where a difference exists between the projected and actual account activity.