**ASC** ☀
AMERICA'S SERVICING COMPANY

PO Box 10335
Des Moines, IA 50306-0328

April 20, 2016

Donna J. DeRosa-Ruquet
226 Potters Drive
Bayville, NJ 08721-2527

Subject: Resolution to the inquiry received about account number 1127131290

Dear Ms. Donna J. DeRosa-Ruquet:

Thank you for taking the time to speak to me and allowing me the opportunity to address your concerns. We've carefully researched these matters and are providing you with a response.

**In your inquiry you raised concerns about the following:**

- Escrow shortage
- Required minimum escrow balance
- March 2016 payment

Please find our responses to your concerns addressed below.

**Escrow shortage**

Based on our research, we've determined your account was handled appropriately and no adjustments are needed.

We wanted to share our information with you and have enclosed the documents we used in our research. If you would like to request additional documents that support our research, you may reply to me directly at the return address on this letter or by phone at the number provided in the "Going forward" section of this letter. Here are the documents we've enclosed:

- Billing statement dated March 23, 2016.
- Escrow account disclosure statement and notice of new mortgage payment dated February 24, 2016

You advised that the escrow analysis completed on February 23, 2016, was incorrect as the payments made for the December 2015, January 2016, and February 2016,



DeRosa-Ruquet
April 20, 2016
Page 2

payments were not applied, thus leaving your account reflecting an incorrect current balance. With the enclosed escrow analysis you will see that we were projecting that we would receive those payments to the escrow account.

I have also enclosed the current billing statement dated March 23, 2016; you will see that the escrow balance is currently $3,793.90 after applying the March 2016 payment. On page 3 of the Escrow account disclosure statement and notice of new mortgage payment, the actual escrow balance column reflects that the balance would be $3,793.90 after receiving the March 2016 payment.

We recognize you asked us to spread out the escrow shortage to be payable over 60 months; however, you must obtain a court order indicating to spread more than 24 months through the plan. We regret this isn't the outcome you expected.

If you get the court order, documents must be submitted for review to complete spread to 60 months. Please provide that to:

Wells Fargo
PO Box 10335
Des Moines, IA  50306
Fax: 1-866-278-1179

**Required minimum escrow balance**

The ability for a lender to maintain an escrow cushion was granted by The Real Estate Settlement Procedures Act (RESPA), it is our policy to maintain these cushions. The Department of Housing and Urban Development (HUD) did leave it up to each state as to whether they wanted to reduce this further, New Jersey does allow for the two month cushion.

The RESPA statute and regulation do not require the lender to maintain a cushion. However, since 1976 the RESPA statute has allowed lenders to maintain a cushion equal to one-sixth of the total amount of items paid out of the account, or approximately two months of escrow payments. If state law or mortgage documents allow for a lesser amount, the lesser amount prevails. We are unable to remove the two month cushion at this time because the two month cushion is applied to all account in New Jersey; furthermore, you agreed to this when you signed the Mortgage, enclosed for your review.

**March 2016 payment**

We received a payment of $1,359.67 on March 21, 2016, but were unable to apply it the same day because of processing delays. The payment was applied to the account on March 23, 2016, and will still have an effective date of March 21, 2016.

DeRosa-Ruquet
April 20, 2016
Page 3

## Going forward

We value your feedback and appreciate the time and effort you took to contact us. It's been my goal to fully address the concerns you've brought to our attention.

If you have any questions, I'm here to help. You may reach me directly at 1-800-853-8516, extension 1335621009. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Melissa King
Executive Resolution Specialist
Customer Care and Recovery Group

Enclosure(s)

We understand that your clients have filed for bankruptcy. We are not attempting to collect the mortgage debt with this letter. We are required by federal law to inform you that if your client's loan is currently delinquent or in default, as the loan servicer, we will be attempting to collect a debt, and any information obtained will be used for that purpose. However, this letter should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections provided by the automatic stay of your client's bankruptcy case. If your clients have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights against the property and are not attempting any act to collect the discharged debt from your client personally.

EX003/KQZ/co1713728/ge5146292/cl106

**ASC**

*AMERICA'S SERVICING COMPANY*

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721-0000

Notice date: March 8, 2016
Account number: 1127131290

## This notice is for informational purposes only

PLEASE NOTE: This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the above referenced account, Wells Fargo is <u>NOT</u> attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THESE CUSTOMER(S).

Subject: **Please provide hazard insurance information for the property located at:**

226 POTTERS DR
BAYVILLE, NJ  08721

Dear DONNA J DEROSA-RUQUET:

Our records show that your hazard insurance expired on 12/05/2015 and we do not have evidence that you have obtained new coverage.

**Because hazard insurance is required on your property, we plan to buy insurance for your property.** You must pay us for any period during which the insurance we buy is in effect but you do not have insurance.

You should immediately provide us with your insurance information. Please provide written evidence of insurance by taking one of the following actions:

- Send a copy of your current policy or declaration page to the address shown below, or
- Fax a copy of your current policy or declaration page to 1-937-525-4100, or
- Provide your insurance information to us online by visiting our website at www.mycoverageinfo.com, referencing PIN ASC106.

Be sure your policy includes your account number and a Mortgagee Clause or Lenders Loss Payable Endorsement made out to:

    AMERICA'S SERVICING COMPANY
    ITS SUCCESSORS AND/OR ASSIGNS
    ATIMA
    PO BOX 5106
    SPRINGFIELD, OH  45501-5106
    Account number: 1127131290




The insurance we buy:

- **May be more expensive than the insurance you can buy yourself.**

- **May not provide as much coverage as an insurance policy you buy yourself.**

If you have any questions or believe that there is an error in our records, please call us at 1-866-310-1387, Monday through Friday, from 7:00 a.m. to 7:00 p.m. Central Time.

For more information about your hazard insurance requirements and available options, please see the enclosed document.

Hazard Insurance Processing Center
America's Servicing Company

Enclosure

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2015 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801