

P.O. BOX 620188
ATLANTA, GA 30362
PH: 1-800-441-4145      FAX: 1-678-475-8763
www.mycoverageinfo.com

Date: December 19, 2016

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

Loan Number: 1011847871
Expiration Date: 12/05/2016

Coverage Amount: $423,000
Total Premium: $2,864.00

Subject: Please update insurance information for:
226 POTTERS DR
BAYVILLE, NJ 08721

Dear DONNA J DEROSA-RUQUET:

Our records show that your hazard insurance expired, and we do not have evidence that you have obtained new coverage. Because hazard insurance is required on your property, we plan to buy insurance for your property. You must pay us for any period during which the insurance we buy is in effect but you do not have insurance.

You should immediately provide us with your insurance information. All you need to do is ask your insurance agent to include the loan number and property address above on a copy of your new/renewal policy or notice of reinstatement and fax it with a Mortgagee Clause/Lender's Loss Payable Endorsement as soon as possible to: 1-678-475-8763. You/your agent can mail the documents to:

SPECIALIZED LOAN SERVICING LLC (SLS)
ITS SUCCESSORS AND/OR ASSIGNS
P.O. BOX 620188
ATLANTA, GA 30362

Or, you may update your HAZARD insurance coverage information by accessing our website at www.MyCoverageInfo.com, PIN SLS2453.

The insurance we buy:

- May be more expensive than the insurance you can buy yourself.

- May not provide as much coverage as an insurance policy you buy yourself.

If you have any questions, please contact us at 1-800-441-4145.

Please review the additional important information contained on the following pages of this transmittal.

1500H1E-0516          SEE NEXT PAGE FOR IMPORTANT INFORMATION

The following information is being provided as a supplement to the Notice on page 1 of this document; It includes important information about the insurance on your mortgaged property.

- **PURCHASING YOUR OWN INSURANCE:**

  - **You have the right to independently purchase acceptable insurance from the insurance agent or company of your choice and we urge you to do so.** Acceptable insurance is insurance that is equal to 100% of the estimated replacement cost to rebuild your home and other improvements on your property.

  - If you have been refused coverage, ask your agent or your state's insurance department whether your state has a Fair Access to Insurance Requirements (FAIR) plan, so that you can try to get the coverage you need.

- **ESCROWING FOR INSURANCE:**

  - *Applicable to Non-Escrow Only*
    Per our records, you have elected to pay your insurance directly, rather than having it paid for you through an escrow account. If you are currently unable to pay your hazard insurance premium, please call us as soon as possible and ask us to set up an escrow account and advance the insurance premium for you. You must accept this offer of an escrow account in writing; agreeing to reimburse the escrow advances through regular escrow payments; agreeing to repay both the premium we advance on your behalf and to pay for the future premiums necessary to maintain any required insurance; and agreeing that SLS shall manage the escrow account in accordance with your loan documents and with state and federal law. You will also need to provide us with a copy of the invoice from your voluntary carrier. Insurance companies allow a very short time to reinstate policies that have expired and it is important that you call us immediately if you need our assistance. We cannot pay your policy premium without your cooperation.Please contact us at 1-800-441-4145 to have a form sent for you to complete and return signed in order to complete this process.

    If you do not elect to establish an escrow account pursuant to the above paragraph for the continuation of your insurance policy, we will establish one in conjunction with the insurance we obtain and that escrow account will be charged for the premiums that we pay. As a result, your monthly mortgage payments will be increased to include the cost of this policy.

  - *Applicable to Escrow*
    If we purchase this insurance, your escrow account will be charged for the premiums that we pay. Please be advised that your monthly mortgage payments will be increased to include the cost of this policy.

- **THE INSURANCE WE OBTAIN:**

  - The insurance we obtain will remain in effect until you provide us with evidence of acceptable coverage, at which time the policy we obtained will be cancelled, and you will receive a refund of any unearned premium.

    Even if you obtain coverage that is acceptable to us, please be aware that if there is a gap between the cancellation of your insurance and the effective date of your new coverage, you will be charged for the coverage that we purchased to cover that gap period.

