**ASC** ✸
**AMERICA'S SERVICING COMPANY**

PO Box 14547
Des Moines, IA 50306-4547

**For information purposes**

### Final escrow account disclosure statement

0008433     ·SP     **SNGLP T4 0 1647 08721-252726   -C01-I     NONE

‖‖ı‖·ı‖‖ı‖·ıı‖‖ı‖ı‖·‖·‖ı‖ıı‖ıı‖‖‖ı‖‖ıı·‖‖ı‖ı

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE NJ 08721

| | |
|---|---|
| Loan number: | 1127131290 |
| Statement date: | June 12, 2016 |
| Account review period: | May 2016 – Jun 2016 |
| Customer service: | 1-800-842-7654 |
| Customer service hours: | Mon - Fri  6 a.m. - 10 p.m. |
| | Sat  8 a.m. - 2 p.m.  CT |

We accept telecommunications relay service calls.

Property address:
    226  POTTERS DR
    BAYVILLE NJ 08721-2527

**Subject: Final escrow account statement**

Dear DONNA J DEROSA-RUQUET:

Since your mortgage has been transferred to another mortgage company, we're writing to provide you with your final escrow account statement.

**Review your escrow account history**
Please take a moment to look over your Escrow Account History on the reverse side of this letter. It shows the actual and projected activity for your escrow account. The projected amounts reflect escrow activity that was scheduled to occur if your mortgage had not been transferred. For your information, prior to this transaction your monthly mortgage payment was $537.98, of which $537.98 was for your escrow account.

**Important insurance and tax information**
Now that your mortgage has been transferred, your insurance documents and escrow account also have transferred to your new mortgage company. If you are no longer the owner of the property listed above, please contact your insurance agent/company and/or taxing authority to notify them of this change in ownership and request any applicable refunds be sent to you.
    For your convenience, the insurance agent/company associated with this mortgage is TOWER GROUP.

**We're here to help you**
We're happy to have you as our customer and the opportunity to help with your home financing.

Please refer to the mortgage servicing transfer letters sent to you from us and your new mortgage company for details about your mortgage transfer. If you have other questions, please contact us at the number in the information box above.

Sincerely,

Customer Service
America's Servicing Company

**For informational purposes**

Loan number:    112713.

The following information covers your escrow account history activity from May 2016 to Jun 2016

| Date | Payments to escrow ($) | | Payments from escrow ($) | | Description | Escrow balance ($) | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| May 2016 | | | | | Starting balance | 1,551.05 | 4,342.15- |
| May 2016 | 537.98 | 0.00[1] | 0.00 | 1,754.17[1] | MISC ESCROW | 2,089.03 | 6,096.32- |
| Jun 2016 | 537.98 | 0.00[1] | 0.00 | 6,096.32-[1] | TRANSFER BAL | 2,627.01 | 0.00 |
| Totals | 1,075.96 | 0.00 | 0.00 | 4,342.15- | | | |

1. Indicates where a difference exists between the projected and actual account activity.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801