

**ASC** AMERICA'S SERVICING COMPANY

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

| | |
|---|---|
| Statement date | 09/16/14 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

**PLEASE NOTE:** If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

1AT 04303/010104/006461 0039   1 ACS4C4 106 012
DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ  08721-2527

**Customer Service**

Online
mortgageaccountonli

Fax
1-866-453-6315

Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon – Fri 7 a.m. - 8 p.r

Payments
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls

The summaries below are based on the terms of your loan and are provided for informational purposes only.

**Payment summary**

| | |
|---|---|
| Principal | $361.03 |
| Interest | $408.10 |
| Escrow | $491.33 |
| | $1,260.46 |
| | $3,781.38 |
| | $90.38 |
| **Total** | $5,132.22 |

**Balance summary**

| | |
|---|---|
| Unpaid principal balance[2] | $245,941.98 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $34.91 |
| Escrow balance | $3,619.52 |
| (Contact Customer Service for your payoff balance) | |
| Interest rate[4] | 2.000% |
| Maturity date | 10/52 |

**Year to date summary[5]**

| | |
|---|---|
| Total received* | $8,95 |
| Principal | $2,58 |
| Interest** | $2,88 |
| Escrow | $3,48 |
| Taxes disbursed | $3,28 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you h tax related questions please consult your tax advisor.

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

**Important messages**

The billing statement(s) we sent to you between 7/10/14 and 8/6/14, showed an inaccurate late charge amount would be applied on payments made after the total payment due date and/or an incorrect number of courtesy days. We have corrected these issues in our system and confirmed that no inaccurate late charges were assessed to your account. Your current statement reflects any late charges now due. We apologize for any confusion this may have caused.

**GREAT NEWS!**

Congratulations, you've qualified for an incentive payment under the Making Home Affordable Modification Program. The Making Home Affordable Modification Program incentive has been applied to reduce the principal balance on your account.

**Activity since your last statement**

| Date | Description | Total | | | | Other |
|---|---|---|---|---|---|---|
| 08/28 | Principal payment | $82.33 | $82.33 | | | |