# ASC
**AMERICA'S SERVICING COMPANY**

Return Mail Operations
PO Box 10388
Des Moines IA 50306-0388

Page 1 of 1

| | |
|---|---|
| Statement date | 09/16/15 |
| Loan number | 1127131290 |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE, NJ 08721 | |

## Customer Service

**Online**
mortgageaccountonline.com

**Telephone**
1-800-274-7025

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Fax**
1-866-453-6315

**Payments**
PO Box 14507
Des Moines IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 8 p.m.
CT

We accept telecommunications relay service calls.

**PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.**

DCSF2CD7F7  012400DCSF2C00000012400106

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

The summaries below are based on the terms of your loan and are provided for informational purposes only.

## Payment summary

| | |
|---|---|
| Principal | $369.01 |
| Interest | $400.12 |
| Escrow | $590.54 |
| Current payment 10/01/15 | $1,359.67 |
| Unpaid payment 08/01/15-09/01/15 | $2,719.34 |
| Unpaid late charge(s) | $73.87 |
| Total payment | $4,152.88 |

## Balance summary

| | |
|---|---|
| Unpaid principal balance [2] | $240,808.36 |
| Unpaid second principal balance [2] | $2,466.97 |
| Escrow balance | $-2,438.91 |
| (Contact Customer Service for your payoff balance) | |
| Interest rate [4] (Until 11/01/17) | 2.000% |
| Maturity date | 10/52 |

## Year-to-date summary[5]

| | |
|---|---|
| Total received* | $9,851.66 |
| Principal | $2,969.24 |
| Interest** | $2,831.34 |
| Escrow | $4,034.57 |
| Fees and other charges | $16.51 |
| Taxes disbursed | $2,975.59 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

## Informational messages

This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

Each component of this Summary is calculated and disclosed according to the terms of your loan.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 08/28 | Principal payment | $416.67 | $416.67 | | | |
| 08/15 | Payment reversal | | | | | Unapplied -$1,359.67 |
| 08/18 | Funds Received | $1,359.67 | | | | Unapplied $1,359.67 |

## Important messages

**GREAT NEWS!**

Congratulations, you've qualified for an incentive payment under the Making Home Affordable Modification Program. The Making Home Affordable Modification Program incentive has been applied to reduce the principal balance on your account.