# PAYMENT HISTORY

| Account Number | 1011847871 |
|---|---|
| Borrower Information | DONNA J DEROSA-RUQUET |
| | 226 POTTERS DR |
| | BAYVILLE, NJ 08721 |

| Transaction Date | Effective Date | Principal Amt | Interest Amt | Escrow Amt | Late Charge | Unapplied Funds Amt | Transaction Amt | Transaction Type | Balance Principal | Balance Escrow | Paid Through Date | Transaction Code | Transaction Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/2017 | 01/31/2017 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,400.67) | ($1,400.67) | SRO | 233549.18 | -6267.50 | 12/01/2016 | | |
| 01/31/2017 | 01/31/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,400.67) | UFU | N/A | N/A | 12/01/2016 | | |
| 01/31/2017 | 01/31/2017 | $0.00 | $0.00 | $0.00 | $0.00 | ($530.96) | ($530.96) | SRO | 233549.18 | -6267.50 | 12/01/2016 | | |
| 01/31/2017 | 01/31/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($530.96) | UF* | N/A | N/A | 12/01/2016 | | |
| 01/31/2017 | 01/31/2017 | $379.25 | $389.88 | $1,162.50 | $0.00 | $0.00 | $1,931.63 | RP | 233549.18 | -6267.50 | 12/01/2016 | | |
| 01/31/2017 | 01/31/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,400.67 | POS | N/A | N/A | 12/01/2016 | | |
| 01/31/2017 | 01/31/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $1,400.67 | $1,400.67 | SR | 233928.43 | -7430.00 | 11/01/2016 | | |
| 01/31/2017 | 01/31/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,400.67 | UFU | N/A | N/A | 11/01/2016 | | |
| 01/17/2017 | 01/17/2017 | $0.00 | $0.00 | ($1,171.06) | $0.00 | $0.00 | ($1,171.06) | E92 | 233928.43 | -7430.00 | 11/01/2016 | | |
| 01/15/2017 | 01/15/2017 | $0.00 | $0.00 | $0.00 | $0.00 | ($18.50) | ($18.50) | SRO | 233928.43 | -6258.94 | 11/01/2016 | | |
| 01/15/2017 | 01/15/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($18.50) | UFU | N/A | N/A | 11/01/2016 | | |
| 01/15/2017 | 01/15/2017 | $0.00 | $0.00 | $18.50 | $0.00 | $0.00 | $18.50 | SR | 233928.43 | -6258.94 | 11/01/2016 | | |
| 01/15/2017 | 01/15/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18.50 | PRE | N/A | N/A | 12/01/2016 | | |
| 01/11/2017 | 01/11/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $18.50 | $18.50 | SR | 233928.43 | -6277.44 | 11/01/2016 | | |
| 01/11/2017 | 01/11/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18.50 | UFU | N/A | N/A | 11/01/2016 | | |
| 01/04/2017 | 01/04/2017 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,419.44) | ($1,419.44) | SRO | 233928.43 | -6277.44 | 11/01/2016 | | |
| 01/04/2017 | 01/04/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,419.44) | UFU | N/A | N/A | 11/01/2016 | | |
| 01/04/2017 | 01/04/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $1,419.44 | $1,419.44 | SR | 233928.43 | -6277.44 | 11/01/2016 | | |
| 01/04/2017 | 01/04/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,419.44 | UF* | N/A | N/A | 11/01/2016 | | |
| 01/04/2017 | 01/04/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,419.44 | POS | N/A | N/A | 12/01/2016 | | |
