Specialized Loan
# Servicing©

Part of the Computershare Group

8742 Lucent Boulevard · Suite 300 · Highlands Ranch, CO 80129

☒ 1-800-306-60:
☎ 1-877-875-09:

RE: 1011847871

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

11/16/2018

Dear DONNA J DEROSA-RUQUET,

The handling of your account has recently been transferred to our Customer Resolution Department due to a potential or existing delinquency. In order to assist with the resolution, we have assigned a Relationship Manager to your account.

**Your Relationship Manager is Katina (Teller ID 19405) and can be reached by calling 1-800-306-6059 Monday through Friday, 7:00 a.m. until 7:00 p.m. MT.**

We understand that discussing this situation may be difficult; however, we want you to know that we are here to listen and discuss alternative options that may be available to assist you. Your Relationship Manager will serve as your single point of contact and will continue working with you until all available mortgage relief options have been exhausted. Additionally, if your assigned Relationship Manager is not available when you call another Relationship Manager will be available to assist you immediately.

If you have an Authorized Advisor assisting you with any issues regarding your account, they may also contact us at 1-800-306-6062.

Financial information and other documentation can be forwarded to your Relationship Manager by mail, or fax as follows: P.O. Box 636005 Littleton, CO 80163, Fax: 1-720-241-7526, Email: CRDocs@sls.net. Please include your ten digit account number on all correspondence.

For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the United States Department of Housing and Urban Development (HUD) at 1-800-569-4287. HUD sponsors housing counseling agencies throughout the country to provide free or low cost advice.

If you have questions concerning this letter or need further assistance, you may contact me or our Customer Resolution Department at 1-800-306-6059 Monday through Friday, 7:00 a.m. until 7:00 p.m. MT.

Sincerely,

Katina (Teller ID: 19405)
Customer Resolution Department
Specialized Loan Servicing LLC

**PLEASE SEE IMPORTANT DISCLOSURES ON THE FOLLOWING PAGE**

**Servicemembers Civil Relief Act Notice Disclosure**
**U.S. Department of Housing and Urban Development Office of Housing**

**OMB Approval 2502 -0584**
**Exp 12/31/2017**



### Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemembermay be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA)

### Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and NationalGuard personnel who have been activated and are on Federal active duty
- NationalGuard personnel under a call or order to active duty for more than 30 consecutive days under section 502 (f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active servicemembers of the commissioned corps of the Public Health Service and theNational Oceanic andAtmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

### What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligationor liabilityconsistingof a mortgage, trust deed, or other securityin the nature of a mortgage, or during the period of military service in the case of anyother obligationor liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

### How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders. SPECIALIZED LOAN SERVICING LLC, P.O. BOX 630147, LITTLETON, CO 80163-0147
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

### How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRAshould contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800- 342-9647 (toll free fromthe Unites States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

SPECIALIZED LOAN SERVICING LLC IS REQUIRED BY FEDERAL LAW TO ADVISE YOU THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

BANKRUPTCY NOTICE - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO INFORM YOU OF THE STATUS OF THE MORTGAGE SECURED BY THE SUBJECT PROPERTY. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. IF YOU RECEIVED A DISCHARGE OF THE DEBT IN BANKRUPTCY, WE ARE AWARE THAT YOU HAVE NO PERSONAL OBLIGATION TO REPAY THE DEBT. WE RETAIN THE RIGHT TO ENFORCE THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY, IF ALLOWED BY LAW AND/OR CONTRACT. IF YOU HAVE QUESTIONS, PLEASE CONTACT US AT 1-800-306-6057.

SUCCESSORS IN INTEREST - IF YOU ARE IN RECEIPT OF THIS COMMUNICATION PURSUANT TO YOUR STATUS AS A SUCCESSOR IN INTEREST TO THE SUBJECT PROPERTY, THIS NOTICE DOES NOT MAKE YOU LIABLE FOR THE MORTGAGE DEBT. UNLESS YOU ARE PERSONALLY LIABLE FOR OR HAVE ASSUMED THE MORTGAGE LOAN, YOU CANNOT BE REQUIRED TO USE YOUR ASSETS TO PAY THE MORTGAGE DEBT. THE LENDER HAS A SECURITY INTEREST IN THE PROPERTY AND A RIGHT TO FORECLOSE ON THE PROPERTY, WHEN PERMITTED BY LAW AND AUTHORIZED UNDER THE MORTGAGE LOAN CONTRACT.

NOTICES OF ERROR AND REQUESTS FOR INFORMATION (INCLUDING QUALIFIED WRITTEN REQUESTS), MUST BE SUBMITTED IN WRITING TO: SPECIALIZED LOAN SERVICING LLC, P.O. BOX 630147, LITTLETON, CO 80163-0147