BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey  08736
(732) 223-8484
David E. Shaver, Esq.
DS  9825
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 CASE NO. 14-17571 |
| | : | |
| Donna DeRosa-Ruquet and Scott Ruquet, | : | HEARING DATE:  February 13, 2019 |
| | : | |
| | : | JUDGE:  Kathryn C. Ferguson |
| Debtors. | : | |
| | : | |

NOTICE OF MOTION FOR ENTRY OF AN ORDER AUTHORIZING
WITHDRAWAL AS ATTORNEY FOR DEBTORS

TO: Albert Russo, Esq.
Standing Chapter 13 Trustee
CN 4853
Trenton NJ 08650-4853

Scott Ruquet and Donna DeRosa-Ruquet
226 Potters Drive
Bayville, NJ  08721

**PLEASE TAKE NOTICE** that on Wednesday, February 13, 2019 at 9:00  a.m. or as soon thereafter as counsel may be heard, the Debtors, through their attorneys, will appear before the Honorable Kathryn C. Ferguson, U.S.B.J., at the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey and move for entry of an Order authorizing the withdrawal of David E. Shaver, Esq. and Broege, Neumann, Fischer & Shaver, L.L.C. as attorney for Debtors and allowing Debtors to represent themselves Pro Se.

**PLEASE TAKE FURTHER NOTICE** that in support of the motion reliance shall be placed upon the accompanying Certification of David E. Shaver, Esq.

**PLEASE TAKE FURTHER NOTICE** that the Debtors submit herewith no brief or memorandum of law in connection with this motion, there being no disputed questions of law involved. If a disputed question of law should arise on the return date of the motion, the movant further reserves the right to file a brief or memorandum of law in accordance with any time table set by the Court. A Certification of Service and proposed Order also accompany this motion.

                BROEGE, NEUMANN, FISCHER & SHAVER
                Attorneys for Debtor

                By:   /s/*David E. Shaver*
                         David E. Shaver

Dated: January 14, 2019