| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) DONNA DEROSA-RUQUET 226 POTTERS DRIVE BAYVILLE, NJ 08721 | Case No.: | 14-17571-KCF |
| | Chapter: | 13 |
| In Re: DONNA DEROSA-RUQUET SCOTT RUQUET DEBTORS | Adv. No.: | |
| | Hearing Date: | JANUARY 23, 2019 |
| | Judge: | Kathryn Ferguson |

## CERTIFICATION OF SERVICE

1. I, _____ Donna DeRosa-Ruquet _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☒ am the _____ Debtor _____ in this case and am representing myself.

2. On _____ 01/11/2019 _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Supplemental Certification in re: 137-Motion For Order of Contempt and Sanctions for Violation of the Automatic Stay and the Discharge Injunction Entered Under Case No. 10-49218 filed by Donna DeRosa-Ruquet and 137- Objection and Notice for Enforcement of Litigant's Rights of the Automatic Stay and Discharge Injunction Under 10-49218

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 01/11/2019

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew L. Spivack, Esq. for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee,successor by merger to LaSalle Bank National Association, as Trustee for Morgan S Phelan Hallinan Diamond & Jones, PC | Creditor/Counsel for Creditor  1617 JFK Bd  Philadelphia,  PA 19103  Suite 1400 | ☐ Hand-delivered  ☒ Regular mail  ☒ Certified mail/RR  ☒ Other email _____  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Adam Schechter, VP Customer Resolutiuons Specialized Loan Servicing LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129 | Servicer for Creditor | ☐ Hand-delivered  ☒ Regular mail  ☒ Certified mail/RR  ☒ Other email _____  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| America's Servicing Co. Attn: Bankruptcy Dept MAC# D3347-014 3476 Stateview Blvd. Fort Mill, SC 29715 | Servicer for Creditor | ☐ Hand-delivered  ☒ Regular mail  ☒ Certified mail/RR  ☐ Other _____  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank N.A. Attn: Bankruptcy Dept. ME2-002-035 P.O. Box 9547 Portland, ME 04112-9547 | Creditor | ☐ Hand-delivered  ☒ Regular mail  ☐ Certified mail/RR  ☐ Other _____  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mercedes Diego for TD Bank Cohn Lifland Pearlman Herrmann Knopf,LLP 250 Pehle Avenue, Suite 401 Saddle Brook, NJ 07663 201-845-9600 201-845-9423 (fax) md@njlawfirm.com | Creditor/Counsel for Creditor | ☐ Hand-delivered  ☒ Regular mail  ☐ Certified mail/RR  ☒ Other email _____  (As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 RAS CITRON, LLC 130 Clinton Road, Suite 202 Fairfield, NJ 07004 | Party of Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin M. Buttery Ras Crane 10700 Abbott's Bridge Road Ste 170 Duluth, GA 30097 856-904-8763 404-393-1425 (fax) bkyefile@rasflaw.com | Party of Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*