**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DONNA DEROSA-RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721

In Re:

DONNA DEROSA-RUQUET
SCOTT RUQUET

DEBTORS

Case No.:

Chapter:

Adv. No.:

Hearing Date:

Judge:     Kathryn Ferguson

## CERTIFICATION OF SERVICE

1. I, _____Donna DeRosa-Ruquet_____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents

   _____ in this matter.

   ☒ am the _____debtor_____ in this case and am representing myself.

2. On ___April 8, 2019___, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.

   *Supplement No 2 to →* Objection of Notice of Payment Change / Motion to Enforce Litigant's Rights w/ Certification of Debotr and attached evidences.
   Motion for Contempt for Violation of Automatic Stay/Discharge Injunction w/ Certification of Debtor, Memorandum and attached evidences.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Date: ___April 8 2019___                    _____
                                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew L. Spivack, Esq. for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee,successor by merger to LaSalle Bank National Association, as Trustee for Morgan S Phelan Hallinan Diamond & Jones, PC | Creditor/Counsel for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>~~☒ Certified mail/~~RR<br>☒ Other email _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Adam Schechter, VP Customer Resolutiuons Specialized Loan Servicing LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129 | Servicer for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>~~☒ Certified mail/~~RR<br>☒ Other email _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| America's Servicing Co. Attn: Bankruptcy Dept MAC# D3347-014 3476 Stateview Blvd. Fort Mill, SC 29715 | Servicer for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>~~☒ Certified mail/~~RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank N.A. Attn: Bankruptcy Dept. ME2-002-035 P.O. Box 9547 Portland, ME 04112-9547 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mercedes Diego for TD Bank Cohn Lifland Pearlman Herrmann Knopf,LLP 250 Pehle Avenue, Suite 401 Saddle Brook, NJ 07663 201-845-9600 201-845-9423 (fax) md@njlawfirm.com | Creditor/Counsel for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other email _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Melissa Licker Esq. McCalla, Raymer, Leibert Pierce LLC | Counsel for Spec. Loan Ser. | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☑ Other _email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 99 Wood Ave Suite 803 Iselin, NJ 08830 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*