UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DONNA DEROSA-RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721

In Re:

DONNA DEROSA-RUQUET
SCOTT RUQUET

DEBTORS

Case No.: 14-17571-KCF

Chapter: 13

Adv. No.:

Hearing Date:

Judge: Kathryn Ferguson

U.S. BANKRUPTCY COURT FILED TRENTON, NJ
2019 APR -9 P 2:15
JEANNE A. NAUGHTON
BY DEPUTY CLERK

## CERTIFICATION OF SERVICE

1. I, Donna DeRosa-Ruquet :

☐ represent ______________ in this matter.

☐ am the secretary/paralegal for ______________, who represents ______________ in this matter.

☒ am the debtor in this case and am representing myself.

2. On April 8, 2019 [redacted], I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Supplement No 2 to → Objection of Notice of Payment Change / Motion to Enforce Litigant's Rights w/ Certification of Debotr and attatched evidences.
Motion for Contempt for Violation of Automatic Stay/Discharge Injunction w/ Certification of Debtor, Memorandum and attached evidences.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 8 2019 [redacted]

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| NATIONSTAR MORTGAGE LLC<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 630267<br>IRVING, TEXAS 75063 | | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| WEINSTEIN, PINSON & RILEY<br>BKSERVICES<br>2001 WESTERN AVE<br>SEATTLE WASHIGNTON 98121 | | ☐ Hand-delivered<br>☑ Regular mail<br>[redacted]<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SHAPIRO AND DENARDO LLC<br>14000 COMMERCE PARKWAY<br>SUITE B<br>MOUNT LAUREL NJ 08054<br>ATT: CHARLES WOHLRAB | | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other cwholrab@log.com<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RAS CITRON LLC<br>130 CLINTON ROAD<br>SUITE 202<br>FARFIELD NJ 07004 | | ☐ Hand-delivered<br>☑ Regular mail<br>[redacted]<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JAY BRAY<br>PRESIDENT CEO & CHAIRMAN<br>NATIONSTAR MORTGAGE LLC<br>8950 CYPRESS WATERS BLVD<br>COPPELL TX 75019 | | ☐ Hand-delivered<br>☑ Regular mail<br>[redacted]<br>☒ Other jay.bray@mrcooper.cor<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BANK OF AMERICA<br>1800 TARPO CANYON ROAD<br>SIMI VALLEY, CA 93063 | | ☐ Hand-delivered<br>☑ Regular mail<br>[redacted]<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*