| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>DONNA DEROSA-RUQUET<br>226 POTTERS DRIVE<br>BAYVILLE, NJ 08721<br>732.278.3227<br>ddruquet@gmail.com<br><br>Debtor, Pro Se | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br><br>APR 3 0 2019<br><br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY _____ DEPUTY |
|---|---|
| | Case No.: _____ 14-17571 _____ |
| | Chapter: _____ 13 _____ |
| In Re:<br><br>Donna DeRosa-Ruquet & Scott Ruquet<br><br>              DEBTORS | Adv. No.: _____ |
| | Hearing Date: _____ April 24, 2019 _____ |
| | Judge: _____ Kathryn Ferguson _____ |

## CERTIFICATION OF SERVICE

1.  I, _____ Donna DeRosa-Ruquet _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☒ am the _____ Debtor _____ in this case and am representing myself.

2.  On _____ April 29, 2019 _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Supplement Number 3 to Debtor's Motion for Contempt and Sanctions and Debtor's Objection to NPC and Motion to Enforce [Doc 137, 138]

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____ April 29, 2019 _____

                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew L. Spivack, Esq. for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee,successor by merger to LaSalle Bank National Association, as Trustee for Morgan S Phelan Hallinan Diamond & Jones, PC | Creditor/Counsel for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ ~~Certified mail~~/RR<br>☒ Other email _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Adam Schechter, VP Customer Resolutiuons Specialized Loan Servicing LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129 | Servicer for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ ~~Certified mail~~/RR<br>☒ Other email _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| America's Servicing Co. Attn: Bankruptcy Dept MAC# D3347-014 3476 Stateview Blvd. Fort Mill, SC 29715 | Servicer for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ ~~Certified mail~~/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank N.A. Attn: Bankruptcy Dept. ME2-002-035 P.O. Box 9547 Portland, ME 04112-9547 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mercedes Diego for TD Bank Cohn Lifland Pearlman Herrmann Knopf,LLP 250 Pehle Avenue, Suite 401 Saddle Brook, NJ 07663 201-845-9600 201-845-9423 (fax) md@njlawflrm.com | Creditor/Counsel for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other email _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Melissa Licker Esq. McCalla, Raymer, Leibert Pierce LLC | Counsel for Spec Loan Ser. | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☑ Other _email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 99 Wood Ave Suite 803 Iselin, NJ 08830 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16