Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Donna DeRosa-Ruquet,<br>Scott Ruquet,<br><br><br><br>Debtors. | Chapter 13<br><br>Case No. 14-17571-MBK<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION OF CREDITOR PAYMENT HISTORY (NOTE AND MORTGAGE DATED OCTOBER 5, 2006)

_____ Shane Ellis _____ of full age, employed as _____ Assistant Vice President _____

by _____ Specialized Loan Servicing LLC _____, hereby certifies the following information:

**Recorded:** November 2, 2006, in Ocean County, in OR Book 13395, at Page 0614

**Property Address:** 226 Potters Drive, Bayville, NJ 08721

**Mortgage Holder:** Morgan Stanley Mortgage Loan Trust 2007-3XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee

**Mortgagors / Debtors:** Scott T. Ruquet and Donna J. DeRosa-Ruquet / Donna J. DeRosa-Ruquet and Scott Ruquet

This certification is being provided in accordance with court-ordered instructions at the May 8, 2019 hearing. Attached hereto is a contractual payment history beginning prior to the Debtors'

loan modification taking effect with the November 1, 2012 payment (the "Ledger"). The Ledger is attached hereto as Exhibit "1." The history in the Ledger is based on the books and records kept in the ordinary course of business servicing this loan and has been prepared in format derived from the payment history currently required to be used with proofs of claim filed by mortgagees with a lien on a debtor's residence. Additionally, annotations have been added in an additional column to the right marking various milestones in the payment history. The following is an overview of the milestones shown in the Ledger and the related documentation, which is attached as Exhibits A through F to the Ledger.

1.      The first payment due under debtors' loan modification was November 1, 2012. Thereafter, the fixed interest rate increased on November 1, 2017 and November 1, 2018. The loan modification is attached to the Ledger as Exhibit "A."

2.      Debtors' petition was filed April 17, 2014.

3.      A consent order was entered between counsel for the prior servicer and debtor Donna DeRosa-Ruquet reduced the amended proof of claim arrears from $4,827.93 to $98.38. The reduction in the consent order required that the debtors repay $2,220.87 of pre-petition escrow shortage included in the proof of claim directly to the servicer from March 1, 2015 through February 1, 2018 at $61.70 per month. This was not supplemental agreement was not incorporated into any payment change notices and was not supplementally paid by the debtors. These amounts continue to be due and continue to contribute to the debtors' negative escrow balance. The amended proof of claim excluding its exhibits, consent order, and trustee ledger demonstrating disbursement on the reduced claim is attached is attached to the Ledger as Exhibit "B."

4.      Post-petition disbursements, corresponding to the tax sale certificate information included in debtor's pleadings, were made on April 29, 2014 and May 19, 2016. The tax sale documentation is attached is attached to the Ledger as Exhibit "C."

5.      HAMP incentives applied to principal balance were applied as stated in SLS' previous filed objection; $916.37 applied on August 27, 2013; $83.33 applied on August 27, 2014; $416.67 applied on August 27, 2015; $916.67 applied on August 26, 2016; and $833.33 applied on December 31, 2018 for timely 2017 payments, and the final $5,000.00 credit was applied to debtors' account on December 31, 2018. The letter from SLS advising of the final HAMP credit is attached is attached to the Ledger as Exhibit "D."

6. Post-petition, the monthly payments have changed in accordance filed payment change notices. The payment change notices are attached is attached to the Ledger as Exhibit "E."

| Payment Change Effective Date | Corresponding Filed Document Filed Date |
| --- | --- |
| February 1, 2015 | February 9, 2015 and February 20, 2015 |
| May 1, 2016 | March 16, 2016 |
| July 1, 2016 | May 11, 2016 |
| January 1, 2017 | December 12, 2016 |
| November 1, 2017 | September 26, 2017 |
| January 1, 2018 | November 21, 2017 |
| November 1, 2018 | August 31, 2018 |
| January 1, 2019 | November 19, 2018 |

7. SLS began servicing this loan on June 1, 2016. Debtors were provided a "goodbye letter" and final escrow account disclosure statement from the prior servicer, America's Servicing Company. This information is also reflected and annotated in the Ledger. The referenced documents are attached to the Ledger as Exhibit "F."

I certify under penalty of perjury that the foregoing is true and correct.

6/21/19
_____
Date

_____
Signature
Shane Ellis
Assistant Vice President