# Exhibit 1

| | | Account Activity | | | | | How funds were applied/Amount incurred | | | | | Balance after amount received or incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Contractual payment amount | Funds Received | Amount incurred | Description | Contractual Due Date | Prin, int & esc past due balance | Amount to Principal | Amount to interest | Amount to escrow | Amount to fees or charges | Unapplied funds | Principal Balance | Accrued interest balance | Escrow balance | Fees/Charges balance | Unapplied funds balance | Annotations |
| Balances | | | | | | $0.00 | | | | | | $256,798.17 | | $1,547.62 | $0.00 | $0.00 | |
| 05/01/12 | $2,146.05 | | | Payment Due | 5/1/2012 | $2,146.05 | | | | | | $256,798.17 | | $1,547.62 | $0.00 | $0.00 | |
| 07/20/12 | | | -$1,044.27 | Tax Disbursement | 5/1/2012 | $2,146.05 | | | -$1,044.27 | | | $256,798.17 | | $503.35 | $0.00 | $0.00 | |
| 07/26/12 | | $1,223.57 | | Payment Posted To Suspense | 5/1/2012 | $2,146.05 | | | | | $1,223.57 | $256,798.17 | | $503.35 | $0.00 | $1,223.57 | |
| 08/28/12 | | $1,223.57 | | Payment Posted To Suspense | 5/1/2012 | $2,146.05 | | | | | $1,223.57 | $256,798.17 | | $503.35 | $0.00 | $2,447.14 | |
| 08/28/12 | | | | Payment | 6/1/2012 | $0.00 | $346.76 | $1,359.82 | $439.47 | | -$2,146.05 | $256,451.41 | | $942.82 | $0.00 | $301.09 | |
| 09/21/12 | | | -$387.75 | Escrow Disbursement | 6/1/2012 | $0.00 | | | -$387.75 | | | $256,451.41 | | $555.07 | $0.00 | $301.09 | |
| 09/21/12 | | $1,223.57 | | Payment Posted To Suspense | 6/1/2012 | $0.00 | | | | | $1,223.57 | $256,451.41 | | $555.07 | $0.00 | $1,524.66 | |
| 10/21/12 | | | | Escrow Payment | 6/1/2012 | $0.00 | | $1,035.46 | $489.20 | | -$1,524.66 | $256,451.41 | | $1,044.27 | $0.00 | $0.00 | |
| 10/30/12 | | | -$1,118.98 | Tax Disbursement | 6/1/2012 | $0.00 | | | -$1,118.98 | | | $256,451.41 | | -$74.71 | $0.00 | $0.00 | |
| 10/31/12 | | $74.71 | | Escrow Payment | 6/1/2012 | $0.00 | | $74.71 | | | $0.00 | $256,451.41 | | -$74.71 | $0.00 | $0.00 | |
| 11/01/12 | $1,223.57 | | | Payment Due | 6/1/2012 | $1,223.57 | | | | | | $256,451.41 | | -$74.71 | $0.00 | $0.00 | First payment due under loan mod. |
| 11/07/12 | | | -$1,270.00 | Insurance Disbursement | 6/1/2012 | $1,223.57 | | | -$1,270.00 | | | $256,451.41 | | -$1,344.71 | $0.00 | $0.00 | |
| 11/08/12 | | $1,223.57 | | Payment | 12/1/2012 | $0.00 | $345.82 | $423.31 | $454.44 | | $0.00 | $256,105.59 | | -$890.27 | $0.00 | $0.00 | |
| 12/01/12 | $1,223.57 | | | Payment Due | 12/1/2012 | $1,223.57 | | | | | | $256,105.59 | | -$890.27 | $0.00 | $0.00 | |
| 12/24/12 | | $1,223.57 | | Payment | 1/1/2013 | $0.00 | $346.40 | $422.73 | $454.44 | | $0.00 | $255,759.19 | | -$435.83 | $0.00 | $0.00 | |
| 01/01/13 | $1,218.08 | | | Payment Due | 1/1/2013 | $1,218.08 | | | | | | $255,759.19 | | -$435.83 | $0.00 | $0.00 | |
| 01/15/13 | | $1,218.08 | | Payment | 2/1/2013 | $0.00 | $346.98 | $422.15 | $448.95 | | $0.00 | $255,412.21 | | $13.12 | $0.00 | $0.00 | |
| 01/17/13 | | | -$1,053.90 | Tax Disbursement | 2/1/2013 | $0.00 | | | -$1,053.90 | | | $255,412.21 | | -$1,040.78 | $0.00 | $0.00 | |
| 02/01/13 | $1,218.08 | | | Payment Due | 2/1/2013 | $1,218.08 | | | | | | $255,412.21 | | -$1,040.78 | $0.00 | $0.00 | |
| 02/15/13 | | $1,218.08 | | Payment | 3/1/2013 | $0.00 | $347.55 | $421.58 | $448.95 | | $0.00 | $255,064.66 | | -$591.83 | $0.00 | $0.00 | |
| 03/01/13 | $1,218.08 | | | Payment Due | 3/1/2013 | $1,218.08 | | | | | | $255,064.66 | | -$591.83 | $0.00 | $0.00 | |
| 03/18/13 | | $1,218.08 | | Payment | 4/1/2013 | $0.00 | $348.13 | $421.00 | $448.95 | | $0.00 | $254,716.53 | | -$142.88 | $0.00 | $0.00 | |
| 04/01/13 | $1,218.08 | | | Payment Due | 4/1/2013 | $1,218.08 | | | | | | $254,716.53 | | -$142.88 | $0.00 | $0.00 | |
| 04/16/13 | | | -$38.46 | Late charge assessed | 4/1/2013 | $1,218.08 | | | | -$38.46 | | $254,716.53 | | -$142.88 | $38.46 | $0.00 | |
| 04/17/13 | | $1,218.08 | | Payment | 5/1/2013 | $0.00 | $348.71 | $420.42 | $448.95 | | $0.00 | $254,367.82 | | $306.07 | $38.46 | $0.00 | |
| 04/24/13 | | | -$1,053.89 | Tax Disbursement | 5/1/2013 | $0.00 | | | -$1,053.89 | | | $254,367.82 | | -$747.82 | $38.46 | $0.00 | |
| 05/01/13 | $1,218.08 | | | Payment Due | 5/1/2013 | $1,218.08 | | | | | | $254,367.82 | | -$747.82 | $38.46 | $0.00 | |
| 05/16/13 | | | -$38.46 | Late charge assessed | 5/1/2013 | $1,218.08 | | | | -$38.46 | | $254,367.82 | | -$747.82 | $76.92 | $0.00 | |
| 06/01/13 | $1,218.08 | | | Payment Due | 5/1/2013 | $2,436.16 | | | | | | $254,367.82 | | -$747.82 | $76.92 | $0.00 | |
| 06/10/13 | | $1,218.08 | | Payment | 6/1/2013 | $1,218.08 | $349.30 | $419.83 | $448.95 | $38.46 | $0.00 | $254,018.52 | | -$298.87 | $38.46 | $0.00 | |
| 06/14/13 | | $1,218.08 | | Payment | 7/1/2013 | $0.00 | $349.88 | $419.25 | $448.95 | | $0.00 | $253,668.64 | | $150.08 | $38.46 | $0.00 | |
| 07/01/13 | $1,218.08 | | | Payment Due | 7/1/2013 | $1,218.08 | | | | | | $253,668.64 | | $150.08 | $38.46 | $0.00 | |
| 07/16/13 | | $1,218.08 | | Payment | 8/1/2013 | $0.00 | $350.46 | $418.67 | $448.95 | | $0.00 | $253,318.18 | | $599.03 | $38.46 | $0.00 | |
| 07/30/13 | | | -$1,108.23 | Tax Disbursement | 8/1/2013 | $0.00 | | | -$1,108.23 | | | $253,318.18 | | -$509.20 | $38.46 | $0.00 | |
