# Exhibit B

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | AMENDED PROOF OF CLAIM |
|---|---|

| Name of Debtor: **Donna DeRosa-Ruquet and Scott Ruquet** Case Number: **14-17571-KCF** | |
|---|---|

NOTE*: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): **U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-3XS** | **COURT USE ONLY** |
|---|---|

| Name and address where notices should be sent: **America's Servicing Company** **ATTN: Bankruptcy Dept.** **MAC# D3347-014** **3476 Stateview Blvd.** **Fort Mill, SC 29715** Telephone number: WFHM 888-381-7953     email: pocnotifications@wellsfargo.com | ☒ Check this box if this claim amends a previously filed claim. **Court Claim Number: 19** (*if known*) Filed on:8/11/2014 |
|---|---|
| Name and address where payment should be sent (if different from above): **America's Servicing Company** **Attention: Payment Processing** **1 Home Campus** **MAC#x2302-04C** **Des Moines, Iowa 50328** Telephone number:  WFHM 888-381-7953     email: pocnotifications@wellsfargo.com | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars |

**1. Amount of Claim as of Date Case Filed:  $251,821.60**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☒ Check this box if the claim includes interest or other charges in addition to the principal amount of claim.  Attach a statement that itemizes interest or charges.

**2. Basis for Claim:     Money Loaned**
  (See Instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor: 1290** | **3a.  Debtor may have scheduled account as:** _____ (See instruction #3a) | **3b. Uniform Claim Identifier (optional):** **WFCMGA1417571NJM05941290** (See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
**Nature of Property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☐ Other
**Describe: 226 Potters Drive, Bayville, NJ 08721**

**Value of Property:     Annual Interest Rate: 2.000%**  [ **X** ] Fixed  or  [   ] Variable
**(when case was filed)**

**Amount of arrearage and other charges, as of time case filed, included in secured claim, If any:             $4,827.93**

**Basis for Perfection:     Mortgage**

**Amount of Secured Claim: $251,821.60**

**Amount Unsecured: _____**

**5.  Amount of Claim Entitled to Priority under 11 U.S.C. §507 (a).  If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier –11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

Case 14-17571-KCF Claim 19-2 Filed 10/06/14 Desc Main Document Page 2 of 45

B10 (Official Form 10) (04/13)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001 (c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor   ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Joel Ackerman, Esquire

Title:          Partner

Company:   Zucker, Goldberg & Ackerman, LLC      **/s/ Joel Ackerman, Esq.**                    September 24, 2014

                                                                                  (Signature)                                       (Date)

Address and telephone number (if different from notice address above)

200 Sheffield Street, Suite 101
P.O. Box 1024
Mountainside, NJ  07092

Telephone number:  908-233-8500      Email:  pocvalidations@zuckergoldberg.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.§§ 152 and 3571.

Case 14-17571-KCF Claim 19-2 Filed 10/06/14 Desc Main Document Page 3 of 45

B10 (Attachment A) (12/11)

# Mortgage Proof of Claim Attachment

**If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim.** See Bankruptcy Rule 3001(c)(2).

| | | | |
|---|---|---|---|
| **Name of Debtor:** | Donna DeRosa-Ruquet and Scott Ruquet | **Case number:** | **14-17571-KCF** |
| **Name of Creditor:** | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-3XS | **Last four digits** of any number you use to identify the debtor's account: | **1290** |

## Part 1: Statement of Principal and Interest Due as of the Petition Date

**Itemize the principal and interest due on the claim as of the petition date** (included in the Amount of Claim listed in Item 1 on your Proof of Claim form).

1. **Principal due**                                                                   (1)   $249,922.66

2. **Interest due**

| Interest Rate | From | To | Amount | | |
|---|---|---|---|---|---|
| **2.000%** | 2/1/2014 | **4/17/2014** | $1,065.88 | | |
| | | | $ | | |
| | | | $ | | |
| **Total interest due as of the petition date** | | | $1,065.88 | (2)+ | $1,065.88 |

3. **Total principal and interest due (for an itemized payoff as of the date of filing see Exhibit A attached)**        (3)   **$250,988.54**

## Part 2: Statement of Prepetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges due on the claim as of the petition date** (included in the Amount of Claim listed in Item 1 on the Proof of Claim form).

