# Exhibit C



**ASC**
AMERICA'S SERVICING COMPANY

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

Long

| | |
|---|---|
| Statement date | 06/16/14 |
| Loan number | ▇▇▇▇▇ |
| Property address | |
| 226 POTTERS DR | |
| BAYVILLE NJ 08721 | |

**Customer Service** 🖵 Online
mortgageaccountonline.co

📠 Fax
1-866-453-6315

☎ Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon – Fri 7 a.m. – 8 p.m CT

📠 Payments
PO Box 14507
Des Moines IA 50306

We accept telecommunications relay service calls.

<u>PLEASE NOTE:</u> If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

▇▇▇▇▇▇▇▇▇▇▇▇▇

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721-2527

The summaries below are based on the terms of your loan and are provided for informational purposes only.

### Payment summary

| | |
|---|---|
| Principal | $359.09 |
| Interest | $410.04 |
| Escrow | $491.33 |
| Current monthly payment 07/01/14 | $1,260.46 |
| Unpaid payment(s) 05/01/14 - 06/01/14 | $2,520.92 |
| Unpaid late charge(s) | $90.38 |
| **Total Payment** | **$3,871.76** |

### Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $246,741.69 |
| Unpaid second principal balance[2] | $2,466.97 |
| Unapplied funds balance[3] | $34.91 |
| Escrow balance | $3,474.14- |
| (Contact Customer Service for your payoff balance) | |
| Interest rate[4] | 2.000% |
| Maturity date | 10/52 |

### Year to date summary[5]

| | |
|---|---|
| Total received* | $6,845.9 |
| Principal | $1,780.5 |
| Interest | $2,065.0 |
| Escrow | $2,500.2 |
| Taxes disbursed | $2,158.7 |

*This total may include the Unapplied funds balance from the Balance summary section.

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is ess than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, ie will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

### Important messages

This statement is for informational purposes only. Our records indicate that your loan is subject to bankruptcy. The attached coupon reflects the calendar due date, not the contractual due date of the bankruptcy case. If you have any questions regarding your loan, please contact your bankruptcy attorney or our office.

### Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 05/14 | Payment | | $357.30 | $411.83 | $491.33 | Unapplied $1,260.46- |
| 05/13 | Funds received | $1,260.46 | | | | Unapplied $1,260.46 |
| 05/07 | Payment | | $356.70 | $412.43 | $491.33 | Unapplied $1,260.46- |
| 04/29 | Payment reversal | | $356.70- | $412.43- | $526.24- | Unapplied $1,295.37 |
| 04/29 | Misc disburse | | | | $2,634.76- | BERKELEY TWP (1) |
| 04/24 | City tax payment | | | | $1,079.36- | BERKELEY TWP (1) |
| 04/21 | Payment | $1,295.37 | $356.70 | $412.43 | $526.24 | |
| 04/16 | Late fee assessed | | | | | $38.46- |
| 03/17 | Payment | $1,295.37 | $356.11 | $413.02 | $526.24 | |
| 02/17 | Payment | $1,264.81 | $355.52 | $413.61 | $495.68 | |
| 01/16 | Payment | $1,264.81 | $354.93 | $414.20 | $495.68 | |
| 01/15 | City tax payment | | | | $1,079.37- | BERKELEY TWP (1) |
| 12/16 | Payment | $1,264.81 | $354.34 | $414.79 | $495.68 | |

Late charges are assessed after the close of business on the assessment date and only after all payments received

*Continued on the next page*

TRA3-D-012222/001853 AGRRTE S1-ET-M1-C003 1

```
TRFF94          LIEN INTEREST CALCULATION
********************************************************************
BLK.SFX  1342       LOT.SFX    38       QUAL             INT. TO 06/23/14
PLOC: 226 POTTERS DR                    US BANK CUST FOR PRO CAPITAL I LLC
NAME RUQUET, SCOTT T & DONNA J D        50 S 16TH STREET STE 1950
COMMENTS                                PHILADELPHIA, PA          19102
CERT.12-0476  DATE 10/03/12 CERT.AMT.       784.98 PREM    400.00
=========================================================RATE=       .00
CODE    DESCRIPTION                 DUE DATE     AMOUNT DUE      INTEREST

003    COST                         10/03/12        15.39           .00
016    WATER PRINCIPAL              10/03/12       696.46           .00
017    WATER INTEREST               10/03/12        73.13           .00
006    RECORDING FEE                10/18/12        30.00           .00
007    SEARCH FEE                   10/18/12        12.00           .00
013    SEWER PRINCIPAL-SUB YEARS    07/10/13       564.38         43.01
013    SEWER PRINCIPAL-SUB YEARS    11/21/13       175.74          9.73
016    WATER PRINCIPAL              02/21/14       855.38         52.17
013    SEWER PRINCIPAL-SUB YEARS    02/25/14        86.57          5.10
           2%   PENALTY =      15.70            2809.05         110.01
       ******GRAND-TOTAL      2634.76
```

