Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Donna DeRosa-Ruquet,<br>Scott Ruquet,,<br><br><br>                              Debtors. | Chapter 13<br><br>Case No. 14-17571-KCF<br><br>Hearing Date:<br><br>Judge: Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, Jessica Russo:

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for <u>McCalla Raymer Leibert Pierce, LLC</u> who represents the

   <u>Secured Creditor</u>.

   ☐ am the _____ in the above case and am representing myself.

2. On June 21, 2019, I caused a copy of the following pleadings and/or documents to be sent to

   the parties listed in the chart below:

   - Objection to Debtors' Motion for Order of Contempt and Sanctions and Objection to
     Notice of Payment Change
   - Exhibits 1 -8

3. I hereby certify under penalty of perjury that the above documents were sent using the mode

of service indicated.

June 21, 2019
Date

/s/ *Jessica Russo*
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Donna DeRosa-Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Scott Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| David E. Shaver<br>Broege, Neumann, Fischer & Shaver<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| U.S. Trustee | U.S. Trustee | ☐ Hand-delivered |

| | | |
|---|---|---|
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | | ☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other: NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |

\*   May account for service by fax or other means as authorized by the court through the
   issuance of an Order Shortening Time.