# EXHIBIT A

/16/16 08:49:26    Desc Main

Document    Page 1 of 6

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Donna DeRosa-Ruquet |
| Debtor 2 (Spouse, if filing) | Scott Ruquet |
| United States Bankruptcy Court for the: District of New Jersey (Trenton) | |
| Case number | 14-17571 |

**Official Form 410S1**

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:**  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-3XS

**Last 4 digits** of any number you use to identify the debtor's account:    1290

**Court claim no.** (if known):    19

| Date of payment change: Must be at least 21 days after date of this notice | 05/01/2016 |
|---|---|
| New total payment: Principal, interest, and escrow, if any | $1,470.81 |

**Uniform Claim Identifier:**  WFCMGA1417571NJM05941290

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment:    $590.54          New escrow payment:    $701.68

| Part 2: | Mortgage Payment Adjustment |
|---|---|

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate:                              New interest rate:

Current principal and interest payment:                      New principal and interest payment:

887316-8f4b3d28-8eed-4e0b-8aca-f4b9122f3894-

Debtor 1    Donna DeRosa-Ruquet _____    Case number (if known) ___14-17571___

## Part 3:    Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑    No

☐    Yes    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan
modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____    New mortgage payment: _____

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 4:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☐    I am the creditor.

☑    I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘    /s/ Rebecca Gouge Early _____    Date  03/16/2016 _____
VP Loan Documentation

Print: Rebecca Gouge Early _____    Title  VP Loan Documentation _____

Company    Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
Address    MAC X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715

Specific Contact Information:
P: 800-274-7025
E: NoticeOfPaymentChangeInquiries@wellsfargo.com

Case 14-17571-KCF   Doc   Filed 03/16/16   Entered 03/16/16 08:49:26   Desc Main
Document   Page 8 of 16

# UNITED STATES BANKRUPTCY COURT

District of New Jersey (Trenton)

Chapter 13 No. 14-17571

In re:

Donna DeRosa-Ruquet and Scott Ruquet

Judge: Chief Judge Kathryn C. Ferguson

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2016, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:                    Donna DeRosa-Ruquet
                           Scott Ruquet
                           226 Potters Drive
                           Bayville, NJ 08721


Trustee:                   Albert Russo
                           Standing Chapter 13 Trustee
                           CN 4853
                           Trenton, NJ 08650-4853


                                                /s/ Bill Taylor
                                                _____
                                                Authorized Agent

887316-1d088223-8e46-47ca-be63-a05886ec0c30-

Case 14-17571-KCF   Doc 173-1   Filed 07/23/19   Entered 07/23/19 22:54:02   Desc
Exhibit A - Escrow Account Disclosure   Page 5 of 7

Case 14-17571-KCF   Doc   Filed 03/16/16   Entered 03/16/16 08:49:26   Desc Main
Document   Page 4 of 6



**ASC**
AMERICA'S SERVICING COMPANY

PO Box 14547
Des Moines, IA 50306-4547

Page 1 of 3

### Escrow account disclosure statement and notice of new mortgage payment

| | |
|---|---|
| Loan number: | |
| Next payment due date: | December 01, 2015 |
| New payment effective date: | May 01, 2016 |
| New payment amount: | $1,470.81 |
| Shortage amount: | $5,893.21 |
| Principal balance: | $239,333.55 |
| Unpaid 2nd principal balance: | $2,186.97 |
| Interest rate: | 2.000% |
| Statement date: | February 24, 2016 |
| Account review period: | Apr 2015 – Apr 2016 |
| Customer service: | 1-800-842-7654 |
| Customer service hours: | Mon-Fri 7 a.m.-8 p.m. CT. |

We accept telecommunications relay service calls.

Property address:
226 POTTERS DR
BAYVILLE NJ 08721-2527

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE NJ 08721

Dear DONNA J DEROSA-RUQUET:

Each year, we review your escrow account to make sure the escrow portion of your scheduled mortgage payment covers your property taxes and/or insurance premiums. Increases or decreases in your annual taxes and/or insurance premiums may cause your mortgage payment amount to change. Here are the details of your most recent escrow account review.

Note: This notice is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make any escrow shortage payment, if applicable. This notice should not be construed as an attempt to collect a debt or a demand for payment contrary to any protection you may have received pursuant to your bankruptcy case.

