# EXHIBIT B



Specialized Loan
**Servicing**
Part of the Computershare Group

8742 LUCENT BOULEVARD, SUITE 300
HIGHLANDS RANCH, CO 80129

‖⋯‖‖⋅‖⋯‖‖⁝⁝⁝⁝‖⋅‖‖⁝‖⁝⁝‖‖‖‖‖⁝‖‖⁝⁝‖⁝⋯‖⁝⁝‖‖⁝⋯‖‖

DONNA J DEROSA-RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721

To obtain information about your account, contact us at:
1-800-306-6057. We accept calls from relay services on behalf
of hearing impaired borrowers.

**Mortgage Statement**
Statement Date: 05/17/19

| Account Number | |
| --- | --- |
| Payment Date | 06/01/19 |
| Payment Amount | $4,042.26 |

Property Address:
226 POTTERS DR
BAYVILLE, NJ 08721

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us.

### Explanation of Payment Amount (Post-Petition Payment)

| | |
| --- | --- |
| Principal | $329.26 |
| Interest | $612.44 |
| Escrow (for Taxes and Insurance) | $766.86 |
| **Regular Monthly Payment** | **$1,708.56** |
| Total Fees and Charges | $0.00 |
| Past Unpaid Amounts | $3,761.12 |
| Shortfall | $-1,427.42 |
| **Total Payment Amount** | **$4,042.26** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

### Breakdown of Past Payments

| | Paid Last Month | Paid Year to Date |
| --- | --- | --- |
| Principal | $327.41 | $7,444.86 |
| Interest | $614.29 | $3,096.97 |
| Escrow (Taxes and Insurance) | $766.86 | $3,728.71 |
| Fees/Charges/Optional Product | $0.00 | $0.00 |
| Suspense* | $14.71 | $79.00 |
| Total | $1,723.27 | $14,349.54 |

### **Account Information**

| | |
| --- | --- |
| Outstanding Principal | $218,086.28 |
| Deferred Principal | $2,466.97 |
| Escrow Balance | $-3,464.43 |
| Interest Rate (Until 09/01/52) | 3.37500% |
| Prepayment Penalty | No |
| Deferred Interest | $0.00 |
| Other Deferred Amounts | $0.00 |
| Uncollected Interest | $0.00 |

### Important Messages

We may not have received all of your mortgage payments due since you filed for bankruptcy.

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or Trustee if you have questions.

*Suspense: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.

If You Are Experiencing Financial Difficulty: You may contact the U.S. Department of Housing and Urban Development (HUD) for a list of homeownership counselors or counseling organizations in your area, call 1-800-569-4287 or go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| | | |
| --- | --- | --- |
| Paid Last Month | $14.71 | This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment. |
| Total Paid During Bankruptcy | $98.38 | |
| Current Balance | $0.00 | |

### Transaction Activity (04/18/19 to 05/17/19)

| Effective Date | Description | Total | Interest | Principal | Escrow (for Taxes and Insurance) | Optional Product | Fees/Charges | Suspense* |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Please see transaction history in detail starting with page 3 | | | | | | | |

## PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION AND DISCLOSURES.

142SLP0008 / R

142SL0101.MICRRegMid.el.d.3108/010365/019005

SPECIALIZED LOAN SERVICING LLC
PO BOX 636007
LITTLETON, CO 80163-6007

☐ Check if your address has changed and fill out form on reverse side, signature required.

LOAN NUMBER:
DATE: 05/17/19



226 POTTERS DR
BAYVILLE, NJ 08721