# EXHIBIT C

12:50 AT&T    33%

**View All Accounts**

◀ Previous  Next ▶

? **SPECIALIZED LOAN SERVI**

| Details | |
|---|---|
| ? Account # | ■■■■■■ |
| ? Original Creditor | - |
| ? Company Sold | - |
| ? Account Type | **Conventional Real Estate Loan, Including Purchase Money First** |
| ? Date Opened | **Oct 2006** |
| ? Account Status | **Closed** |
| ? Payment Status | **Debt included in or discharged through bankruptcy chapter 13** |
| ? Status Updated | **Mar 2017** |
| ? Usage | - |
| ? Balance | - |
| ? Balance Updated | **Mar 3, 2017** |
| ? Original Balance | **$270,000** |
| ? Monthly Payment | - |
| ? Past Due Amount | - |
| ? Highest Balance | - |
| ? Terms | **60 Months** |
| ? Responsibility | **Individual** |
| ? Your Statement | - |
| ? Comments | - |

? **Contact Information**

8742 LUCENT BLVD STE 300 HIGHLANDS RAN

? **Payment History**



**2017**

| Jan | Feb | Mar | Apr |
|---|---|---|---|
|  |  | FP |  |

| May | Jun | Jul | Aug |
|---|---|---|---|
|  |  |  |  |

| Sep | Oct | Nov | Dec |
|---|---|---|---|
|  |  |  |  |

 Failed to Pay

**Dispute** this account

**View All Accounts**

◀ Previous  Next ▶

Advertiser Disclosure: The offers that appear on this site are from third party companies ("our partners") from which Experian Consumer Services receives compensation, however the compensation does not impact how or where the products appear on this site. The offers on the site do not represent all available financial services, companies, or products.