| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>Attorneys for Secured Creditor<br>130 Clinton Road, Suite 202<br>Fairfield, NJ  07004<br>Telephone: 973-575-0707<br><br><br>Laura M. Egerman (LE-8250) | CASE NO.: 14-17571-KCF<br><br>CHAPTER 13<br><br>JUDGE: Kathryn C. Ferguson. |
| **In Re:**<br><br>**DONNA DEROSA-RUQUET and SCOTT RUQUET,**<br><br>     **Debtors.** | |

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

Debtor: Donna DeRosa-Ruquet & Scott Ruquet
Case No: 14-17571-KCF
Caption of Order: **Order Approving Loan Modification**

---

THIS MATTER having been brought to the Court on the motion of Laura M. Egerman, Esq., on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 seeking an Order Authorizing Entry of a FINAL Loan Modification Agreement concerning a mortgage on real property referenced on the loan modification attached to movant's motion, and the Court having considered the submissions; and the parties having been given timely notice; and for good cause shown:

1.     IT IS ORDERED Debtors are granted approval to enter into a final loan modification.

2.     IT IS ORDERED that, if pre-petition arrears are capitalized into the loan modification, Secured Creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order.  Upon receipt of an Amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3.     IT IS ORDERED that, if post-petition arrears are capitalized into the loan modification, Secured Creditor shall file an amended post-petition order within thirty (30) days of the date of this Order.  Upon receipt of the amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4.     IT IS FURTHER ORDERED that Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.