| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>Attorneys for Secured Creditor<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707<br><br>Laura M. Egerman (LE-8250) | CASE NO.: 14-17571-KCF<br><br>CHAPTER 13<br><br>JUDGE: Kathryn C. Ferguson |
| **In Re:**<br><br>**DONNA DEROSA-RUQUET and SCOTT RUQUET,**<br><br>     **Debtors.** | |

## CERTIFICATION OF SERVICE AND PROOF OF MAILING

1.  I, <u>Laura Egerman, Esq.</u>, represent Nationstar Mortgage LLC as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 in the above-captioned matter.

2.  On <u>August 6, 2019</u>, I caused a copy of the following pleadings and/or documents to the parties listed in the chart below: Motion to Approve Loan Modification with related exhibits; proposed order.

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:  August 6, 2019                          /s/  Laura Egerman_____
                                                      Laura Egerman, Esq.

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Javier L. Merino<br>DannLaw<br>372 Kinderkamack Road<br>Suite 5<br>Westwood, NJ 07675 | Debtors' Attorney | □ Hand Delivered<br>■ Regular Mail<br>□ Certified  Mail/RR<br>□ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other _____<br>  (as authorized by court*) |
| Alberto Russo<br>Chapter 13 Standing Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | □ Hand Delivered<br>■ Regular Mail<br>□ Certified  Mail/RR<br>□ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other _____<br>  (as authorized by court*) |
| Donna DeRosa-Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721<br><br>Scott Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721 | Debtors | □ Hand Delivered<br>■ Regular Mail<br>□ Certified  Mail/RR<br>□ E-Mail<br>□ Notice of Electronic Filing (NEF)<br>□ Other _____<br>  (as authorized by court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.