UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DONNA DEROSA-RUQUET
226 POTTERS DRIVE
BAYVILLE NJ 08721

DEBTOR PRO SE

In Re:

Nationstar Mortgage

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2019 AUG 19 P 12: 23

JEANNE A. NAUGHTON

BY: _____
/DEPUTY CLERK

| | |
|---|---|
| Case No.: | 14-17571 |
| Chapter: | 13 |
| Adv. No.: | None |
| Hearing Date: | TBD |
| Judge: | K. FERGUSON |

## CERTIFICATION OF SERVICE

1.  I, DONNA DEROSA-RUQUET:

     ☐ represent NAin this matter.

     ☐ am the secretary/paralegal for NA, who represents NA in this matter.

     ☐ am the DEBTOR in this case and am representing myself.

2.     On August 17, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

       Objection / Cross Motion in reposnse to Motion To Accept Modification

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    April 17, 2019

Click or tap here to enter text.

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| RAS Citron, LLC<br>130 Clinton Road<br>Fairflield NJ 07004<br><br>Att Laura Egerman | NA | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Chapter 13 Standing trustee<br>CN 4853<br>Trenton NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |