THE DANN LAW FIRM
BY: Javier L. Merino, Esq.
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
Telephone No. (201) 355-3440
Attorneys for Debtor

**Order Filed on August 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| IN RE: | x | UNITED STATES BANKRUPTCY COURT |
| | x | FOR THE DISTRICT OF NEW JERSEY |
| Donna DeRosa-Ruquet, | x | |
| Scott Ruquet, | x | CHAPTER 13 |
| | x | CASE NO.: 14-17571-KCF |
| Debtors | x | |
| | x | PROPOSED ORDER |
| | x | |

# ORDER FINDING SLS VIOLATED AUTOMATIC STAY AND DISCHARGE ORDER

The relief set forth on the following pages, numbered two (2) through two is **ORDERED**.

**DATED: August 20, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having come before the Court on Motion of Donna DeRosa-Ruquet (the "Debtor") for Sanctions and Contempt against the Specialized Loan Servicing, LLC ("SLS") and Debtor's Objection to SLS's Notice of Payment Change:

It is hereby ORDERED and ADJUDGED as follows:

1. The Debtor's Motion for Contempt is hereby GRANTED;

2. That SLS willfully violated the automatic stay pursuant to 11 U.S.C. § 362(a) of the Bankruptcy Code;

3. That SLS willfully violated the discharge injunction pursuant to 11 U.S.C. §727 of the Bankruptcy Code;

4. That the Debtor is entitled to actual damages in the amount of $5,893.21 pursuant to 11 U.S.C. § 362(k), 11 U.S.C. § 524, and 11 U.S.C. § 105. SLS shall remit a check in the amount of $5,893.21 payable to the Debtor within 21 days;

5. That the Debtor is awarded her reasonable attorneys' fees in an amount to be determined by the Court by separate order. Debtor's Counsel shall file his Application for Compensation within seven (7) days of entry of this Order; and

6. The Debtor's mortgage account with SLS is hereby deemed current through July 31, 2019 pursuant to 11 U.S.C. § 105. The Debtor is not responsible for any fees and charges before August 1, 2019. The Debtor shall timely tender the mortgage payment due for August 1, 2019 consistent with the terms of the Mortgage and SLS shall apply the Debtor's payment for the amounts due for August 1, 2019.

The Movant shall serve this order on the trustee, SLS and any other party who entered an appearance on the motion.