Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  14–17571–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Donna DeRosa–Ruquet
226 Potters Drive
Bayville, NJ 08721

Scott Ruquet
226 Potters Drive
Bayville, NJ 08721

Social Security No.:
   xxx–xx–0594

   xxx–xx–8070

Employer's Tax I.D. No.:

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 24, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 189 – 175
Order Granting Motion to Approve Loan Modification (Related Doc # 175) with DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004–5 ASSET–BACKED CERTIFICATES, SERIES 2004–5. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/23/2019. (ghm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 24, 2019
JAN: ghm

Jeanne Naughton
Clerk