UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Scott Ruquet**
**226 Potters Drive**
**Bayville, NJ 08721**

U.S BANKRUPTCY COURT
FILED
TRENTON, NJ

2020 JAN 13 A 11: 37

JEANNE A. NAUGHTON

BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| In Re: | Case No.: | 14-175-71-KCF |
| DeRosa-Ruquet *et al.*, | Chapter: | 13 |
| Debtors | | |
| | Hearing Date: | February 4, 2020 |
| | Judge: | Hon. Kathryn C. Ferguson |

## NOTICE OF MOTION TO ENFORCE MORTGAGE MODIFICATION

Scott Ruquet has filed papers with the court seeking the above-mentioned relief.

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:        February 4, 2020

Hearing Time:        2:00 PM

Hearing Location:    U.S. Bankruptcy Court 402 East State Street Trenton NJ 08608

Courtroom Number:  2

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: ___1/10/2020___
        January 10, 2020

_____
/Scott Ruquet