UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Scott Ruquet**
**226 Potters Drive**
**Bayville, NJ 08721**

U.S BANKRUPTCY COURT
FILED
TRENTON, NJ

2020 JAN 13 P 12: 19

JEANNE A. HAUGHTON

BY: _____
DEPUTY CLERK

In Re:

DeRosa-Ruquet *et al.*

    Debtors

| | |
|---|---|
| Case No.: | 14-17571-KCF |
| Chapter: | 13 |
| Hearing Date: | February 4, 2020 |
| Judge: | Hon. Kathryn C. Ferguson |

## CERTIFICATION OF SCOTT RUQUET

I, Scott Ruquet in the above captioned case, submit this Certification in support of the Motion For To Enforce The Mortgage Modification

### INTRODUCTION

Before filing this Motion debtor Scott Ruquet tried to settle this matter with the creditor with no success. Debtor Scott Ruquet also tried to discuss this matter with Counsel for the Creditor to no avail. Emails went unanswered and phone calls went unreturned. The debtor was left no choice but to seek relief with the Court.

### FACTUAL BACKGROUND

A. Creditor is a participant in debtor's bankruptcy case filed on April 14, 2014 [Claim 8-1, 8-2.]

B. The Creditor was also a participant in the debtor's bankruptcy case filed on December 21, 2010 under case number 10-49218-KCF [Doc. 1.] The underlying debt in debt in this matter was discharged under case number 10-49218-KCF [Doc 12.]

C. On November 6, 2016, debtor Scott Ruquet executed a loan Modification with the creditor in the amount of $138,983.34. [Exhibit A] This loan modification was approved by the Court on Motion by the creditor on 08/24/2019. [Doc. 183]

D. The maturity date, as stipulated by the Modification is in June of 2034. Once the Court approved the Modification, when the debtors asked why their principle payment was so low each month and further, with such low payments how their maturity date could possibly be reached, they were first told that they had a 49-year term, "...according to the computer." Then, when the debtors questioned this with Counsel for the creditor, they were told the obvious: there is no 49-year term offered with Modifications. Counsel also stated that this was a balloon Modification which is simply not the case. Their requests for the Amortization was denied repeatedly, until one very nice person in escrow requested it from the Subordination Department. Their requests to have their principle payments increased were denied

E. On December 18, 2019, the debtors received an email from the Subordination Department with an attached Amortization Schedule. It showed that a balloon payment in excess of $106,000.00 would remain due on the maturity date. [Exhibit B]

F. Presently, when the debtors call the creditor they are told that the $106,000 balloon payment is not really a balloon payment, rather it is a non-interest bearing principle balance. They have also been told any attempts to pay the balance down with additional funds each month will not result in any additional funds being applied to this balance.  When asked why this was never disclosed to the debtors, as required under RESPA and TILA, the creditor has no answer other than to say they will "open an inquiry."

G. Nothing in the Modification outlines or discloses any such type of arrangement and or balloon payment, nor does the Motion to Approve Loan Modification. [Doc. 175] As well, the creditor's actions are a violation of RESPA and TILA for failing to disclose these terms to the debtor, nor did the debtor sign anything that would make him bound to this balance that the creditor is now purporting to be  "non-interest bearing principle.

I certify under penalty of perjury that the above is true.

Date: ___1/10/2020_____

January 3, 2020

_____
// Scott Ruquet

After Recording Return To:
NATIONSTAR MORTGAGE LLC
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019
855-369-2410

This Document Prepared By:
Avra Habibija
NATIONSTAR MORTGAGE LLC
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019
888-480-2432

_____ [Space Above This Line For Recording Data] _____

Original Loan Amount: $140,800.00                                                    Loan No:
New Money: $621.20

# LOAN MODIFICATION AGREEMENT
### (Providing for Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this **19th day of October, 2016**, between **SCOTT RUQUET** ("Borrower") and **NATIONSTAR MORTGAGE LLC, whose address is 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019** ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), and Timely Payment Rewards Rider, if any, dated _____, _____ and recorded in Book/Liber **N/A**, Page **N/A**, Instrument No: **N/A**, of the Official Records of _____ County, NJ and (2) the Note, bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at **621 BAY BLVD, BAYVILLE, NJ 08721**, the real property described being set forth as follows:

**Tax Parcel No.:**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of **November 1, 2016**, the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$138,983.34**, consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.



*(page 1 of 4)*

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Commencing **November 01, 2016** and continuing through **October 31, 2018,** interest will be charged on the Unpaid Principal Balance at the yearly rate of **2.000%** (the "Rate Reduction Period"). Borrower promises to make monthly payments of principal and interest of U.S. **$420.88** beginning **December 1, 2016** during the Rate Reduction Period, after which, commencing on the **1st** day of **November, 2018,** the interest rate will be charged at **3.875%.** Principal and interest Borrower will pay thereafter may change in accordance of the terms of the original Note or terms of an active modification to the original Note. If on **June 1, 2034** (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.
If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument.

5. Borrower understands and agrees that:

   (a)   All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

   (b)   All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

   (c)   In the event that I was discharged in a Chapter 7 bankruptcy proceeding subsequent to the execution of the loan documents and did not reaffirm the mortgage debt under applicable law, Lender agrees that I will not have personal liability on the debt pursuant to this Agreement.




