UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**Scott Ruquet**
226 Potters Drive
Bayville, NJ 08721

U.S BANKRUPTCY COURT
FILED
TRENTON, NJ

2020 JAN 13 P 12: 19

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

| In Re: | | Case No.: | 14-17571-KCF |
|---|---|---|---|
| *DeRosa-Ruquet et al* | | Chapter: | 13 |
| **Debtor** | | Hearing Date: | February 4, 2020 |
| | | Judge: | Kathryn C. Ferguson |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: _____
*January 10, 2020*

Scott Ruquet
_____
//Scott Ruquet