UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Scott Ruquet**
**226 Potters Drive**
**Bayville, NJ 08721**

| | |
|---|---|
| In Re:<br>*[Enter the debtor's name(s)]*<br><br>DeRosa-Ruquet *et al.*<br><br>Debtors | Case No.:        14-17571-KCF<br><br>Chapter:        13<br><br>Hearing Date:    February 4, 2010<br><br>Judge:        Hon. Kathryn C Ferguson |

**ORDER FINDING Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 and Nationstar Mortgage dba Mr. Cooper in violation of the Order To Modify Loan Modification and in Contempt.**

The relief set forth on the following pages, numbered two (2) is **ORDERED.**

The Court having reviewed the Debtor's Motion for an Order of Contempt, Sanctions, and Other relief Sought for Violation of the Stay and Violation of the Discharge Injunction Under Case No. 10-49218-KCF and any related responses or objections,

A. **IT IS ORDERED AND ADJUDGED** that Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 and Nationstar Mortgage dba Mr. Cooper are found to be in Contempt; and

B. **IT IS ORDERED AND ADJUDGED** that Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 and Nationstar Mortgage dba Mr. Cooper adjust the debtor's mortgage account in accordance with the Modification entered on September 23, 2019, within 10 (10) days of the date of this Order.

C. **IT IS ORDERED AND ADJUDGED** that should Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 and or Nationstar Mortgage dba Mr. Cooper fail to comply with this Order the debtor may seek an Order from the Court extinguishing any and all rights either party or any of their subsidiaries or predecessors may have in the real property known as 621 Bay Blvd. Bayville, NJ 08721.