UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Scott Ruquet**
**226 Potters Drive**
**Bayville, NJ 08721**

DeRosa-Ruquet *et al.*

Debtors

U.S BANKRUPTCY COURT
FILED
TRENTON, NJ

2020 JAN 13  P 12: 20

JEANNE A. NAUGHTON

BY C. Kelly
DEPUTY CLERK

| | |
|---|---|
| Case No.: | 14-17571-KCF |
| Chapter: | 13 |
| Hearing Date: | _____ |
| Judge: | Hon. Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, Scott Ruquet:

   am the Debtor in this case and am representing myself.

2. On *January 10, 2020*, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   o Notice Of Motion To Enforce The Order Granting Loan Modification

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____       Scott Ruquet

January 10, 2019                    _____

                                   //Scott Ruquet

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Jay Bray**<br>Chief Executive Officer at Mr. Cooper<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019 | *Executive Officer* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| **Laura M. Egerman**<br>RAS Citron, LLC<br>130 Clinton Road<br>Ste Lobby B, Suite 202<br>Fairfield, NJ 07004<br>973-575-0707<br>bkyecf@rasflaw.com | *Counsel for Creditor* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |