



| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC** <br> Attorneys for Secured Creditor <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone No.: 973-575-0707 <br><br> Laura M. Egerman (LE-8250) | CASE NO.: 14-17571-KCF <br><br> CHAPTER 13 <br><br> JUDGE: Kathryn C. Ferguson |
| **In Re:** <br><br> **DONNA DEROSA-RUQUET and SCOTT RUQUET,** <br><br>     **Debtors.** | |

## MOTION TO APPROVE LOAN MODIFICATION

This application of Nationstar Mortgage LLC as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 (hereinafter "Secured Creditor"), respectfully represents:

1.  Debtors Donna DeRosa-Ruquet and Scott Ruquet (hereinafter "Debtors"), filed the instant Chapter 13 Petition on April 17, 2014 (the "Filing Date").

2.  Alberto Russo was appointed as Standing Chapter 13 Trustee.

3.  Secured Creditor is the holder of the first mortgage on Debtors' real property located at 621 Bay Blvd., Bayville, New Jersey 08721 (the "Property").

4.  On November 1, 2016, Secured Creditor and Debtors entered into a Modification Agreement (hereinafter the "Loan Mod"). A copy of the Loan Mod is attached hereto as Exhibit A.

5.  Pursuant to the terms of the Loan Mod:

    - The modified principal balance of the loan is $138,983.34.

    - Payment schedule as follows:

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest | Monthly Escrow Amount* | Total Monthly Payment* | Payment Begins On | No. of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-15 | 3.875% | 11/01/2018 | $420.88 | $ | $420.88 | 12/01/2016 | 180 |

**\*The escrow payments may be adjusted periodically in accordance with applicable law and therefore the monthly mortgage payment may be change accordingly.**

6.     Secured Creditor seeks this Court's approval as a condition to the effectiveness of the agreement.  No parties will be prejudiced by approval of this agreement.

**WHEREFORE,** Secured Creditor, respectfully requests this Honorable Court enter an Order Approving the Loss Mitigation Settlement Agreement, and for any such further relief as this Honorable Court deems just and proper.

DATED: August 6, 2019

**RAS Citron, LLC**
Attorneys for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone No.: 973-575-0707

By: /s/  Laura Egerman
Laura M. Egerman, Esquire
Bar ID:  LE-8250
Email: legerman@rasnj.com