C

C



**Nationstar**℠
M O R T G A G E

July 21, 2016

Scott Ruquet Pro SE
226 Potters Dr
Bayville, NJ  08721-2527

Re:  Loan Number  610524662
Property Address:   621 Bay Blvd
Bayville, NJ 08721
Case Number:  1417571
Donna Derosa Ruquet
Scott Ruquet

Dear Scott Ruquet Pro SE,

December 01, 2016 marks the anniversary of the successful completion of your client's loan modification.

**Why am I
receiving
this letter?**

This letter is a reminder of some very important changes that will go into effect on December 01, 2016.   Pursuant to the loan modification agreement, the loan is subject to interest rate adjustment(s) until reaching its interest rate cap.

This is based on:
- The market interest rate as of the date the modification agreement was prepared.
- The payment was calculated based on the scheduled unpaid principal balance as of December 01, 2016, and the upcoming interest rate of 3.875%, which was amortized over the scheduled remaining term of the loan.

After reaching the interest rate cap, the interest rate will remain fixed for the life of the loan.

The payment schedule below outlines future changes to your client's mortgage payment.   The interest rate will:
- Adjust on November 01, 2016 by 1.875%. Below is the adjusted rate and payment information.

**How will the
interest rate
be affected?**

| Interest Rate | Interest Rate Change Date | Monthly Prin & Int Payment Amount | Monthly Escrow Payment Amount | Total Monthly Payment | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|
| 3.875% | November 01, 2016 | $914.45 | $769.26 May adjust periodically | $1,683.71 May adjust periodically | December 01, 2016 | 208 |

Nationstar is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only. ©2015 Nationstar Mortgage LLC. All rights reserved.


EQUAL HOUSING
OPPORTUNITY

000681

**NATIONSTAR MORTGAGE LLC** | **8950 CYPRESS WATERS BOULEVARD** | **DALLAS, TEXAS 75019**