D

D



**Nationstar**
MORTGAGE

MyNationstar.com | 8950 Cypress Waters Blvd | Coppell, TX 75019

April 10, 2015

Donna DeRosa-Ruquet (PRO
226 POTTERS DRIVE
226 Potters Drive
Bayville, NJ  08721

- **Clarification about your modification agreement**
- **No action is required**

RE:   Loan Number: 610524662
Case Number: 1417571
Property Address:  621 BAY BLVD
BAYVILLE, NJ 8721

Dear Donna DeRosa-Ruquet (PRO 226 POTTERS DRIVE:

**Why am I receiving this letter?**
Nationstar recently completed a review of your client's loan modification agreement and identified the following clause:

> 6. Borrower understands and agrees that:
>> (c) Borrower has no right of set-off or counterclaim, or any defense to the obligations of the Note or Security Instrument.

**What do I need to know?**
This clause is a waiver of rights and will not be enforced by Nationstar Mortgage at any time.  We apologize for any inconvenience this may have caused.

**What do I need to do?**
There is nothing your client needs to do and this letter is for informational purposes only.

If you have any questions, please call our Customer Service Department at 888-480-2432. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Foreclosure Prevention Department

WCDMODN04156105246



EQUAL HOUSING
OPPORTUNITY