E



*mr.*
# cooper

CHANGING THE FACE OF HOME LOANS

PO Box 619098
Dallas, TX 75261-9741

Donna Derosa-Ruquet
226 Potters Dr
Bayville NJ 08721

March 6, 2019

**OUR INFO**
**ONLINE**
www.mrcooper.com

**ACCOUNT INFO**
**LOAN NUMBER:** 0610524662
**CASE NUMBER:** LB-02-19-00426
**PROPERTY ADDRESS:**
621 Bay Blvd
Bayville, NJ 08721
**MORTGAGOR:**
Scott Ruquet

Dear Donna Derosa-Ruquet:

Thank you for reaching out to us. We are looking forward to helping you.

**Why am I receiving this letter?**

We received your correspondence on February 5, 2019, and have put together this reply with information that we hope will alleviate your concerns. We looked into the concerns you expressed and after an investigation we're sharing with you what we found.

We confirmed that a Motion to Withdraw as Attorney was filed by David E. Shaver, Esq. on January 15, 2019, and on February 13, 2019, the Motion was granted and therefore you no longer have legal representation in the bankruptcy case.

After reviewing your correspondence I reached out to you on February 6, 2019, and you advised that you are in the process of finishing your Chapter 13 bankruptcy and want to clear up the issue with the title and the incorrect assignment of mortgage. You  also stated that you want your marital interest in the property acknowledged. You requested $20,000.00 in principal forgiveness, a 3.500% interest rest for the remaining life of the loan, and for Mr. Cooper to satisfy any outstanding water and sewer owed for the property and to roll that amount, along with the amount that Mr. Cooper previously disbursed for the water and sewer in 2015, into the loan.

After speaking with you, I sent the information to our Bankruptcy and Assignment of Mortgage teams to assist in researching and reviewing the account. After reviewing the account, we were able to identify and confirm that at the time the loan was originated, per the title policy, you were in title; however, you

Mr. Cooper is a brand name for Nationstar Mortgage LLC.  Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper.  Mr. Cooper is a registered service mark of Nationstar Mortgage LLC.  All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



EQUAL HOUSING
OPPORTUNITY



were not included in the mortgage to acknowledge the debt associated with the property. In addition, we were able to identify that there was an invalid Assignment from Bank of America to Nationstar Mortgage LLC doing business as Mr. Cooper.

I called you on February 14, 2019, and advised that we want to work with you to resolve the vesting issue with the title and the assignment issue; however, we will have to follow the proper procedure which involves filing a claim with the Title Policy to address and clear up the title issue. On February 28, 2019, I followed up with you and advised that the Title Policy Claim was referred to National Title Clearance Center on February 20, 2019, to handle the process of clearing the title and that we will also be working with Shapiro & DeNardo as outside counsel in regard to the Title Claim and clearing the issues with the Assignment of Mortgage. I advised that the process of the Title Claim can take up to 30 to 45 days. National Title Clearance Center and Shapiro & DeNardo will handle any negotiations pertaining to your request for your specified terms to work with us in clearing the issue with the chain of title.

I received your request on February 19, 2019, requesting a Mortgage Electronic Registration System (MERS) Milestone Report and I have escalated the request to obtain the MERS Milestone Report and I will provide it under a separate cover.

We sincerely apologize for any delay you may have experienced in receiving a response from Mr. Cooper or receiving a response from Shapiro & DeNardo, LLC, our legal representation for the bankruptcy and title policy claim. We truly value you as a customer and won't to have a continued positive relationship with you and Mr. Ruquet. We understand the importance and urgency in handling the matter in a timely manner.

After completing our investigation into the aforementioned issues we identified the errors in the Assignment of Mortgage and the Chain of Title and as of February 20, 2019, we filed a Title Policy Claim to clear the title and address the issues with the assignments. You have the right to access the documents we used in this investigation however only internal records were used.

**What do I need to do?**

If you have any questions, you can reach the Single Point of Contact (SPOC) at:

> <u>Single Point of Contact (SPOC)</u>
> Name: Glen Huckabay
> Phone Number: 4695492309

For general questions, please reach out to the Bankruptcy Department at 1.877.343.5602. Our hours of operation are Monday through Friday, from 8 a.m. to 5 p.m. Central Time (CT). Visit us on the web at www.mrcooper.com for more information.



CHANGING THE FACE OF HOME LOANS

I hope this information is helpful and addresses your concerns. You can continue to reach out to me directly, using the information below.

Sincerely,

Ruth Terry
Mr. Cooper
Customer Relations Manager
PO Box 619098
Dallas, TX 75261-9741
Phone: 1.972.956.6514
E-mail: ruth.terry@mrcooper.com

By E-mail ddruquet@gmail.com

---

Are you experiencing a financial hardship? Our local non-profit partners can help with financial counseling and other services. Please visit these websites for assistance:

- Hud.gov
- Neighborworks.org

