UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scott Ruquet
226 Potters Drive
Bayville, NJ 08721

| | |
|---|---|
| Case No.: | 14-17571-KCF |
| Chapter: | 13 |

In Re:

DeRosa-Ruquet et al

Debtors

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | 02/18/20 |
| Judge: | Kathryn Ferguson |

## CERTIFICATION OF SERVICE

1. I, _____ Scott Ruquet _____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____ , who represents

   _____ in this matter.

   ☒ am the _____ debtor _____ in this case and am representing myself.

2. On _____ 02/10/2020 _____ , I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.
   Respsponse To Objection

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: 02/10/2020 _____        _____
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Laura M. Egerman<br>RAS Citron, LLC<br>130 Clinton road<br>Ste Lobby B, Suite 202<br>Fairfield NJ 07004 | Attorney for the Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jay Bray<br>NSM LLC dba Mr. Cooper<br>8950<br>Copell, Texas  75019 | CEO NSM dba Mr. Cooper | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Christian Sewing<br>Deutsche Bank<br>60 Wall Street<br>New York, NY  10005 | CEO Deutsche Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2