

Donna DeRosa-Ruquet
226 potters drive
Bayville, NJ 08721

March 16, 2020

Hon. Kathryn Ferguson
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey  08608

In re: TD Bank Motions for Redaction
Hearing date March 24, 2020
Oral Argument Requested

Your Honor:

**Please except this letter in lieu of a more formal Objection** to the four (4)
Motions for Redaction filed by TD Bank [related documents #226, 227, #228, #229.]
I object to all four Motions because TD Bank has refused to provide me with un-
redacted copies of the documents they have already redacted for my inspection.
(Please see attached emails)

Additionally, as TD Bank has refused to comply with the Consent Order entered on
March 6, 2015 [#81] I must wonder then: why, after almost six (6) years after these
documents were filed, TD Bank suddenly care so much about protecting me or my
privacy. Rather, I believe they have their own agenda and that is why I have met
with resistance when I requested copies of the documents in their un-redacted form.

Respectfully submitted,

Donna DeRosa-Ruquet

 **Gmail**

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

---

## Casse #14-17571-KCF DeRosa-Ruquet et al

5 messages

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Thu, Mar 5, 2020 at 6:56 AM
To: jdevine@schillerknapp.com

Good morning:

I hope this email finds you well. I have left you several messages upon missing your call of Friday, February 28, 2020, and have yet to be able to touch base with you.

I am in receipt of all four of your Motions for Redaction and it seems that although the Motion has not been granted yet, the un-redacted version of the POC has been restricted.

As I have been unable to reach you, I just wanted to let you know that as I cannot review the original POC filed with the clerk, and because the font contained in the redacted POC relative to the loan numbers (POC #16 and #17, page 2) is different than that of the POC that was originally filed, unless I can view the original POC I will be filing an Objection to all four Motions.

On the other hand, if you have copies of the un-redacted POCs and would kindly send them to me so I can inspect them, that would be greatly appreciated.

If you have any questions or concerns please let me know. O can be reached at 732.278.3227, or at this email address. Thank you so much for your anticipated cooperation and I look forward to hearing from you in the future.

Regards,
Donna DeRosa-Ruquet

---

**Joseph Devine Jr** <jdevine@schillerknapp.com>                    Thu, Mar 5, 2020 at 5:04 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>
Cc: Lisa Gadomski <lgadomski@schillerknapp.com>

Good afternoon Ms. DeRosa-Ruquet,

I apologize for any delay in response, as I've been away from the office more than usual the last few days.  Unfortunately, another firm filed the Proofs of Claim and Motions to Redact, so I am not in possession of the original unredacted versions.  Please contact your attorney to see if he has copies.

**Joseph G. Devine, Jr., Esq.**

*Admitted to Practice in New Jersey, New York & Pennsylvania*

 **SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP**

*A LLP Formed in the State of New York*
30 Montgomery Street, Suite 1205

Jersey City, New Jersey 07302

**Tel:** 518.786.9069

**Fax:** 518.786.1246

**Pursuant to Federal Law, this office may be considered a debt collector. We are attempting to collect a debt and any information obtained will be used for that purpose.**

**Confidentiality Notice:** This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

**Circular 230 Disclosure:** Under IRS standards of professional practice, certain U.S. federal tax advice must meet with the requirements as to form and substance. To comply with these standards, we advise you that this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties.

[Quoted text hidden]

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                          Thu, Mar 5, 2020 at 5:13 PM
To: Joseph Devine Jr <jdevine@schillerknapp.com>
Cc: Lisa Gadomski <lgadomski@schillerknapp.com>

Good afternoon:

Thank you for your response and no worries- it's hard these days to catch someone.

I'm not sure I understand what you mean when you say another firm filed the Motions as I believe you signed them. As well, I am a pro se litigant so I don't have an attorney.

I just wanted to make sure I understand correctly: you don't have copies of the POCs that were filed and your firm didn't file the Motions, and you are unable to provide me with the same ? If I have misunderstood you, please accept my apologies in advance.

Thank you for your time and I look forward to hearing from you in the near future.

Thanks and have a great day!!

Donna DeRosa-Ruquet
[Quoted text hidden]

---

**2 attachments**



image001.png
12K

image001.png
12K

**S K** **SCHILLER, KNAPP,**
**L H** **LEFKOWITZ &**
**HERTZEL, LLP**

---

**Joseph Devine Jr** <jdevine@schillerknapp.com>                                   Thu, Mar 5, 2020 at 5:17 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>
Cc: Lisa Gadomski <lgadomski@schillerknapp.com>

Good afternoon Ms. DeRosa-Ruquet,

I apologize for any misunderstanding.  I meant that another firm filed the Motions for Relief, which our firm filed the Motion to Redact.

Sent from my iPhone


    On Mar 5, 2020, at 5:13 PM, The DeRosa-Ruquet Family <ddruquet@gmail.com> wrote:


    [Quoted text hidden]

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                                  Thu, Mar 5, 2020 at 5:23 PM
To: Joseph Devine Jr <jdevine@schillerknapp.com>
Cc: Lisa Gadomski <lgadomski@schillerknapp.com>

Good afternoon Mr. Devine:

Forgive me but I don't understand how that precludes you from accessing the orignal document that you redacted and included in your Motion papers. Without a copy of the original POC, how on Earth did you redact it !?

Donna
[Quoted text hidden]