UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Donna DeRosa-Ruquet
226 Potters drive
Bayville, NJ 08721

|  |  |
|---|---|
| Case No.: | 14-17571-KCF |
| Chapter: | 13 |

In Re:
DeRosa-Ruquet et al.,
                    Debtors
v.

TD Bank N.A.
                    Creditor

|  |  |
|---|---|
| Hearing Date: | March 24, 2020 |
| Judge: | Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, Donna DeRosa-Ruquet:

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____ ,

    who represents _____ in this matter.

    X am the debtor in this case and am representing myself.

    March 17 2020
2. On ~~January 16, 20~~20 I sent a copy of the following pleadings and/or

    documents to the parties listed in the chart below.

**Objection to Motion for Redaction [related docs #228, 229, 230, 231]**

3.      I certify under penalty of perjury that the above documents were

        sent using the mode of service indicated.

Date: 3/17/2020

DRL

Donna DeRosa-Ruquet

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joseph Gunnar Devine, Jr<br>Schiller, Knapp, Lefkowitz & Hertzel LLP<br>30 Montgomery St.<br>Ste. 1205<br>Jersey City, NJ 07302<br>518-786-9069<br>518-786-1246 (fax)<br>jdevine@schillerknapp.com | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _email_<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other |