UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DONNA DEROSA-RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721
PLAINTIFF PRO SE

In Re:
*DEROSA-RUQUET et al.,*

    *Debtors*

U.S BANKRUPTCY COURT
FILED
TRENTON, NJ

2020 MAR 25  P  1: 35

Case No.: 14-17571-KCF
Hearing Date: March 31, 2020
Time:          2:30 p.m.
Hon. Chief Judge Kathryn Ferguson

*C. Kelly*
DEPUTY CLERK

## CERTIFICATION OF SERVICE

1. I, Donna DeRosa-Ruquet :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who

   represents _____ in this matter.

   **X  am the Debtor in this case and am representing myself.**

2. On March 25, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   **Response To Creditor's Supplemental Opposition of Debtor's Motion to Enforce Loan Modification**

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  March  25, 2020    _____

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jay Bray<br>NSM LLC dba Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Coppell, TX  75019 | CEO NSM LLC<br>dba  Mr. Cooper | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Christian Sewing<br>Deutsche Bank<br>60 Wall Street<br>New York, NY 1005 | CEO Deutsche Bank | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Laura M. Eggerman<br>RAS Citron LLC<br>133 Gaither Dr.<br>Mt. Laurel, NJ 08054 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Other _Mail_<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Harold N. Kaplan<br>RAS Citron, LLC<br>133 Gaither Dr.<br>MT Laurel, NJ 08054<br>855-225-6906<br>hkaplan@rasnj.com | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☑ Other _email_<br>(As authorized by the court or rule. Cite the rule if applicable.) |