UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on April 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Donna DeRosa-Ruquet
Scott Ruquet

Case No.: _____14-17571_____

Chapter: _____13_____

Hearing Date: _____3/31/2020_____

Judge: ____Kathryn C. Ferguson____

## ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered two (2) through _____2_____ is **ORDERED**.

**DATED: April 2, 2020**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION

This matter having been brought before the court by the debtor, Scott Ruquet, on a Motion to Enforce Mortgage Modification, and the court having considered the papers and oral argument of the parties, it is for good cause

ORDERED that Scott Ruquet is required to make monthly payments of $542.61 beginning with the payment due on April 1, 2020 and continuing through a final payment of $542.61 due on June 1, 2034; it is further

ORDERED that if all of the payments on this payment schedule are made there will be no additional payment due at the end of the loan term; it is further

ORDERED that this payment schedule is fixed for the entire term of the loan. It may not be increased for any reason including the addition of attorney fees. This payment schedule binds Nationstar and any successor-in-interest; it is further

ORDERED that when the final payment on this payment schedule is made for the payment due on June 1, 2034, Nationstar or its successor-in-interest will issue a discharge of mortgage.