| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| **Robertson, Anschutz, Schneid & Crane, LLC** 10700 Abbott's Corner Road, Suite 170 Duluth, GA 30097 Telephone:  470-321-7112 (main) Telephone:  973-575-0707 (local) Attorneys for Secured Creditor <br><br> Laura Egerman, Esq. (LE-8250) | |
| In Re: <br><br> SCOTT RUQUET and DONNA DEROSA-RUQUET, <br><br>                              Debtors. | Case No. 14-17571-KCF <br><br> Chapter 13 <br><br> Judge:  Kathryn C. Ferguson |

### NOTICE OF MOTION TO AMEND THE COURT'S *ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION* PURSUANT TO FED. R. CIV. P. 59(e) AND FED. R. BANKR. P. 9023

TO:    *Pro Se Debtors:*
        Scott Ruquet
        Donna DeRosa-Ruquet
        226 Potters Lane
        Bayville, NJ 08721

**PLEASE TAKE NOTICE** that, upon the motion of Secured Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 (hereinafter "Secured Creditor") and all pleadings and proceedings heretofore had herein, the law firm of Robertson, Anschutz, Schneid & Crane, LLC, shall move before the Honorable Kathryn C. Ferguson, located at Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom #2, Trenton, New Jersey 08608 on **May 12, 2020** at **11:00 a.m.** for an Order amending the Court's *Order on Motion to Enforce Mortgage Modification* entered April 2, 2020, pursuant to Fed. R. Civ. P. 59(e) and Fed. R. Bankr. P. 9023.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. Local Bankruptcy Rule ("LBR") 9013-1(d)(1), answering papers and cross-motions, if any, are required to be filed and served upon the undersigned at least seven (7) days before the return date of this Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to LBR 9013-1(f), the undersigned requests oral argument on this Motion if opposition is timely filed and served.

Dated: April 15, 2020

Robertson, Anschutz, Schneid & Crane, LLC
10700 Abbott's Corner Road, Suite 170
Duluth, GA 30097
Telephone:  973-575-0707

/s/ Laura Egerman
Laura Egerman, Esq.
Bar ID:  LE-8250
Email: legerman@rasnj.com