| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>10700 Abbott's Corner Road, Suite 170<br>Duluth, GA 30097<br>Telephone:  470-321-7112 (main)<br>Telephone:  973-575-0707 (local)<br>Attorneys for Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | |
| In Re:<br><br>SCOTT RUQUET and<br>DONNA DEROSA-RUQUET,<br><br>                    Debtors. | Case No. 14-17571-KCF<br><br>Chapter 13<br><br>Judge:  Kathryn C. Ferguson |

## CERTIFICATION OF LAURA M. EGERMAN, ESQ. IN SUPPORT OF MOTION TO DISMISS ADVERSARY PROCEEDING DECLARATORY JUDGMENT OF VERIFICATION OF DEBT WITH PREJUDICE

Laura M. Egerman, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and an associate with the firm of Robertson, Anschutz, Schneid & Crane, LLC, counsel to movant NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 (hereinafter "Secured Creditor").  As such, I am familiar with the facts set forth herein. I submit this certification in support of Secured Creditor's Motion to Amend the Court's *Order on Motion to Enforce Mortgage Modification* pursuant to Fed. R. Civ. P. 59**(e)** and Fed. R. Bankr. P. 9023 (the "Motion").

2. Attached as Exhibit A is a copy of the Note (the "Note") executed on March 5, 2004 by debtor Scott Ruquet (hereinafter the "Ruquet") in the principal amount of $140,800.00 to First National Bank of Arizona.

3. Attached as Exhibit B is a copy of a mortgage dated March 16, 2010 executed by Ruquet in favor of Mortgage Electronic Registration Systems, Inc. as Nominee for First National Bank of Arizona, secured by property located at 621 Bay Boulevard, Bayville, New Jersey (the

"Property").  The Mortgage was recorded in the Office of the Clerk/Register of Deeds for Ocean County on March 12, 2004 in Book OR 11959, Page 1815.

4.	Attached hereto as Exhibit "C" is a copy of the Home Affordable Modification Agreement entered into by Ruquet and Secured Creditor on March 26, 2013.

5.	Attached hereto as Exhibit "D" is a copy of the Loan Modification Agreement entered into by Ruquet on October 23, 2014.

6.	Attached hereto as Exhibit "E" is a copy of the Loan Modification Agreement entered into by Ruquet on October 19, 2016.

I certify that the aforementioned statements made by me are true.  I understand that if any of the foregoing statements made by me are willfully false, I may be subject to penalty.


Dated: April 15, 2020

Robertson, Anschutz, Schneid & Crane, LLC
10700 Abbott's Corner Road, Suite 170
Duluth, GA 30097
Telephone:  470-321-7112 (main)
Telephone:  973-575-0707 (local)

/s/ Laura Egerman
Laura Egerman, Esq.
Bar ID:  LE-8250
Email: legerman@rasnj.com