| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>10700 Abbott's Corner Road, Suite 170<br>Duluth, GA 30097<br>Telephone:  470-321-7112 (main)<br>Telephone:  973-575-0707 (local)<br>Attorneys for Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | |
| In Re:<br><br>SCOTT RUQUET and<br>DONNA DEROSA-RUQUET,<br><br>                  Debtors. | Case No. 14-17571-KCF<br><br>Chapter 13<br><br>Judge:  Kathryn C. Ferguson |

## ORDER GRANTING MOTION TO AMEND THE COURT'S *ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION* PURSUANT TO FED. R. CIV. P. 59(e) AND FED. R. BANKR. P. 9023

The relief set forth on the following page numbered two (2) is hereby ORDERED:

Upon the Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 for an Order pursuant to Fed. R. Civ. P. 59(e) and Fed. R. Bankr. P. 9023 to amend the Court's *Order on Motion to Enforce Mortgage Modification* (Docket 246) (the "Motion to Amend"), it is hereby ORDERED as follows:

1.    The Motion to Amend is hereby GRANTED.

2.    The Court's *Order on Motion to Enforce Mortgage Modification* (Docket #246) is hereby amended to read as follows:

*ORDERED that Scott Ruquet is required to make monthly payments of **principal and interest** of $542.61 **plus escrow of $546.97 (or as may be adjusted periodically in accordance with applicable law)** beginning with the payment due on April 1, 2020 and continuing through a final payment **of principal and interest** of $542.61 **plus escrow**, due on June 1, 2034;*