| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>10700 Abbott's Corner Road, Suite 170<br>Duluth, GA 30097<br>Telephone:  470-321-7112 (main)<br>Telephone:  973-575-0707 (local)<br>Attorneys for Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | |
| In Re:<br><br>SCOTT RUQUET and<br>DONNA DEROSA-RUQUET,<br><br>        Debtors. | Case No. 14-17571-KCF<br><br>Chapter 13<br><br>Judge:  Kathryn C. Ferguson |

### CERTIFICATION OF SERVICE

1. I, <u>Laura Egerman, Esq.</u>, represent DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 in this matter.

2. On <u>April 15, 2020,</u> I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below. ***Notice of Motion to Amend the Court's Order on Motion to Enforce Mortgage Modification pursuant to Fed. R. Civ. P. 59(e) and Fed. R. Bankr. P. 9023; Memorandum of Law; Certification of Counsel; Proposed Order.***

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 15, 2020

        Robertson, Anschutz, Schneid & Crane, LLC
        10700 Abbott's Corner Road, Suite 170
        Duluth, GA 30097
        Telephone:  470-321-7112 (main)
        Telephone:  973-575-0707 (local)

        /s/ Laura Egerman
        Laura Egerman, Esq.
        Bar ID:  LE-8250
        Email: legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Scott Ruquet<br>Donna DeRosa-Ruquet<br>226 Potters Lane<br>Bayville, NJ 08721 | Pro Se Debtors | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>□ Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |
| Albert Russo, Esq.<br>Chapter 13 Standing Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |