UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SCOTT RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721
PLAINTIFF PRO SE

*In Re:*
*DEROSA-RUQUET et al.,*

Case No.: 14-17571-KCF
Chapter 13

Hearing Date: May 12, 2020
11:00 a.m.

**FILED**
JEANNE A. NAUGHTON, CLERK

MAY - 6 2020

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

## NOTICE OF CROSS MOTION

TO: All Parties on the Service List Attached to the Certification of Service

**PLEASE TAKE NOTICE** that on Tuesday, May 12, 2020 at 11:00 a.m., or as soon thereafter as counsel may be heard, Scott Ruquet, debtor shall move before the Honorable Kathryn C. Ferguson, United States Bankruptcy Judge, 08608, Courtroom 2, for an Order granting the Cross-Motion of debtor Scott Ruquet;

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-1(i) of the District of New Jersey Local Rules of Bankruptcy (the "Local Rules"), unless the Court authorizes or directs otherwise prior to the return date hereof, no testimony shall be taken at the hearing on the Cross Motion, except by certification or by affidavit;

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-1(d), opposition to the relief requested by the Cross Motion, if any, shall be filed with the Clerk of the Bankruptcy Court and served upon RAS Crane, LLC within seven (7) days of the return date set forth above;

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-1(a), the Cross Motion shall be deemed uncontested unless responding papers are timely filed; and

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-1(a), a proposed form of Order is submitted herewith.

April 30, 2020                    /s/ Scott Ruquet