| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No.: 14-17571-KCF<br>Chapter 13 |
| SCOTT RUQUET<br>226 POTTERS DRIVE<br>BAYVILLE, NJ 08721<br>PLAINTIFF PRO SE | |
| | Hearing Date: May 12, 2020<br>11:00 a.m. |
| | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>MAY - 6 2020<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____DEPUTY |
| *In Re:*<br>*DEROSA-RUQUET et al.,* | |

## DEBTOR'S OPPOSTION TO CREDITOR'S MOTION FOR RECONSIDERATION /SUPPORT OF DEBTOR'S CROSS MOTION

**SCOTT RUQUET, DEBTOR** in the above captioned matter makes this Opposition to Creditor's Motion for Reconsideration and in Support of Debtor's Cross Motion by way of this Certification as follows:

## OPPOSTION TO MOTION FOR RECONSIDERATION

1.      The debtor objects to the Creditor's Motion for Reconsideration to amend the Order entered on April 5, 2020 [Doc #248  ] on the basis that the escrow amount in Creditor's Motion is incorrect. The most recent Escrow statement clearly shows that the debtor's escrow payment is $468.00. (Exhibit A)

2. The debtor also objects because of the phrase "...and escrow" which appears in Creditor's motion, is vague and leaves ample opportunity for the Creditor to become creative with the debtor's escrow account.

3. It is the debtor's opinion that the Court purposely bifurcated the mortgage and the escrow in its Order because the Court was making a ruling on the amount the debtor owes on the Mortgage Modification.

4. The debtor does understand the creditor's concern as stated:

   **"To eliminate any confusion, Secured Creditor avers that the Order be amended to clarify that the amount stated therein is comprised only of principal and interest, and that Debtor continues to be obligated to fund an escrow account for the payment of taxes and insurance."**

5. To that extent, while the debtor feels that common sense and morality dictates his escrow obligation, if the Court feels that this clarification is necessary regarding the monthly escrow payment, then the debtors respectfully leaves this to the Court to decide.

6. Conversely, the above sentence "......**the amount stated therein is comprised only of principal and interest, and that Debtor continues to be obligated to fund an escrow account for the payment of taxes and insurance"** is actually quite effective and would be a perfectly clear amendment to the Order, so the debtor must wonder why the Creditor would request anything different in their Motion.

**SUPPORT OF DEBTOR'S CROSS MOTION**

1. Given the Creditor's history with this particular mortgage modification, the debtor does not feel it would be anything less than prudent than to request an Order directing the creditor to file a copy of the 2016 Modification and a copy of the Order entered on April 5, 2020 [Doc #248] in the Ocean County Clerk's Office. The Modification does include new funds, and as such is governed under Title X.

April 29, 2020                                             /s/ Scott Ruquet

# mr. cooper

CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

## Escrow Account Disclosure Statement

**Customer Service:** 888-480-2432
Monday through Thursday from 7 a.m. to 8 p.m. (CT),
Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m.
to 12 p.m. (CT)

**Tax/Insurance:** 866-825-9267
Monday through Thursday from 8 a.m. to 9 p.m. (ET),
Friday from 8 a.m. to 7 p.m. (ET) and Saturday from 9 a.m.
to 3 p.m. (ET)

DONNA DEROSA RUQUET
226 POTTERS DR
BAYVILLE, NJ 08721-2527

Your Loan Number: XXXXXX4662
Statement Date: 02/04/2020

| | |
|---|---|
| **Why am I receiving this?** | Mr. Cooper completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. Mr. Cooper maintains an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to avoid a negative balance in the event of changing tax and insurance amounts. |
| **What does this mean for me?** | At this time your Escrow Account has more money than needed, resulting in a surplus of $633.93. Due to this surplus and changes in your taxes and insurance premiums, your monthly escrow payment will increase by $0.28. |
| **What do I need to do?** | A surplus check in the amount of $633.93 is attached below. Please note that effective 05/01/2020, your new total monthly payment will be $1,011.21. |

## Total Payment

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---|---|---|
| PRINCIPAL AND INTEREST | $542.61 | $0.00 | $542.61 |
| ESCROW | $468.32 | $0.28 | $468.60 |
| **Total Payment** | **$1,010.93** | **$0.28** | **$1,011.21** |

*See below for surplus calculation*

**What is a Surplus?** A surplus is the difference between the lowest projected balance and the minimum required balance of your account for the coming year, as shown below. Please see second page for coming year details.



| Minimum Required Balance | | Lowest Projected Balance |
|---|---|---|
| $937.20 | | $1,571.13 |

Surplus Amount $633.93

*Please see the Coming Year Projections table on the back for more details.*

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---|---|---|
| TOWN TAX | $4,248.82 | ($21.93) | $4,226.89 |
| HAZARD SFR | $1,396.33 | $0.00 | $1,396.33 |
| **Annual Total** | **$5,645.15** | **($21.93)** | **$5,623.22** |

*If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at www.mrcooper.com.*
After conducting the annual analysis of your account, Mr. Cooper has determined that a surplus of funds exists and would like to inform you of options available to you. You may: 1. Retain the funds sent to you via check for your own purposes, 2. Return the funds to Mr. Cooper and request that we apply these funds to your unpaid principal balance, 3. Return the funds to Mr. Cooper and request that we apply these funds back into your escrow account.



Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

**EXHIBIT A**

The change in your escrow payment** may be based on one or more of the following factors:

**PAYMENT(S)**
- ☐ Monthly payment(s) received were less than or greater than expected
- ☐ Monthly payment(s) received earlier or later than expected
- ☐ Previous overage returned to escrow
- ☐ Previous deficiency/shortage not paid entirely

**TAXES**
- ☐ Tax rate and/or assessed value changed
- ☐ Exemption status lost or changed
- ☐ Supplemental/Delinquent tax paid
- ☐ Paid earlier or later than expected
- ☐ Tax installment not paid
- ☐ Tax refund received
- ☐ New tax escrow requirement paid

**INSURANCE**
- ☐ Premium changed
- ☐ Coverage changed
- ☐ Additional premium paid
- ☐ Paid earlier or later than expected
- ☐ Premium was not paid
- ☐ Premium refund received
- ☐ New insurance escrow requirement paid
- ☐ Force placed insurance premium paid

### Prior Year Account History and Coming Year Projections

This is a statement of the actual activity in your escrow account from 05/19 through 04/21. This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure, and projects payments, disbursements, and balances for the coming year. The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year. Under Federal Law (RESPA), the lowest monthly balance in your escrow account should be no less than $937.20 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise. Your projected estimated lowest account balance of $1,571.13 will be reached in February 2021. When the minimum required balance is subtracted from your lowest projected balance, an Escrow Surplus results in the amount of $633.93. These amounts are indicated with an arrow (<).

*This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.*

| Month | Projected Payment | Actual Payment | Projected Disbursement | Actual Disbursement | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $930.42 | ($1,206.86) |
| | | | | | TOWN TAX | $481.04 | ($717.23) |
| 05/19 | $505.00 | $549.65 | $1,013.49 | $0.00 | | $1,046.94 | ($152.23) |
| 06/19 | $505.00 | $505.00 | $0.00 | $0.00 | TOWN TAX | $1,011.94 | ($546.51) |
| 07/19 | $505.00 | $505.00 | $0.00 | $1,050.28* | TOWN TAX | $1,095.50 | $1,046.49 |
| 08/19 | $505.00 | $1,695.00 | $1,091.44 | $0.00 | | $1,650.50 | $1,613.49 |
| 09/19 | $505.00 | $505.00 | $0.00 | $0.00 | TOWN TAX | $2,215.50 | $1,119.21 |
| 10/19 | $505.00 | $505.00 | $0.00 | $1,050.28* | TOWN TAX | $1,689.00 | $1,664.21 |
| 11/19 | $505.00 | $505.00 | $1,091.44 | $0.00 | HAZARD SFR | $3,254.00 | $962.88 |
| 12/19 | $505.00 | $505.00 | $0.00 | $1,396.33* | TOWN TAX | $2,819.06 | $362.01 |
| 01/20 | $0.00 | $644.70* | $0.00 | $1,055.87* | Esc refund | $2,819.06 | $1,006.71 |
| 01/20 | $505.00 | $665.00 | $0.00 | $0.00 | TOWN TAX | $2,331.60 | $1,571.71 |
| 02/20 | $0.19 | $468.32*E | $1,052.46 | $0.00 | BK ADJ | $2,337.79 | $2,040.03 |
| 03/20 | | | $0.00 | $0.00 | | $2,606.11 | $3,508.35 |
| 04/20 | $468.32 | $468.32E | $0.00 | $0.00 | Total | $2,806.11 | $3,508.35 |
| **Total** | **$9,124.51** | **$9,346.99** | **$4,248.82** | **$4,570.76** | | | |

| Month | Projected Payment | | Projected Disbursement | | Description | Current Balance | Required Balance Projected |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $2,508.35 | $1,874.42 |
| | | | | | TOWN TAX | $1,924.40 | $1,290.56 |
| 05/20 | $468.60 | | $1,052.46 | | | $2,393.09 | $1,759.16 |
| 06/20 | $468.60 | | $0.00 | | | $2,861.69 | $2,227.76 |
| 07/20 | $468.60 | | $0.00 | | TOWN TAX | $2,271.01 | $1,637.08 |
| 08/20 | $468.00 | | $1,059.28 | | | $2,739.61 | $2,105.68 |
| 09/20 | $468.60 | | $0.00 | | | $3,208.21 | $2,574.28 |
| 10/20 | $468.60 | | $0.00 | | TOWN TAX | $2,617.53 | $1,983.60 |
| 11/20 | $468.60 | | $1,059.28 | | HAZARD SFR | $1,689.80 | $1,055.87 |
| 12/20 | $468.60 | | $1,306.33 | | | $2,158.40 | $1,524.47 |
| 01/21 | $468.60 | | $0.00 | | TOWN TAX | $1,571.13 | $937.20< |
| 02/21 | $468.00 | | $1,055.87 | | | $2,039.73 | $1,405.80 |
| 03/21 | $468.60 | | $0.00 | | | $2,508.33 | $1,874.40 |
| 04/21 | $468.60 | | $0.00 | | Total | $2,508.33 | $1,874.40 |
| **Total** | **$5,623.20** | | **$5,623.22** | | | | |

**Bankruptcy Adjustment** - The Prior Year Account History and Coming Year Projections section of the Annual Escrow Account Disclosure Statement may contain a line item called "Bankruptcy Adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If a previous escrow analysis statement was sent to you by your previous servicer, please refer to that statement for comparison purposes. If you have any questions, please call our **Bankruptcy Department** at **1-877-343-5602**. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Note: Any disbursements listed after the date of this statement are assumed to be projected or estimated.

**EXHIBIT A**