| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>SCOTT RUQUET<br>226 POTTERS DRIVE<br>BAYVILLE, NJ 08721<br>PLAINTIFF PRO SE | Case No.: 14-17571-KCF<br>Chapter 13<br><br><br>Hearing Date: May 12, 2020<br>11:00 a.m. |
| :--- | :--- |
| *In Re:*<br>*DEROSA-RUQUET et al.,* | |

### ORDER DENYING CREDITOR'S MOTION FOR RECONSIDERATION AND GRANTING DEBTOR'S CROSS MOTION

The relief set for on the following page, numbered two (2), is hereby ORDERED:

1. Creditor's Motion for Reconsideration is denied in its entirety as to the relief requested by Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Deutsche Bank National Trust Company, as trustee for GSAA Home Equity Trust 2004-5 Asset-Backed Certificates, Series 2004-5.

2. The Debtor's Cross Motion is granted. Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Deutsche Bank National Trust Company, as trustee for GSAA Home Equity Trust 2004-5 Asset-Backed Certificates, Series 2004-5 shall file a copy of the 2016 Modification and a copy of the Order entered on April 5, 2020 within thirty (30) days of the date of this Order.