UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SCOTT RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721
PLAINTIFF PRO SE

*In Re:*
*DEROSA-RUQUET et al.,*

Case No.: 14-17571-KCF
Chapter 13

Hearing Date: May 12, 2020
11:00 a.m.

**FILED**
JEANNE A. NAUGHTON, CLERK

**MAY - 6 2020**

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

**CERTIFICATION OF SERVICE**

1.  I, Donna DeRosa-Ruquet, am the debtor in this case.

2.  On April 29, 2020, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:

    Debtor Scott Ruquet's Opposition to Creditor's motion for Reconsideration.

    Debtor's Cross Motion.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

April 29, 2020

/s/ Donna DeRosa-Ruquet
Donna DeRosa-Ruquet

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Laura Egerman<br>RAS Citron LLC<br>130 Clinton Road<br>Suite Lobby B, Suite 202<br>Fairfield NJ 07004 | | Hand-delivered<br>☒ Regular mail<br>Certified mail/RR<br>Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | Hand-delivered<br>Regular mail<br>Certified mail/RR<br>Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | Hand-delivered<br>Regular mail<br>Certified mail/RR<br>Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | Hand-delivered<br>Regular mail<br>Certified mail/RR<br>Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | Hand-delivered<br>Regular mail<br>Certified mail/RR<br>Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

3