UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SCOTT RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721
PLAINTIFF PRO SE

*In Re:*
*DEROSA-RUQUET et al.,*

Case No.: 14-17571-KCF
Chapter 13

**Order Filed on May 15, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Hearing Date: May 12, 2020
11:00 a.m.

## ORDER GRANTING DEBTOR'S CROSS MOTION

The relief set for on the following page, numbered two (2), is hereby ORDERED:

**DATED: May 15, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Debtor's Cross Motion is granted. Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Deutsche Bank National Trust Company, as trustee for GSAA Home Equity Trust 2004-5 Asset-Backed Certificates, Series 2004-5 shall file a copy of the 2016 Modification, a copy of the Order on Motion to Enforce Mortgage Modification entered on April 2, 2020, and a copy of the Order Granting Motion to Amend the Court's Order on Motion to Enforce Mortgage Modification within thirty (30) days of the date of this Order.