UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Scott Ruquet**
**226 Potters Drive**
**Bayville, NJ 08721**

FILED
JEANNE A. NAUGHTON, CLERK
SEP 08 2020
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| | |
|---|---|
| In Re: | Case No.: 14-175-71-KCF |
| DeRosa-Ruquet *et al.,* | Chapter: 13 |
| Debtors | |
| | Hearing Date: September 29, 2020 |
| | Judge: Hon. Kathryn C. Ferguson |

### NOTICE OF MOTION TO ENFORCE ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION [#246] ORDER GRANTING MOTION TO AMEND THE COURT'S ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION [#253] AND ORDER GRANTING CROSS MOTION [#254]

Scott Ruquet has filed papers with the court seeking the above-mentioned relief.

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:       September 29, 2020

Hearing Time:       10: AM

Hearing Location:   U.S. Bankruptcy Court 402 East State Street Trenton NJ 08608

Courtroom Number:  2

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 9/8/20
September 8, 2020

/Scott Ruquet