UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Scott Ruquet**
**226 Potters Drive**
**Bayville, NJ 08721**

In Re:

DeRosa-Ruquet *et al.*

    Debtors

| | |
|---|---|
| Case No.: | 14-17571-KCF |
| Chapter: | 13 |
| Hearing Date: | September 29, 2020<br>10:00 a.m. |
| Judge: | Hon. Kathryn C. Ferguson |

*FILED*
*JEANNE A. NAUGHTON, CLERK*
*SEP 08 2020*
*U.S. BANKRUPTCY COURT*
*TRENTON, NJ*
*BY_____ DEPUTY*

## CERTIFICATION OF SCOTT RUQUET

I, Scott Ruquet in the above captioned case, submit this Certification in support of the Motion For To Enforce The Mortgage Modification

### INTRODUCTION

Before filing this Motion debtor Scott Ruquet tried to settle this matter with the creditor with no success. Debtor Scott Ruquet also tried to discuss this matter with Counsel for the Creditor to no avail. Emails went unanswered and phone calls went unreturned. The debtor was left no choice but to seek relief with the Court.

### FACTUAL BACKGROUND

A. Creditor is a participant in debtor's bankruptcy case filed on April 14, 2014 [Claim 8-1, 8-2.]

B. The Creditor was also a participant in the debtor's bankruptcy case filed on December 21, 2010 under case number 10-49218-KCF [Doc. 1.] The underlying debt in debt in this matter was discharged under case number 10-49218-KCF [Doc 12.]

C. On April 02, 2020, and Order was entered on debtor Scott Ruquet's Motion to Enforce Mortgage Modification. [Doc. 246 / Exhibit A]

D. The Order stipulates the terms of the debtor's loan modification and states:

"ORDERED that Scott Ruquet is required to make monthly payments of $542.61 beginning with the payment due on April 1, 2020 and continuing through a final payment of $542.61 due on June 1, 2034..." and:

"ORDERED that this payment is fixed for the entire term of the laon. It may not be increased for any reason including the addntion of attorney fees. This payment schedule binds Nationstar and any successors-in-interest."

E. On May 15, 2020, and Order was entered on the creditor's Motion To Amend The Court's Order On Motion To Enforce Mortgage Modifcaition Pursuant To Fed. R. Civ. P. 59 (e) and Fed. R. Bankr. P. 90203. [Doc 253/Exhibit B.]

F. The Order amends the Order to Enforce Loan Modifcation and states:

"ORDERED that Scott Ruquet is required to make monthly payments of *__principal and interest__* of $542.61 *__plus escrow to fund taxes and insurance__* beginning with the payment due on April 1, 2020 and continuing through a final payment of *principal and interest* of $542.61 *plus escrow,* due on June 1, 2034.

G. On May 15, 2020, and Order was entered on debtor Scott Ruquet's Cross Motion. [Doc. 254/Exhibit C.]

H. The Order states:

"The debtor's Cross Motion is granted. Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Deutsche Bank National Trust, as trustee for GSAA Home Equity Trust 2004-5, Asset Baked Certificates, Series 2004-5 shall file a copy of the 2016 Modification, a copy of the Motion to Enforce The Mortgage Modifcation entered on April 2, 2020, and a copy of the Order Granting Motion to Amend the Court's Order on Motion to Enforce Mortgage Modifcaition within thrity (30) days of the date of this Order."

Attached are the statements dated April 17, 2020, May 19, 2020, June 2, 2020 and 07/20/2020 and 08/18/2020 the debtor recieved from the creditor. At present, 4 monthly statement periods have passed and all four monthly statements contain errors. [Exhibit C]

*__Specifically:__*

**1. Payments are being held in suspense (see all four statements including the most recent.)**
**2. The statement dated 07/20/2020 shows that there was a past due balance when the statement prior shows no such thing.**
**3. Instead of applying the proper monies to escrow from the monthly payment, they went toward that fictitious past due balance.**
**4. All of the monthly payments are being applied as "partial payments" on all four statements.**
**5. Legal fees are referenced on the statement dated 08/18/2020.**
**6. the statements dated 07/20/2020 and 8/18/2020 reflect an unsecured cram down balance of $63,954.23.**

I. Aside from the obvious errors that violate the Orders entered April 2, 2020 [Doc. 246] and May 15, 2020 [253], nowhere does the court order an unsecured cram down balance; anywhere.

