UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**Scott Ruquet**
226 Potters Drive
Bayville, NJ 08721

In Re:
*DeRosa-Ruquet et al*

**Debtor**

FILED
JEANNE A. NAUGHTON, CLERK

AUG 2020

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

| | |
|---|---|
| Case No.: | 14-17571-KCF |
| Chapter: | 13 |
| Hearing Date: | September 29, 2020 |
| Judge: | Kathryn C. Ferguson |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: 9/8/20
*September 8, 2020*

Scott Ruquet
/s/Scott Ruquet