UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Scott Ruquet**
**226 Potters Drive**
**Bayville, NJ 08721**

| | |
|---|---|
| In Re: | Case No.:    14-17571-KCF |
| DeRosa-Ruquet *et al.* | Chapter:    13 |
| Debtors | Hearing Date:    September 29, 2020 |
| | Judge:    Hon. Kathryn C Ferguson |

**ORDER FINDING Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 and Nationstar Mortgage dba Mr. Cooper in violation of the Order To Modify Loan Modification and in Contempt.**

The relief set forth on the following pages, numbered two (2) is **ORDERED**.

The Court having reviewed the Debtor's Motion for an Order of Contempt, Sanctions, and Other relief Sought for Violation of the Stay and Violation of the Discharge Injunction Under Case No. 10-49218-KCF and any related responses or objections,

A. **IT IS ORDERED AND ADJUDGED** that debtor's Motion to Enforce Order On Motion To Enforce Mortgage Modification [#246] Order Granting Motion To Amend The Court's Order On Motion To Enforce Mortgage Modification [#253] And Order Granting Cross Motion [#254] is **GRANTED; and**

B. **IT IS ORDERED AND ADJUDGED** that Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 and Nationstar Mortgage dba Mr. Cooper are found to be in violation of the Court's Orders at Doc. 246, 253 and 254; and

C. **IT IS ORDERED AND ADJUDGED** that Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 and Nationstar Mortgage dba Mr. Cooper remedy any and all accounting errors to bring themselves compliant with the Order On Motion To Enforce Mortgage Modification [#246] and Order Granting Motion To Amend The Court's Order On Motion To Enforce Mortgage Modification [#253] within ten (10) days; and

D. **IT IS ORDERED AND ADJUDGED** that Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 and Nationstar Mortgage dba Mr. Cooper take the necessary steps to clear title to the real property known as 621 Bay Boulevard, Bayville NJ 08721 in order to comply with the Order granting the debtor's Cross Motion [Doc. 255] within thirty (30) days of the date of this Order.

E. **IT IS ORDERED AND ADJUDGED** that should Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 and or Nationstar Mortgage dba Mr. Cooper fail to clear title within 30 days of the date of this Order then the Clerk, County of Ocean, State of New Jersey, shall mark the mortgage filed as **Instrument No. 2004054389, filed on 03/12/2004 at 12:14:32 at Book/Page 11959/1815 satisfied;** and

F. **IT IS ORDERED AND ADJUDGED** that this satisfaction extinguishes any claim that Deutsche Bank, Nationstar Mortgage LLC d/b/a Mr. Cooper, any predecessors and any successors-in-interest may have in the real property known as 621 Bay Boulevard, Bayville, NJ 08721 Lot 1373 Block 41 et al.