UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Scott Ruquet**
**226 Potters Drive**
**Bayville, NJ 08721**

DeRosa-Ruquet *et al.*

Debtors

**FILED**
JEANNE A. NAUGHTON, CLERK

SEP  8 2020

U.S. BANKRUPTCY COURT
TRENTON, NJ

Case No.:  BY _____ 14-17571-KCF _____ DEPUTY

Chapter:         13

Hearing Date:   _____

Judge:          Hon. Kathryn C. Ferguson

### CERTIFICATION OF SERVICE

1. I,  Scott  Ruquet :

    am the Debtor in this case and am representing myself.

2. On *September 8, 2020*, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. **Notice Of Motion To Enforce Order On Motion To Enforce Mortgage Modification [#246] Order Granting Motion To Amend The Court's Order On Motion To Enforce Mortgage Modification [#253] And Order Granting Cross Motion [#254]**

4. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:

_9/8/20_
September 8, 2020

_Scott Ruquet_
//Scott Ruquet

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| **Jay Bray**<br>Chief Executive Officer at Mr. Cooper<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019 | *Executive Officer* | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/ Return receipt requested<br>☐ Other email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| **Laura M. Egerman, Esq.**<br>RAS Citron, LLC<br>130 Clinton Road<br>Ste Lobby B, Suite 202<br>Fairfield, NJ 07004<br>973-575-0707<br>bkyecf@rasflaw.com | *Counsel for Creditor* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☑ Other email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| **Christian Sewing, CEO**<br>Deutsche Bank<br>60 Wall Street<br>New York, NY 10005 | *Executive Officer* | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| **Elizabeth Wassall, Esq.**<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway<br>Mt. Laurel, NJ 08054<br>Suite B<br>856-793-3080 | *Counsel for Creditor* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |