| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>Attorneys for Secured Creditor<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 470-321-7112 (main)<br><br>Laura Egerman (LE-8250) | Case No.:14-17571-KCF<br><br>Chapter 13<br><br>Hearing Date:  September 29, 2020<br><br>Judge:  Kathryn C. Ferguson |
| **In Re:**<br><br>**DONNA DEROSA-RUQUET and**<br>**SCOTT T. RUQUET,**<br><br>        **Debtors.** | |

### RESPONSE TO MOTION TO ENFORCE MORTGAGE MODIFICATION

Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 ("Secured Creditor"), by and through its undersigned counsel, files its Objection to Debtor's Motion to Enforce (hereinafter the "Motion") (Docket #262), and states as follows:

1.      The Motion does not contain a prayer for relief, and it is not clear what Debtor Scott Ruquet (hereinafter the "Debtor") seeks to accomplish with this Motion.

2.      Until Debtor can elucidate what relief is sought, Secured Creditor cannot properly respond to the Motion.  At a minimum, Debtors should be required to brief the issues for which they is seeking relief.

3.      It is further noted that this case is more than 77 months old, and is therefore overripe for closure.  The Trustee filed his *Final Report and Accounting* on January 16, 2020 (Docket 209). It is not clear that the Bankruptcy Court retains jurisdiction over the alleged title issues at this very late date.

4.        Any alleged title defects would be more appropriately addressed to the Chancery Division of the Superior Court by way of a Quiet Title or other action.

5.        As a side note, the non-borrower spouse raised concerns about the monthly statements in July 2020.  By response dated August 10, 2020, non-borrower spouse was advised that the issues on the account statements related directly to the account adjustments resulting from the resolution of the litany of motions brought in Debtor's name, that all funds had been applied, that the account was current, and that the September 2020 statement would reflect this.

6.        As of today's date, the September 2020 statement has not been issued.  Debtor did not make the September payment until September 15 and so the statement will be generated in the course of Secured Creditor's usual business.

7.        Secured Creditor reserves the right to supplement or amend its response prior to the hearing scheduled.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny Debtor's Motion to Enforce, and for such other and further relief as the Court may deem just and proper.

**Robertson, Anschutz, Schneid & Crane, LLC**
Attorneys for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone No.: 973-575-0707 (local)
Telephone No.: 470-321-7112 (main)

By:  /s/ Laura Egerman
Laura Egerman, Esquire
Bar ID:  LE-8250
Email:  legerman@rasnj.com