| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Crane, LLC**<br>Attorneys for Secured Creditor<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 470-321-7112 (main)<br><br>Laura Egerman (LE-8250) | Case No.:14-17571-KCF<br><br>Chapter 13<br><br>Hearing Date:  September 29, 2020<br><br>Judge:  Kathryn C. Ferguson |
| **In Re:**<br><br>**DONNA DEROSA-RUQUET and SCOTT T. RUQUET,**<br><br>  **Debtors.** | |

## **CERTIFICATION OF SERVICE**

1. I, Laura Egerman, represent Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 in this matter.

2. On September 25, 2020, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.  *Supplemental Response to Motion to Enforce, Certification of Service*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  September 25, 2020

**RAS Crane, LLC**
Attorneys for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone No.: 973-575-0707 (local)
Telephone No.: 470-321-7112 (main)

By: /s/  Laura Egerman
Laura Egerman, Esquire
NJ Bar ID:  LE-8250
Email: legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Donna DeRosa-Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721<br><br>Scott T. Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721 | *Pro Se* Debtors | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[x] E-mail:<br>ddruquet@gmail.com<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |