A



 Gmail　　　　　　　　　　**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

# Case No.; 14-127571

13 messages

---

**donna ruquet** <ddruquet@gmail.com>　　　　　　　　Wed, Jan 30, 2019 at 2:19 PM
To: legerman@rasnj.com

Hi Ms. Egerman:

Thank you for your kindness and for taking the time to even care. These things are in short supply these days generally speaking and are greatly appreciated on my end.

Attached for your review are the two Assignment we spoke about regarding 621 Bay Boulevard Bayville NJ 08721. If you have any questions please let me know and I will avail myself to your schedule via telephone number 732.278.3227, as I am sure yours is busier than mine.

Again, thank you so much for your kindness and please have a great day.

Regards,
Donna DeRosa-Ruquet

**2 attachments**

📄 **Assignment Nationstar 621.pdf**
　　88K

📄 **DBAM621.pdf**
　　179K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>　　　　Sat, Aug 17, 2019 at 12:21 PM
To: legerman@rasnj.com

Hi Laura:

Apparently you didn't care then and you don't care now.

Donna

balancing one amino acid at a time
[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>　　　　　　　　Wed, Aug 21, 2019 at 5:01 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Ms. Ruquet,

I have forwarded your objection to NSM and will file a supplemental pleading with the court once they respond. This matter will be heard on 09/19/2019 accordingly.

**Laura Egerman, Esq.**



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>             Wed, Aug 21, 2019 at 5:06 PM
To: Laura Egerman <legerman@rasnj.com>

Please call me Donna and the Hearing is set for September 10 @ 2:00 pm.
[Quoted text hidden]

 **image001.jpg**
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>             Wed, Aug 21, 2019 at 5:09 PM
To: Laura Egerman <legerman@rasnj.com>

Omg I am so sorry I hit send instead of attach!! Javier's heaing is the 19th. Anyhow very good- hopefully this matter can be resolved.

I was just waiting on your response because last week you said you'd reach put to me on Friday or Monday as you had court on Thursday.

On Wed, Aug 21, 2019, 5:02 PM Laura Egerman <legerman@rasnj.com> wrote:
[Quoted text hidden]

---

**2 attachments**

 image001.jpg
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                Wed, Aug 21, 2019 at 5:11 PM
To: Laura Egerman <legerman@rasnj.com>

You did say "let's get this settled" when we spoke. If I misunderstood you my apologies.

On Wed, Aug 21, 2019, 5:02 PM Laura Egerman <legerman@rasnj.com> wrote:
[Quoted text hidden]

 image001.jpg
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                Wed, Aug 21, 2019 at 5:11 PM
To: Laura Egerman <legerman@rasnj.com>

It's scheduled for September 10 I believe.

On Wed, Aug 21, 2019, 5:02 PM Laura Egerman <legerman@rasnj.com> wrote:
[Quoted text hidden]

 image001.jpg
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                Wed, Aug 21, 2019 at 5:13 PM
To: Laura Egerman <legerman@rasnj.com>

Sorry my emails are lagging. I'm in the field right now (for work.)
[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>                Wed, Aug 21, 2019 at 5:19 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

I am trying – client did not respond as quickly as I anticipated – everything at the end of August seems to drag a little. I have escalated again

[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>                Wed, Aug 21, 2019 at 5:09 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

My apologies. Something will be filed in response prior to the 09/20/2019 hearing date. The 09/19 date is for Mr. Marino's motion.

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>  Wed, Aug 21, 2019 at 5:24 PM
To: Laura Egerman <legerman@rasnj.com>

I know you are bound to what your client wants so I understand completely. I appreciate any help you can provide at all. If your client has any kind of counter settlement proposal I am always open to that as well.

Thank you again and please enjoy your evening.
[Quoted text hidden]

 **image001.jpg**
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>  Wed, Aug 21, 2019 at 5:29 PM
To: Laura Egerman <legerman@rasnj.com>

None necessary. It's a very long docket lol. I keep wondering if I am going to hit #100.

As an aside I have completed my plan payments. I know the Trustee was waiting on the Order filed today to continue the closing audit. I am guessing that is because any punative awards I may have been granted would technically be property of the Estate. I only recieved actual damages so I hope they move forward soon. I finished paying in May. It's been a long 5 years lol.
[Quoted text hidden]

 **image001.jpg**
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>  Tue, Sep 10, 2019 at 3:02 PM
To: Laura Egerman <legerman@rasnj.com>

I'm thinking the title insurance claim may have been denied because Nationstar's Assignment at present is technically not valid. Just a thought.
[Quoted text hidden]