**B**

**B**

# BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.

### ATTORNEYS AT LAW
### A LIMITED LIABILITY COMPANY

TIMOTHY P. NEUMANN
PETER J. BROEGE
FRANK J. FISCHER*
DAVID E. SHAVER
*MEMBER NATIONAL
ACADEMY OF ELDER
LAW ATTORNEYS
OF COUNSEL
CARL BROEGE

January 4, 2019

OLD SQUAN PLAZA
25 ABE VOORHEES DRIVE
MANASQUAN, NEW JERSEY 08736
(732) 223-8484

TELEFAX (732) 223-2416

<u>Via E-Mail Only</u>
Scott Ruquet and Donna DeRosa-Ruquet
226 Potters Drive
Bayville, NJ  08721

*Re:*  ***Donna DeRosa-Ruquet and Scott Ruquet***
***Chapter 13 Case No. 14-17571***

Dear Mr. and Mrs. DeRosa-Ruquet:

With regard to the motion and objection to mortgage payment change that you filed, that were scheduled on Chief Bankruptcy Judge Ferguson's January 9, 2019 Motion calendar, I have reviewed the Chapter 13 Trustee's Court Disposition List for January 9, 2018 and the notation "Judge Reserved Decision" appears.  A copy of the page of the Court Disposition List regarding your Chapter 13 case is attached.

What this means is that Judge Ferguson has decided not to have oral argument on the motion and objection that you filed, and to decide them "on the papers" with no Court appearance required .  This may have been done by Judge Ferguson since you filed the motion directly while I also am simultaneously attorney of record.  The Chapter 13 staff attorneys contacted me shortly after you filed the motion to ask why I had not filed the motion and to advise that "they did not know what Judge Ferguson was going to do with it".  You will see on the Court Disposition List that the Chapter 13 Trustee's question appears there as well.

The possibility exists that Judge Ferguson will procedurally deny the motion and objection since you are not <u>Pro Se</u>.

I have also attached copies of the December 31, 2018 e-mail and attachments that I received from Shapiro & DeNardo.

The bank clearly does not know what is going on.  It did not file opposition to your motion and objection.

Very truly yours,

DAVID E. SHAVER

DES:dh
Enclosures

## Dave Shaver

| | |
|---|---|
| **From:** | Matthew Austin <maustin@logs.com> |
| **Sent:** | Monday, December 31, 2018 1:12 PM |
| **To:** | dshaver@bnfsbankruptcy.com |
| **Cc:** | Charles Wohlrab |
| **Subject:** | Donna DeRosa-Ruquet and Scott Ruquet // Motion to allow loan modificaiton |
| **Attachments:** | 16-017202 Debtors Certification.pdf; 16-017202 loan mod motionn.pdf |

Good Afternoon Mr Shaver,

Attached is our Motion to Allow the Loan Modification; within is a cert (re-attached separately) that must be executed by your client in order to file.  Please have your clients print their names at the top and sign at the bottom.  Please advise if the cert will be returned or, if you are already in the midst of preparing/filing the motion on your end.

Thank you
**Matthew Austin**
*Bankruptcy Legal Assistant*
maustin@logs.com
www.logs.com

## Shapiro & DeNardo, LLC

14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
856-793-3080 ext. 3531 Office

**Supervisory Contact**
Maria Vazquez
856-793-3080 ext. 3415
mvazquez@LOGS.com

Pursuant to the Fair Debt Collection Practices Act, you are advised that this office is deemed to be a debt collector and any information obtained may be used for that purpose.

Customer service is a top priority at Shapiro & DeNardo, LLC. We encourage feedback on our performance. For your convenience, we have included a link for direct feedback SD-Comments@logs.com. Shapiro & DeNardo, LLC management reviews these emails on a daily basis and responds to concerns or questions. Customer feedback also assists in our efforts to enhance the services we offer.

This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at 856-793-3080 ext. 3531 and permanently delete the original and any copy of any e-mail and any printout thereof.

1

CXE 16-017202
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Charles G. Wohlrab - 016592012
ATTORNEYS FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5

| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| DONNA DEROSA-RUQUET AND SCOTT RUQUET, DEBTORS | CASE NO.: 14-17571-KCF CHAPTER 13 |

---

**ORAL ARGUMENT ONLY REQUESTED IF OPPOSITION IS FILED**

**DEBTOR'S CERTIFICATION IN SUPPORT OF SECURED CREDITOR'S MOTION FOR COURT APPROVAL OF LOAN MODIFICATION**

I, _____, Debtor and I, _____ Joint Debtor hereby certify as follows:

1. I make this certification in support of the Secured Creditor's motion for Court approval of the loan modification.

2. I, Donna DeRosa-Ruquet and Scott Ruquet ("Debtor") applied for a loan modification for the mortgage and have received approval from the Loss Mitigation Department of Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 subject to bankruptcy Court approval. A copy of the executed Loan Modification Agreement is attached.

3. Under the terms of the modification, the prior delinquencies would be paid through the new loan.

4. The modification would adjust my monthly Principal and Interest payment to approximately $420.88 beginning December 1, 2016. I understand that the Interest rate and Monthly Principal and Interest will change pursuant to the Loan Modification's listed payment schedule until the Principal and Interest are paid in full.

5. Escrow payment may be adjusted periodically in accordance with applicable law and therefore the total monthly payments might change accordingly.

6. I request that the loan modification agreement with the Secured Creditor be approved.

I certify that the foregoing is true to the best of my information, knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:_____          Signature:_____
                                                          Donna DeRosa-Ruquet, Debtor

Date:_____          Signature:_____
                                                          Scott Ruquet, Debtor

CXE 16-017202
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Charles G. Wohlrab - 016592012
ATTORNEYS FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5

| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| DONNA DEROSA-RUQUET AND SCOTT RUQUET, DEBTORS | CASE NO.: 14-17571-KCF CHAPTER 13 |

### CERTIFICATION OF SERVICE

I, Michael Kaiza

1.

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Charles G. Wohlrab, Esquire, who represents the Secured Creditor in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

2.    On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Notice of Motion to Vacate the Automatic Stay for Court Approval of Loan Modification Agreement,
Debtor's Certification in Support of Secured Creditor's Motion for Court Approval of Loan Modification,
Proposed Order,
Certification of Service,

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____       Signature _____
                                          Michael Kaiza

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rodney J Alberto<br>Alberto Brothers Law Firm<br>949 Lacey Road<br>Lower Level<br>Forked River, NJ 08731 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Albert Russo<br>Trustee<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Donna DeRosa-Ruquet and Scott Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Via email and regular post

Donna DeRosa-Ruquet
226 Potters Drive
Bayville, New Jersey 08721
732.278.3227
ddruquet@gmail.com

January 16, 2019

Charles G. Wohlrab, Esq.
Shapiro & DeNardo, LLC.
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054

In re: Case NO.: 14-17571-KCF

Dear Mr. Wohlrab:

I hope this finds you well. Please be advised that David Shaver has filed a Motion to Withdraw as Counsel.

Attached for your review please find an Assignment Mortgage dated September 23, 2013 filed on October 07, 2013, in the Ocean County Clerk's Office under book 15656 and page number 1342 that transfers all interest in the property to Nationstar Mortgage, LLC.

I am not sure what your client's claim is regarding this property or why you have been acting on their behalf, when clearly they have no interest in this property any longer if in fact they ever did.

It appears that any interest your client may have had is voidable as the Trust GSAA Home Equity ABC Series 2004-05 was closed on the date of the Assignment dated 07/07/2012 and upon checking EDGAR, as far as I can see was never re-opened for the purpose of adding this property.

There is always the distinct possibility that I am wrong, however there is undeniably an issue of title at hand and I will be filing a Motion to seek relief in attempt to ascertain who, if anyone, has clear title to this house aside from me as your Client would first have to defeat my marital interest.

When viewing the original loan documents it becomes clear as I am listed on the Deed but nowhere have I ever endorsed the mortgage. The attorney who handled the closing did reach out to the First National Bank of Arizona to see if they wanted the closing to move forward with the documents as is and they said yes.

Additionally the title company contacted me about a month after the closing and asked me to agree to remove my name from the Deed to give your client clear title which I declined to do.

Even in 2004 long before I realized the extent to which lending institutions will go to defraud the American people, I knew that request was very shady. Conversely, I find your attempt to get us to agree to do anything relative to a property your client appears to have no interest in, via threat of adversarial proceeding, even shadier.  If I have misconstrued any of your actions please accept my apologies in advance.

Please advise what your position is in my case and what your client feels is their interest in my property. Thank you for your anticipated cooperation and I look forward to hearing from you in the future.

Regards,

Donna DeRosa-Ruquet


Cc: Albert Russo via email w/att

 Gmail              **The DeRosa-Ruquet Family <ddruquet@gmail.com>**

---

# Case No: 14-17571-KCF
21 messages

---

**donna ruquet** <ddruquet@gmail.com>            Wed, Jan 16, 2019 at 12:23 PM
To: cwohlrab@logs.com, docs@russotrustee.com

Mr. Wholrab:

Please see attached letter dated January 16, 2019 with attachments.

Thank you and as always have a great day !!

Donna DeRosa-Ruquet

---

**2 attachments**

    **Assignment Nationstar 621.pdf**
    88K

    **Wholrab11619.docx**
    103K

---

**donna ruquet** <ddruquet@gmail.com>            Thu, Jan 24, 2019 at 4:30 PM
To: kmagoon@logs.com

[Quoted text hidden]

---

**2 attachments**

    **Assignment Nationstar 621.pdf**
    88K

    **Wholrab11619.docx**
    103K

---

**Charles Wohlrab** <cwohlrab@logs.com>            Fri, Jan 25, 2019 at 9:57 AM
To: donna ruquet <ddruquet@gmail.com>

Good Morning,

I called the number provided on your letter earlier this morning and left a short voicemail. If you get a chance, please give me a call at (856) 793-3080 x3423 to discuss this further.

