Gmail

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

---

# Case 14-17571
16 messages

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                                    Wed, Oct 2, 2019 at 5:39 PM
To: Charles Wohlrab <cwohlrab@logs.com>
Cc: Laura Egerman <legerman@rasnj.com>

Hi Charles:

I hope this email finds you well. I am in receipt of your Amended Proof of Claim and try as I may I cannot figure out how the $5832 increase was calculated and there isn't a statement attached.

The only figure that is remotely close (within $100) is the difference between our principle balance and your stated claim amount. If I have missed it please accept my apologies.

Also, you left box number 2 blank. Didn't Bank of America assign this to Nationstar in error?

I have attached my most recent statement that shows clearly that the loan is current and that the principle amount due is $133,249.91 which is what is securing your lien against Scott's portion of the property.

If I have misunderstood please let me know, otherwise I will be filing an Objection on his behalf with the Court.

Thanks and as always have a great day!!

Donna DeRosa-Ruquet

balancing one amino acid at a time

---

📑 **DeRosa Ruquet Donna 2019 09 25 Mtg Statment.pdf**
314K

---

**Laura Egerman** <legerman@rasnj.com>                                              Wed, Oct 2, 2019 at 5:45 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Do you teach chemistry?  I notice that at the end of your email is about balancing amino acids?

**From:** The DeRosa-Ruquet Family <ddruquet@gmail.com>
**Sent:** Wednesday, October 2, 2019 5:40 PM
**To:** Charles Wohlrab <cwohlrab@logs.com>
**Cc:** Laura Egerman <legerman@rasnj.com>
**Subject:** Case 14-17571

---

This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>             Thu, Oct 3, 2019 at 12:25 PM
To: Charles Wohlrab <cwohlrab@logs.com>

Good Afternoon Charles:

That would be awesome. In the meantime I will be filing the attached. We can always withdraw, amend, consent etc. if things change.

Donna
[Quoted text hidden]

---

📄 **Objection.pdf**
    4426K

---

**Charles Wohlrab** <cwohlrab@logs.com>             Fri, Oct 4, 2019 at 10:03 AM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Good Morning Donna,

Sorry for the delay – Thursdays are always my busiest days for hearings. The Amended Proof of Claim (APOC) which we recently filed was simply a reiteration of the values within the October 19, 2016 Loan Modification which was recently approved by the Bankruptcy Court. The APOC is a snapshot of the terms of the agreement as soon as the loan modification was signed (10/19/16); *it is not a current reflection of the amounts owed on the note.*

I have no doubt that your current principal balance is lower than what is reflected in the Proof of Claim, which is apparent in the recent mortgage statement that you provided. As you can see, the monthly payment amount included on the APOC still reflects the original 2.00% rate for principal and interest ($420.88) whereas per the terms of the modification it has since increased to 3.875% ($542.61) which is reflected in your recent mortgage statement. The purpose of filing the APOC was to show the change in terms of the contact as soon as it went into effect.

I hope this helps; please let me know if you have any other questions.

Thanks,

Charles

**Charles Wohlrab**
Associate Attorney
856-793-3080 - Ext. 3423 | Office
847-627-8809 | Fax
cwohlrab@logs.com | www.logs.com

**Supervisory Contact:**
Christopher DeNardo
Managing Partner
610-278-6800 - Ext. 1233 | Office
cdenardo@logs.com


**SHAPIRO & DENARDO**
**LOGS LEGAL NETWORK**

14000 Commerce Parkway, Suite B | Mount Laurel, NJ 08054

Please note that any representative of this firm whose title does not include "Attorney" or "Partner" is not licensed to practice law.

**FDCPA:** A portion of our practice involves the collection of debts. Pursuant to the Fair Debt Collection Practices Act, you are advised this office may be attempting to collect a debt against you and any information obtained will be used for that purpose.

**CONFIDENTIALITY:** The information contained in this electronic message is legally privileged and confidential under applicable law and the information may be protected from disclosure under the Attorney-Client Privilege and/or the Attorney Work Product Privilege. This electronic message is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited and may carry criminal and/or civil liabilities for unauthorized disclosure, dissemination or copying. If you have received this communication in error, please notify me at 856-793-3080 - Ext. 3423 and permanently delete the original and any copy of any e-mail and any printout thereof. E-mail is covered by the Electronic Communications Privacy Act, 18 USC §§ 2510-2521 and is legally privileged.

**From:** The DeRosa-Ruquet Family <ddruquet@gmail.com>
**Sent:** Wednesday, October 02, 2019 5:40 PM
**To:** Charles Wohlrab <cwohlrab@LOGS.com>
**Cc:** Laura Egerman <legerman@rasnj.com>
**Subject:** Case 14-17571

Hi Charles:

[Quoted text hidden]

📄 **16-017202_BK04_NJC_BANKRUPTCY DOCUMENTS_APOC - Filed_1_930201993528AMu33d0lh2.xpx.pdf**
2415K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Fri, Oct 4, 2019 at 10:21 AM
To: Charles Wohlrab <cwohlrab@logs.com>
Cc: Laura Egerman <legerman@rasnj.com>

Good morning Charles:

I understand all of that already and quite frankly I find it to be moot. Having said that, we can let the Judge sort it out. The Order that resulted.from the September 10 Hearing is quite clear relative to pre and post petition charges, as if the law relative to APOC's. Generally speaking, I believe they are governed under 509.

As an aside, your APOC is deficient in general, and as a co-owner of the property with signatory power I find that to be unacceptable.

Thanks and have a great weekend!!

Donna

balancing one amino acid at a time.

[Quoted text hidden]

 **image001.png**
4K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Fri, Oct 4, 2019 at 10:39 AM
To: Charles Wohlrab <cwohlrab@logs.com>
Cc: Laura Egerman <legerman@rasnj.com>

C'mon Laura, aside from the fact that you assure that the modification charges this APOC is a technical hot mess.

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>              Thu, Oct 31, 2019 at 6:01 PM
To: Laura Egerman <legerman@rasnj.com>

Hi Laura:

I hope this email finds you well. I read your response on PACER. I think that the Judge said she could not hear the issues raised specific to the Mod because Scott was not there. He will be there on November 12th, 2019 as planned prior to reading your response.

As an aside I do have standing. I have signatory power but I wasn't planning on raising that issue unless absolutely necessary.

Thanks and have a great night !!

Donna


[Quoted text hidden]

 Gmail

## RUQUET APOC/OBJECTION

13 messages

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Thu, Oct 10, 2019 at 12:57 PM
To: Laura Egerman <legerman@rasnj.com>, Charles Wohlrab <cwohlrab@logs.com>

Good afternoon you guys:

Hope this finds you peachy. I just wanted to touch base and bring to your attention (if you haven't otherwised noticed) that the Trustee's office has closed and marked his end of my case complete.

I have spoken to Anita, Assistant to Mr. Russo, to confirm the status and she has done so; the case is "complete" in their system.

We have it seems, been given quite a lot of room to come to some sort of settlement. As that is all we have ever wanted, all I can only send this email yet again to request that you ask your cleints if they would like to do the same.

Thanks and as always, have a great day!!

Donna DeRosa-Ruquet

balancing one amino acid at a time 😊

---

**Charles Wohlrab** <cwohlrab@logs.com>                    Fri, Oct 11, 2019 at 5:22 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>
Cc: Laura Egerman <legerman@rasnj.com>

Good Afternoon Donna,


My firm forwarded your Amended Proof of Claim Objection to Nationstar and we were informed that they were sending the referral to another firm. I can forward any specific proposal / resolution offer you would like to my contacts within Nationstar.


Laura; do you know if this referral was sent to RAS?


Thanks,


Charles


**Charles Wohlrab**
Associate Attorney
856-793-3080 - Ext. 3423  |  Office
847-627-8809  |  Fax
cwohlrab@logs.com  |  www.logs.com

**Supervisory Contact:**
Christopher DeNardo
Managing Partner
610-278-6800 - Ext. 1233  |  Office
cdenardo@logs.com

 SHAPIRO & DeNARDO
LOGS LEGAL NETWORK


14000 Commerce Parkway, Suite B  |  Mount Laurel, NJ 08054

Please note that any representative of this firm whose title does not include "Attorney" or "Partner" is not licensed to practice law.

**FDCPA:** A portion of our practice involves the collection of debts. Pursuant to the Fair Debt Collection Practices Act, you are advised this office may be attempting to collect a debt against you and any information obtained will be used for that purpose.

**CONFIDENTIALITY:** The information contained in this electronic message is legally privileged and confidential under applicable law and the information may be protected from disclosure under the Attorney-Client Privilege and/or the Attorney Work Product Privilege. This electronic message is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited and may carry criminal and/or civil liabilities for unauthorized disclosure, dissemination or copying. If you have received this communication in error, please notify me at 856-793-3080 - Ext. 3423 and permanently delete the original and any copy of any e-mail and any printout thereof. E-mail is covered by the Electronic Communications Privacy Act, 18 USC §§ 2510-2521 and is legally privileged.

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                                      Fri, Oct 11, 2019 at 5:26 PM
To: Charles Wohlrab <cwohlrab@logs.com>
Cc: Laura Egerman <legerman@rasnj.com>

Good afternoon Charles:

I'm grateful for your help but Nationstar should update their information in Pacer. Having said that I'll be serving the Summons and Complaint to the adress in PACER which was corrected by the Court on 10/2.

Have a great weekend!!

Donna

balancing one amino acid at a time 😶

[Quoted text hidden]

**SHAPIRO & DeNARDO**    image001.png
**LOGS LEGAL NETWORK**    4K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                                      Fri, Oct 11, 2019 at 5:44 PM
To: Charles Wohlrab <cwohlrab@logs.com>
Cc: Laura Egerman <legerman@rasnj.com>

Which, to be clear, is the same address I sent the Objection to down there in TX.

Also, Charles....you did say at one point you represented Nationstar. Why is it that they (allegedly) now have no representation in this case, but Duetsche Bank has three attorneys from three different firms listed and magically now, you are one? Obfuscate much?

I certainly do not represent that much of a threat to these billion dollar institutions, no matter how wonderful my mother may think I am.

I will serve the parties as they are listed by the Court on PACER. If they have provided the Court with the wrong information it's not my problem and it's not yours either, although again, your concern is appreciated.
[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>                                      Fri, Oct 11, 2019 at 5:29 PM
To: Charles Wohlrab <cwohlrab@logs.com>, The DeRosa-Ruquet Family <ddruquet@gmail.com>

Good Afternoon,

Neither the APOC objection nor the adversary have been referred to me.

