C

C

 **Gmail**

---

## 14-17571 Ruquet

6 messages

---

**Christine Kelly** <Christine_Kelly@njb.uscourts.gov>                Thu, Jun 25, 2020 at 6:35 PM
To: donna ruquet <ddruquet@gmail.com>
Cc: Christine Kelly <Christine_Kelly@njb.uscourts.gov>

Dear Mrs. DeRosa Ruquet,

Please be advised that Ms. Egerman emailed the court today inquiring about certified copies of the orders on the court's docket (doc#'s 246 & 253). Her office is ordering the certified copies of the orders as they need them to record the land records. I will make a notation on the docket to not close the case until July 13, 2020. If you need any further assistance please don't hesitate to contact me.

Thank you,

Christine Kelly
Electronic Court Recorder for
The Honorable Kathryn C. Ferguson
United States Bankruptcy Court
Clarkson S. Fisher Federal Building and
United States Courthouse
402 East State Street, 1st Floor
Trenton, NJ 08608-1507
Phone (609) 858-9355
Main Office (609) 858-9333
christine_kelly@njb.uscourts.gov



---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                Thu, Jun 25, 2020 at 7:33 PM
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>

Good evening Ms. Kelly:

I hope this finds you well. I am in receipt of your email and I can only wonder why Ms. Egerman did not reach out to me as well.

I have been waiting for Ms. Egerman's client to file copies of everything with my county clerk for over five weeks now. Several weeks ago she assured me they were working on it but that they were delayed because of the covid virus.

Presently they are out of time.

Instead of filing a Motion for Default, I decided to order my own certified copies of all three Orders -#246 (Order on motion to Enforce), document #253 (Order on Motion to Reconsider) and document #254 (Order on Cross Motion)- and file them with my County Clerk. I emailed Mr. Jackson early this morning to clarify which Orders I needed.

If Ms. Egerman's client decides to comply as well, and files the Modification and the Orders as directed, then all of three the Orders will be filed twice at the County level, I suppose. Quite honestly, I'm a little tired of Nationstar Mortgage treating me as an afterthought and I'm definitely tired of them treating me like the village idiot. I am neither.

Thank you for extending the case out and as always, for your kindness and courtesy.

Warm regards,
Donna DeRosa- Ruquet
[Quoted text hidden]



**image001.gif**
16K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Thu, Jun 25, 2020 at 7:38 PM
To: Geraldine Holley-Mack <Geraldine_Holley-Mack@njb.uscourts.gov>
Cc: bruce_jackson@njb.uscourts.gov

Good evening Ms. Geraldine!!

This is just a fwd because Ms. Kelly's email generated and auto out message. How this finds you well.
[Quoted text hidden]



**image001.gif**
16K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Mon, Jul 13, 2020 at 8:50 AM
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>

Good morning:

I hope this email finds you well. As of today, July 13, 2020, the Modification and Orders have yet to be filed with the Ocean County Clerk's Office. RAS did request Certified copies on July 2, 2020. With that in mind, I would respectfully request that the case remain open until they are filed.

Thank you and a have a great day!!

Regards,

[Quoted text hidden]

---

**Christine Kelly** <Christine_Kelly@njb.uscourts.gov>      Mon, Jul 13, 2020 at 10:31 AM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>
Cc: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>, Christine Kelly
<Christine_Kelly@njb.uscourts.gov>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>

Good morning,

Please be advised that the date to close the above referenced case has been extended to July 31, 2020.

