| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC** <br> 10700 Abbott's Bridge Road, Suite 170 <br> Duluth, GA 30097 <br> Telephone:  470-321-7112 (main) <br> Telephone:  973-575-0707 (local) <br> Attorneys for Secured Creditor <br><br> Laura Egerman, Esq. (LE-8250) | |
| In Re: <br><br> DONNA DEROSA-RUQUET and <br> SCOTT RUQUET, <br><br>            Debtors. | Case No. 14-17571-KCF <br><br> Chapter 13 |

## CERTIFICATION OF COUNSEL IN RESPONSE TO ORDER GRANTING MOTION TO ENFORCE ORDER

LAURA M. EGERMAN, of full age, hereby certifies as follows:

1. I am an associate with the firm of Robertson, Anschutz, Schneid & Crane, LLC (hereinafter "RAS"), attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 Asset Backed Certificates, Series 2004-5 (hereinafter "Secured Creditor").  I submit this Certification to the Court in response to, and to provide an update on, the Court's Order Granting Motion to Enforce Order (Docket #267) (the "Enforcement Order").

2. Under the terms of the Enforcement Order, Secured Creditor was required to pay certain sanctions and have copies of certain orders recorded in the Office of the Clerk/Register of Deeds for Ocean County, New Jersey.

3. On October 1, 2020, the sanction fee was paid into the Court as is notated on the Docket.

4. Further, Secured Creditor obtained certified copies of the Orders docketed at Docket 246, 253, 254 and 267 (the "Certified Orders") as required under the Enforcement Order.

5.     In an effort to fully comply with the Enforcement Order, on October 7, 2020, I asked Phyllis Martino in the Ocean County Clerk's Office to review the Certified Orders to insure that the Ocean County Clerk's Recording Cover Sheet could be properly completed and the Ocean County Clerk's Office would record the Certified Orders and the loan modification.

6.     Ms. Martino advised that the Certified Orders 246 and 253 are not recordable in their present form.  Specifically, she advised that each order needs a separate certification while the Court Clerk has given a single certification for the 2 orders.  See Exhibit A attached.

7.     She further noted that none of the Certified Orders contains a reference to the underlying mortgage which they do not, and therefore cannot be recorded.

8.     Accordingly, to comply with the Enforcement Order, the following is needed:

(a)     Corrective or revised Orders 246, 253, 254 and 267 to include reference to the underlying mortgage.

(b)     Corrected Clerk's Certifications for Orders 246 and 253 so that each is separately certified.

9.     To facilitate this process, attached hereto as Exhibits B through D, respectively, are proposed revised forms of Order for the Docketed Orders 246, 253 and 254.  Each now includes a clear reference to the underlying mortgage.  It is respectfully requested that the Court enter these corrected Orders on the Docket.

10.     It is further respectfully requested that the Court revise and reissue its Enforcement Order (Docket 267) to include a reference to the underlying mortgage, and then enter same on the Docket.

11.     Counsel for Secured Creditor attests that both counsel and Secured Creditor are working in good faith to fully comply with the Court's orders, and to ensure that the relief sought and obtained by Debtor in this matter is properly being recognized by Secured Creditor and properly documented in the public record.  Counsel for Secured Creditor and Secured Creditor stand ready, willing and able to submit the certified orders and loan modification agreement for recording, however to comply with the County recording requirements, the assistance of this Court is needed.

12.     Counsel for Secured Creditor further respectfully requests that the Court extend the time for Secured Creditor to comply with the recording requirements under the Enforcement Order for a minimum of 30 days, to allow sufficient time for the revised Orders to be considered by the Court, docketed, certified copies obtained, and completion of the recording with the Clerk/Register of Deeds for Ocean County.

I certify that the foregoing statements made by me are true.  I am aware that if any statements made by me are willfully false, I am subject to punishment.

Robertson, Anschutz, Schneid & Crane, LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone:  470-321-7112 (main)
Telephone:  973-575-0707 (local)
Attorneys for Secured Creditor

/s/ Laura Egerman
Laura Egerman
Bar ID:  LE-8250
Email:  legerman@rasnj.com

Dated:  October 9, 2020