# Exhibit B

| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
|---|---|
| Caption in Compliance with D.N.J. LBR 2001-1(b) | |
| In Re:<br><br>DONNA DEROSA-RUQUET<br>SCOTT RUQUET | Case No. 14-17571-KCF<br><br>Chapter 13<br><br>Hearing Date:  03/31/2020<br><br>Judge:  Kathryn C. Ferguson |

*CORRECTIVE*
## ORDER ON MOTION TO ENFORCE MORTGAGE MORIFICATION

The relief set for on the following page, numbered two (2) through __2__, is hereby
ORDERED:

14-17571  Donna DeRosa-Ruquet and Scott Ruquet

ORDER ON MOTION TO ENFORCE MORTGGAE MODIFICATION

      This matter having been brought before the court by debtor, Scott Ruquet, on a Motion to Enforce Mortgage Modification, and the court having considered the papers and oral argument of the parties, it is for good cause

      ORDERED that Scott Ruquet is required to make monthly payments of $542.61 beginning with the payment due on April 1, 2020 and continuing though a final payment of $542.61 due on June 1, 2034; and it is further

      ORDERED that if all of the payments on this payment schedule are made there will be no additional payment due at the end of the loan term; and it is further

      ORDERED that this payment schedule is fixed for the entire terms of the loan.  It may not be increased for any reason including the addition of attorney's fees.  This payment schedule binds Nationstar and any successor-in-interest; it is further

      ORDERED that when the final payment on this payment schedule is made for the payment due on June 1, 2034, Nationstar or its successor-in-interest will issue a discharge of mortgage.

A certified copy of this Order shall be recorded in the Office of the Clerk/Register of Deeds for Ocean County, New Jersey with reference to the Mortgage from Scott T. Ruquet to MERS as Nominee for First National Bank of Arizona dated March 5, 2004 and recorded on March 12, 2004 in the Office of the Clerk/Register of Deeds for Ocean County, New Jersey in OR Book 11959, Page 1815.