# Exhibit C

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>10700 Abbott's Corner Road, Suite 170<br>Duluth, GA 30097<br>Telephone:  470-321-7112 (main)<br>Telephone:  973-575-0707 (local)<br>Attorneys for Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | |
| In Re:<br><br>SCOTT RUQUET and<br>DONNA DEROSA-RUQUET,<br><br>               Debtors. | Case No. 14-17571-KCF<br><br>Chapter 13<br><br>Judge:  Kathryn C. Ferguson |

*CORRECTIVE*

### ORDER GRANTING MOTION TO AMEND THE COURT'S *ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION* PURSUANT TO FED. R. CIV. P. 59(e) AND FED. R. BANKR. P. 9023

The relief set forth on the following page numbered two (2) is hereby ORDERED:

Upon the Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 for an Order pursuant to Fed. R. Civ. P. 59(e) and Fed. R. Bankr. P. 9023 to amend the Court's *Order on Motion to Enforce Mortgage Modification* (Docket 246) (the "Motion to Amend"), it is hereby ORDERED as follows:

1.      The Motion to Amend is hereby GRANTED.

2.      The Court's *Order on Motion to Enforce Mortgage Modification* (Docket #246) is hereby amended to read as follows:

> *ORDERED that Scott Ruquet is required to make monthly payments of **principal and interest** of $542.61 **plus escrow of $546.97 (or as may be adjusted periodically in accordance with applicable law**) beginning with the payment due on April 1, 2020 and continuing through a final payment **of principal and interest** of $542.61 **plus escrow**, due on June 1, 2034;*

A certified copy of this Order shall be recorded in the Office of the Clerk/Register of Deeds for Ocean County, New Jersey with reference to the Mortgage from Scott T. Ruquet to MERS as Nominee for First National Bank of Arizona dated March 5, 2004 and recorded on March 12, 2004 in the Office of the Clerk/Register of Deeds for Ocean County, New Jersey in OR Book 11959, Page 1815.