# Exhibit D

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Scott Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721<br>Plaintiff Pro Se | Case No. 14-17571-KCF<br><br>Chapter 13<br><br>Hearing Date:  May 12, 2020<br>                          11:00 a.m. |
| In Re:<br><br>DONNA DEROSA-RUQUET ET AL<br><br>                 Debtors. | |

*CORRECTIVE*
<u>**ORDER GRANTING DEBTOR'S CROSS MOTION**</u>

The relief set for on the following page, numbered two (2), is hereby ORDERED:

The Debtor's Cross Motion is granted.  Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Deutsche Bank National Trust Company, as trustee for GSAA Home Equity Trust 2004-5 Asset-Backed Certificates, Series 2004-5 shall file a copy of the 2016 Loan Modification, a copy of the Order to Enforce Mortgage Modification entered on April 20, 2020, and a copy of the Order Granting Motion to Amend the Court's Order on Motion to Enforce Mortgage Modification within thirty (30) days of the date of this Order.

A certified copy of this Order shall be recorded in the Office of the Clerk/Register of Deeds for Ocean County, New Jersey with reference to the Mortgage from Scott T. Ruquet to MERS as Nominee for First National Bank of Arizona dated March 5, 2004 and recorded on March 12, 2004 in the Office of the Clerk/Register of Deeds for Ocean County, New Jersey in OR Book 11959, Page 1815.