Scott Ruquet
226 Potters Drive
Bayville, NJ 08721
732.278.3227
ddruquet@gmail.com



Hon. Kathryn Ferguson
Chief Judge
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08602

October 9, 2020

Your Honor:

Please accept this letter in lieu of a more formal Response to Creditor's Response filed this Friday afternoon, October 9, 2020, regarding the above referenced matter. I patently object to any changes to any Orders already filed and I absolutely object to a 30 day extension. This is getting beyond the point of ridiculous.

Specifically, when it includes changing the very Order itself, as the creditor has attempted to do with Counsel's Exhibit C : Proposed Revised Order 253. Upon inspecting Exhibit A, the Court will notice that the Order attached here is the Order entered by the Court and filed on the docket. However, the Proposed Order, attached as Exhibit C, is literally the Order Counsel submitted with her original pleadings when she filed the Motion for Re-Consideration which resulted in Order 253.

Specifically, Order 253 as written by the Court and filed on the docket and included in Counsel's Exhibit A provides:

> **2. The Court's *Order on Motion to Enforce Mortgage Modification* (Docket #246) is hereby amended to read as follows:**
>
> *ORDERED that Scott Ruquet is required to make monthly payments of principal and interest of $542.61 plus escrow to fund taxes and insurance beginning with the payment due on April 1, 2020 and continuing through a final payment of principal and interest of $542.61 plus escrow, due on June 1, 2034;*

Whereas the Order submitted as Exhibit C: Proposed Revised Order states:

> **2. The Court's *Order on Motion to Enforce Mortgage Modification* (Docket #246) is hereby amended to read as follows:**

> ***ORDERED that Scott Ruquet is required to make monthly payments of principal and interest of $542.61 plus escrow of $546.97 (or as may be adjusted periodically in accordance with applicable law) beginning with the payment due on April 1, 2020 and continuing through a final payment of principal and interest of $542.61 plus escrow, due on June 1, 2034;***

This is the **exact** language that the creditor had used in their Proposed Order, so it would appear that once again the creditor is trying to deceive this Court. At the very least it a careless mistake with grave consequences for debtor Scott Ruquet had this "error" not been caught.

Regarding any other language the creditor wishes to add to the Orders: it is unnecessary. The County Clerk's email submitted by debtor Scott Ruquet as Exhibit A in the instant Motion and relied upon by this Court, clearly states what is needed to be able to file said Orders. I would also wonder why Counsel did not file a Proposed Order for Order 267, because this too is supposed to be filed with Ocean County Clerk's Office. If the language Counsel implies that was told to add but really never truly asserted that anyone in any office said it was necessary (really it honestly appears to be a feeble attempt at bypassing a valid Assignment that is somehow supposed to pass for a clear chain of title) one would think it would have to appear in Order 267 as well, yet no Proposed Order for 267 was submitted. Finally, the improper Certifications of the Orders, an excuse Counsel has used before, is moot if she is asking for new Orders and further, the fee was paid for all four Orders according to the docket.

Clearly the games have not stopped as surely Counsel would have know long before today whether any language in any of the Orders needed to be changed. This is merely a last ditch effort using a bogus Proposed Order to change the Court's decision in any way the creditor can, even if it means trying to "slip one past the Court" under the guise of trying to avoid the elephant in the room: Nationstar has yet to produce a valid Assignment or prove a clear chain of title as Ordered by the Court on September 29, 2020, some ten (10) days ago.

It is for these afformentioned reason that debtor Scott Ruquet Objects to the "Response" filed by Cousnsel for the creditor [#269.]

Respectfully submitted,

Scott Ruquet