| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC** 10700 Abbott's Bridge Road, Suite 170 Duluth, GA 30097 Telephone:  470-321-7112 (main) Telephone:  973-575-0707 (local) Attorneys for Defendants<br><br>Laura Egerman, Esq. (LE-8250) | |
| In Re:<br><br>DONNA DEROSA-RUQUET and SCOTT RUQUET,<br><br>                    Debtors. | Case No. 14-17571-KCF<br><br>Chapter 13 |

### SUPPLEMENTAL CERTIFICATION OF COUNSEL REGARDING COMPLIANCE WITH ORDER GRANTING MOTION TO ENFORCE ORDER

LAURA M. EGERMAN, of full age, hereby certifies as follows:

1.       I am an associate with the firm of Robertson, Anschutz, Schneid & Crane, LLC, attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 Asset Backed Certificates, Series 2004-5 (hereinafter "Secured Creditor").  I submit this Certification to the Court to provide an update on Secured Creditor's compliance with the Order Granting Motion to Enforce Order (Docket #267) (the "Enforcement Order").

2.       On October 9, 2020, the undersigned filed a Certification of Counsel Regarding Compliance with Order Granting Motion to Enforce Order (the "Certification") (Docket 269) to update the Court on the ongoing efforts to comply with its September 29, 2020 Order on Motion to Enforce (the "Enforcement Order") (Docket 267).  That Certification is incorporated by reference in its entirety herein.

3.       On October 12, 2020, we reached out to Scott Ruquet to request his authorization to add the book/page reference for the underlying mortgage onto the first page of the 2016 Loan Modification Agreement (hereinafter the "Loan Mod") because the Clerk/Register of Deeds for

Ocean County had confirmed it could not record the Loan Mod without this reference contained on the first page of the document.  By email on that same date, Mr. Ruquet advised that he would not authorize the addition of the book/page reference to the Loan Mod.  A copy of the email exchange is attached as Exhibit A.

4.     In order to comply with the Enforcement Order, and despite the fact that the Loan Mod did not contain the required book/page reference, the Loan Mod was electronically submitted for recording on October 13, 2020.

5.     On October 15, 2020, the Clerk/Register of Deeds for Ocean County rejected the Loan Mod for recording because it did not include the book/page reference for the underlying mortgage.  A copy of the Clerk's rejection email is attached as Exhibit B.

6.     In the interim, by email dated October 13, 2020, the Court advised that it was unwilling to enter the Corrective Orders which were attached to the Certification.  It had been noted in the Certification that the Clerk/ Register of Deeds for Ocean County had advised that the Certified Orders could not be recorded because they did not include reference to the book/page of the underlying mortgage.

7.     Having resolved the issues relating to the improper certification of certain of the Orders, and order to try and comply with the Enforcement Order, the Certified Orders were sent by overnight delivery to the Clerk/Register of Deeds for Ocean County for recording on October 20, 2020.  The Clerk/Register of Deeds for Ocean County received the Certified Orders on October 21, 2020.

8.     The Clerk of Ocean County has now returned the unrecorded Certified Orders with a "Document Return Notice" indicating that the orders could not be recorded because they did not contain the book/page reference.  See Exhibit C.

9.     At this point, Secured Creditor and their counsel have attempted in good faith to comply with the Enforcement Order, both as to recognizing the effect of the 2016 Loan Modification approved by the Court and the recording of the subsequent Certified Orders.

10.     While Secured Creditor is in fact giving full effect to the Court Approved 2016 Loan Modification, counsel for Secured Creditor has not been able to get the Clerk/ Recorder of Deeds for Ocean County to accept the loan mod agreement and the Certified Orders for recording.

11.     At this point in time, Secured Creditor and its counsel are unable to comply further with the Enforcement Order.

I certify that the foregoing statements made by me are true.  I am aware that if any statements made by me are willfully false, I am subject to punishment.

Dated: November 2, 2020

**Robertson, Anschutz, Schneid & Crane, LLC**
Attorneys for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone No.: 973-575-0707 (local)
Telephone No.: 470-321-7112 (main)

By:  /s/  Laura Egerman
Laura Egerman, Esquire
Bar ID:  LE-8250
Email:  legerman@rasnj.com