# Exhibit A

## Scott Ciupak

| | |
|---|---|
| **From:** | The DeRosa-Ruquet Family <ddruquet@gmail.com> |
| **Sent:** | Monday, October 12, 2020 3:29 PM |
| **To:** | Scott Ciupak |
| **Cc:** | Laura Egerman |
| **Subject:** | Re: RASC 18-196067/Ruquet/NJ BK 14-17571 |
| **Attachments:** | image001.jpg |

**This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.**

Good afternoon:

I hope this email finds you well. If I understand correctly, you wish to record the Mortgage Modification with the proper book and page number inserted in the blanks in paragraph 1 of page 1.

My question is how will the county clerk treat the Modification as it does not relate to the lender of record. The Lender of record is Duetsche Bank. The county clerk has indicated that in addition to the book and page number, the correct lender must be referenced. Will a corrective Assignment be filed?

I honestly don't feel comfortable agreeing to anything or committing to anything until Nationstar has a clear chain of title.

I am not trying to be difficult or give you a hard time. I am just hesitant because you know, once bitten twice shy. Specifically you mention getting the Modification filed but make no mention of the Orders. The Modification as written does not provide for the relief afforded in the Orders of the Court.

In light of the additional papers that were filed on Friday I would respectfully decline your request until Nationstar has a clear Assignment.

If, on the Hearing date the only document that needs to be filed is the original Mod because I did not provide authorization, I will gladly accept responsibility.

As an aside, I'm not sure you need me to authorize any type of book and page number insertion on an existing Modification.

If I can be of any further assistance please let me know and thank you for your help in trying to get this cleared up.

Regards,
Scott Ruquet

On Mon, Oct 12, 2020, 12:24 PM Scott Ciupak <sciupak@rascrane.com> wrote:

Attn: Scott Ruquet

1

Mr. Ruquet,

Our firm is preparing to record the attached loan modification agreement approved by the Court in this case, pursuant to the Court's order entered on September 29, 2020 (doc 267).  However, the Ocean County clerk is advising us that they will not accept the loan modification agreement without the recording info from the mortgage and the book and page number in the first paragraph being filled in.

We would ask your authorization for us to complete that section of the modification so that it reads:

"This Loan Modification agreement ("Agreement"), made this 19th day of October, 2016, between Scott Ruquet ("Borrower") and Nationstar Mortgage, LLC, whose address is 8950 Cypress Waters Blvd., Coppell, TX 75019 ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), and Timely Payment Rewards Rider, if any, dated March 12,2004 and recorded in Book/Liber N/A OR-11959, Page N/A 1815, Instrument No: N/A 2004054389 of the Official Records of Ocean County, NJ and (2) the Note, bearing the same date as, and secured by the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at 621 Bay Blvd, Bayville, NJ 08721, the real property described being set forth as follows:"

If you will authorize us to submit the court approved modification with the additions highlighted in yellow above, that will allow us to get the modification recorded with the Ocean County clerk as ordered by the bankruptcy court.  **Please send us that authorization by reply to all email**.  We will send you a copy of the recorded modification once it has been recorded, for your records.

We share your frustration with the difficulty we are having in getting these documents recorded as ordered by the bankruptcy court.  We want to get these documents recorded as much as you do, and we appreciate your cooperation in meeting the requirements of the Ocean County clerk to overcome these obstacles.

Thank you,


**Scott P. Ciupak**

Managing Attorney – Bankruptcy Litigation

Robertson, Anschutz, Schneid & Crane LLC

10700 Abbott's Bridge Rd., Suite 170

Duluth, GA 30097

Office: (817) 873-3080 x 164

Cell: (330) 321-9764

sciupak@rascrane.com

*Admitted to practice law in OH and MI



**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz, Schneid & Crane LLC for damage arising in any way from its use.

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by RAS Crane, LLC. for damage arising in any way from its use.