# Exhibit B

## Laura Egerman

| | |
|---|---|
| **From:** | noreply@cscglobal.com |
| **Sent:** | Thursday, October 15, 2020 8:23 AM |
| **Subject:** | CSC ePrepare Notification - Package 18-196067 Loan Mod has rejected in Ocean County, NJ |
| **Attachments:** | 18-196067 Loan Mod.pdf |

**This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.**

Hello,

Package: **18-196067 Loan Mod** has returned with the following document(s).

**Rejected Date:** 10/15/2020 8:21:00 AM
**Jurisdiction:** Ocean County, NJ

| | |
|---|---|
| **Document Name:** | *18-196067 Loan Mod* |
| **Status:** | *Rejected* |
| **Rejection Message:** | *County Transaction Number: 4684571 Rejection Message: Error = Business Rule : THE BOOK AND PAGE NEEDS TO BE REFERENCED ON THE DOCUMENT ,* |
| **Recordation Fee:** | *$110.00* |

[Click here to resubmit this package.](#)

Thank you!

**CSC®**
**eRecording.com**
**cscglobal.com**



*We are the business behind business*