# Exhibit C

# COUNTY OF OCEAN   OFFICE OF THE COUNTY CLERK

**P.O. Box 2191, 118 Washington Street, Toms River, NJ 08754-2191**
**Phone: (732) 929-2110 Fax (732) 349-4336   www.oceancountyclerk.com**

**www.facebook.com/oceancountyclerk**

# DOCUMENT RETURN NOTICE

10/28/2020

RAS CITRON
130 CLINTON  RD   STE 202

Re: Return Number:-711436
Check Number: 75912
Check Amount: $240.00

FAIRFIELD NJ 07004

Dear Submitter:

Please be advised that the attached document(s) has been returned UNRECORDED or UNCANCELLED for the reason(s) listed below:

ATTN: Jennifer

* Book & Page reference must be set out on order not just cover sheet

As per our conversation the other documents we would not record.

Please relook over your recording fees

Phyliss Martino
Ocean County Document Reception

***Please return this notice along with the corrected document(s) in the pink envelope provided.***

**R A S**
**CITRON**
LAW OFFICES

**Attorney Office Account**
130 Clinton Road, Suite 202
Fairfield, NJ 07004

**75912**
63-8413/2670

Date    10/20/2020

\*\*\*\*\*\*\*\*Two hundred forty and 00/100 USD\*\*\*\*\*\*\*\*

$\*\*240.00\*\*

PAY TO THE    Ocean County Clerk's Office
ORDER OF     PO Box 2191

Toms River         NJ 08763

JPMorgan Chase Bank, N.A.
Miami, FL

AUTHORIZED SIGNATURE

Memo    Recording Cost Loan Mod / Cert Orders

⑈75912⑈  ⑆267084131⑆  260179111⑈

# R|A|S

## ROBERTSON ANSCHUTZ & SCHNEID
### L A W   O F F I C E S

**James Robertson, Esquire**
Member of Texas Bar
**Everett Anschutz, Esquire**
Member of Texas Bar
**David J. Schneid, Esquire**
Member of Florida Bar

October 20, 2020

**_Via Overnight Delivery_**
Ocean County Clerk/Recorder of Deeds
118 Washington Street
Toms River, NJ 08753

> **Re:  _In re. Ruquet,_ Bankruptcy Case No. 14-17571-KCF**
> **RAS File 18-196067**
> **Property address:  621 Bay Boulevard, Bayville, NJ 08721**

Dear Sir or Madam:

Enclosed for recording in the Land Records are the following:

(a) Certified _Order on Mortgage to Enforce Mortgage Modification_ entered 04/02/2020 by the Hon. Kathryn C. Ferguson, U.S.B.J. (4 pages);

(b) Certified _Order Granting Motion to Amend the Court's Order on Motion to Enforce Mortgage Modification Pursuant to Fed. R. Civ. P. 59(e) and Fed. R. Bankr. P. 9023_ entered 05/15/2020 by the Hon. Kathryn C. Ferguson, U.S.B.J. (4 pages);

(c) Certified _Order Granting Debtor's Cross Motion_ entered 05/15/2020 by the Hon. Kathryn C. Ferguson, U.S.B.J. (4 pages); and

(d) Certified _Order Granting Motion to Enforce Order_ entered 09/29/2020 by the Hon. Kathryn C. Ferguson, U.S.B.J. (4 pages).

Each of these orders relates to the Mortgage from Scott Ruquet to MERS as Nominee for First National Bank of Arizona, recorded on March 12, 2004 in Book OR-11959, Page 1815.

It is also noted that the Order identified as (c) and (d), above, provide that these Orders must be recorded in the Office of the Clerk/Register of Deeds for Ocean County, NJ.

Our firm's check in the amount of $240.00 to cover the cost of filing these Orders.





