DISTRICT OF NEW JERSEY

**Scott Ruquet**
**226 Potters Drive**
**Bayville, NJ 08721**

DeRosa-Ruquet *et al.*

Debtors

FILED

JEANNE A. NAUGHTON, CLERK

NOV – 5 2020

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Case No.: 14-17571-KCF

Chapter: 13

Hearing Date: December 15, 2020

Judge: Hon. Kathryn C. Ferguson

## CERTIFICATION OF SERVICE

1. I, Scott Ruquet:

   am the Debtor in this case and am representing myself.

2. On *November 3, 2020*, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. A Letter In Lieu of a More Formal Response to Interested Party (not secured creditor) Deutsche Bank random Response #274 filed November 2, 2020.

4. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/3/20
November 3, 2020

Scott Ruquet

_____
//Scott Ruquet

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Jay Bray**<br>Chief Executive Officer at Mr. Cooper<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019 | *Executive Officer* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| **Laura M. Egerman, Esq.**<br>RAS Citron, LLC<br>130 Clinton Road<br>Ste Lobby B, Suite 202<br>Fairfield, NJ 07004<br>973-575-0707<br>bkyecf@rasflaw.com | *Counsel for Creditor* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| **Christian Sewing, CEO**<br>Deutsche Bank<br>60 Wall Street<br>New York, NY 10005 | *Executive Officer* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| **Elizabeth Wassall, Esq.**<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway<br>Mt. Laurel, NJ 08054<br>Suite B<br>856-793-3080 | *Counsel for Creditor* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |