| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Robertson, Anschutz, Schneid & Crane, LLC** 10700 Abbott's Bridge Road, Suite 170 Duluth, GA 30097 Telephone:  470-321-7112 (main) Telephone:  973-575-0707 (local) Attorneys for Secured Creditor | |
| In Re: DONNA DEROSA-RUQUET and SCOTT RUQUET, Debtors. | Case No. 14-17571-KCF  Chapter 13  Hearing Date:  December 15, 2020  Judge:  Kathryn C. Ferguson |

### SUPPLEMENTAL CERTIFICATION REGARDING COMPLIANCE WITH ORDER GRANTING MOTION TO ENFORCE ORDER

LAURA M. EGERMAN, of full age, hereby certifies as follows:

1.      I am an associate with the firm of Robertson, Anschutz, Schneid & Crane, LLC (hereinafter "RAS"), attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 Asset Backed Certificates, Series 2004-5 (hereinafter "Secured Creditor").  I submit this Certification to the Court to provide an update on Secured Creditor's compliance with the Order Granting Motion to Enforce Order (Docket #267) (the "Enforcement Order").

2.      On October 9, 2020, the undersigned filed a Certification of Counsel Regarding Compliance with Order Granting Motion to Enforce Order (the "Certification") (Docket 269) to update the Court on the ongoing efforts to comply with the Enforcement Order.  That Certification is incorporated by reference in its entirety herein.

3.      On November 2, 2020, the undersigned filed a Supplemental Certification of Counsel Regarding Compliance with Order Granting Motion to Enforce Order (the "Supplemental Certification") (Docket 272) to update the Court on the ongoing efforts to comply with the

Enforcement Order.  The Supplemental Certification is incorporated by reference in its entirety herein.

4. At this point in time, Secured Creditor's ability to record the Loan Modification and the various orders outlined in the Enforcement Order is stymied.

5. As set forth in the Supplemental Certification, Debtor Scott Ruquet has indicated an unwillingness to cooperate in the recording of the 2016 Loan Modification Agreement (hereinafter the "Loan Mod").  See Supplemental Certification at ¶3 and at Exhibit A.

6. The Ocean County Clerk rejected the Loan Mod for recording because the recoding information for the underlying mortgage was missing.  See Supplemental Certification at ¶5 and at Exhibit B.

7. As further set forth in the Supplemental Certification, each of the Certified Orders was rejected for recording by the Ocean County Clerk on October 28, 2020 because each is missing the recording information for the underlying mortgage.  See Supplemental Certification at ¶8 and at Exhibit C.

8. It is noted that neither the Loan Modification nor the Certified Orders was rejected for filing because of an alleged issue with an Assignment of Mortgage.

9. At this point, Secured Creditor and their counsel have attempted in good faith to comply with the Enforcement Order, both as to recognizing the effect of the Loan Mod approved by the Court and the recording of the Loan Mod and Certified Orders.

10. While Secured Creditor is in fact giving full effect to the Court Approved 2016 Loan Modification, counsel for Secured Creditor has not been able to get the Clerk/ Recorder of Deeds for Ocean County to accept the Loan Mod or the Certified Orders for recording.

11. At this point in time, Secured Creditor and its counsel are unable to comply further with the Enforcement Order.

I certify that the foregoing statements made by me are true.  I am aware that if any statements made by me are willfully false, I am subject to punishment.

Dated:  December 3, 2020                By:  /s/  Laura Egerman
                                        Laura Egerman, Esq.

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>425 Commerce Drive, Ste 150<br>Fort Washington, PA 19034<br>Direct: 215-499-9021<br><br>David Neeren, Esq. (ID No. 009662007) | |
| In Re:<br><br>DONNA DEROSA-RUQUET and<br>SCOTT RUQUET,<br><br>          Debtors. | Case No. 14-17571-KCF<br><br>Chapter 13<br><br>Hearing Date:  December 15, 2020<br><br>Judge:  Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, <u>David Neeren, Esq.</u>, represent Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 in this matter.

2. On <u>December 4, 2020</u>, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below. *Supplemental Certification Regarding Compliance with Order Granting Motion to Enforce Order.*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  December 4, 2020                  RAS CITRON, LLC
                                              425 Commerce Drive, Ste 150
                                              Fort Washington, PA 19034
Direct: 215-499-9021
By:  /s/ _David Neeren___
David Neeren, Esquire
NJ Bar ID:  009662007
Email: dneeren@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Donna DeRosa-Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721<br><br>Scott T. Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721 | *Pro Se* Debtors | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[x] E-mail:<br>ddruquet@gmail.com<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |