UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Scott Ruquet**
**226 Potters Drive**
**Bayville, NJ 08721**

FILED
JEANNE A. NAUGHTON, CLERK

DEC 0 8 2020

U.S. BANKRUPTCY COURT
BY _____ TRENTON, NJ
_____ DEPUTY

In Re:
DeRosa-Ruquet *et al.,*
    Debtors

Case No.:        14-175-71-KCF
Chapter:         13

Hearing Date:    December 15, 2020

Judge:           Hon. Kathryn C. Ferguson

DEBTOR'S RESPONSE TO CERTIFICATION OF NATIONSATR MORTGAGE LLC DBA
MR. COOPER REGARDING COMPLIANCE WITH ORDER DATED SEPTEMBER 29,
2020, SUBMITTED BY KATHY WINCHESTER #276

Debtor Scott Ruquet, of full age Certifies as follows:

1. Debtor Scott Ruquet is well aware of who Ms. Winchester is. Ms. Winchester
   is one of the folks at Nationstar Mortgage who chose to completely ignore his
   wife, Donna DeRosa-Ruquet's emails, dated February 15, 2019, February 18,
   2019 (Ms. Winchester was cc'd along with Erik Collazo Esq., an attorney for
   the United States Trustee's office) and February 19, 2020. [Exhibit A]

2. I remember that time period well, as during that week each night I came
   home from work I found my wife sobbing and in bed because she couldn't
   understand why nobody at Nationstar would help her.

3. If my memory serves me correctly, (I could be wrong, but I don't think so) it was Ms. Winchester who was on the telephone telling my wife, after months of leading her on, that Nationstar would not in fact be settling anything with us and further, if they had to wait for our bankruptcy to end to clear title they would happily do so, when I walked in from work one particular evening in early March of 2019.

4. Maybe Ms. Winchester can explain to the Court why she disregarded my wife like a piece of trash when all she was trying to do was to settle with a company that, come to find out, has no right to collect one red cent from debtor Scott Ruquet because by their own admission, they lack a valid Assignment and additionally, it appears they can't procure one. If debtor Scott Ruquet sounds angry, he begs this Court's forgiveness but he is.

5. In paragraph three (3) Ms. Winchester asserts that Nationstar is the servicer for Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 Asset Backed Certificates, Series 2004-5, also referring to the same as the secured creditor. Debtor Scott Ruquet disputes this assertion.

6. In paragraph four (4) of her Certification, Ms. Winchester asserts that:

> "secured Creditor is the owner of the mortgage on the Debtor's real property located at 621 Bay Boulevard, Bayville New Jersey" and "Secured creditor is in possession of the original collateral file concerning the underlying mortgage, which file includes the original, duly endorsed Note, a true and correct copy of which is attached hereto as Exhibit A."

7. Exhibit A of Ms. Winchester's Certification does not provide a copy of the original wet ink Note, but rather, a Certified Copy signed by the bank's closing attorney, Laurence Hecker, Esq.

8. Further, her statement "Secured creditor is in possession of the original collateral file concerning the underlying mortgage, which file includes the original, duly endorsed Note," completely contradicts the direct statements she made to debtor's wife where in she said: "Oh believe me, we have the

Note" during the course of one telephone conversation. Debtor's wife will be available for direct testimony on December 15, 2020.

9. Finally, if, as the purported "Servicer", Nationstar **does not** have the wet ink Note, they must be the only "Servicer" on the planet that doesn't hold Notes to facilitate foreclosures, should they become an unpleasant necessity.

10. At present, the mortgage statements dated October 19, 2020, and November 17, 2020, still reflect partial payments in direct contempt of the controlling Order [#267] (Exhibit B)

11. Ms. Winchester's assertions that the internal accounting system is responsible for the oversights and failure to correct "partial payments" along with her vague reference to the CFPB is weak at best.

12. Ms. Winchester fails to take into consideration that:

"[The lender] cannot use its accounting procedures to contravene the terms of a confirmed Chapter 13 plan and the bankruptcy code." In re Wines, 239 B.R. 703, 707 (Bankr. D. N.J. 1999) quoting Inre Rathe, 114 B.R. 253, 257 (Bankr. D. Idaho 1990).

