UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on December 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.:            _____

Chapter:             _____

Hearing Date:        _____

Judge:               _____

ORDER HOLDING NATIONSTAR IN CONTEMPT

The relief set forth on the following pages, numbered two (2) through _____
is **ORDERED**.

**DATED: December 22, 2020**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

ORDER HOLDING NATIONSTAR IN CONTEMPT

This matter coming before the court as a result of the ongoing contempt by Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 Asset Backed Certificates, Series 2004-5 ("Nationstar") of this court's May 15, 2020 *ORDER GRANTING DEBTOR'S CROSS MOTION* and for the continued hearing on the Debtor's Motion to Enforce *ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION*; and

The court having considered the papers filed by the parties and the oral argument presented on December 15, 2020, and for the reasons stated on the record on December 22, 2020; it is hereby

**ORDERED** that Nationstar may purge itself of this court's prior finding of contempt of this court's May 15, 2020 *ORDER GRANTING DEBTOR'S CROSS MOTION* by either filing the documents with the Ocean County Clerk as directed by the order, OR filing a copy of a valid assignment with this court within twenty-one (21) days; and it is

**FURTHER ORDERED** that a sanction, payable into the court, in the amount of $2,500 is imposed for Nationstar's failure to comply with this court's explicit instruction not to list any mortgage payments that comply with this court's prior orders as partial payments on the Debtor's monthly mortgage statements. That sanction must be paid within twenty-one (21) days; and it is

**FURTHER ORDERED** that Nationstar must take whatever action is necessary to ensure that the Debtor's next mortgage statement is fully compliant with this court's previous orders and instructions placed on the record; and it is

**FURTHER ORDERED** that if full compliance with this Order is not possible within the timeframe provided, it is Nationstar's burden to come before this court to seek relief from this Order accompanied by persuasive evidence that compliance is impossible.

This matter is continued to January 26, 2021. Nationstar must file a copy of the most recent mortgage statement prior to that hearing.