**R A S**

**ROBERTSON, ANSCHUTZ, SCHNEID,**
**CRANE & PARTNERS, PLLC**
**L A W   O F F I C E S**

**Richard Citron, Esq.**
**Managing Partner, NJ and PA Offices**
**Admitted in PA, NJ and NY**

*A professional limited liability company organized in the*
*State of Florida*
133 Gaither Drive, Suite F
Mt. Laurel, NJ 08054
Phone: (855) 225-6906
Fax: (866) 381-9549
https://www.raslegalgroup.com

**James Robertson, Esq. deceased**
**Everett Anschutz, Esq. TX Bar**
**David J. Schneid, Esq. FL Bar**
**John T. Crane, Esq. TX Bar**

January 12, 2021

*Via ECF Only*
Hon. Kathryn C. Ferguson, Judge
United States Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *In Re: Scott Ruquet and Donna DeRosa-Ruquet*
      **Case No. 14-17571**

Dear Judge Ferguson:

I represent Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5, Asset-Backed Certificates, Series 2004-5 ("Deutsche") and its mortgage loan servicer, Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") concerning this matter.  This letter serves to update the Court with Nationstar's compliance with the Order dated December 22, 2020 [Doc 282] (the "Order") entered in the above matter to date and of its intended course of action related to the Order.

Nationstar timely tendered the required $2,500.00 payment per the Order, as evidenced by the docket entry on January 5, 2021, at Receipt Number 624112.  Nationstar intends to file a motion pursuant to Rule 60 and the Court's invitation in the Order to seek relief utilizing persuasive evidence to demonstrate why it is impossible/impracticable for Nationstar to comply with the Order related to the requirements that: (1) Deutsche, as the long-established real party in interest, assign/convey the subject mortgage to a non-owner of the mortgage, Nationstar, its mortgage loan servicer; and, (2) Nationstar issue payment statements without transparency on this loan only while the Debtors are in active bankruptcy since Nationstar has advised that it is unable to circumvent internal accounting practices and procedures promulgated as a result of federal authority.

We look forward to the opportunity to address these matters more fully with the Court in the filed motion and accompanying proofs and at the hearing on January 26, 2021.

Page 2
Judge Ferguson
January 12, 2021


Respectfully submitted,


ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC


By:_\s\ David Neeren, Esquire____
        David Neeren, Esquire
        Attorneys for Nationstar and Deutsche
        dneeren@raslg.com
        Mobile: (215) 499-9021
        Bar ID: 009662007

Cc:     Albert Russo, Esq., Chapter 13 Standing Trustee (via ECF)
        Donna DeRosa-Ruquet (via U.S. 1st Class Mail)
        Scott T. Ruquet (via U.S. 1st Class Mail)