| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC** <br> 133 Gaither Drive, Suite F <br> Mt. Laurel, NJ 08054 <br> Telephone:  855-225-6906 Ext. 1304 <br> Facsimile:  866-381-9549 <br> Attorneys for Secured Creditor <br><br> David Neeren, Esq. (Bar ID: 009662007) | |
| In Re: <br><br> SCOTT RUQUET and <br> DONNA DEROSA-RUQUET, <br><br>         Debtors. | Case No. 14-17571-KCF <br><br> Chapter 13 <br><br> Hearing Date:  January 26, 2021 <br><br> Judge:  Kathryn C. Ferguson |

### NOTICE OF MOTION TO AMEND AND/OR SEEK RELIEF UNDER THE COURT'S DECEMBER 22, 2020 ORDER HOLDING NATIONSTAR IN CONTEMPT (DOCKET 282)

TO:    Scott Ruquet               Donna DeRosa-Ruquet
       226 Potters Lane          226 Potters Lane
       Bayville, NJ 08721        Bayville, NJ 08721
       *Pro Se Debtor*             *Pro Se Debtor*

      **PLEASE TAKE NOTICE** that, upon the motion of Secured Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 (hereinafter "Secured Creditor") and all pleadings and proceedings heretofore had herein, the law firm of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, shall move before the Honorable Kathryn C. Ferguson, located at Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom #2, Trenton, New Jersey 08608 on **January 26, 2021** at **10:00 a.m.** to amend and/or seek relief under the Court's December 22, 2020 *Order Holding Nationstar in Contempt (Docket 282)*..

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. Local Bankruptcy Rule ("LBR") 9013-1(d)(1), answering papers and cross-motions, if any, are required to be filed and served upon the undersigned at least seven (7) days before the return date of this Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to LBR 9013-1(f), the undersigned requests oral argument on this Motion if opposition is timely filed and served.

Dated: January 19, 2021

**Robertson, Anschutz, Schneid, Crane
& Partners, PLLC**
133 Gaither Drive, Suite F
Mount Laurel, NJ 08054
Telephone:  855-225-6906
Facsimile:  866-381-9549

/s/ David Neeren
David Neeren, Esq.
Bar ID:  009662007
Email: dneeren@raslg.com