# Exhibit C



## Ocean County
## Document Summary Sheet

| | |
|---|---|
| OCEAN COUNTY | INSTR # 2012054321 |
| PO BOX 2191 | OR BK 15213 PG 1203 |
| | RECORDED 05/31/2012 09:20:01 AM |
| COURTHOUSE | SCOTT M. COLABELLA, COUNTY CLERK |
| TOMS RIVER NJ 08754 | OCEAN COUNTY, NEW JERSEY |

**Official Use Only**

| **Transaction Identification Number** | 1739441 | 927489 |
|---|---|---|

| | | |
|---|---|---|
| **Submission Date** *(mm/dd/yyyy)* | 05/30/2012 | **Return Address** *(for recorded documents)* |
| **No. of Pages** *(excluding Summary Sheet)* | 1 | BANK OF AMERICA |
| **Recording Fee** *(excluding transfer tax)* | $40.00 | 1800 TAPO CANYON ROAD |
| **Realty Transfer Tax** | $0.00 | SIMI VALLEY, CA 93063 |
| **Total Amount** | $40.00 | |

| **Document Type** | ASSIGNMENT/MORTGAGE |
|---|---|

**Municipal Codes**

| BERKELEY TOWNSHIP | 6 |
|---|---|

**Batch Type**

L2 - LEVEL 2 (WITH IMAGES)

**Bar Code(s)**

**Additional Information (Official Use Only)**

*This is not a certified copy*

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF OCEAN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*



**Ocean County**
**Document Summary Sheet**

| | Type | ASSIGNMENT/MORTGAGE |
|---|---|---|
| | Consideration | |
| | Submitted By | BANK OF AMERICA  (INGEO SYSTEMS INC) |
| | Document Date | 05/30/2012 |
| | Reference Info | |

| | Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|---|
| ASSIGNMENT/MO RTGAGE | OR | 11959 | 1815 | 2004054389 | |

| MORTGAGOR | Name | Address |
|---|---|---|
| | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | |

| ASSIGNEE | Name | Address |
|---|---|---|
| | DEUTSCHE BANK NATL TRUST CO | |

| Parcel Info | | | | | |
|---|---|---|---|---|---|
| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | |

This is not a certified copy

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF  OCEAN  COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

CFN 2012054321 O  DOC_TYPE ASSN MTG BK 15213 PG 1204 PAGE 2 OF 3

This space for Recorder's use

| | Recording Requested By:<br>**Bank of America**<br>Prepared By:<br>**Bank of America**<br>**800-444-4302**<br>**1800 Tapo Canyon Road**<br>**Simi Valley, CA 93063** | When recorded mail to:<br>**CoreLogic**<br>**450 E. Boundary St.**<br>**Attn: Release Dept.**<br>**Chapin, SC 29036** |
|---|---|---|

DocID# ▮▮▮▮▮

Property Address:
**621 Bay Blvd**
**Bayville, NJ 08721-2203**
Property Location:
**Township of BERKELEY**
NJ0v2-AM  18454067            5/22/2012

MIN #: ▮▮▮▮▮                                          MERS Phone #:   888-679-6377

# ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **1901 E Voorhees Street, Suite C, Danville, IL 61834** does hereby grant, sell, assign, transfer and convey unto **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR  THE CERTIFICATEHOLDERS OF THE GSAA HOME EQUITY TRUST 2004-5, ASSET-BACKED     CERTIFICATES, SERIES 2004-5** whose address is **1761 E ST ANDREW PL, SANTA ANA, CA 92705** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender:            **FIRST NATIONAL BANK OF ARIZONA**
Borrower(s):                **SCOTT T. RUQUET**
Date of Mortgage:        **3/5/2004**
Original Loan Amount:    **$140,800.00**

Recorded in **Ocean County, NJ** on: **3/12/2004**, book **11959**, page **1815** and instrument number **2004054389**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
**MAY 25 2012**

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
             Raymond Marquez ,
             Assistant Secretary

State of **California**
County of **Ventura**

On **MAY 25 2012** before me, **Kim Williams** , Notary Public, personally appeared **Raymond Marquez** , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

Notary Public: _____**Kim Williams**_____            (Seal)
My Commission Expires: _____**October 23, 2014**

KIM WILLIAMS
COMM. #1910043
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires OCT. 23, 2014