# Exhibit D



INSTR # 2013108361
OR BK 15656 PG 1342
RECORDED 10/07/2013 08:52:47 AM
SCOTT M. COLABELLA, COUNTY CLERK
OCEAN COUNTY, NEW JERSEY



This space for Recorder's use

| DocID# ███████ | Recording Requested By:<br>**Bank of America, N.A.**<br>Prepared By:<br>**Anne-Marie Calderon**<br>**800-444-4302**<br>**101 S. Marengo Ave.**<br>**Pasadena, CA 91101** | When recorded mail to:<br>**CoreLogic**<br>**Mail Stop: ASGN**<br>**1 CoreLogic Drive**<br>**Westlake, TX 76262-9823** |
|---|---|---|
| Property Address:<br>**621 Bay Blvd**<br>**Bayville, NJ 08721-2203**<br>Property Location:<br>**Township of BERKELEY**<br>NJ0v2-AM 25997494   8/21/2013  NS0630D | | |

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063** does hereby grant, sell, assign, transfer and convey unto **NATIONSTAR MORTGAGE, LLC** whose address is **350 HIGHLAND DRIVE, LEWISVILLE, TX 75067** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST NATIONAL BANK OF ARIZONA**

Borrower(s): **SCOTT T. RUQUET**

Date of Mortgage: **3/5/2004**

Original Loan Amount: **$140,800.00**

Recorded in **Ocean County, NJ** on: **3/12/2004**, book **OR 11959**, page **1815** and instrument number **2004054389**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on **SEP 2 3 2013**

**Bank of America, N.A.**

By: _Rebecca Canales_ ,
**Rebecca Canales**
**Assistant Vice President**

State of **California**
County of **Los Angeles**

On **SEP 2 3 2013** before me, **Ani Badalian** , Notary Public, personally appeared **Rebecca Canales** , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

_____
Notary Public: **Ani Badalian**
My Commission Expires: **Sept. 4 2017**

ANI BADALIAN
Commission # 2036114
Notary Public - California
Los Angeles County
My Comm. Expires Sep 4, 2017
(Seal)