# Exhibit I

Case 14-17571-KCF    Doc 189    Filed 09/23/19    Entered 09/24/19 14:23:34    Desc Main
Document    Page 1 of 2



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone:  973-575-0707
Attorneys for Secured Creditor

Laura M. Egerman (LE-8250)

---

In Re:

**DONNA DEROSA-RUQUET and
SCOTT RUQUET,**

        **Debtors.**

**Order Filed on September 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 14-17571-KCF

Chapter: 13

Judge: Kathryn C. Ferguson

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: September 23, 2019**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case 14-17571-KCF    Doc 189    Filed 09/29/19    Entered 09/24/19 11:23:34    Desc Main
Document    Page 3 of 4    Page 3 of 4    09232019

Debtor: Donna DeRosa-Ruquet and Scott Ruquet
Case No: 14-17571-KCF
Caption of Order: **Order Approving Loan Modification**
_____

THIS MATTER having been brought to the Court on the motion of Laura M. Egerman, Esq., on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 seeking an Order Authorizing Entry of a FINAL Loan Modification Agreement with Debtor Scott Ruquet, only, concerning a mortgage on real property referenced on the loan modification attached to movant's motion, and the Court having considered the submissions; and the parties having been given timely notice; and for good cause shown:

1.    IT IS ORDERED Debtor Scott Ruquet is granted approval to enter into a final loan modification.

2.    IT IS ORDERED that, if pre-petition arrears are capitalized into the loan modification, Secured Creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order.  Upon receipt of an Amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3.    IT IS ORDERED that, if post-petition arrears are capitalized into the loan modification, Secured Creditor shall file an amended post-petition order within thirty (30) days of the date of this Order.  Upon receipt of the amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4.    IT IS FURTHER ORDERED that Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  14−17571−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Donna DeRosa−Ruquet | Scott Ruquet |
| 226 Potters Drive | 226 Potters Drive |
| Bayville, NJ 08721 | Bayville, NJ 08721 |

Social Security No.:
  xxx−xx−0594                                            xxx−xx−8070

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 24, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 189 − 175
Order Granting Motion to Approve Loan Modification (Related Doc # 175) with DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004−5 ASSET−BACKED CERTIFICATES, SERIES 2004−5. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/23/2019. (ghm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 24, 2019
JAN: ghm

Jeanne Naughton
Clerk