# Exhibit K

Donna DeRosa-Ruquet
226 Potters Drive
Bayville, NJ 08721
732.278.3227
ddruquet@gmail.com

October 3, 2019

The Honorable Kathryn Ferguson
Chief Judge of the United States Bankruptcy Court
Courtroom No. 3
District of New Jersey, City of Trenton
402 East State Street
Trenton, New Jersey 08608

In re: CS 14-17571-KCF/ Amended Proof of Claim 8-2  [#191]

**OBJECTION TO AMENDED PROOF OF CLAIM 8-2**

Your Honor:

Please accept this letter Objection to the Amended Proof of Claim 8-2 in lieu of a more formal pleading.

Prior to the subject Modification dated November 11, 2016, in the amount of $138,983.34 Co-Debtor Scott Ruquet entered into an interest only Modification with Nationstar Mortgage on October 24, 2014. The total amount owed in that Modification was $138, 362.14. Both Modifications identify Nationstar as the lender and are attached for your review. The 2014 Modification resulted in a pre-petition balance of zero dollars and a zero pre-petition balance statement was filed with the Trustee.

On April 1, 2013, Deutsche bank disbursed a check in the amount of $827.90 to Berkeley Township to satisfy a Special Tax Lien for water and sewer. This amount was never included in the Proof of Claim or the initial Modification dated October 24, 2014. On October 2, 2014 Nationstar filed a Notice of Post Petition Mortgage Fees, Expenses and Charges in the amount of $650. This was also not included in the initial Modification dated October 24, 2014. Finally, on February 25, 2015, Nationstar disbursed $1991.19 to Berkeley Township to satisfy a special tax lien for water and sewer. In total these disbursements amount to $3,469.09. None of these charges were included in the second

Case 14-17571-KCF   Doc 190   Filed 10/07/19   Entered 10/07/19 15:44:59   Desc Main
Document   Page 2 of 14

Modification dated November 11, 2016, as evidenced by the "New Money" amount totaling $621 which is clearly stated on the first page of the Modification.

On August 6, 2019, Nationstar, who by their own admission in the letter dated March 6, 2019, does not have a valid Assignment to the real property located at 621 Boulevard, Bayville, NJ, filed a Motion before this Court to have the current loan Modification approved some three and half years after it was executed in the amount of $138,983.34. The matter was set down and heard on September 10, 2019. While clearly the Co Debtor, Scott Ruquet is the only borrower on this loan, Nationstar, in an attempt at playing fast and loose with the Court, tried to have debtor Donna DeRosa-Ruquet included as a borrower to defeat her marital interest in a sneaky, underhanded way. In fact, debtor Donna DeRosa-Ruquet cannot even make a payment for her husband Co-Debtor Scott Ruquet or even discuss the account without having a Third Party Authorization Form on file with Nationstar.

On September 24, 2019, and Order was entered granting Nationstar's motion to approve the current loan Modification in the amount of $138, 983.84 in only Co-Debtor Scott Ruquet's name [#189.] This Order expressly allowed for the filing of an Amended Proof of Claim if either pre or post petition charges had been included in the Modification. Because it has been established that a zero balance pre petition statement was filed with the Trustee's Office, one must then consider the change date the Amended Claim was filed not entered, which reflects September 30, 2019, and the amount the Amended Claim sets forth which is $138,983.84. It appears that this Amended Proof of Claim has been filed for the purpose of post petition charges that Counsel stated amounted to zero dollars at the hearing that took place on September 10, 2019, not once but several times.

On September 30, 2019, Co-Debtor Scott Ruquet did not owe anyone, least of all Nationstar, $138,983.84 for the real property secured via lien known as 621 Bay Blvd. Bayville NJ 08721. Rather, on September 30, 2019, the principle amount securing the lien on said real property was in fact, $133,249.91 as evidenced by the most recent statement generated by Nationstar on September 18, 2019, attached for the Court's review.

