# Exhibit N

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | **Order Filed on April 15, 2020**<br>**by Clerk**<br>~~U.S. Bankruptcy Court~~<br>**District of New Jersey** |
| **RAS Crane, LLC**<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone:  470-321-7112 (main)<br>Telephone:  973-575-0707 (local)<br>Attorneys for Defendants<br><br>Laura Egerman, Esq. (LE-8250) | |
| In Re:<br><br>DONNA DEROSA-RUQUET and<br>SCOTT RUQUET,<br><br>      Debtors. | Case No. 14-17571-KCF<br><br>Chapter 13 |
| DONNA DEROSA-RUQUET and<br>SCOTT RUQUET,<br><br>      Plaintiffs,<br><br>      v.<br><br>THE NOTE HOLDER, AND NATIONSTAR<br>MORTGAGE, LLC ("NSM"), DEUTSCHE<br>BANK, DEUTSCHE BANK NATIONAL<br>TRUST COMPANY AS TRUSTEE FOR<br>GSAA HOME EQUITY TRUST 2004-5<br>ASSET-BACKED CERTIFICATES,<br>SERIES 2004-5, JOHN DOE BANK 1-999<br>JANE DOE BANK 1-999,<br><br>      Defendants. | Adv. Pro. No. 19-ap-02175-KCF |

## ORDER GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

The relief set for on the following page, numbered two (2), is hereby ORDERED:

DATED: April 15, 2020

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtors: | Scott Ruquet and Donna DeRosa-Ruquet |
| Case No: | 14-17571-KCF |
| Adversary: | Ruquet v. The Note Holders, et als. |
| Adv. No: | 19-ap-02175-KCF |
| Caption: | Order Granting Defendant's Cross Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment against Defendant |

THIS MATTER having come before this Honorable Court upon the Plaintiffs' *Motion for Summary Judgment* (Docket #15) (the "**Motion for Summary Judgment**"), filed on March 17, 2020, by Debtors Scott Ruquet and Donna DeRosa-Ruquet, and upon Defendant  Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Deutsche Bank National Trust Company, as trustee for GSAA Home Equity Trust 2004-5 Asset-Backed Certificates, Series 2004-5's Cross-Motion for Summary Judgment (Docket #__) (the "**Cross Motion for Summary Judgment**") filed on April 7, 2020; and the Court having considered all papers filed in support of the relief requested by the Motion for Summary Judgment and the Cross Motion for Summary Judgment, and any papers filed in opposition to the Motion for Summary Judgment and the Cross Motion for Summary Judgment, if any; and the Bankruptcy Court having considered any and all oral arguments made for and against the relief requested in the Motion for Summary Judgment and the Cross Motion for Summary Judgment at the hearing thereto, if any; and for good cause shown, it is hereby ORDERED as follows:

1.      Plaintiffs' Motion for Summary Judgment is denied in its entirety as to the relief requested against Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Deutsche Bank National Trust Company, as trustee for GSAA Home Equity Trust 2004-5 Asset-Backed Certificates, Series 2004-5.

2.      The Cross Motion for Summary Judgment of Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Deutsche Bank National Trust Company, as trustee for GSAA Home Equity Trust 2004-5 Asset-Backed Certificates, Series 2004-5 is granted in its entirety.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Donna DeRosa–Ruquet and Scott Ruquet
Debtor

                                              Case No.: 14–17571–KCF
                                              Chapter 13

Donna DeRosa–Ruquet
Plaintiff

v.

The Note Holder
Defendant

Adv. Proc. No. 19–02175–KCF                            Judge: Kathryn C. Ferguson

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on April 16, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 21 – 19
Order Granting Cross Motion (Related Doc # 19). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/16/2020. (ghm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 16, 2020
JAN: ghm

                                              Jeanne Naughton
                                              Clerk