# Exhibit O

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on September 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Donna DeRosa-Ruquet
Scott Ruquet

| | |
|---|---|
| Case No.: | 14-17571 |
| Chapter: | 13 |
| Hearing Date: | 9/29/2020 |
| Judge: | Kathryn C. Ferguson |

### Order Granting Motion to Enforce Order

The relief set forth on the following pages, numbered two (2) through ____2____ is
**ORDERED**.

**DATED: September 29, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the court on motion of Scott Ruquet to enforce previous orders of this court and the court having considered the timely filed submissions as well as oral argument, it is for good cause hereby

ORDERED that the motion is granted; it is further

ORDERED that Nationstar shall pay sanctions into the court in the amount of $2,500 no later than October 2, 2020; it is further

ORDERED that no later than October 13, 2020 Nationstar shall file with the Ocean County Clerk's Office:
a) a copy of the 2016 Loan Modification Agreement,
b) a copy of the April 2, 2020 Order on Motion to Enforce Mortgage Modification [Doc 246],
c) a copy of the May 15, 2020 Order Granting Motion to Amend [Doc 253],
d) a copy of the May 15, 2020 Order Granting Cross-motion [Doc 254], and
e) a copy of this order

ORDERED that Scott Ruquet is current through his September 2020 mortgage payment; it is further

ORDERED that all future mortgage statements issued by Nationstar and any of its successors in interest will plainly indicate:
a) that there was no past due balance as of October 1, 2020,
b) that there is no balloon payment due at the end of the loan term; more specifically, the mortgage statement must not contain any unsecured cramdown balance,
c) that payments of $542.61 plus taxes and insurance are being posted immediately as full payments; more specifically, the payments may not be listed as partial payments and may not be held in suspense, and
d) that there are no attorney's fees being added to the loan balance; more specifically, no amount may be added to the monthly payments and loan balance other than late fees, if applicable; and it is further

ORDERED that the matter is continued to December 15, 2020 at 10:00 a.m. By December 5, 2020, Nationstar shall file a certification of a representative from Nationstar that explains how the mortgage statements were adjusted to fully comply with the court's order and attaches copies of the two most recent mortgage statements. That representative should be available to testify, if needed, on December 15, 2020.