# Exhibit P

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone:  470-321-7112 (main)<br>Telephone:  973-575-0707 (local)<br>Attorneys for Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | |
| In Re:<br><br>DONNA DEROSA-RUQUET and<br>SCOTT RUQUET,<br><br>          Debtors. | Case No. 14-17571-KCF<br><br>Chapter 13 |

### CERTIFICATION OF COUNSEL IN RESPONSE TO ORDER GRANTING MOTION TO ENFORCE ORDER

LAURA M. EGERMAN, of full age, hereby certifies as follows:

1.      I am an associate with the firm of Robertson, Anschutz, Schneid & Crane, LLC (hereinafter "RAS"), attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 Asset Backed Certificates, Series 2004-5 (hereinafter "Secured Creditor").  I submit this Certification to the Court in response to, and to provide an update on, the Court's Order Granting Motion to Enforce Order (Docket #267) (the "Enforcement Order").

2.      Under the terms of the Enforcement Order, Secured Creditor was required to pay certain sanctions and have copies of certain orders recorded in the Office of the Clerk/Register of Deeds for Ocean County, New Jersey.

3.      On October 1, 2020, the sanction fee was paid into the Court as is notated on the Docket.

4.      Further, Secured Creditor obtained certified copies of the Orders docketed at Docket 246, 253, 254 and 267 (the "Certified Orders") as required under the Enforcement Order.

5.      In an effort to fully comply with the Enforcement Order, on October 7, 2020, I asked Phyllis Martino in the Ocean County Clerk's Office to review the Certified Orders to insure that the Ocean County Clerk's Recording Cover Sheet could be properly completed and the Ocean County Clerk's Office would record the Certified Orders and the loan modification.

6.      Ms. Martino advised that the Certified Orders 246 and 253 are not recordable in their present form.  Specifically, she advised that each order needs a separate certification while the Court Clerk has given a single certification for the 2 orders.  See Exhibit A attached.

7.      She further noted that none of the Certified Orders contains a reference to the underlying mortgage which they do not, and therefore cannot be recorded.

8.      Accordingly, to comply with the Enforcement Order, the following is needed:

(a)      Corrective or revised Orders 246, 253, 254 and 267 to include reference to the underlying mortgage.

(b)      Corrected Clerk's Certifications for Orders 246 and 253 so that each is separately certified.

9.      To facilitate this process, attached hereto as Exhibits B through D, respectively, are proposed revised forms of Order for the Docketed Orders 246, 253 and 254.  Each now includes a clear reference to the underlying mortgage.  It is respectfully requested that the Court enter these corrected Orders on the Docket.

10.      It is further respectfully requested that the Court revise and reissue its Enforcement Order (Docket 267) to include a reference to the underlying mortgage, and then enter same on the Docket.

11.      Counsel for Secured Creditor attests that both counsel and Secured Creditor are working in good faith to fully comply with the Court's orders, and to ensure that the relief sought and obtained by Debtor in this matter is properly being recognized by Secured Creditor and properly documented in the public record.  Counsel for Secured Creditor and Secured Creditor stand ready, willing and able to submit the certified orders and loan modification agreement for recording, however to comply with the County recording requirements, the assistance of this Court is needed.

12. Counsel for Secured Creditor further respectfully requests that the Court extend the time for Secured Creditor to comply with the recording requirements under the Enforcement Order for a minimum of 30 days, to allow sufficient time for the revised Orders to be considered by the Court, docketed, certified copies obtained, and completion of the recording with the Clerk/Register of Deeds for Ocean County.

I certify that the foregoing statements made by me are true. I am aware that if any statements made by me are willfully false, I am subject to punishment.

Robertson, Anschutz, Schneid & Crane, LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112 (main)
Telephone: 973-575-0707 (local)
Attorneys for Secured Creditor

/s/ Laura Egerman
Laura Egerman
Bar ID: LE-8250
Email: legerman@rasnj.com

Dated: October 9, 2020

# Exhibit A

Case 14-11757-KCF    Doc 2839-18    Filed 10/19/21    Entered 10/19/21 16:31:35    Desc
Exhibit A - Improperly Certified Vendors  Page 5 of 21

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## CERTIFIED COPY

I, Jeanne A. Naughton, Clerk of the United States Bankruptcy Court, certify that the attached is a true and full copy of the original now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at _____Trenton_____, in this State of New Jersey on 10/1/2020_____.



