# Exhibit Q

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone: 470-321-7112 (main)<br>Telephone: 973-575-0707 (local)<br>Attorneys for Defendants<br><br>Laura Egerman, Esq. (LE-8250) | |
| In Re:<br><br>DONNA DEROSA-RUQUET and<br>SCOTT RUQUET,<br><br>          Debtors. | Case No. 14-17571-KCF<br><br>Chapter 13 |

## SUPPLEMENTAL CERTIFICATION OF COUNSEL REGARDING COMPLIANCE WITH ORDER GRANTING MOTION TO ENFORCE ORDER

LAURA M. EGERMAN, of full age, hereby certifies as follows:

1. I am an associate with the firm of Robertson, Anschutz, Schneid & Crane, LLC, attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 Asset Backed Certificates, Series 2004-5 (hereinafter "Secured Creditor"). I submit this Certification to the Court to provide an update on Secured Creditor's compliance with the Order Granting Motion to Enforce Order (Docket #267) (the "Enforcement Order").

2. On October 9, 2020, the undersigned filed a Certification of Counsel Regarding Compliance with Order Granting Motion to Enforce Order (the "Certification") (Docket 269) to update the Court on the ongoing efforts to comply with its September 29, 2020 Order on Motion to Enforce (the "Enforcement Order") (Docket 267). That Certification is incorporated by reference in its entirety herein.

3. On October 12, 2020, we reached out to Scott Ruquet to request his authorization to add the book/page reference for the underlying mortgage onto the first page of the 2016 Loan Modification Agreement (hereinafter the "Loan Mod") because the Clerk/Register of Deeds for

18-196067<br>
Ruquet, Scott<br>
Supplemental Certification Regarding Compliance<br>
Page 1

Ocean County had confirmed it could not record the Loan Mod without this reference contained on the first page of the document.  By email on that same date, Mr. Ruquet advised that he would not authorize the addition of the book/page reference to the Loan Mod.  A copy of the email exchange is attached as Exhibit A.

4.	In order to comply with the Enforcement Order, and despite the fact that the Loan Mod did not contain the required book/page reference, the Loan Mod was electronically submitted for recording on October 13, 2020.

5.	On October 15, 2020, the Clerk/Register of Deeds for Ocean County rejected the Loan Mod for recording because it did not include the book/page reference for the underlying mortgage.  A copy of the Clerk's rejection email is attached as Exhibit B.

6.	In the interim, by email dated October 13, 2020, the Court advised that it was unwilling to enter the Corrective Orders which were attached to the Certification.  It had been noted in the Certification that the Clerk/ Register of Deeds for Ocean County had advised that the Certified Orders could not be recorded because they did not include reference to the book/page of the underlying mortgage.

7.	Having resolved the issues relating to the improper certification of certain of the Orders, and order to try and comply with the Enforcement Order, the Certified Orders were sent by overnight delivery to the Clerk/Register of Deeds for Ocean County for recording on October 20, 2020.  The Clerk/Register of Deeds for Ocean County received the Certified Orders on October 21, 2020.

8.	The Clerk of Ocean County has now returned the unrecorded Certified Orders with a "Document Return Notice" indicating that the orders could not be recorded because they did not contain the book/page reference.  See Exhibit C.

9.	At this point, Secured Creditor and their counsel have attempted in good faith to comply with the Enforcement Order, both as to recognizing the effect of the 2016 Loan Modification approved by the Court and the recording of the subsequent Certified Orders.

10.	While Secured Creditor is in fact giving full effect to the Court Approved 2016 Loan Modification, counsel for Secured Creditor has not been able to get the Clerk/ Recorder of Deeds for Ocean County to accept the loan mod agreement and the Certified Orders for recording.

11.     At this point in time, Secured Creditor and its counsel are unable to comply further with the Enforcement Order.

I certify that the foregoing statements made by me are true.  I am aware that if any statements made by me are willfully false, I am subject to punishment.

Dated: November 2, 2020

**Robertson, Anschutz, Schneid & Crane, LLC**
Attorneys for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone No.: 973-575-0707 (local)
Telephone No.: 470-321-7112 (main)


By:  /s/  Laura Egerman
Laura Egerman, Esquire
Bar ID:  LE-8250
Email:  legerman@rasnj.com

# Exhibit A

## Scott Ciupak

| | |
|---|---|
| **From:** | The DeRosa-Ruquet Family <ddruquet@gmail.com> |
| **Sent:** | Monday, October 12, 2020 3:29 PM |
| **To:** | Scott Ciupak |
| **Cc:** | Laura Egerman |
| **Subject:** | Re: RASC 18-196067/Ruquet/NJ BK 14-17571 |
| **Attachments:** | image001.jpg |

**This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.**

Good afternoon:

I hope this email finds you well. If I understand correctly, you wish to record the Mortgage Modification with the proper book and page number inserted in the blanks in paragraph 1 of page 1.

My question is how will the county clerk treat the Modification as it does not relate to the lender of record. The Lender of record is Duetsche Bank. The county clerk has indicated that in addition to the book and page number, the correct lender must be referenced. Will a corrective Assignment be filed?

I honestly don't feel comfortable agreeing to anything or committing to anything until Nationstar has a clear chain of title.

I am not trying to be difficult or give you a hard time. I am just hesitant because you know, once bitten twice shy. Specifically you mention getting the Modification filed but make no mention of the Orders. The Modification as written does not provide for the relief afforded in the Orders of the Court.

In light of the additional papers that were filed on Friday I would respectfully decline your request until Nationstar has a clear Assignment.

If, on the Hearing date the only document that needs to be filed is the original Mod because I did not provide authorization, I will gladly accept responsibility.

As an aside, I'm not sure you need me to authorize any type of book and page number insertion on an existing Modification.

If I can be of any further assistance please let me know and thank you for your help in trying to get this cleared up.

Regards,
Scott Ruquet

On Mon, Oct 12, 2020, 12:24 PM Scott Ciupak <sciupak@rascrane.com> wrote:

Attn: Scott Ruquet

Mr. Ruquet,

Our firm is preparing to record the attached loan modification agreement approved by the Court in this case, pursuant to the Court's order entered on September 29, 2020 (doc 267).  However, the Ocean County clerk is advising us that they will not accept the loan modification agreement without the recording info from the mortgage and the book and page number in the first paragraph being filled in.

We would ask your authorization for us to complete that section of the modification so that it reads:

"This Loan Modification agreement ("Agreement"), made this 19th day of October, 2016, between Scott Ruquet ("Borrower") and Nationstar Mortgage, LLC, whose address is 8950 Cypress Waters Blvd., Coppell, TX 75019 ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), and Timely Payment Rewards Rider, if any, dated March 12,2004 and recorded in Book/Liber N/A OR-11959, Page N/A 1815, Instrument No: N/A 2004054389 of the Official Records of Ocean County, NJ and (2) the Note, bearing the same date as, and secured by the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at 621 Bay Blvd, Bayville, NJ 08721, the real property described being set forth as follows:"

If you will authorize us to submit the court approved modification with the additions highlighted in yellow above, that will allow us to get the modification recorded with the Ocean County clerk as ordered by the bankruptcy court.  **Please send us that authorization by reply to all email**.  We will send you a copy of the recorded modification once it has been recorded, for your records.

We share your frustration with the difficulty we are having in getting these documents recorded as ordered by the bankruptcy court.  We want to get these documents recorded as much as you do, and we appreciate your cooperation in meeting the requirements of the Ocean County clerk to overcome these obstacles.

Thank you,


**Scott P. Ciupak**

Managing Attorney – Bankruptcy Litigation

Robertson, Anschutz, Schneid & Crane LLC

10700 Abbott's Bridge Rd., Suite 170

Duluth, GA 30097

Office: (817) 873-3080 x 164

Cell: (330) 321-9764

sciupak@rascrane.com

*Admitted to practice law in OH and MI



**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz, Schneid & Crane LLC for damage arising in any way from its use.

**Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by RAS Crane, LLC. for damage arising in any way from its use.

# Exhibit B

# Laura Egerman

| | |
|---|---|
| **From:** | noreply@cscglobal.com |
| **Sent:** | Thursday, October 15, 2020 8:23 AM |
| **Subject:** | CSC ePrepare Notification - Package 18-196067 Loan Mod has rejected in Ocean County, NJ |
| **Attachments:** | 18-196067 Loan Mod.pdf |

**This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.**

---

Hello,

Package: **18-196067 Loan Mod** has returned with the following document(s).

**Rejected Date:** 10/15/2020 8:21:00 AM
**Jurisdiction:** Ocean County, NJ

| | |
|---|---|
| **Document Name:** | *18-196067 Loan Mod* |
| **Status:** | *Rejected* |
| **Rejection Message:** | *County Transaction Number: 4684571 Rejection Message: Error = Business Rule : THE BOOK AND PAGE NEEDS TO BE REFERENCED ON THE DOCUMENT ,* |
| **Recordation Fee:** | *$110.00* |

[Click here to resubmit this package.](#)

Thank you!

**CSC®**
**eRecording.com**
**cscglobal.com**



*We are the business behind business*

# Exhibit C

# COUNTY OF OCEAN   OFFICE OF THE COUNTY CLERK

**P.O. Box 2191, 118 Washington Street, Toms River, NJ 08754-2191**
**Phone: (732) 929-2110 Fax (732) 349-4336   www.oceancountyclerk.com**

**www.facebook.com/oceancountyclerk**

# DOCUMENT RETURN NOTICE

10/28/2020

RAS CITRON
130 CLINTON  RD   STE 202

FAIRFIELD NJ 07004

Re: Return Number:-711436
Check Number: 75912
Check Amount: $240.00

Dear Submitter:

Please be advised that the attached document(s) has been returned UNRECORDED or UNCANCELLED for the reason(s) listed below:

ATTN: Jennifer

* Book & Page reference must be set out on order not just cover sheet

As per our conversation the other documents we would not record.

Please relook over your recording fees

Phyliss Martino
Ocean County Document Reception

*Please return this notice along with the corrected document(s) in the pink envelope provided.*

**R A S**

**CITRON**
LAW OFFICES

**Attorney Office Account**
130 Clinton Road, Suite 202
Fairfield, NJ 07004

**75912**
63-8413/2670

Date   10/20/2020

********Two hundred forty and 00/100 USD********

$**240.00**

PAY TO THE   Ocean County Clerk's Office
ORDER OF     PO Box 2191

Toms River          NJ 08763

JPMorgan Chase Bank, N.A.
Miami, FL

**AUTHORIZED SIGNATURE**

Memo   Recording Cost Loan Mod / Cert Orders

⑈75912⑈   ⑆267084131⑆   260179111⑈

# R A S

## ROBERTSON ANSCHUTZ & SCHNEID
### L A W   O F F I C E S

**James Robertson, Esquire**
Member of Texas Bar
**Everett Anschutz, Esquire**
Member of Texas Bar
**David J. Schneid, Esquire**
Member of Florida Bar

October 20, 2020

***Via Overnight Delivery***
Ocean County Clerk/Recorder of Deeds
118 Washington Street
Toms River, NJ 08753

>       **Re:    *In re. Ruquet,* Bankruptcy Case No. 14-17571-KCF**
>       **RAS File 18-196067**
>       **Property address:  621 Bay Boulevard, Bayville, NJ 08721**

Dear Sir or Madam:

Enclosed for recording in the Land Records are the following:

(a) Certified *Order on Mortgage to Enforce Mortgage Modification* entered 04/02/2020 by the Hon. Kathryn C. Ferguson, U.S.B.J. (4 pages);

(b) Certified *Order Granting Motion to Amend the Court's Order on Motion to Enforce Mortgage Modification Pursuant to Fed. R. Civ. P. 59(e) and Fed. R. Bankr. P. 9023* entered 05/15/2020 by the Hon. Kathryn C. Ferguson, U.S.B.J. (4 pages);

(c) Certified *Order Granting Debtor's Cross Motion* entered 05/15/2020 by the Hon. Kathryn C. Ferguson, U.S.B.J. (4 pages); and

(d) Certified *Order Granting Motion to Enforce Order* entered 09/29/2020 by the Hon. Kathryn C. Ferguson, U.S.B.J. (4 pages).

Each of these orders relates to the Mortgage from Scott Ruquet to MERS as Nominee for First National Bank of Arizona, recorded on March 12, 2004 in Book OR-11959, Page 1815.

It is also noted that the Order identified as (c) and (d), above, provide that these Orders must be recorded in the Office of the Clerk/Register of Deeds for Ocean County, NJ.

Our firm's check in the amount of $240.00 to cover the cost of filing these Orders.





**OCEAN COUNTY CLERK'S OFFICE**
**RECORDING DOCUMENT**
**COVER SHEET**

**SCOTT M. COLABELLA**
**OCEAN COUNTY CLERK**
**P.O. BOX 2191**
**TOMS RIVER, NJ   08754-2191**
**(732) 929-2110**
**www.oceancountyclerk.com**

OFFICIAL USE ONLY

| | |
|---|---|
| DATE OF DOCUMENT: ( *Enter Date as follows:00/00/0000*)<br><br>05/15/2020 | |
| TYPE OF DOCUMENT:   *(Select Doc Type from Drop-Down Box)*<br><br>MORTGAGE ▾ | OFFICIAL USE ONLY - REALTY TRANSFER FEE |
| FIRST PARTY NAME: (*Enter Last Name, First Name*)<br>NATIONSTAR MORTGAGE LLC | SECOND PARTY NAME: (*Enter Last Name, First Name*)<br>RUQUET, SCOTT |
| ALL ADDITIONAL PARTIES: (*Enter Last Name, First Name*) | RETURN NAME AND ADDRESS:<br>RAS CITRON, LLC<br>130 CLINTON ROAD, LOBBY B, SUITE 202<br>FAIRFIELD, NJ 07004 |

| THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY | |
|---|---|
| BLOCK: | LOT: |
| MUNICIPALITY: (*Select Municipality from Drop-Down Box*) | |
| CONSIDERATION: | |

| MAILING ADDRESS OF GRANTEE: (*Enter Street Address, Town, State, Zip Code*) | | | |
|---|---|---|---|
| Street<br>Address | Town | State | Zip |

THE FOLLOWING SECTION IS FOR
ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR ASSIGNMENTS, RELEASES,
SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY

| ORIGINAL BOOK:<br><br>OR-11959 | ORIGINAL PAGE:<br><br>1815 |
|---|---|

**OCEAN COUNTY CLERK'S OFFICE RECORDING DOCUMENT COVER SHEET**

**Please do not detach this page from the original document as it**
**contains important recording information and is part of the permanent record.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SCOTT RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721
PLAINTIFF PRO SE

Case No.: 14-17571-KCF
Chapter 13

Order Filed on May 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Hearing Date: May 12, 2020
11:00 a.m.

*In Re:*
*DEROSA-RUQUET et al.,*

### ORDER GRANTING DEBTOR'S CROSS MOTION

The relief set for on the following page, numbered two (2), is hereby ORDERED:

**DATED: May 15, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Debtor's Cross Motion is granted. Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Deutsche Bank National Trust Company, as trustee for GSAA Home Equity Trust 2004-5 Asset-Backed Certificates, Series 2004-5 shall file a copy of the 2016 Modification, a copy of the Order on Motion to Enforce Mortgage Modification entered on April 2, 2020, and a copy of the Order Granting Motion to Amend the Court's Order on Motion to Enforce Mortgage Modification within thirty (30) days of the date of this Order.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### CERTIFIED COPY

I, Jeanne A. Naughton, Clerk of the United States Bankruptcy Court, certify that the attached is a true and full copy of the original now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at _____Trenton_____, in this State of New Jersey on October 8, 2020_____.



JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

*rev.1/4/17*

OCEAN COUNTY CLERK'S OFFICE
RECORDING DOCUMENT
COVER SHEET

OCEAN COUNTY CLERK'S OFFICE
RECORDING DOCUMENT
COVER SHEET

**SCOTT M. COLABELLA**
**OCEAN COUNTY CLERK**
P.O. BOX 2191
TOMS RIVER, NJ  08754-2191
(732) 929-2110
www.oceancountyclerk.com

OFFICIAL USE ONLY

| | |
|---|---|
| **DATE OF DOCUMENT:** ( *Enter Date as follows:00/00/0000*)<br><br>09/29/2020 | |
| **TYPE OF DOCUMENT:** *(Select Doc Type from Drop-Down Box)*<br><br>**MORTGAGE** | OFFICIAL USE ONLY - REALTY TRANSFER FEE |
| **FIRST PARTY NAME:** *(Enter Last Name, First Name)*<br>NATIONSTAR MORTGAGE LLC | **SECOND PARTY NAME:** *(Enter Last Name, First Name)*<br>RUQUET, SCOTT |
| **ALL ADDITIONAL PARTIES:** *(Enter Last Name, First Name)* | **RETURN NAME AND ADDRESS:**<br>RAS CITRON, LLC<br>130 CLINTON ROAD, LOBBY B, SUITE 202<br>FAIRFIELD, NJ 07004 |

| THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY | |
|---|---|
| **BLOCK:** | **LOT:** |
| **MUNICIPALITY:** *(Select Municipality from Drop-Down Box)* | |
| **CONSIDERATION:** | |
| **MAILING ADDRESS OF GRANTEE:** *(Enter Street Address, Town, State, Zip Code)* | |

| Street Address | Town | State | Zip |
|---|---|---|---|

THE FOLLOWING SECTION IS FOR
ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR ASSIGNMENTS, RELEASES,
SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY

| **ORIGINAL BOOK:**<br>OR-11959 | **ORIGINAL PAGE:**<br>1815 |
|---|---|

**OCEAN COUNTY CLERK'S OFFICE RECORDING DOCUMENT COVER SHEET**

Please do not detach this page from the original document as it
contains important recording information and is part of the permanent record.

Case 14-17571-KCF    Doc 287-13    Filed 10/02/20    Entered 10/02/20 11:43:01    Desc
Exhibit Exhibit Di Mortgage Reject Court Notice 2020 Page 20 of 20

Case 14-17571-KCF    Doc 287    Filed 09/29/20    Entered 09/30/20 08:40:21    Desc Main
Document — Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on September 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | | Case No.: | 14-17571 |
| Donna DeRosa-Ruquet | | Chapter: | 13 |
| Scott Ruquet | | Hearing Date: | 9/29/2020 |
| | | Judge: | Kathryn C. Ferguson |

## Order Granting Motion to Enforce Order

The relief set forth on the following pages, numbered two (2) through _____2_____ is
**ORDERED**.

**DATED: September 29, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the court on motion of Scott Ruquet to enforce previous orders of this court and the court having considered the timely filed submissions as well as oral argument, it is for good cause hereby

ORDERED that the motion is granted; it is further

ORDERED that Nationstar shall pay sanctions into the court in the amount of $2,500 no later than October 2, 2020; it is further

ORDERED that no later than October 13, 2020 Nationstar shall file with the Ocean County Clerk's Office:
a) a copy of the 2016 Loan Modification Agreement,
b) a copy of the April 2, 2020 Order on Motion to Enforce Mortgage Modification [Doc 246],
c) a copy of the May 15, 2020 Order Granting Motion to Amend [Doc 253],
d) a copy of the May 15, 2020 Order Granting Cross-motion [Doc 254], and
e) a copy of this order

ORDERED that Scott Ruquet is current through his September 2020 mortgage payment; it is further

ORDERED that all future mortgage statements issued by Nationstar and any of its successors in interest will plainly indicate:
a) that there was no past due balance as of October 1, 2020,
b) that there is no balloon payment due at the end of the loan term; more specifically, the mortgage statement must not contain any unsecured cramdown balance,
c) that payments of $542.61 plus taxes and insurance are being posted immediately as full payments; more specifically, the payments may not be listed as partial payments and may not be held in suspense, and
d) that there are no attorney's fees being added to the loan balance; more specifically, no amount may be added to the monthly payments and loan balance other than late fees, if applicable; and it is further

ORDERED that the matter is continued to December 15, 2020 at 10:00 a.m. By December 5, 2020, Nationstar shall file a certification of a representative from Nationstar that explains how the mortgage statements were adjusted to fully comply with the court's order and attaches copies of the two most recent mortgage statements. That representative should be available to testify, if needed, on December 15, 2020.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### CERTIFIED COPY

I, Jeanne A. Naughton, Clerk of the United States Bankruptcy Court, certify that the attached is a true and full copy of the original now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at _____Trenton_____, in this State of New Jersey on _October 8, 2020_____.



JEANNE A. NAUGHTON, Clerk

By: _____

Deputy Clerk

*rev.1/4/17*

**OCEAN COUNTY CLERK'S OFFICE**
**RECORDING DOCUMENT**
**COVER SHEET**

**SCOTT M. COLABELLA**
**OCEAN COUNTY CLERK**
**P.O. BOX 2191**
**TOMS RIVER, NJ  08754-2191**
**(732) 929-2110**
**www.oceancountyclerk.com**

OFFICIAL USE ONLY

| | |
|---|---|
| **DATE OF DOCUMENT:** ( *Enter Date as follows:00/00/0000* )<br><br>04/02/2020 | |
| **TYPE OF DOCUMENT:**  *(Select Doc Type from Drop-Down Box)*<br><br>MORTGAGE | OFFICIAL USE ONLY - REALTY TRANSFER FEE |
| **FIRST PARTY NAME:** *(Enter Last Name, First Name)*<br>NATIONSTAR MORTGAGE LLC | **SECOND PARTY NAME:** *(Enter Last Name, First Name)*<br>RUQUET, SCOTT |
| **ALL ADDITIONAL PARTIES:** *(Enter Last Name, First Name)* | **RETURN NAME AND ADDRESS:**<br>RAS CITRON, LLC<br>130 CLINTON ROAD, LOBBY B, SUITE 202<br>FAIRFIELD, NJ 07004 |

| THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY | |
|---|---|
| **BLOCK:** | **LOT:** |

**MUNICIPALITY:** *(Select Municipality from Drop-Down Box)*

**CONSIDERATION:**

**MAILING ADDRESS OF GRANTEE:** *(Enter Street Address, Town, State, Zip Code)*

| Street<br>Address | Town | State | Zip |
|---|---|---|---|

THE FOLLOWING SECTION IS FOR
ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR ASSIGNMENTS, RELEASES,
SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY

| ORIGINAL BOOK:<br>OR-11959 | ORIGINAL PAGE:<br>1815 |
|---|---|

**OCEAN COUNTY CLERK'S OFFICE RECORDING DOCUMENT COVER SHEET**

**Please do not detach this page from the original document as it**
**contains important recording information and is part of the permanent record.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on April 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Donna DeRosa-Ruquet
Scott Ruquet

| | |
|---|---|
| Case No.: | 14-17571 |
| Chapter: | 13 |
| Hearing Date: | 3/31/2020 |
| Judge: | Kathryn C. Ferguson |

## ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered two (2) through _____2_____ is
**ORDERED**.

**DATED: April 2, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

14-17571 Donna DeRosa-Ruquet Document Page 2 of 2
Case 14-17571-KCF   Doc 287-13   Filed 01/29/21   Entered 01/29/21 14:31:05   Desc
Exhibit Exhibit Cure of Prec Cert No. 1022 02820 Page 25 of 20

This matter having been brought before the court by the debtor, Scott Ruquet, on a Motion to Enforce Mortgage Modification, and the court having considered the papers and oral argument of the parties, it is for good cause

ORDERED that Scott Ruquet is required to make monthly payments of $542.61 beginning with the payment due on April 1, 2020 and continuing through a final payment of $542.61 due on June 1, 2034; it is further

ORDERED that if all of the payments on this payment schedule are made there will be no additional payment due at the end of the loan term; it is further

ORDERED that this payment schedule is fixed for the entire term of the loan. It may not be increased for any reason including the addition of attorney fees. This payment schedule binds Nationstar and any successor-in-interest; it is further

ORDERED that when the final payment on this payment schedule is made for the payment due on June 1, 2034, Nationstar or its successor-in-interest will issue a discharge of mortgage.

Page 2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## CERTIFIED COPY

I, Jeanne A. Naughton, Clerk of the United States Bankruptcy Court, certify that the attached is a true and full copy of the original now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at _____Trenton_____, in this State of New Jersey on 10/1/2020 _____.



JEANNE A. NAUGHTON, Clerk

By: _R. Stillwell_____

Deputy Clerk

*rev. 1/4/17*

**OCEAN COUNTY CLERK'S OFFICE
RECORDING DOCUMENT
COVER SHEET**

**SCOTT M. COLABELLA
OCEAN COUNTY CLERK
P.O. BOX 2191
TOMS RIVER, NJ 08754-2191
(732) 929-2110
www.oceancountyclerk.com**

OFFICIAL USE ONLY

| | |
|---|---|
| DATE OF DOCUMENT: ( *Enter Date as follows:00/00/0000*)<br><br>05/15/2020 | |
| TYPE OF DOCUMENT:  *(Select Doc Type from Drop-Down Box)*<br><br>MORTGAGE   *MOD* | OFFICIAL USE ONLY - REALTY TRANSFER FEE |
| FIRST PARTY NAME: *(Enter Last Name, First Name)*<br>NATIONSTAR MORTGAGE LLC | SECOND PARTY NAME: *(Enter Last Name, First Name)*<br>RUQUET, SCOTT |
| ALL ADDITIONAL PARTIES: *(Enter Last Name, First Name)* | RETURN NAME AND ADDRESS:<br>RAS CITRON, LLC<br>130 CLINTON ROAD, LOBBY B, SUITE 202<br>FAIRFIELD, NJ 07004 |

*@ 90 cash*

| THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY | |
|---|---|
| BLOCK: | LOT: |
| MUNICIPALITY: *(Select Municipality from Drop-Down Box)* | |
| CONSIDERATION: | |
| MAILING ADDRESS OF GRANTEE: *(Enter Street Address, Town, State, Zip Code)* | |

Street Address        Town        State     Zip

THE FOLLOWING SECTION IS FOR
ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR ASSIGNMENTS, RELEASES,
SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY

| ORIGINAL BOOK:<br><br>OR-11959 | ORIGINAL PAGE:<br><br>1815 |
|---|---|

**OCEAN COUNTY CLERK'S OFFICE RECORDING DOCUMENT COVER SHEET**

**Please do not detach this page from the original document as it
contains important recording information and is part of the permanent record.**

Case 14-17571-KCF    Doc 292-19    Filed 10/29/21    Entered 10/29/21 14:31:05    Desc
Exhibit Exhibit Document Page Recent Court Notice 2022382 Page 28 of 32

Case 14-17571-KCF    Doc 233    Filed 05/15/20    Entered 05/15/20 15:04:02    Desc Main
Document — Page 1 of 2

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| **Robertson, Anschutz, Schneid & Crane, LLC** 10700 Abbott's Corner Road, Suite 170 Duluth, GA 30097 Telephone: 470-321-7112 (main) Telephone: 973-575-0707 (local) Attorneys for Secured Creditor  Laura Egerman, Esq. (LE-8250) | Order Filed on May 15, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:  SCOTT RUQUET and DONNA DEROSA-RUQUET,  Debtors. | Case No. 14-17571-KCF  Chapter 13  Judge: Kathryn C. Ferguson |

## ORDER GRANTING MOTION TO AMEND THE COURT'S *ORDER ON MOTION TO ENFORCE MORTGAGE MODIFICATION* PURSUANT TO FED. R. CIV. P. 59(e) AND FED. R. BANKR. P. 9023

The relief set forth on the following page numbered two (2) is hereby ORDERED:

DATED: May 15, 2020

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 for an Order pursuant to <u>Fed. R. Civ. P. 59(e)</u> and <u>Fed. R. Bankr. P. 9023</u> to amend the Court's *Order on Motion to Enforce Mortgage Modification* (Docket 246) (the "Motion to Amend"), it is hereby ORDERED as follows:

1.    The Motion to Amend is hereby GRANTED.

2.    The Court's *Order on Motion to Enforce Mortgage Modification* (Docket #246) is hereby amended to read as follows:

*ORDERED that Scott Ruquet is required to make monthly payments of **<u>principal and interest</u>** of $542.61 **<u>plus escrow to fund taxes and insurance</u>** beginning with the payment due on April 1, 2020 and continuing through a final payment **of principal and interest** of $542.61 **plus escrow,** due on June 1, 2034;*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### CERTIFIED COPY

I, Jeanne A. Naughton, Clerk of the United States Bankruptcy Court, certify that the attached is a true and full copy of the original now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at _____Trenton_____, in this State of New Jersey on __October 15, 2020_____.



JEANNE A. NAUGHTON, Clerk

By: _____
       Deputy Clerk

*rev. 1/4/17*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **RAS Crane, LLC**<br>Attorneys for Secured Creditor<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 470-321-7112 (main)<br><br>Laura Egerman (LE-8250) | Case No.:14-17571-KCF<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge:  Kathryn C. Ferguson |
| **In Re:**<br><br>**DONNA DEROSA-RUQUET and SCOTT T. RUQUET,**<br><br>   **Debtors.** | |

### CERTIFICATION OF SERVICE

1. I, Laura Egerman, represent Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 in this matter.

2. On November 2, 2020, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below. *Supplemental Certification of Counsel with exhibits, Certification of Service*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

November 2, 2020

**Robertson, Anschutz, Schneid & Crane, LLC**
Attorneys for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone No.: 973-575-0707 (local)
Telephone No.: 470-321-7112 (main)

By:  /s/  Laura Egerman
Laura Egerman, Esquire
Bar ID:  LE-8250
Email:  legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Donna DeRosa-Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721<br><br>Scott T. Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721 | *Pro Se* Debtors | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail:<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |