# Exhibit S

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **RAS Citron, LLC** Attorneys for Secured Creditor 425 Commerce Drive, Suite 150 Fort Washington, PA 19034 Telephone No.: 973-575-0707 (local) Telephone No.: 215-499-9021 (main)<br><br>David Neeren, Esq. (Bar ID: 009662007) | |
| In Re:<br><br>DONNA DEROSA-RUQUET and SCOTT RUQUET,<br><br>        Debtors. | Case No. 14-17571-KCF<br><br>Chapter 13<br><br>Hearing Date:  December 15, 2020<br><br>Judge:  Kathryn C. Ferguson |

## CERTIFICATION OF NATIONSTAR MORTGAGE LLC DBA MR. COOPER REGARDING COMPLIANCE WITH ORDER DATED SEPTEMBER 29, 2020

**KATHY WINCHESTER,** of full age, state as follows:

1.     I am the Manager of Bankruptcy Litigation/Assistant Secretary for Nationstar Mortgage LLC d/b/a Mr. Cooper (hereinafter "NSM"). In this capacity, I have personal knowledge of the facts contained in this Certification. More particularly, I am familiar with the systems that NSM uses to record and create information related to the mortgage loans it services, including the processes by which NSM obtains loan information in those systems. While many of those processes are automated, where NSM employees manually enter data relating to loans on these systems, they have personal knowledge of that information and enter it into the system at or near the time they acquire the knowledge.  Those business records, include computer records/logs, payment statements, loan account and related business records.  The records are maintained by NSM as the Servicer of the lender of the subject mortgage in the course of its regularly conducted business activities.  It is the regular practice of NSM to keep such records in the ordinary course of a regularly conducted business activity. The within certification is based upon my personal review of those records.  I am authorized to make the within Certification.

18-196067
Ruquet, Scott
Certification of Regarding Compliance
Page 1

2.    This certification is submitted pursuant to the *Order Granting Motion to Enforce Order* entered in the above-captioned matter on September 29, 2020 (Docket #267) (the "Order").

3.    NSM is the servicer for Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-5 Asset Backed Certificates, Series 2004-5 (hereinafter "Secured Creditor").

4.    Secured Creditor is the owner of the mortgage on Debtors' real property located at 621 Bay Boulevard, Bayville, New Jersey (the "Property"). Secured Creditor is in possession of the original collateral file concerning the underlying mortgage, which file includes the original, duly endorsed Note, a true and correct copy of which is attached hereto as Exhibit "A.".

5.    NSM issues monthly account statements on the underlying mortgage account. On behalf of Secured Creditor

6.    Since the entry of the Enforcement Order, monthly account statements were issued on October 19, 2020 (the "October Statement") and November 17, 2020 (the "November Statement") (collectively the October Statement and the November Statement are referred to as the "Account Statements"). Copies of the Account Statements are attached hereto as Exhibits B and C, respectively.

7.    As required under the Enforcement Order, the Account Statements entirely reflect the terms of the 2016 Loan Modification Agreement as stated in the Order and they further:

(a) Do not reflect any past due balance as of October 1, 2020;

(b) Do not reflect an unsecured cram down balance or that a balloon payment is due at the end of the loan term;

(c) Do show that any full payment(s) of monthly principal and interest payment equal to $542.61 together with the escrow amounts due were posted to the account in an immediate manner pursuant to Consumer Financial Protection Bureau regulations for active bankruptcy matters, and that any full payment(s) were not finally accounted as partial payments or held in suspense; and

(d) Do not include or show the inclusion of any attorneys' fees or other charges added to the loan balance or monthly payments.

8.    To further expand on the response set forth in Paragraph 7(c) above, all funds received during an active bankruptcy must first be placed into a suspense account due to NSM's internal automated process which complies with all applicable regulatory authority and which cannot be altered for one account.  Once the bankruptcy is finally closed, then the payment will not go through this automated payment process for suspense set forth in the statements and will be applied upon receipt directly to the payment account.  All funds received since the Order have been applied towards the payments as they became due.

9.    I will be available to testify at the December 15, 2020 hearing to answer any and all further questions related to the Order from the Court, including, but not limited to, any further explanation as to how the Account Statements have been adjusted to comply with the Order, in addition to the information supplied above and that the Account Statements have in fact been adjusted in NSM's systems to comply with the Order to the fullest extent possible.

NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER

Dated: Dec. 4, 2020

By: _____ Asst. Sec.

Name: Kathy Winchester
Title:    Assistant Secretary/Manager of Bankruptcy Litigation

18-196067
Ruquet, Scott
Supplemental Certification Regarding Compliance
Page 3

# Exhibit A

(Page 2 of 37)

Case 1:14-13571-KCF Doc 289-2 Filed 12/04/09/Entered 12/04/09 21:56:01 Desc Main
Exhibit S - Cert Doc Winchester Page 6 of 22   Page 6 of 23

Cop



# NOTE

MARCH 5, 2004
[Date]

MCLEAN
[City]

VIRGINIA
[State]

621 BAY BLVD, BAYVILLE, NJ 08721
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 140,800.00 (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is FIRST NATIONAL BANK OF ARIZONA

I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 6.7500 %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

### (A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the 1ST day of each month beginning on APRIL 1, 2004 . I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on MARCH 1, 2034 , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at P.O. BOX 9490, SCOTTSDALE, AZ 85252-9490
or at a different place if required by the Note Holder.

### (B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. $ 913.23

## 4. BORROWER'S RIGHT TO PREPAY THIS SECTION IS SUPERCEDED BY THE ADDENDUM ATTACHED HERETO AND MADE A PART HEREOF.

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

327RUQUET, SC002

**MULTISTATE FIXED RATE NOTE-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**

-5N (0207)   MW 05/00   Form 3200 1/01
VMP MORTGAGE FORMS - (800)521-7291
Page 1 of 3   Initials:



## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 6. BORROWER'S FAILURE TO PAY AS REQUIRED

### (A) Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of       15       calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be       5       % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

### (B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

### (C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

### (D) No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

327RUQUET,SC002

-5N (0207)

Page 2 of 3

Form 3200
Initials:

Case 1:14-17357-11-KCCF    Doc 2289-2    Filed 12/04/09/21    Entered 12/04/09/21 56 81:25es Dvsn
(Page 4 of 37)
Exhibit S - Cert Dok Winchester Page 040020    Page 8 of 23

Cop

## 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)        _____ (Seal)
SCOTT T. RUQUET                  -Borrower                                    -Borrower

_____ (Seal)        _____ (Seal)
                                 -Borrower                                    -Borrower

_____ (Seal)        _____ (Seal)
                                 -Borrower                                    -Borrower

_____ (Seal)        _____ (Seal)
                                 -Borrower                                    -Borrower

*[Sign Original Only]*

.5N (0207)                       Page 3 of 3                    Form 3200 1/01

327RUQUET.SC002

(Page 5 of 37)

Case 1:14-17537-1-KCCF  Doc 2789-2 Filed 12/04/09/ Entered 12/04/09/21 56 84 01 15 es Msin
Exhibit S - Cert Dok Winchester Page 04 02 2   Page 9 of 23

Cop

NOTE ADDENDUM
PRE-PAYMENT PENALTY

### NOTICE TO THE BORROWER

<u>Do not sign this loan agreement before you read it. This loan agreement provides for the payment of a penalty if you wish to repay the loan prior to the date provided for re-payment in the loan agreement.</u>

This Note Addendum is incorporated into and shall be deemed to amend and supplement the Adjustable Rate Note or Fixed Rate Note, as applicable ("Note") of the same date executed by the undersigned and payable to FIRST NATIONAL BANK OF ARIZONA

(the "Lender"). The Note is secured by a Mortgage or Deed of Trust or comparable security instrument (the "Security Instrument") covering the property (the "Property") identified in the Security Instrument.

The Note Addendum provides for a penalty with respect to pre-payments of the obligation represented by the Note made within   3   years from the date I executed the Note. I am executing this Note Addendum in consideration of the Lender's having charged me a lesser interest rate and/or points in connection with the Note than if I had selected a loan program which permits pre-payments without penalty.

Section 5 of the Note for an Adjustable Rate Note or Section 4 for a Fixed Rate Note is amended to read as follows:

#### BORROWER'S RIGHT TO PREPAY

I have the right to make payments of principal at any time before they are due. A payment of principal only is known as a "pre-payment". When I make a pre-payment, I will tell the Note Holder in writing that I am doing so.

The first 36     months of the loan term is called the "Penalty Period". In any twelve month period during the Penalty Period, I may prepay up to 20% of the original principal amount of this Note without paying a penalty. If I make a pre-payment in excess of 20% of the original principal amount in any twelve month period during the Penalty Period, I will pay a penalty. The penalty will be 2.00   % ( TWO Percent) of any amount prepaid in excess of 20% of the original principal amount of this Note..

No pre-payment penalty will be assessed for any pre-payment made after the Penalty Period. No pre-payment penalty will be assessed with any pre-payment that is (a) concurrent with a bona fide sale of the Property securing this Note to an unrelated third party and (b) made after the first twelve months of the loan term. The Note Holder may require reasonable documentation at the time identifying the pre-payment as being in connection with the sale of the Property. A pre-payment penalty will be assessed in connection with a pre-payment made during the first twelve months of the Penalty Period, regardless of whether the Property has been sold.

The Note Holder will use all of my pre-payments to reduce the amount of principal that I owe under this Note. If I make a partial pre-payment, there will be no changes in the due dates of my monthly payments unless the Note Holder agrees in writing to those changes.

If my loan is an Adjustable Rate Note, a partial pre-payment may reduce the amount of my monthly payments after the first change date following my partial pre-payment. However, any reduction due to partial pre-payment may be offset by an Interest Rate increase.

The Note Holder's failure to collect a pre-payment penalty at the time a pre-payment is received shall not be deemed a waiver of such penalty and any such penalty calculated in accordance with this section shall be payable upon demand.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____  3-5-04
SCOTT T. RUQUET                  DATE

LOAN #: ▮▮▮▮▮

Form 234

PPP AH-A
NJ2%, NC1%, GA1%, MI1%, SC1%
12/30/2003

Case 14-11757-KCF Doc 2289-2 Filed 12/04/09 Entered 12/04/09 21:56:48 Desc Main
Exhibit S - Cert of Winchester Page 20 of 22   Page 10 of 23

(Page 6 of 37)

**Copy**



## BANK OF NEVADA

14635 North Kieland Blvd., Suite 201
Scottsdale, AZ 85254
Office (480) 609-5500 Fax (480) 609-5569

## <u>ALLONGE TO NOTE</u>

LOAN NUMBER:

BORROWER: **RUQUET**

IN THE AMOUNT OF: **$140,800.00**

PAY TO THE ORDER OF:

**FIRST NATIONAL BANK OF NEVADA**

WITHOUT RECOURSE BY:

AMY HAWKINS, SHIPPING OFFICER
FIRST NATIONAL BANK OF ARIZONA

PAY TO THE ORDER OF:

WITHOUT RECOURSE BY:

AMY HAWKINS, SHIPPING OFFICER
FIRST NATIONAL BANK OF NEVADA

(Page 7 of 37)

Case 1:41-75-71-KCF  Doc 2789-2 Filed 12/04/09/2 Entered 12/04/09/21 56 8 01:25 es Main
Exhibit S - Cert Doc Winchester age 04 020 22  Page 11 of 23

Copy



## BANK OF ARIZONA

14635 North Kierland Blvd, Suite 201
Scottsdale, AZ 85254
Office (480) 609-5500  Fax (480) 609-5574

### ALLONGE TO NOTE

LOAN NUMBER: ███████

BORROWER: **RUQUET**

IN THE AMOUNT OF: $140,800.00

PAY TO THE ORDER OF:

WITHOUT RECOURSE BY:

AMY HAWKINS, SHIPPING OFFICER
FIRST NATIONAL BANK OF ARIZONA



# Exhibit B

**Copy**

## INFORMATIONAL STATEMENT



**mr. cooper** PO Box 818060
5801 Postal Road
Cleveland, OH 44181
CHANGING THE FACE OF HOME LOANS

### CONTACT INFORMATION
**Customer Service: 877-343-5602**
Monday through Friday from 8 a.m to 5 p.m. (CT)
**www.mrcooper.com**

| | |
|---|---|
| Statement Date: | 10/19/2020 |
| Loan Number: | |
| Payment Due Date: | 11/01/2020 |
| **Total Payment Amount:** | **$1,011.50** |

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this
statement to you for informational and compliance purposes only. It is not an
attempt to collect a debt against you. If you want to stop receiving these
statements, please contact us in writing at the address on the following page.

SCOTT T RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $69,002.71 |
| Interest Rate | 3.875% |
| Escrow Balance | $2,519.02 |
| Prepayment Penalty | No |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes

### Explanation of Total Payment Amount (Post Petition Payment)

| | |
|---|---|
| Principal | $319.79 |
| Interest | $222.82 |
| Escrow Amount (for Taxes and Insurance) | $468.89 |
| **Regular Monthly Payment** | **$1,011.50** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $0.00 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$1,011.50** |

The payment amount does not include any amount that was past due
before you filed for bankruptcy.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre Petition Arrearage)

This box shows amounts that were past due when you filed for bankruptcy.
It may also include other allowed amounts on your bankruptcy loan.
The Trustee is sending up that payments through here.
These are separate from your regular monthly mortgage payments.

| | |
|---|---|
| Total Due at Filing | $0.00 |
| Amount Applied to Claim Arrears Last Month | $0.00 |
| Total Amount Applied to Claim Arrears | $0.00 |
| Current Balance | $0.00 |

### Past Payments Breakdown

| | Payments Rec'd Since 09/19/2020 | Paid Year to Date |
|---|---|---|
| Principal | $318.76 | $1,954.91 |
| Interest | $223.85 | $3,471.19 |
| Escrow (Taxes & Insurance) | $468.89 | $4,878.53 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Pre-Petition Partial (Unapplied) | $0.00 | $0.00 |
| Post-Petition Partial (Unapplied) | $0.00 | $0.00 |
| **Total** | **$1,011.50** | **$10,304.63** |

### Transaction Activity (09/19/2020 to 10/19/2020)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 10/16/2020 | Payment | $1,011.50 | $318.76 | $223.85 | $468.89 | |
| 10/16/2020 | Adjustment-Misc Suspense | -$1,011.50 | | | | -$1,011.50 |
| 10/15/2020 | Partial Payment | $1,011.50 | | | | $1,011.50 |

### Important Messages                    (See Reverse side for Additional Critical Notices)

*Partial Payment (Unapplied) refers to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to the mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Partial Payment (Unapplied) balance represents the amount of funds being held in a non-interest bearing account as of the date of this statement.*

*While an account is involved in a pending bankruptcy case, Mr. Cooper is unable to offer an automatic payment plan. Once the loan is no longer subject to a bankruptcy proceeding, you may contact Mr. Cooper to set up automatic payments.*

*If you no longer wish to receive a monthly statement, please send a written request to the following address:*
                    *PO Box 613287 Dallas, TX 75261*

*If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.*

*If your Bankruptcy Plan requires you to send your regular monthly payments to the Trustee, you continue to pay the Trustee per your plan. Please contact your attorney or the Trustee if you have any questions.*

*We are in the process of applying the terms of the Order to the Account. Therefore, the information captured in this statement is subject to change.*

*The fees listed herein may not be all recoverable fees disclosed to the Bankruptcy Court. Please refer to the Bankruptcy filing for the complete list of fees and costs.*

*Please contact your attorney or the Trustee with questions regarding the application of payments.*

*The information disclosed on the periodic statement may not include payments you have made to the Trustee and may not be consistent with the Trustee's records.*

*If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.*

✂ - - - - - - - - DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY. - - - - - - - -

**mr. cooper**
CHANGING THE FACE OF HOME LOANS   **www.mrcooper.com**

## VOLUNTARY PAYMENT COUPON

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON

| ACCOUNT NUMBER | TOTAL PAYMENT AMOUNT** | |
|---|---|---|
| | 11/01/2020 | $1,011.50 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER*

SCOTT T RUQUET

MR. COOPER
PO BOX 619094
DALLAS, TX 75261-9741

| | |
|---|---|
| ADDITIONAL ESCROW | $ |
| **ADDITIONAL PRINCIPAL | $ |
| **TOTAL AMOUNT OF YOUR CHECK** **DO NOT SEND CASH** | |

**All amounts must be paid in full before additional principal can be made

4545

Case 14-17571-KCF  Doc 289-2 Filed 12/04/20 Entered 12/04/20 21:56:01 Desc Main
(Page 2 of 4)  Exhibit S - Cert Of Winchester 12/04/2022  Page 14 of 23

Copy

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fees for Select Services may be found on our website at www.mrcooper.com.

### SERVICEMEMBERS CIVIL RELIEF ACT
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:
Mr. Cooper, Attn: Military Families, P.O. Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES
Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $50.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE
If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS
For these customers who reside in the state of New York, a borrower may file complaints about the Servicer with the New York State Department of Financial Services or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Financial Services.

You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $11 for this service. Call 888-480-2432.

**AGENT ASSISTED PAYMENT** Is a pay by phone service provided by a customer service agent. Call 888-480-2432 and speak with an agent. There may be a fee of up to $19 for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges. Send payment via express or overnight mail to Mr. Cooper, Attn: Payment Processing - 650783, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.

**WIRE** You may send payments, via wire transfer, to the following:
Bank Account: 4059000XXXXXXXXXX(10Xs equals the borrower loan number with leading zero)
Routing#: 121000248
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street, San Francisco, CA 94104

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The Money Gram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT®** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number, indicating:

Pay to: Mr. Cooper  Code City: MRCOOPER  State: TX
All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Checks:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**CUSTOMER SERVICE: 888-480-2432,** Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 7 p.m. (CT), and Saturday 8 a.m. to 12 p.m. (CT) [Calls may be monitored and/or recorded for quality assurance purposes].

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.mrcooper.com OR call 888-480-2432.

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | PO Box 619098 Dallas, TX 75261-9741 | Lake Vista 4 800 State Highway 121 Bypass Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 2505 Corona, CA 91722-2505 Fax (620) 667-6439 | PO Box 619094 Dallas, TX 75261-9741 |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Mr. Cooper PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.



## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX:  ☐ MAILING ADDRESS  ☐ TELEPHONE NUMBER  LOAN # _____

Borrower's Name: _____  Co-Borrower's Name: _____

Borrower's New Address: _____  Co-Borrower's New Address: _____

Authorized Borrower's Number(s)
Home: ( ___ ) _____  Mobile: Yes  No
Work: ( ___ ) _____ Ext. ____  Mobile: Yes  No
Other: ( ___ ) _____  Mobile: Yes  No

Authorized Co-Borrower's Number(s):
Home: ( ___ ) _____  Mobile: Yes  No
Work: ( ___ ) _____ Ext. ____  Mobile: Yes  No
Other: ( ___ ) _____  Mobile: Yes  No

Signature Required: _____  Signature Required: _____

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing systems to my cellular or mobile telephone.

Copy

| Servicemembers Civil Relief<br>Act Notice Disclosure | U.S. Department of Housing<br>and Urban Development Office<br>of Housing | OMB Approval 2502-0584<br>Exp 3/31/2021 |
|---|---|---|

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.

- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.

- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.
  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA; however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form HUD-92070
(6/2017)

(Page 4 of 4)

Case 1:14-17571-KCF Doc 2289-2 Filed 12/04/09/2 Entered 12/04/09/21 56 81:25 esc Main
Exhibit S - Cert Dok Winchester Page 04 20 22  Page 16 of 23

Copy

# Exhibit C

**Copy**

## INFORMATIONAL STATEMENT



PO Box 618060
5801 Postal Road
Cleveland, OH 44181

CHANGING THE FACE OF HOME LOANS

**CONTACT INFORMATION**

Customer Service: 877-343-5602
Monday through Friday from 8 a.m. to 5 p.m. (CT)
**www.mrcooper.com**

| | |
|---|---|
| Statement Date: | 11/17/2020 |
| Loan Number: | |
| Payment Due Date: | 12/01/2020 |
| **Total Payment Amount:** | **$1,011.50** |

Property Address:
621 BAY BLVD
BAYVILLE, NJ 08721

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

SCOTT T RUQUET
226 POTTERS DRIVE
BAYVILLE, NJ 08721

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $68,682.92 |
| Interest Rate | 3.8750% |
| Escrow Balance | $1,866.75 |
| Prepayment Penalty | No |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

### Explanation of Total Payment Amount (Post Petition Payment)

| | |
|---|---|
| Principal | $320.92 |
| Interest | $221.79 |
| Escrow Amount (for Taxes and Insurance) | $468.89 |
| **Regular Monthly Payment** | **$1,011.50** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $0.00 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$1,011.50** |

The payment amount does not include any amount that was past due before you filed for bankruptcy.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre Petition Arrearage)

This bar shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending up the payments shown here. These are separate from your regular monthly mortgage payments.

| | |
|---|---|
| Total Due at Filing | $0.00 |
| Amount Applied to Claim Arrears Last Month | $0.00 |
| Total Amount Applied to Claim Arrears | $0.00 |
| Current Balance | $0.00 |

### Past Payments Breakdown

| | Payments Rec'd Since 10/20/2020 | Paid Year to Date |
|---|---|---|
| Principal | $319.79 | $2,274.70 |
| Interest | $222.82 | $3,694.01 |
| Escrow (Taxes & Insurance) | $468.89 | $5,347.42 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Pre-Petition Partial (Unapplied) | $0.00 | $0.00 |
| Post-Petition Partial (Unapplied) | $0.00 | $0.00 |
| **Total** | **$1,011.50** | **$11,316.13** |

### Transaction Activity (10/20/2020 to 11/17/2020)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 11/16/2020 | Payment | $1,011.50 | $319.79 | $222.82 | $468.89 | |
| 11/16/2020 | Adjustment-Misc Suspense | -$1,011.50 | | | | -$1,011.50 |
| 11/13/2020 | Partial Payment | $1,011.50 | | | | $1,011.50 |
| 10/22/2020 | Town Tax Disbursed | $1,121.16 | | | $1,121.16 | |

### Important Messages                  (See Reverse side for Additional Critical Notices)

*Partial Payment (Unapplied) refers to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to the mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Partial Payment (Unapplied) balance represents the amount of funds being held in a non-interest bearing account as of the date of this statement.*

*While an account is involved in a pending bankruptcy case, Mr. Cooper is unable to offer an automatic payment plan. Once the loan is no longer subject to a bankruptcy proceeding, you may contact Mr. Cooper to set up automatic payments.*

*If you no longer wish to receive a monthly statement, please send a written request to the following address:*
*PO Box 613287 Dallas, TX 75261*

*If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.*

*If your Bankruptcy Plan requires you to send your regular monthly payments to the Trustee, you continue to pay the Trustee per your plan. Please contact your attorney or the Trustee if you have any questions.*

*We are in the process of applying the terms of the Order to the Account. Therefore, the information captured in this statement is subject to change.*

*The fees listed herein may not be all recoverable fees disclosed to the Bankruptcy Court. Please refer to the Bankruptcy filing for the complete list of fees and costs.*

*Please contact your attorney or the Trustee with questions regarding the application of payments.*

*The information disclosed on the periodic statement may not include payments you have made to the Trustee and may not be consistent with the Trustee's records.*

*If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.*

✂ ···· DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY. ····

## VOLUNTARY PAYMENT COUPON

CHANGING THE FACE OF HOME LOANS    **www.mrcooper.com**

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON

| **ACCOUNT NUMBER** | **TOTAL PAYMENT AMOUNT**** |
|---|---|
| | 12/01/2020        $1,011.50 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER.

SCOTT T RUQUET

MR. COOPER
PO BOX 619094
DALLAS, TX 75261-9741

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |
| **TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH** | [_____] |

**All amounts must be paid in full before additional principal can be made.

Copy

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided, since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

### SERVICEMEMBERS CIVIL RELIEF ACT
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:
Mr. Cooper, Attn: Military Families, P.O. Box 619096, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES
Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $50.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE
If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS
For these customers who reside in the state of New York, a borrower may file complaints about the Servicer with the New York State Department of Financial Services or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Financial Services.

You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $11 for this service. Call 888-480-2432.

**AGENT ASSISTED PAYMENT** Is a pay by phone service provided by a customer service agent. Call 888-480-2432 and speak with an agent. There may be a fee of up to $19 for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges. Send payment via express or overnight mail to Mr. Cooper, Attn: Payment Processing - 850783, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.

**WIRE** You may send payments, via wire transfer, to the following:
Bank Account: 4059090XXXXXXXXXXX (10Xs equals the borrower loan number with leading zero)
Routing#: 121000248
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street, San Francisco, CA 94104

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number, indicating:

Pay to: Mr. Cooper   Code City: MRCOOPER   State: TX
All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

Authorization to Convert Your Check: If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

Insufficient Funds: The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

Transaction Information: The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a scanned copy of the check for record keeping purposes.

Your Rights: You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

### CONTACT INFORMATION

**CUSTOMER SERVICE: 888-480-2432,** Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 7 p.m. (CT), and Saturday 8 a.m. to 12 p.m. (CT) [Calls may be monitored and/or recorded for quality assurance purposes].

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.mrcooper.com OR call 888-480-2432.

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 | PO Box 619096 | Lake Vista 4 | PO Box 7729 | PO Box 2505 | PO Box 619094 |
| City of Industry, CA 91716-0516 | Dallas, TX 75261-9741 | 800 State Highway 121 Bypass | Springfield, OH 45501-7729 | Coppell, CA 91722-2505 | Dallas, TX 75261-9741 |
| | | Lewisville, TX 75067 | Fax (800) 687-4729 | Fax (626) 667-6439 | |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Mr. Cooper PO Box 619096, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.



Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX: ☐ MAILING ADDRESS   ☐ TELEPHONE NUMBER   LOAN #: _____

Borrower's Name: _____   Co-Borrower's Name: _____

Borrower's New Address: _____   Co-Borrower's New Address: _____

Authorized Borrower's Number(s):
Home: ( ___ ) _____   Mobile: Yes   No
Work: ( ___ ) _____ Ext. ___   Mobile: Yes   No
Other: ( ___ ) _____   Mobile: Yes   No

Authorized Co-Borrower's Number(s):
Home: ( ___ ) _____   Mobile: Yes   No
Work: ( ___ ) _____ Ext. ___   Mobile: Yes   No
Other: ( ___ ) _____   Mobile: Yes   No

Signature Required: _____   Signature Required: _____

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing systems to any cellular or mobile telephone.

Case 14-17571-KCF   Doc 2289-2   Filed 12/04/20   Entered 12/04/20 15:48:25   Desc Main
Exhibit S - Cert Dok Winchester   Page 20 of 22   Page 20 of 23

(Page 3 of 4)
**Copy**

| | | |
|---|---|---|
| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval 2502-0584 Exp 3/31/2021 |

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.

- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.
  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA; however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form HUD-92070
(6/2017)

(Page 4 of 4)

Case 1:41-17571-KCF Doc 2289-2 Filed 12/04/09/21 Entered 12/04/09/21 56:48 01:25 esc Main
Exhibit S - Cert Dok Winchester age 204 20 222  Page 21 of 23

Copy

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **RAS Citron, LLC**<br>Attorneys for Secured Creditor<br>425 Commerce Drive, Suite 150<br>Fort Washington, PA 19034<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 215-499-9021 (main)<br><br>David Neeren, Esq. (Bar ID: 009662007) | |
| In Re:<br><br>DONNA DEROSA-RUQUET and<br>SCOTT RUQUET,<br><br><div align=center>Debtors.</div> | Case No. 14-17571-KCF<br><br>Chapter 13<br><br>Hearing Date:  December 15, 2020<br><br>Judge:  Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, David Neeren, represent Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 in this matter.

2. On December 4, 2020, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below. *Certification of Nationstar Mortgage LLC d/b/a Mr. Cooper Regarding Compliance with September 29, 2020 Order with with exhibits, Certification of Service*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

December 4, 2020

**RAS Citron, LLC**
Attorneys for Secured Creditor
425 Commerce Drive, Suite 150
Fort Washington, PA 19034
Telephone No.: 973-575-0707 (local)
Telephone No.: 215-499-9021 (main)

By:  /s/ David Neeren
David Neeren, Esquire
Bar ID: 009662007
Email: dneeren@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Donna DeRosa-Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721<br><br>Scott T. Ruquet<br>226 Potters Drive<br>Bayville, NJ 08721 | *Pro Se* Debtors | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail:<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| U.S. Trustee<br>Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |