# Exhibit 2

```
                              Mr. Cooper                          1/19/21
                          Transaction History                     09:12:25
Loan#:            UnPaidBal:     68,040.24
Borr1: SCOTT RUQUET              Property: 621 BAY BLVD
Borr2:                                    BAYVILLE, NJ  08721
Info Available: Account Information Extensions Corporate Advances Message Codes
                Escrow Inf CTS PTPY Suspense Ttl Fees Disbursements
                                                                        SF
Trn#   Posted      Effective     Description       Next Due   Total Amt   Code

 549   1/15/2021   1/11/2021 PAYMENT               2/01/2021    1011.50   AD
 548   1/15/2021   1/11/2021 SUSPENSE ADJUSTMENT   1/01/2021    1011.50-  AD
 547   1/15/2021  12/22/2020 PAYMENT               1/01/2021    1011.50   AD
 546   1/15/2021  12/22/2020 SUSPENSE ADJUSTMENT  12/01/2020    1011.50-  AD
 545   1/11/2021   1/11/2021 SUSPENSE PAYMENT     12/01/2020    1011.50   SP
 544  12/22/2020  12/22/2020 SUSPENSE PAYMENT     12/01/2020    1011.50   SP
```