| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC** 133 Gaither Drive, Suite F Mt. Laurel, NJ 08054 Telephone:  855-225-6906 Ext. 1304 Facsimile:  866-381-9549 Attorneys for Secured Creditor David Neeren, Esq. (Bar ID: 009662007) | |
| In Re: SCOTT RUQUET and DONNA DEROSA-RUQUET, Debtors. | Case No. 14-17571-KCF Chapter 13 Hearing Date:  January 26, 2021 Judge:  Kathryn C. Ferguson |

### ORDER GRANTING MOTION TO AMEND ORDER AND/OR TO SEEK RELIEF UNDER ORDER HOLDING NATIONSTAR IN CONTEMPT

The relief set forth on the following page numbered two (2) is hereby ORDERED:

Upon the Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 (hereinafter "Deutsche Bank") to Amend and/or Seek Relief Under the Court's December 22, 2020 *Order Holding Nationstar in Contempt* (Docket 282) (the "Motion"), it is hereby ORDERED as follows:

1.     The Motion is hereby GRANTED.

2.     Relief will be entered pursuant to the recommendations of David Neeren, Esq., counsel for Deutsche Bank, made at the hearings in this matter held on December 15, 2020 and December 22, 2020.

3.     Deutsche Bank is further granted such other relief as the Court deems just and proper.