| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC** <br> 133 Gaither Drive, Suite F <br> Mt. Laurel, NJ 08054 <br> Telephone:  855-225-6906 Ext. 1304 <br> Facsimile:  866-381-9549 <br> Attorneys for Secured Creditor <br> David Neeren, Esq. (Bar ID: 009662007) | |
| In Re: <br><br> SCOTT RUQUET and <br> DONNA DEROSA-RUQUET, <br><br>           Debtors. | Case No. 14-17571-KCF <br><br> Chapter 13 <br><br> Hearing Date:  January 26, 2021 <br><br> Judge:  Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, David Neeren, Esq., represent DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 AND NATIONSTAR in this matter.

2. On January 26, 2021, I caused a copy of the Supplemental Statement to be sent to the parties listed in the chart below:

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 26, 2021

                                   **Robertson, Anschutz, Schneid, Crane**
                                   **& Partners, PLLC**
                                   133 Gaither Drive, Suite F
                                   Mount Laurel, NJ 08054
                                   Telephone:  855-225-6906
                                   Facsimile:  866-381-9549

                                   /s/ David Neeren
                                   David Neeren, Esq.
                                   Bar ID:  009662007
                                   Email: dneeren@raslg.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Scott Ruquet<br>226 Potters Lane<br>Bayville, NJ 08721<br><br>Donna DeRosa-Ruquet<br>226 Potters Lane<br>Bayville, NJ 08721 | *Pro Se* Debtors | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>□ Notice of Electronic Filing (NEF)<br>□ Other _____ (as authorized by the court*) |
| Albert Russo, Esq.<br>Chapter 13 Standing Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>□ Other _____ (as authorized by the court*) |