UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Donna DeRosa-Ruquet
226 Potters Drive
Bayville, NJ 08721

**FILED**
JEANNE A. NAUGHTON, CLERK

**JAN 2 5 2021**

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

U.S. BANKRUPTCY COURT
RECEIVED
TRENTON, NJ
2021 JAN 25  A 11: 00

Case No.:          14-17571-KCF

Chapter:           13

Hearing Date:  ·   February 2, 2021
                   10 a.m.
Judge:             Hon. Kathryn C. Ferguson

Specialized Loan Servicing LLC as servicing agent
for Morgan Stanley Mortgage Loan Trust 2007-3XS,
U.S. Bank National Association, as Trustee,
successor in interest to Bank of America, National
Association et al

    Creditor

         *v.*

DeRosa-Ruquet *et al.*

    Debtors

## CERTIFICATION OF SERVICE

1. I, Donna DeRosa-Ruque am the Debtor in this case and am representing myself.

2. On *January 15, 2021*, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   o   Objection to NPC Filed 12/18/20/Notice Of Motion To Enforce Order #245.
   o   Certification/Memorandum.
   o   Proposed Order Granting Motion Other Relief Sought By Debtors.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____1/18/21_____                    _____

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Adam Schecter<br>VP Customer Resolutions<br>Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 | Corporate Officer | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/Return receipt requested<br>☐ Other: email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Morgan Stanley Mortgage Loan Trust 2007-3XS et al ...<br>Melissa N. Licker<br>McCalla Raymer Leibert Pierce, LLC<br>99 Wood Avenue South<br>Suite 803<br>Iselin, NJ 08830<br>732-902-5399<br>732-902-5398 (fax)<br>NJ_ECF_Notices@mccalla.com | Investor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Other: email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Specialized Loan Servicing LLC as servicing agent for Morgan Stanley Mortgage Loan Trust 2007-3XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Associa<br>Melissa N. Licker<br>McCalla Raymer Leibert Pierce, LLC<br>99 Wood Avenue South<br>Suite 803<br>Iselin, NJ 08830<br>732-902-5399<br>732-902-5398 (fax)<br>NJ_ECF_Notices@mccalla.com | Servicer | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Other: email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____ |

