| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| **Robertson, Anschutz, Schneid, Crane &**<br>**Partners, PLLC**<br>133 Gaither Drive, Suite F<br>Mt. Laurel, NJ 08054<br>Telephone:  855-225-6906 Ext. 1304<br>Facsimile:  866-381-9549<br>Attorneys Movant(s)<br><br>David Neeren, Esq. (Bar ID: 009662007)<br>~~David Neeren, Esq. (Bar ID: 009662007)~~ | **Order Filed on February 2, 2021**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>SCOTT RUQUET and<br>DONNA DEROSA-RUQUET,<br><br>             Debtors. | Case No. 14-17571-KCF<br><br>Chapter 13<br><br>Hearing Date:  January 26, 2021<br><br>Judge:  Kathryn C. Ferguson |

## ORDER GRANTING MOTION TO AMEND AND/OR TO SEEK RELIEF PURSUANT TO ORDER DATED DECEMBER 22, 2020 [DOCKET 282] AND AMENDING MOTION TO ENFORCE DATED SEPTEMBER 22, 2020 [DOCKET 262]

      The relief set forth on the following pages numbered two (2) and three (3) is hereby ORDERED:

**DATED: February 2, 2021**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES, SERIES 2004-5 (hereinafter "Deutsche Bank"), and/or through its servicer Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"), to Amend and/or Seek Relief Under the Court's December 22, 2020 *Order (the "12.22.20 Sanctions Order") Holding Nationstar in Contempt* (Docket 282) (the "Relief from Sanctions Motion") along with the "Motion to Enforce Order on Motion to Enforce Mortgage Modification" filed by Scott Ruquet ("Borrower") on September 8, 2020 (Docket 262) (the "Motion to Enforce"), after response(s), submissions, and oral argument(s) thereon, it is hereby ORDERED as follows:

1.	The Relief from Sanctions Motion is GRANTED and relief and/or amendment of the 12.22.20 Sanctions Order is provided to the extent that:

   a.	Nationstar is relieved from the obligations referenced in the May 15, 2020 Order Granting Debtor's Cross Motion (Docket 254) along with those set forth in the 12.22.20 Sanctions Order, which required Deutsche to, *inter alia*, either file the required documents [prior Court Orders and the loan modification defined, *supra*] therein with the Ocean County Clerk or file a copy of a valid assignment of mortgage with this Court, and that

   b.	While the case remains open, Nationstar is relieved from the requirement in the 12.22.20 Sanctions Order that the Borrower's payment statements issued by Nationstar on behalf of Deutsche fully comply with this Court's prior orders. After the case is closed, the payment statements will be fully compliant with all prior orders.

2.	The Motion to Enforce is DEEMED to be fully resolved with no more sanctions due or outstanding or any additional affirmative actions required from Deutsche or Nationstar concerning the Borrower other than those set forth in this Order or the subject loan documents.

3.	The loan modification entered into by Nationstar on behalf of Deutsche, and approved by this Court by Order dated September 23, 2019 [Doc 189] ("Loan

Modification") and as modified by orders of this court is binding, valid, enforceable and effective against and by and between Nationstar and Deutsche, its successors or assigns, and the Borrower;

4.      All properly tendered and valid payments received by Deutsche, its successors or assigns, and through its servicing agent, including Nationstar, pursuant to the terms of the Loan Modification and as modified by orders of this court have been and shall be deemed effective as of the date said payment is actually received;

5.      Deutsche, its successors or assigns, and through its servicing agent, including Nationstar, has the authority to issue, and will cause to be promptly issued and recorded, a discharge of mortgage when the obligation evidenced by the Loan Modification, the subject Note and the underlying Mortgage, is satisfied in June 2034 in accordance with the terms of this court's prior orders, or earlier if the obligation is paid off or otherwise settled to the approval of Deutsche, its successors or assigns; and,

6.      There is no known outstanding issue to be resolved collectively or individually by and between Deutsche, Debtors, and Nationstar that is presently before this Court which would prevent the above-captioned matter from being closed, terminated or otherwise ended.