  - **The cost of the insurance we obtain is likely to be much higher than the cost of coverage you could obtain on your own.** This is because the insurance we purchase is issued automatically without evaluating the risk of insuring your property.

- The hazard insurance we obtain will **not** cover any amount you feel your home is worth in excess of the amount of dwelling coverage that you previously obtained and we entered on our records. If you have information to verify that the amount of coverage should be different please let us know, in writing, at the address in this notice. If we did not know the last amount of insurance coverage you obtained, we will purchase coverage in the amount of the unpaid principal balance of your loan on the date we request the insurance coverage to begin. We will charge you the cost of such insurance. This does not in any way relieve you of your obligation to provide coverage acceptable to us.

- The hazard insurance we obtain will cover **only** the structure of your home (e.g. the building, walls, floors, roof and permanent attachments).

    - It will **not** cover your furniture or any of your other personal belongings.
    - It will **not** cover the cost of temporarily living outside of your home because it was damaged and is being repaired.
    - It will **not** cover any liability incurred by you personally to someone who is injured while on your property.

- Specialized Loan Servicing LLC ("SLS") will be an insured on the policy and may be the named insured. The insurance we obtain may provide benefits to you but is primarily for the benefit of SLS. If you incur property damage or loss, you may not have adequate coverage for any damages that you suffer because SLS will be paid first.

- The policy we obtain will supersede any lender coverage remaining in effect under your previous policy.

- **IMPORTANT BANKRUPTCY INFORMATION:**

    - If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this letter is for informational purposes only and is not an attempt to collect a debt.

- **FAIR DEBT COLLECTION PRACTICES ACT DISCLOSURE:**

    - **SLS is required by the Fair Debt Collection Practices Act to inform you that, as your loan servicer, we are attempting to collect a debt, and any information obtained will be used for that purpose. However, if you have received a discharge from bankruptcy, and the loan was not reaffirmed in the bankruptcy case, SLS will only exercise its rights against the property and is not attempting any act to collect the discharged debt from you personally.**

    - With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

- **IMPORTANT STATE INFORMATION:**

    - Your state may offer a FAIR plan which may offer coverage on your property at a lower cost. Contact your state FAIR Plan association or Department of Insurance for additional details on FAIR plan coverage.

    - Please be advised that the lender-placed carrier providing the coverage referenced above may be staffing our customer service telephone lines.

1500H1E-0516

WE HOPE YOU'LL AGREE THAT OBTAINING YOUR OWN INSURANCE IS IN YOUR BEST INTEREST.

We strongly recommend that you obtain your own insurance coverage. If you have questions, or need any additional information, please feel free to call our Insurance Center toll-free at 1-800-441-4145, Monday through Friday, 6:00 a.m. until 6:00 p.m. MT.

Sincerely,

Insurance Center

BANKRUPTCY NOTICE - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO ADVISE YOU OF THE STATUS OF YOUR MORTGAGE LOAN. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. HOWEVER, IT MAY BE A NOTICE OF POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY. IF YOU HAVE QUESTIONS, PLEASE CONTACT US AT 1-800-306-6057.

1500H1E-0516



P.O. BOX 620188
ATLANTA, GA 30362
PH: 1-800-441-4145     FAX: 1-678-475-8763
www.mycoverageinfo.com

December 30, 2016

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

Loan Number: 1011847871

Dear DONNA J DEROSA-RUQUET:

The hazard coverage we ordered on your behalf has been cancelled. Please make certain that you or your insurance agent or carrier provide(s) us proof of acceptable insurance on a timely, annual basis.

Please be advised that the lender-placed carrier providing the coverage referenced above may be staffing our customer service telephone lines.

If you have questions regarding our insurance requirements, please contact our Insurance Center toll-free at 1-800-441-4145, Monday through Friday, 6:00 a.m. until 6:00 p.m. MT.

Sincerely,

Insurance Center

BANKRUPTCY NOTICE - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO ADVISE YOU OF THE STATUS OF YOUR MORTGAGE LOAN. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. HOWEVER, IT MAY BE A NOTICE OF POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY, IF ALLOWED BY LAW AND/OR CONTRACT, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY. IF YOU HAVE QUESTIONS, PLEASE CONTACT US AT 1-800-306-6057.

15005B-1216

G

America's Servicing Company
Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388



**ASC**

AMERICA'S SERVICING COMPANY

May 11, 2016

DCML1CDTCR  012397

||դ|||||ᵐᵈ|ᵈᵈᵈ||ᵈᵈ||ᵈᵈ||||ᵈᵈ||ᵈᵈ||ᵈᵈ|||ᵈ|||ᵈ||ᵈᵈᵈ||ᵈᵈᵈ||ᵈᵈᵈ|ᵈᵈᵈ||

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

| **Account Information** | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | (866) 453-6315 |
| Telephone: | (800) 842-7654 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Fri, 6 a.m. - 10 p.m., |
| | Sat, 8 a.m. - 2 p.m., CT |
| Loan number: | 1127131290 |
| Property address: | 226 Potters Dr |
| | Bayville NJ 08721 |

Subject: Transfer of the servicing of your mortgage loan

Dear Donna J Derosa-Ruquet:

Effective June 1, 2016, the servicing of your mortgage loan is being transferred to Specialized Loan Servicing LLC. While the transfer of servicing is very common in today's mortgage industry, we recognize it often raises a number of questions.

Since you may have questions about this change to your mortgage servicing, we're providing you with information to help make this transition easier for you. Rest assured, this does not affect any terms or conditions of your mortgage. This transfer simply affects how your mortgage is serviced, like where you send your payments.

Please read the last page of this letter - The Notice of Assignment, Sale or Transfer of Servicing Rights provides you with important required Real Estate Settlement Procedures Act (RESPA) information.

**Important payment information**
Beginning on June 1, 2016, Specialized Loan Servicing LLC will begin receiving payments on your mortgage loan. As of the same date, America's Servicing Company will no longer be accepting payments on such mortgage loan, therefore you must make your loan payments payable to Specialized Loan Servicing LLC and send them to the following address:

> Specialized Loan Servicing LLC
> ATTN: Remittance Processing
> P.O. Box 105219
> Atlanta, GA 30348-5219

Specialized Loan Servicing LLC will be sending you a letter that will include payment instructions. If you do not receive payment instructions from Specialized Loan Servicing LLC before your next payment is due, please write your loan number on your check or money order and mail it to Specialized Loan Servicing LLC at the address listed above.

**About mortgage payment assistance**

AQ331 106 0137

```
Account Information
Loan number:    1127131290

Property address: 226 Potters Dr
                  Bayville NJ 08721
```

If you are currently receiving payment assistance from a third party, you will need to contact that party to notify them of the change in servicer.

## About HAMP financial counseling

If your mortgage is participating in the federal government's Home Affordable Modification Program (HAMP) and you were offered financial education and counseling services, this transfer will **not** impact your participation or eligibility. If you have already scheduled counseling appointments, they will continue uninterrupted. If you would like to start participating in financial counseling, please contact us prior to the transfer date.

## About automatic payments

If your mortgage payments are automatically deducted from your bank account, like through our *Preferred Payment Plan*SM service, this service will be discontinued as of the transfer date. Please contact Specialized Loan Servicing LLC for information about their automatic mortgage payment programs.

## About changes to your credit life insurance or other optional products

If you currently have credit life insurance or other optional product(s), these products will **not** transfer to Specialized Loan Servicing LLC. If you want to continue coverage, contact your insurance carrier or optional product carrier to arrange to pay them directly.

## About year-end IRS reporting

You will receive a year-end IRS 1098 statement from us that will show the amount of reportable mortgage interest, mortgage insurance paid (if applicable) and any real estate taxes paid on your behalf by America's Servicing Company. We will mail this statement to you no later than January 31 next year.

## Contact information

- **Before June 1, 2016 - America's Servicing Company**
  If you have any questions about your loan or this transfer before June 1, 2016, please call an America's Servicing Company customer service representative toll free at the phone number listed in the account information section on page one.

- **On and after June 1, 2016 - Specialized Loan Servicing LLC:**
  Any questions you may have about your loan on and after June 1, 2016, should be directed to Specialized Loan Servicing LLC:

  - Call a Specialized Loan Servicing LLC customer service representative at 1-800-258-8602, Monday through Thursday, 8:00 a.m. to 11:00 p.m., Friday 8:00 a.m. to 9:00 p.m. and Saturday 8:00 a.m. to 2:00 p.m. Eastern Standard Time.

  - Send all correspondence on and after June 1, 2016 to the following address:

        Specialized Loan Servicing LLC
        P.O. Box 636005
        Littleton, CO 80163-6008

AQ331 106 0137

| Account Information | |
| --- | --- |
| Loan number: | 1127131290 |
| Property address: | 226 Potters Dr |
| | Bayville NJ 08721 |

Thank you.

Sincerely,

J.R. Russell
Senior Vice President
America's Servicing Company

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2016 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

AQ331 106 0137

## Notice of Assignment, Sale or Transfer of Servicing Rights

Except in limited circumstances, Section 6 of the Real Estate Settlement Procedures Act (RESPA)(12 U.S.C. Section 2605) requires that your present servicer send you notice of the assignment, sale, or transfer of the servicing rights to your mortgage loan (i.e., the right to collect payments from you) at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you this notice no later than 15 days after the effective date or at closing.

You should also be aware of the following information, which is set out in more detail in Section 6 of RESPA.

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

If you have a question or concern about the servicing of your loan, including requests for information and/or notices of errors concerning your account, we would appreciate the chance to address it. You must send any requests for information and/or notice of errors to this address to be deemed a qualified written request under RESPA. Please be sure to include your name, address, and loan number and send your inquiry to:

Written Correspondence
P.O. Box 10335
Des Moines, IA 50306-0325

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals and classes of individuals in circumstances where servicers are shown to have violated the requirements of the Section. You should seek legal advice if you believe your rights have been violated.

America's Servicing Co.
Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388



**ASC**
AMERICA'S SERVICING COMPANY

May 19, 2016

DCMLEPDTBQ  001909

|ᶦᶦᶦᵐᵗᶦᶦᵐᵈᵗᵘᶦᵗᶦᵗᵘᶦᶦᶦᵗᵗᵈᶦᵗᵗᵘᵈᵗᶦᵗᵈᵗᶦᵗᶦᶦᵗᵗᶦᵗᵗᶦᵗᶦᶦᵘᵗᶦᵗᵗᵘᵗᵈᵗᵘᵗ

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

| Account Information | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | (866) 453-6315 |
| Telephone: | (800) 842-7654 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Fri, 6 a.m. - 10 p.m., |
| | Sat, 8 a.m. - 2 p.m., CT |
| Loan number: | 1127131290 |
| Property address: | 226 Potters Dr |
| | Bayville NJ 08721 |

Subject: Transfer of the servicing of your mortgage loan - Please disregard previous letter

Dear Donna J Derosa-Ruquet:

Effective June 1, 2016, the servicing of your mortgage loan is being transferred to Specialized Loan Servicing LLC. **We sent you a letter on 5/11/16 about the transfer. Please disregard that letter.** Unfortunately, the phone number and hours of operation for your new servicer in that letter were incorrect. We've corrected the phone number and hours of operation in this letter for you to keep with your mortgage records. We apologize for any confusion we may have caused.

While the transfer of servicing is very common in today's mortgage industry, we recognize it often raises a number of questions.

Since you may have questions about this change to your mortgage servicing, we're providing you with information to help make this transition easier for you. Rest assured, this does not affect any terms or conditions of your mortgage. This transfer simply affects how your mortgage is serviced, like where you send your payments.

Please read the last page of this letter - The Notice of Assignment, Sale or Transfer of Servicing Rights provides you with important required Real Estate Settlement Procedures Act (RESPA) information.

**Important payment information**
Beginning on June 1, 2016, Specialized Loan Servicing LLC will begin receiving payments on your mortgage loan. As of the same date, America's Servicing Company will no longer be accepting payments on such mortgage loan, therefore you must make your loan payments payable to Specialized Loan Servicing LLC and send them to the following address:

Specialized Loan Servicing LLC
ATTN: Remittance Processing
P.O. Box 105219
Atlanta, GA 30348-5219

Specialized Loan Servicing LLC will be sending you a letter that will include payment instructions. If you do not receive payment instructions from Specialized Loan Servicing LLC before your next payment is

| Account Information |
| --- |
| **Loan number:**   1127131290 |
| Property address: 226 Potters Dr<br>Bayville NJ 08721 |

due, please write your loan number on your check or money order and mail it to Specialized Loan Servicing LLC at the address listed above.

### About mortgage payment assistance
If you are currently receiving payment assistance from a third party, you will need to contact that party to notify them of the change in servicer.

### About HAMP financial counseling
If your mortgage is participating in the federal government's Home Affordable Modification Program (HAMP) and you were offered financial education and counseling services, this transfer will **not** impact your participation or eligibility. If you have already scheduled counseling appointments, they will continue uninterrupted. If you would like to start participating in financial counseling, please contact us prior to the transfer date.

### About automatic payments
If your mortgage payments are automatically deducted from your bank account, like through our *Preferred Payment Plan*SM service, this service will be discontinued as of the transfer date. Please contact Specialized Loan Servicing LLC for information about their automatic mortgage payment programs.

### About changes to your credit life insurance or other optional products
If you currently have credit life insurance or other optional product(s), these products will **not** transfer to Specialized Loan Servicing LLC. If you want to continue coverage, contact your insurance carrier or optional product carrier to arrange to pay them directly.

### About year-end IRS reporting
You will receive a year-end IRS 1098 statement from us that will show the amount of reportable mortgage interest, mortgage insurance paid (if applicable) and any real estate taxes paid on your behalf by America's Servicing Company. We will mail this statement to you no later than January 31 next year.

### Contact information
- **Before June 1, 2016 - America's Servicing Company**
  If you have any questions about your loan or this transfer before June 1, 2016, please call an America's Servicing Company customer service representative toll free at the phone number listed in the account information section on page one.

- **On and after June 1, 2016 - Specialized Loan Servicing LLC:**
  Any questions you may have about your loan on and after June 1, 2016, should be directed to Specialized Loan Servicing LLC:

  - Call a Specialized Loan Servicing LLC customer service representative at 1-800-315-4757, Monday through Friday, 6:00 a.m. to 6:00 p.m. Mountain Standard Time.

  - Send all correspondence on and after June 1, 2016 to the following address:

**Account Information**
Loan number:    1127131290

Property address: 226 Potters Dr
                          Bayville NJ 08721

Specialized Loan Servicing LLC
P.O. Box 636005
Littleton, CO 80163-6005

Thank you.

Sincerely,

J.R. Russell
Senior Vice President
America's Servicing Company

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2016 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

## Notice of Assignment, Sale or Transfer of Servicing Rights

Except in limited circumstances, Section 6 of the Real Estate Settlement Procedures Act (RESPA)(12 U.S.C. Section 2605) requires that your present servicer send you notice of the assignment, sale, or transfer of the servicing rights to your mortgage loan (i.e., the right to collect payments from you) at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you this notice no later than 15 days after the effective date or at closing.

You should also be aware of the following information, which is set out in more detail in Section 6 of RESPA.

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

If you have a question or concern about the servicing of your loan, including requests for information and/or notices of errors concerning your account, we would appreciate the chance to address it. You must send any requests for information and/or notice of errors to this address to be deemed a qualified written request under RESPA. Please be sure to include your name, address, and loan number and send your inquiry to:

Written Correspondence
P.O. Box 10335
Des Moines, IA 50306-0325

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals and classes of individuals in circumstances where servicers are shown to have violated the requirements of the Section. You should seek legal advice if you believe your rights have been violated.

AQ331 106 0139