| 01/03/2017 | 01/03/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $1,419.44 | $1,419.44 | SRA | 233928.43 | -6277.44 | 11/01/2016 | | |
| 01/03/2017 | 01/03/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,419.44 | UFU | N/A | N/A | 11/01/2016 | | |
| 12/29/2016 | 12/29/2016 | $0.00 | $0.00 | ($2,102.00) | $0.00 | $0.00 | ($2,102.00) | E21 | 233928.43 | -6277.44 | 11/01/2016 | | |
| 11/30/2016 | 11/30/2016 | $378.62 | $390.51 | $650.31 | $0.00 | $0.00 | $1,419.44 | RP | 233928.43 | -4175.44 | 11/01/2016 | | |
| 11/30/2016 | 11/30/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,419.44 | POS | N/A | N/A | 11/01/2016 | | |
| 10/25/2016 | 10/24/2016 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,419.44) | ($1,419.44) | SRO | 234307.05 | -4825.75 | 10/01/2016 | | |
| 10/25/2016 | 10/25/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,419.44) | UFU | N/A | N/A | 10/01/2016 | | |
| 10/25/2016 | 10/24/2016 | $377.99 | $391.14 | $650.31 | $0.00 | $0.00 | $1,419.44 | RP | 234307.05 | -4825.75 | 10/01/2016 | | |
| 10/25/2016 | 10/25/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,419.44 | POS | N/A | N/A | 10/01/2016 | | |

| Date | Date | | | | | Amount | Code | Account | Balance | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/24/2016 | 10/24/2016 | $0.00 | $0.00 | $0.00 | | $1,419.44 | SRA | 234685.04 | -5476.06 | 09/01/2016 |
| 10/24/2016 | 10/24/2016 | $0.00 | $0.00 | $0.00 | | $1,419.44 | UFU | N/A | N/A | 09/01/2016 |
| 10/19/2016 | 10/19/2016 | $0.00 | ($1,203.31) | ($1,203.31) | | ($1,203.31) | E92 | 234685.04 | -5476.06 | 09/01/2016 |
| 09/28/2016 | 09/28/2016 | $0.00 | $0.00 | ($1,419.44) | | ($1,419.44) | SR0 | 234685.04 | -4272.75 | 09/01/2016 |
| 09/28/2016 | 09/28/2016 | $0.00 | $0.00 | $0.00 | | ($1,419.44) | UFU | N/A | N/A | 09/01/2016 |
| 09/28/2016 | 09/28/2016 | $377.36 | $391.77 | $650.31 | | $1,419.44 | RP | N/A | N/A | 09/01/2016 |
| 09/28/2016 | 09/28/2016 | $0.00 | $650.31 | $0.00 | | $1,419.44 | UFU | N/A | N/A | 09/01/2016 |
| 09/26/2016 | 09/26/2016 | $0.00 | $0.00 | $0.00 | | $1,419.44 | POS | N/A | N/A | 09/01/2016 |
| 09/26/2016 | 09/26/2016 | $0.00 | $0.00 | $1,419.44 | | $1,419.44 | SRA | 235062.40 | -4923.06 | 08/01/2016 |
| 09/26/2016 | 09/26/2016 | $916.67 | $0.00 | $916.67 | | $916.67 | CT | 235062.40 | -4923.06 | 08/01/2016 |
| 08/31/2016 | 08/31/2016 | $0.00 | $0.00 | $1,419.44 | | $1,419.44 | UFU | N/A | N/A | 08/01/2016 |
| 08/29/2016 | 08/29/2016 | $0.00 | $0.00 | $1,419.44 | | $1,419.44 | SR0 | 235979.07 | -4923.06 | 08/01/2016 |
| 08/29/2016 | 08/29/2016 | $0.00 | $0.00 | $0.00 | | $1,419.44 | POS | N/A | N/A | 08/01/2016 |
| 08/29/2016 | 08/29/2016 | $375.21 | $393.92 | $650.31 | | $1,419.44 | RP | 235979.07 | -4923.06 | 08/01/2016 |
| 08/29/2016 | 08/29/2016 | $0.00 | $650.31 | $0.00 | | $1,419.44 | UFU | N/A | N/A | 08/01/2016 |
| 08/26/2016 | 08/26/2016 | $0.00 | $0.00 | $0.00 | | $1,419.44 | SRA | 236354.28 | -5573.37 | 07/01/2016 |
| 08/26/2016 | 08/26/2016 | $0.00 | $0.00 | $0.00 | | $1,419.44 | UFU | N/A | N/A | 07/01/2016 |
| 08/01/2016 | 08/01/2016 | $0.00 | ($1,203.32) | ($1,203.32) | | ($1,203.32) | E92 | 236354.28 | -5573.37 | 07/01/2016 |
| 07/19/2016 | 07/19/2016 | $0.00 | $0.00 | ($1,419.44) | | ($1,419.44) | SR0 | 236354.28 | -4370.05 | 07/01/2016 |
| 07/19/2016 | 07/19/2016 | $0.00 | $0.00 | $0.00 | | ($1,419.44) | UFU | N/A | N/A | 07/01/2016 |
| 07/19/2016 | 07/19/2016 | $374.58 | $394.55 | $650.31 | | $1,419.44 | RP | 236354.28 | -4370.05 | 07/01/2016 |
| 07/19/2016 | 07/19/2016 | $0.00 | $650.31 | $0.00 | | $1,419.44 | UFU | N/A | N/A | 07/01/2016 |
| 07/18/2016 | 07/18/2016 | $0.00 | $0.00 | $0.00 | | $1,419.44 | POS | N/A | N/A | 07/01/2016 |
| 07/18/2016 | 07/18/2016 | $0.00 | $0.00 | $1,419.44 | | $1,419.44 | SRA | 236728.86 | -5020.36 | 06/01/2016 |
| 06/30/2016 | 06/30/2016 | $0.00 | $0.00 | $0.00 | | $1,419.44 | UFU | N/A | N/A | 06/01/2016 |
| 06/30/2016 | 06/30/2016 | $0.00 | $0.00 | ($1,323.25) | | ($1,323.25) | SR0 | 236728.86 | -5020.36 | 06/01/2016 |
| 06/30/2016 | 06/30/2016 | $0.00 | $0.00 | $16.14 | | $16.14 | SRR | 236728.86 | -5020.36 | 06/01/2016 |
| 06/30/2016 | 06/30/2016 | $0.00 | $0.00 | ($1,323.25) | | ($1,323.25) | UPW | N/A | N/A | 06/01/2016 |
| 06/30/2016 | 06/30/2016 | $0.00 | $0.00 | $1,323.25 | | $1,323.25 | SRA | 236728.86 | -5020.36 | 06/01/2016 |
| 06/30/2016 | 06/30/2016 | $0.00 | $0.00 | $1,323.25 | | $1,323.25 | POS | N/A | N/A | 06/01/2016 |
| 06/30/2016 | 06/30/2016 | $373.96 | $395.17 | $537.98 | | $1,323.25 | RP | 236728.86 | -5020.36 | 06/01/2016 |
| 06/23/2016 | 06/23/2016 | $0.00 | $0.00 | $0.00 | | $1,323.25 | UFU | N/A | N/A | 06/01/2016 |
| 06/23/2016 | 06/23/2016 | $0.00 | $0.00 | $1,323.25 | | $1,323.25 | SR | 237102.82 | -5558.34 | 05/01/2016 |
| 06/23/2016 | 06/23/2016 | $0.00 | $0.00 | ($1,323.25) | | ($1,323.25) | UPW | N/A | N/A | 05/01/2016 |
| 06/23/2016 | 06/23/2016 | $0.00 | $0.00 | ($1,323.25) | | ($1,323.25) | SR0 | 237102.82 | -5558.34 | 05/01/2016 |
| 06/20/2016 | 06/20/2016 | $0.00 | $0.00 | $1,307.11 | | $1,307.11 | POS | N/A | N/A | 05/01/2016 |
| 06/20/2016 | 06/20/2016 | $0.00 | $0.00 | $1,307.11 | | $1,307.11 | RP | 237102.82 | -5558.34 | 05/01/2016 |
| 06/17/2016 | 06/17/2016 | $373.34 | $395.79 | $537.98 | | $1,307.11 | RP | N/A | N/A | 05/01/2016 |
| 06/20/2016 | 06/20/2016 | $0.00 | $0.00 | ($1,307.11) | | ($1,307.11) | SR0 | 237476.16 | -6096.32 | 04/01/2016 |
| 06/20/2016 | 06/20/2016 | $0.00 | $0.00 | ($1,307.11) | | ($1,307.11) | UFU | N/A | N/A | 04/01/2016 |
| 06/17/2016 | 06/17/2016 | $0.00 | $0.00 | $1,307.11 | | $1,307.11 | SRA | 237476.16 | -6096.32 | 04/01/2016 |
| 06/17/2016 | 06/17/2016 | $0.00 | $0.00 | $0.00 | | $0.00 | UFU | N/A | N/A | 04/01/2016 |

| 06/05/2016 | 06/05/2016 | $0.00 | $0.00 | ($6,096.32) | $0.00 | $1,323.25 | ($4,773.07) | SRO | 237476.16 | -6096.32 | 04/01/2016 | | |
| 06/05/2016 | 06/05/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,323.25 | UFU | N/A | N/A | 04/01/2016 | | |