| 08/01/13 | $1,264.81 | | | Payment Due | 8/1/2013 | $1,264.81 | | | | | | $253,318.18 | | -$509.20 | $38.46 | $0.00 | |
| 08/16/13 | | $1,264.81 | | Payment | 9/1/2013 | $0.00 | $351.04 | $418.09 | $495.68 | | $0.00 | $252,967.14 | | -$13.52 | $38.46 | $0.00 | |
| 08/30/13 | | $916.67 | | Principal Payment | 9/1/2013 | $0.00 | $916.67 | | | | $0.00 | $252,050.47 | | -$13.52 | $38.46 | $0.00 | Hamp Incentive |
| 09/01/13 | $1,264.81 | | | Payment Due | 9/1/2013 | $1,264.81 | | | | | | $252,050.47 | | -$13.52 | $38.46 | $0.00 | |
| 09/16/13 | | | -$38.46 | Late charge assessed | 9/1/2013 | $1,264.81 | | | | -$38.46 | | $252,050.47 | | -$13.52 | $76.92 | $0.00 | |
| 10/01/13 | $1,264.81 | | | Payment Due | 9/1/2013 | $2,529.62 | | | | | | $252,050.47 | | -$13.52 | $76.92 | $0.00 | |

| Date | | | | Description | Date | | | | | | | Principal Balance | | | | | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/13 | | $1,289.81 | | Payment | 10/1/2013 | $1,264.81 | $353.16 | $415.97 | $495.68 | $25.00 | $0.00 | $251,697.31 | | $482.16 | $51.92 | $0.00 | |
| 10/30/13 | | | -$1,101.43 | Tax Disbursement | 10/1/2013 | $1,264.81 | | | -$1,101.43 | | | $251,697.31 | | -$619.27 | $51.92 | $0.00 | |
| 11/01/13 | $1,264.81 | | | Payment Due | 10/1/2013 | $2,529.62 | | | | | | $251,697.31 | | -$619.27 | $51.92 | $0.00 | |
| 11/06/13 | | | -$1,553.00 | Insurance Disbursement | 10/1/2013 | $2,529.62 | | | -$1,553.00 | | | $251,697.31 | | -$2,172.27 | $51.92 | $0.00 | |
| 11/15/13 | | $1,264.81 | | Payment | 11/1/2013 | $1,264.81 | $353.75 | $415.38 | $495.68 | | $0.00 | $251,343.56 | | -$1,676.59 | $51.92 | $0.00 | |
| 12/01/13 | $1,264.81 | | | Payment Due | 11/1/2013 | $2,529.62 | | | | | | $251,343.56 | | -$1,676.59 | $51.92 | $0.00 | |
| 12/16/13 | | $1,264.81 | | Payment | 12/1/2013 | $1,264.81 | $354.34 | $414.79 | $495.68 | | $0.00 | $250,989.22 | | -$1,180.91 | $51.92 | $0.00 | |
| 01/01/14 | $1,264.81 | | | Payment Due | 12/1/2013 | $2,529.62 | | | | | | $250,989.22 | | -$1,180.91 | $51.92 | $0.00 | |
| 01/15/14 | | | -$1,079.37 | Tax Disbursement | 12/1/2013 | $2,529.62 | | | -$1,079.37 | | | $250,989.22 | | -$2,260.28 | $51.92 | $0.00 | |
| 01/16/14 | | $1,264.81 | | Payment | 1/1/2014 | $1,264.81 | $354.93 | $414.20 | $495.68 | | $0.00 | $250,634.29 | | -$1,764.60 | $51.92 | $0.00 | |
| 02/01/14 | $1,295.37 | | | Payment Due | 1/1/2014 | $2,560.18 | | | | | | $250,634.29 | | -$1,764.60 | $51.92 | $0.00 | |
| 02/17/14 | | $1,264.81 | | Payment | 2/1/2014 | $1,295.37 | $355.52 | $413.61 | $495.68 | | $0.00 | $250,278.77 | | -$1,268.92 | $51.92 | $0.00 | |
| 03/01/14 | $1,260.46 | | | Payment Due | 2/1/2014 | $2,555.83 | | | | | | $250,278.77 | | -$1,268.92 | $51.92 | $0.00 | |
| 03/17/14 | | $1,295.37 | | Payment | 3/1/2014 | $1,260.46 | $356.11 | $413.02 | $526.24 | | $0.00 | $249,922.66 | | -$742.68 | $51.92 | $0.00 | |
| 04/01/14 | $1,260.46 | | | Payment Due | 3/1/2014 | $2,520.92 | | | | | | $249,922.66 | | -$742.68 | $51.92 | $0.00 | |
| 04/16/14 | | | -$38.46 | Late charge assessed | 3/1/2014 | $2,520.92 | | | | -$38.46 | | $249,922.66 | | -$742.68 | $90.38 | $0.00 | |
| 04/21/14 | | $1,295.37 | | Payment | 4/1/2014 | $1,225.55 | $356.70 | $412.43 | $526.24 | | $0.00 | $249,565.96 | | -$216.44 | $90.38 | $0.00 | |
| 04/24/14 | | | -$1,079.36 | Tax Disbursement | 4/1/2014 | $1,225.55 | | | -$1,079.36 | | | $249,565.96 | | -$1,295.80 | $90.38 | $0.00 | |
| 04/29/14 | | | -$2,634.76 | Escrow Disbursement | 4/1/2014 | $1,225.55 | | | -$2,634.76 | | | $249,565.96 | | -$3,930.56 | $90.38 | $0.00 | Tax certificate disbursement |
| 04/29/14 | | | | Payment Reversal | 3/1/2014 | $2,520.92 | -$356.70 | -$412.43 | -$526.24 | | $1,295.37 | $249,922.66 | | -$4,456.80 | $90.38 | $1,295.37 | |
| 05/01/14 | $1,260.46 | | | Payment Due | 3/1/2014 | $3,781.38 | | | | | | $249,922.66 | | -$4,456.80 | $90.38 | $1,295.37 | |
| 05/07/14 | | | | Payment | 4/1/2014 | $2,520.92 | $356.70 | $412.43 | $491.33 | | -$1,260.46 | $249,565.96 | | -$3,965.47 | $90.38 | $34.91 | |
| 05/13/14 | | $1,260.46 | | Payment Posted To Suspense | 4/1/2014 | $2,520.92 | | | | | $1,260.46 | $249,565.96 | | -$3,965.47 | $90.38 | $1,295.37 | |
| 05/14/14 | | | | Payment | 5/1/2014 | $1,260.46 | $357.30 | $411.83 | $491.33 | | -$1,260.46 | $249,208.66 | | -$3,474.14 | $90.38 | $34.91 | |
| 06/01/14 | $1,260.46 | | | Payment Due | 5/1/2014 | $2,520.92 | | | | | | $249,208.66 | | -$3,474.14 | $90.38 | $34.91 | |
| 06/22/14 | | $1,260.46 | | Payment Posted To Suspense | 5/1/2014 | $2,520.92 | | | | | $1,260.46 | $249,208.66 | | -$3,474.14 | $90.38 | $1,295.37 | |
| 07/01/14 | $1,260.46 | | | Payment Due | 5/1/2014 | $3,781.38 | | | | | | $249,208.66 | | -$3,474.14 | $90.38 | $1,295.37 | |
| 07/15/14 | | $1,260.46 | | Payment Posted To Suspense | 5/1/2014 | $3,781.38 | | | | | $1,260.46 | $249,208.66 | | -$3,474.14 | $90.38 | $2,555.83 | |
| 07/17/14 | | | | Payment | 6/1/2014 | $2,520.92 | $357.89 | $411.24 | $491.33 | | -$1,260.46 | $248,850.77 | | -$2,982.81 | $90.38 | $1,295.37 | |
| 08/01/14 | $1,260.46 | | | Payment Due | 6/1/2014 | $3,781.38 | | | | | | $248,850.77 | | -$2,982.81 | $90.38 | $1,295.37 | |
| 08/01/14 | | | -$1,128.04 | Tax Disbursement | 6/1/2014 | $3,781.38 | | | -$1,128.04 | | | $248,850.77 | | -$4,110.85 | $90.38 | $1,295.37 | |
| 08/18/14 | | $1,260.46 | | Payment Posted To Suspense | 6/1/2014 | $3,781.38 | | | | | $1,260.46 | $248,850.77 | | -$4,110.85 | $90.38 | $2,555.83 | |
| 08/20/14 | | | | Payment | 7/1/2014 | $2,520.92 | $358.49 | $410.64 | $491.33 | | -$1,260.46 | $248,492.28 | | -$3,619.52 | $90.38 | $1,295.37 | |
| 08/28/14 | $83.33 | | | Principal Payment | 7/1/2014 | $2,520.92 | $83.33 | | | | $0.00 | $248,408.95 | | -$3,619.52 | $90.38 | $1,295.37 | Hamp Incentive |
| 09/01/14 | $1,260.46 | | | Payment Due | 7/1/2014 | $3,781.38 | | | | | | $248,408.95 | | -$3,619.52 | $90.38 | $1,295.37 | |
| 09/24/14 | | | | Payment | 8/1/2014 | $2,520.92 | $359.23 | $409.90 | $491.33 | | -$1,260.46 | $248,049.72 | | -$3,128.19 | $90.38 | $34.91 | |
| 10/01/14 | $1,260.46 | | | Payment Due | 8/1/2014 | $3,781.38 | | | | | | $248,049.72 | | -$3,128.19 | $90.38 | $34.91 | |
| 10/17/14 | | $2,520.92 | | Payment Posted To Suspense | 8/1/2014 | $3,781.38 | | | | | $2,520.92 | $248,049.72 | | -$3,128.19 | $90.38 | $2,555.83 | |
| 10/20/14 | | | | Payment | 9/1/2014 | $2,520.92 | $359.83 | $409.30 | $491.33 | | -$1,260.46 | $247,689.89 | | -$2,636.86 | $90.38 | $1,295.37 | |
| 10/21/14 | | | | Payment | 10/1/2014 | $1,260.46 | $360.43 | $408.70 | $491.33 | | -$1,260.46 | $247,329.46 | | -$2,145.53 | $90.38 | $34.91 | |
| 10/30/14 | | | -$1,139.35 | Tax Disbursement | 10/1/2014 | $1,260.46 | | | -$1,139.35 | | | $247,329.46 | | -$3,284.88 | $90.38 | $34.91 | |
| 10/31/14 | | $1,260.46 | | Payment Posted To Suspense | 10/1/2014 | $1,260.46 | | | | | $1,260.46 | $247,329.46 | | -$3,284.88 | $90.38 | $1,295.37 | |
| 11/01/14 | $1,260.46 | | | Payment Due | 10/1/2014 | $2,520.92 | | | | | | $247,329.46 | | -$3,284.88 | $90.38 | $1,295.37 | |
| 11/03/14 | | | | payment | 11/1/2014 | $1,260.46 | $361.03 | $408.10 | $491.33 | | -$1,260.46 | $246,968.43 | | -$2,793.55 | $90.38 | $34.91 | |
| 11/13/14 | | | -$1,687.00 | Tax Disbursement | 11/1/2014 | $1,260.46 | | | -$1,687.00 | | | $246,968.43 | | -$4,480.55 | $90.38 | $34.91 | |
| 11/14/14 | | $1,260.46 | | Payment | 12/1/2014 | $0.00 | $361.63 | $407.50 | $491.33 | | $0.00 | $246,606.80 | | -$3,989.22 | $90.38 | $34.91 | |
| 12/01/14 | $1,260.46 | | | Payment Due | 12/1/2014 | $1,260.46 | | | | | | $246,606.80 | | -$3,989.22 | $90.38 | $34.91 | |
| 12/15/14 | | $1,260.46 | | Payment | 1/1/2015 | $0.00 | $362.23 | $406.90 | $491.33 | | $0.00 | $246,244.57 | | -$3,497.89 | $90.38 | $34.91 | |
| 01/01/15 | $1,260.46 | | | Payment Due | 1/1/2015 | $1,260.46 | | | | | | $246,244.57 | | -$3,497.89 | $90.38 | $34.91 | |
| 01/15/15 | | | -$1,106.53 | Tax Disbursement | 1/1/2015 | $1,260.46 | | | -$1,106.53 | | | $246,244.57 | | -$4,604.42 | $90.38 | $34.91 | |

| Date | Payment Due | Payment | Adj | Description | Due Date | Amount | Principal | Interest | Escrow | | Suspense | Principal Balance | | Escrow Balance | | Suspense Balance | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/15 | | $1,260.46 | | Payment | 2/1/2015 | $0.00 | $362.83 | $406.30 | $491.33 | | $0.00 | $245,881.74 | | -$4,113.09 | $90.38 | $34.91 | |
| 02/01/15 | $1,359.67 | | | Payment Due | 2/1/2015 | $1,359.67 | | | | | | $245,881.74 | | -$4,113.09 | $90.38 | $34.91 | Payment amount matches payment change filed 2/9/15 & 2/20/15. |
| 02/16/15 | | $1,260.46 | | Payment | 3/1/2015 | $99.21 | $363.44 | $405.69 | $491.33 | | $0.00 | $245,518.30 | | -$3,621.76 | $90.38 | $34.91 | |
| 02/23/15 | | -$1,260.46 | | Payment Reversal | 2/1/2015 | $1,359.67 | -$363.44 | -$405.69 | -$491.33 | | $0.00 | $245,881.74 | | -$4,113.09 | $90.38 | $34.91 | |
| 02/23/15 | | $1,260.46 | | Payment Posted To Suspense | 2/1/2015 | $1,359.67 | | | | | $1,260.46 | $245,881.74 | | -$4,113.09 | $90.38 | $1,295.37 | |
| 03/01/15 | $1,359.67 | | | Payment Due | 2/1/2015 | $2,719.34 | | | | | | $245,881.74 | | -$4,113.09 | $90.38 | $1,295.37 | Per consent order at docket #78, $2,220.87 of escrow shortage from POC to be paid by debtors @ $61.70 per month from 3/1/2015 through 2/1/2018. This modfication was not boarded by servicer and escrow shortage amounts were not received in addition to monthly payments; this amount remains due and owing. |
| 03/16/15 | | $1,260.46 | | Payment Posted To Suspense | 2/1/2015 | $2,719.34 | | | | | $1,260.46 | $245,881.74 | | -$4,113.09 | $90.38 | $2,555.83 | |
| 03/17/15 | | | | Payment | 3/1/2015 | $1,359.67 | $363.44 | $405.69 | $590.54 | | -$1,359.67 | $245,518.30 | | -$3,522.55 | $90.38 | $1,196.16 | |
| 04/01/15 | $1,359.67 | | | Payment Due | 3/1/2015 | $2,719.34 | | | | | | $245,518.30 | | -$3,522.55 | $90.38 | $1,196.16 | |
| 04/15/15 | | $163.51 | | Payment Posted To Suspense | 3/1/2015 | $2,719.34 | | | | | $163.51 | $245,518.30 | | -$3,522.55 | $90.38 | $1,359.67 | |
| 04/20/15 | | | | Payment | 4/1/2015 | $1,359.67 | $364.04 | $405.09 | $590.54 | | -$1,359.67 | $245,154.26 | | -$2,932.01 | $90.38 | $0.00 | |
| 04/24/15 | | | -$710.46 | Tax Disbursement | 4/1/2015 | $1,359.67 | | | -$710.46 | | | $245,154.26 | | -$3,642.47 | $90.38 | $0.00 | |
| 05/01/15 | $1,359.67 | | | Payment Due | 4/1/2015 | $2,719.34 | | | | | | $245,154.26 | | -$3,642.47 | $90.38 | $0.00 | |
| 05/15/15 | | $1,359.67 | | Payment Posted To Suspense | 4/1/2015 | $2,719.34 | | | | | $1,359.67 | $245,154.26 | | -$3,642.47 | $90.38 | $1,359.67 | |
| 05/21/15 | | | | Payment | 5/1/2015 | $1,359.67 | $364.65 | $404.48 | $590.54 | | -$1,359.67 | $244,789.61 | | -$3,051.93 | $90.38 | $0.00 | |
| 06/01/15 | $1,359.67 | | | Payment Due | 5/1/2015 | $2,719.34 | | | | | | $244,789.61 | | -$3,051.93 | $90.38 | $0.00 | |
| 06/16/15 | | $1,359.67 | | Payment Posted To Suspense | 5/1/2015 | $2,719.34 | | | | | $1,359.67 | $244,789.61 | | -$3,051.93 | $90.38 | $1,359.67 | |
| 06/26/15 | | | | Payment | 6/1/2015 | $1,359.67 | $365.26 | $403.87 | $590.54 | | -$1,359.67 | $244,424.35 | | -$2,461.39 | $90.38 | $0.00 | |
| 07/01/15 | $1,359.67 | | | Payment Due | 6/1/2015 | $2,719.34 | | | | | | $244,424.35 | | -$2,461.39 | $90.38 | $0.00 | |
| 07/10/15 | | $1,359.67 | | Payment Posted To Suspense | 6/1/2015 | $2,719.34 | | | | | $1,359.67 | $244,424.35 | | -$2,461.39 | $90.38 | $1,359.67 | |
| 07/15/15 | | $16.51 | | Trustee Disbursement | 6/1/2015 | $2,719.34 | | | | $16.51 | | $244,424.35 | | -$2,461.39 | $73.87 | $1,359.67 | Trustee disbursement |
| 07/16/15 | | | | Payment | 7/1/2015 | $1,359.67 | $365.87 | $403.26 | $590.54 | | -$1,359.67 | $244,058.48 | | -$1,870.85 | $73.87 | $0.00 | |
| 07/28/15 | | | -$1,158.60 | Tax Disbursement | 7/1/2015 | $1,359.67 | | | -$1,158.60 | | | $244,058.48 | | -$3,029.45 | $73.87 | $0.00 | |
| 08/01/15 | $1,359.67 | | | Payment Due | 7/1/2015 | $2,719.34 | | | | | | $244,058.48 | | -$3,029.45 | $73.87 | $0.00 | |
| 08/07/15 | | $1,359.67 | | Payment Posted To Suspense | 7/1/2015 | $2,719.34 | | | | | $1,359.67 | $244,058.48 | | -$3,029.45 | $73.87 | $1,359.67 | |
| 08/10/15 | | | | Payment | 8/1/2015 | $1,359.67 | $366.48 | $402.65 | $590.54 | | -$1,359.67 | $243,692.00 | | -$2,438.91 | $73.87 | $0.00 | |
| 08/18/15 | | $1,359.67 | | Payment Posted To Suspense | 8/1/2015 | $1,359.67 | | | | | $1,359.67 | $243,692.00 | | -$2,438.91 | $73.87 | $1,359.67 | |
| 08/28/15 | | $416.67 | | Principal Payment | 8/1/2015 | $1,359.67 | $416.67 | | | | $0.00 | $243,275.33 | | -$2,438.91 | $73.87 | $1,359.67 | Hamp Incentive |
| 09/01/15 | $1,359.67 | | | Payment Due | 8/1/2015 | $2,719.34 | | | | | | $243,275.33 | | -$2,438.91 | $73.87 | $1,359.67 | |
| 09/18/15 | | $1,359.67 | | Payment Posted To Suspense | 8/1/2015 | $2,719.34 | | | | | $1,359.67 | $243,275.33 | | -$2,438.91 | $73.87 | $2,719.34 | |
| 10/01/15 | $1,359.67 | | | Payment Due | 8/1/2015 | $4,079.01 | | | | | | $243,275.33 | | -$2,438.91 | $73.87 | $2,719.34 | |
| 10/16/15 | | $1,359.67 | | Payment Posted To Suspense | 8/1/2015 | $4,079.01 | | | | | $1,359.67 | $243,275.33 | | -$2,438.91 | $73.87 | $4,079.01 | |
| 10/23/15 | | | | Payment | 8/1/2015 | $2,719.34 | $367.78 | $401.35 | $590.54 | | -$1,359.67 | $242,907.55 | | -$1,848.37 | $73.87 | $2,719.34 | |
| 10/23/15 | | | | Payment | 9/1/2015 | $1,359.67 | $368.40 | $400.73 | $590.54 | | -$1,359.67 | $242,539.15 | | -$1,257.83 | $73.87 | $1,359.67 | |
| 10/26/15 | | | -$1,183.51 | Tax Disbursement | 9/1/2015 | $1,359.67 | | | -$1,183.51 | | | $242,539.15 | | -$2,441.34 | $73.87 | $1,359.67 | |
| 10/26/15 | | | | Payment | 10/1/2015 | $0.00 | $369.01 | $400.12 | $590.54 | | -$1,359.67 | $242,170.14 | | -$1,850.80 | $73.87 | $0.00 | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/15 | $1,359.67 | | | Payment Due | 10/1/2015 | $1,359.67 | | | | | | $242,170.14 | | -$1,850.80 | $73.87 | $0.00 | |
| 11/12/15 | | | -$1,879.00 | Insurance Disbursement | 10/1/2015 | $1,359.67 | | | -$1,879.00 | | | $242,170.14 | | -$3,729.80 | $73.87 | $0.00 | |
| 11/16/15 | | $1,359.67 | | Payment Posted To Suspense | 11/1/2015 | $1,359.67 | | | | | $1,359.67 | $242,170.14 | | -$3,729.80 | $73.87 | $1,359.67 | |
| 11/23/15 | | | | Payment | 12/1/2015 | $0.00 | $369.62 | $399.51 | $590.54 | | -$1,359.67 | $241,800.52 | | -$3,139.26 | $73.87 | $0.00 | |
| 12/01/15 | $1,359.67 | | | Payment Due | 12/1/2015 | $1,359.67 | | | | | | $241,800.52 | | -$3,139.26 | $73.87 | $0.00 | |
| 12/16/15 | | | -$1,878.00 | Insurance Disbursement | 12/1/2015 | $1,359.67 | | | -$1,878.00 | | | $241,800.52 | | -$5,017.26 | $73.87 | $0.00 | |
| 12/16/15 | | $1,359.67 | | Payment Posted To Suspense | 12/1/2015 | $1,359.67 | | | | | $1,359.67 | $241,800.52 | | -$5,017.26 | $73.87 | $1,359.67 | |
| 01/01/16 | $1,359.67 | | | Payment Due | 12/1/2015 | $2,719.34 | | | | | | $241,800.52 | | -$5,017.26 | $73.87 | $1,359.67 | |
| 01/15/16 | | | -$1,138.80 | Tax Disbursement | 12/1/2015 | $2,719.34 | | | -$1,138.80 | | | $241,800.52 | | -$6,156.06 | $73.87 | $1,359.67 | |
| 01/20/16 | | $1,359.67 | | Payment Posted To Suspense | 12/1/2015 | $2,719.34 | | | | | $1,359.67 | $241,800.52 | | -$6,156.06 | $73.87 | $2,719.34 | |
| 02/01/16 | $1,359.67 | | | Payment Due | 12/1/2015 | $4,079.01 | | | | | | $241,800.52 | | -$6,156.06 | $73.87 | $2,719.34 | |
| 02/16/16 | | $1,359.67 | | Payment Posted To Suspense | 12/1/2015 | $4,079.01 | | | | | $1,359.67 | $241,800.52 | | -$6,156.06 | $73.87 | $4,079.01 | |
| 03/01/16 | $1,359.67 | | | Payment Due | 12/1/2015 | $5,438.68 | | | | | | $241,800.52 | | -$6,156.06 | $73.87 | $4,079.01 | |
| 03/02/16 | | | | Payment | 1/1/2016 | $4,079.01 | $370.24 | $398.89 | $590.54 | | -$1,359.67 | $241,430.28 | | -$5,565.52 | $73.87 | $2,719.34 | |
| 03/02/16 | | | | Payment | 2/1/2016 | $2,719.34 | $370.86 | $398.27 | $590.54 | | -$1,359.67 | $241,059.42 | | -$4,974.98 | $73.87 | $1,359.67 | |
| 03/02/16 | | | | Payment | 3/1/2016 | $1,359.67 | $371.48 | $397.65 | $590.54 | | -$1,359.67 | $240,687.94 | | -$4,384.44 | $73.87 | $0.00 | |
| 03/21/16 | | $1,359.67 | | Payment Posted To Suspense | 3/1/2016 | $1,359.67 | | | | | $1,359.67 | $240,687.94 | | -$4,384.44 | $73.87 | $1,359.67 | |
| 03/23/16 | | | | Payment | 4/1/2016 | $0.00 | $372.09 | $397.04 | $590.54 | | -$1,359.67 | $240,315.85 | | -$3,793.90 | $73.87 | $0.00 | |
| 04/01/16 | $1,359.67 | | | Payment Due | 4/1/2016 | $1,359.67 | | | | | | $240,315.85 | | -$3,793.90 | $73.87 | $0.00 | |
| 04/08/16 | | $16.14 | | Trustee Disbursement | 4/1/2016 | $1,359.67 | | | | $16.14 | | $240,315.85 | | -$3,793.90 | $57.73 | $0.00 | Trustee disbursement |
| 04/13/16 | | | -$1,138.79 | Tax Disbursement | 4/1/2016 | $1,359.67 | | | -$1,138.79 | | | $240,315.85 | | -$4,932.69 | $57.73 | $0.00 | |
| 04/13/16 | | $1,359.67 | | Payment Posted To Suspense | 4/1/2016 | $1,359.67 | | | | | $1,359.67 | $240,315.85 | | -$4,932.69 | $57.73 | $1,359.67 | |
| 04/19/16 | | | | Payment | 5/1/2016 | $0.00 | $372.72 | $396.41 | $590.54 | | -$1,359.67 | $239,943.13 | | -$4,342.15 | $57.73 | $0.00 | |
| 05/01/16 | $1,307.11 | | | Payment Due | 5/1/2016 | $1,307.11 | | | | | | $239,943.13 | | -$4,342.15 | $57.73 | $0.00 | Irregular Payment amount (debtor paying base payment without shortage spread of $163.70), should have matched payment change filed 3/16/2016 $1,470.81. |
| 05/19/16 | | | -$1,754.17 | Escrow Disbursement | 5/1/2016 | $1,307.11 | | | -$1,754.17 | | | $239,943.13 | | -$6,096.32 | $57.73 | $0.00 | Tax certificate disbursement |
| 05/23/16 | | $1,307.11 | | Payment Posted To Suspense | 5/1/2016 | $1,307.11 | | | | | $1,307.11 | $239,943.13 | | -$6,096.32 | $57.73 | $1,307.11 | |
| 06/01/16 | $1,307.11 | | | Payment Due | 5/1/2016 | $2,614.22 | | | | | | $239,943.13 | | -$6,096.32 | $57.73 | $1,307.11 | Service Transfer from ASC to SLS - see ASC final escrow statement. |
| 06/01/16 | | | | Principal Adjustment | 5/1/2016 | $2,614.22 | $2,466.97 | | | | $0.00 | $237,476.16 | | -$6,096.32 | $57.73 | $1,307.11 | |
| 06/20/16 | | | | Payment | 6/1/2016 | $1,307.11 | $373.34 | $395.79 | $537.98 | | -$1,307.11 | $237,102.82 | | -$5,558.34 | $57.73 | $0.00 | |
| 06/23/16 | | $1,323.25 | | Payment Posted To Suspense | 6/1/2016 | $1,307.11 | | | | | $1,323.25 | $237,102.82 | | -$5,558.34 | $57.73 | $1,323.25 | |
| 06/30/16 | | | | Payment | 7/1/2016 | $0.00 | $373.96 | $395.17 | $537.98 | | -$1,307.11 | $236,728.86 | | -$5,020.36 | $57.73 | $16.14 | |
| 06/30/16 | | -$16.14 | | Payment Return | 7/1/2016 | $0.00 | | | | | -$16.14 | $236,728.86 | | -$5,020.36 | $57.73 | $0.00 | |
| 07/01/16 | $1,419.44 | | | Payment Due | 7/1/2016 | $1,419.44 | | | | | | $236,728.86 | | -$5,020.36 | $57.73 | $0.00 | Payment amount matches payment change filed 5/11/2016. |
| 07/18/16 | | $1,419.44 | | Payment Posted To Suspense | 7/1/2016 | $1,419.44 | | | | | $1,419.44 | $236,728.86 | | -$5,020.36 | $57.73 | $1,419.44 | |
| 07/19/16 | | | | Payment | 8/1/2016 | $0.00 | $374.58 | $394.55 | $650.31 | | -$1,419.44 | $236,354.28 | | -$4,370.05 | $57.73 | $0.00 | |
| 08/01/16 | $1,419.44 | | | Payment Due | 8/1/2016 | $1,419.44 | | | | | | $236,354.28 | | -$4,370.05 | $57.73 | $0.00 | |
| 08/01/16 | | | -$1,203.32 | School Tax Disbursement | 8/1/2016 | $1,419.44 | | | -$1,203.32 | | | $236,354.28 | | -$5,573.37 | $57.73 | $0.00 | |
| 08/26/16 | | $1,419.44 | | Payment Posted To Suspense | 8/1/2016 | $1,419.44 | | | | | $1,419.44 | $236,354.28 | | -$5,573.37 | $57.73 | $1,419.44 | |
| 08/29/16 | | | | Payment | 9/1/2016 | $0.00 | $375.21 | $393.92 | $650.31 | | -$1,419.44 | $235,979.07 | | -$4,923.06 | $57.73 | $0.00 | |
| 08/31/16 | | $916.67 | | Principal Payment | 9/1/2016 | $0.00 | $916.67 | | | | $0.00 | $235,062.40 | | -$4,923.06 | $57.73 | $0.00 | Hamp Incentive |

| Date | Charge | Received | Disbursement | Description | Due Date | Amount | Principal | Interest | Escrow | Suspense In | Suspense | Principal Balance | | Escrow Balance | Fee | Suspense Balance | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/16 | $1,419.44 | | | Payment Due | 9/1/2016 | $1,419.44 | | | | | | $235,062.40 | | -$4,923.06 | $57.73 | $0.00 | |
| 09/26/16 | | $1,419.44 | | Payment Posted To Suspense | 9/1/2016 | $1,419.44 | | | | $1,419.44 | | $235,062.40 | | -$4,923.06 | $57.73 | $1,419.44 | |
| 09/28/16 | | | | Payment | 10/1/2016 | $0.00 | $377.36 | $391.77 | $650.31 | | -$1,419.44 | $234,685.04 | | -$4,272.75 | $57.73 | $0.00 | |
| 10/01/16 | $1,419.44 | | | Payment Due | 10/1/2016 | $1,419.44 | | | | | | $234,685.04 | | -$4,272.75 | $57.73 | $0.00 | |
| 10/19/16 | | | -$1,203.31 | School Tax Disbursement | 10/1/2016 | $1,419.44 | | | -$1,203.31 | | | $234,685.04 | | -$5,476.06 | $57.73 | $0.00 | |
| 10/24/16 | | $1,419.44 | | Payment Posted To Suspense | 10/1/2016 | $1,419.44 | | | | $1,419.44 | | $234,685.04 | | -$5,476.06 | $57.73 | $1,419.44 | |
| 10/24/16 | | | | Payment | 11/1/2016 | $0.00 | $377.99 | $391.14 | $650.31 | | -$1,419.44 | $234,307.05 | | -$4,825.75 | $57.73 | $0.00 | |
| 10/24/16 | | $1,419.44 | | Payment Posted To Suspense | 11/1/2016 | $0.00 | | | | $1,419.44 | | $234,307.05 | | -$4,825.75 | $57.73 | $1,419.44 | |
| 11/01/16 | $1,419.44 | | | Payment Due | 11/1/2016 | $1,419.44 | | | | | | $234,307.05 | | -$4,825.75 | $57.73 | $1,419.44 | |
| 11/30/16 | | | | Payment | 12/1/2016 | $0.00 | $378.62 | $390.51 | $650.31 | | -$1,419.44 | $233,928.43 | | -$4,175.44 | $57.73 | $0.00 | |
| 12/01/16 | $1,419.44 | | | Payment Due | 12/1/2016 | $1,419.44 | | | | | | $233,928.43 | | -$4,175.44 | $57.73 | $0.00 | |
| 12/29/16 | | | -$2,102.00 | Escrow Disbursement | 12/1/2016 | $1,419.44 | | | -$2,102.00 | | | $233,928.43 | | -$6,277.44 | $57.73 | $0.00 | |
| 01/01/17 | $1,400.67 | | | Payment Due | 12/1/2016 | $2,820.11 | | | | | | $233,928.43 | | -$6,277.44 | $57.73 | $0.00 | Payment amount matches amended payment change filed 12/12/2016. |
| 01/15/17 | | $18.50 | | Escrow Payment | 12/1/2016 | $2,820.11 | | | | $18.50 | $0.00 | $233,928.43 | | -$6,277.44 | $39.23 | $0.00 | Trustee disbursement |
| 01/17/17 | | | -$1,171.06 | School Tax Disbursement | 12/1/2016 | $2,820.11 | | | -$1,171.06 | | | $233,928.43 | | -$7,448.50 | $39.23 | $0.00 | |
| 01/31/17 | | | | Payment Posted To Suspense | 12/1/2016 | $2,820.11 | | | | | $0.00 | $233,928.43 | | -$7,448.50 | $39.23 | $0.00 | |
| 01/31/17 | | $1,931.63 | | Payment | 1/1/2017 | $888.48 | $379.25 | $389.88 | $1,162.50 | | $0.00 | $233,549.18 | | -$6,286.00 | $39.23 | $0.00 | |
| 02/01/17 | $1,400.67 | | | Payment Due | 1/1/2017 | $2,289.15 | | | | | | $233,549.18 | | -$6,286.00 | $39.23 | $0.00 | |
| 02/26/17 | | -$1,931.63 | | Payment Reversal | 12/1/2016 | $4,220.78 | -$379.25 | -$389.88 | -$1,162.50 | | $0.00 | $233,928.43 | | -$7,448.50 | $39.23 | $0.00 | |
| 02/26/17 | | | | Payment Posted To Suspense | 12/1/2016 | $4,220.78 | | | | | $0.00 | $233,928.43 | | -$7,448.50 | $39.23 | $0.00 | |
| 03/01/17 | $1,400.67 | | | Payment Due | 12/1/2016 | $5,621.45 | | | | | | $233,928.43 | | -$7,448.50 | $39.23 | $0.00 | |
| 03/03/17 | | $1,419.44 | | Payment | 1/1/2017 | $4,202.01 | $379.25 | $389.88 | $650.31 | | $0.00 | $233,549.18 | | -$6,798.19 | $39.23 | $0.00 | |
| 03/03/17 | | $1,400.67 | | Payment | 2/1/2017 | $2,801.34 | $379.88 | $389.25 | $631.54 | | $0.00 | $233,169.30 | | -$6,166.65 | $39.23 | $0.00 | |
| 03/03/17 | | $1,400.67 | | Payment | 3/1/2017 | $1,400.67 | $380.51 | $388.62 | $631.54 | | $0.00 | $232,788.79 | | -$5,535.11 | $39.23 | $0.00 | |
| 03/31/17 | | $1,400.67 | | Payment | 4/1/2017 | $0.00 | $381.15 | $387.98 | $631.54 | | $0.00 | $232,407.64 | | -$4,903.57 | $39.23 | $0.00 | |
| 04/01/17 | $1,400.67 | | | Payment Due | 4/1/2017 | $1,400.67 | | | | | | $232,407.64 | | -$4,903.57 | $39.23 | $0.00 | |
| 04/19/17 | | | -$1,171.05 | School Tax Disbursement | 4/1/2017 | $1,400.67 | | | -$1,171.05 | | | $232,407.64 | | -$6,074.62 | $39.23 | $0.00 | |
| 04/28/17 | | $1,400.67 | | Payment | 5/1/2017 | $0.00 | $381.78 | $387.35 | $631.54 | | $0.00 | $232,025.86 | | -$5,443.08 | $39.23 | $0.00 | |
| 05/01/17 | $1,400.67 | | | Payment Due | 5/1/2017 | $1,400.67 | | | | | | $232,025.86 | | -$5,443.08 | $39.23 | $0.00 | |
| 05/31/17 | | $1,400.67 | | Payment | 6/1/2017 | $0.00 | $382.42 | $386.71 | $631.54 | | $0.00 | $231,643.44 | | -$4,811.54 | $39.23 | $0.00 | |
| 06/01/17 | $1,400.67 | | | Payment Due | 6/1/2017 | $1,400.67 | | | | | | $231,643.44 | | -$4,811.54 | $39.23 | $0.00 | |
| 07/01/17 | $1,400.67 | | | Payment Due | 6/1/2017 | $2,801.34 | | | | | | $231,643.44 | | -$4,811.54 | $39.23 | $0.00 | |
| 07/03/17 | | $1,400.67 | | Payment | 7/1/2017 | $1,400.67 | $383.06 | $386.07 | $631.54 | | $0.00 | $231,260.38 | | -$4,180.00 | $39.23 | $0.00 | |
| 07/27/17 | | | -$1,183.51 | School Tax Disbursement | 7/1/2017 | $1,400.67 | | | -$1,183.51 | | | $231,260.38 | | -$5,363.51 | $39.23 | $0.00 | |
| 07/31/17 | | $1,400.67 | | Payment | 8/1/2017 | $0.00 | $383.70 | $385.43 | $631.54 | | $0.00 | $230,876.68 | | -$4,731.97 | $39.23 | $0.00 | |
| 08/01/17 | $1,400.67 | | | Payment Due | 8/1/2017 | $1,400.67 | | | | | | $230,876.68 | | -$4,731.97 | $39.23 | $0.00 | |
| 09/01/17 | $1,400.67 | | | Payment Due | 8/1/2017 | $2,801.34 | | | | | | $230,876.68 | | -$4,731.97 | $39.23 | $0.00 | |
| 09/05/17 | | $1,400.67 | | Payment | 9/1/2017 | $1,400.67 | $384.34 | $384.79 | $631.54 | | $0.00 | $230,492.34 | | -$4,100.43 | $39.23 | $0.00 | |
| 09/15/17 | | $15.38 | | Escrow Payment | 9/1/2017 | $1,400.67 | | | | $15.38 | $0.00 | $230,492.34 | | -$4,100.43 | $23.85 | $0.00 | Trustee disbursement |
| 09/29/17 | | $1,400.67 | | Payment | 10/1/2017 | $0.00 | $384.98 | $384.15 | $631.54 | | $0.00 | $230,107.36 | | -$3,468.89 | $23.85 | $0.00 | |
| 10/01/17 | $1,400.67 | | | Payment Due | 10/1/2017 | $1,400.67 | | | | | | $230,107.36 | | -$3,468.89 | $23.85 | $0.00 | |
| 11/01/17 | $1,525.09 | | | Payment Due | 10/1/2017 | $2,925.76 | | | | | | $230,107.36 | | -$3,468.89 | $23.85 | $0.00 | Payment amount matches payment change filed 9/26/2017, step rate per loan mod. |
| 11/02/17 | | $1,400.67 | | Payment | 11/1/2017 | $1,525.09 | $385.62 | $383.51 | $631.54 | | $0.00 | $229,721.74 | | -$2,837.35 | $23.85 | $0.00 | |
| 11/03/17 | | | -$1,183.50 | Escrow Disbursement | 11/1/2017 | $1,525.09 | | | -$1,183.50 | | | $229,721.74 | | -$4,020.85 | $23.85 | $0.00 | |
| 11/03/17 | | | -$2,172.00 | Escrow Disbursement | 11/1/2017 | $1,525.09 | | | -$2,172.00 | | | $229,721.74 | | -$6,192.85 | $23.85 | $0.00 | |

| Date | | | | Description | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/17 | | $1,525.09 | | Payment Posted To Suspense | 11/1/2017 | $1,525.09 | | | | | $1,525.09 | $229,721.74 | | -$6,192.85 | $23.85 | $1,525.09 | |
| 12/01/17 | $1,525.09 | | | Payment Due | 11/1/2017 | $3,050.18 | | | | | | $229,721.74 | | -$6,192.85 | $23.85 | $1,525.09 | |
| 12/01/17 | | | | Payment | 12/1/2017 | $1,525.09 | $319.25 | $574.30 | $631.54 | | -$1,525.09 | $229,402.49 | | -$5,561.31 | $23.85 | $0.00 | |
| 01/01/18 | $1,554.82 | | | Payment Due | 12/1/2017 | $3,079.91 | | | | | | $229,402.49 | | -$5,561.31 | $23.85 | $0.00 | Payment amount matches payment change filed 11/21/2017. |
| 01/02/18 | | $1,525.09 | | Payment Posted To Suspense | 12/1/2017 | $3,079.91 | | | | | $1,525.09 | $229,402.49 | | -$5,561.31 | $23.85 | $1,525.09 | |
| 01/09/18 | | | | Payment | 1/1/2018 | $1,554.82 | $320.04 | $573.51 | $631.54 | | -$1,525.09 | $229,082.45 | | -$4,929.77 | $23.85 | $0.00 | |
| 01/29/18 | | | -$1,177.28 | School Tax Disbursement | 1/1/2018 | $1,554.82 | | | -$1,177.28 | | | $229,082.45 | | -$6,107.05 | $23.85 | $0.00 | |
| 01/31/18 | | $1,554.82 | | Payment Posted To Suspense | 1/1/2018 | $1,554.82 | | | | | $1,554.82 | $229,082.45 | | -$6,107.05 | $23.85 | $1,554.82 | |
| 02/01/18 | $1,554.82 | | | Payment Due | 1/1/2018 | $3,109.64 | | | | | | $229,082.45 | | -$6,107.05 | $23.85 | $1,554.82 | |
| 02/01/18 | | | | Payment | 2/1/2018 | $1,554.82 | $320.84 | $572.71 | $661.27 | | -$1,554.82 | $228,761.61 | | -$5,445.78 | $23.85 | $0.00 | |
| 02/28/18 | | $1,554.82 | | Payment Posted To Suspense | 2/1/2018 | $1,554.82 | | | | | $1,554.82 | $228,761.61 | | -$5,445.78 | $23.85 | $1,554.82 | |
| 03/01/18 | $1,554.82 | | | Payment Due | 2/1/2018 | $3,109.64 | | | | | | $228,761.61 | | -$5,445.78 | $23.85 | $1,554.82 | |
| 03/01/18 | | | | Payment | 3/1/2018 | $1,554.82 | $321.65 | $571.90 | $661.27 | | -$1,554.82 | $228,439.96 | | -$4,784.51 | $23.85 | $0.00 | |
| 04/01/18 | $1,554.82 | | | Payment Due | 3/1/2018 | $3,109.64 | | | | | | $228,439.96 | | -$4,784.51 | $23.85 | $0.00 | |
| 04/02/18 | | $1,554.82 | | Payment Posted To Suspense | 3/1/2018 | $3,109.64 | | | | | $1,554.82 | $228,439.96 | | -$4,784.51 | $23.85 | $1,554.82 | |
| 04/03/18 | | | | Payment | 4/1/2018 | $1,554.82 | $322.45 | $571.10 | $661.27 | | -$1,554.82 | $228,117.51 | | -$4,123.24 | $23.85 | $0.00 | |
| 04/16/18 | | | -$1,177.28 | School Tax Disbursement | 4/1/2018 | $1,554.82 | | | -$1,177.28 | | | $228,117.51 | | -$5,300.52 | $23.85 | $0.00 | |
| 04/30/18 | | $1,554.82 | | Payment Posted To Suspense | 4/1/2018 | $1,554.82 | | | | | $1,554.82 | $228,117.51 | | -$5,300.52 | $23.85 | $1,554.82 | |
| 05/01/18 | $1,554.82 | | | Payment Due | 4/1/2018 | $3,109.64 | | | | | | $228,117.51 | | -$5,300.52 | $23.85 | $1,554.82 | |
| 05/03/18 | | | | Payment | 5/1/2018 | $1,554.82 | $323.26 | $570.29 | $661.27 | | -$1,554.82 | $227,794.25 | | -$4,639.25 | $23.85 | $0.00 | |
| 05/31/18 | | $1,554.82 | | Payment Posted To Suspense | 5/1/2018 | $1,554.82 | | | | | $1,554.82 | $227,794.25 | | -$4,639.25 | $23.85 | $1,554.82 | |
| 06/01/18 | $1,554.82 | | | Payment Due | 5/1/2018 | $3,109.64 | | | | | | $227,794.25 | | -$4,639.25 | $23.85 | $1,554.82 | |
| 06/01/18 | | | | Payment | 6/1/2018 | $1,554.82 | $324.06 | $569.49 | $661.27 | | -$1,554.82 | $227,470.19 | | -$3,977.98 | $23.85 | $0.00 | |
| 06/12/18 | | $17.14 | | Payment Posted To Suspense | 6/1/2018 | $1,554.82 | | | | | $17.14 | $227,470.19 | | -$3,977.98 | $23.85 | $17.14 | Trustee disbursement |
| 06/15/18 | | | | Escrow Payment | 6/1/2018 | $1,554.82 | | | | $17.14 | -$17.14 | $227,470.19 | | -$3,977.98 | $6.71 | $0.00 | |
| 06/29/18 | | $1,554.82 | | Payment Posted To Suspense | 6/1/2018 | $1,554.82 | | | | | $1,554.82 | $227,470.19 | | -$3,977.98 | $6.71 | $1,554.82 | |
| 07/01/18 | $1,554.82 | | | Payment Due | 6/1/2018 | $3,109.64 | | | | | | $227,470.19 | | -$3,977.98 | $6.71 | $1,554.82 | |
| 07/02/18 | | | | Payment | 7/1/2018 | $1,554.82 | $324.87 | $568.68 | $661.27 | | -$1,554.82 | $227,145.32 | | -$3,316.71 | $6.71 | $0.00 | |
| 07/31/18 | | $1,554.82 | | Payment Posted To Suspense | 7/1/2018 | $1,554.82 | | | | | $1,554.82 | $227,145.32 | | -$3,316.71 | $6.71 | $1,554.82 | |
| 08/01/18 | $1,554.82 | | | Payment Due | 7/1/2018 | $3,109.64 | | | | | | $227,145.32 | | -$3,316.71 | $6.71 | $1,554.82 | |
| 08/01/18 | | | | Payment | 8/1/2018 | $1,554.82 | $325.69 | $567.86 | $661.27 | | -$1,554.82 | $226,819.63 | | -$2,655.44 | $6.71 | $0.00 | |
| 08/27/18 | | | -$1,267.84 | School Tax Disbursement | 8/1/2018 | $1,554.82 | | | -$1,267.84 | | | $226,819.63 | | -$3,923.28 | $6.71 | $0.00 | |
| 09/01/18 | $1,554.82 | | | Payment Due | 8/1/2018 | $3,109.64 | | | | | | $226,819.63 | | -$3,923.28 | $6.71 | $0.00 | |
| 09/04/18 | | $1,554.82 | | Payment Posted To Suspense | 8/1/2018 | $3,109.64 | | | | | $1,554.82 | $226,819.63 | | -$3,923.28 | $6.71 | $1,554.82 | |
| 09/05/18 | | | | Payment | 9/1/2018 | $1,554.82 | $326.50 | $567.05 | $661.27 | | -$1,554.82 | $226,493.13 | | -$3,262.01 | $6.71 | $0.00 | |
| 10/01/18 | $1,554.82 | | | Payment Due | 9/1/2018 | $3,109.64 | | | | | | $226,493.13 | | -$3,262.01 | $6.71 | $0.00 | |
| 10/01/18 | | $1,554.82 | | Payment Posted To Suspense | 9/1/2018 | $3,109.64 | | | | | $1,554.82 | $226,493.13 | | -$3,262.01 | $6.71 | $1,554.82 | |
| 10/02/18 | | | | Payment | 10/1/2018 | $1,554.82 | $327.32 | $566.23 | $661.27 | | -$1,554.82 | $226,165.81 | | -$2,600.74 | $6.71 | $0.00 | |
| 10/18/18 | | | -$1,267.84 | School Tax Disbursement | 10/1/2018 | $1,554.82 | | | -$1,267.84 | | | $226,165.81 | | -$3,868.58 | $6.71 | $0.00 | |
| 11/01/18 | $1,602.97 | | | Payment Due | 10/1/2018 | $3,157.79 | | | | | | $226,165.81 | | -$3,868.58 | $6.71 | $0.00 | Payment amount matches payment change filed 8/31/2018, step rate per loan mod. |
| 11/01/18 | | $1,554.82 | | Payment Posted To Suspense | 10/1/2018 | $3,157.79 | | | | | $1,554.82 | $226,165.81 | | -$3,868.58 | $6.71 | $1,554.82 | |
| 11/02/18 | | | | Payment | 11/1/2018 | $1,602.97 | $328.14 | $565.41 | $661.27 | | -$1,554.82 | $225,837.67 | | -$3,207.31 | $6.71 | $0.00 | |
| 11/15/18 | | | -$2,253.00 | Escrow Disbursement | 11/1/2018 | $1,602.97 | | | -$2,253.00 | | | $225,837.67 | | -$5,460.31 | $6.71 | $0.00 | |
| 11/30/18 | | $1,602.97 | | Payment Posted To Suspense | 11/1/2018 | $1,602.97 | | | | | $1,602.97 | $225,837.67 | | -$5,460.31 | $6.71 | $1,602.97 | |
| 12/01/18 | $1,602.97 | | | Payment Due | 11/1/2018 | $3,205.94 | | | | | | $225,837.67 | | -$5,460.31 | $6.71 | $1,602.97 | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/03/18 | | | | Payment | 12/1/2018 | $1,602.97 | $306.53 | $635.17 | $661.27 | | -$1,602.97 | $225,531.14 | | -$4,799.04 | $6.71 | $0.00 | |
| 12/31/18 | $1,602.97 | | | Payment Posted To Suspense | 12/1/2018 | $1,602.97 | | | | | $1,602.97 | $225,531.14 | | -$4,799.04 | $6.71 | $1,602.97 | |
| 12/31/18 | $833.33 | | | Payment Posted To Suspense | 12/1/2018 | $1,602.97 | | | | | $833.33 | $225,531.14 | | -$4,799.04 | $6.71 | $2,436.30 | Hamp Incentive |
| 12/31/18 | $5,000.00 | | | Payment Posted To Suspense | 12/1/2018 | $1,602.97 | | | | | $5,000.00 | $225,531.14 | | -$4,799.04 | $6.71 | $7,436.30 | Hamp Incentive |
| 01/01/19 | $1,708.56 | | | Payment Due | 12/1/2018 | $3,311.53 | | | | | | $225,531.14 | | -$4,799.04 | $6.71 | $7,436.30 | Payment amount matches payment change filed 11/19/2018. |
| 01/02/19 | | | | Payment | 1/1/2019 | $1,708.56 | $307.39 | $634.31 | $661.27 | | -$1,602.97 | $225,223.75 | | -$4,137.77 | $6.71 | $5,833.33 | |
| 01/02/19 | | | | Principal Payment | 1/1/2019 | $1,708.56 | $5,833.33 | | | | -$5,833.33 | $219,390.42 | | -$4,137.77 | $6.71 | $0.00 | Hamp Incentive |
| 01/22/19 | | | -$1,222.56 | School Tax Disbursement | 1/1/2019 | $1,708.56 | | | -$1,222.56 | | | $219,390.42 | | -$5,360.33 | $6.71 | $0.00 | |
| 01/30/19 | $1,708.56 | | | Payment Posted To Suspense | 1/1/2019 | $1,708.56 | | | | | $1,708.56 | $219,390.42 | | -$5,360.33 | $6.71 | $1,708.56 | |
| 01/31/19 | | | | Payment | 2/1/2019 | $0.00 | $324.66 | $617.04 | $766.86 | | -$1,708.56 | $219,065.76 | | -$4,593.47 | $6.71 | $0.00 | |
| 02/01/19 | $1,708.56 | | | Payment Due | 2/1/2019 | $1,708.56 | | | | | | $219,065.76 | | -$4,593.47 | $6.71 | $0.00 | |
| 02/28/19 | $1,708.56 | | | Payment Posted To Suspense | 2/1/2019 | $1,708.56 | | | | | $1,708.56 | $219,065.76 | | -$4,593.47 | $6.71 | $1,708.56 | |
| 03/01/19 | | | | Payment | 3/1/2019 | $0.00 | $325.58 | $616.12 | $766.86 | | -$1,708.56 | $218,740.18 | | -$3,826.61 | $6.71 | $0.00 | |
| 03/01/19 | $1,708.56 | | | Payment Due | 3/1/2019 | $1,708.56 | | | | | | $218,740.18 | | -$3,826.61 | $6.71 | $0.00 | |
| 03/29/19 | $1,708.56 | | | Payment Posted To Suspense | 3/1/2019 | $1,708.56 | | | | | $1,708.56 | $218,740.18 | | -$3,826.61 | $6.71 | $1,708.56 | |
| 04/01/19 | | | | Payment | 4/1/2019 | $0.00 | $326.49 | $615.21 | $766.86 | | -$1,708.56 | $218,413.69 | | -$3,059.75 | $6.71 | $0.00 | |
| 04/01/19 | $1,708.56 | | | Payment Due | 4/1/2019 | $1,708.56 | | | | | | $218,413.69 | | -$3,059.75 | $6.71 | $0.00 | |
| 04/17/19 | | | -$1,222.56 | School Tax Disbursement | 4/1/2019 | $1,708.56 | | | -$1,222.56 | | | $218,413.69 | | -$4,282.31 | $6.71 | $0.00 | |
| 04/24/19 | | $14.71 | | Escrow Payment | 4/1/2019 | $1,708.56 | | | | $6.71 | $8.00 | $218,413.69 | | -$4,282.31 | $0.00 | $8.00 | Trustee disbursement |
| 04/30/19 | $1,708.56 | | | Payment Posted To Suspense | 4/1/2019 | $1,708.56 | | | | | $1,708.56 | $218,413.69 | | -$4,282.31 | $0.00 | $1,716.56 | |
| 05/01/19 | $1,708.56 | | | Payment Due | 4/1/2019 | $3,417.12 | | | | | | $218,413.69 | | -$4,282.31 | $0.00 | $1,716.56 | |
| 05/01/19 | | | | Payment | 5/1/2019 | $1,708.56 | $327.41 | $614.29 | $766.86 | | -$1,708.56 | $218,086.28 | | -$3,515.45 | $0.00 | $8.00 | |