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. **Late charges** | 5/16/2013, 9/16/2013, 4/16/2014-3 @ $38.46; Credit- $25.00 | (1) | $ 90.38 |
| 2. **Non-sufficient funds (NSF) fees** | | (2) | $0.00 |
| 3. **Attorney's fees** | | (3) | $ 0.00 |
| 4. **Filing fees and court costs** | | (4) | $ 0.00 |
| 5. **Advertisement costs** | | (5) | $0.00 |
| 6. **Sheriff/auctioneer fees** | | (6) | $0.00 |
| 7. **Title costs** | | (7) | $0.00 |
| 8. **Recording fees** | | (8) | $0.00 |
| 9. **Appraisal/broker's price opinion fees** | | (9) | $0.00 |
| 10. **Property inspection fees** | | (10) | $0.00 |
| 11. **Tax advances (non-escrow)** | | (11) | $0.00 |
| 12. **Insurance advances (non-escrow)** | | (12) | $0.00 |
| 13. **Escrow shortage or deficiency** (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $2,220.87 |
| 14. **Property preservation expenses. Specify**: | | (14) | $0.00 |

15. **Other. Specify**: Bankruptcy Attorney Fees*                                  (15)  $  0.00

16. **Other. Specify**:                                  (16)  $  0.00

17. **Other. Specify**:                                  (17)  $0.00

18. **Total prepetition fees, expenses, and charges. Add all of the amounts listed above.**   (18)  $2,311.25

B10 (Attachment A) (12/11)                                                                              Page 2

## Part 3. Statement of Amount Necessary to Cure Default as of the Petition Date

**Does the installment payment amount include an escrow deposit?**

☐  No

☒  Yes. Attach to the Proof of Claim form an escrow account statement prepared as of the petition date in a
form consistent with applicable nonbankruptcy law.

1. **Installment payments due 3/1/2014-4/1/2014**

   Date last payment received by creditor        March 17, 2014

   Number of installment payments due

   (1)  2

2. **Amount of P & I installment payments due**

   2  Installments @  $769.13     $1,538.26

   **Amount of Escrow installment payments due**

   2  Installments @  $489.21     $978.42

   | | | |
   |---|---|---|
   | **Total installment payments due as of the petition date** | $2,516.68 | $2,516.68 |

3. **Calculation of cure amount**

   | | |
   |---|---|
   | **Add total prepetition fees, expenses, and charges** | $2,311.25 |
   | **Subtract total of unapplied funds** (funds received but not credited to account) | ($0.00) |
   | **Subtract amounts for which debtor is entitled to a refund** | ($0.00 ) |
   | **Total amount necessary to cure default as of the petition date** | $4,827.93 |

**\*\*The current Post Monthly Payment Amount is: $1,260.46- effective 5/1/2014**

**Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.**

**Note:**

**1) This proof of claim may show a deposit for sheriff's costs and/or commissions. As of today we have not been advised by the sheriff of the exact amount, if any, that has been used for a sheriff sale. Once the sheriff advises our office of any refund, we will file an amended proof of claim reflecting same.**

**2) In addition, the Secured Creditor reserves the right to claim any increase in the value of its collateral, if such increase shall effect the amount due the Secured Creditor, pursuant to In re Barbosa 235 F.3d 31 (1st Cir 2000).**

*In the event this Chapter 13 has been filed and there is no stay in effect, if the automatic stay is subject to expiring, or the Secured Creditor objects to any treatment in the plan, this claim is being filed for information purposes only and is not a waiver of the Secured Creditor's rights regarding the limitation, nonexistence of the automatic stay or any other legal rights the Secured Creditor may have.*

**\*Post-petition pre-confirmation for Joel Ackerman, Esq.; Brian Nicholas, Esq.; Frances Gambardella, Esq; Denise Carlon, Esq; Steven D. Krol, Esq. and/or Michael Ackerman, Esq. including: review of plan; objection to plan (if applicable); preparation and filing of POC (if applicable); appearance at confirmation hearing; etc. NOTE: This line item may not include the entire fee incurred by or charged to the secured creditor in which case secured creditor reserves the right to apply for any additional fees and costs in excess of the Local Rules by fee application. This reimbursement is requested pursuant to D.N.J. LBR 2016-1(j)(3) and the claimant certifies that all the requirements for the allowance of this fee have been met.**

## ATTACHMENT B

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

IN RE:  **Donna DeRosa-Ruquet**     CASE NO.  **14-17571-KCF**          CHAPTER  **13**
**and Scott Ruquet**

**Itemization of Claim of U.S. Bank National Association, as Trustee, successor in interest to Bank of America,  National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-3XS  Its Successors and/or Assigns**

**A. Total Debt as of April 17, 2014**

| | |
|---|---|
| • **Principal balance** | $249,922.66 |
| • **Interest from February 1, 2014 to April 17, 2014** | $1,065.88 |
| • **Late Charges** | $ 90.38 |
| • **Escrow Advance** | $ 742.68 |
| • **Pre-petition Foreclosure Attorney Fees** | $  0.00 |
| • **Pre-petition Foreclosure Attorney Costs** | $  0.00 |
| • **Bankruptcy Attorney Fees*** | $  0.00 |
| • **Attorney Fees and Costs for previous Bankruptcy, if applicable Case # n/a** | $0.00 |
| • **Other Amounts for Inspec Fees, Appr Fees, NSF Charges, and Other Charges** | $  0.00 |
| • **Debtor's Unapplied Funds Balance** | ($  0.00) |
| **SUB TOTAL** | $251,821.60 |
| • **Interest at Contract Rate Over Life of Plan (Applicable if Pay off Case)** | $  0.00 |
| **TOTAL DEBT** | $251,821.60 |

**\*Post-petition pre-confirmation for Joel Ackerman, Esq.; Brian Nicholas, Esq.; Frances Gambardella, Esq; Denise Carlon, Esq; Steven D. Krol, Esq. and/or Michael Ackerman, Esq. including: review of plan; objection to plan (if applicable); preparation and filing of POC (if applicable); appearance at confirmation hearing; etc.  NOTE: This line item may not include the entire fee incurred by or charged to the secured creditor in which case secured creditor reserves the right to apply for any additional fees and costs in excess of the Local Rules by fee application.  This reimbursement is requested pursuant to D.N.J. LBR 2016-1(j)(3) and the claimant certifies that all the requirements for the allowance of this fee have been met.**

Case 14-17571-KCF    Doc 37-3    Filed 02/24/15    Entered 02/24/15 09:59:20    Desc Main
Document    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JOEL A. ACKERMAN
JA 4027
XCA 189435-1/sib

ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Secured Creditor
U.S. Bank National Association, as Trustee,
successor in interest to Bank of America,  National
Association, as Trustee, successor by merger to
LaSalle Bank National Association, as Trustee for
Morgan Stanley Mortgage Loan Trust 2007-3XS
200 Sheffield Street, Suite 101
P.O. Box 1024
Mountainside, NJ  07092-0024
1-908-233-8500

In Re:

Donna DeRosa-Ruquet and Scott Ruquet

Order Filed on February 24, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  14-17571-KCF
Adv. No.:
Hearing Date:  December 22, 2014 @
9:00am

Judge:  Kathryn Ferguson

**CONSENT ORDER RESOLVING DEBTOR'S OBJECTION TO U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA,
NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE
BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY
MORTGAGE LOAN TRUST 2007-3XS' CLAIM (#19-2) AND CURING PRE PETITION
ESCROW SHORTAGE OUTSIDE THE CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED**

**DATED: February 24, 2015**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2

Debtor:           Donna DeRosa-Ruquet and Scott Ruquet
Case No.:         14-17571-KCF
Caption:          **CONSENT ORDER RESOLVING DEBTOR'S OBJECTION TO U.S. BANK
                  NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO
                  BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE,
                  SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION,
                  AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2007-
                  3XS' CLAIM (#19-2) AND CURING PRE PETITION ESCROW SHORTAGE
                  OUTSIDE THE CHAPTER 13 PLAN**

This matter having been brought before the Court by *Pro Se*, Debtor, upon a consent order to reduce the Secured Creditor's Proof of Claim as to real property located at 226 Potters Drive, Berkeley, NJ, and it appearing that notice of said motion was properly served upon all parties concerned and this Court having considered the representations of the Debtor and ZUCKER, GOLDBERG & ACKERMAN, attorneys for Secured Creditor, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-3XS, JOEL ACKERMAN appearing, and for good cause having been shown;

It is **ORDERED, ADJUDGED and DECREED** that the balance of the pre-petition escrow shortage in the amount of $2,220.87 be paid by the Debtors forwarding to the Secured Creditor, in addition to their regular monthly mortgage payment, the sum of $61.70 per month, which additional payment shall begin March 1, 2015 and continue for a period of 36 months until the arrears outside the Debtors plan are cured; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that for the duration of the Debtor's(s') Chapter 13 bankruptcy proceeding, if any of the above escrow shortage payments are not made within thirty (30) days of the date said payment is due, the Secured Creditor may obtain an Order Vacating Automatic Stay As To Real Property by submitting a Certification to the Court indicating any such payment is more than thirty (30) days late

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Debtor continue to make regular mortgage payments, outside the Chapter 13 Plan, directly to the Secured Creditor's servicer at Wells Fargo Bank, N.A., Attention: Bankruptcy Payment Processing/MAC#X2302-04C, Des Moines, IA 50328, and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the two post petition payments made by Debtor shall be applied to the pre-petition monthly payments included in the proof of claim, and loan is now post current and due for February 2015;

Page 3
Debtor:            Donna DeRosa-Ruquet and Scott Ruquet
Case No.:          14-17571-KCF
Caption:           **CONSENT ORDER RESOLVING DEBTOR'S OBJECTION TO U.S. BANK
                   NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO
                   BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE,
                   SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION,
                   AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2007-
                   3XS' CLAIM (#19-2) AND CURING PRE PETITION ESCROW SHORTAGE
                   OUTSIDE THE CHAPTER 13 PLAN**

It is **FURTHER ORDERED, ADJUDGED** and **DECREED** that for the duration of the Debtor's(s') Chapter 13 bankruptcy proceeding, if any of the regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, the Secured Creditor may obtain an Order Vacating Automatic Stay As To Real Property by submitting a Certification to the Court indicating any such payment is more than thirty (30) days late; (Note: The amount of the monthly mortgage payment is subject to change according to the terms of the mortgage); and

It is **FURTHER ORDERED, ADJUDGED** and **DECREED** that a copy of any application, supporting certification, and proposed Order must be served on the Trustee, Debtor(s) and Debtors' counsel at the time of submission to the Court; and

It is **ORDERED, ADJUDGED and DECREED** that the Secured Creditor's Proof of Claim is hereby reduced from $4,827.93 to $98.38; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Bankruptcy Trustee shall adjust and amend the Proof of Claim to set forth the amount due Secured Creditor as the amount set forth in the within Order; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor's Proof of Claim shall be secured as amended above.

I hereby agree and consent to the above terms and conditions:          Dated: 2/23/15

_____
Joel A. Ackerman, Esq.
Attorney for Secured Creditor

I hereby agree and consent to the above terms and conditions:          Dated: February 18, 2015

_____
Donna DeRosa-Roquet
*Pro Se* Debtor

# Claim Detail

 NATIONAL**DATA**CENTER

Case  1417571    Debtor1  DONNA DEROSA-RUQUET    Debtor2  SCOTT RUQUET    Trustee  RUSSO, ALBERT (ROBBINSVILLE, NJ)

## CLAIM DETAIL

| | |
|---|---|
| Claim Number | 19 |
| Claim Description | MORTGAGE ARREARAGES - SECURED |
| Claim Type Code | |
| Class Type Description | SECURED |
| Class Type Code | S |
| Level | 24 |
| Comment | P/226 POTTERS DR/1ST MTG/ORDER 2/24 |
| Account Number | 1290/7871 |
| Reference Number | 697139 |
| UCI | |
| Claim Start Payment Date | |
| Court Claim Number | 19-2 |
| Percent Paid | 100.0000 |
| Mortgage Due Date | |
| Final Report Category | Mortgage Arrears |
| Claim Status Description | |
| Claim Filed Date | 10/06/2014 |

## CLAIM AMOUNTS

| | |
|---|---|
| Claim Amount | $98.38 |
| Scheduled Amount | $249,000.00 |
| Monthly Payment | $0.00 |
| Collateral Value Amount | $0.00 |
| Principal Paid | $98.38 |
| Principal Owed | $0.00 |
| Principal Due Amount | $0.00 |
| Interest Rate % | 0.0000 |
| Interest Paid | $0.00 |
| Interest Due Amount | $0.00 |
| Trustee Percent | 0.0000 |

## CREDITOR INFORMATION

| | |
|---|---|
| Creditor Name | SPECIALIZED LOAN SERVICING LLC |
| Mailing Address | PO BOX 636007 |
| | LITTLETON, CO 80163 |
| Contact Name | |
| Phone Number | |
| Creditor Number | 94734 |

## FLAGS

| |
|---|
| No Check Indicator |
| Stop Disburse Indicator |
| Continuing Indicator |
| Reserve Indicator |

## CUSTOMER CLAIM TAG

**Payment Type**    Claim Identifier:  1290/7871    Comment:

### PAYMENT HISTORY

### CLAIM HISTORY

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 04/02/2019 | 2390419 | SPECIALIZED LOAN SERVICING LLC | PRINCIPAL (SYSTEM CHECK) | $14.71 | $98.38 |

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 06/04/2018 | 2369961 | SPECIALIZED LOAN SERVICING LLC | PRINCIPAL (SYSTEM CHECK) | $17.14 | $83.67 |
| 09/01/2017 | 2350329 | SPECIALIZED LOAN SERVICING LLC | PRINCIPAL (SYSTEM CHECK) | $15.38 | $66.53 |
| 01/06/2017 | 2332386 | SPECIALIZED LOAN SERVICING LLC | PRINCIPAL (SYSTEM CHECK) | $18.50 | $51.15 |
| 04/01/2016 | 2308370 | AMERICAS SERVICING CO | PRINCIPAL (SYSTEM CHECK) | $16.14 | $32.65 |
| 07/01/2015 | 2285118 | AMERICAS SERVICING COMPANY | PRINCIPAL (SYSTEM CHECK) | $16.51 | $16.51 |