05/16/14 79-0005     $2634.76 CHK 11

*Need*
*K √*
*P √*

Berkeley Township Tax Collector
P.O. Box B
627 Pinewald-Keswick Road
Bayville, N.J. 08721

WARNING - THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND WITH A VOID FEATURE

**MORTGAGE SERVICES**

P.O. Box 10335
Des Moines, IA 50306-0335

FOR PAYMENT OF MISCELLANEOUS ESCROW

Two Thousand Six Hundred Thirty Four and 76/100 Dollars

MORTGAGE SERVICES
WELLS FARGO BANK N.A.
ESCROW DISBURSEMENT

QOM      P24      290298005
1127131280
1-877-222-7875

| CHECK NO. | | MC |
|---|---|---|
| 1003160837 | 17-1 / 910 | 04/ |

| AMOUNT |
|---|
| $2,634.7 |

PAY TO
THE ORDER
OF

BERKELEY TWP (1)
DEPT TAX COLLECTOR
PO BOX B
BAYVILLE, NJ 08721

_____
AUTHORIZED SIGNATURE

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE END

Berkeley Township Tax Collector
P.O. Box B
627 Pinewald-Keswick Road
Bayville, N.J. 08721

TOWNSHIP OF BERKELEY
627 PINEWALD-KESWICK ROAD
P.O. BOX B
BAYVILLE, NJ 08721
TEL (732)244-7400 FAX (732)736-1747

REQUISITION
NO.

R1401553

| S H I P  T O | TAX COLLECTOR (732-244-7400)<br>627 PINEWALD KESWICK ROAD<br>BAYVILLE NJ 08721<br>BERKELEY TOWN HALL ROOM # 101 |
|---|---|

ORDER DATE: 05/27/14
DELIVERY DATE:
STATE CONTRACT:
F.O.B. TERMS:

| V E N D O R | VENDOR #: USBANKC<br>US BANK CUS PRO CAP I, LLC<br>SUITE 1950<br>50 SOUTH 16TH. STREET<br>PHILADELPHIA, PA 19102 |
|---|---|

| QTY/UNIT | DESCRIPTION | ACCOUNT NO. | UNIT PRICE | TOTAL COST |
|---|---|---|---|---|
| 1.00 | REDEEM TSC#12-0476<br>BLOCK 1342 LOT 38 | ██████████ | 2,634.7600 | 2,634.76 |
| | CERT: 2509.05<br>INT: 110.01<br>2% PENALTY: 15.70 | | | |
| 1.00 | REDEEM TSC#12-0476 PREMIUM<br>BLOCK 1342 LOT 38 | ██████████ | 400.0000 | 400.00 |
| | TOTAL PREM: 400.00 | | | |
| | | | TOTAL | 3,034.76 |

Berkeley Township Tax Collector
P.O. Box B
627 Pinewald-Keswick Road
Bayville, N.J. 08721

REQUESTING DEPARTMENT                    DATE

# CERTIFICATE OF SALE

## FOR UNPAID MUNICIPAL LIENS

56

**No.** 12-0476

I, GERALDINE DORSO TAX COLLECTOR , COLLECTOR OF TAXES of the taxing district of the TOWNSHIP of BERKELEY in the COUNTY of OCEAN and State of New Jersey, do hereby certify that on the 3RD day of OCTOBER .2012 at a public sale of lands for delinquent municipal liens, pursuant to the Revised Statutes of New Jersey, 1937, Title 54, Chapter 5, and the amendments and supplements thereto I sold to US BANK CUST FOR PRO CAPITAL I LLC

whose address is 50 S 16TH STREET STE 1950 PHILADELPHIA, PA 19102

for SEVEN HUNDRED EIGHTY FOUR dollars and 98 cents, the land in said taxing district described as Block No. 1342 Lot No. 38 , and known as 226 POTTERS DR BAYVILLE N J 08721-0287 , on the tax duplicate thereof and assessed thereon to RUQUET, SCOTT T & DONNA J D +LOTS 40,42,44 226 POTTERS DR BAYVILLE NJ 08721

## THE AMOUNT OF THE SALE WAS MADE UP OF THE FOLLOWING ITEMS:

| | AMOUNT | INTEREST | TOTAL |
|---|---|---|---|
| **Taxes For:** 2011 | | | |
| WATER SERVICE CHARGES | 696.46 | 73.13 | 769.59 |
| **Assessments For Improvements** | | | |
| COST OF SALE | | | 15.39 |
| PREMIUM | 400.00 | | 784.98 |

INSTR # 2012125339 OR BK 15382 PG 1975 12/07/2012 09:14:23 AM
SCOTT M. COLABELLA COUNTY CLERK, OCEAN COUNTY NEW JERSEY

Said sale is subject to redemption on repayment of the amount of sale, together with interest at the rate of .00 per centum per annum from the date of sale, and the costs incurred by the purchaser as defined by statute. The sale is subject to municipal charges accruing after 31ST DAY OF DECEMBER , 2011 ; municipal authority charges accruing after 31ST DAY OF DECEMBER , 2011 and assessment installments not yet due, amounting to dollars and interest thereon.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 10TH day of OCTOBER '2012

STATE OF NEW JERSEY
COUNTY OF: OCEAN

*Geraldine Dorso, CTC*

GERALDINE DORSO TAX COLLECTOR , COLLECTOR OF TAXES

(SEAL)

BE IT REMEMBERED, that on this 10TH day of OCTOBER 2012 before me a NOTARY PUBLIC of New Jersey, personally appeared GERALDINE DORSO TAX COLLECTOR the Collector of Taxes of the taxing district of TOWNSHIP OF BERKELEY in the County of OCEAN , who, I am satisfied, is the individual described herein, and who executed the above Certificate of Sale; and I having made known to him the contents thereof, he thereupon acknowledged to me that he signed, sealed and delivered the same as his voluntary act and deed, for the uses and purposes therein expressed.

Prepared By: *Geraldine Dorso, CTC*

GERALDINE DORSO TAX COLLECTOR.

Marion E. Heintjes
PREPARER, MARION E. HEINTJES , NOTARY PUBLIC
Notary Public of New Jersey
My Commission Expires
September 25, 2016

NOTE: NJSA 46:15-3 requires that all signatures appearing on the certificate of sale, the collector, the Notary Public who takes this acknowledgement, and the preparer shall be printed, typed or stamped underneath such signature the name of the person that signed.

DLGS Rev. 10/99

May 31, 2016
11:02 AM

TOWNSHIP OF BERKELEY
Lien Redemption Work Sheet

Page No: 1

---

| Certificate: 13-0670 | Owner: RUQUET, SCOTT T & DONNA J D | Type of Lien: Outside |
| Prop Loc: 226 POTTERS DR | Address: 226 POTTERS DR | Interest Rate: 18.00 |
| | BAYVILLE NJ 08721 | Apr 2: N |
| | | Premium: 0.00 |

| Block/Lot/Qual: 1342. 38. | | |
| Sale Date: 10/02/13 | Holder Name: US BANK CUST PRO CAP III, LLC | Holder Id: 00000002 |
| Redemption Calculation Date: 06/27/16 | Address: 50 S 16TH ST STE 1950 | |
| Include Current Charges: N | PHILADELPHIA, PA 19102 | |

---

**TAX SALE CERTIFICATE:**

| Balance Type | Principal | Interest | Total |
| --- | --- | --- | --- |
| Water | 885.69 | 93.00 | 978.69 |

|  | Cost: | 19.57 |
| --- | --- | --- |
| | Total Certificate: | 998.26 |
| #Days: 985 Per Diem: 0.499130 | Int on Cert: | 491.64 |
| | Redemption Penalty ( 2.00 %): | 19.97 |
| | Total: | 1,509.87 |

**SUBSEQUENT CHARGES:**

| Balance Type | Year | Prd | Date | Prin/Penalty | Interest Rate | Per Diem | #Days | Interest | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Sewer | 2014 | 1 | 09/23/14 | 177.32 | 8.00 | 0.039404 | 634 | 24.98 | 202.30 |
| | | | Total: | 177.32 | | | | 24.98 | 202.30 |

**BALANCE TYPE SUMMARY:**

| | Certificate Total & Subseq. Prin/Penalty | Interest | Total |
| --- | --- | --- | --- |
| Certificate Water | 978.69 | 482.00 | 1,460.69 |
| Total Water | 978.69 | 482.00 | 1,460.69 |
| | | | |
| Subseq Sewer | 177.32 | 24.98 | 202.30 |
| Total Sewer | 177.32 | 24.98 | 202.30 |
| | | | |
| Certificate Cost | 19.57 | 9.64 | 29.21 |

**LIEN REDEMPTION:**

| Principal: | 1,175.58 |
| --- | --- |
| Redemption Penalty ( 2.00 %): | 19.97 |
| Interest: | 516.62 |
| Recording Fees: | 30.00 |
| Other Fees: | 12.00 |
| TOTAL REDEMPTION: | 1,754.17 |

Total Per Diem: 0.538534

Berkeley Township Tax Collector
P.O. Box B
627 Pinewald-Keswick Road
Bayville, N.J. 08721

CASHIER'S CHECK

0002960473

May 24, 2016

**$1,754.17**

VOID IF OVER US $1754.17

PAY TO THE ORDER OF

***BERKELEY TWP***
01342 00038

***One Thousand Seven Hundred Fifty Four and 17/100 Dollars***

WELLS FARGO BANK, N.A.
Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306-0335
1-866-234-8271

AUTHORIZED SIGNATURE

Berkeley Township Tax Collector
P.O. Box B
627 Pinewald-Keswick Road
N.J. 08721

# CERTIFICATE OF SALE

**FOR UNPAID MUNICIPAL LIENS**

**CERTIFICATE No.** 13-0670

I, GERALDINE DORSO TAX COLLECTOR , COLLECTOR OF TAXES of the taxing district of the TOWNSHIP of BERKELEY in the COUNTY of OCEAN and State of New Jersey, do hereby certify that on the 2ND day of OCTOBER , 2013 at a public sale of lands for delinquent municipal liens, pursuant to the Revised Statutes of New Jersey, 1937, Title 54, Chapter 5, and the amendments and supplements thereto I sold to US BANK CUST PRO CAP III, LLC

whose address is 50 S 16TH ST STE 1950 PHILADELPHIA, PA 19102

for NINE HUNDRED NINETY EIGHT dollars and 26 cents, the land in said taxing district described as Block No. 1342 Lot No. 38 , and known as 226 POTTERS DR BAYVILLE N J 08721-0287 , on the tax duplicate thereof and assessed thereon to RUQUET, SCOTT T & DONNA J D +LOTS 40,42,44 226 POTTERS DR BAYVILLE NJ 08721

## THE AMOUNT OF THE SALE WAS MADE UP OF THE FOLLOWING ITEMS:

| | AMOUNT | INTEREST | TOTAL |
|---|---|---|---|
| **Taxes For:** 2012 | | | |
| WATER SERVICE CHARGES | 885.69 | | |
| **Assessments For Improvements** | | | |
| COST OF SALE | | | 19.57 |
| | | | 998.26 |

INSTR # 2014008853
OR BK 15739 PG 903
RECORDED 02/05/2014 10:14:41 AM
SCOTT M. COLABELLA, COUNTY CLERK
OCEAN COUNTY, NEW JERSEY

Said sale is subject to redemption on repayment of the amount of sale, together with interest at the rate of 18.00 per centum per annum from the date of sale, and the costs incurred by the purchaser as defined by statute. The sale is subject to municipal charges accruing after 31ST DAY OF DECEMBER , 2012 ; municipal authority charges accruing after 31ST DAY OF DECEMBER , 2012 and assessment installments not yet due, amounting to dollars and interest thereon.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 11TH day of OCTOBER , 2013 .

STATE OF NEW JERSEY
COUNTY OF: OCEAN

GERALDINE DORSO TAX COLLECTOR , COLLECTOR OF TAXES

SEAL

BE IT REMEMBERED, that on this 11TH day of OCTOBER 2013 before me a NOTARY PUBLIC of New Jersey, personally appeared GERALDINE DORSO TAX COLLECTOR , the Collector of Taxes of the taxing district of TOWNSHIP OF BERKELEY in the County of OCEAN , who, I am satisfied, is the individual described herein, and who executed the above Certificate of Sale; and I having made known to him the contents thereof, he thereupon acknowledged to me that he signed, sealed and delivered the same as his voluntary act and deed, for the uses and purposes therein expressed.

Prepared By: _____
GERALDINE DORSO TAX COLLECTOR , PREPARER

MARION E HEINTJES
Marion E. Heintjes
Notary Public of New Jersey
My Commission Expires
September 25, 2016 , NOTARY PUBLIC

NOTE: NJSA 46:15-3 requires that all signatures appearing on the certificate, those of the collector, the Notary Public who takes this acknowledgement, and the preparer shall be printed, typed or stamped underneath the signatures with the name of the person that signed.

DLGS Rev. 10/99