### New escrow and mortgage payment amount

| New payment effective date May 01, 2016[1] | Current payment ($) | New payment ($) | |
|---|---|---|---|
| | | Option 1 | Option 2 |
| Principal and/or interest | 769.13 | 769.13 | 769.13 |
| Escrow payment | 509.42 | 537.98 | 537.98 |
| Escrow shortage/prepayment[2] | 81.12 | 0.00 | 163.70 |
| **Total payment amount** | **1,359.67** | **1,307.11** | **1,470.81** |

1. If you use one of our automatic payment options, we will adjust your electronic withdrawal(s) to ensure your May 01, 2016 payment is made in full.

2. If your current payment includes an amount to cover a previous escrow shortage, this amount will be added. If your current payment includes an adjustment for extra funds you deposited to your escrow account, this amount will be deducted.

The escrow disclosure indicates a shortage of $5,893.21. We have spread this amount over the next 36 months and included it in the new payment amount. However, any voluntary decision to pay the shortage in full will reduce the payment to $1,307.11. If you voluntarily choose to pay this shortage in full now, please detach this coupon and mail it along with the check to the address that appears on this statement.

### You may use either of the following options to restore your required account balance

| Option 1: Pay the entire shortage now | Option 2: Pay the shortage over 36 months No action required unless you use a bill pay or 3rd party payment service to pay your mortgage |
|---|---|
| Pay the entire escrow shortage amount of $5,893.21 using the shortage payment coupon and your new mortgage payment will be $1,307.11 | Pay the escrow account shortage of $5,893.21 in 36 payments of $163.70 which we've included in your new payment amount of $1,470.81. |

Attention bill pay and 3rd party payment service customers: Notify your service of the change to your mortgage payment.



**ASC**
AMERICA'S SERVICING COMPANY
DONNA J DEROSA-RUQUET

America's Servicing Company
PO Box 51119
Los Angeles, CA 90051-5419

### Shortage payment coupon for loan number:

Note: Due to changes in your taxes and insurance, your mortgage payment may increase even if you voluntarily decide to pay your shortage in full.

Your escrow account review indicates a shortage of $5,893.21. For your convenience, we have spread this amount over 36 months and included it in your new scheduled payment. However, you may choose to pay it in full and your mortgage payment will be $1,307.11.

If you choose to pay this shortage in full now, please detach this coupon and mail it along with your check to the address that appears on this coupon. Wells Fargo Bank, N. A. may clear your check electronically. Receipt of your check will authorize us to process your payment as an electronic debit to the account on which the check was written.

Please do not include this remittance with your mortgage payment.

Escrow shortage payment: $5,893.21
New mortgage payment if shortage is paid: $1,307.11

106         4 10 02 00135967 00130711 00725288 00589321 5

Page 2 of 3

**For informational purposes**                     Loan number: ▇▇▇▇▇▇

**The following information covers your projected escrow account activity from May 2016 to Apr 2017**

**Projected escrow account disbursements**
Annualized items to be paid from your escrow account ($):

| | |
|---|---|
| CITY TAX | 4,619.71 |
| HAZARD INS | 1,836.00 |
| Total disbursements | 6,455.71 |
| Scheduled escrow payment | 537.98[1] |

*1. Your escrow payment is calculated by dividing the total disbursements by 12.*

**Projected escrow account activity for the next 12 months**

| Date | Anticipated payments ($) To escrow | From escrow | Description | Escrow balance ($) Projected | Required |
|---|---|---|---|---|---|
| May 2016 | | | Starting balance | -4,342.16 | 1,551.05 |
| May 2016 | 537.98 | 0.00 | | -3,804.18 | 2,089.03 |
| Jun 2016 | 537.98 | 0.00 | | -3,266.20 | 2,627.01 |
| Jul 2016 | 537.98 | 1,158.60 | BERKELEY TWP | -3,886.82 | 2,006.39 |
| Aug 2016 | 537.98 | 0.00 | | -3,348.84 | 2,544.37 |
| Sep 2016 | 537.98 | 0.00 | | -2,810.86 | 3,082.35 |
| Oct 2016 | 537.98 | 1,183.51 | BERKELEY TWP | -3,456.39 | 2,436.82 |
| Nov 2016 | 537.98 | 0.00 | | -2,918.41 | 2,974.80 |
| Dec 2016 | 537.98 | 1,836.00 | TOWER GROUP | -4,216.43 | 1,676.78 |
| Jan 2017 | 537.98 | 1,138.80 | BERKELEY TWP | -4,817.25 | 1,075.96 |
| Feb 2017 | 537.98 | 0.00 | | -4,279.27 | 1,613.94 |
| Mar 2017 | 537.98 | 0.00 | | -3,741.29 | 2,151.92 |
| Apr 2017 | 537.98 | 1,138.80 | BERKELEY TWP | -4,342.11 | 1,551.10 |
| **Total** | **6,455.76** | **6,455.71** | | | |

These calculations indicate the projected escrow balance will be less than the required escrow balance. The resulting shortage is $5,893.21. If you choose to pay the shortage in full, the new payment will be $1,307.11.

The projected escrow account activity is based on the most recent tax and/or insurance information available as well as the assumption that your payments will be received as agreed.

*2. Projected low point. The point during the annual period at which the projected escrow balance will reach its lowest point.*

*3. Required escrow balance. To cover unanticipated disbursements, including increases to tax or insurance payments, there is a 2-month minimum escrow balance allowable by state law and/or your mortgage contract. This amount does not include mortgage insurance.*

- Your 2-month minimum escrow balance is **$1,075.96**
- State law requires that this minimum escrow balance not exceed **$1,075.96**
- *Note:* If you have an adjustable rate mortgage (ARM), you will receive a notice about your new mortgage payment when your ARM rate is scheduled to change.

**Information about your escrow account shortage**

| | |
|---|---|
| Your lowest projected escrow account balance (low point) ($) | 4,817.25- |
| Less your required minimum escrow account balance ($) | 1,075.96 |
| **This means your escrow account has a shortage of ($)** | **5,893.21** |

Page 3 of 3

For informational purposes                    Loan number: ▮▮▮▮▮▮

**The following information covers your escrow account history activity from Apr 2015 to Apr 2016**

| Date | Payments to escrow ($) Projected | Actual | Payments from escrow ($) Projected | Actual | Description | Escrow balance ($) Projected | Actual |
|---|---|---|---|---|---|---|---|
| Apr 2015 | | | | | Starting balance | 2,037.76 | 3,522.55- |
| Apr 2015 | 509.42 | 590.54[1] | 1,079.36 | 710.46[1] | BERKELEY TWP | 1,467.82 | 3,642.47- |
| May 2015 | 509.42 | 590.54[1] | 0.00 | 0.00 | | 1,977.24 | 3,051.93- |
| Jun 2015 | 509.42 | 590.54[1] | 0.00 | 0.00 | | 2,486.66 | 2,461.39- |
| Jul 2015 | 509.42 | 590.54[1] | 1,128.04 | 1,158.60[1] | BERKELEY TWP | 1,868.04 | 3,029.45- |
| Aug 2015 | 509.42 | 590.54[1] | 0.00 | 0.00 | | 2,377.46 | 2,438.91- |
| Sep 2015 | 509.42 | 0.00[1] | 0.00 | 0.00 | | 2,886.88 | 2,438.91- |
| Oct 2015 | 509.42 | 1,771.62[1] | 1,139.35 | 1,183.51[1] | BERKELEY TWP | 2,256.95 | 1,850.80- |
| Nov 2015 | 509.42 | 590.54[1] | 0.00 | 1,879.00[1] | NARRAGANSETT BAY INS C | 2,766.37 | 3,139.26- |
| Dec 2015 | 509.42 | 0.00[1] | 1,687.00 | 0.00[1] | NARRAGANSETT BAY INS C | 1,588.79 | 3,139.26- |
| Dec 2015 | 0.00 | 0.00 | 0.00 | 1,878.00[1] | TOWER GROUP | 1,588.79 | 5,017.26- |
| Jan 2016 | 509.42 | 0.00[1] | 1,079.37 | 1,138.80[1] | BERKELEY TWP | 1,018.84 | 6,156.06- |
| Feb 2016 est. | 509.42 | 1,771.62[1] | 0.00 | 0.00 | | 1,528.26 | 4,384.44- |
| Mar 2016 est. | 509.42 | 590.54[1] | 0.00 | 0.00 | | 2,037.68 | 3,793.90- |
| Apr 2016 est. | 0.00 | 590.54[1] | 0.00 | 1,138.80[1] | BERKELEY TWP | 2,037.68 | 4,342.16- |
| Totals | 6,113.04 | 8,267.56 | 6,113.12 | 9,087.17 | | | |

1. Indicates where a difference exists between the projected and actual account activity.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801



**Manage your mortgage payments easily with the Preferred Payment Plan℠**

- Schedule weekly, biweekly, semi-monthly or monthly payments
- Save time and money with free, secure withdrawals
- No due dates to remember or checks to write

It's free, secure and convenient. To enroll, call 1-866-386-8519.

**A guide to your escrow questions and answers is available at: wellsfargo.com/escrowquestions**