*(page 2 of 4)*

(d)     Our records indicate that you are the Debtor in an active bankruptcy proceeding. Please be advised that Court and/or Bankruptcy Trustee approval of this loan modification agreement may be required depending upon jurisdictional requirements. If approval of the loan modification is required, Nationstar will not honor the loan modification agreement until evidence of the required approval is provided.

(e)     Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

(f)     All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

(g)     Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

(h)     That I will execute such other documents as may be reasonably necessary to either (i) consummate the terms and conditions of this Agreement; or (ii) correct the terms and conditions of this Agreement if an error is detected after execution of this Agreement. I understand that either a corrected Agreement or a letter agreement containing the correction will be provided to me for my signature. At Lender's option, this Agreement will be void and of no legal effect upon notice of such error. If I elect not to sign any such corrective documentation, the terms of the original loan documents shall continue in full force and effect, such terms will not be modified by this Agreement, and I will not be eligible for a modification.

(i)     In the event of any action(s) arising out of or relating to this Agreement or in connection with any foreclosure action(s) dismissed as a result of entering into this Agreement, if permitted by applicable law, I will remain liable for and bear my own attorney fees and costs incurred in connection with any such action(s).

(j)     Borrower understands that the mortgage insurance premiums on the Loan, if applicable, may increase as a result of the capitalization which will result in a higher total monthly payment. Furthermore, the date on which the borrower may request cancellation of mortgage insurance may change as a result of the New Principal Balance.

 

*(page 3 of 4)*

In Witness Whereof, the Lender and I have executed this Agreement.

Date: 11/7/2016

**SCOTT RUQUET** -Borrower

**NATIONSTAR MORTGAGE LLC**

By: _____     (Seal) - Lender
Name: _____
Title: **Assistant Secretary**



11/22/16
Date of Lender's Signature

*(page 4 of 4)*

Loan No.: ████████
Borrower: SCOTT RUQUET

## AGREEMENT TO MAINTAIN ESCROW ACCOUNT

WHEREAS, SCOTT RUQUET ("Borrower") desires NATIONSTAR MORTGAGE LLC ("Lender") to collect payments from Borrower to be held by Lender for the payment of certain sums due in connection with Borrower's Note and Security Instrument, dated _____, _____, (hereinafter referred to as "Note" and "Security Instrument" respectively) currently held by Lender;

NOW THEREFORE, in consideration of the foregoing and the mutual covenants contained in this Agreement ("Agreement"), Borrower agrees to pay Lender, on the day Periodic Payments are due under the Note, until the Note is paid in full, or the Escrow Account is otherwise terminated pursuant to this Agreement or in accordance with applicable law, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over the Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under the Security Instrument; and (d) Mortgage Insurance Premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums.  These items are called "Escrow Items."  In the event that Borrower receives bills, assessments, invoices, or other requests for payment of Escrow Items, Borrower shall promptly furnish to Lender all such notices.

Borrower shall pay Lender the Funds for Escrow Items unless this Agreement is terminated either by Lender, or pursuant to applicable law.  In the event of termination, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require.  In the event Borrower is obligated to pay Escrow Items directly, and Borrower fails to pay the amount due for an Escrow Item, Lender may pay such amount in accordance with the terms of the Note and Security Instrument and Borrower shall then be obligated to repay Lender any such amount.  Additionally, if Borrower is obligated to pay Escrow Items directly, and Borrower fails to pay the amount due for an Escrow Item, Lender may, in accordance with applicable law, require Borrower to maintain an Escrow Account.

Borrower agrees to make an initial payment of Funds to establish the escrow account, which amount shall be based on an estimate of the amount and date of expenditures for future Escrow Items, or otherwise in accordance with the Real Estate Settlement Procedures Act ("RESPA").  The estimate of expenditures of future Escrow Items shall be made based on current data available to Lender.  Borrower acknowledges that the actual payments of Escrow Items may vary from the estimated amounts.

Lender will collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA.  Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with applicable law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity or in any Federal Home Loan Bank.  Lender shall apply the Funds to pay the Escrow Items no later than the time period specified under RESPA.  Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and applicable law permits Lender to make such a charge.  Unless agreed to in writing or applicable law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds.  Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA.  If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA.  If there is a deficiency

Loan No.: ██████████
Borrower: SCOTT RUQUET

of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument or termination of this Agreement, Lender shall promptly refund to Borrower any Funds held by Lender.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Agreement to Maintain Escrow Account.

SCOTT RUQUET -Borrower                                    Date: 11/7/2016



## ERRORS AND OMISSIONS/COMPLIANCE AGREEMENT

Loan Number ▮▮▮▮▮▮

Date: **October 19, 2016**

Borrower(s):    **SCOTT RUQUET**

Property Address:    **621 BAY BLVD, BAYVILLE, NJ 08721**

Lender:  **NATIONSTAR MORTGAGE LLC**

In consideration of **NATIONSTAR MORTGAGE LLC** (the "Lender") agreeing to modify the referenced loan (the "Loan") to the Borrower, the Borrower agrees that if requested by the Lender, the Borrower will correct, or cooperate in the correction of, any clerical errors made in any document or agreement entered into in connection with the modification of the Loan, if deemed necessary or desirable in the reasonable discretion of the Lender, to enable Lender to sell, convey, seek guaranty or market the Loan to any entity, including without limitation, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, the Federal Housing Authority, the Department of Veterans Affairs, or any municipal bonding authority.

The Borrower agrees to comply with all such requests made by the Lender within 30 days of receipt of written request from the Lender.  Borrower agrees to assume all costs that may be incurred by the Lender, including without limitation, actual expenses, legal fees and marketing losses.  Borrower's failure to comply with all such requests within such 30 day time period will result in the Lender adjusting the modified terms without the borrower's consent.

The Borrower makes this agreement in order to assure that the documents and agreements executed in connection with the modification of the Loan will conform to and be acceptable in the marketplace in the event the Loan is transferred, conveyed, guaranteed or marketed by the Lender.

Date: 11/7/2016

**SCOTT RUQUET** -Borrower

# LETTER OF ACKNOWLEDGEMENT

October 19, 2016

SCOTT RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721
RE: Loan number: ███████

Dear SCOTT RUQUET,

Attached for execution is the Modification Agreement for your loan serviced by NATIONSTAR MORTGAGE LLC. The Modification Agreement sets forth the future terms of repayment for your loan, and may include capitalization of certain outstanding past due amounts. **The specific terms are identified in the Modification Agreement, and may include a period of time for which your payment will consist only of interest payments (resulting in no principal reduction) and/or change in the amortization term of your loan** (Such a change may result in you owing a lump sum payment upon maturity of your loan).

In addition to the foregoing, in consideration of Nationstar Mortgage agreeing to the modification of your loan account, you acknowledge and agree that Nationstar Mortgage may maintain an escrow account to collect funds for the payment of future taxes and insurance in accordance with the terms of the attached Agreement to Maintain Escrow Account.

Your estimated total monthly payment will be **$1,097.06**, which includes your initial monthly escrow payment of **$676.18**.

Additionally, a Mobile Notary will come to your place of convenience, at no cost to you to assist in signing and notarizing the modification documents, please call to setup your free appointment.

Should you have any questions regarding the terms of this Letter Acknowledgement or the Modification Agreement, please do not hesitate to contact Ashley Jenkins at 972-316-5980.

Sincerely,
NATIONSTAR MORTGAGE LLC

Acknowledged and agreed to by:

_____

**SCOTT RUQUET** -Borrower

Date: 11/7/2016



# Amortization Schedule Request - 0610524662 RUQUET    Legal ×

**Subordination** <Subordination@mrcooper.com>
to DDRUQUET@GMAIL.COM

Hello,

Thank you for your inquiry.

Attached is a current amortization schedule for your review. Please let us know if you need anything else

Thank you,

𝔇heconcepcion Casabar
Document Administration

4000 Horizon Way
Irving, TX 75063
Fax:972-353-6984
subordination@mrcooper.com



This e-mail communication and any attachments may contain confidential, copyrighted, and legally privil
designated recipients to which this e-mail is addressed. If you are not the intended recipient, you are her
communication in error, and that any review, disclosure, dissemination, distribution, or copying of this me
subject to governing laws protecting its disclosure. If you have received this communication in error, plea
postmaster@mrcooper.com and destroy all copies of this communication and any attachments.





📄 **0610524662 RUQU.**

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>

subordination

This e-mail communication and any attachments may contain confidential, copyrighted, and legally privil
designated recipients to which this e-mail is addressed. If you are not the intended recipient, you are her
communication in error, and that any review, disclosure, dissemination, distribution, or copying of this me
subject to governing laws protecting its disclosure. If you have received this communication in error, plea
postmaster@mrcooper.com and destroy all copies of this communication and any attachments.



 0610524662 RUQU.

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>
to Laura, hkaplan, ajennings, Chambers_of, Subordination

Good afternoon:

Thank you for your response. The Modification in place that was approved by the Court on September 2
Please advise if you will be correcting the Ammortizarion to reflect the proper principle amount due in ac
120k) and further, once that is done, if you will be adjusting the monthly principle payment upward to me
instead of a $106k balance.

Please advise.

Thank you for your assistance and have a great evening.

Donna DeRosa-Ruquet



mr.
cooper

**Loan**          **610524662**

| Period | Beginning UPB | Interest Rate | P&I Amount | Principal Amount | Gross Interest Amount |
|---|---|---|---|---|---|
| 1/1/2020 | 132,911.85 | 0.03875 | 542.61 | 113.42 | 429.19 |
| 02/01/20 | 132,798.43 | 0.03875 | 542.61 | 113.78 | 428.83 |
| 03/01/20 | 132,684.65 | 0.03875 | 542.61 | 114.15 | 428.46 |
| 04/01/20 | 132,570.50 | 0.03875 | 542.61 | 114.52 | 428.09 |
| 05/01/20 | 132,455.98 | 0.03875 | 542.61 | 114.89 | 427.72 |
| 06/01/20 | 132,341.09 | 0.03875 | 542.61 | 115.26 | 427.35 |
| 07/01/20 | 132,225.83 | 0.03875 | 542.61 | 115.63 | 426.98 |
| 08/01/20 | 132,110.20 | 0.03875 | 542.61 | 116.00 | 426.61 |
| 09/01/20 | 131,994.20 | 0.03875 | 542.61 | 116.38 | 426.23 |
| 10/01/20 | 131,877.82 | 0.03875 | 542.61 | 116.75 | 425.86 |
| 11/01/20 | 131,761.07 | 0.03875 | 542.61 | 117.13 | 425.48 |
| 12/01/20 | 131,643.94 | 0.03875 | 542.61 | 117.51 | 425.10 |
| 01/01/21 | 131,526.43 | 0.03875 | 542.61 | 117.89 | 424.72 |
| 02/01/21 | 131,408.54 | 0.03875 | 542.61 | 118.27 | 424.34 |
| 03/01/21 | 131,290.27 | 0.03875 | 542.61 | 118.65 | 423.96 |
| 04/01/21 | 131,171.62 | 0.03875 | 542.61 | 119.03 | 423.58 |
| 05/01/21 | 131,052.59 | 0.03875 | 542.61 | 119.42 | 423.19 |
| 06/01/21 | 130,933.17 | 0.03875 | 542.61 | 119.80 | 422.81 |
| 07/01/21 | 130,813.37 | 0.03875 | 542.61 | 120.19 | 422.42 |
| 08/01/21 | 130,693.18 | 0.03875 | 542.61 | 120.58 | 422.03 |
| 09/01/21 | 130,572.60 | 0.03875 | 542.61 | 120.97 | 421.64 |
| 10/01/21 | 130,451.63 | 0.03875 | 542.61 | 121.36 | 421.25 |
| 11/01/21 | 130,330.27 | 0.03875 | 542.61 | 121.75 | 420.86 |
| 12/01/21 | 130,208.52 | 0.03875 | 542.61 | 122.14 | 420.47 |
| 01/01/22 | 130,086.38 | 0.03875 | 542.61 | 122.54 | 420.07 |
| 02/01/22 | 129,963.84 | 0.03875 | 542.61 | 122.94 | 419.67 |
| 03/01/22 | 129,840.90 | 0.03875 | 542.61 | 123.33 | 419.28 |
| 04/01/22 | 129,717.57 | 0.03875 | 542.61 | 123.73 | 418.88 |
| 05/01/22 | 129,593.84 | 0.03875 | 542.61 | 124.13 | 418.48 |
| 06/01/22 | 129,469.71 | 0.03875 | 542.61 | 124.53 | 418.08 |
| 07/01/22 | 129,345.18 | 0.03875 | 542.61 | 124.93 | 417.68 |
| 08/01/22 | 129,220.25 | 0.03875 | 542.61 | 125.34 | 417.27 |
| 09/01/22 | 129,094.91 | 0.03875 | 542.61 | 125.74 | 416.87 |
| 10/01/22 | 128,969.17 | 0.03875 | 542.61 | 126.15 | 416.46 |
| 11/01/22 | 128,843.02 | 0.03875 | 542.61 | 126.55 | 416.06 |
| 12/01/22 | 128,716.47 | 0.03875 | 542.61 | 126.96 | 415.65 |
| 01/01/23 | 128,589.51 | 0.03875 | 542.61 | 127.37 | 415.24 |
| 02/01/23 | 128,462.14 | 0.03875 | 542.61 | 127.78 | 414.83 |
| 03/01/23 | 128,334.36 | 0.03875 | 542.61 | 128.20 | 414.41 |
| 04/01/23 | 128,206.16 | 0.03875 | 542.61 | 128.61 | 414.00 |
| 05/01/23 | 128,077.55 | 0.03875 | 542.61 | 129.03 | 413.58 |
| 06/01/23 | 127,948.52 | 0.03875 | 542.61 | 129.44 | 413.17 |

| | | | | | |
|---|---|---|---|---|---|
| 07/01/23 | 127,819.08 | 0.03875 | 542.61 | 129.86 | 412.75 |
| 08/01/23 | 127,689.22 | 0.03875 | 542.61 | 130.28 | 412.33 |
| 09/01/23 | 127,558.94 | 0.03875 | 542.61 | 130.70 | 411.91 |
| 10/01/23 | 127,428.24 | 0.03875 | 542.61 | 131.12 | 411.49 |
| 11/01/23 | 127,297.12 | 0.03875 | 542.61 | 131.55 | 411.06 |
| 12/01/23 | 127,165.57 | 0.03875 | 542.61 | 131.97 | 410.64 |
| 01/01/24 | 127,033.60 | 0.03875 | 542.61 | 132.40 | 410.21 |
| 02/01/24 | 126,901.20 | 0.03875 | 542.61 | 132.82 | 409.79 |
| 03/01/24 | 126,768.38 | 0.03875 | 542.61 | 133.25 | 409.36 |
| 04/01/24 | 126,635.13 | 0.03875 | 542.61 | 133.68 | 408.93 |
| 05/01/24 | 126,501.45 | 0.03875 | 542.61 | 134.12 | 408.49 |
| 06/01/24 | 126,367.33 | 0.03875 | 542.61 | 134.55 | 408.06 |
| 07/01/24 | 126,232.78 | 0.03875 | 542.61 | 134.98 | 407.63 |
| 08/01/24 | 126,097.80 | 0.03875 | 542.61 | 135.42 | 407.19 |
| 09/01/24 | 125,962.38 | 0.03875 | 542.61 | 135.86 | 406.75 |
| 10/01/24 | 125,826.52 | 0.03875 | 542.61 | 136.30 | 406.31 |
| 11/01/24 | 125,690.22 | 0.03875 | 542.61 | 136.74 | 405.87 |
| 12/01/24 | 125,553.48 | 0.03875 | 542.61 | 137.18 | 405.43 |
| 01/01/25 | 125,416.30 | 0.03875 | 542.61 | 137.62 | 404.99 |
| 02/01/25 | 125,278.68 | 0.03875 | 542.61 | 138.06 | 404.55 |
| 03/01/25 | 125,140.62 | 0.03875 | 542.61 | 138.51 | 404.10 |
| 04/01/25 | 125,002.11 | 0.03875 | 542.61 | 138.96 | 403.65 |
| 05/01/25 | 124,863.15 | 0.03875 | 542.61 | 139.41 | 403.20 |
| 06/01/25 | 124,723.74 | 0.03875 | 542.61 | 139.86 | 402.75 |
| 07/01/25 | 124,583.88 | 0.03875 | 542.61 | 140.31 | 402.30 |
| 08/01/25 | 124,443.57 | 0.03875 | 542.61 | 140.76 | 401.85 |
| 09/01/25 | 124,302.81 | 0.03875 | 542.61 | 141.22 | 401.39 |
| 10/01/25 | 124,161.59 | 0.03875 | 542.61 | 141.67 | 400.94 |
| 11/01/25 | 124,019.92 | 0.03875 | 542.61 | 142.13 | 400.48 |
| 12/01/25 | 123,877.79 | 0.03875 | 542.61 | 142.59 | 400.02 |
| 01/01/26 | 123,735.20 | 0.03875 | 542.61 | 143.05 | 399.56 |
| 02/01/26 | 123,592.15 | 0.03875 | 542.61 | 143.51 | 399.10 |
| 03/01/26 | 123,448.64 | 0.03875 | 542.61 | 143.97 | 398.64 |
| 04/01/26 | 123,304.67 | 0.03875 | 542.61 | 144.44 | 398.17 |
| 05/01/26 | 123,160.23 | 0.03875 | 542.61 | 144.91 | 397.70 |
| 06/01/26 | 123,015.32 | 0.03875 | 542.61 | 145.37 | 397.24 |
| 07/01/26 | 122,869.95 | 0.03875 | 542.61 | 145.84 | 396.77 |
| 08/01/26 | 122,724.11 | 0.03875 | 542.61 | 146.31 | 396.30 |
| 09/01/26 | 122,577.80 | 0.03875 | 542.61 | 146.79 | 395.82 |
| 10/01/26 | 122,431.01 | 0.03875 | 542.61 | 147.26 | 395.35 |
| 11/01/26 | 122,283.75 | 0.03875 | 542.61 | 147.74 | 394.87 |
| 12/01/26 | 122,136.01 | 0.03875 | 542.61 | 148.21 | 394.40 |
| 01/01/27 | 121,987.80 | 0.03875 | 542.61 | 148.69 | 393.92 |
| 02/01/27 | 121,839.11 | 0.03875 | 542.61 | 149.17 | 393.44 |
| 03/01/27 | 121,689.94 | 0.03875 | 542.61 | 149.65 | 392.96 |
| 04/01/27 | 121,540.29 | 0.03875 | 542.61 | 150.14 | 392.47 |
| 05/01/27 | 121,390.15 | 0.03875 | 542.61 | 150.62 | 391.99 |

| | | | | | |
|---|---|---|---|---|---|
| 06/01/27 | 121,239.53 | 0.03875 | 542.61 | 151.11 | 391.50 |
| 07/01/27 | 121,088.42 | 0.03875 | 542.61 | 151.60 | 391.01 |
| 08/01/27 | 120,936.82 | 0.03875 | 542.61 | 152.08 | 390.53 |
| 09/01/27 | 120,784.74 | 0.03875 | 542.61 | 152.58 | 390.03 |
| 10/01/27 | 120,632.16 | 0.03875 | 542.61 | 153.07 | 389.54 |
| 11/01/27 | 120,479.09 | 0.03875 | 542.61 | 153.56 | 389.05 |
| 12/01/27 | 120,325.53 | 0.03875 | 542.61 | 154.06 | 388.55 |
| 01/01/28 | 120,171.47 | 0.03875 | 542.61 | 154.56 | 388.05 |
| 02/01/28 | 120,016.91 | 0.03875 | 542.61 | 155.06 | 387.55 |
| 03/01/28 | 119,861.85 | 0.03875 | 542.61 | 155.56 | 387.05 |
| 04/01/28 | 119,706.29 | 0.03875 | 542.61 | 156.06 | 386.55 |
| 05/01/28 | 119,550.23 | 0.03875 | 542.61 | 156.56 | 386.05 |
| 06/01/28 | 119,393.67 | 0.03875 | 542.61 | 157.07 | 385.54 |
| 07/01/28 | 119,236.60 | 0.03875 | 542.61 | 157.58 | 385.03 |
| 08/01/28 | 119,079.02 | 0.03875 | 542.61 | 158.08 | 384.53 |
| 09/01/28 | 118,920.94 | 0.03875 | 542.61 | 158.59 | 384.02 |
| 10/01/28 | 118,762.35 | 0.03875 | 542.61 | 159.11 | 383.50 |
| 11/01/28 | 118,603.24 | 0.03875 | 542.61 | 159.62 | 382.99 |
| 12/01/28 | 118,443.62 | 0.03875 | 542.61 | 160.14 | 382.47 |
| 01/01/29 | 118,283.48 | 0.03875 | 542.61 | 160.65 | 381.96 |
| 02/01/29 | 118,122.83 | 0.03875 | 542.61 | 161.17 | 381.44 |
| 03/01/29 | 117,961.66 | 0.03875 | 542.61 | 161.69 | 380.92 |
| 04/01/29 | 117,799.97 | 0.03875 | 542.61 | 162.21 | 380.40 |
| 05/01/29 | 117,637.76 | 0.03875 | 542.61 | 162.74 | 379.87 |
| 06/01/29 | 117,475.02 | 0.03875 | 542.61 | 163.26 | 379.35 |
| 07/01/29 | 117,311.76 | 0.03875 | 542.61 | 163.79 | 378.82 |
| 08/01/29 | 117,147.97 | 0.03875 | 542.61 | 164.32 | 378.29 |
| 09/01/29 | 116,983.65 | 0.03875 | 542.61 | 164.85 | 377.76 |
| 10/01/29 | 116,818.80 | 0.03875 | 542.61 | 165.38 | 377.23 |
| 11/01/29 | 116,653.42 | 0.03875 | 542.61 | 165.92 | 376.69 |
| 12/01/29 | 116,487.50 | 0.03875 | 542.61 | 166.45 | 376.16 |
| 01/01/30 | 116,321.05 | 0.03875 | 542.61 | 166.99 | 375.62 |
| 02/01/30 | 116,154.06 | 0.03875 | 542.61 | 167.53 | 375.08 |
| 03/01/30 | 115,986.53 | 0.03875 | 542.61 | 168.07 | 374.54 |
| 04/01/30 | 115,818.46 | 0.03875 | 542.61 | 168.61 | 374.00 |
| 05/01/30 | 115,649.85 | 0.03875 | 542.61 | 169.16 | 373.45 |
| 06/01/30 | 115,480.69 | 0.03875 | 542.61 | 169.70 | 372.91 |
| 07/01/30 | 115,310.99 | 0.03875 | 542.61 | 170.25 | 372.36 |
| 08/01/30 | 115,140.74 | 0.03875 | 542.61 | 170.80 | 371.81 |
| 09/01/30 | 114,969.94 | 0.03875 | 542.61 | 171.35 | 371.26 |
| 10/01/30 | 114,798.59 | 0.03875 | 542.61 | 171.91 | 370.70 |
| 11/01/30 | 114,626.68 | 0.03875 | 542.61 | 172.46 | 370.15 |
| 12/01/30 | 114,454.22 | 0.03875 | 542.61 | 173.02 | 369.59 |
| 01/01/31 | 114,281.20 | 0.03875 | 542.61 | 173.58 | 369.03 |
| 02/01/31 | 114,107.62 | 0.03875 | 542.61 | 174.14 | 368.47 |
| 03/01/31 | 113,933.48 | 0.03875 | 542.61 | 174.70 | 367.91 |
| 04/01/31 | 113,758.78 | 0.03875 | 542.61 | 175.26 | 367.35 |

| | | | | | |
|---|---|---|---|---|---|
| 05/01/31 | 113,583.52 | 0.03875 | 542.61 | 175.83 | 366.78 |
| 06/01/31 | 113,407.69 | 0.03875 | 542.61 | 176.40 | 366.21 |
| 07/01/31 | 113,231.29 | 0.03875 | 542.61 | 176.97 | 365.64 |
| 08/01/31 | 113,054.32 | 0.03875 | 542.61 | 177.54 | 365.07 |
| 09/01/31 | 112,876.78 | 0.03875 | 542.61 | 178.11 | 364.50 |
| 10/01/31 | 112,698.67 | 0.03875 | 542.61 | 178.69 | 363.92 |
| 11/01/31 | 112,519.98 | 0.03875 | 542.61 | 179.26 | 363.35 |
| 12/01/31 | 112,340.72 | 0.03875 | 542.61 | 179.84 | 362.77 |
| 01/01/32 | 112,160.88 | 0.03875 | 542.61 | 180.42 | 362.19 |
| 02/01/32 | 111,980.46 | 0.03875 | 542.61 | 181.01 | 361.60 |
| 03/01/32 | 111,799.45 | 0.03875 | 542.61 | 181.59 | 361.02 |
| 04/01/32 | 111,617.86 | 0.03875 | 542.61 | 182.18 | 360.43 |
| 05/01/32 | 111,435.68 | 0.03875 | 542.61 | 182.77 | 359.84 |
| 06/01/32 | 111,252.91 | 0.03875 | 542.61 | 183.36 | 359.25 |
| 07/01/32 | 111,069.55 | 0.03875 | 542.61 | 183.95 | 358.66 |
| 08/01/32 | 110,885.60 | 0.03875 | 542.61 | 184.54 | 358.07 |
| 09/01/32 | 110,701.06 | 0.03875 | 542.61 | 185.14 | 357.47 |
| 10/01/32 | 110,515.92 | 0.03875 | 542.61 | 185.74 | 356.87 |
| 11/01/32 | 110,330.18 | 0.03875 | 542.61 | 186.34 | 356.27 |
| 12/01/32 | 110,143.84 | 0.03875 | 542.61 | 186.94 | 355.67 |
| 01/01/33 | 109,956.90 | 0.03875 | 542.61 | 187.54 | 355.07 |
| 02/01/33 | 109,769.36 | 0.03875 | 542.61 | 188.15 | 354.46 |
| 03/01/33 | 109,581.21 | 0.03875 | 542.61 | 188.75 | 353.86 |
| 04/01/33 | 109,392.46 | 0.03875 | 542.61 | 189.36 | 353.25 |
| 05/01/33 | 109,203.10 | 0.03875 | 542.61 | 189.97 | 352.64 |
| 06/01/33 | 109,013.13 | 0.03875 | 542.61 | 190.59 | 352.02 |
| 07/01/33 | 108,822.54 | 0.03875 | 542.61 | 191.20 | 351.41 |
| 08/01/33 | 108,631.34 | 0.03875 | 542.61 | 191.82 | 350.79 |
| 09/01/33 | 108,439.52 | 0.03875 | 542.61 | 192.44 | 350.17 |
| 10/01/33 | 108,247.08 | 0.03875 | 542.61 | 193.06 | 349.55 |
| 11/01/33 | 108,054.02 | 0.03875 | 542.61 | 193.69 | 348.92 |
| 12/01/33 | 107,860.33 | 0.03875 | 542.61 | 194.31 | 348.30 |
| 01/01/34 | 107,666.02 | 0.03875 | 542.61 | 194.94 | 347.67 |
| 02/01/34 | 107,471.08 | 0.03875 | 542.61 | 195.57 | 347.04 |
| 03/01/34 | 107,275.51 | 0.03875 | 542.61 | 196.20 | 346.41 |
| 04/01/34 | 107,079.31 | 0.03875 | 542.61 | 196.83 | 345.78 |
| 05/01/34 | 106,882.48 | 0.03875 | 542.61 | 197.47 | 345.14 |
| 06/01/34 | 106,685.01 | 0.03875 | 542.61 | 198.11 | 344.50 |

## INFORMATIONAL STATEMENT

**cooper**

8950 Cypress Waters Blvd.
Coppell, TX 75019

CHANGING THE FACE OF HOME LOANS

### CONTACT INFORMATION

Customer Service: 877-343-5602
Monday through Friday from 8 a.m. to 5 p.m. (CT)
www.mrcooper.com
Your Dedicated Loan Specialist is Glen Huckabay and can be reached at
(866)-316-2432 or via mail at:
8950 Cypress Waters Blvd., Coppell, TX 75019

| | |
|---|---|
| Statement Date: | 11/18/2019 |
| Loan Number: | 0610524662 |
| Payment Due Date: | 12/01/2019 |
| **Total Payment Amount:** | **$1,107.61** |

2064  1 AB 0.412   T14 P1   AUTO  219075.2-NNNN-30289315

SCOTT T RUQUET
DANN LAW
POST OFFICE BOX 6031040
CLEVELAND, OH 44103

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $133,024.90 |
| Interest Rate | 3.875% |
| Escrow Balance | $1,684.21 |
| Prepayment Penalty | No |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

### Explanation of Total Payment Amount (Post Petition Payment)

| | |
|---|---|
| Principal | $113.05 |
| Interest | $429.56 |
| Escrow Amount (for Taxes and Insurance) | $565.00 |
| **Regular Monthly Payment** | **$1,107.61** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $0.00 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$1,107.61** |

The payment amount does not include any amount that was past due before you filed for bankruptcy.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre Petition Arrearage)

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

| | |
|---|---|
| Total Due at Filing | $0.00 |
| Amount Applied to Claim Arrears Last Month | $0.00 |
| Total Amount Applied to Claim Arrears | $0.00 |
| Current Balance | $0.00 |

### Past Payments Breakdown

| | Payments Rec'd Since 10/18/2019 | Paid Year to Date |
|---|---|---|
| Principal | $112.69 | $1,328.54 |
| Interest | $429.92 | $5,182.78 |
| Escrow (Taxes & Insurance) | $565.00 | $6,718.60 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $1,107.61 | $12,137.66 |
| Total | $2,215.22 | $25,367.58 |

### Transaction Activity (10/18/2019 to 11/18/2019)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 11/15/2019 | Payment | $1,107.61 | $112.69 | $429.92 | $565.00 | |
| 11/15/2019 | Adjustment-Misc Suspense | -$1,107.61 | | | | -$1,107.61 |
| 11/15/2019 | Partial Payment | $1,107.61 | | | | $1,107.61 |
| 11/15/2019 | Adjustment-Misc Suspense | -$1,107.61 | | | | -$1,107.61 |

### Important Messages                    (See Reverse side for Additional Critical Notices)

*Partial Payment (Unapplied) refers to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to the mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Partial Payment (Unapplied) balance represents the amount of funds being held in a non-interest bearing account as of the date of this statement.*

*Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*While an account is involved in a pending bankruptcy case, Mr. Cooper is unable to offer an automatic payment plan. Once the loan is no longer subject to a bankruptcy proceeding, you may contact Mr. Cooper to set up automatic payments.*

*If you no longer wish to receive a monthly statement, please send a written request to the following address:*
*PO Box 613287 Dallas, TX 75261*

*If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.*

*If your Bankruptcy Plan requires you to send your regular monthly payments to the Trustee, you continue to pay the Trustee per your plan. Please contact your attorney or the Trustee if you have any questions.*

*The fees listed herein may not be all recoverable fees disclosed to the Bankruptcy Court. Please refer to the Bankruptcy filing for the complete list of fees and costs.*

*Please contact your attorney or the Trustee with questions regarding the application of payments.*

*The information disclosed on the periodic statement may not include payments you have made to the Trustee and may not be consistent with the Trustee's records.*

*If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.*

✂ - - - - - - - - - DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY. - - - - - - - - -

**cooper**
CHANGING THE FACE OF HOME LOANS   www.mrcooper.com

## VOLUNTARY PAYMENT COUPON

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON

| ACCOUNT NUMBER | TOTAL PAYMENT AMOUNT** | |
|---|---|---|
| 0610524662 | 12/01/2019 | $1,107.61 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER*

SCOTT T RUQUET

MR. COOPER
PO BOX 619094
DALLAS, TX 75261-9741

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |
| **TOTAL AMOUNT OF YOUR CHECK** **DO NOT SEND CASH** | _____ |

**All amounts must be paid in full before additional principal can be made.

2190.75.2-NNNN-153640897-2064.1

06105246620  000110761   000110761

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your payment may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fees for Select Services may be found on our website at www.mrcooper.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:
Mr. Cooper, Attn: Military Families, P.O. Box 619096, Dallas, TX 75261-9741, fax 855-956-0437 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $50.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, a borrower may file complaints about the Servicer with the New York State Department of Financial Services or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Financial Services.

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call 888-480-2432.

**AGENT ASSISTED PAYMENT** Is a pay by phone service provided by a customer service agent. Call 888-480-2432 and speak with an agent. There may be a fee of up to $19 for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges. Send payment via express or overnight mail to Mr. Cooper, Attn: Payment Processing - 650783, 101D W. Mockingbird, Suite 100, Dallas, TX 75247.

**WIRE** You may send payments, via wire transfer, to the following:
Bank Account: 4059000XXXXXXXXXXX (10Xs equals the borrower loan number with leading zero)
Routing#: 121000348
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street, San Francisco, CA 94104

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number, indicating:
Pay to: Mr. Cooper   Code City: MRCOOPER   State: TX
All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep an electronic copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**CUSTOMER SERVICE:** 888-480-2432, Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 7 p.m. (CT), and Saturday 8 a.m. to 12 p.m. (CT) [Calls may be monitored and/or recorded for quality assurance purposes].

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.mrcooper.com OR call 888-480-2432.

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | PO Box 619098 Dallas, TX 75261-9741 | Lake Vista 4 800 State Highway 121 Bypass Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 2505 Covina, CA 91722-2505 Fax (626) 667-6439 | PO Box 619094 Dallas, TX 75261-9741 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS: Mr. Cooper PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA as follows: Qualified written request, defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX:   ☐ MAILING ADDRESS          ☐ TELEPHONE NUMBER      LOAN #: _____

Borrower's Name: _____        Co-Borrower's Name: _____

Borrower's New Address: _____        Co-Borrower's New Address: _____

Authorized Borrower's Number(s):        Authorized Co-Borrower's Number(s):

| | | | |
|---|---|---|---|
| Home: ( ___ ) _____ | Mobile: Yes No | Home: ( ___ ) _____ | Mobile: Yes No |
| Work: ( ___ ) _____ Ext ___ | Mobile: Yes No | Work: ( ___ ) _____ Ext ___ | Mobile: Yes No |
| Other: ( ___ ) _____ | Mobile: Yes No | Other: ( ___ ) _____ | Mobile: Yes No |

Signature Required: _____        Signature Required: _____

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to any cellular or mobile telephone.

219075.2-NNNN-153540897-2064.1b



**mr.**
**cooper**

CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

## INFORMATIONAL STATEMENT

### CONTACT INFORMATION

Customer Service: 877-343-5602
Monday through Friday from 8 a.m to 5 p.m. (CT)
www.mrcooper.com
Your Dedicated Loan Specialist is Glen Huckabay and can be reached at
(866)-316-2432 or via mail at:
8950 Cypress Waters Blvd., Coppell, TX 75019

| | |
|---|---|
| Statement Date: | 11/18/2019 |
| Loan Number: | 0610524662 |
| Payment Due Date: | 12/01/2019 |
| Total Payment Amount: | $1,107.61 |

SCOTT T RUQUET
DANN LAW
POST OFFICE BOX 6031040
CLEVELAND, OH 44103

Property Address:
621 BAY BLVD
SAYVILLE, NJ 06721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

### Transaction Activity (10/18/2019 to 11/18/2019) continued from Page 1

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 11/14/2019 | Partial Payment | $1,107.61 | | | | $1,107.61 |
| 10/21/2019 | Legal Fees | -$250.00 | | | | -$250.00 |

219075.2-NNNN-1535408897-2064.2



| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB  Approval 2502-0584 Exp 3/31/2021 |
|---|---|---|

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.
  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA; however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form HUD-92070
(6/2017)

219075.2-NNNN-153540897-2064.3

FIRST-CLASS MAIL
U.S. POSTAGE PAID
44101
PERMIT NO. 965