J. Attached is a copy of the email the debtors received from the Ocean County Clerk's Office. [Exhibit D] It clearly states that Nationstar Mortgage is not the lender of record and without an Assignment from Deutche Bank to Nationstar, the Modification and the Order's of the Court cannot be filed.

K. As an aside it also states that the correct Book and page number need to referenced but given the issues with title that is merely a blip.

L. After four months and several emails from Counsel stating that there were delays due to clerical errors and the Covid pandemic but that all documents would be filed expeditiously what counsel had to have known all along is now crystal clear: Deutsche Bank is the lender of record, not Nationstar. Therefore, the Modification and all of the monies the debtors have paid to the creditor are invalid unless an Assignment is filed.

M. The debtors email to counsel for the Creditor offering to Consent to lift the Stay to enable filing said Assignment has gone unanswered.

I certify under penalty of perjury that the above is true.

Date: _9/8/20_
September 8, 2020

_// Scott Ruquet_

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on April 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Donna DeRosa-Ruquet
Scott Ruquet

| | |
|---|---|
| Case No.: | 14-17571 |
| Chapter: | 13 |
| Hearing Date: | 3/31/2020 |
| Judge: | Kathryn C. Ferguson |

## ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered two (2) through ___2___ is
**ORDERED**.

DATED: April 2, 2020

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case 14-17571-KCF    Doc 246    Filed 04/02/20    Entered 04/02/20 15:36:49    Desc Main
14-17571 Donna DeRosa-Ruquet and Scott Ruquet    Document Page 2 of 2

## ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION

This matter having been brought before the court by the debtor, Scott Ruquet, on a Motion to Enforce Mortgage Modification, and the court having considered the papers and oral argument of the parties, it is for good cause

ORDERED that Scott Ruquet is required to make monthly payments of $542.61 beginning with the payment due on April 1, 2020 and continuing through a final payment of $542.61 due on June 1, 2034; it is further

ORDERED that if all of the payments on this payment schedule are made there will be no additional payment due at the end of the loan term; it is further

ORDERED that this payment schedule is fixed for the entire term of the loan. It may not be increased for any reason including the addition of attorney fees. This payment schedule binds Nationstar and any successor-in-interest; it is further

ORDERED that when the final payment on this payment schedule is made for the payment due on June 1, 2034, Nationstar or its successor-in-interest will issue a discharge of mortgage.

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| Robertson, Anschutz, Schneid & Crane, LLC<br>10700 Abbott's Corner Road, Suite 170<br>Duluth, GA 30097<br>Telephone: 470-321-7112 (main)<br>Telephone: 973-575-0707 (local)<br>Attorneys for Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | Order Filed on May 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SCOTT RUQUET and<br>DONNA DEROSA-RUQUET,<br><br>Debtors. | Case No. 14-17571-KCF<br><br>Chapter 13<br><br>Judge: Kathryn C. Ferguson |

## ORDER GRANTING MOTION TO AMEND THE COURT'S *ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION* PURSUANT TO FED. R. CIV. P. 59(e) AND FED. R. BANKR. P. 9023

The relief set forth on the following page numbered two (2) is hereby ORDERED:

DATED: May 15, 2020

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 for an Order pursuant to Fed. R. Civ. P. 59(e) and Fed. R. Bankr. P. 9023 to amend the Court's *Order on Motion to Enforce Mortgage Modification* (Docket 246) (the "Motion to Amend"), it is hereby ORDERED as follows:

1.    The Motion to Amend is hereby GRANTED.

2.    The Court's *Order on Motion to Enforce Mortgage Modification* (Docket #246) is hereby amended to read as follows:

> *ORDERED that Scott Ruquet is required to make monthly payments of **principal and interest** of $542.61 **plus escrow to fund taxes and insurance** beginning with the payment due on April 1, 2020 and continuing through a final payment of principal and interest of $542.61 plus escrow, due on June 1, 2034;*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Case No.: 14-17571-KCF Chapter 13 |
|---|---|
| SCOTT RUQUET 226 POTTERS DRIVE BAYVILLE, NJ 08721 PLAINTIFF PRO SE | Order Filed on May 15, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey Hearing Date: May 12, 2020 11:00 a.m. |
| *In Re:* *DEROSA-RUQUET et al.,* | |

**ORDER GRANTING DEBTOR'S CROSS MOTION**

The relief set for on the following page, numbered two (2), is hereby ORDERED:

DATED: May 15, 2020

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Debtor's Cross Motion is granted. Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Deutsche Bank National Trust Company, as trustee for GSAA Home Equity Trust 2004-5 Asset-Backed Certificates, Series 2004-5 shall file a copy of the 2016 Modification, a copy of the Order on Motion to Enforce Mortgage Modification entered on April 2, 2020, and a copy of the Order Granting Motion to Amend the Court's Order on Motion to Enforce Mortgage Modification within thirty (30) days of the date of this Order.

**INFORMATIONAL STATEMENT**



**mr. cooper**
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019



| CONTACT INFORMATION | |
| --- | --- |
| Customer Service: 877-343-5602 | |
| Monday through Friday from 8 a.m. to 5 p.m. (CT) | |
| www.mrcooper.com | |

| | |
| --- | --- |
| Statement Date: | 04/17/2020 |
| Loan Number: | 0610524662 |
| Payment Due Date: | 05/01/2020 |
| **Total Payment Amount:** | **$223.71** |

1712  1 MB 0.439   T9 P1   AUTO   340861.2-NNNN-30360508

SCOTT T RUQUET
621 BAY BLVD
BAYVILLE, NJ 08721

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

## Account Information

| | |
| --- | --- |
| Interest Bearing Principal Balance | $132,455.98 |
| Interest Rate | 3.875% |
| Escrow Balance | $1,874.42 |
| Prepayment Penalty | No |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

## Explanation of Total Payment Amount (Post Petition Payment)

| | |
| --- | --- |
| Principal | $114.89 |
| Interest | $427.72 |
| Escrow Amount (for Taxes and Insurance) | $468.60 |
| **Regular Monthly Payment** | **$1,011.21** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $0.00 |
| Partial Payment (Unapplied) | $787.50 |
| **Total Payment Amount** | **$223.71** |

The payment amount does not include any amount that was past due before you filed for bankruptcy.

## Summary of Amounts Past Due Before Bankruptcy Filing (Pre Petition Arrearage)

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

| | |
| --- | --- |
| Total Due at Filing | $0.00 |
| Amount Applied to Claim Arrears Last Month | $0.00 |
| Total Amount Applied to Claim Arrears | $0.00 |
| Current Balance | $0.00 |

## Past Payments Breakdown

| | Payments Rec'd Since 03/18/2020 | Paid Year to Date |
| --- | --- | --- |
| Principal | $114.52 | $455.87 |
| Interest | $428.09 | $1,714.57 |
| Escrow (Taxes & Insurance) | $468.32 | $2,066.64 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $1,798.43 | $5,024.58 |
| **Total** | **$2,809.36** | **$9,261.66** |

## Transaction Activity (03/18/2020 to 04/17/2020)

| Date | Description | Total | Principal | Interest | Escrow | Other |
| --- | --- | --- | --- | --- | --- | --- |
| 04/16/2020 | Payment | $1,010.93 | $114.52 | $428.09 | $468.32 | |
| 04/16/2020 | Adjustment-Misc Suspense | -$1,010.93 | | | | -$1,010.93 |
| 04/16/2020 | Partial Payment | $1,010.93 | | | | $1,010.93 |
| 04/16/2020 | Adjustment-Misc Suspense | -$1,010.93 | | | | -$1,010.93 |

## Important Messages                                         (See Reverse side for Additional Critical Notices)

*Partial Payment (Unapplied) refers to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to the mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Partial Payment (Unapplied) balance represents the amount of funds being held in a non-interest bearing account as of the date of this statement.*

*While an account is involved in a pending bankruptcy case, Mr. Cooper is unable to offer an automatic payment plan. Once the loan is no longer subject to a bankruptcy proceeding, you may contact Mr. Cooper to set up automatic payments.*

*If you no longer wish to receive a monthly statement, please send a written request to the following address:*

*PO Box 613287 Dallas, TX 75261*

*If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.*

*If your Bankruptcy Plan requires you to send your regular monthly payments to the Trustee, you continue to pay the Trustee per your plan. Please contact your attorney or the Trustee if you have any questions.*

*The fees listed herein may not be all recoverable fees disclosed to the Bankruptcy Court. Please refer to the Bankruptcy filing for the complete list of fees and costs.*

*Please contact your attorney or the Trustee with questions regarding the application of payments.*

*The information disclosed on the periodic statement may not include payments you have made to the Trustee and may not be consistent with the Trustee's records.*

✂ - - - - - - - - - - - - - - - - - - - DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY. - - - - - - - - - - - - - - -

**VOLUNTARY PAYMENT COUPON**

**THE**
# cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

## INFORMATIONAL STATEMENT

### CONTACT INFORMATION



Customer Service: 877-343-5602
Monday through Friday from 8 a.m. to 5 p.m. (CT)
www.mrcooper.com

| Statement Date: | 04/17/2020 |
| Loan Number: | 0610524662 |
| Payment Due Date: | 05/01/2020 |
| **Total Payment Amount:** | **$223.71** |

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

SCOTT T RUQUET
621 BAY BLVD
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

Transaction Activity (03/18/2020 to 04/17/2020) continued from Page 1

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 04/15/2020 | Partial Payment | $1,010.93 | | | | $1,010.93 |
| 03/27/2020 | Partial Payment | $787.50 | | | | $787.50 |

*If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.*

## INFORMATIONAL STATEMENT





**cooper** 8950 Cypress Waters Blvd.
Coppell, TX 75019

CHANGING THE FACE OF HOME LOANS

4220  1 AB 0.419   T20 P2   AUTO   366662.4-NNNN-30376258

SCOTT T RUQUET
621 BAY BLVD
BAYVILLE, NJ 08721

### CONTACT INFORMATION
Customer Service: 877-343-5602
Monday through Friday from 8 a.m. to 5 p.m. (CT)
www.mrcooper.com

| | |
|---|---|
| Statement Date: | 05/19/2020 |
| Loan Number: | 0610524662 |
| Payment Due Date: | 06/01/2020 |
| **Total Payment Amount:** | **$1,011.21** |

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $132,225.83 |
| Interest Rate | 3.875% |
| Escrow Balance | $1,755.75 |
| Prepayment Penalty | No |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

### Explanation of Total Payment Amount (Post Petition Payment)

| | |
|---|---|
| Principal | $115.63 |
| Interest | $426.98 |
| Escrow Amount (for Taxes and Insurance) | $468.60 |
| **Regular Monthly Payment** | **$1,011.21** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $0.00 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$1,011.21** |

The payment amount does not include any amount that was past due before you filed for bankruptcy.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre Petition Arrearage)

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan.
The Trustee is sending us the payments shown here.
These are separate from your regular monthly mortgage payments.

| | |
|---|---|
| Total Due at Filing | $0.00 |
| Amount Applied to Claim Arrears Last Month | $0.00 |
| Total Amount Applied to Claim Arrears | $0.00 |
| Current Balance | $0.00 |

### Past Payments Breakdown

| | Payments Rec'd Since 04/18/2020 | Paid Year to Date |
|---|---|---|
| Principal | $230.15 | $686.02 |
| Interest | $855.07 | $2,569.64 |
| Escrow (Taxes & Insurance) | $937.20 | $3,003.84 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $1,234.92 | $6,259.50 |
| **Total** | **$3,257.34** | **$12,519.00** |

### Transaction Activity (04/18/2020 to 05/19/2020)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 05/16/2020 | Payment | $1,011.21 | $115.26 | $427.35 | $468.60 | |
| 05/16/2020 | Payment | $1,011.21 | $114.89 | $427.72 | $468.60 | |
| 05/16/2020 | Adjustment-Misc Suspense | -$2,022.42 | | | | -$2,022.42 |
| 05/16/2020 | Partial Payment | $1,011.21 | | | | $1,011.21 |

### Important Messages                    (See Reverse side for Additional Critical Notices)

*Partial Payment (Unapplied) refers to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to the mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Partial Payment (Unapplied) balance represents the amount of funds being held in a non-interest bearing account as of the date of this statement.*

*While an account is involved in a pending bankruptcy case, Mr. Cooper is unable to offer an automatic payment plan. Once the loan is no longer subject to a bankruptcy proceeding, you may contact Mr. Cooper to set up automatic payments.*

*If you no longer wish to receive a monthly statement, please send a written request to the following address:*
*PO Box 613287 Dallas, TX 75261*

*If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.*

*If your Bankruptcy Plan requires you to send your regular monthly payments to the Trustee, you continue to pay the Trustee per your plan. Please contact your attorney or the Trustee if you have any questions.*

*The fees listed herein may not be all recoverable fees disclosed to the Bankruptcy Court. Please refer to the Bankruptcy filing for the complete list of fees and costs.*

*Please contact your attorney or the Trustee with questions regarding the application of payments.*

*The information disclosed on the periodic statement may not include payments you have made to the Trustee and may not be consistent with the Trustee's records.*

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

**VOLUNTARY PAYMENT COUPON**

# INFORMATIONAL STATEMENT

**my cooper**
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

## CONTACT INFORMATION

**Customer Service: 877-343-5602**
Monday through Friday from 8 a.m. to 5 p.m. (CT)
www.mrcooper.com

| | |
|---|---|
| Statement Date: | 05/19/2020 |
| Loan Number: | 0610524662 |
| Payment Due Date: | 06/01/2020 |
| **Total Payment Amount:** | **$1,011.21** |

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

SCOTT T RUQUET
621 BAY BLVD
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

## Transaction Activity (04/18/2020 to 05/19/2020) continued from Page 1

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 05/16/2020 | Partial Payment | $1,011.21 | | | | $1,011.21 |
| 05/16/2020 | Adjustment-Misc Suspense | -$2,022.42 | | | | -$2,022.42 |
| 05/15/2020 | Partial Payment | $1,011.21 | | | | $1,011.21 |
| 05/15/2020 | Partial Payment | $223.71 | | | | $223.71 |
| 05/01/2020 | Town Tax Disbursed | $1,055.87 | | | $1,055.87 | |

*If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.*



**INFORMATIONAL STATEMENT**

8950 Cypress Waters Blvd.
Coppell, TX 75019

CHANGING THE FACE OF HOME LOANS



| CONTACT INFORMATION |
| --- |

Customer Service: 877-343-5602
Monday through Friday from 8 a.m. to 5 p.m. (CT)
www.mrcooper.com

| Statement Date: | 06/02/2020 |
| Loan Number: | 0610524662 |
| Payment Due Date: | 07/01/2020 |
| **Total Payment Amount:** | **$1,011.21** |

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

820  1 MB 0.439   T5 P1   AUTO   379130.2-NNNN-30382814

SCOTT T RUQUET
621 BAY BLVD
BAYVILLE, NJ 08721



[138684040]

| Account Information | | Explanation of Total Payment Amount (Post Petition Payment) | |
| --- | --- | --- | --- |
| Interest Bearing Principal Balance | $132,225.83 | Principal | $115.63 |
| Interest Rate | 3.875% | Interest | $426.98 |
| Escrow Balance | $1,755.75 | Escrow Amount (for Taxes and Insurance) | $468.60 |
| Prepayment Penalty | No | **Regular Monthly Payment** | **$1,011.21** |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

| | |
| --- | --- |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $0.00 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$1,011.21** |

The payment amount does not include any amount that was past due before you filed for bankruptcy.

## Summary of Amounts Past Due Before Bankruptcy Filing (Pre Petition Arrearage)

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

| | |
| --- | --- |
| Total Due at Filing | $0.00 |
| Amount Applied to Claim Arrears Last Month | $0.00 |
| Total Amount Applied to Claim Arrears | $0.00 |
| Current Balance | $0.00 |

## Past Payments Breakdown

| | Payments Rec'd Since 05/20/2020 | Paid Year to Date |
| --- | --- | --- |
| Principal | $0.00 | $686.02 |
| Interest | $0.00 | $2,569.64 |
| Escrow (Taxes & Insurance) | $0.00 | $3,003.84 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $1,234.92 | $6,259.50 |
| **Total** | **$1,234.92** | **$12,519.00** |

## Transaction Activity (05/20/2020 to 06/02/2020)

| Date | Description | Total | Principal | Interest | Escrow | Other |
| --- | --- | --- | --- | --- | --- | --- |

## Important Messages                                       (See Reverse side for Additional Critical Notices)

*Partial Payment (Unapplied) refers to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to the mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Partial Payment (Unapplied) balance represents the amount of funds being held in a non-interest bearing account as of the date of this statement.*

*While an account is involved in a pending bankruptcy case, Mr. Cooper is unable to offer an automatic payment plan. Once the loan is no longer subject to a bankruptcy proceeding, you may contact Mr. Cooper to set up automatic payments.*

*If you no longer wish to receive a monthly statement, please send a written request to the following address:*
*PO Box 613287 Dallas, TX 75261*

*If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.*

*If your Bankruptcy Plan requires you to send your regular monthly payments to the Trustee, you continue to pay the Trustee per your plan. Please contact your attorney or the Trustee if you have any questions.*

*The fees listed herein may not be all recoverable fees disclosed to the Bankruptcy Court. Please refer to the Bankruptcy filing for the complete list of fees and costs.*

*Please contact your attorney or the Trustee with questions regarding the application of payments.*

*The information disclosed on the periodic statement may not include payments you have made to the Trustee and may not be consistent with the Trustee's records.*

✂ - - - - - - - - - - DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY. - - - - - - - - -

**VOLUNTARY PAYMENT COUPON**





8950 Cypress Waters Blvd.
Coppell, TX 75019

CHANGING THE FACE OF HOME LOANS

SCOTT T RUQUET
621 BAY BLVD
BAYVILLE, NJ 08721

## INFORMATIONAL STATEMENT

### CONTACT INFORMATION

**Customer Service: 877-343-5602**
Monday through Friday from 8 a.m. to 5 p.m. (CT)
www.mrcooper.com

| | |
|---|---|
| Statement Date: | 06/02/2020 |
| Loan Number: | 0610524662 |
| Payment Due Date: | 07/01/2020 |
| **Total Payment Amount:** | **$1,011.21** |

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

*If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.*

# INFORMATIONAL STATEMENT



**mr. cooper**
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

## CONTACT INFORMATION

**Customer Service: 877-343-5602**
Monday through Friday from 8 a.m. to 5 p.m. (CT)
www.mrcooper.com

| | |
|---|---|
| Statement Date: | 07/20/2020 |
| Loan Number: | 0610524662 |
| Payment Due Date: | 08/01/2020 |
| **Total Payment Amount:** | **$74.01** |

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

||||||||||||||||||||||||
4056 1 AB 0.419   T21 P2   AUTO   421081.5-NNNN-30407597

SCOTT T RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $70,271.60 |
| Interest Rate | 3.875% |
| Escrow Balance | $1,755.75 |
| Prepayment Penalty | No |
| Cramdown Unsecured Amount | $61,954.23 |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

## Explanation of Total Payment Amount (Post Petition Payment)

| | |
|---|---|
| Principal | $315.69 |
| Interest | $226.92 |
| Escrow Amount (for Taxes and Insurance) | $0.00 |
| **Regular Monthly Payment** | **$542.61** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $542.61 |
| Partial Payment (Unapplied) | $1,011.21 |
| **Total Payment Amount** | **$74.01** |

The payment amount does not include any amount that was past due before you filed for bankruptcy.

## Summary of Amounts Past Due Before Bankruptcy Filing (Pre Petition Arrearage)

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

| | |
|---|---|
| Total Due at Filing | $0.00 |
| Amount Applied to Claim Arrears Last Month | $0.00 |
| Total Amount Applied to Claim Arrears | $0.00 |
| Current Balance | $0.00 |

## Past Payments Breakdown

| | Payments Rec'd Since 06/03/2020 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $686.02 |
| Interest | $0.00 | $2,569.64 |
| Escrow (Taxes & Insurance) | $0.00 | $3,003.84 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $1,011.21 | $7,270.71 |
| **Total** | **$1,011.21** | **$13,530.21** |

## Transaction Activity (06/03/2020 to 07/20/2020)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 07/15/2020 | Partial Payment | $1,011.21 | | | | $1,011.21 |
| 06/09/2020 | Adjustment-Misc Suspense | -$3.69 | | | | -$3.69 |
| 06/09/2020 | Partial Payment | $3.69 | | | | $3.69 |
| 06/09/2020 | Disbursement-Suspense | -$3.69 | | | | -$3.69 |

## Important Messages                              (See Reverse side for Additional Critical Notices)

*Partial Payment (Unapplied) refers to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to the mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Partial Payment (Unapplied) balance represents the amount of funds being held in a non-interest bearing account as of the date of this statement.*

*While an account is involved in a pending bankruptcy case, Mr. Cooper is unable to offer an automatic payment plan. Once the loan is no longer subject to a bankruptcy proceeding, you may contact Mr. Cooper to set up automatic payments.*

*If you no longer wish to receive a monthly statement, please send a written request to the following address:*
**PO Box 613287 Dallas, TX 75261**

*If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.*

*If your Bankruptcy Plan requires that you to send your regular monthly payments to the Trustee, you continue to pay the Trustee per your plan. Please contact your attorney or the Trustee if you have any questions.*

*We have not received all of your mortgage payments due since you filed for bankruptcy.*

*We are in the process of applying the terms of the Order to the Account. Therefore, the information captured in this statement is subject to change.*

*The fees listed herein may not be all recoverable fees disclosed to the Bankruptcy Court. Please refer to the Bankruptcy filing for the complete list of fees and costs.*

*Please contact your attorney or the Trustee with questions regarding the application of payments.*

*The information disclosed on the periodic statement may not include payments you have made to the Trustee and may not be consistent with the Trustee's records.*

*If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.*

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

VOLUNTARY PAYMENT COUPON



**INFORMATIONAL STATEMENT**

# cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

| CONTACT INFORMATION |
| --- |

**Customer Service: 877-343-5602**
Monday through Friday from 8 a.m. to 5 p.m. (CT)
www.mrcooper.com

| | |
| --- | --- |
| Statement Date: | 07/20/2020 |
| Loan Number: | 0610524662 |
| Payment Due Date: | 08/01/2020 |
| **Total Payment Amount:** | **$74.01** |

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

SCOTT T RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

**Transaction Activity (06/03/2020 to 07/20/2020) continued from Page 1**

| Date | Description | Total | Principal | Interest | Escrow | Other |
| --- | --- | --- | --- | --- | --- | --- |
| 06/09/2020 | Partial Payment | $3.69 | | | | $3.69 |

# INFORMATIONAL STATEMENT

**cooper**
CHANGING THE FACE OF HOME LOANS

PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## CONTACT INFORMATION

Customer Service: 877-343-5602
Monday through Friday from 8 a.m. to 5 p.m. (CT)
www.mrcooper.com

|||ıll||ı|||ı||ı|||||ı||||||ı||ı|ı|ı||ı|ı||||ı|||ı|ıy||||ı|
4278 1 AB 0.419   T22 P2   AUTO   446762.5-NNNN-30423203

SCOTT T RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721

| | |
|---|---|
| Statement Date: | 08/18/2020 |
| Loan Number: | 0610524662 |
| Payment Due Date: | 09/01/2020 |
| **Total Payment Amount:** | **$914.53** |

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $69,955.91 |
| Interest Rate | 3.875% |
| Escrow Balance | $1,112.93 |
| Prepayment Penalty | No |
| Cramdown Unsecured Amount | $61,954.23 |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

## Explanation of Total Payment Amount (Post Petition Payment)

| | |
|---|---|
| Principal | $316.71 |
| Interest | $225.90 |
| Escrow Amount (for Taxes and Insurance) | $468.60 |
| **Regular Monthly Payment** | **$1,011.21** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $914.53 |
| Partial Payment (Unapplied) | $1,011.21 |
| **Total Payment Amount** | **$914.53** |

The payment amount does not include any amount that was past due before you filed for bankruptcy.

## Summary of Amounts Past Due Before Bankruptcy Filing (Pre Petition Arrearage)

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

| | |
|---|---|
| Total Due at Filing | $0.00 |
| Amount Applied to Claim Arrears Last Month | $0.00 |
| Total Amount Applied to Claim Arrears | $0.00 |
| Current Balance | $0.00 |

## Past Payments Breakdown

| | Payments Rec'd Since 07/21/2020 | Paid Year to Date |
|---|---|---|
| Principal | $315.69 | $1,001.71 |
| Interest | $226.92 | $2,796.56 |
| Escrow (Taxes & Insurance) | $468.60 | $3,472.44 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $1,011.21 | $8,281.92 |
| **Total** | **$2,022.42** | **$15,552.63** |

## Transaction Activity (07/21/2020 to 08/18/2020)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 08/14/2020 | Partial Payment | $1,011.21 | | | | $1,011.21 |
| 08/12/2020 | Legal Fees | -$22.00 | | | | -$22.00 |
| 08/07/2020 | Payment | $1,011.21 | $315.69 | $226.92 | $468.60 | |
| 08/07/2020 | Adjustment-Misc Suspense | -$1,011.21 | | | | -$1,011.21 |

## Important Messages                                       (See Reverse side for Additional Critical Notices)

*Partial Payment (Unapplied) refers to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to the mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Partial Payment (Unapplied) balance represents the amount of funds being held in a non-interest bearing account as of the date of this statement.*

*Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*While an account is involved in a pending bankruptcy case, Mr. Cooper is unable to offer an automatic payment plan. Once the loan is no longer subject to a bankruptcy proceeding, you may contact Mr. Cooper to set up automatic payments.*

*If you no longer wish to receive a monthly statement, please send a written request to the following address:*

*PO Box 613287 Dallas, TX 75261*

*If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.*

*If your Bankruptcy Plan requires you to send your regular monthly payments to the Trustee, you continue to pay the Trustee per your plan. Please contact your attorney or the Trustee if you have any questions.*

*We have not received all of your mortgage payments due since you filed for bankruptcy.*

*We are in the process of applying the terms of the Order to the Account. Therefore, the information captured in this statement is subject to change.*

*The fees listed herein may not be all recoverable fees disclosed to the Bankruptcy Court. Please refer to the Bankruptcy filing for the complete list of fees and costs.*

*Please contact your attorney or the Trustee with questions regarding the application of payments.*

*The information disclosed on the periodic statement may not include payments you have made to the Trustee and may not be consistent with the Trustee's records.*

---

✂ - - - - - - - - - - - DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY. - - - - - - - - - - -

**VOLUNTARY PAYMENT COUPON**

## INFORMATIONAL STATEMENT

 

**Mr. cooper**
CHANGING THE FACE OF HOME LOANS

PO Box 818060
5801 Postal Road
Cleveland, OH 44181

### CONTACT INFORMATION

**Customer Service: 877-343-5602**
Monday through Friday from 8 a.m. to 5 p.m. (CT)
www.mrcooper.com

| | |
|---|---|
| Statement Date: | 08/18/2020 |
| Loan Number: | 0610524662 |
| Payment Due Date: | 09/01/2020 |
| **Total Payment Amount:** | **$914.53** |

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

SCOTT T RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721

### Transaction Activity (07/21/2020 to 08/18/2020) continued from Page 1

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 08/07/2020 | Partial Payment | $468.60 | | | | $468.60 |
| 08/07/2020 | Adjustment-Misc Suspense | -$468.60 | | | | -$468.60 |
| 07/23/2020 | Town Tax Disbursed | $1,111.42 | | | $1,111.42 | |
| 07/23/2020 | Partial Payment | $542.61 | | | | $542.61 |
| 07/23/2020 | Adjustment-Misc Suspense | -$542.61 | | | | -$542.61 |

*If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.*

 **Gmail**

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

## Mortgage Mod

6 messages

---

**Sharo, Doreen <DSharo@co.ocean.nj.us>**  Tue, Aug 25, 2020 at 12:01 PM
To: "ddruquet@gmail.com" <ddruquet@gmail.com>

Hello Donna,

I am writing this email to you to explain why the Order to Enforce a Mortgage Modification and the order to Amend the Modification cannot be recorded. First, both orders must recite the Mortgage book and page of the Mortgage that is being modified. The Mortgage Modification order is referencing an incorrect lender. The current record lender is Deutsche Bank National Trust Co. The Assignment that was sent in for recording to Nationstar is marked in error in our system as the wrong assignor. Therefore, the Mortgage Modification order must reference Deutsche bank or an assignment from Deutsche bank to Nationstar must be recorded. In either case both documents must reference the same and correct lender.

Best Regards,

**Doreen Sharo**

**Ocean County Clerk's Office**

**Mortgage/Scanning Room Supervisor**

**732-929-4776**

**Fax-732-349-4336**

---

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**  Tue, Aug 25, 2020 at 2:33 PM
To: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>
Cc: Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Christine Kelly <Christine_Kelly@njb.uscourts.gov>

Good afternoon:

I hope this email finds you well. I am forwarding the email I received today from the County Clerk, Ocean. In attempt to put this matter to rest, I emailed the Clerk copies of the Orders that your client was ordered to file, along with a copy of the Modification.

Almost two years ago and many times thereafter, we offered to consent to having the stay lifted so your client (s) could clear up the clouds created by the invalid Assignment made to Nationstar, and your client (s) declined.

We are now offering you the same courtesy. If your client (s) do not clear the title issue outlined in the forwarded email, the Modification itself is non existent as written where it matters most: the County Clerk's office. That would render the Court's Orders useless and seriously: what a waste of everyone's time and how disrespectful is that to the Court?

Additionally, the statement I received for the September payment does not reflect the proper amount due and still reflects an unsecured cramdown amount. Nowhere does the Order Enforcing the Mortgage Modification allow for any such cram down. I addressed this in a prior email to which I received no response.