Thanks,

Charles

**Charles Wohlrab**
*Associate Attorney*

Licensed to Practice in New Jersey and Pennsylvania
cwohlrab@LOGS.com
http://shapiroanddenardo.com

## Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
856-793-3080 ext. 3423 Office
847-627-8809 Fax

### Supervisory Contact
Christopher DeNardo
610-278-6800 ext. 1233
cdenardo@LOGS.com

Pursuant to the Fair Debt Collection Practices Act, you are advised that this office is deemed to be a debt collector and any information obtained may be used for that purpose.

Customer service is a top priority at Shapiro & DeNardo, LLC. We encourage feedback on our performance. For your convenience, we have included a link for direct feedback SD-Comments@logs.com. Shapiro & DeNardo, LLC management reviews these emails on a daily basis and responds to concerns or questions. Customer feedback also assists in our efforts to enhance the services we offer.

[Quoted text hidden]

---

**donna ruquet** <ddruquet@gmail.com>                                    Fri, Jan 25, 2019 at 10:28 AM
To: Charles Wohlrab <cwohlrab@logs.com>

Email received returned call and left voicemail.
[Quoted text hidden]

---

**donna ruquet** <ddruquet@gmail.com>                                    Fri, Jan 25, 2019 at 12:50 PM
To: Charles Wohlrab <cwohlrab@logs.com>

As discussed the issues are as follows:

1. Clear title: Two Assignments issuing Note and Mortgage - title is obfuscated.
2. Bringing the 2016 Mod before the Court for approval once title is clear.

End game:

1. Clear title
2.Mod approved and filed.

Provided phone number to Weinstein & Riley - Nationstar attorney on the West Coast. Assuming it was correct bc I haven't heard orherwise.

DDR

[Quoted text hidden]

---

**Charles Wohlrab** <cwohlrab@logs.com>                                    Fri, Jan 25, 2019 at 1:04 PM
To: donna ruquet <ddruquet@gmail.com>

Good Afternoon,

I tried the number you provided (503) 401-1273; and I got a voicemail from someone (Chris) within an organization I did not recognize.  If I copied the number incorrectly, please let me know the correct number.

Additionally, my firm sent another e-mail to an escalated representative within Nationstar notifying them of the Assignment(s) issue and seeking authorization to remediate.

[Quoted text hidden]

---

**donna ruquet** <ddruquet@gmail.com>
To: Charles Wohlrab <cwohlrab@logs.com>

Fri, Jan 25, 2019 at 1:16 PM

Hi Charles!!

I am so so sorry - the number I gave you was incorrect. The correct number for Weinstein and Riley is +1 206-269-3490. Here I am hollering at you for the details!!

Please accept my apologies and I cannot thank you enough for your time, patience and help. Please have a great day!

Donna DeRosa Ruquet
[Quoted text hidden]

---

**Charles Wohlrab** <cwohlrab@logs.com>
To: donna ruquet <ddruquet@gmail.com>

Fri, Jan 25, 2019 at 1:26 PM

Good Afternoon Donna,

The new number was correct and I was able to speak with Kevin's assistant. Apparently he is out on vacation until next Tuesday, 1/29/18. She was unable to find anything recent in the notes stemming from your phone call with Kevin.

I asked her to have him contact me upon his arrival to square this away.

[Quoted text hidden]

---

**donna ruquet** <ddruquet@gmail.com>
To: Charles Wohlrab <cwohlrab@logs.com>

Fri, Jan 25, 2019 at 2:28 PM

Hi Charles:

Ok great!! You may want to contact the bankruptcy department of Nationstar. They may have more information in their system.

Also I am thinking perfecting the lien may require a motion to lift the automatic stay to which I would agree to should somebody provide me with proof of the Note via original unless the Judge Orders otherwise.

Again, there is the distinct possibility I could be wrong so if I am, please accept my apologies in advance.

I do see that there is a copy of what appears to be a copy of the certified original that I have in my safety deposit box attached to the POC.

Please advise.

Thanks and as always have a great day !!

Donna DeRosa- Ruquet

balancing one amino acid at a time.

 Gmail

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

## Case 14-17571
1 message

**donna ruquet** <ddruquet@gmail.com>                                    Fri, Jan 25, 2019 at 3:17 PM
To: Erik Collazo <ecollazo@russotrustee.com>
Cc: cwohlrab@logs.com

Dear Mr. Collazo:

I hope this finds you well. I am sending you this email because after several weeks, three attorneys, two letters and many phone calls to both counsel for Deutsche Bank (Shapiro and DeNardo) and for Nationstar (Weinstein & Riley ) later, both have acknowledged that there is a problem with the chain of title relative to Claim No. 8 listing Nationstar as the secured creditor on the real property known as 621 Bay Blvd Bayville NJ 08721.

I will not bore you with the details unless you request further information, rather this email serves only to inform the Trustee as he serves the interest of the estate.

Thank you for your time and please enjoy your weekend.

Regards,
Donna DeRosa-Ruquet

 Gmail           **The DeRosa-Ruquet Family <ddruquet@gmail.com>**

## 621 Bay Blvd Bayville NJ Case No: 14-17571-KCF
5 messages

---

**donna ruquet** <ddruquet@gmail.com>        Tue, Feb 5, 2019 at 5:17 PM
To: marisa.barker@mrcooper.com

Dear Ms. Barker:

I found your email online. I have worked with Toby Gallegos in the past, but he is no longer with Nationstar. I find that to be Nationstar's loss because he is a very nice man with really good Loss Mit skills, but that is just my opinon.

Attached for your review is the letter I sent to the attorney that represents your company on January 16, 2018.

I spoke with the same attorney today. He told me there was nothing more he can do until he "hears from someone at Nationstar."

Can you imagine what your company would do to me if I didn't pay them for as many months as I have had to wait for an answer from them? This goes far beyond January 16, 2018.

Can you please find someone to help me because no one else seems up to the task. You are the VP of Social Responsibility and, with all due respect, the only responsible one here so far has been me so I would like to share some.

Thank you in advance.

Regards,

Donna DeRosa-Ruquet
732.278.3227

📄 **Wholrab11619.docx**
    103K

---

**Marisa Barker** <marisa.barker@mrcooper.com>        Tue, Feb 5, 2019 at 7:03 PM
To: donna ruquet <ddruquet@gmail.com>

Hi Ms. Ruquet,

I've sent your letter and email to our Customer Relations VP for immediate attention. We will address your concerns, and get back in touch with you soon.

I appreciate you reaching out to me.

Thank you,

 MARISA BARKER

*VP, Corporate Social Responsibility*

8950 Cypress Waters Blvd.

Dallas, TX 75019

**(E)** Marisa.Barker@mrcooper.com

**(O)** 972.956.6018

**(F)** 972.315.7201



**From:** donna ruquet [mailto:ddruquet@gmail.com]
**Sent:** Tuesday, February 5, 2019 4:17 PM
**To:** Marisa Barker <marisa.barker@mrcooper.com>
**Subject:** 621 Bay Blvd Bayville NJ Case No: 14-17571-KCF

---

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

[Quoted text hidden]

This e-mail communication and any attachments may contain confidential, copyrighted, and legally privileged information for use solely by the designated recipients to which this e-mail is addressed. If you are not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, disclosure, dissemination, distribution, or copying of this message or its contents is prohibited and may be subject to governing laws protecting its disclosure. If you have received this communication in error, please notify Mr. Cooper immediately by e-mail at postmaster@mrcooper.com and destroy all copies of this communication and any attachments.

---

**donna ruquet** <ddruquet@gmail.com>                                      Tue, Feb 5, 2019 at 7:31 PM
To: Marisa Barker <marisa.barker@mrcooper.com>

Ms. Barker:

Thank you for your prompt reply. I actually cannot thank you enough. This is very trying and is begining to send me into a depression.

This should be a time of feeling accomplished at having done what very few debtors accomplish (9%) and almost no pro se debtors do on the whole.

Instead it has become a time of waking up scared, trying to get things done during the day to fix things and going to bed having come up empty crying.

If it were not for Mr. Gallegos's help I would not be where I am right now. Nationstar has been the only bright spot in this bankruptcy. Your representatives are kind and courteous always, and very helpful. I just seem to have hit a roadblock here.

I may run the risk of sounding silly when I say this but having learned what I have learned reading case after case after case, Nationstar is the last little bit of decency I have seen amongst a lot of nefarious banking practices.

Please, please don't take that from me. It represents hope.

Your help is most gratefully appreciated.

Regards,

Donna DeRosa-Ruquet

[Quoted text hidden]



**image001.png**
21K

---

**donna ruquet** <ddruquet@gmail.com>                       Wed, Feb 6, 2019 at 6:55 PM
To: Marisa Barker <marisa.barker@mrcooper.com>

Good evening Ms. Barker:

Yesterday evening shortly before I received your email I was praying to God to send me what or who I needed to help me solve this.

When I checked my email a short time later your email had arrived. I just want to tell you that you are in my opinon, an Angel sent from above.

I received a telephone call from Ruth Terry today from the Customer Resolution Department. I am more than confident in Ms. Terry's ability to resolve the issues regarding 621 Bay Blvd Bayville NJ 08721 whether directly or using whatever resources she may have at her disposal.

I cannot thank you enough. Please believe me when I tell you that I don't ordinarily speak of God in professional correspondence. There is always a chance it may become evidentiary in nature.

With that in mind I have not been shy in telling people how Nationstar was so, so instrumental in the progression of my Chapter 13 Bankruptcy case from the onset.

I do believe that God has His hand in the role Nationstar has played in my case relative to this property and that both you, and Ms. Terry have only strengthened that belief.

I look forward to working with Nationstar in settling any and all issues that need proper attention. I simply cannot thank you enough for keeping your word relative to helping me, and showing me the work of the Lord.

Warmest Regards,

Donna DeRosa - Ruquet

[Quoted text hidden]

---

**Marisa Barker** <marisa.barker@mrcooper.com>                    Wed, Feb 6, 2019 at 7:20 PM
To: donna ruquet <ddruquet@gmail.com>

Ms. Ruquet,

I cannot thank you enough for these kind words. It means more to me than you may realize. We really want to help advocate for you in any way possible.

Thanks very much for taking the time to recognize the work we do. I will be sure to share this internally.

I hope you have a wonderful evening.

Thank you again,

[Quoted text hidden]
[Quoted text hidden]

    [Quoted text hidden]
    [Quoted text hidden]

      [Quoted text hidden]

**From:** donna ruquet [mailto:ddruquet@gmail.com]
**Sent:** Tuesday, February 5, 2019 4:17 PM
**To:** Marisa Barker <marisa.barker@mrcooper.com>
**Subject:** 621 Bay Blvd Bayville NJ Case No: 14-17571-KCF

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Ms. Barker:

I found your email online. I have worked with Toby Gallegos in the past, but he is no longer with Nationstar. I find that to be Nationstar's loss because he is a very nice man with really good Loss Mit skills, but that is just my opinon.

Attached for your review is the letter I sent to the attorney that represents your company on January 16, 2018.

I spoke with the same attorney today. He told me there was nothing more he can do until he "hears from someone at Nationstar."

Can you imagine what your company would do to me if I didn't pay them for as many months as I have had to wait for an answer from them? This goes far beyond January 16, 2018.

Can you please find someone to help me because no one else seems up to the task. You are the VP of Social Responsibility and, with all due respect, the only responsible one here so far has been me so I would like to share some.

Thank you in advance.

Regards,

Donna DeRosa-Ruquet

[Quoted text hidden]

[Quoted text hidden]

---

**donna ruquet** <ddruquet@gmail.com> Fri, Feb 15, 2019 at 8:41 AM
To: Charles Wohlrab <cwohlrab@logs.com>

Good morning Charles:

I hope this finds you well. Ms. Terry called yesterday around suppertime yesterday (5:00 pm) and she was quite happy to hear that we had spoken already.

She explained to me Kathy is the person in bankruptcy who is working on my case. Ms. Terrly also explained that Nationstar is aware that the Assignment issue needs to be fixed, as well as my vested interest.

Here is where I get lost: is the bank going to run new title insurance? At present I cannot think of any judgements or liens that would appear in either my name or Scott's name so if that's the case there shouldn't be a problem.

In the alternative, will my signature on the new Modification suffice relative to this issue? I did ask Ms. Terry this when she mentioned the title policy attorneys, but she wasn't sure. Eh....we can learn together and as long as we are green and growing life is good.

I also asked Ms. Terry if the terms and conditions I set forth were favorable, and she said she feels that they are within the realm of possiblity. She said that Nationstar wants to maintian the positive relationship we currently share and that they are looking foward to working together to get this matter resovled, as am I.

As a recap those terms are:

1. 20k in principle forgiveness

2. 3.5% interest for the life of loan - 15        years of the term of 30 left to pay as of      this March.

3. Nartionstar will satisfy any outstanding      water and sewer charges I owe and         together with the $1515.00 disbursement by Nationstar for the         same in May of 2015, these charges         will be rolled back into my loan.

I know this will take a bit of time especially if title is to be run but if you could please confirm whether Nationstar is in fact accepting of these terms it would really help me sleep at night.

If they are, in the past Mr. Gallegos just emailed me the docs, I signed them and sent them back via Federal Express. Nationstar then boarded the Mod and we were done. It was simple and easy.

I've been sober for 19 years (20 this coming August) and keeping things simple has always worked for me.

If in fact everything is acceptable on Nationstar's end perhaps by the end of next week we can have the new Mod signed and ready for the Court's approval.

I certainly cannot speak for Judge Ferguson but as she bas been our Judge for the better part of nine (9) years I do not think there will be a problem having this approved. The one thing I do know about Judge Ferguson is she looks favorably on issues that are settled in lieu of ruled upon.

I am looking forward to settling this amicably with Nationstar. As I have said in the past and will continue to say into the future Nationstar has been the only bright spot in this bankruptcy.

I started with Nationstar being the only reasonable creditor and would like to end it the same way. I cannot tell you how much I look forward to getting this matter resolved as quickly as possible.

Thank you for your time, patience and consideration and kindly advise at your earliest convenience.

Regards,

Donna DeRosa-Ruquet

balancing one amino acid at a time 😐

[Quoted text hidden]

---

**Charles Wohlrab** <cwohlrab@logs.com>                  Fri, Feb 15, 2019 at 8:59 AM
To: donna ruquet <ddruquet@gmail.com>

Good Morning Donna,

I really cannot comment on the title aspect until Nationstar gives me further direction. Once I hear from them, I will let you know.

[Quoted text hidden]

---

**donna ruquet** <ddruquet@gmail.com>                  Fri, Feb 15, 2019 at 9:15 AM
To: Charles Wohlrab <cwohlrab@logs.com>

Hi Charles:

Fair enough. Will you please indulge me and call them and find out? Like I said: having all of this settled will help me sleep better.

Thanks in advance.

Donna
[Quoted text hidden]

---

**donna ruquet** <ddruquet@gmail.com>                 Fri, Feb 15, 2019 at 10:06 AM
To: Charles Wohlrab <cwohlrab@logs.com>

Never mind Charles...I found her email and I will ask her myself.

Thanks!!
[Quoted text hidden]

---

**donna ruquet** <ddruquet@gmail.com>                 Fri, Feb 15, 2019 at 10:15 AM
To: kathy.winchester@mrcooper.com
Cc: ruth.terry@mrcooper.com

Good morning Ms. Winchester:

I believe you are handing my case. I am forwarding this email that I sent to your Counsel.

I am doing so because questions that are simple should not be complicated and emails that go unanswered have become the norm, not the exception.

Kindly advise of your position either via email, telephone (732.278.3227) or through Counsel at your earliest convenience.

Thanks and have a great day.

Donna DeRosa- Ruquet

---------- Forwarded message ---------
From: **donna ruquet** <ddruquet@gmail.com>
[Quoted text hidden]
[Quoted text hidden]

---

**Charles Wohlrab** <cwohlrab@logs.com>                               Fri, Feb 15, 2019 at 11:55 AM
To: donna ruquet <ddruquet@gmail.com>

Donna,

Could you please send me Ms. Terry's e-mail address; I would like to cc: her on my message to Nationstar so she is in the loop.

[Quoted text hidden]

---

**donna ruquet** <ddruquet@gmail.com>                                 Fri, Feb 15, 2019 at 12:09 PM
To: Charles Wohlrab <cwohlrab@logs.com>

I believe all of the Nationstar emails follow the same format, that is: firstname.lastname@mrcooper.com

So: ruth.terry@mrcooper.com. I cc'd her on Ms. Winchester's email this morning using that email and it did not come back as undeliverable.

Having said that: have you any additional information that may ease my mind?
[Quoted text hidden]

---

**donna ruquet** <ddruquet@gmail.com>                                 Fri, Feb 15, 2019 at 12:10 PM
To: Charles Wohlrab <cwohlrab@logs.com>

As well, kindly cc me as well as I am serving as Counsel for myself.

Thanks Charles!
[Quoted text hidden]

---

**Charles Wohlrab** <cwohlrab@logs.com>                               Fri, Feb 15, 2019 at 12:35 PM
To: donna ruquet <ddruquet@gmail.com>

Donna,

I forwarded your proposal to Kathy and I am awaiting their instruction.

I cannot send you the e-mail due to Attorney-Client privilege. I will absolutely send you a prompt response if they give approval to do so.

[Quoted text hidden]

---

**donna ruquet** <ddruquet@gmail.com>                                 Fri, Feb 15, 2019 at 12:40 PM
To: Charles Wohlrab <cwohlrab@logs.com>

Me too. Hopefully since they got it twice they will read it. Actually I just fowarded the email I sent you. Let's hope I can at least get an answer on the title work today. As their atty I would think you're advising them on that matter so I'm not sure why you haven't an answer or even an inkling as to what it might be.
[Quoted text hidden]

**donna ruquet** <ddruquet@gmail.com>                                                    Mon, Feb 18, 2019 at 10:25 AM
To: Charles Wohlrab <cwohlrab@logs.com>, Cdenardo@logs.com, ecollazo@russotrustee.com
Cc: kathy.winchester@mrcooper.com, ruth.terry@mrcooper.com

Good morning Charles:

I hope this finds you well. As you are aware 30 days has passed since I drafted and sent my first correspondence to you via email. At present I have received no formal written response to the issues I raised from either you or your client. Under RESPA you are out of time.

Unfortunately I must put on hold any offers of settlement I may have made as I feel it prudent for me to obtain a MERS Milestone report.

I feel this way because the loan shows as being in an inactive status on the MERS public website and we have never refinanced it. Therefore I would like to see why.

I am thinking that this loan was added to the closed Trust ( GSAA 2004-5) for the purpose of collecting default insurance monies and that the Assignment to Nationstar has no MIN on it because the original MIN associated with the loan has been retired. With this in mind there is a very good chance that Milestone report will list the loan as "paid in full."

In my heart of hearts I honestly hope I am wrong because to think that American citizens would lie, cheat and steal from other American citizens because of greed is one thing; to know it is another.

What I find particularly curious is at the time of the Assignment dated July of 2012, to Duetchse Bank, the 1st National Bank of Arizona and its parent the 1st National Bank of Nevada, had been closed by the OCC in 2008, some four years prior to the Assignment to the MBS and its collateral assests seized.

There are several Superior Court cases that have found the same thing curious as well. Additionally, it appears that documents Amy Hawkins signed (her's is the signature on the Allonge attached to my Note) have been found to be questionable in nature on several cases.

With these things in mind I look to the future to when the loan has been paid off and my Note is nowhere to be found. Presently this is a growing concern within the mortgage community so, as they say, an ounce of prevention is worth a pound of cure. How apropos is that saying in this case?

Finally, as you are aware, my husband and I are Tenants by Entirety on the Deed, the Mortgage doesn't acknowledge his martital status nor does the Note or the original Title binder.

There are so many things wrong with that I'm not sure a simple reMod with my signature will truly cure anything so I will be seeking advice from Counsel before I proceed.

As I have stated in prior correspondence: at present I am the only one with clear title to this house as far as I can see. As such,  asserting my right to possession under the Note may be my only recourse to keep the title clear.

This becomes quite clear as the purported investor ( Duetchse Bank) failed to file a Proof of Claim in my case, yet felt the need to have two attorneys enter appearances on their behalf some fours years after I filed my case. You have alternately claimed to represent Deutsche Bank and Nationstar Mortgage. Which is it?

Nationstar, under their current Assignment dated May of 2013, is technically unable to assert any rights to my loan or my house because their Assignment is invalid and is marked as an error in my County Clerk's office.

I am thinking this makes their Proof of Claim either invalid or questionable at best, as they rely on an Assignment that does not name them.

Regardless, Nationstar has been aware of the problem with their Assignment since 2014, at which time they they attempted to fix the issue but then realized I had filed a Chapter 13 bankruptcy.

Incidentally,  MERS does not have any right to transfer my Note in accordance with Scott's mortgage. As always there is the distinct possibility I may he wrong but I certainly won't hold my breathe waiting for you to tell me if this is so.

That is because since the day you started shadowing my bankruptcy transparency has not been your strong point. As a matter of fact your game of cat and mouse is becoming tiresome and more importantly, your attempt at impuning my character by telling other attorneys I am "crazy" is more than troubling.

For this reason I will be asking your boss, Chris DeNardo, to remove you from this case and as such, I have added him to this email.

If your client wishes to provide a Milestone report to me that would be awesome but in the meantime I will be drafting a QWR today amd sending it along to MERS.

Thanks and as always, have a great day.

Regard,
Donna DeRosa-Ruquet
[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>　　　　　　　　　　　Fri, May 17, 2019 at 10:47 AM
To: Javier Merino <jmerino@dannlaw.com>

# Forwarded Conversation
**Subject: Case No: 14-17571-KCF**
------------------------

From: **donna ruquet** <ddruquet@gmail.com>
Date: Wed, Jan 16, 2019 at 12:23 PM
To: <cwohlrab@logs.com>, <docs@russotrustee.com>

Mr. Wholrab:

Please see attached letter dated January 16, 2019 with attachments.

Thank you and as always have a great day !!

Donna DeRosa-Ruquet

----------
From: **donna ruquet** <ddruquet@gmail.com>
Date: Thu, Jan 24, 2019 at 4:30 PM
To: <kmagoon@logs.com>

----------
From: **Charles Wohlrab** <cwohlrab@logs.com>
Date: Fri, Jan 25, 2019 at 9:57 AM
To: donna ruquet <ddruquet@gmail.com>

Good Morning,

I called the number provided on your letter earlier this morning and left a short voicemail.  If you get a chance, please give me a call at (856) 793-3080 x3423 to discuss this further.

Thanks,

Charles

 Gmail                                                    **The DeRosa-Ruquet Family <ddruquet@gmail.com>**

## RE: Mr. Cooper

8 messages

**Ruth Terry** <ruth.terry@mrcooper.com>                                          Wed, Mar 6, 2019 at 7:29 PM
To: "ddruquet@gmail.com" <ddruquet@gmail.com>

Hello Donna,

I'm headed out the door now but the date in the extension was today so I wanted to be sure and provide you the formal response I mentioned to you. Unfortunately I have not received the MERS Milestone Report as of yet so I have escalated to two other individuals to assist with providing. As I mentioned before I will continue to follow up with you. I will touch base with you tomorrow.

Thank you,

RUTH TERRY

*Manager, Customer Relations*

4000 Horizon Way

Irving, TX 75063

(O) 972.956.6514

(F)  972.966.4742



**From:** Ruth Terry
**Sent:** Tuesday, February 19, 2019 5:48 PM
**To:** 'ddruquet@gmail.com' <ddruquet@gmail.com>
**Subject:** Mr. Cooper

Hello Ms. Ruquet,

I was working on the formal written response but I received the email you sent this morning requesting the MERS report so I have attached an extension letter.

Thank you,

RUTH TERRY

*Manager, Customer Relations*

4000 Horizon Way

Irving, TX 75063

(O) 972.956.6514

(F) 972.966.4742



This e-mail communication and any attachments may contain confidential, copyrighted, and legally privileged information for use solely by the designated recipients to which this e-mail is addressed. If you are not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, disclosure, dissemination, distribution, or copying of this message or its contents is prohibited and may be subject to governing laws protecting its disclosure. If you have received this communication in error, please notify Mr. Cooper immediately by e-mail at postmaster@mrcooper.com and destroy all copies of this communication and any attachments.

 **Response Letter.pdf**
239K

---

**Ruth Terry** <ruth.terry@mrcooper.com>                           Mon, Mar 11, 2019 at 6:36 PM
To: "ddruquet@gmail.com" <ddruquet@gmail.com>

Hello Donna,

I apologize I didn't get this sent over to you on Friday. Attached is the MERS Milestone report I was provided. The MERS Mortgage Identification Number (MIN) shows Inactive.

[Quoted text hidden]
[Quoted text hidden]

 **0610524662_MIN summary.pdf**
106K

---

**donna ruquet** <ddruquet@gmail.com>                            Mon, Mar 11, 2019 at 6:43 PM
To: Ruth Terry <ruth.terry@mrcooper.com>

Hi Ruth:

Email received with thanks!! Can you please provide me with the insurance information so I can contact them?

Thanks so much and have a great day!!

Donna
[Quoted text hidden]

**3 attachments**


**image001.png**
15K


**image001.png**
15K

**image001.png**
15K

---

**donna ruquet** <ddruquet@gmail.com>                           Mon, Mar 11, 2019 at 7:22 PM
To: Ruth Terry <ruth.terry@mrcooper.com>

Hi Ruth:

Sorry for the back to back emails- I just saw your attached letter- you are awesome!!

Thank you so much and I will be reaching out to my SPoC tomorrow.

Warm regards,
Donna
[Quoted text hidden]

---

**donna ruquet** <ddruquet@gmail.com>                           Tue, Mar 12, 2019 at 1:15 PM
To: Ruth Terry <ruth.terry@mrcooper.com>

Hi Ruth!!

Thank you so much again for all of your help!! We really appreciate it and your kind words and willingness to help have certainly not gone unnoticed.

The value and service you have placed on us as a customer is a rare occurrence these days, especially in the mortgage industry.

We have filed a claim on Scott's behalf with Fidelity National Title and it's my understanding that National Title Clearance Center falls under the same umbrella.

We made sure to mention Mr. Coopers claim so hopefully they can be handled as companion claims as one depends on the other.

Thank you again and have a great day.... I truly don't have the words to express our gratitude.

Warm regards,
Donna

[Quoted text hidden]

---

**Ruth Terry** <ruth.terry@mrcooper.com>                      Wed, Mar 13, 2019 at 12:44 PM
To: donna ruquet <ddruquet@gmail.com>

Hello Donna,

I'm so sorry I didn't get back to you earlier. I am so glad I could help. Yes, the full title referenced on the claim is
Fidelity National Title Company Clearance Center. The address for the Title company referenced on the claim for the
claim is:

Fidelity National Title Company Clearance Center

Clearance Center

5910 N. Central Expressway Suite 850

Dallas , TX 75200

I truly hope this is resolved quickly. I am out of the office until Monday, March 18, but like I have told you before you
can always reach out to me if you need any help or have any questions about this matter or anything subsequent.

Thank you,

RUTH TERRY

*Manager, Customer Relations*

4000 Horizon Way

Irving, TX 75063

(O) 972.956.6514

(F) 972.966.4742



**From:** donna ruquet [mailto:ddruquet@gmail.com]
**Sent:** Tuesday, March 12, 2019 12:15 PM
**To:** Ruth Terry <ruth.terry@mrcooper.com>
**Subject:** Re: Mr. Cooper

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

**From:** Ruth Terry
**Sent:** Wednesday, March 6, 2019 6:30 PM
**To:** 'ddruquet@gmail.com' <ddruquet@gmail.com>
**Subject:** RE: Mr. Cooper

Hello Donna,

I'm headed out the door now but the date in the extension was today so I wanted to be sure and provide you the formal response I mentioned to you. Unfortunately I have not received the MERS Milestone Report as of yet so I have escalated to two other individuals to assist with providing. As I mentioned before I will continue to follow up with you. I will touch base with you tomorrow.

Thank you,

RUTH TERRY

*Manager, Customer Relations*

4000 Horizon Way

Irving, TX 75063

**(O)** 972.956.6514

**(F)** 972.966.4742

**From:** Ruth Terry
**Sent:** Tuesday, February 19, 2019 5:48 PM
**To:** 'ddruquet@gmail.com' <ddruquet@gmail.com>
**Subject:** Mr. Cooper

Hello Ms. Ruquet,

I was working on the formal written response but I received the email you sent this morning requesting the MERS report so I have attached an extension letter.

Thank you,

RUTH TERRY

*Manager, Customer Relations*

4000 Horizon Way

Irving, TX 75063

**(O)** 972.956.6514

**(F)** 972.966.4742

This e-mail communication and any attachments may contain confidential, copyrighted, and legally privileged information for use solely by the designated recipients to which this e-mail is addressed. If you are not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, disclosure, dissemination, distribution, or copying of this message or its contents is prohibited and may be subject to governing laws protecting its disclosure. If you have received this communication in error, please notify Mr. Cooper immediately by e-mail at postmaster@mrcooper.com and destroy all copies of this communication and any attachments.

---

**donna ruquet** <ddruquet@gmail.com>                   Wed, Mar 20, 2019 at 3:13 PM
To: Ruth Terry <ruth.terry@mrcooper.com>

Hi Ruth:

I hope this finds you well. I was able to speak to the insurance adjuster for Nationstar last week on Thursday. His name is Adam and his phone number is 904.854.8685. He said he had yet to determine whether he was going to accept the claim or not and to call him this week. I have reached out twice and really don't want to aggravate the guy. Can you please call me? I am thinking maybe he decided not to accept the claim and maybe we need to move in another direction. Also, as a good faith effort I also reached out to Shapiro and De Nardo (specifically Charles Wohlrab ) on Thursday as a good faith effort as you mentioned that they would be handling this matter and he has yet to me back.

Can you please call me when you have a chance? 732.278.3227

Thanks and have a great day!

Donna
[Quoted text hidden]



**image001.png**
15K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>        Fri, May 17, 2019 at 10:52 AM
To: Javier Merino <jmerino@dannlaw.com>

## Forwarded Conversation
**Subject: RE: Mr. Cooper**
------------------------

From: **Ruth Terry** <ruth.terry@mrcooper.com>
Date: Wed, Mar 6, 2019 at 7:29 PM
To: ddruquet@gmail.com <ddruquet@gmail.com>

Hello Donna,

I'm headed out the door now but the date in the extension was today so I wanted to be sure and provide you the formal response I mentioned to you. Unfortunately I have not received the MERS Milestone Report as of yet so I have escalated to two other individuals to assist with providing. As I mentioned before I will continue to follow up with you. I will touch base with you tomorrow.

Thank you,

RUTH TERRY

*Manager, Customer Relations*

4000 Horizon Way

Irving, TX 75063

(O) 972.956.6514

(F) 972.966.4742



From: Ruth Terry
Sent: Tuesday, February 19, 2019 5:48 PM

**To:** 'ddruquet@gmail.com' <ddruquet@gmail.com>
**Subject:** Mr. Cooper

Hello Ms. Ruquet,

I was working on the formal written response but I received the email you sent this morning requesting the MERS report so I have attached an extension letter.

Thank you,

RUTH TERRY

*Manager, Customer Relations*

4000 Horizon Way

Irving, TX 75063

**(O)** 972.956.6514

**(F)** 972.966.4742



This e-mail communication and any attachments may contain confidential, copyrighted, and legally privileged information for use solely by the designated recipients to which this e-mail is addressed. If you are not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, disclosure, dissemination, distribution, or copying of this message or its contents is prohibited and may be subject to governing laws protecting its disclosure. If you have received this communication in error, please notify Mr. Cooper immediately by e-mail at postmaster@mrcooper.com and destroy all copies of this communication and any attachments.

----------
From: **Ruth Terry** <ruth.terry@mrcooper.com>
Date: Mon, Mar 11, 2019 at 6:36 PM
To: ddruquet@gmail.com <ddruquet@gmail.com>

Hello Donna,

I apologize I didn't get this sent over to you on Friday. Attached is the MERS Milestone report I was provided. The MERS Mortgage Identification Number (MIN) shows Inactive.

----------

From: **donna ruquet** <ddruquet@gmail.com>
Date: Mon, Mar 11, 2019 at 6:43 PM
To: Ruth Terry <ruth.terry@mrcooper.com>


Hi Ruth:

Email received with thanks!! Can you please provide me with the insurance information so I can contact them?

Thanks so much and have a great day!!

Donna


----------

From: **donna ruquet** <ddruquet@gmail.com>
Date: Mon, Mar 11, 2019 at 7:22 PM
To: Ruth Terry <ruth.terry@mrcooper.com>


Hi Ruth:

Sorry for the back to back emails- I just saw your attached letter- you are awesome!!

Thank you so much and I will be reaching out to my SPoC tomorrow.

Warm regards,
Donna


----------

From: **donna ruquet** <ddruquet@gmail.com>
Date: Tue, Mar 12, 2019 at 1:15 PM
To: Ruth Terry <ruth.terry@mrcooper.com>


Hi Ruth!!

Thank you so much again for all of your help!! We really appreciate it and your kind words and willingness to help have certainly not gone unnoticed.

The value and service you have placed on us as a customer is a rare occurrence these days, especially in the mortgage industry.

We have filed a claim on Scott's behalf with Fidelity National Title and it's my understanding that National Title Clearance Center falls under the same umbrella.

We made sure to mention Mr. Coopers claim so hopefully they can be handled as companion claims as one depends on the other.

Thank you again and have a great day.... I truly don't have the words to express our gratitude.

Warm regards,
Donna


----------

From: **Ruth Terry** <ruth.terry@mrcooper.com>
Date: Wed, Mar 13, 2019 at 12:44 PM
To: donna ruquet <ddruquet@gmail.com>

Hello Donna,

I'm so sorry I didn't get back to you earlier. I am so glad I could help. Yes, the full title referenced on the claim is Fidelity National Title Company Clearance Center. The address for the Title company referenced on the claim for the claim is:

Fidelity National Title Company Clearance Center

Clearance Center

5910 N. Central Expressway Suite 850

Dallas , TX 75200

I truly hope this is resolved quickly. I am out of the office until Monday, March 18, but like I have told you before you can always reach out to me if you need any help or have any questions about this matter or anything subsequent.

Thank you,

RUTH TERRY

*Manager, Customer Relations*

4000 Horizon Way

Irving, TX 75063

(O) 972.956.6514

(F) 972.966.4742



**From:** donna ruquet [mailto:ddruquet@gmail.com]
**Sent:** Tuesday, March 12, 2019 12:15 PM
**To:** Ruth Terry <ruth.terry@mrcooper.com>
**Subject:** Re: Mr. Cooper

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**From:** Ruth Terry

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

----------
From: **donna ruquet** <ddruquet@gmail.com>
Date: Wed, Mar 20, 2019 at 3:13 PM
To: Ruth Terry <ruth.terry@mrcooper.com>

[Quoted text hidden]

## 3 attachments

 **image001.png**
15K

**Response Letter.pdf**
239K

**0610524662_MIN summary.pdf**
106K

 Gmail                                    **The DeRosa-Ruquet Family <ddruquet@gmail.com>**

# Mr. Cooper
5 messages

**Ruth Terry** <ruth.terry@mrcooper.com>                    Mon, Mar 25, 2019 at 6:49 PM
To: donna ruquet <ddruquet@gmail.com>

Hello Donna,

I apologize I didn't get back to you earlier today. I just listened to your voicemails and called you and left you a voicemail.

There was no update in the system I review from the Title company on Friday or even yet today but you stated they decided not to accept the claim so I sent a follow up to see what the next steps are as far as getting this resolved both as far as the title but also for the assignments which was being handled separately from the Title claim.

Thank you,

RUTH TERRY

*Manager, Customer Relations*

4000 Horizon Way

Irving, TX 75063

(O) 972.956.6514

(F)  972.966.4742



This e-mail communication and any attachments may contain confidential, copyrighted, and legally privileged information for use solely by the designated recipients to which this e-mail is addressed. If you are not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, disclosure, dissemination, distribution, or copying of this message or its contents is prohibited and may be subject to governing laws protecting its disclosure. If you have received this communication in error, please notify Mr. Cooper immediately by e-mail at postmaster@mrcooper.com and destroy all copies of this communication and any attachments.

**donna ruquet** <ddruquet@gmail.com>                    Mon, Mar 25, 2019 at 7:39 PM
To: Ruth Terry <ruth.terry@mrcooper.com>

Hi Ruth:

I spoke to a gentleman named Mike today who is the manager of the claims department in Jacksonville.

He is the one who informed that the company had decided to reject the claim on Friday.

I am so disheartened and not at all surprised. Nothing can be done about the title until the stay is lifted.

Please contact me during normal business hours tomorrow so we can discuss this further and hopefully get this resolved.

I did seek counsel regarding the matters at hand and also fowarded your letter for review.

I was advised that the title claim would most likely be denied. I was advised that reagrdless, I should seek a cash settlement to avoid any accounting issues regarding the loan, and to simply sign the Modification in the presence of a Notary.

I was also advised that the best way to handle this is to file a Consent Order with the Court allowing the stay to be lifted to allow the Assignment to be corrected.

Mainly I was advised that the invalid Assignment kind of renders Mr. Cooper powerless to excercise any rights over my loan as it sits, and to refrain from making any future payments.

That the Assignment to Deutsche Bank that is buried in the POC makes it clear that, as the attorney at Weinstein and Riley stated to me, Nationstar knew about this invalid Assignment when they filed the Proof of Claim. That makes it a fraudulent, false claim and all that goes after it as well.

That in reality the orginal Assignment to Deutsche is void ( not voidable but void) because the Trust was closed for 8 years prior to said Assignment.

Finally I was advised that my offer was way to generous and that I should give it some more thought.

At this point, I am doing just that, which is why I am going to point out the one thing you didn't mention in your letter was the email I sent you recinding all offers so I could seek Counsel.

I was advised all of this several weeks ago and really wanted to solve this without having to go to any extreme measures.

I can't thank you enough for all of your help to date. Maybe we can still resolve this but it doesn't seem that way because I have gotten nowhere in over 3 months.

Thank you again and have a wonderful evening.

Warm regards,
Donna
[Quoted text hidden]



**image001.png**
15K

---

**donna ruquet** <ddruquet@gmail.com>          Tue, Mar 26, 2019 at 12:15 PM
To: Ruth Terry <ruth.terry@mrcooper.com>

Hi Ruth:

Is there any way you can call me during normal business hours? This is getting to be a little ridiculous.

Thanks,
Donna
[Quoted text hidden]

**donna ruquet** <ddruquet@gmail.com>      Thu, Mar 28, 2019 at 10:26 AM
To: Ruth Terry <ruth.terry@mrcooper.com>

Hi Ruth:

Good morning. This morning I spoke with Chip Walker's assistant and she indicated he had sent an email to a person named Casey last night who is head of I think Customer Relations. Mr. Walker's assistant also put my in touch with Phillip Montez with whom I left a message.

I also recieved a call back from Kathryn from Corporate Compliance. She advised she has emailed several people and suggested I call Lauren Donmon and Kevin Dickinson. She provided me with their contact information and I will be calling them directly after I send you this email.

Hope is still alive and well over here on the Jersey Shore!! As I hear of anything I will certainly keep you updated.

Thank you so much for all of your help and have a great day!!

D.
[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>      Fri, May 17, 2019 at 10:53 AM
To: Javier Merino <jmerino@dannlaw.com>

# Forwarded Conversation
**Subject: Mr. Cooper**
------------------------

From: **Ruth Terry** <ruth.terry@mrcooper.com>
Date: Mon, Mar 25, 2019 at 6:49 PM
To: donna ruquet <ddruquet@gmail.com>

Hello Donna,

I apologize I didn't get back to you earlier today. I just listened to your voicemails and called you and left you a voicemail.

There was no update in the system I review from the Title company on Friday or even yet today but you stated they decided not to accept the claim so I sent a follow up to see what the next steps are as far as getting this resolved both as far as the title but also for the assignments which was being handled separately from the Title claim.

Thank you,

RUTH TERRY

*Manager, Customer Relations*

4000 Horizon Way

Irving, TX 75063

(O) 972.956.6514

(F) 972.966.4742



This e-mail communication and any attachments may contain confidential, copyrighted, and legally privileged information for use solely by the designated recipients to which this e-mail is addressed. If you are not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, disclosure, dissemination, distribution, or copying of this message or its contents is prohibited and may be subject to governing laws protecting its disclosure. If you have received this communication in error, please notify Mr. Cooper immediately by e-mail at postmaster@mrcooper.com and destroy all copies of this communication and any attachments.

----------

From: **donna ruquet** <ddruquet@gmail.com>
Date: Mon, Mar 25, 2019 at 7:39 PM
To: Ruth Terry <ruth.terry@mrcooper.com>

Hi Ruth:

I spoke to a gentleman named Mike today who is the manager of the claims department in Jacksonville.

He is the one who informed that the company had decided to reject the claim on Friday.

I am so disheartened and not at all surprised. Nothing can be done about the title until the stay is lifted.

Please contact me during normal business hours tomorrow so we can discuss this further and hopefully get this resolved.

I did seek counsel regarding the matters at hand and also fowarded your letter for review.

I was advised that the title claim would most likely be denied. I was advised that reagrdless, I should seek a cash settlement to avoid any accounting issues regarding the loan, and to simply sign the Modification in the presence of a Notary.

I was also advised that the best way to handle this is to file a Consent Order with the Court allowing the stay to be lifted to allow the Assignment to be corrected.

Mainly I was advised that the invalid Assignment kind of renders Mr. Cooper powerless to excercise any rights over my loan as it sits, and to refrain from making any future payments.

That the Assignment to Deutsche Bank that is buried in the POC makes it clear that, as the attorney at Weinstein and Riley stated to me, Nationstar knew about this invalid Assignment when they filed the Proof of Claim. That makes it a fraudulent, false claim and all that goes after it as well.

That in reality the orginal Assignment to Deutsche is void ( not voidable but void) because the Trust was closed for 8 years prior to said Assignment.

Finally I was advised that my offer was way to generous and that I should give it some more thought.

At this point, I am doing just that, which is why I am going to point out the one thing you didn't mention in your letter was the email I sent you recinding all offers so I could seek Counsel.

I was advised all of this several weeks ago and really wanted to solve this without having to go to any extreme measures.

I can't thank you enough for all of your help to date. Maybe we can still resolve this but it doesn't seem that way because I have gotten nowhere in over 3 months.

Thank you again and have a wonderful evening.

Warm regards,
Donna

----------

From: **donna ruquet** <ddruquet@gmail.com>
Date: Tue, Mar 26, 2019 at 12:15 PM
To: Ruth Terry <ruth.terry@mrcooper.com>

Hi Ruth:

Is there any way you can call me during normal business hours? This is getting to be a little ridiculous.

Thanks,
Donna

----------

From: **donna ruquet** <ddruquet@gmail.com>
Date: Thu, Mar 28, 2019 at 10:26 AM
To: Ruth Terry <ruth.terry@mrcooper.com>
[Quoted text hidden]

## M Gmail

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

---

# 621 Bay Blvd Bayville NJ 08721

7 messages

---

**donna ruquet** <ddruquet@gmail.com>        Thu, Mar 28, 2019 at 2:30 PM
To: casey.chennunkara@mrcooper.com
Cc: chip.walker@mrcooper.com, Ruth Terry <ruth.terry@mrcooper.com>, jay.bray@mrcooper.com

Hi Casey:

Pursuant to our conversation earlier today I have attached copies of the the letter you and I discussed dated April 20, 2015, from Nationstar that which nullifies clause number 6 in the 2014 modification, the email received by my former attorney of record who was only brought on board to handle a personal injury settlement and the accompanying document that is captioned as being prepared by the attorneys for Deutsche Bank.

I would like to point out that this document clearly says: "Debtor's Certification in Support of Secured Creditor's Motion for Court Approval of Loan Modification." As far as I knew Nationstar dba was servicing the loan for Deutsche Bank as they filed the proof of claim. This document leads to my next point: the signature page is set up for both my husband and myself. I am not a borrower on this loan.

One can only assume this was the borderline unethical way counsel for Deutsche chose to obtain my signature on a document that would have made me liable a loan I never chose to be liable for, rather than just acknowledging the debt on the property. This is scandalous if you ask me, aside from being illegal.

I wanted to take a moment to give credit to Ruth Terry as she really did everything in her power to assist me in this matter and she was never anything but kind and courteous. Thank you for your time and attention as well and I look forward to hearing from you as early as today's end.

Regards,

Donna

---

📎 **NationstardbaMrCooper.pdf**
2541K

---

**Mail Delivery System** <MAILER-DAEMON@messagelabs.com>      Thu, Mar 28, 2019 at 2:31 PM
To: ddruquet@gmail.com

This is the mail delivery agent at Symantec Email Security.cloud.

I was unable to deliver your message to the following addresses:

casey.chennunkara@mrcooper.com

Reason: 550 5.4.1 [casey.chennunkara@mrcooper.com]: Recipient address rejected: Access denied [SN1NAM04FT059.eop-NAM04.prod.protection.outlook.com]

The message subject was: 621 Bay Blvd Bayville NJ 08721
The message date was: Thu, 28 Mar 2019 14:30:51 -0400
The message identifier was: A1/55-04143-2E21D9C5
The message reference was: server-3.tower-422.messagelabs.com!1553797848!3222870!1

Please do not reply to this email as it is sent from an unattended mailbox.
Contact your email administrator if you need more information, or instructions for resolving this issue.

Status: 5.4.1
Action: failed

---

Final-Recipient: rfc822; casey.chennunkara@mrcooper.com
Last-Attempt-Date: Thu, 28 Mar 2019 18:31:00 +0000
Diagnostic-Code: smtp; 550 5.4.1 [casey.chennunkara@mrcooper.com]: Recipient address rejected: Access denied
[SN1NAM04FT059.eop-NAM04.prod.protection.outlook.com]

---

📄 **noname**
  5K

---

**donna ruquet** <ddruquet@gmail.com>                          Thu, Mar 28, 2019 at 2:35 PM
To: casey.chennankara@mrcooper.com
Cc: chip.walker@mrcooper.com, Ruth Terry <ruth.terry@mrcooper.com>, jay.bray@mrcooper.com

[Quoted text hidden]

---

**donna ruquet** <ddruquet@gmail.com>                          Fri, Mar 29, 2019 at 9:47 AM
To: casey.chennankara@mrcooper.com
Cc: chip.walker@mrcooper.com, Ruth Terry <ruth.terry@mrcooper.com>, jay.bray@mrcooper.com

Good morning:

Attached please find Notice of Motion to Disallow Nationstar Mortgage LLC Proof of Claim No. 8-1 / To Void Lien sent to
the Court this morning for filing. Because the file is lif you have any questions please feel free to contact me either by
phone or email.

Thank you for your time and consideration and have a great day!!

Regards,
Donna DeRosa-Ruquet

📄 **NationstarMotion.pdf**

[Quoted text hidden]

---

**donna ruquet** <ddruquet@gmail.com>                          Mon, Apr 8, 2019 at 2:50 PM
To: casey.chennankara@mrcooper.com
Cc: chip.walker@mrcooper.com, Ruth Terry <ruth.terry@mrcooper.com>, jay.bray@mrcooper.com

Good afternoon:

Attached please find Supplemental to Motion sent to the Court for filing today April 8, 2019. Please forgive the typo in my
prior email dated March 29, 2019. The sentence was to read: "Because the file is large it was sent as a link. If you have
any questions please do not hesitate to contact me either by phone or by mail."

Fortunately, the attached supplement is not as large.

Thank you for your time and consideration and as always: have a great day!!

Regards,
Donna DeRosa-Ruquet
[Quoted text hidden]

📄 **NSSUPP.pdf**
  18602K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                Tue, Apr 9, 2019 at 5:11 PM
To: casey.chennankara@mrcooper.com
Cc: chip.walker@mrcooper.com, Ruth Terry <ruth.terry@mrcooper.com>, jay.bray@mrcooper.com

Good afternoon:

Please be advised that the debtor's Notice of Motion to Disallow Nationstar Mortgage LLC Proof of Claim No. 8-1 / To Void Lien-has been set down for a Hearing on April 24, 2019 at 9:00 am in the United States Bankruptcy Court in front of the Honorable Kathryn Ferguson located at 402 East State Street Trenton NJ 08608.

Attached please find filed copy of Motion page 1 filed and scheduled by the Court, which I am obligated to send you.

If you have any questions you can of course confirm this hearing date with the Court or by logging on to PACER. This email will be followed by proper service to the address on record with the Court.

Thanks and as always, have a great day.

Regards,
Donna DeRosa-Ruquet
[Quoted text hidden]

---

    **Hearing Date.pdf**
    1080K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                   Tue, Apr 16, 2019 at 10:49 PM
To: casey.chennankara@mrcooper.com

Attached please find a Response to the Objection filed by Shapiro and DeNardo on April 16, 2019, on behalf of Deutsche Bank, a Copy of Proposed Order and Certification of Service to be filed with the Court.

Thanks and as always, have a great day!!

Donna DeRosa-Ruquet
[Quoted text hidden]

---

**3 attachments**

    **Nationstar Answer.pdf**
    1461K

    **Nationstar Proposed Order.pdf**
    906K

    **CertofServ81719.pdf**
    1299K

**Javier L. Merino, Esq.**

Partner

**DannLaw**

## PLEASE NOTE OUR NEW OFFICE ADDRESS EFFECTIVE APRIL 29, 2019

372 Kinderkamack Road, Suite 5

Westwood, NJ 07675

201-355-3440 Direct

216-373-0539 Main Office

216-373-0536 Fax

jmerino@DannLaw.com

**From:** Laura Egerman <legerman@rasnj.com>
**Sent:** Tuesday, August 6, 2019 9:02 PM
**To:** Javier Merino <jmerino@dannlaw.com>
**Subject:** Donna Ruqet

Javier,

Are you now representing Mr and Mrs Ruqet?

Sent with BlackBerry Work
(www.blackberry.com)

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by RAS Citron, LLC. for damage arising in any way from its use.

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Wed, Aug 14, 2019 at 5:11 PM
To: Javier Merino <jmerino@dannlaw.com>
Cc: 5745c8766+matter1191931981@maildrop.clio.com, Amy Collins <amy@dannlaw.com>

Email received with thanks!! Can you please send a similar email to the attorney (s) for SLS?
[Quoted text hidden]

---

**5 attachments**

**image005.jpg**
3K

Attorney – Bankruptcy



# RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** Javier Merino [mailto:jmerino@dannlaw.com]
**Sent:** Wednesday, August 07, 2019 5:18 AM
**To:** Laura Egerman <legerman@rasnj.com>
**Cc:** 'Amy Collins' <amy@dannlaw.com>
**Subject:** RE: Donna Ruqet

Hello Laura,

We came in to represent the Ruquets in their contempt motion proceeding against SLS. With the judge having ruled in the Ruquets favor, we are waiting for Judge Ferguson to sign her order and for SLS to make their payment before we terminate representation.

Is there anything you need to discuss in the meantime regarding the prior loan modification? I was...confused when I saw this your motion seeking to approve a 2016 loan mod. Any chance you can explain the delay and/or purpose on filing this motion?

Regards,

Please advise.


Regards,


**Javier L. Merino, Esq.**

Partner

**DannLaw**

## PLEASE NOTE OUR NEW OFFICE ADDRESS EFFECTIVE APRIL 29, 2019

372 Kinderkamack Road, Suite 5

Westwood, NJ 07675

201-355-3440 Direct

216-373-0539 Main Office

216-373-0536 Fax

jmerino@DannLaw.com


 Illinois | Kentucky | Ohio | New Jersey | New York


**From:** Laura Egerman <legerman@rasnj.com>
**Sent:** Wednesday, August 7, 2019 12:26 PM
**To:** Javier Merino <jmerino@dannlaw.com>
**Cc:** 'Amy Collins' <amy@dannlaw.com>
**Subject:** RE: Donna Ruqet


Hi Javier,


Our office represents Nationstar, and there is a loan mod that needs approving. Judge Gravelle requires a cert signed by the Debtors that they understand and want the CO. I don't mind to prep a cert, but I was previously advised by prior counsel to NSM that Debtor refused to sign such a cert. If I prep a Cert, can you encourage the debtors to sign it so that this loan mod can be approved? Any help is appreciated.


Thank you,


Laura


**Laura Egerman, Esq.**

Laura

**Laura Egerman, Esq.**

**Attorney – Bankruptcy**



# RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** Javier L.Merino [mailto:jmerino@dannlaw.com]
**Sent:** Tuesday, August 13, 2019 6:27 PM
**To:** Laura Egerman <legerman@rasnj.com>
**Cc:** 'Amy Collins' <amy@dannlaw.com>
**Subject:** RE: Donna Ruqet

Hi Laura,

Scott (the only borrower on the loan) is willing to sign a certification so long as:

     1. Paragraph 4 of the Certification is amended to read "Secured Creditor and *Scott Ruquet*"
     2. Paragraph 1 of the Order is amended to read "*Scott Ruquet is* granted approval…"
     3. Paragraph 4 of the Order is deleted.

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>            Tue, Aug 13, 2019 at 6:38 PM
To: Javier Merino <jmerino@dannlaw.com>
Cc: 5745c8766+matter1191931981@maildrop.clio.com

Thank you so much.
[Quoted text hidden]

 **image003.png**
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>            Wed, Aug 14, 2019 at 1:11 PM
To: Javier Merino <jmerino@dannlaw.com>

Hi Javier:

Sorry to bother you so soon but by any chance have you heard form the atty for Nationstar?

I ask only because a Response is due in 6 days.

Thanks,

Donna
[Quoted text hidden]

---

**Javier L.Merino** <jmerino@dannlaw.com>            Wed, Aug 14, 2019 at 1:33 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>
Cc: 5745c8766+matter1191931981@maildrop.clio.com, Amy Collins <amy@dannlaw.com>

Hi Donna,


Not yet. It has only been ½ a business day since we spoke and I relayed that information to the attorney so we need to be a bit more patient please.


I will let you know as soon as I hear back.

[Quoted text hidden]
[Quoted text hidden]

> Thank you so much.
>
>
> [Quoted text hidden]
>
>> [Quoted text hidden]
>>
>>> Illinois | Kentucky | Ohio | New Jersey | New York
>>
>> [Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>            Wed, Aug 14, 2019 at 1:48 PM
To: Javier Merino <jmerino@dannlaw.com>

I am aware of the time frame Javier. We lost a week as the Motion was filed on the 6th. That would mean time is of the essence in my humble opinion.
[Quoted text hidden]

**Dann Law**    **image002.png**
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>        Wed, Aug 14, 2019 at 2:02 PM
To: Javier Merino <jmerino@dannlaw.com>

Personally if it were me I would file an Objection to be prudent but that is just me. I mean you'll get fees for it I am sure so it's not like you're working for free. This is why I asked if you wanted to be released from the case- that is, so you wouldn't feel bothered.

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>        Wed, Aug 14, 2019 at 4:18 PM
To: Javier Merino <jmerino@dannlaw.com>

As an aside, shouldn't the fees on the post petition fee schedule filed in 2014 have been rolled into the 2016 Mod? It can be found in the Claims portion of my case on PACER.

I am starting to feel as if our best interest is no longer your primary concern. There seems to be some loose ends that you haven't considered which I feel are akin to dotting my i's and crossing my t's.

Please advise if you will be filing an Objection.

[Quoted text hidden]

---

**Javier L.Merino** <jmerino@dannlaw.com>        Wed, Aug 14, 2019 at 4:23 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>
Cc: 5745c8766+matter1191931981@maildrop.clio.com, Amy Collins <amy@dannlaw.com>

Donna,

As I see no good faith basis to file an objection, I will not be doing so.

I could not disagree more about not having your best interest. As we discussed at length yesterday, aside from the 3 corrections I referenced below, I see nothing wrong with the modification. Just because we view things differently does not mean I do not have your best interest.

I do agree at this point that you should proceed *pro se* relative to this modification issue. I will advise Nationstar's attorneys that I am no longer representing you in regards to this modification issue and will also advise them to communicate with you directly.

Regards,

**Javier L. Merino, Esq.**

Partner

**DannLaw**

<u>PLEASE NOTE OUR NEW OFFICE ADDRESS EFFECTIVE APRIL 29, 2019</u>

Good afternoon Laura,

Effective immediately, I am no longer representing the Debtors relative to this account and the modification motion.

Please communicate directly with the Debtors regarding this.

Thanks,

**Javier L. Merino, Esq.**

Partner

**DannLaw**

## PLEASE NOTE OUR NEW OFFICE ADDRESS EFFECTIVE APRIL 29, 2019

372 Kinderkamack Road, Suite 5

Westwood, NJ 07675

201-355-3440 Direct

216-373-0539 Main Office

216-373-0536 Fax

jmerino@DannLaw.com

 Illinois | Kentucky | Ohio | New Jersey | New York

**From:** Laura Egerman <legerman@rasnj.com>
**Sent:** Wednesday, August 14, 2019 1:38 PM
**To:** Javier L.Merino <jmerino@dannlaw.com>
**Cc:** 'Amy Collins' <amy@dannlaw.com>
**Subject:** RE: Donna Ruqet

Javier,

I believe that the cert you are referencing was prepped by Charles Wohlrab (Shapiro & DiNardo) when his office had previously attempted to have the loan mod approved? I have never cent a proposed Cert on this file.

I am ok with your office prepping a cert that Debtor and Judge Gravelle would be ok with his filing in support of having the loan mod (finaly) approved.

Thanks,

 Gmail

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

# In re. Ruquet, Case 14-17571-KCF (RAS 18-196067)

15 messages

---

**Laura Egerman** <legerman@rasnj.com>          Wed, Sep 11, 2019 at 4:35 PM
To: Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>
Cc: The DeRosa-Ruquet Family <ddruquet@gmail.com>, Albert Russo <arusso@russotrustee.com>

Good Afternoon,

This office represents DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 ("Secured Creditor"), holder of the mortgage on the property located at 621 Bay Blvd., Bayville.

In accordance with the Judge's directive at the hearing yesterday on Secured Creditor's Motion to Approve Loan Modification, attached please find a revised form of order that approves the loan modification with respect to Debtor Scott Ruquet only. Should there be no objection to this proposed order, it is respectfully requested that the order be entered in the form submitted.

Respectfully yours,

**Laura Egerman, Esq.**

**Attorney – Bankruptcy**



# RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work

product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by RAS Citron, LLC. for damage arising in any way from its use.

📄 **18-196067 Ruquet_motion to approve_revised proposed order.pdf**
21K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Wed, Sep 11, 2019 at 6:26 PM
To: Laura Egerman <legerman@rasnj.com>
Cc: Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Albert Russo <arusso@russotrustee.com>

Good evening:

It was my understanding you were going to remove the clause relative to filing an Amended schedule J as my Plan payments are complete. Please advise.

Thank you and have a wonderful evening.

Regards,
Donna DeRosa-Ruquet
[Quoted text hidden]

---

 **image001.jpg**
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Wed, Sep 11, 2019 at 6:41 PM
To: Laura Egerman <legerman@rasnj.com>

Hi Laura:

It was very nice to meet you the other day. I hope this email finds you well.

After I read the proposed Order I started thinking and wondering why can't the monies that have been paid out both pre and post petition (about $3.5k) be rolled into the Mod and Scott can sign it and then that one will be approved? This way there are no worries about it. If you need something from Scott asking for the this please let me know.

Thanks and have a great evening!!

Donna
[Quoted text hidden]

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>             Thu, Sep 12, 2019 at 9:40 AM
To: Javier Merino <jmerino@dannlaw.com>

[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>            Thu, Sep 12, 2019 at 10:10 AM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Good Morning,

It was nice meeting you as well.

I will reach out to our client on this issue, but as the client previously advised, they do not show any sums outstanding.

**Laura Egerman, Esq.**

**Attorney – Bankruptcy**



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** The DeRosa-Ruquet Family [mailto:ddruquet@gmail.com]
**Sent:** Wednesday, September 11, 2019 6:41 PM

**Laura Egerman, Esq.**

**Attorney – Bankruptcy**

# RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                Thu, Sep 12, 2019 at 10:46 AM
To: Laura Egerman <legerman@rasnj.com>

Ok great thank you. Per the proposed Order I would have to amend my schedule J....my plan is complete....is that still necessary ?

Honestly I am tired. I am not an attorney and I have never set out to try and equal one. I just want to make sure our interests are protected and attorneys can be very expensive. It's a dichotomy of sorts imho, that in a bankruptcy one needs money to pay an attorney because well, they're bankrupt lol.

So my papers are clumsy and my words in front of the Judge are even clumsier, but I know I am not incurring debts I cannot afford to pay to someone that would work hard for me. That is wrong to do.

When I tell you that your kindness and your willingness to explain things to me is more than appreciated, I ain't lying!!

Thank you for your patience and for your time.

Donna
[Quoted text hidden]

**image001.jpg**
3K

**RAS**

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                      Thu, Sep 12, 2019 at 11:04 AM
To: Laura Egerman <legerman@rasnj.com>

~~That and you are smart. Like all the way around smart. If I had to guess - from a teacher's perspective which is what I am - you understand science without much of a problem.~~

~~Usually people are predisposed to science or language but rarely both. That's why you don't see many double major MD/JDs although they are highly sought after.~~

~~Thanks again,~~
~~Donna~~

[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>                      Thu, Sep 12, 2019 at 12:28 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

I have sent an email to the court asking that the language be stricken – they will draw a black line through it. That language is in the standard form order and applies in most cases, as most loan modifications are not approved in month 63.

Hopefully that resolves this aspect of your case, and you can move forward to get the case closed, etc.

Thanks,

Laura

[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>                      Thu, Sep 12, 2019 at 12:26 PM
To: Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>
Cc: Albert Russo <arusso@russotrustee.com>, The DeRosa-Ruquet Family <ddruquet@gmail.com>

Good Afternoon,

To the extent that modified schedules are not required because the Plan is complete, please strike the language in paragraph 4 of the revised proposed order submitted yesterday afternoon.

Respectfully,

**Laura Egerman, Esq.**



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** The DeRosa-Ruquet Family [mailto:ddruquet@gmail.com]
**Sent:** Wednesday, September 11, 2019 6:27 PM
**To:** Laura Egerman <legerman@rasnj.com>
**Cc:** Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>; Albert Russo <arusso@russotrustee.com>
**Subject:** Re: In re. Ruquet, Case 14-17571-KCF (RAS 18-196067)

Good evening:

[Quoted text hidden]
[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                                    Thu, Sep 12, 2019 at 12:52 PM
To: Laura Egerman <legerman@rasnj.com>

Thank you. I'm not sure most cases make it to month 63 lol.
[Quoted text hidden]

---

  **image001.jpg**
3K

---

**Laura Egerman** <legerman@rasnj.com>                                    Thu, Sep 12, 2019 at 12:56 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

No, most don't... but that is ok. This one is coming to an end.

**Laura Egerman, Esq.**

**Attorney – Bankruptcy**



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** The DeRosa-Ruquet Family [mailto:ddruquet@gmail.com]
**Sent:** Thursday, September 12, 2019 12:53 PM
**To:** Laura Egerman <legerman@rasnj.com>
**Subject:** Re: In re. Ruquet, Case 14-17571-KCF (RAS 18-196067)

Thank you. I'm not sure most cases make it to month 63 lol.

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

## RAS Citron, LLC

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                  Thu, Sep 12, 2019 at 1:55 PM
To: Laura Egerman <legerman@rasnj.com>

There is a God.
[Quoted text hidden]

  **image001.jpg**
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                  Thu, Sep 12, 2019 at 1:59 PM
To: Laura Egerman <legerman@rasnj.com>

Although, SLS has yet to comply with the Order entered on 8/21 and they are out of time on the 17th so I'm not getting too excited yet. 😐

[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>                              Thu, Sep 12, 2019 at 2:08 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Well, I will rephrase to say the NSM part is done..


**Laura Egerman, Esq.**

**Attorney – Bankruptcy**



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone:  973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*


**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any

 Gmail

The DeRosa-Ruquet Family <ddruquet@gmail.com>

---

## 14-17571 Ruquet

4 messages

---

**Erik Collazo** <ecollazo@russotrustee.com>    Thu, Sep 12, 2019 at 3:22 PM
To: "legerman@rasnj.com" <legerman@rasnj.com>
Cc: "ddruquet@gmail.com" <ddruquet@gmail.com>

Ms. Egerman,

The trustee does not oppose the removal of the requirement that the debtor file an amended schedule J. Thanks.

## *Erik Collazo*

Staff Attorney

*Office of Standing Chapter 13 Trustee*

*Albert Russo*

email: ecollazo@russotrustee.com

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>    Thu, Sep 12, 2019 at 3:23 PM
To: Erik Collazo <ecollazo@russotrustee.com>

Thank you.
[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>    Thu, Sep 12, 2019 at 3:25 PM
To: Javier Merino <jmerino@dannlaw.com>

[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>    Thu, Sep 12, 2019 at 3:50 PM
To: Erik Collazo <ecollazo@russotrustee.com>
Cc: "ddruquet@gmail.com" <ddruquet@gmail.com>

Thank you, Erik.

Laura Egerman, Esq.

**Attorney – Bankruptcy**

**RAS**

---