Have a great weekend.

Laura Egerman, Esq.

Attorney – Bankruptcy



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** Charles Wohlrab [mailto:cwohlrab@LOGS.com]
**Sent:** Friday, October 11, 2019 5:22 PM
**To:** The DeRosa-Ruquet Family <ddruquet@gmail.com>
**Cc:** Laura Egerman <legerman@rasnj.com>
**Subject:** RE: RUQUET APOC/OBJECTION

> **This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.**

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Fri, Oct 11, 2019 at 6:00 PM
To: Laura Egerman <legerman@rasnj.com>
Cc: Charles Wohlrab <cwohlrab@logs.com>

Hi Laura:

Hope this email finds you well. I am just going to keep serving everyone as I have been doing to avoid being adjourned or thrown out on a technicality.

Sorry for the inconvenience to you guys but like, A. I don't get the whole referral thing (I get splitting up files and not keeping everything in one place but that's a whole other ball game) and B. At one time or another both you and Charles have filed for the defendants. Sorry for the influx of paper.

Donna
[Quoted text hidden]

**2 attachments**

 **image002.jpg**
3K

 **image003.png**
4K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Sat, Oct 12, 2019 at 2:20 PM
To: Laura Egerman <legerman@rasnj.com>
Cc: Charles Wohlrab <cwohlrab@logs.com>

Good Afternoon:

Attached please find a copy of the Certificate of Service to filed with Court for the Summons and Complaint in which your client(s) (presumably) are named as defendants.

Thanks and as always, have a great day!!

Donna


balancing one amino acid at a time ( 😐 )


[Quoted text hidden]

---

📄 **CoSS&C.pdf**
1766K

---

**Laura Egerman** <legerman@rasnj.com>                    Mon, Oct 14, 2019 at 9:35 AM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>, Charles Wohlrab <cwohlrab@logs.com>


Donna,


It is not uncommon for a servicer, such as Nationstar, to retain several firms and each handles a piece of the puzzle. It is confusing for Debtors and can be confusing for us as well. Unfortunately, that is how the larger servicers work.


In this case, Nationstar is servicing for Deutsche Bank which is how it appears on the POC and the APOC, and the notices of appearances filed in the BK by Charles' office and mine:

| Part 1 | Identify the Claim | | |
|---|---|---|---|
| 1. | Who is the current creditor? | Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 ASSET BACKED CERTIFICATES, SERIES 2004-5 | |
| | | Name of the current creditor (the person or entity to be paid for this claim) | |
| | | Other names the creditor used with the debtor | |
| 2. | Has this claim been acquired from someone else? | ☐ No  ☐ Yes. From whom? | |
| 3. | Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| | | Nationstar Mortgage LLC d/b/a Mr. Cooper | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| | | Name | Name |
| | | Attn: Bankruptcy Department, PO Box 619096 | Bankruptcy Department, PO Box 619096 |
| | | Number  Street | Number  Street |
| | | Dallas, TX 75261-9741 | Dallas, TX 75261-9741 |
| | | City  State  Zip Code | City  State  Zip Code |
| | | Contact phone (877) 343-5602 | Contact phone (877) 343-5602 |

| 08/02/2018 | 136 | Notice of **Appearance** and Request for Service of Notice filed by Kevin M. Buttery on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5. (Buttery, Kevin) (Entered: 08/02/2018) |
| 06/18/2018 | 135 | Notice of **Appearance** and Request for Service of Notice filed by Charles G. Wohlrab on behalf of Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5. (Wohlrab, Charles) (Entered: 06/18/2018) |

It is entirely possible that Nationstar in its capacity as servicer has retained a litigation firm to handle the adversary proceeding; if that is the case, neither Charles nor I would have that information.

I know that my office did forward a copy of the adversary proceeding filed to NSM.

**Laura Egerman, Esq.**

**Attorney – Bankruptcy**



**RAS Citron, LLC**

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone:  973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** The DeRosa-Ruquet Family [mailto:ddruquet@gmail.com]
**Sent:** Friday, October 11, 2019 5:45 PM
**To:** Charles Wohlrab <cwohlrab@logs.com>
**Cc:** Laura Egerman <legerman@rasnj.com>
**Subject:** Re: RUQUET APOC/OBJECTION

This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.

Which, to be clear, is the same address I sent the Objection to down there in TX.

[Quoted text hidden]


[Quoted text hidden]

   [Quoted text hidden]
   [Quoted text hidden]

      [Quoted text hidden]
      [Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>          Mon, Oct 14, 2019 at 10:26 AM
To: Laura Egerman <legerman@rasnj.com>
Cc: Charles Wohlrab <cwohlrab@logs.com>

Hi Laura:

I hope you had a good weekend. You ain't kidding about being confusing!!

What I also don't understand is why Deutsche Bank - the bank with the clear Assignment- will handle certain aspects of this case and not others and I'm not even being snarky.

Funny you should use Kevin as an example lol bc I was on my way to the PO to send him a copy of all of the Pleadings.

I figured that you are technically two different firms and then I realized the Post Office is closed. Tomorrow is another day!!

Anyhow do we have any idea who is appearing for the Objection yet?

D.

---

**Laura Egerman** <legerman@rasnj.com>          Mon, Oct 14, 2019 at 10:57 AM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>
Cc: Charles Wohlrab <cwohlrab@logs.com>


My office has the APOC objection.


**Laura Egerman, Esq.**

**Attorney – Bankruptcy**



**RAS Citron, LLC**

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** The DeRosa-Ruquet Family [mailto:ddruquet@gmail.com]
**Sent:** Monday, October 14, 2019 10:26 AM
**To:** Laura Egerman <legerman@rasnj.com>
**Cc:** Charles Wohlrab <cwohlrab@logs.com>
**Subject:** Re: RUQUET APOC/OBJECTION

This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.

Hi Laura:

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>         Mon, Oct 14, 2019 at 11:09 AM
To: Laura Egerman <legerman@rasnj.com>
Cc: Charles Wohlrab <cwohlrab@logs.com>

This is where I get confused: if Charles filed it how does your office appear on it? Not being snarky...genuinely confused.
[Quoted text hidden]

 **image001.jpg**
3K

---

**Laura Egerman** <legerman@rasnj.com>         Mon, Oct 14, 2019 at 11:39 AM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>
Cc: Charles Wohlrab <cwohlrab@logs.com>

Luck of the draw it would seem.

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>         Mon, Oct 14, 2019 at 11:58 AM
To: Laura Egerman <legerman@rasnj.com>
Cc: Charles Wohlrab <cwohlrab@logs.com>

Pretty random....at least my case is moving forward and the Trustee has marked it complete. I'll take what I can get at this point.

God has a reason for everything. I guess there is more for me to learn here.
[Quoted text hidden]

 **image001.jpg**
3K

 **The DeRosa-Ruquet Family <ddruquet@gmail.com>**

# Amortization Schedule Request - 0610524662 RUQUET

5 messages

---

**Subordination** <Subordination@mrcooper.com>      Wed, Dec 18, 2019 at 5:18 PM
To: "DDRUQUET@GMAIL.COM" <DDRUQUET@gmail.com>

Hello,

Thank you for your inquiry.

Attached is a current amortization schedule for your review. Please let us know if you need anything else amortization related.

Thank you,

𝔇𝔥𝔢𝔠𝔬𝔫𝔠𝔢𝔭𝔠𝔦𝔬𝔫 𝔠𝔞𝔰𝔞𝔟𝔞𝔯

Document Administration

4000 Horizon Way

Irving, TX 75063

Fax:972-353-6984

subordination@mrcooper.com



This e-mail communication and any attachments may contain confidential, copyrighted, and legally privileged information for use solely by the designated recipients to which this e-mail is addressed. If you are not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, disclosure, dissemination, distribution, or copying of this message or its contents is prohibited and may be subject to governing laws protecting its disclosure. If you have received this communication in error, please notify Mr. Cooper immediately by e-mail at postmaster@mrcooper.com and destroy all copies of this communication and any attachments.

 **0610524662 RUQUET Amortization Schedule.pdf**
49K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>      Wed, Dec 18, 2019 at 5:28 PM
To: Subordination <Subordination@mrcooper.com>

Cc: Laura Egerman <legerman@rasnj.com>, hkaplan@rasnj.com, ajennings@rasnj.com, Chambers_of KCF
<chambers_of_kcf@njb.uscourts.gov>

Good afternoon:

Thank you for your response. The Modification in place that was approved by the Court on September 23, 2019, does not contain a balloon clause. Please advise if you will be correcting the Ammortizarion to reflect the proper principle amount due in accordance with said Modification (approximately 120k) and further, once that is done, if you will be adjusting the monthly principle payment upward to meet the maturation date with a zero balance instead of a $106k balance.

Please advise.

Thank you for your assistance and have a great evening.

Donna DeRosa-Ruquet


[Quoted text hidden]

**2 attachments**

image003.png
8K

image003.png
8K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                           Thu, Dec 19, 2019 at 11:14 AM
To: mjiidaka@bskb-law.com

And then there is this just like I thought. Well. Hopefully I pop their tires.     I was angry in my response I spelled Amortization wrong lol.
[Quoted text hidden]

0610524662 RUQUET Amortization Schedule.pdf
49K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                           Thu, Dec 19, 2019 at 11:14 AM
To: mjiidaka@bskb-law.com

[Quoted text hidden]

**2 attachments**

image003.png
8K

image003.png
8K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                           Thu, Dec 26, 2019 at 1:49 PM
To: Laura Egerman <legerman@rasnj.com>
Cc: hkaplan@rasnj.com, ajennings@rasnj.com, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>

9/8/2020

Case 14-17571-KCF  Doc 265-3  Filed 09/25/20  Entered 09/28/20 11:55:22  Desc
Gmail - Amortization Schedule/Request 06105246622 REQUEST
Exhibit B-2  Page 14 of 65

Good afternoon:

I hope you are enjoying your holiday. As I have not recieved a response to my email of December 18, 2019, (not even so much as an acknowledgement of receipt) and time is of the essence, I am sending you this email to let you know that should I recieve no response within 7 calendar days my husband will be filing an OTSC to enforce the Order Approving Modification entered in September of this year.

Thanks and have a great day!!

Donna DeRosa-Ruquet
[Quoted text hidden]

9/8/2020     Case 14-17571-KCF    Doc 265-3    Filed 09/25/20    Entered 09/28/20 11:55:22    Desc
Gmail - Ruquet v. The Note Holder, 19-ap-02175-KCF (RAS 18-199898)
Exhibit B-2    Page 15 of 65

**M** Gmail

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

---

## Ruquet v. The Note Holder, 19-ap-02175-KCF (RAS 18-199898)

3 messages

---

**Laura Egerman** <legerman@rasnj.com>                  Fri, Jan 17, 2020 at 5:29 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Good Evening,

Attached please find the following, to be responded to pursuant to the Rules of Court:

(a)  Interrogatories;

(b)  Requests for Admissions; and

(c)  Request for Production of Documents.

Copies of these same pleadings have been mailed you as well.

Very truly yours,

Laura Egerman, Esq.

**Attorney – Bankruptcy**



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This

communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by RAS Citron, LLC. for damage arising in any way from its use.

**3 attachments**

**18-199898 Ruquet_Interrogatories to Plaintiffs.pdf**
74K

**18-199898 Ruquet_Requests for Admissions.pdf**
15106K

**18-199898 Ruquet_Document Demand to Plaintiffs.pdf**
71K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Sat, Jan 18, 2020 at 12:07 PM
To: Laura Egerman <legerman@rasnj.com>

Good afternoon:

Please advise if you recieved our request for discovery.

Thanks and have a great weekend !!

Donna DeRosa-Ruquet
[Quoted text hidden]

---

**2 attachments**


**image001.jpg**
3K


**image001.jpg**
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Sat, Jan 18, 2020 at 12:40 PM
To: Laura Egerman <legerman@rasnj.com>

I'll be filing my request for discovery with the Court as you continually refuse to communicate with me which, quite frankly, I find bizarre and rather sophomoric.

9/8/2020     Gmail - Donna DeRosa-Ruquet & Scott Ruquet (14-17571) | Request for Adjournment - Motion to Enforce Mortgage Modification (Doc. #208)

Case 14-17571-KCF   Doc 265-3   Filed 09/25/20   Entered 09/28/20 11:55:22   Desc
Exhibit B-2     Page 17 of 65

 **Gmail**

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

---

## Donna DeRosa-Ruquet & Scott Ruquet (14-17571) | Request for Adjournment - Motion to Enforce Mortgage Modification (Doc. #208)

16 messages

---

**Dana Muccie** <dana_muccie@njb.uscourts.gov>        Wed, Jan 29, 2020 at 3:27 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>
Cc: "bkyecf_rasflaw.com" <bkyecf@rasflaw.com>, Laura Egerman <legerman@rasnj.com>

Ms. DeRosa-Ruquet,


    This is in response to the voicemail you left in chambers this morning regarding an adjournment of the motion to enforce mortgage modification filed on January 13, 2020 at document number 208 currently returnable on February 4, 2020 at 2:00 p.m. Attached is the court's adjournment request form. Please obtain consent, complete the form, and email it back to chambers.


    Thank you.


Dana


Dana Muccie

Judicial Assistant To

The Honorable Kathryn C. Ferguson, Chief Judge

United States Bankruptcy Court

(609) 858-9351

---

 **Adjournment Request Form.pdf**
107K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>        Wed, Jan 29, 2020 at 3:59 PM
To: Laura Egerman <legerman@rasnj.com>

Good afternoon:

I hope this email finds you well. I would like to request an Adjournment for the hearing on the Motion to Enforce the Mortgage Modification [#208].

Presently the hearing is scheduled for February 4, 2020 at 2:00pm and I would be requesting the matter be adjourned until February 18, 2020 at 2:00pm.

Please advise if I have your consent at your earliest convenience.

Thanks and have a great day!!

9/8/2020      Gmail - Donna DeRosa-Ruquet & Scott Ruquet (14-17571) Request for Adjournment - Motion to Enforce Mortgage Modification (Doc. #208)

Case 14-17571-KCF   Doc 265-3   Filed 09/25/20   Entered 09/28/20 11:55:22   Desc
Exhibit B-2   Page 18 of 65

[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>      Wed, Jan 29, 2020 at 3:37 PM
To: Dana Muccie <dana_muccie@njb.uscourts.gov>, The DeRosa-Ruquet Family <ddruquet@gmail.com>

Good Afternoon,

As this case is nearly 70 months old, I will consent to a brief adjournment of the pending motion. I would ask only that it be heard prior to February 28, 2020.

Thank you,

Laura Egerman, Esq.

Attorney – Bankruptcy



# RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** Dana Muccie [mailto:dana_muccie@njb.uscourts.gov]
**Sent:** Wednesday, January 29, 2020 3:28 PM

9/8/2020     Case 14-17571-KCF   Doc 265-3   Filed 09/25/20   Entered 09/28/20 11:55:22   Desc
Donna DeRosa-Ruquet       Exhibit B-2    Page 19 of 65
[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>        Wed, Jan 29, 2020 at 3:43 PM
To: Dana Muccie <dana_muccie@njb.uscourts.gov>, The DeRosa-Ruquet Family <ddruquet@gmail.com>

My apologies. Please allow my consent to be further restricted to the extent that the purpose of the adjournment is to allow for the filing of any additional motions.

If the purpose of the adjournment is fling additional motions, no consent is given.

Laura Egerman, Esq.

**Attorney – Bankruptcy**



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** Laura Egerman
**Sent:** Wednesday, January 29, 2020 3:37 PM
**To:** 'Dana Muccie' <dana_muccie@njb.uscourts.gov>; The DeRosa-Ruquet Family <ddruquet@gmail.com>
**Subject:** RE: Donna DeRosa-Ruquet & Scott Ruquet (14-17571) | Request for Adjournment - Motion to Enforce Mortgage Modification (Doc. #208)

**To:** The DeRosa-Ruquet Family <ddruquet@Exhibit B-2    Page 20 of 65
**Cc:** BKY_ECF <bkyecf@rasflaw.com>; Laura Egerman <legerman@rasnj.com>
**Subject:** Donna DeRosa-Ruquet & Scott Ruquet (14-17571) | Request for Adjournment - Motion to Enforce Mortgage Modification (Doc. #208)

This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.

---

Ms. DeRosa-Ruquet,

[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>                    Wed, Jan 29, 2020 at 4:02 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Hello,

Yes, you have our consent to adjourn to 02/18/2020.

Laura Egerman, Esq.

Attorney – Bankruptcy



RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it

is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** The DeRosa-Ruquet Family [mailto:ddruquet@gmail.com]
**Sent:** Wednesday, January 29, 2020 4:00 PM
**To:** Laura Egerman <legerman@rasnj.com>
**Subject:** Re: Donna DeRosa-Ruquet & Scott Ruquet (14-17571) | Request for Adjournment - Motion to Enforce Mortgage Modification (Doc. #208)

> This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.

Good afternoon:

[Quoted text hidden]
[Quoted text hidden]

---

**Dana Muccie** <dana_muccie@njb.uscourts.gov>     Wed, Jan 29, 2020 at 4:30 PM
To: Laura Egerman <legerman@rasnj.com>, The DeRosa-Ruquet Family <ddruquet@gmail.com>

Ms. Egerman,

Yesterday, at a hearing on a different motion in this case, Judge Ferguson suggested that the debtor adjourn the motion to enforce mortgage modification because the motion was not served in accordance with the Federal Rules (Bank was not served via certified mail addressed to an officer of the institution) and the "Mode of Service" section of the certification of service form that was filed with the motion was not completed by the debtors. I believe the debtors are looking to adjourn the motion to February 18, 2020 at 2:00 p.m.

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>     Wed, Jan 29, 2020 at 4:34 PM
To: Dana Muccie <dana_muccie@njb.uscourts.gov>
Cc: Laura Egerman <legerman@rasnj.com>

Good afternoon:

Attached please find the completed Adjournment request form.

[Quoted text hidden]

---

**3 attachments**


**image001.jpg**
3K


**image001.jpg**
3K

Case 14-17571-KCF    Doc 265-3    Filed 09/25/20    Entered 09/28/20 11:55:22    Desc
image001.jpg    Exhibit B-2    Page 22 of 65
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Wed, Jan 29, 2020 at 4:35 PM
To: Dana Muccie <dana_muccie@njb.uscourts.gov>
Cc: Laura Egerman <legerman@rasnj.com>

My apologies I hit send before I attached the form.
[Quoted text hidden]

---

**2 attachments**



**Screenshot_20200129-163242_Adobe Acrobat.jpg**
529K



**Screenshot_20200129-163142_Adobe Acrobat.jpg**
500K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Wed, Jan 29, 2020 at 4:36 PM
To: Laura Egerman <legerman@rasnj.com>

Thank you.
[Quoted text hidden]

---

**2 attachments**



**image001.jpg**
3K



**image001.jpg**
3K

---

**Laura Egerman** <legerman@rasnj.com>                    Wed, Jan 29, 2020 at 4:40 PM
To: Dana Muccie <dana_muccie@njb.uscourts.gov>, The DeRosa-Ruquet Family <ddruquet@gmail.com>

Good Afteroon,

9/8/2020      Gmail - Donna DeRosa-Ruquet & Scott Ruquet (14-17571) | Request for Adjournment - Motion to Enforce Mortgage Modification (Doc. #208)

Case 14-17571-KCF    Doc 265-3    Filed 09/25/20    Entered 09/28/20 11:55:22    Desc
Exhibit B-2    Page 23 of 65

I have no objection to adjournment for service.


Laura Egerman, Esq.

**Attorney – Bankruptcy**



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** Dana Muccie [mailto:dana_muccie@njb.uscourts.gov]
**Sent:** Wednesday, January 29, 2020 4:30 PM
**To:** Laura Egerman <legerman@rasnj.com>; The DeRosa-Ruquet Family <ddruquet@gmail.com>
**Subject:** RE: Donna DeRosa-Ruquet & Scott Ruquet (14-17571) | Request for Adjournment - Motion to Enforce Mortgage Modification (Doc. #208)


**This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.**


[Quoted text hidden]

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>             Wed, Jan 29, 2020 at 4:51 PM
To: Laura Egerman <legerman@rasnj.com>

 Gmail

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

---

# Ruquet v. The Note Holder, et als., 19-ap-02175-KCF (RAS 18-199898)
1 message

---

**Laura Egerman** <legerman@rasnj.com>                     Fri, Feb 14, 2020 at 6:55 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Good Evening,

Attached please find responses to Document Demands in this matter.

Due to the size of the attachments, the documents will be coming in multiple emails.

Laura Egerman, Esq.

**Attorney – Bankruptcy**



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that after 06/09/2019, my extension will change from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

---

Case 14-17571-KCF    Doc 265-3    Filed 09/25/20    Entered 09/28/20 11:55:22    Desc
Exhibit B-2    Page 25 of 65

 Gmail

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

---

# Ruquet v. The Note Holder, et als., 19-ap-02175-KCF (RAS 18-199898)

2 messages

---

**Laura Egerman** <legerman@rasnj.com>        Fri, Feb 14, 2020 at 6:56 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Documents Set 2

Laura Egerman, Esq.

Attorney – Bankruptcy



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that after 06/09/2019, my extension will change from 217 to 1217*

Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This

 Gmail

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

---

# Ruquet v. The Note Holder, et als., 19-ap-02175-KCF (RAS 18-199898)

1 message

---

**Laura Egerman** <legerman@rasnj.com>
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Fri, Feb 14, 2020 at 6:57 PM

Documents – Set 3

Laura Egerman, Esq.

Attorney – Bankruptcy



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone:  973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that after 06/09/2019, my extension will change from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This

9/8/2020

Case 14-17571-KCF    Doc 265-3    Filed 09/25/20    Entered 09/28/20 11:55:22    Desc
Gmail - Ruquet v. The Note Holder, et als.; 19-ap-02173-KCF (RAS 18/199898)
Exhibit B-2    Page 27 of 65

communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by RAS Citron, LLC. for damage arising in any way from its use.

---

**3 attachments**

**0610524662 - Ruquet - MRC Transaction History 7-5-13 to 12-24-19.pdf**
32K

**0610524662 - Ruquet - Prior Servicer Transaction History.pdf**
112K

**Assignments.zip**
1035K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>    Sun, Feb 16, 2020 at 8:46 PM
To: Laura Egerman <legerman@rasnj.com>

Good evening:

I hope this email finds you well. I am in receipt of the discovery documents you emailed to me this evening and Friday evening. I do not envy how much responsibility you have to your job as it clearly takes you away from your family.

Honestly I would have been more than willing to have waited for the documents. Please feel free to email or call me with any such requests in the future.

Anyway, whilst examining the payment history dated 12/24/19, (specifically pages 1 through 12) appearing as the first attachment in the first of two emails that you sent on Friday, February 14, 2020, I noticed that in January of 2019 , the allocated principal portion of the loan payment dropped by almost 50% without any explanation.

Notwithstanding that the monthly principal payment amount was not calculated properly to begin with, can you advise why it would go even lower without my husband's knowledge!?

I apologize for only having had a chance to really look the docs over this evening and I will certainly email you prior to the hearing if it may benefit a resolution.

As always, if you client is still considering settlement please feel free to contact me either by phone or email.

Have a great night!!


Donna DeRosa-Ruquet


[Quoted text hidden]

---

**2 attachments**

 **image001.jpg**
3K

 **image001.jpg**
3K

 Gmail

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

# DEROSA-RUQUET LIS PENDENS FILED MARCH 10, 2020 in re: 621 Bay Boulevard
6 messages

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>  Sun, Mar 15, 2020 at 9:44 PM
To: Laura Egerman <legerman@rasnj.com>, ajennings@rasflaw.com, hkaplan@rasnj.com, Chambers_of KCF
<chambers_of_kcf@njb.uscourts.gov>

Your Honor:

Attached please find a copy of the Lis Pendens to Quiet Title filed by Ms. Jennings in Ocean County Court on March 10, 2020. I am in possession of this document not because Ms. Jennings served it to me, but rather because I regularly check to see if any of the parties in my case are up to something well, like this.

I am pretty sure this violates the Stay in my bankruptcy case as it is not closed yet. I am 100% sure that Ms. Jennings and Ms. Egerman have absolutely no shame and will do anything it takes to "win." Both of these ladies should be ashamed of themselves for their continued inability to act with professional integrity.

Having said that, as I have ten (10) days left to respond to this Complaint and believe me, respond I will, at the very least filing this Complaint is nothing short of a deliberate crime of moral turpitude on Ms. Jennings part, as is Ms. Egerman's lack of transparency with me and with this Court both now and in the past year and a half.

Respectfully Submitted,

Donna DeRosa-Ruquet

📄 **LIS PENDENS.pdf**
136K

**Laura Egerman** <legerman@rasnj.com>  Mon, Mar 16, 2020 at 9:29 AM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>, Aleisha Jennings <ajennings@rasnj.com>, Harold Kaplan
<hkaplan@rasnj.com>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>

Good morning,

If the Debtor would look at the document she has attached, she will note that neither my name nor the name of Ms. Jennings appears anywhere on the this document. It would behoove her to actually know what she is speaking about before she questions the professional credibility of either myself or my colleague.

Laura Egerman, Esq.

Attorney – Bankruptcy



**RAS Citron, LLC**

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that as of 06/09/2019, my extension has changed from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** The DeRosa-Ruquet Family [mailto:ddruquet@gmail.com]
**Sent:** Sunday, March 15, 2020 9:44 PM
**To:** Laura Egerman <legerman@rasnj.com>; Aleisha Jennings <ajennings@rasnj.com>; Harold Kaplan <hkaplan@rasnj.com>; Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>
**Subject:** DEROSA-RUQUET LIS PENDENS FILED MARCH 10, 2020 in re: 621 Bay Boulevard

This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.

Your Honor:

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                  Mon, Mar 16, 2020 at 9:49 AM
To: Laura Egerman <legerman@rasnj.com>
Cc: Aleisha Jennings <ajennings@rasnj.com>, Harold Kaplan <hkaplan@rasnj.com>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>

Good morning Ms. Egerman:

Is that the best you can do? Are you saying you had no knowledge of this? Are you saying that even though this came from your firm at your office address from one of your colleagues on a case you are handling both under my bankruptcy and the AP that this is not something you knew about? Forgive me when I say I don't believe you.

With all due respect Ms. Egerman, you have no credibility left with me. You have been lying to me and playing games with me for over a year. I have every single email we have ever exchanged, including the one in which you contacted Mr. Merino asking him to have his client "....execute the loan Modification as it will bring no harm to either of them..." That was a flat out lie because you already knew I was in title.

The day I saw that email was the day I knew you will lie and cheat to win, including hiding behind whatever or whoever you can when the going gets tough.

Have a great day!!

Donna

[Quoted text hidden]

 **image001.jpg**
3K

---

**Christy McDonald** <Christy_McDonald@njb.uscourts.gov>　　　Mon, Mar 16, 2020 at 10:47 AM
To: "ddruquet@gmail.com" <ddruquet@gmail.com>
Cc: "legerman@rasnj.com" <legerman@rasnj.com>, "ajennings@rasflaw.com" <ajennings@rasflaw.com>,
"hkaplan@rasnj.com" <hkaplan@rasnj.com>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>

Dear Ms. DeRosa-Ruquet:

You have been advised in the past that email is not a sanctioned form of communication with the court regarding substantive matters. Your email and the responses it has engendered have NOT been forwarded to the judge and no action will be taken.

Please be guided accordingly.

Christy E. McDonald, Esq.
Career Law Clerk for
Chief Judge Kathryn C. Ferguson, U.S.B.J.
United States Bankruptcy Court
Clarkson S. Fisher Federal Bldg and U.S. Courthouse
402 East State Street
Trenton, NJ 08608-1507



**From:** Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>
**Sent:** Monday, March 16, 2020 10:08 AM

**To:** Christy McDonald <Christy_McDonald@njb.uscourts.gov>
**Subject:** FW: DEROSA-RUQUET LIS PENDENS FILED MARCH 10, 2020 in re: 621 Bay Boulevard

**From:** The DeRosa-Ruquet Family <ddruquet@gmail.com>
**Sent:** Sunday, March 15, 2020 9:44 PM
**To:** Laura Egerman <legerman@rasnj.com>; ajennings@rasflaw.com; hkaplan@rasnj.com; Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>
**Subject:** DEROSA-RUQUET LIS PENDENS FILED MARCH 10, 2020 in re: 621 Bay Boulevard

Your Honor:

[Quoted text hidden]

---

📄 **LIS PENDENS.pdf**
   136K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Mon, Mar 16, 2020 at 11:02 AM
To: Laura Egerman <legerman@rasnj.com>, jstead@rasnj.com
Cc: Aleisha Jennings <ajennings@rasnj.com>, Harold Kaplan <hkaplan@rasnj.com>, Chambers_of KCF
<chambers_of_kcf@njb.uscourts.gov>

Good morning:

Having contacted the Ocean County Clerk Chancery Division, it has come to my attention that this Complaint was filed on February 12, 2020, however to date I have yet to receive a copy of it. I find this to be appalling.

To file an answer I am required to pay $175 or fill out a fee waiver form. Due to the Coronavirus I will be unable to do so, however, I am able to email a letter to the Chancery Division explaining that we are presently litigating in bankruptcy court and that our case has not been closed.

I will also be including both the BK case number and the AP case number so the Court has sample opportunity to view all the relevant facts.

Please provide me with a copy of the Complaint at your earliest convenience. The Court is aware that I have not been served, my husband hasn't been served and MY SON hasn't been served. I'm not sure how you were planning to get around proper service but they are pretty strict about that down here in Ocean County.

I have no more words for any of you, except the Court. Your desire to win at all costs is something that will come back to you all on its own.

I will continue to move foward as I always do: with fairness and transparency because in the end, it all comes out in the wash. Please look for a copy of my letter response by days end as you will be cc'd.
[Quoted text hidden]
[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Mon, Mar 16, 2020 at 11:07 AM
To: Christy McDonald <Christy_McDonald@njb.uscourts.gov>
Cc: Laura Egerman <legerman@rasnj.com>, ajennings@rasflaw.com, "hkaplan@rasnj.com" <hkaplan@rasnj.com>,
Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>

Ms. McDonald:

Please forgive me. I am quite upset. It wasn't my intention to try and have something put before Judge Ferguson.

I have prepared my Summary Judgment Motion and I have added the Notice in the same. Perhaps I just cannot believe that an officer of the Court cares so little for the actual application of law....it literally boggles my mind.

Again, please forgive me.

Kind Regards,
Donna DeRosa-Ruquet

[Quoted text hidden]

**2 attachments**



**image001.gif**
16K



**image001.gif**
16K

 Gmail

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>

---

## 621 Bay Bld. Bayville NJ 08721 / Discharge of Complaint & Discharge of Lis Pendens
15 messages

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>
To: cwhite@rasnj.com

Mon, Mar 16, 2020 at 2:33 PM

Dear Mr. White:

It was a pleasure speaking with you. In accordance with our conversation please send me a copy of the request to dismiss the Complaint for Quiet Title, Docket No.: C-000020-20 and a copy of the request to discharge the Lis Pendens filed on March 10, 2020 with the Ocean County Clerk, instrument No. : 2020026242 Book/Page 17817/493.

Thank you for your time and consideration and please enjoy the rest of your day.

Regards,
Donna DeRosa-Ruquet

---

**Christopher White** <cwhite@rasnj.com>
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Mon, Mar 16, 2020 at 3:33 PM

Good Afternoon Donna,


Thank you for your e-mail. In response to your request please find the attached copies of the Case Dismissal and Discharge of LP. Have a wonderful day.


Thank you


**Christopher White**

**Production Team Supervisor**



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

**Office:** 973.575.0707 **Ext. 1101** | **Fax:** 973.404.8886

Please note that after 6/9/2019 my extension will change from 101 to 1101

**Email:** cwhite@rasnj.com


Providing excellent customer service is my highest priority. If you are not 100% satisfied with my service, or your experience with RAS Citron, please contact my direct supervisor, Robert Calvanico, at 973-575-0707 Ext 1119 or by email at

To: Christopher White <cwhite@rasnj.com>, jstead@rasnj.com, Aleisha Jennings <ajennings@rasnj.com>, Harold Kaplan <hkaplan@rasnj.com>, Laura Egerman <legerman@rasnj.com>

Dear Mr. White:

I hope this email finds you well. I am in receipt of the Notice of Dismissal and the cover letter you attached for the clerk. My how the story you told me differs from that of the one you are trying to put past the Ocean County Superior Cout.

Please be advised that there is no Consent Order, and that this matter was dismissed because of your firm's shady practices which I see have not stopped.

I will be writing a letter and dropping it off at the Clerk's office informing the Court of as much. I will be attaching a copy of proof of our bankruptcy, along with a copy of the Amendment to my AP. I will copy you the same.

When I am done with all of that I am going to contact the bar association and the State Attorney General's office.

Additionally, I will be copying the State Trustee who has overseen my case and the United States Trustee who is going to oversee yours.

If you have any questions please do not hesitate to contact me.

Thanks and  have a great weekend!!

Donna DeRosa-Ruquet
[Quoted text hidden]

---

**Aleisha Jennings** <ajennings@rasnj.com>　　　　　　　　　　　　　　Fri, Mar 20, 2020 at 12:28 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>, Christopher White <cwhite@rasnj.com>, Jennifer Stead <jstead@rasnj.com>, Harold Kaplan <hkaplan@rasnj.com>, Laura Egerman <legerman@rasnj.com>

Good Afternoon – please remove me from all future emails/correspondence. Thank you and have a lovely weekend.

„·´¸.·*´¨) ¸.·*¨)

(¸.·´ (¸.·'* Thank you,

**ALEISHA JENNINGS, ESQ.**

ASSOCIATE ATTORNEY

RAS CITRON, LLC



130 CLINTON ROAD, SUITE 202

FAIRFIELD, NJ 07004

PH: 973-575-0707 I **Ext. 1237** I **Fax:** 973.404.8886

EMAIL: AJENNINGS@RASNJ.COM

Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** The DeRosa-Ruquet Family <ddruquet@gmail.com>
**Sent:** Friday, March 20, 2020 12:15 PM
**To:** Christopher White <cwhite@rasnj.com>; Jennifer Stead <jstead@rasnj.com>; Aleisha Jennings <ajennings@rasnj.com>; Harold Kaplan <hkaplan@rasnj.com>; Laura Egerman <legerman@rasnj.com>
**Subject:** Re: 621 Bay Bld. Bayville NJ 08721 / Discharge of Complaint & Discharge of Lis Pendens

---

This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.

---

Dear Mr. White:

[Quoted text hidden]
[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Fri, Mar 20, 2020 at 12:48 PM
To: Aleisha Jennings <ajennings@rasnj.com>

Good afternoon:

No problem and I owe you a personal apology. I am sorry for writing that you signed that LP. I misspoke and for that I am deeply sorry.
[Quoted text hidden]

**2 attachments**

 **image001.jpg**
3K

 **image001.jpg**
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Fri, Mar 20, 2020 at 12:52 PM
To: Aleisha Jennings <ajennings@rasnj.com>

To clarify:

Are you no longer an interested party who wishes to be served?
[Quoted text hidden]

---

**Aleisha Jennings** <ajennings@rasnj.com>                    Fri, Mar 20, 2020 at 12:53 PM

Thank you for the apology. And correct, i don't need to be noticed on anything as long as Laura Egerman is served.

˛.·´¸.·*´¨) ¸.·*¨)

(¸.·´ (¸.·´* Thank you,

**ALEISHA JENNINGS, ESQ.**

ASSOCIATE ATTORNEY

RAS CITRON, LLC



130 CLINTON ROAD, SUITE 202

FAIRFIELD, NJ 07004

PH: 973-575-0707 | **Ext. 1237** | **Fax:** 973.404.8886

EMAIL: AJENNINGS@RASNJ.COM

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** The DeRosa-Ruquet Family <ddruquet@gmail.com>
**Sent:** Friday, March 20, 2020 12:52 PM
**To:** Aleisha Jennings <ajennings@rasnj.com>
**Subject:** Re: 621 Bay Bld. Bayville NJ 08721 / Discharge of Complaint & Discharge of Lis Pendens

---

This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.

---

To clarify:

Are you no longer an interested party who wishes to be served?

On Fri, Mar 20, 2020, 12:48 PM The DeRosa-Ruquet Family <ddruquet@gmail.com> wrote:

Good afternoon:

No problem and I owe you a personal apology. I am sorry for writing that you signed that LP. I misspoke and for that I am deeply sorry.

On Fri, Mar 20, 2020, 12:32 PM Aleisha Jennings <ajennings@rasnj.com> wrote:

Good Afternoon – please remove me from all future emails/correspondence. Thank you and have a lovely weekend.

,·´ ´,.·*¨") ,.·*¨)

(,·´ (,·´* Thank you,

**ALEISHA JENNINGS, ESQ.**

ASSOCIATE ATTORNEY

RAS CITRON, LLC

130 CLINTON ROAD, SUITE 202

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>      Fri, Mar 20, 2020 at 1:00 PM
To: Aleisha Jennings <ajennings@rasnj.com>

You're welcome but no need to thank me; I was really very wrong.

Does that mean Court pleadings as well? Because the record has you as wanting service. If I don't serve you I am sure at some point it will become an issue. After a year and a half of this nonsense I have taken the "ounce of prevention is worth a pound of cure" approach.
[Quoted text hidden]

**2 attachments**


**image001.jpg**
3K


**image001.jpg**
3K

---

**Aleisha Jennings** <ajennings@rasnj.com>      Fri, Mar 20, 2020 at 1:01 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

You can serve the pleadings via mail, however I do not need to be included on the emails.

[Quoted text hidden]

**Christopher White** <cwhite@rasnj.com>                     Fri, Mar 20, 2020 at 1:12 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>, Jennifer Stead <jstead@rasnj.com>, Harold Kaplan
<hkaplan@rasnj.com>, Laura Egerman <legerman@rasnj.com>
Cc: David Neeren <dneeren@rasnj.com>

Good Afternoon,

Thank you for your e-mail. We kindly ask if you could limit any future communication with our office to  written letter.
Have a wonderful weekend.

Best Regards,

**From:** The DeRosa-Ruquet Family <ddruquet@gmail.com>
**Sent:** Friday, March 20, 2020 12:15 PM
**To:** Christopher White <cwhite@rasnj.com>; Jennifer Stead <jstead@rasnj.com>; Aleisha Jennings
<ajennings@rasnj.com>; Harold Kaplan <hkaplan@rasnj.com>; Laura Egerman <legerman@rasnj.com>
**Subject:** Re: 621 Bay Bld. Bayville NJ 08721 / Discharge of Complaint & Discharge of Lis Pendens

| |
|---|
| **This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.** |

Dear Mr. White:

[Quoted text hidden]
[Quoted text hidden]

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                     Fri, Mar 20, 2020 at 2:42 PM
To: Christopher White <cwhite@rasnj.com>
Cc: Jennifer Stead <jstead@rasnj.com>, Harold Kaplan <hkaplan@rasnj.com>, Laura Egerman <legerman@rasnj.com>,
David Neeren <dneeren@rasnj.com>

I'm sorry but I cannot honor that request. Email is an acceptable form of communication. I am not being nasty or abusive.
I am being transparent with you every step of the way as all should be relative to such important matters. My emails are
also not overly frequent in nature.

If I have a "tone" I again apologize, but all of this is quite upsetting, the underhanded shenanigans I mean. I did not file
these papers in Superior Court. I do not enjoy worrying about these papers. I do not enjoy having to be "mean" to people.
I am merely dealing with the hand your client has dealt me.

If you feel that strongly about
(I am genuinely sorry and honestly, when I tell you I am not trying to give you a hard time I am being sincere ) please
petition the Court.

Thanks and have a great weekend!!

Donna DeRosa-Ruquet

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Fri, Mar 20, 2020 at 2:43 PM
To: Aleisha Jennings <ajennings@rasnj.com>

I only email you the pleadings as a courtesy because I don't have access to electronic filing but I certainly will honor your request if you wish to only be served by mail.

Again I apologize for how I misspoke. Have a blessed weekend.
[Quoted text hidden]

**2 attachments**


**image001.jpg**
3K


**image001.jpg**
3K

---

**David Neeren** <dneeren@rasnj.com>                    Fri, Mar 20, 2020 at 2:45 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>, Christopher White <cwhite@rasnj.com>
Cc: Jennifer Stead <jstead@rasnj.com>, Harold Kaplan <hkaplan@rasnj.com>, Laura Egerman <legerman@rasnj.com>

Ms. De-Rosa-Ruquet:

Your unfounded threats and abusive conduct towards my staff will not be tolerated. Please limit your communications to those through the Courts. All other communications except those received via letter as instructed will be ignored. Good luck.

David Neeren, Esquire

*General Counsel*



RAS Citron, LLC

133 Gaither Drive, Suite F

Mt. Laurel, NJ 08054

Phone: 855-225-6906 Ext. 1304

Fax: 866-381-9549

Email: dneeren@rasnj.com

Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: **This is a communication from a debt collector. Any information received will be used for that purpose. If you have received a discharge in bankruptcy, and this debt was not reaffirmed, this correspondence is not and should not be construed to be an attempt to collect a debt, but only enforcement of a lien against property.**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>            Fri, Mar 20, 2020 at 3:03 PM
To: David Neeren <dneeren@rasnj.com>
Cc: Christopher White <cwhite@rasnj.com>, Jennifer Stead <jstead@rasnj.com>, Harold Kaplan <hkaplan@rasnj.com>, Laura Egerman <legerman@rasnj.com>

Mr Neeren:

I hope this finds you well. I haven't made any unfounded threats, nor have I ever been abusive to your staff. Quite the contrary actually, as I apologized to Ms. Jennings directly and we had a perfectly civil email exchange.

As for ignoring my emails? What else is new? They were ignored for over a year when I was trying to settle this matter. I am only doing what I have always done which has never been a problem in the past. Until now if course, because the subject matter is quite unpleasant for all including me.

With all due respect Sir, I am not the one who filed these papers in Superior Court. I am also not the one who won't settle. So if your client wishes to put this matter to rest and we can come to some form of agreement, that would be fine by me.

Please be well and have a great weekend !!

Donna DeRosa-Ruquet

[Quoted text hidden]

 **image001.jpg**
3K

M Gmail

## DeRosa-Ruquet Response

1 message

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Wed, Apr 8, 2020 at 6:29 AM
To: Laura Egerman <legerman@rasnj.com>
Cc: Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>

Good morning:

I hope this email finds you well during these terrible times. Attached please find a courtesy copy of the Response and Opposition to the pleadings you filed last night that will be sent in for filing. Also, I have attached a copy of the Certified Mail Receipts relative to serving Mr. Bray and Mr. Sewing the Summary Judgment Motion.

Thank you so much and have a great day!!

Donna DeRosa-Ruquet

**2 attachments**

**RESOPPMSJ4820.pdf**
4775K

**POMMSJNSM.pdf**
570K

M Gmail

The DeRosa-Ruquet Family <ddruquet@gmail.com>

# DeRosa-Ruquet 19-2175 Motion and Cross-motion for summary judgment
5 messages

**Christy McDonald** <Christy_McDonald@njb.uscourts.gov>                    Fri, Apr 10, 2020 at 3:19 PM
To: "legerman@rasnj.com" <legerman@rasnj.com>, "ddruquet@gmail.com" <ddruquet@gmail.com>
Cc: Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Dana Muccie <dana_muccie@njb.uscourts.gov>


The court notes that the parties have not requested oral argument so the matter will be decided on the papers. *See*, Amended General Order para. 3 (below)


If the parties had intended to email chambers to request permission to present argument, please be advised that Judge Ferguson is not available to hear argument on Tuesday, April 14, 2020. If the judge permits oral argument, the motion would need to be adjourned to Tuesday, April 21.


**AMENDED GENERAL ORDER REGARDING COURT OPERATIONS UNDER THE**

**EXIGENT CIRCUMSTANCES CREATED BY CORONAVIRUS (COVID-19)**


\*\*\*


3) All motions and contested matters will be presumed to be heard on the papers. Parties

may request oral argument via email to chambers. If permitted by the judge, oral

argument must be conducted remotely and presented through third party providers,

including CourtCall, Court Solutions or AT&T Conferencing Services. The recording by

the third party provider will constitute the official record of the court. The court will also

consider and accommodate all reasonable adjournment requests;


**Laura Egerman** <legerman@rasnj.com>                                      Fri, Apr 10, 2020 at 3:35 PM
To: Christy McDonald <Christy_McDonald@njb.uscourts.gov>, "ddruquet@gmail.com" <ddruquet@gmail.com>
Cc: Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Dana Muccie <dana_muccie@njb.uscourts.gov>

Good Afternoon,

At this time, we are not requesting oral argument on this motion, however, to the extent that we have been unable to secure the Certification of our client regarding its confirmed possession of the original wet-ink signature note, we would not oppose any adjournment of the motion from the 04/14/2020 date.

We are advised that our client has the note and that it will be sent to me at my house in the event that I need to get it before the Court, but because no one is working in the office, it is taking longer than usual to have it signed.

Thank you,

Laura Egerman, Esq.

Attorney – Bankruptcy



RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that after 06/09/2019, my extension will change from 217 to 1217*

Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: **"This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** Christy McDonald [mailto:Christy_McDonald@njb.uscourts.gov]
**Sent:** Friday, April 10, 2020 3:19 PM
**To:** Laura Egerman <legerman@rasnj.com>; ddruquet@gmail.com
**Cc:** Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>; Dana Muccie <dana_muccie@njb.uscourts.gov>
**Subject:** DeRosa-Ruquet 19-2175 Motion and Cross-motion for summary judgment

This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                  Fri, Apr 10, 2020 at 3:49 PM
To: Christy McDonald <Christy_McDonald@njb.uscourts.gov>
Cc: Laura Egerman <legerman@rasnj.com>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Dana Muccie
<dana_muccie@njb.uscourts.gov>

Good afternoon:

I have no objection to this matter being heard on the papers.

I sent in a Response/Opposition that is showing delivered on April 9, 2020 at 11:08 am. but it doesn't appear on the docket yet. (USPS 9505514832780099356696)

I oppose an Adjournment because posession of the wet ink note is not relevant to the core issue in my Complaint, that is: the Proof of Claim (s) 8-1 & 8-2 were filed without perfected title.

I also believe the creditor has had many months to produce any and all relevant documents and chose not to. This request, in my humble opinion, is nothing more than an 11th hour stall tactic.

Respectfully,

Donna DeRosa Ruquet
[Quoted text hidden]

---

**Christy McDonald** <Christy_McDonald@njb.uscourts.gov>                  Fri, Apr 10, 2020 at 4:00 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>
Cc: Laura Egerman <legerman@rasnj.com>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Dana Muccie
<dana_muccie@njb.uscourts.gov>

Thank you both for your responses. The matter will be decided on the papers. No further submissions are necessary.

Ms. DeRosa-Ruquet – although your response to the cross-motion does not appear on the docket the courtesy copy was received and will be considered by the court. When the mailed copy is received it will be docketed. Currently, the clerk's office is only opening mail once a week.

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                  Fri, Apr 10, 2020 at 4:20 PM
To: Christy McDonald <Christy_McDonald@njb.uscourts.gov>
Cc: Laura Egerman <legerman@rasnj.com>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Dana Muccie
<dana_muccie@njb.uscourts.gov>

Email received. Thank you.
[Quoted text hidden]

 Gmail    **The DeRosa-Ruquet Family <ddruquet@gmail.com>**

## DeRosa-Ruquet Motion To Amend

18 messages

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>    Thu, Apr 16, 2020 at 11:54 AM
To: Laura Egerman <legerman@rasnj.com>

Hi Laura:

I hope this finds you and yours well in these troubled times. I just read your Motion to Ammend and I'm pretty sure I have no Objection to it other than an escrow analysis was just ran and my escrow payment is $468 (plus change) and the openedness of the paragraph that included the term "and escrow" in the proposed order. I read it on my phone rather quickly but it seems cut and dry to me.

$542 (plus change) + $468 (plus change/current escrow payment) = $1010 (plus change/current payment amount)

If you would like to try and settle this I'm all for it.

Thanks and have a great day!!

Donna DeRosa-Ruquet

---

**Laura Egerman** <legerman@rasnj.com>    Fri, Apr 17, 2020 at 1:40 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Hi Donna,

I am glad to hear that the Motion to Amend will not be a substantial issue.

As drafted, the amount of escrow set forth in the motion and proposed order match the most-recently filed proof of claim, as that is the most recent amount that both the Court can confirm and of which I am aware. I have reached out to NSM regarding an updated escrow analysis and once provided, can revise the order accordingly. I hope to hear back in a few days – responses to everything are slower these days.

Thanks,

Laura

Laura Egerman, Esq.

Attorney – Bankruptcy



# RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that after 06/09/2019, my extension will change from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** The DeRosa-Ruquet Family [mailto:ddruquet@gmail.com]
**Sent:** Thursday, April 16, 2020 11:55 AM
**To:** Laura Egerman <legerman@rasnj.com>
**Subject:** DeRosa-Ruquet Motion To Amend

This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.

[Quoted text hidden]

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                Fri, Apr 17, 2020 at 1:42 PM
To: Laura Egerman <legerman@rasnj.com>

I think I have one. It went to Dann Law and came to me as an attachment I think. I can foward it to you.

And thank you!!
[Quoted text hidden]

**2 attachments**


**image001.jpg**
3K


**image001.jpg**
3K

---

**Laura Egerman** <legerman@rasnj.com>　　　　　　　　　　　Fri, Apr 17, 2020 at 1:43 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Ok – if you have it, please send it over.

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>　　　　　　Fri, Apr 17, 2020 at 1:58 PM
To: Laura Egerman <legerman@rasnj.com>

I looked through all of my emails from Dann and couldn't find anything. The escrow payment down because we got new, way cheaper insurance. They ran 2 analysis I think and that resulted in an overage and a check for roughly $600 to us.

I did get a letter dated December 26, 2019, or thereabouts about the insurance policy change which I found ( 😐 ) so I can foward you that for a reference point.

I could have sworn I saw an analysis...let me also look through my office paperwork and if I find it I will send it to you. I am thinking maybe they sent something with the check.

I hope you and all of the people you love are healthy and happy. This is like an alternate reality.
[Quoted text hidden]

**2 attachments**


**image001.jpg**
3K


**image001.jpg**
3K

---

**Laura Egerman** <legerman@rasnj.com>　　　　　　　　　　　Fri, Apr 17, 2020 at 2:22 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

I have reached out to NSM so I should have a revised escrow analysis within a few days if they have one. If not, we will revisit the issue then.

And yes, this alternate reality we live in is very surreal – I am anxious for it to be over and for life to go back to whatever normal might be. Until then, I guess the best we can all do is try to not go stir crazy. Have a nice weekend.

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

# RAS Citron, LLC

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Fri, Apr 17, 2020 at 2:33 PM
To: Laura Egerman <legerman@rasnj.com>

I found it!! I knew I wasn't losing my mind lol, at least not today!!
[Quoted text hidden]

**2 attachments**

📄 **NSMEA20 1.pdf**
2037K

📄 **NSMEA20 2.pdf**
2516K

---

**Laura Egerman** <legerman@rasnj.com>                    Fri, Apr 17, 2020 at 4:28 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Thank you.

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

# RAS Citron, LLC

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Fri, Apr 17, 2020 at 5:02 PM
To: Laura Egerman <legerman@rasnj.com>

You're welcome!! They use fiber paper - like money- on docs like that one I noticed. Very cool. I've honestly never seen that before.
[Quoted text hidden]

**3 attachments**

 **image001.jpg**
3K

 **image001.jpg**
3K

 **image001.jpg**
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Mon, Apr 27, 2020 at 7:47 AM
To: Laura Egerman <legerman@rasnj.com>

Good morning:

I hope this email finds you well. I was wondering if we were still going to settle the Motion for Reconsideration, as an answer is due otherwise.

Thanks and have a great day!!

Donna DeRosa-Ruquet
[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>                       Mon, Apr 27, 2020 at 12:05 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Good morning,

I have not received a response from our client. I will continue to follow up with Nationstar and will advise accordingly.

Laura Egerman, Esq.

**Attorney – Bankruptcy**



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that after 06/09/2019, my extension will change from 217 to 1217*

Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                          Mon, Apr 27, 2020 at 1:13 PM
To: Laura Egerman <legerman@rasnj.com>

Thank you for the update. I'll probably just file an Objection to be prudent then.

If you hear anything let me know. Thanks!!
[Quoted text hidden]

**2 attachments**

 **image001.jpg**
3K

 **image001.jpg**
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                          Wed, Apr 29, 2020 at 9:38 AM
To: Laura Egerman <legerman@rasnj.com>
Cc: Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>

Good morning:

I hope this email finds you well. Attached please find Debtor's Objection to Motion for Reconsideration and Debtor's Cross Motion to be mailed to the Court for filing.

Thank you and have a great day!!

Donna DeRosa-Ruquet
[Quoted text hidden]

 **ResMFR.docx**
5353K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                          Wed, Jun 10, 2020 at 10:13 AM
To: Laura Egerman <legerman@rasnj.com>

Hey Laura!!

I hope this email finds you well. Are you still handling this matter or is everything supposed to go to Chatles' replacement? Under her name it says lead attorney to be noticed but I figured I would ask just to be sure.

Thanks and have a great day!!

Donna
[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>                          Wed, Jun 10, 2020 at 10:47 AM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Good Morning, Donna,

I believe that RAS is handling all remaining issues with the motion. Is there something that needs to be addressed?

## RAS Citron, LLC

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Wed, Jun 10, 2020 at 10:51 AM
To: Laura Egerman <legerman@rasnj.com>

Thank you for your repsonse- I was just wondering if your client was going to file the Mod and accompanying orders at the County level as the Order on my Cross stipulates.
[Quoted text hidden]

**2 attachments**


**image001.jpg**
3K


**image001.jpg**
3K

---

**Laura Egerman** <legerman@rasnj.com>                    Wed, Jun 10, 2020 at 11:03 AM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Yes, I believe that there is a delay in getting a copy of the order in recordable form (it requires a seal) due to COVID court closures. I will follow up to confirm they are working on it.

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Wed, Jun 10, 2020 at 11:07 AM
To: Laura Egerman <legerman@rasnj.com>

Thank you so much!! Enjoy the rest of your day and I look forward to hearing from you soon.
[Quoted text hidden]

**2 attachments**


**image001.jpg**
3K


**image001.jpg**
3K

 Gmail           **The DeRosa-Ruquet Family <ddruquet@gmail.com>**

# 14-17571 Ruquet
6 messages

---

**Christine Kelly** <Christine_Kelly@njb.uscourts.gov>        Thu, Jun 25, 2020 at 6:35 PM
To: donna ruquet <ddruquet@gmail.com>
Cc: Christine Kelly <Christine_Kelly@njb.uscourts.gov>

Dear Mrs. DeRosa Ruquet,


Please be advised that Ms. Egerman emailed the court today inquiring about certified copies of the orders on the court's docket (doc#'s 246 & 253). Her office is ordering the certified copies of the orders as they need them to record the land records. I will make a notation on the docket to not close the case until July 13, 2020. If you need any further assistance please don't hesitate to contact me.


Thank you,

Christine Kelly
Electronic Court Recorder for
The Honorable Kathryn C. Ferguson
United States Bankruptcy Court
Clarkson S. Fisher Federal Building and
United States Courthouse
402 East State Street, 1st Floor
Trenton, NJ 08608-1507
Phone (609) 858-9355
Main Office (609) 858-9333
christine_kelly@njb.uscourts.gov



---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>        Thu, Jun 25, 2020 at 7:33 PM
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>

Good evening Ms. Kelly:

I hope this finds you well. I am in receipt of your email and I can only wonder why Ms. Egerman did not reach out to me as well.

I have been waiting for Ms. Egerman's client to file copies of everything with my county clerk for over five weeks now. Several weeks ago she assured me they were working on it but that they were delayed because of the covid virus.

Presently they are out of time.

Instead of filing a Motion for Default, I decided to order my own certified copies of all three Orders -#246 (Order on motion to Enforce), document #253 (Order on Motion to Reconsider) and document #254 (Order on Cross Motion)- and file them with my County Clerk. I emailed Mr. Jackson early this morning to clarify which Orders I needed.

If Ms. Egerman's client decides to comply as well, and files the Modification and the Orders as directed, then all of three the Orders will be filed twice at the County level, I suppose. Quite honestly, I'm a little tired of Nationstar Mortgage treating me as an afterthought and I'm definitely tired of them treating me like the village idiot. I am neither.

Thank you for extending the case out and as always, for your kindness and courtesy.

Warm regards,
Donna DeRosa- Ruquet
[Quoted text hidden]



**image001.gif**
16K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Thu, Jun 25, 2020 at 7:38 PM
To: Geraldine Holley-Mack <Geraldine_Holley-Mack@njb.uscourts.gov>
Cc: bruce_jackson@njb.uscourts.gov

Good evening Ms. Geraldine!!

This is just a fwd because Ms. Kelly's email generated and auto out message. How this finds you well.
[Quoted text hidden]



**image001.gif**
16K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Mon, Jul 13, 2020 at 8:50 AM
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>

Good morning:

I hope this email finds you well. As of today, July 13, 2020, the Modification and Orders have yet to be filed with the Ocean County Clerk's Office. RAS did request Certified copies on July 2, 2020. With that in mind, I would respectfully request that the case remain open until they are filed.

Thank you and a have a great day!!

Regards,

Donna DeRosa Ruquet
[Quoted text hidden]

---

**Christine Kelly** <Christine_Kelly@njb.uscourts.gov>          Mon, Jul 13, 2020 at 10:31 AM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>
Cc: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>, Christine Kelly
<Christine_Kelly@njb.uscourts.gov>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>


Good morning,


Please be advised that the date to close the above referenced case has been extended to July 31, 2020.


Thank you,

Christine Kelly
Electronic Court Recorder for
The Honorable Kathryn C. Ferguson
United States Bankruptcy Court
Clarkson S. Fisher Federal Building and
United States Courthouse
402 East State Street, 1st Floor
Trenton, NJ 08608-1507
Phone (609) 858-9355
Main Office (609) 858-9333
christine_kelly@njb.uscourts.gov



**From:** The DeRosa-Ruquet Family <ddruquet@gmail.com>
**Sent:** Monday, July 13, 2020 8:50 AM
**To:** Christine Kelly <Christine_Kelly@njb.uscourts.gov>

[Quoted text hidden]

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>          Mon, Jul 13, 2020 at 10:45 AM
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>, Chambers_of KCF
<chambers_of_kcf@njb.uscourts.gov>

Email received thank you so much !!
[Quoted text hidden]

 Gmail

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

## In re. Ruquet, Case 14-1757-KCF (RAS 18-199898)

8 messages

**Laura Egerman <legerman@rasnj.com>**
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Wed, Jul 22, 2020 at 4:49 PM

Hi Christine,

I hope you are doing well.

For this case, I had requested certified copies of the orders entered at Docket 246 and Docket 253 (see attached request), which are the orders that need to be recorded in the land records with a copy of the executed loan modification. In today's mail, I received 2 copies of order docketed at 254, which is the order requiring that the other orders be recorded – but not the orders that actually need recording.

I assume that I need to send in another check for $22 and a new request for the correct documents? Can you please let me know? I know this issue is holding up the closing of the case, so I'd like to get this done in the fastest possible way.

Thank you,

Laura

**Laura Egerman, Esq.**

**Attorney – Bankruptcy**



**RAS Citron, LLC**

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that after 06/09/2019, my extension will change from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by RAS Citron, LLC. for damage arising in any way from its use.

**2 attachments**

 **18-196067 ltr to clerk_07012020.pdf**
135K

 **SKM_80820072216060.pdf**
239K

---

**Christine Kelly** <Christine_Kelly@njb.uscourts.gov>                         Wed, Jul 22, 2020 at 5:21 PM
To: Laura Egerman <legerman@rasnj.com>
Cc: The DeRosa-Ruquet Family <ddruquet@gmail.com>, Christine Kelly <Christine_Kelly@njb.uscourts.gov>

Dear Ms. Egerman,

I am looking into this matter and will follow up with you tomorrow July 23, 2020.

Thank you,

Christine Kelly
Electronic Court Recorder for
The Honorable Kathryn C. Ferguson
United States Bankruptcy Court
Clarkson S. Fisher Federal Building and
United States Courthouse
402 East State Street, 1st Floor
Trenton, NJ 08608-1507
Phone (609) 858-9355
Main Office (609) 858-9333

christine_kelly@njb.uscourts.gov



[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>                                Wed, Jul 22, 2020 at 5:22 PM
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Thanks so much. I appreciate your help. Have a great evening.

**Laura Egerman, Esq.**

**Attorney – Bankruptcy**



**RAS Citron, LLC**

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that after 06/09/2019, my extension will change from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** Christine Kelly [mailto:Christine_Kelly@njb.uscourts.gov]
**Sent:** Wednesday, July 22, 2020 5:22 PM
**To:** Laura Egerman <legerman@rasnj.com>
**Cc:** 'The DeRosa-Ruquet Family' <ddruquet@gmail.com>; Christine Kelly <Christine_Kelly@njb.uscourts.gov>
**Subject:** RE: In re. Ruquet, Case 14-1757-KCF (RAS 18-199898)

This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.

[Quoted text hidden]

**Christine Kelly** <Christine_Kelly@njb.uscourts.gov>                    Thu, Jul 23, 2020 at 10:21 AM
To: Laura Egerman <legerman@rasnj.com>
Cc: The DeRosa-Ruquet Family <ddruquet@gmail.com>, Christine Kelly <Christine_Kelly@njb.uscourts.gov>

Dear Ms. Egerman,

The correct certified copies of the orders will be mailed to your office today. Sorry, for the inconvenience.

[Quoted text hidden]

**Laura Egerman** <legerman@rasnj.com>                    Thu, Jul 23, 2020 at 10:51 AM
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Thank you, Christine. I appreciate your help.

[Quoted text hidden]

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Thu, Jul 23, 2020 at 11:48 AM
To: Laura Egerman <legerman@rasnj.com>
Cc: Christine Kelly <Christine_Kelly@njb.uscourts.gov>

Emails recieved. Thank you all for your help working towards closing this case.
[Quoted text hidden]

**7 attachments**

 **image001.jpg**
3K

**image002.gif**
16K



 **image001.jpg**
3K

 **image001.jpg**
3K

 **image002.gif**
16K

 **image001.jpg**
3K

 **image002.gif**
16K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>          Wed, Jul 29, 2020 at 12:06 PM
To: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>

I was under the impression they were already mailed to your office. Please advise.
[Quoted text hidden]

**6 attachments**

 **image002.gif**
16K

M Gmail                                    **The DeRosa-Ruquet Family <ddruquet@gmail.com>**

# Case No.: 14-17571

9 messages

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Tue, Jul 28, 2020 at 7:52 AM
To: Laura Egerman <legerman@rasnj.com>
Cc: David Neeren <dneeren@rasnj.com>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Christine Kelly
<Christine_Kelly@njb.uscourts.gov>

Good morning:

I hope this email finds you well.

Attached are the statements dated April 17, 2020, May 19, 2020, June 2, 2020 and 07/20/2020 and recieved by your client.

Aside from the $787 check that RAS sent in as a credit to the account on March 27, 2020, lowering the May payment to $223 (I made an additional payment in May of $1,010.93) I cannot for the life of me figure out:

1. Why our payments are being held in suspense (see all four statements including the most recent.)

2. Why the most recent statement dated 07/20/2020 shows that there was a past due balance when the statement prior shows no such thing.

3. Why, instead of applying the proper  monies to escrow from the monthly payment, they went toward that fictitious past due balance.

4. Why my escrow balance does not reflect any tax payments for the second quarter? They are overdue.

Please advise because honestly, I am seeing another Motion coming down the pike. These are changes to the account which should have been applied months ago.

Not when Deutsche Bank made some phone calls to my local water authority and my local sewer authority only to find out any and all balances due have been satisfied.

It's a small town and pretty much everyone knows everyone. It's a given that I would be told of any calls made to these offices, something Deutsche Bank might want to consider.

Please have your client foward me a thorough accounting of the loan if possible so we can get this matter settled and my case closed. They don't seem much more responsive to you than they are with me, and they are getting on my last nerve.

Finally, can you please let me know if you have sent in the Mod/Orders to be filed with the Ocean County Clerk?

Thanks so much and have a great day!!

Donna DeRosa Ruquet

**4 attachments**

**20200728_072315.jpg**
2266K





**20200728_072255.jpg**
2468K



**20200728_072158.jpg**
2350K

**20200728_072221.jpg**
2568K

---

**Christine Kelly** <Christine_Kelly@njb.uscourts.gov>                    Tue, Jul 28, 2020 at 9:43 AM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>, Laura Egerman <legerman@rasnj.com>
Cc: David Neeren <dneeren@rasnj.com>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Christine Kelly
<Christine_Kelly@njb.uscourts.gov>

Dear Ms. Derosa-Ruquet,


The court will keep your case open until August 31, 2020. If you require more time please contact the court.


Thank you,



**image001.gif**
16K

---

**Laura Egerman** <legerman@rasnj.com>          Wed, Jul 29, 2020 at 11:39 AM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>
Cc: David Neeren <dneeren@rasnj.com>

Good Morning,

The orders have not yet been sent to Ocean County because the Court sent me certified copies of the wrong documents – it is my understanding that certified copies of the correct orders are being sent. Once someone in the office lets me know they have arrived, they will be sent out for recording along with a copy of the loan modification as required.

I have raised your other issues/concerns to the client who will hopefully address them shortly.

Laura Egerman, Esq.

**Attorney – Bankruptcy**



# RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that after 06/09/2019, my extension will change from 217 to 1217*

Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work

M Gmail

## Mortgage Mod

7 messages

---

**Sharo, Doreen** <DSharo@co.ocean.nj.us>　　　　　　　　　　　Tue, Aug 25, 2020 at 12:01 PM
To: "ddruquet@gmail.com" <ddruquet@gmail.com>

Hello Donna,

I am writing this email to you to explain why the Order to Enforce a Mortgage Modification and the order to Amend the Modification cannot be recorded. First, both orders must recite the Mortgage book and page of the Mortgage that is being modified. The Mortgage Modification order is referencing an incorrect lender. The current record lender is Deutsche Bank National Trust Co. The Assignment that was sent in for recording to Nationstar is marked in error in our system as the wrong assignor. Therefore, the Mortgage Modification order must reference Deutsche bank or an assignment from Deutsche bank to Nationstar must be recorded. In either case both documents must reference the same and correct lender.

Best Regards,

**Doreen Sharo**

**Ocean County Clerk's Office**

**Mortgage/Scanning Room Supervisor**

**732-929-4776**

**Fax-732-349-4336**

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>　　　　　　Tue, Aug 25, 2020 at 2:33 PM
To: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>
Cc: Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Christine Kelly <Christine_Kelly@njb.uscourts.gov>

Good afternoon:

I hope this email finds you well. I am forwarding the email I received today from the County Clerk, Ocean. In attempt to put this matter to rest, I emailed the Clerk copies of the Orders that your client was ordered to file, along with a copy of the Modification.

Almost two years ago and many times thereafter, we offered to consent to having the stay lifted so your client (s) could clear up the clouds created by the invalid Assignment made to Nationstar, and your client (s) declined.

We are now offering you the same courtesy. If your client (s) do not clear the title issue outlined in the forwarded email, the Modification itself is non existent as written where it matters most: the County Clerk's office. That would render the Court's Orders useless and seriously: what a waste of everyone's time and how disrespectful is that to the Court?

Additionally, the statement I received for the September payment does not reflect the proper amount due and still reflects an unsecured cramdown amount. Nowhere does the Order Enforcing the Mortgage Modification allow for any such cram down. I addressed this in a prior email to which I received no response.

Good afternoon:

I hope this email finds you well. I am forwarding the email I received today from the County Clerk, Ocean. In attempt to put this matter to rest, I emailed the Clerk copies of the Orders that your client was ordered to file along with a copy of the Modification.

Almost two years ago and many times thereafter, we offered to consent to having the stay lifted so your client (s) could clear up the clouds created by the invalid Assignment made to Nationstar, and your client (s) declined.

We are now offering you the same courtesy. If your client (s) do not clear the title issue outlined in the forwarded email, the Modification itself is non existent as written where it matters most: the County Clerk's office. That would render the Court's Orders useless and seriously: what a waste of everyone's time and how disrespectful is that to the Court?

Additionally, the statement I received for the September payment does not reflect the proper amount due and still reflects an unsecured cramdown amount. Nowhere does the Order Enforcing the Mortgage Modification allow for any such cram down. I addressed this in a prior email to which I received no response.

With these things in mind a hearing date of has been set down for September 29, 2020 at 10:00am.

Please advise by the end of the business day on Friday what your client's intentions are so I can proceed.

Thank you for your time and have a great day !!

Regards,

Donna DeRosa
[Quoted text hidden]

**image001.gif**
69K

---

**Christine Kelly** <Christine_Kelly@njb.uscourts.gov>        Tue, Aug 25, 2020 at 4:56 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>, Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>
Cc: Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Christine Kelly <Christine_Kelly@njb.uscourts.gov>


Dear Ms. Derosa-Ruquet,


Please be advised that a hearing has not been set down for September 29, 2020 at 10:00 a.m. as indicated in your email below.

That date was provided to you to use if you file a motion and it is received by the Court on or before September 10, 2020.


Thank you,

Christine Kelly
Electronic Court Recorder for
The Honorable Kathryn C. Ferguson

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>      Thu, Sep 3, 2020 at 10:28 AM
To: Laura Egerman <legerman@rasnj.com>
Cc: David Neeren <dneeren@rasnj.com>

Good morning:

I hope this email finds you well. Upon speaking to several Nationstar representatives and updating my contact information, I have received a thorough payment history via email.

It would appear that all accounting errors have been resolved and that the cram down balance has been removed. I won't be 100% sure until the next statement comes in but I wanted to thank for getting that taken care of.

The only issue then, would be title. As subrogation and consenting to lift the stay are independent of each other, I also wanted to let you know I (we) have no problem consenting to lift the stay so the title issues can be resolved between Duetsche Bank and Nationstar.

Thank you for your time and have a great day!

Regards,

Donna DeRosa-Ruquet
[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>      Tue, Sep 8, 2020 at 9:06 AM
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: David Neeren <dneeren@rasnj.com>, Laura Egerman <legerman@rasnj.com>, Chambers_of KCF
<chambers_of_kcf@njb.uscourts.gov>

Good morning:

I hope this email finds you well. In keeping with the date of September 10, 2020, attached please find a courtesy copy of the Motion To Enforce Order On Motion To Enforce Mortgage Modification [#246] Order Granting Motion To Amend The Court's Order On Motion To Enforce Mortgage Modification [#253] And Order Granting Cross Motion [#254] to be sent to the Court today for filing.

Thank you so much for your time and assistance and please have a great day.

Regards,

Donna DeRosa-Ruquet

[Quoted text hidden]

**NSMEM9820.pdf**
16054K