Thank you,

Christine Kelly
Electronic Court Recorder for
The Honorable Kathryn C. Ferguson
United States Bankruptcy Court
Clarkson S. Fisher Federal Building and
United States Courthouse
402 East State Street, 1st Floor
Trenton, NJ 08608-1507
Phone (609) 858-9355
Main Office (609) 858-9333
christine_kelly@njb.uscourts.gov



**From:** The DeRosa-Ruquet Family <ddruquet@gmail.com>
**Sent:** Monday, July 13, 2020 8:50 AM
**To:** Christine Kelly <Christine_Kelly@njb.uscourts.gov>

[Quoted text hidden]

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>      Mon, Jul 13, 2020 at 10:45 AM
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>, Chambers_of KCF
<chambers_of_kcf@njb.uscourts.gov>

Email received thank you so much !!
[Quoted text hidden]

**2 attachments**



**image001.gif**
16K



**image001.gif**
16K

 Gmail                                                    **The DeRosa-Ruquet Family <ddruquet@gmail.com>**

---

# In re. Ruquet, Case 14-1757-KCF (RAS 18-199898)
8 messages

---

**Laura Egerman** <legerman@rasnj.com>                                    Wed, Jul 22, 2020 at 4:49 PM
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: The DeRosa-Ruquet Family <ddruquet@gmail.com>


Hi Christine,


I hope you are doing well.


For this case, I had requested certified copies of the orders entered at Docket 246 and Docket 253 (see attached request), which are the orders that need to be recorded in the land records with a copy of the executed loan modification. In today's mail, I received 2 copies of order docketed at 254, which is the order requiring that the other orders be recorded – but not the orders that actually need recording.


I assume that I need to send in another check for $22 and a new request for the correct documents?  Can you please let me know?  I know this issue is holding up the closing of the case, so I'd like to get this done in the fastest possible way.


Thank you,


Laura


Laura Egerman, Esq.

Attorney – Bankruptcy



RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that after 06/09/2019, my extension will change from 217 to 1217*

Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by RAS Citron, LLC. for damage arising in any way from its use.

**2 attachments**

📄 **18-196067 ltr to clerk_07012020.pdf**
135K

📄 **SKM_80820072216060.pdf**
239K

---

**Christine Kelly** <Christine_Kelly@njb.uscourts.gov>     Wed, Jul 22, 2020 at 5:21 PM
To: Laura Egerman <legerman@rasnj.com>
Cc: The DeRosa-Ruquet Family <ddruquet@gmail.com>, Christine Kelly <Christine_Kelly@njb.uscourts.gov>

Dear Ms. Egerman,

I am looking into this matter and will follow up with you tomorrow July 23, 2020.

Thank you,

Christine Kelly
Electronic Court Recorder for
The Honorable Kathryn C. Ferguson
United States Bankruptcy Court
Clarkson S. Fisher Federal Building and
United States Courthouse
402 East State Street, 1st Floor
Trenton, NJ 08608-1507
Phone (609) 858-9355
Main Office (609) 858-9333

christine_kelly@njb.uscourts.gov



[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>                 Wed, Jul 22, 2020 at 5:22 PM
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Thanks so much. I appreciate your help. Have a great evening.

Laura Egerman, Esq.

Attorney – Bankruptcy



**RAS Citron, LLC**

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that after 06/09/2019, my extension will change from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** Christine Kelly [mailto:Christine_Kelly@njb.uscourts.gov]
**Sent:** Wednesday, July 22, 2020 5:22 PM
**To:** Laura Egerman <legerman@rasnj.com>
**Cc:** 'The DeRosa-Ruquet Family' <ddruquet@gmail.com>; Christine Kelly <Christine_Kelly@njb.uscourts.gov>
**Subject:** RE: In re. Ruquet, Case 14-1757-KCF (RAS 18-199898)

---

This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.

---

[Quoted text hidden]

---

**Christine Kelly** <Christine_Kelly@njb.uscourts.gov>                         Thu, Jul 23, 2020 at 10:21 AM
To: Laura Egerman <legerman@rasnj.com>
Cc: The DeRosa-Ruquet Family <ddruquet@gmail.com>, Christine Kelly <Christine_Kelly@njb.uscourts.gov>

Dear Ms. Egerman,

The correct certified copies of the orders will be mailed to your office today. Sorry, for the inconvenience.

[Quoted text hidden]

---

**Laura Egerman** <legerman@rasnj.com>                         Thu, Jul 23, 2020 at 10:51 AM
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: The DeRosa-Ruquet Family <ddruquet@gmail.com>

Thank you, Christine. I appreciate your help.

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                         Thu, Jul 23, 2020 at 11:48 AM
To: Laura Egerman <legerman@rasnj.com>
Cc: Christine Kelly <Christine_Kelly@njb.uscourts.gov>

Emails recieved. Thank you all for your help working towards closing this case.
[Quoted text hidden]

---

**7 attachments**

 **image001.jpg**
3K

**image002.gif**
16K



  **image001.jpg**
3K

  **image001.jpg**
3K



**image002.gif**
16K

  **image001.jpg**
3K



**image002.gif**
16K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Wed, Jul 29, 2020 at 12:06 PM
To: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>

I was under the impression they were already mailed to your office. Please advise.
[Quoted text hidden]

**6 attachments**



**image002.gif**
16K

9/23/2020    Case 14-17571-KCF    Doc 265-4 - Gmail - In re Ruquet...   Filed 09/25/20 757-Entered (RAS 18-09/28/20 11:55:22    Desc

Exhibit C    Page 11 of 25



**image003.jpg**
3K



**image002.gif**
16K



**image003.jpg**
3K



**image002.gif**
16K



**image003.jpg**
3K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>          Wed, Jul 29, 2020 at 12:09 PM
To: Laura Egerman <legerman@rasnj.com>
Cc: David Neeren <dneeren@rasnj.com>

I believe we started here so in keeping with the whole picture I figured I'd fwd these to you as well.

---------- Forwarded message ---------
From: **Laura Egerman** <legerman@rasnj.com>
Date: Wed, Jul 22, 2020, 4:50 PM
Subject: In re. Ruquet, Case 14-1757-KCF (RAS 18-199898)
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: The DeRosa-Ruquet Family <ddruquet@gmail.com>

[Quoted text hidden]

---

**4 attachments**



**image001.jpg**
3K



**image001.jpg**
3K

📑 **18-196067 ltr to clerk_07012020.pdf**
135K

**SKM_80820072216060.pdf**

Gmail - In re: Request, Case 14-1757-KCF (RAS 08-09628)

# M Gmail

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

---

# Case No.: 14-17571
8 messages

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Tue, Jul 28, 2020 at 7:52 AM
To: Laura Egerman <legerman@rasnj.com>
Cc: David Neeren <dneeren@rasnj.com>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Christine Kelly <Christine_Kelly@njb.uscourts.gov>

Good morning:

I hope this email finds you well.

Attached are the statements dated April 17, 2020, May 19, 2020, June 2, 2020 and 07/20/2020 and recieved by your client.

Aside from the $787 check that RAS sent in as a credit to the account on March 27, 2020, lowering the May payment to $223 (I made an additional payment in May of $1,010.93) I cannot for the life of me figure out:

1. Why our payments are being held in suspense (see all four statements including the most recent.)

2. Why the most recent statement dated 07/20/2020 shows that there was a past due balance when the statement prior shows no such thing.

3. Why, instead of applying the proper  monies to escrow from the monthly payment, they went toward that fictitious past due balance.

4. Why my escrow balance does not reflect any tax payments for the second quarter? They are overdue.

Please advise because honestly, I am seeing another Motion coming down the pike. These are changes to the account which should have been applied months ago.

Not when Deutsche Bank made some phone calls to my local water authority and my local sewer authority only to find out any and all balances due have been satisfied.

It's a small town and pretty much everyone knows everyone. It's a given that I would be told of any calls made to these offices, something Deutsche Bank might want to consider.

Please have your client foward me a thorough accounting of the loan if possible so we can get this matter settled and my case closed. They don't seem much more responsive to you than they are with me, and they are getting on my last nerve.

Finally, can you please let me know if you have sent in the Mod/Orders to be filed with the Ocean County Clerk?

Thanks so much and have a great day!!

Donna DeRosa Ruquet

**4 attachments**

       **20200728_072315.jpg**
       2266K





**20200728_072255.jpg**
2468K



**20200728_072158.jpg**
2350K



**20200728_072221.jpg**
2568K

---

**Christine Kelly** <Christine_Kelly@njb.uscourts.gov>　　　　　　　　　　　Tue, Jul 28, 2020 at 9:43 AM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>, Laura Egerman <legerman@rasnj.com>
Cc: David Neeren <dneeren@rasnj.com>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Christine Kelly
<Christine_Kelly@njb.uscourts.gov>


Dear Ms. Derosa-Ruquet,


The court will keep your case open until August 31, 2020. If you require more time please contact the court.


Thank you,

Christine Kelly
Electronic Court Recorder for
The Honorable Kathryn C. Ferguson
United States Bankruptcy Court
Clarkson S. Fisher Federal Building and
United States Courthouse
402 East State Street, 1st Floor
Trenton, NJ 08608-1507
Phone (609) 858-9355
Main Office (609) 858-9333
christine_kelly@njb.uscourts.gov



[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>        Tue, Jul 28, 2020 at 9:44 AM
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>, Chambers_of KCF
<chambers_of_kcf@njb.uscourts.gov>

Email recieved. Thank you so much for your time.
[Quoted text hidden]

**2 attachments**



**image001.gif**
16K



**image001.gif**
16K

---

**Laura Egerman** <legerman@rasnj.com>        Wed, Jul 29, 2020 at 11:39 AM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>
Cc: David Neeren <dneeren@rasnj.com>

Good Morning,

The orders have not yet been sent to Ocean County because the Court sent me certified copies of the wrong documents – it is my understanding that certified copies of the correct orders are being sent.  Once someone in the office lets me know they have arrived, they will be sent out for recording along with a copy of the loan modification as required.


I have raised your other issues/concerns to the client who will hopefully address them shortly.


Laura Egerman, Esq.

Attorney – Bankruptcy



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone:  973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that after 06/09/2019, my extension will change from 217 to 1217*


**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.


**From:** The DeRosa-Ruquet Family [mailto:ddruquet@gmail.com]
**Sent:** Tuesday, July 28, 2020 7:52 AM
**To:** Laura Egerman <legerman@rasnj.com>
**Cc:** David Neeren <dneeren@rasnj.com>; Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>; Christine

Kelly <Christine_Kelly@njb.uscourts.gov>Exhibit C   Page 17 of 25

**Subject:** Case No.: 14-17571

This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Wed, Jul 29, 2020 at 12:14 PM
To: Laura Egerman <legerman@rasnj.com>
Cc: David Neeren <dneeren@rasnj.com>

As to the other issues: that would be awesome if they could be resolved so the case can finally close. They Order (s) make provisions for several issues I raised and therefore until your client rectifies them, they remain in default and or Contempt of the same.
[Quoted text hidden]

**2 attachments**

 **image001.jpg**
3K

 **image001.jpg**
3K

---

**Laura Egerman** <legerman@rasnj.com>                    Mon, Aug 10, 2020 at 6:00 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>
Cc: David Neeren <dneeren@rasnj.com>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Christine Kelly
<Christine_Kelly@njb.uscourts.gov>

Good Evening,

Our client has advised as follows with respect to the inquiries made below:

1. Why our payments are being held in suspense (see all four statements including the most recent.) Funds are being held in suspense until all adjustments were made in order to comply with the litigation results.

2. Why the most recent statement dated 07/20/2020 shows that there was a past due balance when the statement prior shows no such thing. Again, this is due to the adjustments being made. There is no past due amount; however, the borrower is due for the 8/1/2020 payment of $1,011.21.

3. Why, instead of applying the proper monies to escrow from the monthly payment, they went toward that fictitious past due balance. The escrows were removed incorrectly when some of the adjustments were

made. This has now been corrected. The July payment will be applied at $1,011.21 with 468.60 being applied to the escrows. All previous payments were applied with escrows.

4. Why my escrow balance does not reflect any tax payments for the second quarter? They are overdue. Tax payments for 2020 were disbursed on 1/15/2020 in the amount of $1,055.87, on 5/1/2020 in the amount of $1,055.87 and on 7/23/2020 in the amount of $1,111.42. The August statement will reflect the third disbursement as it was made after the 7/20/2020 statement was issued.

All of the final adjustments were to be made and completed prior to the issuance of the 08/2020 statement.

With respect to the recording of the orders, it is my understanding that copies of the correct orders have not been received in my office (where I have not been since March). I will follow up with them again tomorrow to confirm that remains the case.

Please confirm that this resolves all of the issues that you raised in your email.

Laura Egerman, Esq.

**Attorney – Bankruptcy**



## RAS Citron, LLC

130 Clinton Road | Lobby B, Suite 202 | Fairfield, NJ | 07004

Telephone: 973.575.0707 **Ext. 1217**

Facsimile: 973.404.8886

**Email:** legerman@rasnj.com

*Please note that after 06/09/2019, my extension will change from 217 to 1217*

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz and Schneid, P.L. for damage arising in any way from its use.

**From:** The DeRosa-Ruquet Family [mailto:ddruquet@gmail.com]
**Sent:** Tuesday, July 28, 2020 7:52 AM
**To:** Laura Egerman <legerman@rasnj.com>
**Cc:** David Neeren <dneeren@rasnj.com>; Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>; Christine
Kelly <Christine_Kelly@njb.uscourts.gov>
**Subject:** Case No.: 14-17571

> This message originated outside of the organization. Use caution when opening attachments, clicking links or responding
> to requests for information.

Good morning:

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                          Mon, Aug 10, 2020 at 7:04 PM
To: Laura Egerman <legerman@rasnj.com>
Cc: David Neeren <dneeren@rasnj.com>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Christine Kelly
<Christine_Kelly@njb.uscourts.gov>

Good evening:

Thank you for your reply and I hope this finds you well.

The only other concern I have is the unsecured loan balance that is showing on the July statmentt in the amount of $63k
(approximately.) There is no provision anywhere in any Order that provides for the same.

I did use Bankrate just like Kimberly Hojak instructed me to a few months ago, to amortize out the outstanding principle
balance of $70k (approximately) shown on the July statement  and I was delighted to see that it is in line with the maturity
date of June 2034.

Once I receive the statement printed in and around August 19, 2020, showing the balance due for September 1, 2020, I
will be able to assess what changes have been made to the account.

I will say three things:

1. It is a violation of RESPA to hold my payments in escrow for an extended period of time. Your client was holding funds
in suspense before the current Orders were issued and at one point had roughly 3 months of payments held in suspense.

2. It is also a violation of the both Chapter 7 and Chapter 13 bankruptcy code to misapply payments. Technically, any
payments made directly to a creditor are the property of the estate. The estate is controlled by the Trustee until this case
is closed.

As well, this debt has been discharged in the companion case. As such the suspense account, along with the escrow
account, should not be comingeling discharged debt with monies that are meant for current debt (ie taxes.)

When you hold the money in the suspense account you are doing this very thing. When you deprive the escrow account
you are also doing this very thing. As well, when my taxes are paid late, interest improperly accrues and is added to the
discharged debt.

3. Finally, my taxes were recieved from Core Logic by my local tax collector on 07/31/2020. I was under the impression
that these payments were made electronically. Perhaps the switch back to Core Logic from Loretta explains the

discrepancy between the date you provided and the date my tax collector provided, as the date the taxes were paid. Regardless, they were paid.

Please advise when you have any additional information regarding the filing of the Mod/Orders in Ocean County. Honestly, what confuses me is this: your client was willing to have the Note delivered to your house during the Adversarial proceeding (according you one of your emails), yet you didn't instruct the Clerk to send the certified Orders to your house so you could arrange for a courier service to take them to Ocean County, as I am certain you would have done to have the Note delivered to the Court.

Out of an abundance of caution I will continue to respectfully request that the Court leave my case open until all Orders have been complied with.

Thank you for your time and as always have a great evening.

Regards,
Donna DeRosa Ruquet
[Quoted text hidden]



**image001.jpg**
3K

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Tue, Aug 11, 2020 at 6:24 AM
To: Laura Egerman <legerman@rasnj.com>
Cc: David Neeren <dneeren@rasnj.com>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Christine Kelly
<Christine_Kelly@njb.uscourts.gov>

Good morning:

I hope this email finds you well

Please forgive this second email.

Number 2, paragraph 3 should read:

"As well, when my payments are applied late, interest improperly accrues and is added to the discharged debt."

Thank you for your time and as always, have a great day.

Donna DeRosa Ruquet
[Quoted text hidden]

 Gmail

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

## Mortgage Mod

7 messages

---

**Sharo, Doreen** <DSharo@co.ocean.nj.us>                    Tue, Aug 25, 2020 at 12:01 PM
To: "ddruquet@gmail.com" <ddruquet@gmail.com>

Hello Donna,

I am writing this email to you to explain why the Order to Enforce a Mortgage Modification and the order to Amend the Modification cannot be recorded. First, both orders must recite the Mortgage book and page of the Mortgage that is being modified. The Mortgage Modification order is referencing an incorrect lender. The current record lender is Deutsche Bank National Trust Co. The Assignment that was sent in for recording to Nationstar is marked in error in our system as the wrong assignor. Therefore, the Mortgage Modification order must reference Deutsche bank or an assignment from Deutsche bank to Nationstar must be recorded. In either case both documents must reference the same and correct lender.

Best Regards,

**Doreen Sharo**

**Ocean County Clerk's Office**

**Mortgage/Scanning Room Supervisor**

**732-929-4776**

**Fax-732-349-4336**

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Tue, Aug 25, 2020 at 2:33 PM
To: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>
Cc: Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Christine Kelly <Christine_Kelly@njb.uscourts.gov>

Good afternoon:

I hope this email finds you well. I am forwarding the email I received today from the County Clerk, Ocean. In attempt to put this matter to rest, I emailed the Clerk copies of the Orders that your client was ordered to file, along with a copy of the Modification.

Almost two years ago and many times thereafter, we offered to consent to having the stay lifted so your client (s) could clear up the clouds created by the invalid Assignment made to Nationstar, and your client (s) declined.

We are now offering you the same courtesy. If your client (s) do not clear the title issue outlined in the forwarded email, the Modification itself is non existent as written where it matters most: the County Clerk's office. That would render the Court's Orders useless and seriously: what a waste of everyone's time and how disrespectful is that to the Court?

Additionally, the statement I received for the September payment does not reflect the proper amount due and still reflects an unsecured cramdown amount. Nowhere does the Order Enforcing the Mortgage Modification allow for any such cram down. I addressed this in a prior email to which I received no response.

With these things in mind a hearing date of has been set down for September 29, 2020 at 10:00am.

Please advise by the end of the business day on Friday what your client's intentions are so I can proceed.

Thank you for your time and have a great day !!

Regards,

Donna DeRosa
[Quoted text hidden]

---

**3 attachments**

**image001.gif**
69K

**image001.gif**
69K

**image001.gif**
69K

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                              Tue, Aug 25, 2020 at 2:40 PM
To: DSharo@co.ocean.nj.us

I cannot thank you enough. Also, I realize that the first paragraph could be ambiguous in nature, so I want to acknowledge I did not foward to you a copy of the Modification, rather I was referring to the bank's obligation to file a copy of the same.

---------- Forwarded message ---------
From: **The DeRosa-Ruquet Family** <ddruquet@gmail.com>
Date: Tue, Aug 25, 2020, 2:33 PM
Subject: Fwd: Mortgage Mod
To: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>
Cc: Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Christine Kelly <Christine_Kelly@njb.uscourts.gov>

Good afternoon:

I hope this email finds you well. I am forwarding the email I received today from the County Clerk, Ocean. In attempt to put this matter to rest, I emailed the Clerk copies of the Orders that your client was ordered to file along with a copy of the Modification.

Almost two years ago and many times thereafter, we offered to consent to having the stay lifted so your client (s) could clear up the clouds created by the invalid Assignment made to Nationstar, and your client (s) declined.

We are now offering you the same courtesy. If your client (s) do not clear the title issue outlined in the forwarded email, the Modification itself is non existent as written where it matters most: the County Clerk's office. That would render the Court's Orders useless and seriously: what a waste of everyone's time and how disrespectful is that to the Court?

Additionally, the statement I received for the September payment does not reflect the proper amount due and still reflects an unsecured cramdown amount. Nowhere does the Order Enforcing the Mortgage Modification allow for any such cram down. I addressed this in a prior email to which I received no response.

With these things in mind a hearing date of has been set down for September 29, 2020 at 10:00am.

Please advise by the end of the business day on Friday what your client's intentions are so I can proceed.

Thank you for your time and have a great day !!

Regards,

Donna DeRosa
[Quoted text hidden]

**image001.gif**
69K

---

**Christine Kelly** <Christine_Kelly@njb.uscourts.gov>          Tue, Aug 25, 2020 at 4:56 PM
To: The DeRosa-Ruquet Family <ddruquet@gmail.com>, Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>
Cc: Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>, Christine Kelly <Christine_Kelly@njb.uscourts.gov>

Dear Ms. Derosa-Ruquet,

Please be advised that a hearing has not been set down for September 29, 2020 at 10:00 a.m. as indicated in your email below.

That date was provided to you to use if you file a motion and it is received by the Court on or before September 10, 2020.

Thank you,

Christine Kelly
Electronic Court Recorder for
The Honorable Kathryn C. Ferguson

United States Bankruptcy Court
Clarkson S. Fisher Federal Building and
United States Courthouse
402 East State Street, 1st Floor
Trenton, NJ 08608-1507
Phone (609) 858-9355
Main Office (609) 858-9333
christine_kelly@njb.uscourts.gov



**From:** The DeRosa-Ruquet Family <ddruquet@gmail.com>

[Quoted text hidden]

[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                                      Tue, Aug 25, 2020 at 5:07 PM
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: Laura Egerman <legerman@rasnj.com>, David Neeren <dneeren@rasnj.com>, Chambers_of KCF
<chambers_of_kcf@njb.uscourts.gov>

Email received thank you for the clarification. I apologize for any confusion I may have caused.
[Quoted text hidden]

**2 attachments**



**image001.gif**
16K



**image001.gif**
16K

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>    Thu, Sep 3, 2020 at 10:28 AM
To: Laura Egerman <legerman@rasnj.com>
Cc: David Neeren <dneeren@rasnj.com>

Good morning:

I hope this email finds you well. Upon speaking to several Nationstar representatives and updating my contact information, I have received a thorough payment history via email.

It would appear that all accounting errors have been resolved and that the cram down balance has been removed. I won't be 100% sure until the next statement comes in but I wanted to thank for getting that taken care of.

The only issue then, would be title. As subrogation and consenting to lift the stay are independent of each other, I also wanted to let you know I (we) have no problem consenting to lift the stay so the title issues can be resolved between Duetsche Bank and Nationstar.

Thank you for your time and have a great day!

Regards,

Donna DeRosa-Ruquet
[Quoted text hidden]

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>    Tue, Sep 8, 2020 at 9:06 AM
To: Christine Kelly <Christine_Kelly@njb.uscourts.gov>
Cc: David Neeren <dneeren@rasnj.com>, Laura Egerman <legerman@rasnj.com>, Chambers_of KCF <chambers_of_kcf@njb.uscourts.gov>

Good morning:

I hope this email finds you well. In keeping with the date of September 10, 2020, attached please find a courtesy copy of the Motion To Enforce Order On Motion To Enforce Mortgage Modification [#246] Order Granting Motion To Amend The Court's Order On Motion To Enforce Mortgage Modification [#253] And Order Granting Cross Motion [#254] to be sent to the Court today for filing.

Thank you so much for your time and assistance and please have a great day.

Regards,

Donna DeRosa-Ruquet

[Quoted text hidden]

 **NSMEM9820.pdf**
16054K