**OCEAN COUNTY CLERK'S OFFICE**
**RECORDING DOCUMENT**
**COVER SHEET**

**SCOTT M. COLABELLA**
**OCEAN COUNTY CLERK**
**P.O. BOX 2191**
**TOMS RIVER, NJ  08754-2191**
**(732) 929-2110**
**www.oceancountyclerk.com**

| | |
|---|---|
| | OFFICIAL USE ONLY |
| **DATE OF DOCUMENT:** ( *Enter Date as follows:00/00/0000*)<br><br>05/15/2020<br><br>**TYPE OF DOCUMENT:**  *(Select Doc Type from Drop-Down Box)*<br>**MORTGAGE** | |
| | OFFICIAL USE ONLY - REALTY TRANSFER FEE |
| **FIRST PARTY NAME:** *(Enter Last Name, First Name)*<br>NATIONSTAR MORTGAGE LLC | **SECOND PARTY NAME:** *(Enter Last Name, First Name)*<br>RUQUET, SCOTT |
| **ALL ADDITIONAL PARTIES:** *(Enter Last Name, First Name)* | **RETURN NAME AND ADDRESS:**<br>RAS CITRON, LLC<br>130 CLINTON ROAD, LOBBY B, SUITE 202<br>FAIRFIELD, NJ 07004 |

| THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY | | |
|---|---|---|
| **BLOCK:** | | **LOT:** |
| **MUNICIPALITY:** (*Select Municipality from Drop-Down Box*) | | |
| **CONSIDERATION:** | | |
| **MAILING ADDRESS OF GRANTEE:** (*Enter Street Address, Town, State, Zip Code*) | | |
| Street Address | Town | State    Zip |

THE FOLLOWING SECTION IS FOR
ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR ASSIGNMENTS, RELEASES,
SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY

| ORIGINAL BOOK:<br>OR-11959 | ORIGINAL PAGE:<br>1815 |
|---|---|

**OCEAN COUNTY CLERK'S OFFICE RECORDING DOCUMENT COVER SHEET**

**Please do not detach this page from the original document as it
contains important recording information and is part of the permanent record.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SCOTT RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721
PLAINTIFF PRO SE

Case No.: 14-17571-KCF
Chapter 13

Order Filed on May 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Hearing Date: May 12, 2020
11:00 a.m.

*In Re:*
*DEROSA-RUQUET et al.,*

## ORDER GRANTING DEBTOR'S CROSS MOTION

The relief set for on the following page, numbered two (2), is hereby ORDERED:

DATED: May 15, 2020

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Debtor's Cross Motion is granted. Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Deutsche Bank National Trust Company, as trustee for GSAA Home Equity Trust 2004-5 Asset-Backed Certificates, Series 2004-5 shall file a copy of the 2016 Modification, a copy of the Order on Motion to Enforce Mortgage Modification entered on April 2, 2020, and a copy of the Order Granting Motion to Amend the Court's Order on Motion to Enforce Mortgage Modification within thirty (30) days of the date of this Order.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### CERTIFIED COPY

I, Jeanne A. Naughton, Clerk of the United States Bankruptcy Court, certify that the attached is a true and full copy of the original now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at _____ Trenton _____, in this State of New Jersey on October 8, 2020 _____.



JEANNE A. NAUGHTON, Clerk

By: _____
      Deputy Clerk

*rev.1/4/17*

**OCEAN COUNTY CLERK'S OFFICE**
**RECORDING DOCUMENT**
**COVER SHEET**

**SCOTT M. COLABELLA**
**OCEAN COUNTY CLERK**
**P.O. BOX 2191**
**TOMS RIVER, NJ 08754-2191**
**(732) 929-2110**
**www.oceancountyclerk.com**

| | |
|---|---|
| | **OFFICIAL USE ONLY** |
| **DATE OF DOCUMENT:** ( *Enter Date as follows:00/00/0000* )<br><br>**09/29/2020** | |
| **TYPE OF DOCUMENT:** *(Select Doc Type from Drop-Down Box)*<br><br>**MORTGAGE** | **OFFICIAL USE ONLY - REALTY TRANSFER FEE** |
| **FIRST PARTY NAME:** *(Enter Last Name, First Name)*<br>NATIONSTAR MORTGAGE LLC | **SECOND PARTY NAME:** *(Enter Last Name, First Name)*<br>RUQUET, SCOTT |
| **ALL ADDITIONAL PARTIES:** *(Enter Last Name, First Name)* | **RETURN NAME AND ADDRESS:**<br>RAS CITRON, LLC<br>130 CLINTON ROAD, LOBBY B, SUITE 202<br>FAIRFIELD, NJ 07004 |

| THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY | |
|---|---|
| **BLOCK:** | **LOT:** |
| **MUNICIPALITY:** *(Select Municipality from Drop-Down Box)* | |
| **CONSIDERATION:** | |

| MAILING ADDRESS OF GRANTEE: *(Enter Street Address, Town, State, Zip Code)* | | | |
|---|---|---|---|
| Street<br>Address | Town | State | Zip |

| THE FOLLOWING SECTION IS FOR<br>ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR ASSIGNMENTS, RELEASES,<br>SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY |
|---|

| ORIGINAL BOOK:<br>OR-11959 | ORIGINAL PAGE:<br>1815 |
|---|---|

**OCEAN COUNTY CLERK'S OFFICE RECORDING DOCUMENT COVER SHEET**

**Please do not detach this page from the original document as it**
**contains important recording information and is part of the permanent record.**

Case 14-17571-KCF   Doc 267   Filed 09/29/20   Entered 09/30/20 10:40:31   Desc Main
Document   Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on September 29, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Donna DeRosa-Ruquet
Scott Ruquet

| | |
|---|---|
| Case No.: | 14-17571 |
| Chapter: | 13 |
| Hearing Date: | 9/29/2020 |
| Judge: | Kathryn C. Ferguson |

## Order Granting Motion to Enforce Order

The relief set forth on the following pages, numbered two (2) through _____2_____ is
**ORDERED**.

**DATED: September 29, 2020**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the court on motion of Scott Ruquet to enforce previous orders of this court and the court having considered the timely filed submissions as well as oral argument, it is for good cause hereby

ORDERED that the motion is granted; it is further

ORDERED that Nationstar shall pay sanctions into the court in the amount of $2,500 no later than October 2, 2020; it is further

ORDERED that no later than October 13, 2020 Nationstar shall file with the Ocean County Clerk's Office:
a) a copy of the 2016 Loan Modification Agreement,
b) a copy of the April 2, 2020 Order on Motion to Enforce Mortgage Modification [Doc 246],
c) a copy of the May 15, 2020 Order Granting Motion to Amend [Doc 253],
d) a copy of the May 15, 2020 Order Granting Cross-motion [Doc 254], and
e) a copy of this order

ORDERED that Scott Ruquet is current through his September 2020 mortgage payment; it is further

ORDERED that all future mortgage statements issued by Nationstar and any of its successors in interest will plainly indicate:
a) that there was no past due balance as of October 1, 2020,
b) that there is no balloon payment due at the end of the loan term; more specifically, the mortgage statement must not contain any unsecured cramdown balance,
c) that payments of $542.61 plus taxes and insurance are being posted immediately as full payments; more specifically, the payments may not be listed as partial payments and may not be held in suspense, and
d) that there are no attorney's fees being added to the loan balance; more specifically, no amount may be added to the monthly payments and loan balance other than late fees, if applicable; and it is further

ORDERED that the matter is continued to December 15, 2020 at 10:00 a.m. By December 5, 2020, Nationstar shall file a certification of a representative from Nationstar that explains how the mortgage statements were adjusted to fully comply with the court's order and attaches copies of the two most recent mortgage statements. That representative should be available to testify, if needed, on December 15, 2020.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### CERTIFIED COPY

I, Jeanne A. Naughton, Clerk of the United States Bankruptcy Court, certify that the attached is a true and full copy of the original now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at _____Trenton_____, in this State of New Jersey on October 8, 2020 _____.



JEANNE A. NAUGHTON, Clerk

By: _____
    Deputy Clerk

*rev.1/4/17*

**OCEAN COUNTY CLERK'S OFFICE**
**RECORDING DOCUMENT**
**COVER SHEET**

**SCOTT M. COLABELLA**
**OCEAN COUNTY CLERK**
**P.O. BOX 2191**
**TOMS RIVER, NJ  08754-2191**
**(732) 929-2110**
**www.oceancountyclerk.com**

OFFICIAL USE ONLY

| | |
|---|---|
| DATE OF DOCUMENT: ( *Enter Date as follows:00/00/0000*)<br><br>04/02/2020 | |
| TYPE OF DOCUMENT:  *(Select Doc Type from Drop-Down Box)*<br><br>**MORTGAGE** | OFFICIAL USE ONLY - REALTY TRANSFER FEE |
| FIRST PARTY NAME: *(Enter Last Name, First Name)*<br>NATIONSTAR MORTGAGE LLC | SECOND PARTY NAME: *(Enter Last Name, First Name)*<br>RUQUET, SCOTT |
| ALL ADDITIONAL PARTIES: *(Enter Last Name, First Name)* | RETURN NAME AND ADDRESS:<br>RAS CITRON, LLC<br>130 CLINTON ROAD, LOBBY B, SUITE 202<br>FAIRFIELD, NJ 07004 |

| THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY | |
|---|---|
| BLOCK: | LOT: |

MUNICIPALITY: *(Select Municipality from Drop-Down Box)*

CONSIDERATION:

MAILING ADDRESS OF GRANTEE: *(Enter Street Address, Town, State, Zip Code)*

| Street<br>Address | Town | State | Zip |
|---|---|---|---|

THE FOLLOWING SECTION IS FOR
ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR ASSIGNMENTS, RELEASES,
SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY

| ORIGINAL BOOK:<br>OR-11959 | ORIGINAL PAGE:<br>1815 |
|---|---|

**OCEAN COUNTY CLERK'S OFFICE RECORDING DOCUMENT COVER SHEET**

**Please do not detach this page from the original document as it**
**contains important recording information and is part of the permanent record.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on April 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Donna DeRosa-Ruquet
Scott Ruquet

| | |
|---|---|
| Case No.: | 14-17571 |
| Chapter: | 13 |
| Hearing Date: | 3/31/2020 |
| Judge: | Kathryn C. Ferguson |

## ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered two (2) through ____2____ is **ORDERED**.

DATED: **April 2, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been brought before the court by the debtor, Scott Ruquet, on a Motion to Enforce Mortgage Modification, and the court having considered the papers and oral argument of the parties, it is for good cause

ORDERED that Scott Ruquet is required to make monthly payments of $542.61 beginning with the payment due on April 1, 2020 and continuing through a final payment of $542.61 due on June 1, 2034; it is further

ORDERED that if all of the payments on this payment schedule are made there will be no additional payment due at the end of the loan term; it is further

ORDERED that this payment schedule is fixed for the entire term of the loan. It may not be increased for any reason including the addition of attorney fees. This payment schedule binds Nationstar and any successor-in-interest; it is further

ORDERED that when the final payment on this payment schedule is made for the payment due on June 1, 2034, Nationstar or its successor-in-interest will issue a discharge of mortgage.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## CERTIFIED COPY

I, Jeanne A. Naughton, Clerk of the United States Bankruptcy Court, certify that the attached is a true and full copy of the original now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at _____ Trenton _____, in this State of New Jersey on 10/1/2020 _____ .



JEANNE A. NAUGHTON, Clerk

By: *R. Stillwell*

Deputy Clerk

*rev. 1/4/17*



**OCEAN COUNTY CLERK'S OFFICE
RECORDING DOCUMENT
COVER SHEET**

**SCOTT M. COLABELLA
OCEAN COUNTY CLERK
P.O. BOX 2191
TOMS RIVER, NJ 08754-2191
(732) 929-2110
www.oceancountyclerk.com**

OFFICIAL USE ONLY

| DATE OF DOCUMENT: ( *Enter Date as follows:00/00/0000*)<br><br>05/15/2020 | |
|---|---|
| TYPE OF DOCUMENT:  *(Select Doc Type from Drop-Down Box)*<br><br>MORTGAGE   ⎧ᴏᴅ | OFFICIAL USE ONLY - REALTY TRANSFER FEE |
| FIRST PARTY NAME: *(Enter Last Name, First Name)*<br>NATIONSTAR MORTGAGE LLC | SECOND PARTY NAME: *(Enter Last Name, First Name)*<br>RUQUET, SCOTT |
| ALL ADDITIONAL PARTIES: *(Enter Last Name, First Name)* | RETURN NAME AND ADDRESS:<br>RAS CITRON, LLC<br>130 CLINTON ROAD, LOBBY B, SUITE 202<br>FAIRFIELD, NJ 07004 |

| THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY | | |
|---|---|---|
| BLOCK: | LOT: | |
| MUNICIPALITY: *(Select Municipality from Drop-Down Box)* | | |
| CONSIDERATION: | | |
| MAILING ADDRESS OF GRANTEE: *(Enter Street Address, Town, State, Zip Code)* | | |
| Street<br>Address | Town | State        Zip |

| THE FOLLOWING SECTION IS FOR<br>ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR ASSIGNMENTS, RELEASES,<br>SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY | |
|---|---|
| ORIGINAL BOOK:<br>OR-11959 | ORIGINAL PAGE:<br>1815 |

**OCEAN COUNTY CLERK'S OFFICE RECORDING DOCUMENT COVER SHEET**

**Please do not detach this page from the original document as it
contains important recording information and is part of the permanent record.**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| Robertson, Anschutz, Schneid & Crane, LLC<br>10700 Abbott's Corner Road, Suite 170<br>Duluth, GA 30097<br>Telephone:  470-321-7112 (main)<br>Telephone:  973-575-0707 (local)<br>Attorneys for Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | Order Filed on May 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SCOTT RUQUET and<br>DONNA DEROSA-RUQUET,<br><br>       Debtors. | Case No. 14-17571-KCF<br><br>Chapter 13<br><br>Judge:  Kathryn C. Ferguson |

## ORDER GRANTING MOTION TO AMEND THE COURT'S *ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION* PURSUANT TO FED. R. CIV. P. 59(e) AND FED. R. BANKR. P. 9023

The relief set forth on the following page numbered two (2) is hereby ORDERED:

DATED: May 15, 2020

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 for an Order pursuant to Fed. R. Civ. P. 59(e) and Fed. R. Bankr. P. 9023 to amend the Court's *Order on Motion to Enforce Mortgage Modification* (Docket 246) (the "Motion to Amend"), it is hereby ORDERED as follows:

1.    The Motion to Amend is hereby GRANTED.

2.    The Court's *Order on Motion to Enforce Mortgage Modification* (Docket #246) is hereby amended to read as follows:

*ORDERED that Scott Ruquet is required to make monthly payments of **principal and interest** of $542.61 **plus escrow to fund taxes and insurance** beginning with the payment due on April 1, 2020 and continuing through a final payment **of principal and interest** of $542.61 **plus escrow**, due on June 1, 2034;*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### CERTIFIED COPY

I, Jeanne A. Naughton, Clerk of the United States Bankruptcy Court, certify that the attached is a true and full copy of the original now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at _____Trenton_____, in this State of New Jersey on _October 15, 2020_____.



JEANNE A. NAUGHTON, Clerk

By: _____
       Deputy Clerk

*rev.1/4/17*