13. Debtor Scott Ruquet would also like Ms. Winchester to clarify where the $9,293.13 being held in suspense went. Specifically, when viewing the monthly statement dated September 18, 2020, [Exhibit C] it clearly shows a total of $9,293.13 held in suspense and a principle balance of $69,321.47.

14. The following monthly statement [Exhibit B, page 1] shows $0 being held in suspense and a principle balance of $69,002.71. This calls into question Ms. Winchester's statements in paragraph eight (8) of her Certification in its entirety.

15. Ms. Winchester also fails entirely to address clearing title to the real property known as 621 Bay boulevard, Bayville, New Jersey, 08721 which was a stipulation of the controlling Order (page 2, clause 3 with an extension to October 23, 2020, for compliance.)

16. Finally, maybe Ms. Winchester can explain to debtor Scott Ruquet why, when his wife called to have a copy of his monthly mortgage statement emailed to her, that all outgoing emails (other than payment confirmations and, to add

insult to injury, Customer Satisfaction Surveys), to the email address on file (ddruquet@gmail.com) were in fact being re-routed presumably to the attorney or record.

17. In order for the staff at Nationstar to accommodate Debtor Scott Ruquet's wife's simple request it, became necessary to email her the statement at the old email address on file. [Exhibit D] When Ms. DeRosa-Ruquet emailed Mr. Neeren to ask him to have his client unblock the email. She received no response which at this point is no surprise, sadly. [Exhibit E]

18. Perhaps most concerning to debtor Scott Ruquet, however, is the letter dated November 11, 2020 [Exhibit F] which states in part:

> "We received your correspondence on November 10, 2020, regarding the above referenced loan...please note that during the investigation and resolution of your inquiry, written correspondence, such as billing statements and mandatory State pre-forelcousre notices, may continue."

19. Debtor Scott Ruquet never sent in any correspondence on November 10, 2020, and views this letter as an intimidation tactic for refusing to "cooperate" with Scott Cupiak.

20. Additionally, the letter violates the Stay in the instant case and the Discharge Order in the companion Chapter 7 case, entered in July of 2011. Debtor Scott Ruquet's wife did email Mr. Neeren informing him that debtor Scott Ruquet did not send in any written request and informed him of the aforementioned violations and that email went unanswered as well. [Exhibit G]

21. Most of all, debtor Scott Ruquet and his wife see that letter for exactly what it is meant to be, that is: it is to serve as a stark warning of what debtor Scott Ruquet and his wife will be subjected to once this case is closed, should Nationstar mortgage remain free to act in *any* capacity regarding debtor Scott Ruquet's interest in the real property know as 621 Bay Boulevard Bayville New Jersey 08721.

22. Simply put: it is nothing short of petrifying for both debtor Scott Ruquet and his wife, Donna DeRosa-Ruquet.

23. In Summary, Nationstar has failed to comply with the controlling Order #267 and for that reason the debtor respectfully requests that, having considered the facts of this case, the Court issues a judicial satisfaction.

12/7/20

A

A

 **Gmail**

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

## Case No: 14-17571-KCF

**donna ruquet** <ddruquet@gmail.com>                                    Fri, Feb 15, 2019 at 10:15 AM
To: kathy.winchester@mrcooper.com
Cc: ruth.terry@mrcooper.com

Good morning Ms. Winchester:

I believe you are handing my case. I am forwarding this email that I sent to your Counsel.

I am doing so because questions that are simple should not be complicated and emails that go unanswered have become the norm, not the exception.

Kindly advise of your position either via email, telephone (732.278.3227) or through Counsel at your earliest convenience.

Thanks and have a great day.

Donna DeRosa- Ruquet

---------- Forwarded message ---------
From: **donna ruquet** <ddruquet@gmail.com>
[Quoted text hidden]
[Quoted text hidden]

 Gmail

**The DeRosa-Ruquet Family <ddruquet@gmail.com>**

## Case No: 14-17571-KCF

**Charles Wohlrab** <cwohlrab@logs.com>                              Fri, Feb 15, 2019 at 12:35 PM
To: donna ruquet <ddruquet@gmail.com>

Donna,

I forwarded your proposal to Kathy and I am awaiting their instruction.

I cannot send you the e-mail due to Attorney-Client privilege.  I will absolutely send you a prompt response if they give approval to do so.

[Quoted text hidden]

**M Gmail**                                        **The DeRosa-Ruquet Family <ddruquet@gmail.com>**

## Case No: 14-17571-KCF

**donna ruquet** <ddruquet@gmail.com>                              Mon, Feb 18, 2019 at 10:25 AM
To: Charles Wohlrab <cwohlrab@logs.com>, Cdenardo@logs.com, ecollazo@russotrustee.com
Cc: kathy.winchester@mrcooper.com, ruth.terry@mrcooper.com

Good morning Charles:

I hope this finds you well. As you are aware 30 days has passed since I drafted and sent my first correspondence to you via email. At present I have received no formal written response to the issues I raised from either you or your client. Under RESPA you are out of time.

Unfortunately I must put on hold any offers of settlement I may have made as I feel it prudent for me to obtain a MERS Milestone report.

I feel this way because the loan shows as being in an inactive status on the MERS public website and we have never refinanced it. Therefore I would like to see why.

I am thinking that this loan was added to the closed Trust ( GSAA 2004-5) for the purpose of collecting default insurance monies and that the Assignment to Nationstar has no MIN on it because the original MIN associated with the loan has been retired. With this in mind there is a very good chance that Milestone report will list the loan as "paid in full."

In my heart of hearts I honestly hope I am wrong because to think that American citizens would lie, cheat and steal from other American citizens because of greed is one thing; to know it is another.

What I find particularly curious is at the time of the Assignment dated July of 2012, to Duetchse Bank, the 1st National Bank of Arizona and its parent the 1st National Bank of Nevada, had been closed by the OCC in 2008, some four years prior to the Assignment to the MBS and its collateral assessts seized.

There are several Superior Court cases that have found the same thing curious as well. Additionally, it appears that documents Amy Hawkins signed (her's is the signature on the Allonge attached to my Note) have been found to be questionable in nature on several cases.

With these things in mind I look to the future to when the loan has been paid off and my Note is nowhere to be found. Presently this is a growing concern within the mortgage community so, as they say, an ounce of prevention is worth a pound of cure. How apropos is that saying in this case?

Finally, as you are aware, my husband and I are Tenants by Entirety on the Deed, the Mortgage doesn't acknowledge his martital status nor does the Note or the original Title binder.

There are so many things wrong with that I'm not sure a simple reMod with my signature will truly cure anything so I will be seeking advice from Counsel before I proceed.

As I have stated in prior correspondence: at present I am the only one with clear title to this house as far as I can see. As such,  asserting my right to possession under the Note may be my only recourse to keep the title clear.

This becomes quite clear as the purported investor ( Duetchse Bank) failed to file a Proof of Claim in my case, yet felt the need to have two attorneys enter appearances on their behalf some fours years after I filed my case. You have alternately claimed to represent Deutsche Bank and Nationstar Mortgage. Which is it?

Nationstar, under their current Assignment dated May of 2013, is technically unable to assert any rights to my loan or my house because their Assignment is invalid and is marked as an error in my County Clerk's office.

I am thinking this makes their Proof of Claim either invalid or questionable at best, as they rely on an Assignment that does not name them.

Regardless, Nationstar has been aware of the problem with their Assignment since 2014, at which time they they attempted to fix the issue but then realized I had filed a Chapter 13 bankruptcy.

Incidentally,  MERS does not have any right to correct my Note in conjunction with Scott's mortgage. As always there is the distinct possibility I may he wrong but I certainly won't hold my breathe waiting for you to tell me if this is so.

That is because since the day you started shadowing my bankruptcy transparency has not been your strong point. As a matter of fact your game of cat and mouse is becoming tiresome and more importantly, your attempt at impuning my character by telling other attorneys I am "crazy" is more than troubling.

For this reason I will be asking your boss, Chris DeNardo, to remove you from this case and as such, I have added him to this email.

If your client wishes to provide a Milestone report to me that would be awesome but in the meantime I will be drafting a QWR today amd sending it along to MERS.

Thanks and as always, have a great day.

Regard,
Donna DeRosa-Ruquet
[Quoted text hidden]

![Gmail](M Gmail)                                    **The DeRosa-Ruquet Family <ddruquet@gmail.com>**

---

## (no subject)

---

**donna ruquet** <ddruquet@gmail.com>                                    Tue, Feb 19, 2019 at 9:15 AM
To: kathy.winchester@mrcooper.com, ruth.terry@mrcooper.com
Cc: cwholrab@logs.com, cdenardo@logs.com

Good morning:

I hope this finds you well. I have contacted MERS and asked about the procedure relative to obtaining a MERS Milestone report via a QWR.

The representative I spoke with explained to me that my request must be made to the Servicer.

Please let this email serve as a qualified written request for a MERS Milestone report on the real property known as 621 Bay Blvd Bayville NJ 08721.

Please feel free to email me the report at ddruquet@gmail.com at your earliest convenience.

I look foward to your anticpated cooperation and hope to receive a response with the report in the near future.

Thank you and as always, have a great day.

Regards,

Donna DeRosa- Ruquet

B

B

## cooper
CHANGING THE FACE OF HOME LOANS

PO Box 818060
5801 Postal Road
Cleveland, OH 44181

Customer Service: 877-343-5602
Monday through Friday from 8 a.m. to 5 p.m. (CT)
www.mrcooper.com

| | |
|---|---|
| Statement Date: | 10/19/2020 |
| Loan Number: | 0610524662 |
| Payment Due Date: | 11/01/2020 |
| **Total Payment Amount:** | **$1,011.50** |

2200  1 MB 0.439  T11 P1  AUTO  501673.3-NNNN-30457721

SCOTT T RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $69,002.71 |
| Interest Rate | 3.875% |
| Escrow Balance | $2,519.02 |
| Prepayment Penalty | No |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

### Explanation of Total Payment Amount (Post Petition Payment)

| | |
|---|---|
| Principal | $319.79 |
| Interest | $222.82 |
| Escrow Amount (for Taxes and Insurance) | $468.89 |
| **Regular Monthly Payment** | **$1,011.50** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $0.00 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$1,011.50** |

The payment amount does not include any amount that was past due before you filed for bankruptcy.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre Petition Arrearage)

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

| | |
|---|---|
| Total Due at Filing | $0.00 |
| Amount Applied to Claim Arrears Last Month | $0.00 |
| Total Amount Applied to Claim Arrears | $0.00 |
| Current Balance | $0.00 |

### Past Payments Breakdown

| | Payments Rec'd Since 09/19/2020 | Paid Year to Date |
|---|---|---|
| Principal | $318.76 | $1,954.91 |
| Interest | $223.85 | $3,471.19 |
| Escrow (Taxes & Insurance) | $468.89 | $4,878.53 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Pre-Petition Partial (Unapplied) | $0.00 | $0.00 |
| Post-Petition Partial (Unapplied) | $0.00 | $0.00 |
| **Total** | **$1,011.50** | **$10,304.63** |

### Transaction Activity (09/19/2020 to 10/19/2020)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 10/16/2020 | Payment | $1,011.50 | $318.76 | $223.85 | $468.89 | |
| 10/16/2020 | Adjustment-Misc Suspense | -$1,011.50 | | | | -$1,011.50 |
| 10/15/2020 | Partial Payment | $1,011.50 | | | | $1,011.50 |

### Important Messages

(See Reverse side for Additional Critical Notices)

Partial Payment (Unapplied) refers to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to the mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Partial Payment (Unapplied) balance represents the amount of funds being held in a non-interest bearing account as of the date of this statement.

While an account is involved in a pending bankruptcy case, Mr. Cooper is unable to offer an automatic payment plan. Once the loan is no longer subject to a bankruptcy proceeding, you may contact Mr. Cooper to set up automatic payments.

If you no longer wish to receive a monthly statement, please send a written request to the following address:
PO Box 613287 Dallas, TX 75261

If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.

If your Bankruptcy Plan requires you to send your regular monthly payments to the Trustee, you continue to pay the Trustee per your plan. Please contact your attorney or the Trustee if you have any questions.

We are in the process of applying the terms of the Order to the Account. Therefore, the information captured in this statement is subject to change.

The fees listed herein may not be all recoverable fees disclosed to the Bankruptcy Court. Please refer to the Bankruptcy filing for the complete list of fees and costs.

Please contact your attorney or the Trustee with questions regarding the application of payments.

The information disclosed on the periodic statement may not include payments you have made to the Trustee and may not be consistent with the Trustee's records.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

## cooper

### VOLUNTARY PAYMENT COUPON

| ACCOUNT NUMBER | TOTAL PAYMENT AMOUNT** |
|---|---|
| | |

**cooper**
CHANGING THE FACE OF HOME LOANS

PO Box 818060
5801 Postal Road
Cleveland, OH 44181

INFORMATIONAL STATEMENT

**CONTACT INFORMATION**

Customer Service: 877-343-5602
Monday through Friday from 8 a.m. to 5 p.m. (CT)
www.mrcooper.com

| | |
|---|---|
| Statement Date: | 11/17/2020 |
| Loan Number: | 0610524662 |
| Payment Due Date: | 12/01/2020 |
| **Total Payment Amount:** | **$1,011.50** |

2284  1 MB 0.439   T10 P1   AUTO   528010.2-NNNN-30475634

SCOTT T RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $68,682.92 |
| Interest Rate | 3.875% |
| Escrow Balance | $1,866.75 |
| Prepayment Penalty | No |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

## Explanation of Total Payment Amount (Post Petition Payment)

| | |
|---|---|
| Principal | $320.82 |
| Interest | $221.79 |
| Escrow Amount (for Taxes and Insurance) | $468.89 |
| **Regular Monthly Payment** | **$1,011.50** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $0.00 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$1,011.50** |

The payment amount does not include any amount that was past due before you filed for bankruptcy.

## Summary of Amounts Past Due Before Bankruptcy Filing (Pre Petition Arrearage)

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

| | |
|---|---|
| Total Due at Filing | $0.00 |
| Amount Applied to Claim Arrears Last Month | $0.00 |
| Total Amount Applied to Claim Arrears | $0.00 |
| Current Balance | $0.00 |

## Past Payments Breakdown

| | Payments Rec'd Since 10/20/2020 | Paid Year to Date |
|---|---|---|
| Principal | $319.79 | $2,274.70 |
| Interest | $222.82 | $3,694.01 |
| Escrow (Taxes & Insurance) | $468.89 | $5,347.42 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Pre-Petition Partial (Unapplied) | $0.00 | $0.00 |
| Post-Petition Partial (Unapplied) | $0.00 | $0.00 |
| **Total** | **$1,011.50** | **$11,316.13** |

## Transaction Activity (10/20/2020 to 11/17/2020)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 11/16/2020 | Payment | $1,011.50 | $319.79 | $222.82 | $468.89 | |
| 11/16/2020 | Adjustment-Misc Suspense | -$1,011.50 | | | | |
| 11/13/2020 | Partial Payment | $1,011.50 | | | | -$1,011.50 |
| 10/22/2020 | Town Tax Disbursed | $1,121.16 | | | $1,121.16 | $1,011.50 |

## Important Messages

**(See Reverse side for Additional Critical Notices)**

*Partial Payment (Unapplied)* refers to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to the mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Partial Payment (Unapplied) balance represents the amount of funds being held in a non-interest bearing account as of the date of this statement.

While an account is involved in a pending bankruptcy case, Mr. Cooper is unable to offer an automatic payment plan. Once the loan is no longer subject to a bankruptcy proceeding, you may contact Mr. Cooper to set up automatic payments.

If you no longer wish to receive a monthly statement, please send a written request to the following address:
PO Box 613287 Dallas, TX 75261

If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.

If your Bankruptcy Plan requires you to send your regular monthly payments to the Trustee, you continue to pay the Trustee per your plan. Please contact your attorney or the Trustee if you have any questions.

We are in the process of applying the terms of the Order to the Account. Therefore, the information captured in this statement is subject to change. The fees listed herein may not be all recoverable fees disclosed to the Bankruptcy Court. Please refer to the Bankruptcy filing for the complete list of fees and costs.

Please contact your attorney or the Trustee with questions regarding the application of payments.

The information disclosed on the periodic statement may not include payments you have made to the Trustee and may not be consistent with the Trustee's records.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

---
DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

**mr. cooper**

**VOLUNTARY PAYMENT COUPON**

ACCOUNT NUMBER

C

C

# cooper
CHANGING THE FACE OF HOME LOANS

PO Box 818060
5801 Postal Road
Cleveland, OH 44181

**CONTACT INFORMATION**
Customer Service: 877-343-5602
Monday through Friday from 8 a.m. to 5 p.m. (CT)
www.mrcooper.com

| Statement Date: | 09/18/2020 |
|---|---|
| Loan Number: | 0610524662 |
| Payment Due Date: | 10/01/2020 |
| **Total Payment Amount:** | **$1,925.74** |

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

4603 1 AB 0.419  T23 P2  AUTO  474144.5-NNNN-30440472

SCOTT T RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $69,321.47 |
| Interest Rate | 3.875% |
| Escrow Balance | $2,050.13 |
| Prepayment Penalty | No |
| Cramdown Unsecured Amount | $61,954.23 |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

## Explanation of Total Payment Amount (Post Petition Payment)

| | |
|---|---|
| Principal | $318.76 |
| Interest | $223.85 |
| Escrow Amount (for Taxes and Insurance) | $468.60 |
| **Regular Monthly Payment** | **$1,011.21** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $914.53 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$1,925.74** |

The payment amount does not include any amount that was past due before you filed for bankruptcy.

## Summary of Amounts Past Due Before Bankruptcy Filing (Pre Petition Arrearage)

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

| | |
|---|---|
| Total Due at Filing | $0.00 |
| Amount Applied to Claim Arrears Last Month | $0.00 |
| Total Amount Applied to Claim Arrears | $0.00 |
| Current Balance | $0.00 |

## Past Payments Breakdown

| | Payments Rec'd Since 08/19/2020 | Paid Year to Date |
|---|---|---|
| Principal | $634.44 | $1,636.15 |
| Interest | $450.78 | $3,247.34 |
| Escrow (Taxes & Insurance) | $937.20 | $4,409.64 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $1,011.21 | $9,293.13 |
| **Total** | **$3,033.63** | **$18,586.26** |

## Transaction Activity (08/19/2020 to 09/18/2020)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 09/17/2020 | Payment | $1,011.21 | $317.73 | $224.88 | $468.60 | |
| 09/17/2020 | Adjustment-Misc Suspense | -$1,011.21 | | | | -$1,011.21 |
| 09/15/2020 | Partial Payment | $1,011.21 | | | | $1,011.21 |
| 08/19/2020 | Payment | $1,011.21 | $316.71 | $225.90 | $468.60 | |

## Important Messages                    (See Reverse side for Additional Critical Notices)

*Partial Payment (Unapplied) refers to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to the mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Partial Payment (Unapplied) balance represents the amount of funds being held in a non-interest bearing account as of the date of this statement.*

*While an account is involved in a pending bankruptcy case, Mr. Cooper is unable to offer an automatic payment plan. Once the loan is no longer subject to a bankruptcy proceeding, you may contact Mr. Cooper to set up automatic payments.*

*If you no longer wish to receive a monthly statement, please send a written request to the following address:*

*PO Box 613287 Dallas, TX 75261*

*If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.*

*If your Bankruptcy Plan requires you to send your regular monthly payments to the Trustee, you continue to pay the Trustee per your plan. Please contact your attorney or the Trustee if you have any questions.*

*We have not received all of your mortgage payments due since you filed for bankruptcy.*

*We are in the process of applying the terms of the Order to the Account. Therefore, the information captured in this statement is subject to change.*

*The fees listed herein may not be all recoverable fees disclosed to the Bankruptcy Court. Please refer to the Bankruptcy filing for the complete list of fees and costs.*

*Please contact your attorney or the Trustee with questions regarding the application of payments.*

*The information disclosed on the periodic statement may not include payments you have made to the Trustee and may not be consistent with the Trustee's records.*

---
✂ DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.


mr. cooper
CHANGING THE FACE OF HOME LOANS

## VOLUNTARY PAYMENT COUPON

| ACCOUNT NUMBER | TOTAL PAYMENT AMOUNT** |
|---|---|

**cooper**
CHANGING THE FACE OF HOME LOANS

PO Box 818060
5801 Postal Road
Cleveland, OH 44181

INFORMATIONAL STATEMENT

**CONTACT INFORMATION**

Customer Service: 877-343-5602
Monday through Friday from 8 a.m. to 5 p.m. (CT)
www.mrcooper.com

| | |
|---|---|
| Statement Date: | 09/18/2020 |
| Loan Number: | 0610524662 |
| Payment Due Date: | 10/01/2020 |
| **Total Payment Amount:** | **$1,925.74** |

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

SCOTT T RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

## Transaction Activity (08/19/2020 to 09/18/2020) continued from Page 1

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 08/19/2020 | Adjustment-Misc Suspense | -$1,011.21 | | | | -$1,011.21 |
| 08/19/2020 | Legal Fees | $22.00 | | | | $22.00 |

*If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.*

D

D

Test

Michael Smith <michael.j.smith@mrcooper.com>                    11/25/2020 11:49 AM    MS

To  ruquet1@comcast.net

Reply    Forward    Delete    ≡

📎 1 attachment ▸    View    Download

Hello,

    Testing email for you.

Respectfully,

**MICHAEL SMITH**
*AVP, Escalations*

2501 S Price Rd
Chandler, AZ 85286

(O) 480.378.4850
(F) 214.626.1048

**mr. cooper**
CHANGING THE FACE OF HOME LOANS

This e-mail communication and any attachments may contain confidential, copyrighted, and legally privileged information for use solely by the designated recipients to which this e-mail is addressed. If you are not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, disclosure, dissemination, distribution, or copying of this message or its contents is prohibited and may be subject to governing laws protecting its disclosure. If you have received this communication in error, please notify Mr. Cooper immediately by e-mail at postmaster@mrcooper.com and destroy all copies of this communication and any attachments.

# Mr. Cooper Contact

Marissa Nasralla <marissa.nasralla@mrcooper.com>                    11/25/2020 11:59 AM

**To** ruquet1@comcast.net

Reply    Forward    Delete    ≡

📎  2 attachments ▾    View    Download

**Marissa Nasralla**
*Executive Resolution Team*
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067
**(Phone)** 480-467-0626
**(Fax)** 972-459-7489



This e-mail communication and any attachments may contain confidential, copyrighted, and legally privileged information for use solely by the designated recipients to which this e-mail is addressed. If you are not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, disclosure, dissemination, distribution, or copying of this message or its contents is prohibited and may be subject to governing laws protecting its disclosure. If you have received this communication in error, please notify Mr. Cooper immediately by e-mail at postmaster@mrcooper.com and destroy all copies of this communication and any attachments.

## RE: Test

Michael Smith <michael.j.smith@mrcooper.com>    11/25/2020 12:12 PM    MS

To  ruquet1@comcast.net

Reply    Forward    Delete    ≡

2 attachments ▾    View    Download

**MICHAEL SMITH**
*AVP, Escalations*

2501 S Price Rd
Chandler, AZ 85286

(O) 480.378.4850
(F)  214.626.1048

*mr.*
**cooper**
CHANGING THE FACE OF HOME LOANS

**Mr. Cooper <donotreply@email.nationstarmail.com>**                     2/14/2020 1:32 PM

# Your email address was updated

To ruquet1@comcast.net





Hi,

As you requested, we will no longer send Mr. Cooper emails to this address ruquet1@comcast.net and instead send them to ddruquet@gmail.com.

Please check ddruquet@gmail.com regularly for important communications about your account.

If you did not make this request, please call us at 888-480-2432. You can also contact us.

Thanks,

Your friends at Mr. Cooper

Terms of Use      Privacy      Licensing Information      CA, NV, SC & WA Residents
Complaints      Update Profile

This email is to keep you informed about your Mr. Cooper account, including service updates and other information about your account.

Questions? Please don't respond to this email. Instead, just contact us.

Nationstar Mortgage LLC d/b/a Mr. Cooper
8950 Cypress Waters Blvd.
Dallas, TX 75019
NMLS: #2119 www.nmlsconsumeraccess.org

Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC.



EQUAL HOUSING
OPPORTUNITY

This email was sent by: Nationstar Mortgage LLC d/b/a Mr. Cooper d/b/a Mr. Cooper.
8950 Cypress Waters Blvd., Coppell, TX, 75019



 Gmail

The DeRosa-Ruquet Family <ddruquet@gmail.com>

## Mr. Cooper Wants Your Feedback!

1 message

**customersurveys@sqmgroup.com** <customersurveys@sqmgroup.com>
To: ddruquet@gmail.com

Wed, Nov 25, 2020 at 1:57 PM

This feedback opportunity will expire November 27, 11:59 PM PST.

# Your Feedback Opportunity for Mr. Cooper's Call Center Service

# Tell us what you think!

Mr. Cooper is working with SQM Group, an independent customer experience research firm, to gather feedback about your last experience with Mr. Cooper's call center customer service. Customer feedback is continually used to improve Mr. Cooper's service and is treated in a confidential manner. We would be pleased if you provide your feedback. This will take you approximately 3-4 minutes to complete.

## Provide
## Feedback

Thank you, we appreciate your feedback.
Mr. Cooper

*You are receiving this invitation to provide feedback because you recently interacted with Mr. Cooper's call center. This email to ddruquet@gmail.com is in response to your contact with Mr. Cooper on November 25, 2020. In some cases, you may receive one additional email reminder from SQM Group related to this contact. To remove yourself from future feedback opportunities, please click here. Should you have any questions regarding SQM Group's Privacy Policy, please email privacy@sqmgroup.com.*

SQM Group: 7400 Mineral Drive, Suite 600, Coeur d'Alene, ID, 83815 customersurveys@sqmgroup.com

E



 Gmail

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>

---

## DeRosa - Ruquet et al., 14-17571

1 message

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Wed, Nov 25, 2020 at 12:22 PM
To: David Neeren <dneeren@rasnj.com>

Good afternoon:

I hope this finds you well. As today is the 25th of November and the monthly statement was not in the mail, I called your client to ask of they would kindly email me a copy.

After several phone calls, four attempts and two hours, it appears your client has my email address blocked from receiving any outgoing email other than payment confirmations.

I make this assertion because I had the monthly statement sent to another email address and received it with no problem.

Incidentally, the statement was not mailed until Monday, the 23 of November, or so I've been told and I have to wonder why, given it was dated November 17, 2020.

Kindly ask your client to remove this ridiculous, underhanded block on my email, which I am guessing was put into place to prevent any employee from sending me the truth. Like the gentleman in Subordination.

Thank you and please enjoy your holiday.

Regards,
Donna DeRosa Ruquet

F

F



**OUR INFO**
**ONLINE**
www.mrcooper.com



14  1 SP 0.500  T1 P0  AUTO  520785.3-NNNNNN-39520388

Scott Ruquet
226 Potters Drive
Bayville, NJ 08721

November 11, 2020

**ACCOUNT INFO**
**LOAN NUMBER: 0610524662**
**CASE NUMBER: LB-11-20-00804**
**PROPERTY ADDRESS:**
**621 Bay Blvd**
**Bayville , NJ 08721**
**MORTGAGOR(S):**
**Scott Ruquet**

Dear Scott Ruquet :

We received your correspondence on November 10, 2020, regarding the above-referenced loan. We thank you for bringing this matter to our attention. We take all matters seriously and are in the process of reviewing your concerns.

A response will be provided no later than December 24, 2020.

Please note that during the investigation and resolution of your inquiry, written correspondence, such as billing statements and mandatory State pre-foreclosure notices, may continue.

If you have any questions, please contact us via one of the following methods.

Mr. Cooper
Customer Relations
PO Box 619098
Dallas, TX 75261-9741
phone:  877-783-7480
facsimile: 972-315-8637
email: customerrelationsofficer@mrcooper.com

Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT).  Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper
Customer Relations

520785.3-14.1*

G

G

 Gmail

The DeRosa-Ruquet Family <ddruquet@gmail.com>

---

## DeRosa-Ruquet et al., 14-17571 In re: Correspondence Received from Nationstar

1 message

---

**The DeRosa-Ruquet Family** <ddruquet@gmail.com>                    Fri, Nov 20, 2020 at 8:28 AM
To: David Neeren <dneeren@rasnj.com>
Cc: Scott Ciupak <sciupak@rascrane.com>

Good morning:

I hope this email finds you well. Please advise your client that my husband did not send in any correspondence to Nationstar on November 10, 2020, as indicated in the attached letter, nor did I.

As well, please advise your client that any underlying debt attached to any mortgage Nationstar may think they have the right to lay claim to even in the absence of a valid Assignment, was discharged in 2011. Therefore this letter is a violation of the Discharge Order issued in 2011 along with the Stay in the instant case among other things.

Thanks for the heads up though, letting me know that you have the loan in pre-forclosure. I'll be keeping my eye out for those mandatory State- preforclosure notices.

Thanks and have a great day!!

Regards,
Donna DeRosa-Ruquet

---


**20201120_081620.jpg**
4902K