Case 14-17571-KCF   Doc 196   Filed 10/07/19   Entered 10/07/19 15:44:59   Desc Main
Document   Page 4 of 14

With this in mind there is a $5832 differential that has been left unaccounted for as the Amended Proof of Claim does not have a statement attached itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001 9c)(2)(A) even though "yes" is checked in box 7 of the form. Giving Counsel the benefit of the doubt, this could in fact merely be an error, however given the history and the nature of this case both debtors seek the Court's forgiveness in advance when they state that they doubt this very much.

In fact, both debtors have become so jaded they feel this Nationstar's back door way to make a foreclosure grab after this case is closed. Why else wouldn't they agree to roll these charges into the modification even though co-debtor Scott Ruquet made the request back in 2016? At that time their answer was "We don't do that" and now the debtors know why.

Additionally, box 2 is left blank presumably because to answer it would be to prejudice the Claim. Nationstar does not have a valid Assignment, is not recorded as being a servicer on this loan and in fact, listed themselves as the Creditors on Page 3 Part 3 of the Amended Proof of Claim. That raises the question then: why is Deutsche Bank even involved in this case when Nationstar continually asserts their Creditor status? To the debtors it appears that Nationstar and Deutsche Bank need to sit down and get their stories straight but until then they have no standing before this Court.

Notwithstanding the fact that we have tried in vain to settle this matter and that the subject Modification is over three (3) years old and firmly cemented in place by simple contract law, debtor Donna DeRosa-Ruquet has been subjected to constant head games from both of these firms when in fact she has done nothing but try and settle this matter amicably.

For this reason the debtors ask that the Amended Proof of Claim as it sits is denied, that co-debtor Scott Ruquet is in fact not responsible for any post petition charges not included in the Modification dated November 7, 2016, and that a reasonable amount of punitive damages be awarded to the debtors for the flagrant, willful disregard and manipulations of the rules and Codes of this Court by Nastionstar Mortgage, Deutsche Bank, Shapiro and DeNardo LLC and RAS Citron LLC.

Additionally, as all parties agree that debtor Donna Derosa-Ruquet's marital interest is in fact without question in tact, it is first in line, so at this time debtor Donna DeRosa-Ruquet respectfully requests the Court grants her Adverse Possession of 621 Bay Boulevard Bayville NJ 08721, further stripping both Deutsche Bank and Nationstar Mortgage of any rights to said real property now and in the future, as both have continually come to Court with unclean hands and more importantly, are out of time to file an Amended Proof of Claim by well over 3 years.

Respectfully Submitted,

Donna DeRosa-Ruquet

Case 14-17571-KCF    Doc 190    Filed 10/07/19    Entered 10/07/19 15:44:59    Desc Main
Document    Page 8 of 14 Page 9 of 17

Case 14-17571-KCF Doc 289-13 Filed 01/19/21 Entered 01/19/21 18:01:25 Desc
Exhibit K - APOC Objection_10072019 Page 9 of 14 Page 10 of 17

Case 14-17571-KCF Doc 190 Filed 10/07/19 Entered 10/07/19 15:44:59 Desc Main
Document Page 9 of 14

**INFORMATIONAL STATEMENT**



### CONTACT INFORMATION

**Customer Service:** 877-343-5602
Monday - Friday: 8 a.m. - 5 p.m. CT
www.mrcooper.com

Your Dedicated Loan Specialist is Glen Hurkabay and can be reached at (866)-316-2432 or via mail at
8950 Cypress Waters Blvd., Coppell, TX 75019

| | |
|---|---|
| Statement Date: | 09/18/2019 |
| Loan Number: | 610524662 |
| Payment Due Date: | 10/01/2019 |
| **Total Payment Amount:** | **$1,107.61** |

mr. cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019

113 1 AB 0.412 T1 P1 AUTO 172986.2-NNNN-30261697

SCOTT T RUQUET
DANN LAW
POST OFFICE BOX 6031040
CLEVELAND, OH 44103

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.
If you want to stop receiving these statements, please contact us in writing at the address on the following page.

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $133,249.91 |
| Interest Rate | 3.875% |
| Escrow Balance | $1,613.49 |
| Prepayment Penalty | No |

The Principal Balance does not reflect the payoff amount of the account and is not to be used for payoff purposes

### Explanation of Total Payment Amount (Post Petition Payment)

| | |
|---|---|
| Principal | $112.32 |
| Interest | $430.29 |
| Escrow Amount (for Taxes and Insurance) | $565.00 |
| **Regular Monthly Payment** | **$1,107.61** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $0.00 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$1,107.61** |

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

This box shows amounts that were past due when you filed for bankruptcy. It may also include other arrearage amounts on your mortgage loan. The Trustee is sending us the payments monthly mortgage payments. These are separate from your regular monthly mortgage payments

| | |
|---|---|
| Total Due at Filing | $0.00 |
| Amount Applied to Claim Arrears Last Month | $0.00 |
| Total Amount Applied to Claim Arrears | $0.00 |
| Current Balance | $0.00 |

### Past Payments Breakdown

| | Payments Rec'd Since 08/21/2019 | Paid Year to Date |
|---|---|---|
| Principal | $354.80 | $1,103.53 |
| Interest | $1,293.03 | $4,322.57 |
| Escrow (Taxes & Insurance) | $1,605.00 | $5,588.60 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $2,215.22 | $9,922.44 |
| **Total** | **$5,538.05** | **$20,937.14** |

### Transaction Activity (08/21/2019 to 09/18/2019)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 09/17/2019 | Payment | $1,107.61 | $111.96 | $430.65 | $565.00 | -$1,107.61 |
| 09/17/2019 | Adjustment-Misc Suspense | -$1,107.61 | | | | $1,107.61 |
| 09/17/2019 | Partial Payment | $1,107.61 | | | | -$1,107.61 |
| 09/17/2019 | Adjustment-Misc Suspense | -$1,107.61 | | | | $1,107.61 |

**(See Reverse side for Additional Critical Notices)**

### Important Messages

Partial Payment (Unapplied) refers to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to the mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Partial Payment (Unapplied) balance represents the amount of funds being held in a non-interest bearing account as of the date of this statement.

Lender Paid Expenses are funds paid by Mr.Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

While an account is involved in a pending bankruptcy case, Mr.Cooper is unable to offer an automatic payment plan. Once the loan is no longer subject to a bankruptcy proceeding, you may contact Mr.Cooper to set up automatic payments.

If you no longer wish to receive a monthly statement, please send a written request to the following address:
PO Box 613287 Dallas, TX 75261

If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.

If your Bankruptcy Plan requires you to send your regular monthly payments to the Trustee, you continue to pay the Trustee per your plan. Please contact your attorney or the Trustee if you have any questions.

The fees listed herein may not be all recoverable fees disclosed to the Bankruptcy Court. Please refer to the Bankruptcy filing for the complete list of fees and costs.

Please contact your attorney or the Trustee with questions regarding the application of payments.

The information disclosed on the periodic statement may not include payments you have made to the Trustee and may not be consistent with the Trustee's records.

---

✄ DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

## VOLUNTARY PAYMENT COUPON

mr. cooper
www.mrcooper.com

| ACCOUNT NUMBER | TOTAL PAYMENT AMOUNT** | |
|---|---|---|
| 610524662 | 10/01/2019 | $1,107.61 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR COOPER'

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON

SCOTT T RUQUET

MR. COOPER
PO BOX 619094
DALLAS, TX 75261-9741

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

**TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH**

**All amounts must be paid in full before additional principal can be made.

0610524662 0000110761 0000110761

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and conveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Mr. Cooper, Attn: Military Families, P.O. Box 619098, Dallas, TX 75261-9741, fax 555-555-5427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our web site at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

If a payment is credited to your account and subsequently dishonored by your bank, $50.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved nonprofit homeownership counseling agencies may be downloaded from the Internet at https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll free number 1-800-569-4287 toll free TDD number 1-800-877-8339 to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, the consumer may file complaints about the Servicer with the New York State Department of Financial Services or to obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Financial Services.

---

Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit. Mr. Cooper may report your account to the major credit bureaus.

## PAYMENT OPTIONS

**AUTOMATED PHONE PAYMENT** is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call 877-343-5602.

**AGENT ASSISTED PAYMENT** is a pay-by-phone service provided by a live agent. Call 877-343-5602 and speak with an agent. There may be a fee of up to $14 for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Money Gram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1074***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number, indicating:

Pay to: Mr. Cooper   Code City: MRCOOPER   State: TX

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

---

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic fund transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

---

## CONTACT INFORMATION

**CUSTOMER SERVICE: 877-343-5602**, Monday through Friday 8 am - 5 pm CT. (Calls may be monitored and/or recorded for quality assurance purposes).

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| BANKRUPTCY CASE NOTICES: | WRITTEN INFORMATION REQUESTS*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY PAYMENTS: | REQUEST TO CANCEL OR RESUME STATEMENTS: |
|---|---|---|---|---|---|---|
| PO Box 619096 Dallas, TX 75261-9741 | PO Box 619098 Dallas, TX 75261-9741 | Lake Vista 4 800 State Highway 121 Bypass Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 587-4729 | PO Box 2505 Covina, CA 91722-2505 Fax (626) 567-6439 | PO Box 619094 Dallas, TX 75261-9741 | PO Box 51328? Dallas, TX 75261 |

*ANY NOTICE OF ERROR, REQUEST FOR INFORMATION OR OTHER QUALIFIED WRITTEN REQUEST REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: Mr. Cooper, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A written request must comply with the requirements of RESPA and Regulation X. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by Mr. Cooper) that (1) includes or otherwise enables Mr. Cooper to identify the name and account of the borrower, and (2) includes a statement of the reasons for the belief of the borrower, to the extent applicable, that the account is in error or provides sufficient detail to Mr. Cooper regarding information sought by the borrower. A written request may be considered untimely if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, which ever date is applicable.

Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.



---

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX:   ☐ MAILING ADDRESS   ☐ TELEPHONE NUMBER   LOAN #: _____

Borrower's Name: _____

Borrower's New Address: _____

Co-Borrower's Name: _____

Co-Borrower's New Address: _____

Authorized Borrower's Number(s):
Home: ( _____ ) _____   Mobile: Yes   No
Work: ( _____ ) _____  Ext: _____   Mobile: Yes   No
Other: ( _____ ) _____   Mobile: Yes   No

Authorized Co-Borrower's Number(s):
Home: ( _____ ) _____   Mobile: Yes
Work: ( _____ ) _____  Ext: _____   Mobile: Yes
Other: ( _____ ) _____   Mobile: Yes

Signature Required: _____

Signature Required: _____

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes but is not limited to, calls from your dialing system to any cellular or mobile telephone.

| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval 2502-0584 Exp 3/31/2021 |

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.
  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA; however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form HUD-92070
(6/2017)

Case 14-17571-KCF   Doc 289-13   Filed 01/19/21   Entered 01/19/21 18:01:25   Desc
Exhibit K - APOC Objection 10072019   Page 13 of 17

Case 14-17571-KCF   Doc 196   Filed 10/07/19   Entered 10/07/19 15:44:59   Desc Main
Document   Page 12 of 14



## INFORMATIONAL STATEMENT

**CONTACT INFORMATION**

Customer Service: 877-343-5602
Monday - Friday: 8 a.m. - 5 p.m. CT

**www.mrcooper.com**

Your Dedicated Loan Specialist is Glen Huckaday and can be
reached at (866)-316-2412 or via mail at:
8950 Cypress Waters Blvd., Coppell, TX 75019

| | |
|---|---|
| Statement Date: | 09/18/2019 |
| Loan Number: | 610524662 |
| Payment Due Date: | 10/01/2019 |
| **Total Payment Amount:** | **$1,107.61** |

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

cooper

8950 Cypress Waters Blvd.
Coppell, TX 75019

SCOTT F RUQUET
DANN LAW
POST OFFICE BOX 6031040
CLEVELAND, OH 44103

### Transaction Activity (08/21/2019 to 09/18/2019) continued from Page 1

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 09/16/2019 | Partial Payment | $1,107.61 | | | | $1,107.61 |
| 08/30/2019 | Payment | $1,107.61 | $111.60 | $431.01 | $565.00 | |
| 08/30/2019 | Adjustment-Misc Suspense | -$1,107.61 | | | | -$1,107.61 |
| 08/30/2019 | Partial Payment | $1,107.61 | | | | $1,107.61 |
| 08/29/2019 | Adjustment-Misc Suspense | -$1,107.61 | | | | -$1,107.61 |
| 08/26/2019 | Partial Payment | $1,107.61 | | | | $1,107.61 |
| 08/23/2019 | Legal Fees | $1,050.00 | | | | $1,050.00 |
| 08/23/2019 | Payment | $1,107.61 | $111.24 | $431.37 | $565.00 | |
| 08/22/2019 | Adjustment-Misc Suspense | -$1,107.61 | | | | -$1,107.61 |
| 08/22/2019 | Partial Payment | $1,107.61 | | | | $1,107.61 |
| 08/21/2019 | Adjustment-Misc Suspense | -$1,107.61 | | | | -$1,107.61 |
| 08/21/2019 | Partial Payment | $1,107.61 | | | | $1,107.61 |

**Important Messages cont.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has
not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt
from you personally.

Case 14-17571-KCF  Doc 190  Filed 10/07/19  Entered 10/07/19 15:44:59  Desc Main
Document  Page 13 of 14

FIRST-CLASS MAIL
U.S. POSTAGE PAID
44101
PERMIT NO. 965



Case 14-17571-KCF    Doc 196-1    Filed 10/07/19    Entered 10/07/19 15:44:53    Desc
Certification of Service    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DONNA DEROSA-RUQUET
226 POTTERS DRIVE
BAYVILLE NJ 08721

DEBTOR PRO SE

In Re:

Nationstar Mortgage

**FILED**
JEANNE A. NAUGHTON, CLERK

OCT 07 2019

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

Case No.:        14-17571

Chapter:         13

Adv. No.:        None

Hearing Date:    TBD

Judge:           K. FERGUSON

## CERTIFICATION OF SERVICE

1.  I, DONNA DEROSA-RUQUET:

☐ represent NA in this matter.

☐ am the secretary/paralegal for NA, who represents NA in this matter.

☑ am the DEBTOR in this case and am representing myself.

2.      On October 5, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Objection To Amended Proof Of Claim 8-2

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    October 5, 2019

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Laura M. Egerman** RAS Citron, LLC 130 Clinton Road Ste Lobby B, Suite 202 Fairfield, NJ 07004 | Attorney for Deutsche Bank | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other N/A (As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Charles G. Wohlrab** Shapiro & DeNardo, LLC 14000 Commerce Parkway Suite B Mount Laurel, NJ 08054 | Attorney for Nationstar Mortgage LLC | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other N/A (As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Deutsche Bank National Trust Company (518486178) Nationstar Mortgage LLC d/b/a Mr. Cooper Bankruptcy Department PO Box 619096 Dallas, TX 75261** | Defendant | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other N/A (As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Albert Russo** Standing Chapter 13 Trustee CN 4853 Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other N/A (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other Click or tap here to enter text. (As authorized by the Court or by rule. Cite |