JEANNE A. NAUGHTON, Clerk

By: _R. Stillwell_____

Deputy Clerk

*rev.1/4/17*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on April 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 14-17571 |
| Donna DeRosa-Ruquet | Chapter: 13 |
| Scott Ruquet | Hearing Date: 3/31/2020 |
| | Judge: Kathryn C. Ferguson |

## ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered two (2) through _____2_____ is **ORDERED**.

**DATED: April 2, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

14-17571-Dmmm-DePosa - Document Stowen - Page 2 of 2 Entered 10/09/20 16:30:35   Desc
ORDER ON MOTION Exhibit A - Property Cert cf 8092020 S Page 4 to 16

This matter having been brought before the court by the debtor, Scott Ruquet, on a Motion to Enforce Mortgage Modification, and the court having considered the papers and oral argument of the parties, it is for good cause

ORDERED that Scott Ruquet is required to make monthly payments of $542.61 beginning with the payment due on April 1, 2020 and continuing through a final payment of $542.61 due on June 1, 2034; it is further

ORDERED that if all of the payments on this payment schedule are made there will be no additional payment due at the end of the loan term; it is further

ORDERED that this payment schedule is fixed for the entire term of the loan. It may not be increased for any reason including the addition of attorney fees. This payment schedule binds Nationstar and any successor-in-interest; it is further

ORDERED that when the final payment on this payment schedule is made for the payment due on June 1, 2034, Nationstar or its successor-in-interest will issue a discharge of mortgage.

Page 2

| UNITED STATES BANKRUPTCY COURT **DISTRICT OF NEW JERSEY** Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| **Robertson, Anschutz, Schneid & Crane, LLC** 10700 Abbott's Corner Road, Suite 170 Duluth, GA 30097 Telephone:  470-321-7112 (main) Telephone:  973-575-0707 (local) Attorneys for Secured Creditor  Laura Egerman, Esq. (LE-8250) | **Order Filed on May 15, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re:  SCOTT RUQUET and DONNA DEROSA-RUQUET,  Debtors. | Case No. 14-17571-KCF  Chapter 13  Judge:  Kathryn C. Ferguson |

## ORDER GRANTING MOTION TO AMEND THE COURT'S *ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION* PURSUANT TO FED. R. CIV. P. 59(e) AND FED. R. BANKR. P. 9023

The relief set forth on the following page numbered two (2) is hereby ORDERED:

**DATED: May 15, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 for an Order pursuant to <u>Fed. R. Civ. P. 59(e)</u> and <u>Fed. R. Bankr. P. 9023</u> to amend the Court's *Order on Motion to Enforce Mortgage Modification* (Docket 246) (the "Motion to Amend"), it is hereby ORDERED as follows:

1.  The Motion to Amend is hereby GRANTED.

2.  The Court's *Order on Motion to Enforce Mortgage Modification* (Docket #246) is hereby amended to read as follows:

> *ORDERED that Scott Ruquet is required to make monthly payments of **<u>principal</u> <u>and interest</u>** of $542.61 **<u>plus escrow to fund taxes and insurance</u>** beginning with the payment due on April 1, 2020 and continuing through a final payment **of principal and interest** of $542.61 **plus escrow**, due on June 1, 2034;*

# Exhibit B

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 2001-1(b) | |
| In Re:<br><br>DONNA DEROSA-RUQUET<br>SCOTT RUQUET | Case No. 14-17571-KCF<br><br>Chapter 13<br><br>Hearing Date:  03/31/2020<br><br>Judge:  Kathryn C. Ferguson |

*CORRECTIVE*
## ORDER ON MOTION TO ENFORCE MORTGAGE MORIFICATION

The relief set for on the following page, numbered two (2) through ___2___, is hereby
ORDERED:

14-17571  Donna DeRosa-Ruquet and Scott Ruquet

ORDER ON MOTION TO ENFORCE MORTGGAE MODIFICATION

       This matter having been brought before the court by debtor, Scott Ruquet, on a Motion to Enforce Mortgage Modification, and the court having considered the papers and oral argument of the parties, it is for good cause

       ORDERED that Scott Ruquet is required to make monthly payments of $542.61 beginning with the payment due on April 1, 2020 and continuing though a final payment of $542.61 due on June 1, 2034; and it is further

       ORDERED that if all of the payments on this payment schedule are made there will be no additional payment due at the end of the loan term; and it is further

       ORDERED that this payment schedule is fixed for the entire terms of the loan.  It may not be increased for any reason including the addition of attorney's fees.  This payment schedule binds Nationstar and any successor-in-interest; it is further

       ORDERED that when the final payment on this payment schedule is made for the payment due on June 1, 2034, Nationstar or its successor-in-interest will issue a discharge of mortgage.

A certified copy of this Order shall be recorded in the Office of the Clerk/Register of Deeds for Ocean County, New Jersey with reference to the Mortgage from Scott T. Ruquet to MERS as Nominee for First National Bank of Arizona dated March 5, 2004 and recorded on March 12, 2004 in the Office of the Clerk/Register of Deeds for Ocean County, New Jersey in OR Book 11959, Page 1815.

# Exhibit C

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>10700 Abbott's Corner Road, Suite 170<br>Duluth, GA 30097<br>Telephone: 470-321-7112 (main)<br>Telephone: 973-575-0707 (local)<br>Attorneys for Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | |
| In Re:<br><br>SCOTT RUQUET and<br>DONNA DEROSA-RUQUET,<br><br>             Debtors. | Case No. 14-17571-KCF<br><br>Chapter 13<br><br>Judge:  Kathryn C. Ferguson |

*CORRECTIVE*

## ORDER GRANTING MOTION TO AMEND THE COURT'S *ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION* PURSUANT TO FED. R. CIV. P. 59(e) AND FED. R. BANKR. P. 9023

The relief set forth on the following page numbered two (2) is hereby ORDERED:

Page 1

Upon the Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 for an Order pursuant to Fed. R. Civ. P. 59(e) and Fed. R. Bankr. P. 9023 to amend the Court's *Order on Motion to Enforce Mortgage Modification* (Docket 246) (the "Motion to Amend"), it is hereby ORDERED as follows:

1.      The Motion to Amend is hereby GRANTED.

2.      The Court's *Order on Motion to Enforce Mortgage Modification* (Docket #246) is hereby amended to read as follows:

> *ORDERED that Scott Ruquet is required to make monthly payments of **principal and interest** of $542.61 **plus escrow of $546.97 (or as may be adjusted periodically in accordance with applicable law)** beginning with the payment due on April 1, 2020 and continuing through a final payment **of principal and interest** of $542.61 **plus escrow**, due on June 1, 2034;*

A certified copy of this Order shall be recorded in the Office of the Clerk/Register of Deeds for Ocean County, New Jersey with reference to the Mortgage from Scott T. Ruquet to MERS as Nominee for First National Bank of Arizona dated March 5, 2004 and recorded on March 12, 2004 in the Office of the Clerk/Register of Deeds for Ocean County, New Jersey in OR Book 11959, Page 1815.

# Exhibit D

<table>
<tr><td><strong>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY</strong></td><td></td></tr>
<tr><td>Scott Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721<br>Plaintiff Pro Se</td><td>Case No. 14-17571-KCF<br><br>Chapter 13<br><br>Hearing Date:  May 12, 2020<br>                 11:00 a.m.</td></tr>
<tr><td>In Re:<br><br>DONNA DEROSA-RUQUET ET AL<br><br>       Debtors.</td><td></td></tr>
</table>

*CORRECTIVE*
<u>ORDER GRANTING DEBTOR'S CROSS MOTION</u>

    The relief set for on the following page, numbered two (2), is hereby ORDERED:

The Debtor's Cross Motion is granted.  Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Deutsche Bank National Trust Company, as trustee for GSAA Home Equity Trust 2004-5 Asset-Backed Certificates, Series 2004-5 shall file a copy of the 2016 Loan Modification, a copy of the Order to Enforce Mortgage Modification entered on April 20, 2020, and a copy of the Order Granting Motion to Amend the Court's Order on Motion to Enforce Mortgage Modification within thirty (30) days of the date of this Order.

A certified copy of this Order shall be recorded in the Office of the Clerk/Register of Deeds for Ocean County, New Jersey with reference to the Mortgage from Scott T. Ruquet to MERS as Nominee for First National Bank of Arizona dated March 5, 2004 and recorded on March 12, 2004 in the Office of the Clerk/Register of Deeds for Ocean County, New Jersey in OR Book 11959, Page 1815.

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Crane, LLC** <br> Attorneys for Secured Creditor <br> 10700 Abbott's Bridge Road, Suite 170 <br> Duluth, GA 30097 <br> Telephone No.: 973-575-0707 (local) <br> Telephone No.: 470-321-7112 (main) <br><br> Laura Egerman (LE-8250) | Case No.:14-17571-KCF <br><br> Chapter 13 <br><br> Hearing Date: <br><br> Judge: Kathryn C. Ferguson |
| **In Re:** <br><br> **DONNA DEROSA-RUQUET and SCOTT T. RUQUET,** <br><br>    **Debtors.** | |

### CERTIFICATION OF SERVICE

1. I, Laura Egerman, represent Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 in this matter.

2. On October 9, 2020, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below. *Response to Order Granting Motion to Enforce Order with exhibits, Certification of Service*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  October 8, 2020

**RAS Crane, LLC**
Attorneys for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone No.: 973-575-0707 (local)
Telephone No.: 470-321-7112 (main)

By: /s/  Laura Egerman
Laura Egerman, Esquire
NJ Bar ID:  LE-8250
Email: legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Donna DeRosa-Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721<br><br>Scott T. Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721 | *Pro Se* Debtors | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail:<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |